B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schulte, Melani** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Schulte, William R.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6233** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7201 West Lake Mead Blvd # 550**<br>**Las Vegas, NV**  ZIP Code **89128** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7201 West Lake Mead Blvd # 550**<br>**Las Vegas, NV**  ZIP Code **89128** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Schulte, Melani** <br> **Schulte, William R.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**   **/s/ David A. Riggi, Esq.**     **October 11, 2009** <br>      Signature of Attorney for Debtor(s)     (Date) <br>     **David A. Riggi, Esq.** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Schulte, Melani**<br>**Schulte, William R.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Melani Schulte**<br>Signature of Debtor  **Melani Schulte**<br><br>**X  /s/ William R. Schulte**<br>Signature of Joint Debtor  **William R. Schulte**<br><br>Telephone Number (If not represented by attorney)<br><br>**October 11, 2009**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ David A. Riggi, Esq.**<br>Signature of Attorney for Debtor(s)<br><br>**David A. Riggi, Esq. NV Bar # 4727**<br>Printed Name of Attorney for Debtor(s)<br><br>**David A. Riggi, Attorney and Counselor at Law**<br>Firm Name<br><br>**5550 Painted Mirage Rd. #120**<br>**Las Vegas, NV 89149**<br><br>Address<br><br>Email: riggilaw@gmail.com<br>**800-378-0887  Fax: (888) 306-7157**<br>Telephone Number<br><br>**October 11, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Melani Schulte**
       **William R. Schulte**
_____
                        Debtor(s)

Case No. _____
Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Melani Schulte**
                               **Melani Schulte**

Date:  **October 11, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **Melani Schulte**
**William R. Schulte**
_____
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ William R. Schulte**
                                  **William R. Schulte**

Date:    **October 11, 2009**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Melani Schulte**
       **William R. Schulte**
                                                      Case No.
                            Debtor(s)                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Americas Servicing Co** **Attention:  Bankruptcy** **1 Home Campus** **Des Moines, IA 50328** | **Americas Servicing Co** **Attention:  Bankruptcy** **1 Home Campus** **Des Moines, IA 50328** | **ConventionalRealEstateMortgage** | **Contingent Unliquidated Disputed Subject to Setoff** | 813,881.00 |
| **Bank of America** **P.O. Box 26237** **Las Vegas, NV 89126-0237** | **Bank of America** **P.O. Box 26237** **Las Vegas, NV 89126-0237** | **1624 Desert Canyon LV NV 89128** | | 510,000.00 (168,000.00 secured) (88,350.00 senior lien) |
| **Bank of Nevada** **PO BOX 26237** **Las Vegas, NV 89126-0237** | **Bank of Nevada** **PO BOX 26237** **Las Vegas, NV 89126-0237** | **1528 Splinter Rock  LV NV 89031** | | 510,000.00 (108,000.00 secured) (151,700.00 senior lien) |
| **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **1341 Minuet  Henderson NV 89052** | | 1,000,000.00 (206,000.00 secured) (112,500.00 senior lien) |
| **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **2228 Warm Walnut LV NV 89134** | | 1,000,000.00 (165,700.00 secured) (402,500.00 senior lien) |
| **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **9425 Valley Hills LV NV 89134** | | 1,000,000.00 (185,000.00 secured) (996,650.00 senior lien) |
| **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **City National Bank** **PO Box 60938** **Los Angeles, CA 90060-0938** | **9500 Aspen Glow LV, NV 89134** | | 1,000,000.00 (165,000.00 secured) (92,123.00 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re **Melani Schulte**
**William R. Schulte**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City National Bank<br>PO Box 60938<br>Los Angeles, CA 90060-0938 | City National Bank<br>PO Box 60938<br>Los Angeles, CA 90060-0938 | 1708 Plata Pico<br>LV NV 89128 | | 1,000,000.00<br>(135,800.00 secured)<br>(47,000.00 senior lien) |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | CreditLineSecured | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 839,500.00 |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | 509 Canyon Greens<br>LV NV 89144 | | 839,500.00<br>(1,167,300.00 secured)<br>(813,800.00 senior lien) |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | ConventionalRealEstateMortgage | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 237,646.00 |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | ConventionalRealEstateMortgage | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 206,058.00 |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | ConventionalRealEstateMortgage | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 189,294.00 |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | CreditLineSecured | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 187,970.00 |
| Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | Countrywide Home Lending<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | CreditLineSecured | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 168,075.00 |
| Jesse Sbaih | Jesse Sbaih | 509 Canyon Greens<br>LV NV 89144 | | 175,000.00<br>(1,167,300.00 secured)<br>(1,653,300.00 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Melani Schulte**
      **William R. Schulte**                                      Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jesse Sbath/Deborah Drake | Jesse Sbath/Deborah Drake | 5609 San Ardo LV NV 89130 | | 175,000.00 (118,000.00 secured) (146,850.00 senior lien) |
| Midland Mortgage PO Box 268888 Oklahoma City, OK 73126 | Midland Mortgage PO Box 268888 Oklahoma City, OK 73126 | 9425 Valley Hills LV NV 89134 | | 996,650.00 (185,000.00 secured) |
| Wells Fargo PO Box 14547 Des Moines, IA 50306-3547 | Wells Fargo PO Box 14547 Des Moines, IA 50306-3547 | 2228 Warm Walnut LV NV 89134 | | 402,500.00 (165,700.00 secured) |
| Z'rea LP | Z'rea LP | 509 Canyon Greens LV NV 89144 | | 2,000,000.00 (1,167,300.00 secured) (1,828,300.00 senior lien) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Melani Schulte** and **William R. Schulte**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **October 11, 2009**         Signature  **/s/ Melani Schulte**
                                                             **Melani Schulte**
                                                              Debtor

Date   **October 11, 2009**         Signature  **/s/ William R. Schulte**
                                                              **William R. Schulte**
                                                             Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Melani Schulte
William R. Schulte
7201 West Lake Mead Blvd # 550
Las Vegas, NV 89128

David A. Riggi, Esq.
David A. Riggi, Attorney and Counselor at Law
5550 Painted Mirage Rd. #120
Las Vegas, NV 89149

Abn Amro Mortgage Grou
Acct No xxxxx3148
Po Box 9438,dept 0251
Gaithersburg, MD 20898

Affiliated Accep Crp
Acct No xxxxxx0757
Attn: Customer Service
Po Box 790001
Sunrise Beach, MO 65079

Allied Collection Serv
Acct No xxxxx0902
Po Box 29299
Las Vegas, NV 89126

America's Servicing Company
Acct No xxxxxx3971
PO Box 981
Frederick, MD 21705-0981

American Express
Acct No xxxxxxxxxxxxx0462
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Americas Servicing Co
Acct No xxxxxxxx3971
Attention: Bankruptcy
1 Home Campus
Des Moines, IA 50328

Bank of America
P.O. Box 26237
Las Vegas, NV 89126-0237

Bank of America
Acct No xxxxxxxxx4599
PO Box 22031
Greensboro, NC 27420-1848

```
Bank Of America
Acct No xxxxxxxxxx1199
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
Acct No 9758
Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No 030
Po Box 17054
Wilmington, DE 19850

Bank of Nevada
Acct No xxxxx6328
PO BOX 26237
Las Vegas, NV 89126-0237

Barclays Bank Delaware
Acct No xxxxxx0000
Attention:  Customer Support Department
Po Box 8833
Wilmington, DE 19899

Central Mortgage Co
Acct No xxxxx4705
Attention:  Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

Chase
Acct No xxxxxxxx1110
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx7443
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Chase Manhattan Mortgage
Acct No xxxxxx2389
PO Box 78920
Phoenix, AZ 85062-8920

Citi
Acct No xxxxxxxx3143
Po Box 6241
Sioux Falls, SD 57117
```

```
Citimortgage Inc
Acct No xxxxxxx829-5
PO Box 6006
The Lakes, NV 88901-6006

Citimortgage Inc
Acct No xxxxx0064
Po Box 9438,dept 0251
Gaithersburg, MD 20898

Citimortgage Inc.
Acct No xxxxxx851-7
PO Box 8004
South Hackensack, NJ 07606-8004

City National Bank
Acct No xxx4409
PO Box 60938
Los Angeles, CA 90060-0938

Countrywide  Home Loans
Acct No xxxx1662
PO Box 10219
Van Nuys, CA 91410-0219

Countrywide Home Lending
Acct No xxxxx6457
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062-5170

Countrywide Home Lending
Acct No xxxxx6473
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062

Fidelity Bank
PO BOX 2937
Wichita, KS 67201

Fifth Third Bank
Acct No xxxxx6682
C/O Bankruptcy Dept, Mdropso5
1850 East Paris
Grand Rapids, MI 49546

First Hawaiian Bank
Acct No xxxxxxxx0035
Po Box 1959
Honolulu, HI 96805
```

```
First National Bank Credit Card Center
Acct No xxxxxxxxxx2737
Attention: Bankruptcy Department
Po Box 3331  Stop Code 3105
Omaha, NE 68103

First Nationwide Mtg
Acct No xxx5955
Po Box 9438,dept 0251
Gaithersburg, MD 20898

First Nationwide Mtg
Acct No xxx5955


Grant & Weber
Acct No xxxxx5192
861 Coronado Center Dr S
Henderson, NV 89052

Home Comings Financial
Acct No xxxxxx4689
Attention: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034

Homecomings Financial
Acct No xxx5505
PO Box 205
Waterloo, IA 50704-0205

Jeff Sylvester


Jesse Sbaih


Jesse Sbath/Deborah Drake


Litton Loan Servicing
Acct No xxxx2460
Attention: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081

Mel Elizer / Maxine Llewellyn


Midland Mortgage
Acct No xxxx2811
PO Box 268888
Oklahoma City, OK 73126
```

```
Midland Mortgage Company
Acct No xxxx2811
Attn: Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

Natl Cty Crd
Acct No xxxxxxxx1161
4653 E Main Street
Columbus, OH 43213

Ncb/cols
Acct No xxxxxxxx6149
Attn: Bankruptcy
6750 Miller Rd
Brecksville, OH 44141

NCO Financial Systems
Acct No xxxx3276
507 Prudential Road
Horsham, PA 19044

Nevada Federal Cred Un
Acct No xxxxxxx9490
2645 S Mojave Rd
Las Vegas, NV 89121

Nevada State Bank
Acct No xxxxxxxxxxxx1979
2185 S 3270 W
Salt Lake City, UT 84119

U S Bank
Acct No xxxxxxxx0535
101 5th St E Ste A
Saint Paul, MN 55101

Unvl/citi
Acct No xxxxxxxx1655
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

US


Us Bank
Acct No xxxxxxx6098
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201
```

Us Bank
Acct No xxxxxxx9098
Po Box 790084
Saint Louis, MO 63179

Washington Mutual
Acct No xxxxxx8181
PO Box 660139
Dallas, TX 75266-0139

Washington Mutual Mortgage
Acct No xxxxxxxxx8181
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256

Wells Fargo
Acct No xxxxxxxxxx1998
PO Box 4233
Portland, OR 97208-4233

Wells Fargo
Acct No xxxxx5541
Pasadena, CA 91109-7198

Wells Fargo
Acct No xxx1753
PO Box 14547
Des Moines, IA 50306-3547

Wells Fargo
Acct No xxxxxxxxxxxxx0001
Po Box 60510
Los Angeles, CA 90060

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxx1998
Po Box 31557
Billings, MT 59107

Wells Fargo Card Ser
Acct No xxxxxxxx0301
Po Box 5058
Portland, OR 97208

Wells Fargo Hm Mortgag
Acct No xxxxxx4851
8480 Stagecoach Cir
Frederick, MD 21701

Z'rea LP