Citizens for Consumers Rights
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
1500 E. Tropicana Avenue, Suite 103
Las Vegas, Nevada 89119
(702) 586-3513
(702) 586-3690 FAX
sly@consumers-rights.org
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Melani Schulte,<br>William R. Schulte,<br><br>Debtor(s) | Case No.: 09-29123-bam<br><br>Chapter 11<br><br>**Date: May 25, 2010**<br>**Time: 11:00 am**<br>**Location: 5536 S. Ft. Apache Road,**<br>**Suite 102**<br>**Las Vegas, NV 89148** |

**NOTICE OF MOTION FOR A 2004 EXAMINATION UNDER OATH
AND FOR ISSUANCE OF A SUBPOENA DUCES TECUM
<u>IN CONNECTION THEREWITH</u>**

**PLEASE TAKE NOTICE** that the Debtor has filed a Motion with the court seeking an order (a) authorizing the issuance of a subpoena duces tecum compelling Litton Loan Servicing, to produce the documents identified in Exhibit "A" attached to the Motion; (b) compelling Litton Loan Servicing, to appear via a duly authorized representative most familiar with the documents identified in Exhibit "B" attached to the Motion, as the documents relate to the administration of the Debtor's estate; and (c) granting such other relief as this court deems just and proper. The Motion is on file with the clerk of the Bankruptcy Court.

- 1 -

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** if you do not want the court to grant the relief requested by the debtor in his motion, or if you want the court to consider your views on the motion then on or before May 25, 2010, you or your attorney must do three (3) things:

1. **File with the court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

   United States Bankruptcy Court

   300 Las Vegas Blvd South

   Las Vegas, NV 89101

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

**Citizens for Consumers Rights
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
5536 S. Ft. Apache Road, Suite 102
Las Vegas, NV 89148
(702) 967-0442 Tel. No.
(702) 967-0443  Fax No.**

    3.    **Attend the examination scheduled for Friday, May 25, at 11:00 a.m.** at **5536 S. Ft. Apache Road, Suite 102, Las Vegas, NV 89148**

Dated this 4th day of May, 2010.

<u>/s/ Steven L. Yarmy</u>
Citizens for Consumers Rights
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
5536 S. Ft. Apache Road, Suite 102
Las Vegas, NV 89148
(702) 967-0442 Tel. No.
(702) 967-0443  Fax No.

## CERTIFICATE OF SERVICE

Christopher Craig, hereby certifies to the Court as follows:

1. I am not a party for the foregoing proceeding;

2. I am not less than 18 years of age;

3. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;

4. Service as outlined herein was made within the United States of America.

I have this day served a copy of the foregoing **MOTION FOR A 2004 EXAMINATION UNDER OATH AND FOR ISSUANCE OF A SUBPOENA DUCES TECUM IN CONNECTION THEREWITH AND NOTICE OF HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
*Attorney for Secured Creditor*
*The Bank of New York as trustee*
*And Litton Loan Servicing*

Litton Loan Servicing
4828 Loop Central Drive
Houston, Texas 77081

Alice A. Blanco
c/o McCalla Raymer
1544 Old Alabama Road
Roswell, Georgia 30076
770-643-7200

Dated this the 4th day of May, 2010

/s/ Christopher Craig

An employee of CCR