1 | Citizens for Consumers Rights
2 | Steven L. Yarmy, Esq.
    Nevada Bar No. 8733
3 | 1500 E. Tropicana Avenue, Suite 103
    Las Vegas, Nevada 89119
4 | (702) 586-3513
    (702) 586-3690 FAX
5 | sly@consumers-rights.org
    *Attorney for Debtor(s)*
6
7 | UNITED STATES BANKRUPTCY COURT
8 | DISTRICT OF NEVADA
9
10 | IN THE MATTER OF:                          Case No.: 09-29123-BAM
11 |     Melani Schulte,                        Chapter 11
        William R. Schulte,
12
                                               **Date: May 25, 2010**
13 |            Debtor(s)                       **Time: 11:00 am**
14
15
16
17 | **NOTICE OF ENTRY OF ORDER**
18 | **ON MOTION FOR RULE 2004 EXAMINATION**
19 |      PLEASE TAKE NOTICE that an Order was entered on the 22nd day of March, 2010. A copy
20 | of the Order is attached hereto.
21 |   Dated this 7th day of May, 2010
22 | **/s/ Steven L. Yarmy**
23
24 | Steven L. Yarmy, Esq.
    Nevada Bar No. 8733
25 | 5536 S Ft Apache Road, STE 102
    Las Vegas, NV 89148
26 | (702) 967-0442
    (702) 967-0443 FAX
27 | sly@consumers-rights.org
    *Attorney for Debtor(s)*
28

- 1 -

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bankr.P. 2002 and LR 2002, I certify that I am an employee of Citizens for Consumer's Rights and am supervised by Steven L. Yarmy, Esq., and on the 7th day of May, 2010 served a true and correct copy of the Notice of Entry of Order and Motion was made by:

United States Mail, Las Vegas, Nevada, Certified Mail Return Receipt:

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101

Litton Loan Servicing
4828 Loop Central Drive
Houston, Texas 77081

Alice A. Blanco
c/o McCalla Raymer
1544 Old Alabama Road
Roswell, Georgia 30076

/s/ Christopher Craig

Paralegal for CCR



Entered on Docket
May 05, 2010

_____
Mary A. Schott, Clerk
United States Bankruptcy Court

Citizens for Consumers Rights
Steven L. Yarmy, Esq.
Nevada Bar No. 8733
1500 E. Tropicana Avenue, Suite 103
Las Vegas, Nevada 89119
(702) 586-3513
(702) 586-3690 FAX
sly@consumers-rights.org
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF:<br><br>Melani Schulte,<br>William R. Schulte,<br><br>Debtor(s) | Case No.: 09-29123-BAM<br><br>Chapter 11<br><br>**Date: May 25, 2010**<br>**Time: 11:00 am** |

### ORDER

Upon the Motion, dated May 4, 2010 (the "Motion), of Melani & William R. Schulte in the above referenced case, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedures and Local Rule 2004(b), directing Litton Loan Servicing, in its capacity as Master Servicer and/or Sub-Servicer under the Amended Trust and Servicing Agreement, dated on or after September 23, 2004,

It is hereby **ORDERED** and **DECREED** that Litton Loan Servicing is directed to appear, by and through an officer, agent or other person it shall designate, at 5536 S Ft. Apache Road, STE 102, Las Vegas, Nevada 89148 on May 25, 2010 at 11:00 am, for examination pursuant to Bankruptcy Rule 2004(a) with respect to the debtor's mortgage account and the proof of claim filed by Litton Loan Servicing in this matter, or as to any matter which may affect the confirmation of the Debtor's Chapter 11 plan of re-organization or administration of this case.

**IT IS FURTHER ORDERED** that as provided by Fed.R.Bankr.P. 7062, this Order shall be effective and enforceable immediately upon entry.

Dated this 4th day of May, 2010

Submitted by:

_____
CLERK OF COURT

Citizens for Consumer's Rights

**/s/ Steven L. Yarmy**

Steven L. Yarmy, Esq.
Nevada Bar No. 8733
5536 S Ft Apache Road, STE 102
Las Vegas, NV 89148
(702) 967-0442
(702) 967-0443 FAX
sly@consumers-rights.org
*Attorney for Debtor(s)*