

**Entered on Docket**
**May 05, 2010**

_Bruce A. Markell_
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | Case No.: BK-S-09-29123-BAM *(Lead)* |
| MELANI SCHULTE and WILLIAM SCHULTE, | ) ) ) | Chapter 11 |
| | ) | *(Jointly Administered)* |
| 2704 SATTLEY LLC, | ) ) | Case No.: BK-S-09-27238-BAM |
| ● HOT ENDEAVOR LLC, | ) ) | Case No.: BK-S-09-27909-BAM |
| 1341 MINUET LLC, | ) ) | Case No.: BK-S-09-27910-BAM |
| 1708 PLATO PICO LLC, | ) ) | Case No.: BK-S-09-27911-BAM |
| 228 WARM WALNUT LLC, | ) ) | Case No.: BK-S-09-27912-BAM |
| 9425 VALLEY HILLS LLC, | ) ) | Case No.: BK-S-09-27913-BAM |
| 9500 ASPEN GLOW LLC, | ) ) | Case No.: BK-S-09-27914-BAM |
| 5218 MISTY MORNING LLC, | ) ) | Case No.: BK-S-09-27916-BAM |
| CHERISH LLC, | ) ) | Case No.: BK-S-09-28513-BAM |
| SABRECO INC., | ) ) | Case No.: BK-S-09-31584-BAM |
| KEEP SAFE LLC, | ) ) | Case No.: BK-S-09-31585-BAM |
| Debtors. | ) ) | |
| ● Affects this Debtor. | ) ) | **Date:   May 11, 2010** **Time:   10:00 a.m.** |
| _____ | ) | |

**ORDER SCHEDULING STATUS CONFERENCE**

A status conference was held in this matter on May 4, 2010 at 10:00 a.m.; IT IS

HEREBY ORDERED THAT:

A status conference is scheduled for **May 11, 2010 at 10:00 a.m.,** in the courtroom of Bankruptcy Judge Bruce A. Markell, Courtroom #3, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS SO ORDERED.

Copies sent to:

BNC MAILING MATRIX

OGONNA M. ATAMOH on behalf of Creditor Maxine Llewellyn
oatamoh@nevadafirm.com, bkecf@nevadafirm.com;sliberio@nevadafirm.com;
manthony@nevadafirm.com;oswibies@nevadafirm.com

JAMES B. BALL on behalf of Creditor Bank of Nevada
nevadabk@poliball.com

JEREMY T BERGSTROM on behalf of Creditor BAC HOME LOANS SERVICING, L.P. FKA
COUNTRYWIDE HOME LOANS SERVICING, L.P.
mbergstrom@mileslegal.com

MICHAEL W. CHEN on behalf of Creditor CHASE HOME FINANCE FKA CHASE
MANHATTAN MORTGAGE CORP.
yvette@ccfirm.com

MARILYN FINE on behalf of Creditor Equity Title, LLC
mfine@nvbusinesslawyers.com, aembrey@nvbusinesslawyers.com

JACQUELINE A. GRUBER on behalf of Creditor CitiMortgage, Inc.
jgruber@piteduncan.com, ecfnvb@piteduncan.com

KEVIN HAHN on behalf of Creditor JPMorgan Chase Bank, National Association
kevin@mclaw.org

RICHARD F. HOLLEY on behalf of Creditor Maxine Llewellyn
rholley@nevadafirm.com, vnelson@nevadafirm.com;sliberio@nevadafirm.com;
bkecf@nevadafirm.com;manthony@nevadafirm.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com

CHRISTOPHER K LEZAK on behalf of Creditor Midfirst Bank, it assignees and/or successors
clezak@mccarthyholthus.com

SHAWN W MILLER on behalf of Creditor CITY NATIONAL BANK
bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;wapplegate@sheacarlyon.com;
clange@sheacarlyon.com;rmsmith@sheacarlyon.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, LP, its assignees

and/or successors in interest
ron@reynoldslawyers.com, paula@reynoldslawyers.com

DAVID A RIGGI on behalf of Debtor 1341 MINUET LLC
darnvbk@gmail.com

BRIAN D. SHAPIRO on behalf of Creditor Dr. Bernard Greenblatt, Trustee of Bernard Greenblatt
Living Trust
ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;
wendy@brianshapirolaw.com;sarah@brianshapirolaw.com

JEFFREY SLOANE on behalf of Creditor WELLS FARGO BANK, N.A.
lrost@kssattorneys.com, cdilger@kssattorneys.com

CINDY LEE STOCK on behalf of Creditor FIFTH THIRD BANK
bk-clstock@cox.net

JEFFREY R. SYLVESTER on behalf of Creditor SYLVESTER & POLEDNAK, LTD.
jeff@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

STEVEN L. YARMY on behalf of Debtor MELANI SCHULTE
sly@stevenyarmylaw.com, luzsly@aol.com;admin@consumers-rights.org

America's Servicing Company
c/o McCalla Raymer, LLC.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

BAC Home Loans Servicing, LP c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

LITTON LOAN SERVICING, LP
P.O. BOX 829009
DALLAS, TX 75382

DEAN PROBER on behalf of Creditor BAC Home Loans Servicing, LP
20750 VENTURA BOULEVARD SUITE 100
WOODLAND HILLS, CA 91364

1

JOHN D SCHLOTTER on behalf of Creditor Litton Loan Servicing, L.P.
1544 OLD ALABAMA RD

2

ROSWELL, GA 30076                          #  #  #

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF NOTICE

```
District/off: 0978-2        User: johnsonrs        Page 1 of 3            Date Rcvd: May 05, 2010
Case: 09-29123              Form ID: pdf805        Total Noticed: 105

The following entities were noticed by first class mail on May 07, 2010.
db/jdb     +MELANI SCHULTE,   WILLIAM R. SCHULTE,   7201 WEST LAKE MEAD BLVD # 550,
            LAS VEGAS, NV 89128-8364
aty        +JOHN D SCHLOTTER,   1544 OLD ALABAMA RD,   ROSWELL, GA 30076-2102
jtadm      +5218 MISTY MORNING LLC,   7201 W. LAKE MEAD BLVD.,   LAS VEGAS, NV 89128-8347
cr         +America's Servicing Company,   c/o McCalla Raymer, LLC.,   Bankruptcy Department,
            1544 Old Alabama Road,   Roswell, GA 30076-2102
cr         +BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOM,   MILES, BAUER, BERGSTROM & WINTERS,
            2200 PASEO VERDE PARKWAY, STE 250,   HENDERSON, NV 89052-2704
cr         +BAC Home Loans Servicing, LP,   1757 Tapo Canyon Road,   Mail Stop: CA6-913-LB-11,
            Simi Valley, CA 93063-3391
cr         +BAC Home Loans Servicing, LP c/o Prober & Raphael,,   20750 Ventura Blvd, Suite 100,
            Woodland Hills, CA 91364-6207
cr         +Bank of Nevada,   c/o James B. Ball,   601 S. Seventh Street,   Second Floor,
            Las Vegas, NV 89101-6905,   U.S.A.
cr         +CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CO,   THE COOPER CASTLE LAW FIRM, LLP,
            820 S. VALLEY VIEW BLVD.,   LAS VEGAS, NV 89107-4411
cr         +CHASE HOME FINANCE, LLC,   THE COOPER CASTLE LAW FIRM,   820 S. VALLEY VIEW,
            LAS VEGAS, NV 89107-4411
cr         +CITY NATIONAL BANK,   c/o Shawn W. Miller, Esq.,   SHEA & CARLYON, LTD.,   701 Bridger Avenue,
            Suite 850,   Las Vegas, NV 89101-8959
cr         +CitiMortgage, Inc.,   Pite Duncan, LLP,   c/o Jacque Gruber,   4375 Jutland Drive, Suite 200,
            P.O. Box 17933,   San Diego, CA 92177-7921
cr         +JPMorgan Chase Bank, National Association,   Malcolm Cisneros,   2112 Business Center Drive,
            Irvine, CA 92612-7135
cr         +LITTON LOAN SERVICING, LP,   P.O. BOX 829009,   DALLAS, TX 75382-9009
cr         +Litton Loan Servicing, L.P.,   c/o McCalla Raymer, LLC,   Bankruptcy Department,
            1544 Old Alabama Road,   Roswell, GA 30076-2102
cr         +Maxine Llewellyn,   7213 Raincloud Drive,   Las Vegas, NV 89145-5124
cr         +Melvin A. Elizer,   1405 Vegas Valley Drive #306,   Las Vegas, NV 89169-2265
cr         +SYLVESTER & POLEDNAK, LTD.,   7371 Prairie Falcon Road,   Suite 120,   Las Vegas, NV 89128-0834
5418800     AMERICAN EXPRESS BANK FSB,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN PA 19355-0701
5474281     AMERICAN EXPRESS CENTURION BANK,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN PA 19355-0701
5306053    +Abn Amro Mortgage Grou,   Acct No xxxxx3148,   Po Box 9438,dept 0251,
            Gaithersburg, MD 20898-9438
5306054    +Affiliated Accep Crp,   Acct No xxxxxx0757,   Attn: Customer Service,   Po Box 790001,
            Sunrise Beach, MO 65079-9001
5306055    +Allied Collection Serv,   Acct No xxxxx0902,   Po Box 29299,   Las Vegas, NV 89126-3299
5306056     America's Servicing Company,   Acct No xxxxxx3971,   PO Box 981,   Frederick, MD 21705-0981
5662773    +America's Servicing Company,   Bankruptcy Department,   3476 Stateview Blvd,
            Fort Mill, SC 29715-7203
5306057    +American Express,   Acct No xxxxxxxxxxxx0462,   c/o Becket and Lee,   Po Box 3001,
            Malvern, PA 19355-0701
5306058    +Americas Servicing Co,   Acct No xxxxxxxxx3971,   Attention: Bankruptcy,   1 Home Campus,
            Des Moines, IA 50328-0001
5630335    +BAC HOME LOANS SERVICING, LP FKA,   COUNTRYWIDE HOME LOANS SERVICING, LP,   7105 CORPORATE DRIVE,
            PLANO, TX 75024-4100
5569669    +BAC Home Loans Servicing, LP,   fka Countrywide Home Loans Servicing, LP,   7105 Corporate Drive,
            PTX-B-35,   Plano, TX 75024-4100
5466052    +BAC Home Loans Servicing, LP,   1757 Tapo Canyon Road,   Simi Valley, CA 93063-3391,
            Mail Code CA6-913-LB-11
5622174    +BANK OF AMERICA, N.A.,   PO Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
5306063    +Bank of America,   Acct No 030,   Po Box 17054,   Wilmington, DE 19850-7054
5306062    +Bank Of America,   Acct No 9758,   Po Box 1598,   Norfolk, VA 23501-1598
5306061    +Bank of America,   Acct No xxxxxxxxxx1199,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
5306060    +Bank of America,   Acct No xxxxxxxxxx4599,   PO Box 22031,   Greensboro, NC 27420-2031
5306059     Bank of America,   P.O. Box 26237,   Las Vegas, NV 89126-0237
5306064    +Bank of Nevada,   Acct No xxxxx6328,   PO BOX 26237,   Las Vegas, NV 89126-0237
5306065    +Barclays Bank Delaware,   Acct No xxxxxx0000,   Attention: Customer Support Department,
            Po Box 8833,   Wilmington, DE 19889-8833
5383137    +CHASE HOME FINANCE, LLC,   FKA CHASE MANHATTAN MORTGAGE CORP.,   3415 VISION DR., COLUMBUS,
            OH 43219-6009
5889670    +CITY NATIONAL BANK, N.A.,   C/O SHEA & CARLYON, LTD.,   701 BRIDGER AVENUE, #850,
            LAS VEGAS, NV 89101-8959
5306066    +Central Mortgage Co,   Acct No xxxxx4705,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,
            Fort Washington, PA 19034-3204
5306068    +Chase,   Acct No xxxxxxxxx7443,   201 N. Walnut St//Del-1027,   Wilmington, DE 19801-2920
5306067    +Chase,   Acct No xxxxxxxxx1110,   Po Box 15298,   Wilmington, DE 19850-5298
5416707     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
5306069     Chase Manhattan Mortgage,   Acct No xxxxxx2389,   PO Box 78920,   Phoenix, AZ 85062-8920
5306070    +Citi,   Acct No xxxxxxxx3143,   Po Box 6241,   Sioux Falls, SD 57117-6241
5551695     CitiMortgage Inc.,   P.O. BOX 6941,   The Lakes, NV 88901-6006
5306072    +Citimortgage Inc.,   Acct No xxxxx0064,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
5306071     Citimortgage Inc.,   Acct No xxxxxx829-5,   PO Box 6006,   The Lakes, NV 88901-6006
5306073     Citimortgage Inc.,   Acct No xxxxxx851-7,   PO Box 8004,   South Hackensack, NJ 07606-8004
5306074     City National Bank,   Acct No xxx4409,   PO Box 60938,   Los Angeles, CA 90060-0938
5306075    +Countrywide Home Loans,   Acct No xxxx1662,   Po Box 10219,   Van Nuys, CA 91410-0219
5306076    +Countrywide Home Lending,   Acct No xxxxx6457,   Attention: Bankruptcy SV-314B,   Po Box 5170,
            Simi Valley, CA 93062-5170
5306077    +Countrywide Home Lending,   Acct No xxxxx6473,   Attention: Bankruptcy SV-314B,   Po Box 5170,
            Simi Valley, CA 93062-5170
5541045    +DEBORAH DRAKE,   6111 FOX CREEK AVE,   LAS VEGAS NV 89122-3484
```

```
District/off: 0978-2          User: johnsonrs          Page 2 of 3            Date Rcvd: May 05, 2010
Case: 09-29123               Form ID: pdf805          Total Noticed: 105


5552284   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Mortgage Company,   5050 Kingsley Dr. 1MOC20,
            Cincinnati, OH 45263)
5638924    +FIRST HAWAIIAN BANK-LOAN RECOVERY CENTER,   POB 4070,   HONOLULU HI 96812-4070
5393059    +Fidelity Bank,   100 E English,   PO Box 1007,   Wichita, KS 67201-1007
5306078    +Fidelity Bank,   PO BOX 2937,   Wichita, KS 67201-2937
5306079    +Fifth Third Bank,   Acct No xxxxx6682,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
            Grand Rapids, MI 49546-6253
5306080    +First Hawaiian Bank,   Acct No xxxxxxxx0035,   Po Box 1959,   Honolulu, HI 96805-1959
5306081    +First National Bank Credit Card Center,   Acct No xxxxxxxxxxxx2737,
            Attention:  Bankruptcy Department,   Po Box 3331  Stop Code 3105,   Omaha, NE 68103-0331
5306082    +First Nationwide Mtg,   Acct No xxx5955,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
5306084    +Grant & Weber,   Acct No xxxxx5192,   861 Coronado Center Dr S,   Henderson, NV 89052-3992
5306085    +Home Comings Financial,   Acct No xxxxxx4689,   Attention:  Bankruptcy Dept,
            1100 Virginia Drive,   Fort Washington, PA 19034-3204
5306086    Homecomings Financial,   Acct No xxx5505,   PO Box 205,   Waterloo, IA 50704-0205
5426170   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
            PHILADELPHIA PA 19114-0326
            (address filed with court:  INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY,   P.O. BOX 21126,
            PHILADELPHIA, PA  19114)
5392079    +JP Morgan Chase Bank, National Association,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
5306090    +Litton Loan Servicing,   Acct No xxxx2460,   Attention:  Bankruptcy,   4828 Loop Central Drive,
            Houston, TX 77081-2212
5644399    +Litton Loan Servicing, L.P.,   Bankruptcy Department,   4828 Loop Central Drive,
            Houston, TX 77081-2212
5620476    +Litton Loan Servicing, LP,   1270 Northland Drive, Suite 200,
            Mendota Heights, Minnesota 55120-1176
5657716    +Melvin Elizer and Maxine Llewellyn,   c/o Ogonna M. Atamoh, Esq.,
            Santoro, Driggs, Walch, et al.,   400 S. 4th St., 3rd Fl.,   Las Vegas, NV 89101-6201
5438335    +Midfirst Bank C/O Midland Mortgage Co.,   c/o McCarthy & Holthus, LLP,   811 South Sixth Street,
            Las Vegas, NV 89101-6923
5306092    +Midland Mortgage,   Acct No xxxx2811,   PO Box 268888,   Oklahoma City, OK 73126-8888
5306093    +Midland Mortgage Company,   Acct No xxxx2811,   Attn: Bankruptcy,   Po Box 26848,
            Oklahoma City, OK 73126-0648
5306096    +NCO Financial Systems,   Acct No xxxx3276,   507 Prudential Road,   Horsham, PA 19044-2308
5306094    +Natl Cty Crd,   Acct No xxxxxxxxl161,   4653 E Main Street,   Columbus, OH 43213-3298
5306095    +Ncb/cols,   Acct No xxxxxxxx6149,   Attn: Bankruptcy,   6750 Miller Rd,
            Brecksville, OH 44141-3262
5306097    +Nevada Federal Cred Un,   Acct No xxxxxxx9490,   2645 S Mojave Rd,   Las Vegas, NV 89121-1238
5306098    +Nevada State Bank,   Acct No xxxxxxxxxxxxx1979,   2185 S 3270 W,   Salt Lake City, UT 84119-1109
5389153    +Oren and Socorro Lilly Lopez-Goldsteind,   c/o Ann E Kolber Esq,   LAW PRACTICE LTD,
            5516 South Fort Apache Road Suite 110,   Las Vegas, NV 89148-7679
5594701    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
            PO Box 19008,   Greenville, SC 29602-9008
5635796    RICHARD F. HOLLEY, ESQ.,   OGONNA M. ATAMOH, ESQ.,   SANTORO DRIGGS WALCH KEARNEY, HOLLEY & T,
            400 SOUTH FOURT STREET, 3RD FL.,   LAS VEGAS, NV 89101
5448441    +SYLVESTER & POLEDNAK, LTD.,   ATTN: JEFFREY R. SYLVESTER, ESQ.,
            7371 PRAIRIE FALCON ROAD, SUITE 120,   LAS VEGAS, NV 89128-0834
5565396    +The Bank of New York Mellon,   c/o BAC Home Loans Servicing, LP,   2270 Lakeside Boulevard,
            Mail Stop: R-A-3-118,   Richardson, TX 75082-4304
5578675    +The Bank of New York Mellon,   c/o BAC Home Loans Servicing, LP,   1757 Tapo Canyon Road,
            Mail Stop: CA6-913-LB-11,   Simi Valley, CA 93063-3391
5518321    +The Bank of New York Mellon et al,   c/o BAC Home Loans Servicing, LP,   7105 Corporate Drive,
            PTX-B-35,   Plano, TX 75024-4100
5306099    +U S Bank,   Acct No xxxxxxxx0535,   101 5th St E Ste A,   Saint Paul, MN 55101-1808
5551307   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  U. S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201-5229)
5306102   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  Us Bank,   Acct No xxxxxxx6098,   Attn: Bankruptcy Dept.,
            P.O. Box 5229,   Cincinnati, OH 45201)
5306103   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  Us Bank,   Acct No xxxxxxx9098,   Po Box 790084,
            Saint Louis, MO 63179)
5306100    +Unvl/citi,   Acct No xxxxxxxxl655,   Attn.: Centralized Bankruptcy,   Po Box 20507,
            Kansas City, MO 64195-0507
5306104    +Washington Mutual,   Acct No xxxxxx8181,   PO Box 660139,   Dallas, TX 75266
5306105    +Washington Mutual Mortgage,   Acct No xxxxxxxxx8181,   Attention: Bankruptcy Dept. JAXA 2035,
            7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
5306108    +Wells Fargo,   Acct No xxx1753,   PO Box 14547,   Des Moines, IA 50306-3547
5306109    +Wells Fargo,   Acct No xxxxxxxxxxxxx0001,   Po Box 60510,   Los Angeles, CA 90060-0510
5306106    Wells Fargo,   Acct No xxxxxxxxx1998,   Po Box 4233,   Portland, OR 97208-4233
5306107    Wells Fargo,   Acct No xxxxx5541,   Pasadena, CA 91109-7198
5499606    Wells Fargo Bank Na,   Po Box 10438,   Des Moines, IA 50306-0438
5306110    +Wells Fargo Bank Nv Na,   Acct No xxxxxxxxxxxxx1998,   Po Box 31557,   Billings, MT 59107-1557
5437489    +Wells Fargo Bank, N.A.,   P. O. Box 14469 MAC X2303-01A,   Des Moines, IA 50306-3469
5437101    Wells Fargo Bank, N.A.,   Home Equity Group,   X2303-01A,   1 Home Campus,
            Des Moines, IA 50328-0001
5544320    Wells Fargo Bank, N.A.,   BDD Bankruptcy Dept, MAC s4101-08c,
            100 W. Washington St., Phoenix, AZ 85003
5306111    +Wells Fargo Card Ser,   Acct No xxxxxxxx0301,   Po Box 5058,   Portland, OR 97208-5058
5306112    +Wells Fargo Hm Mortgag,   Acct No xxxxxx4851,   8480 Stagecoach Cir,   Frederick, MD 21701-4747
```

```
District/off: 0978-2          User: johnsonrs        Page 3 of 3         Date Rcvd: May 05, 2010
Case: 09-29123               Form ID: pdf805        Total Noticed: 105
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          BAC Home Loans Servicing, LP, its assignees and/or
cr          Equity Title, LLC
cr          FIFTH THIRD BANK
cr          Midfirst Bank, it assignees and/or successors
cr          Midfirst Bank, its assignees and/or successors and
cr          The Bank of New York Mellon f/k/a The Bank of New
cr          WELLS FARGO BANK, N.A.
5388867     CHASE HOME FINANCE, LLC, S/B/M TO CHASE MANHATTAN
5388868     CHASE HOME FINANCE, LLC, S/B/M TO CHASE MANHATTAN
5623741     Equity Title, LLC
5306083     First Nationwide Mtg,   Acct No xxx5955
5306087     Jeff Sylvester
5306088     Jesse Sbaih
5306089     Jesse Sbath/Deborah Drake
5306091     Mel Elizer / Maxine Llewellyn
5306101     US
5503886     WELLS FARGO BANK, N.A.
5306113     Z'rea LP
5632718*    CitiMortgage, Inc.,    P O Box 6941,   The Lakes, NV 88901-6941
                                                                    TOTALS: 18, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2010**              **Signature:**    _Joseph Speetjens_