**Entered on Docket**
**August 31, 2010**

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

REYNOLDS & ASSOCIATES, LLC

Electronically Filed on
August 26, 2010

RONALD H. REYNOLDS, ESQ.
Nevada Bar #000827
823 Las Vegas Boulevard South, Suite 280
Las Vegas, Nevada 89101
Telephone: (702) 445-7000
paulamichaels@callister-reynolds.com
Fax: (702) 385-7743
Local Counsel

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
C.094-8052
Attorneys for Secured Creditor, BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, fka Countrywide Home Loans, Inc., its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re | ) | BK-S -09-29123-BAM |
| | ) | |
| MELANI SCHULTE and | ) | |
| WILLIAM R. SCHULTE, | ) | |
| | ) | Hearing: |
| | ) | Date: 8/24/10 |
| Debtors. | ) | Time: 2:30 p.m. |
| _____ | ) | Chapter 11 |

**AGREED ORDER RE ADEQUATE PROTECTION**

BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, fka

1

1   Countrywide Home Loans, Inc., its assignees and/or successors in interest, Secured Creditor, submits

2   herein its Agreed Order Re Adequate Protection.  The Court after careful review of the Court records

3   and files and agreement by the parties, makes its Order as follows:

4           IT IS ORDERED, ADJUDGED AND DECREED that Debtors shall maintain the

5   regular amortized monthly payments of $551.14 at 5.25% over 30 years for the total loan amount of

6   $99,806.60 on Secured Creditor's loan obligation, encumbering the subject Property, generally

7   described as **3322 Cheltenham Street, Las Vegas, Nevada**, in a timely fashion, commencing with

8   the September 1, 2010 payment.  Payments on Secured Creditor's loan obligation shall be made to

9   Secured Creditor, BAC Home Loans Servicing, LP, Bankruptcy Department, Mail Stop TX 2-982-03-

10  03, 7105 Corporate Drive, Plano, Texas 75024.

11          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors shall

12  maintain insurance on the subject property, naming Secured Creditor as loss payee as well as maintain

13  the property taxes on the subject property

14          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Debtors fail

15  to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the

16  normal grace period, or fails to maintain the property taxes or insurance, then Secured Creditor may

17  file and serve upon Debtors and Debtors' counsel, a Fifteen (15) Day Notice Declaration Re Breach of

18  Condition.  For each such Declaration Re Breach of Condition filed, there shall be an assessed

19  attorneys' fee of $75.00, to be paid directly to Secured Creditor's counsel Prober & Raphael, A Law

20  Corporation, PO Box 4365, Woodland Hills, CA 91365-4365 upon reinstatement.  If upon the

21  sixteenth (16th) day Debtors have failed to cure the delinquency which must include said $100.00 in

22  attorneys' fees, then Secured Creditor may submit to this Court an Affidavit of Default with an Order

23  vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with

24  foreclosure proceedings upon the subject Property, pursuant to applicable state law, and take any

25  action necessary to obtain complete possession thereof.

26          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event the

27  instant bankruptcy proceeding is dismissed or discharged, this Order shall be terminated and have no

28

1   further force or effect.

2             IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any funds

3   received by Secured Creditor, which are subsequently returned for non-sufficient funds, including funds

4   received and applied prior to the terms of this Order, shall be subject to the default provisions

5   contained herein.

6             IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and

7   conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for

8   Reorganization without the express written consent of Secured Creditor.

9

10   Submitted By:

11   REYNOLDS & ASSOCIATES, LLC

12

13   By: _____

14       RONALD H. REYNOLDS, ESQ.
          Nevada Bar #000827

15   823 Las Vegas Boulevard South, Suite 280
          Las Vegas, NV 89101

16   Local Counsel for Movant

17

18   APPROVED/DISAPPROVED:

19

20   By_____
          BRYAN A. LINDSEY, ESQ.

21   Attorney for Debtor

22

23

24

25

26

27

28

3