1  EDDIE R. JIMENEZ (NV Bar #10376)
   ACE VAN PATTEN (NV Bar #11731)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5

6  Attorneys for CITIMORTGAGE, INC.

7

8

9             **UNITED STATES BANKRUPTCY COURT**

10        **DISTRICT OF NEVADA – LAS VEGAS DIVISION**

11  In re                              09-29123-bam

12  MELANI SCHULTE AND WILLIAM R.      Chapter 11
    SCHULTE,
13
               Debtor(s).
14                                     **STIPULATION RE: TREATMENT OF
15                                     CITIMORTGAGE, INC.'S CLAIM
                                       UNDER DEBTORS' CHAPTER 11
16                                     PLAN OF REORGANIZATION**

17

18

19

20        This Stipulation is entered into by and between Secured Creditor, CitiMortgage, Inc.

21  ("Creditor"), by and through its attorneys of record, and Melani Schulte and William R. Schulte,

22  the Debtors and Debtors-In-Possession herein (the "Debtors"), by and their attorneys of record.

23        The property which is the subject of this matter is commonly known as 922 Saddle Horn

24  Drive, Henderson, Nevada  89015 (hereinafter the "Subject Property").

25        On or about December 6, 2000, Melani Schulte ("Borrower"), for valuable consideration,

26  made, executed and delivered to Amera Mortgage Corporation ("Lender") a Note in the principal

27  sum of $104,800.00 (the "Note").

28  /././

                              - 1 -

1    On or about December 6, 2000, Borrower made, executed and delivered to Lender a

2    Deed of Trust (the "Deed of Trust") granting Lender a security interest in the Subject Property.

3    The Deed of Trust was recorded on December 7, 2000, in the Official Records of Clark County,

4    State of Nevada.

5    Subsequently, Lender's beneficial interest in the Note and Deed of Trust was sold,

6    assigned and transferred to Creditor.

7    On or about October 11, 2009, Debtors filed a voluntary petition under Chapter 11 of the

8    United States Bankruptcy Code and were assigned Bankruptcy Case No. 09-29123-bam.

9    **THE PARTIES STIPULATE AS FOLLOWS:**

10    1.    Creditor's claim shall remain fully secured over a term of thirty (30) years at a

11    rate of 5.25% interest per annum.

12    2.    Debtors shall commence monthly payments as of March 1, 2011 in the amount of

13    $534.17 each.

14    3.    In addition to Principal and Interest Payments, Debtors shall tender to Creditor

15    regular monthly escrow payments for advances made by Creditor for the maintenance of real

16    property taxes and real property hazard insurances for the Subject Property.

17    4.    Except as otherwise expressly provided herein, all remaining terms of the Note

18    and Deed of Trust shall govern the treatment of Creditor's Secured Claim.

19    5.    In the event of any future default on any of the above-described provisions,

20    inclusive of this Stipulation, Creditor shall provide written notice via certified mail to Melani

21    Schulte and William R. Schulte, 7201 West Lake Mead Blvd, #500, Las Vegas, Nevada 89128,

22    and to the Debtors' attorney of record, provided the Debtors' bankruptcy remains active, Bryan

23    A. Lindsey, 701 E. Bridger Ave., Ste 120, Las Vegas, Nevada 89101, indicating the nature of

24    default.  If Debtors fail to cure the default with certified funds after passage of thirty (30)

25    calendar days from the date said written notice is placed in the mail, then the Automatic Stay

26    Shall terminate and Creditor may proceed to foreclose its security interest in the Subject Property

27    under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter

28    /././

- 2 -

1  commence any action necessary to obtain complete possession of the Subject Property without

2  further notice, order, or proceeding of this Court.

3       6.    The acceptance by Creditor of a late or partial payment shall not act as a waiver of

4  Creditor's right to proceed hereunder.

5       7.    In the event that Creditor is granted relief from the automatic stay, the parties

6  hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7       8.    In the event the Debtors default under this Stipulation and Creditor forwards a 30-

8  day letter to Debtors, they shall be required to tender $100.00 for each default letter submitted in

9  order to cure the default.

10       9.    At the request of the Creditor, the Debtors shall execute such documents and

11  instruments as are necessary to reflect the Debtors as the borrowers of the Secured Claim, and to

12  modify the terms of the obligation to conform with the provisions of the this Stipulation.

13      10.    The terms of this Stipulation may not be modified, altered, or changed by the

14  Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan of

15  Reorganization and confirmation order thereon without the express written consent of the

16  Creditor. The terms of this Stipulation shall be incorporated into the Plan and/or any

17  subsequently filed Amended Chapter 11 Plan of Reorganization.

18      11.    In the event the Debtors' case is dismissed or converted to any other chapter

19  under Title 11 of the United States Bankruptcy Code, Creditor shall retain its lien in the full

20  amount due under the Note and the automatic stay shall be terminated without further notice,

21  order, or proceeding of the court.

22      12.    Each party shall bear their own attorneys' fees and costs in connection with the

23  preparation and filing of this Stipulation.

24  /././

25  /././

26  /././

27  /././

28  /././

- 3 -

1        13.    In exchange for the foregoing, Creditor hereby accepts the Debtors' Chapter 11

2    Plan of Reorganization with respect to the Subject Property.

Dated: January 31, 2011        /s/ Bryan A. Lindsey
            BRYAN A. LINDSEY
            Attorney for the Debtors

Dated: January 31, 2011        PITE DUNCAN, LLP

            /s/ Ace Van Patten
            ACE VAN PATTEN
            Attorneys for Creditor