1  RCO Legal, P.S.,
   Brett Ryan SBN 12484
2  2520 St. Rose Parkway, Suite 106
3  Henderson, NV 89074
   Phone: 702-854-9965
4  Fax: 425-974-8665
   Email: bryan@rcolegal.com
5  RCO File No. 228516
6  *Attorneys for Movant*
   Fifth Third Mortgage Company

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case: 09-29123-mkn |
|---|---|
| Melani Schulte and | Chapter 11 |
| William R. Schulte, | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Hearing Date: November 29, 2016 |
| | Hearing Time: 9:30 AM |
| Debtors. | |

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY was filed on November 1, 2016 by Brett Ryan Esq. The Motion seeks the following relief: An Order terminating the automatic stay, to allow Movant to proceed with foreclosure of the subject real property located at 5218 Misty Morning Drive, Las Vegas, NV 89118. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* prior to the Hearing on the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**If you object to the relief requested, you *must* file a written response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.**

**If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:**

  - The court may *refuse to allow you to speak* at the scheduled hearing, and
  - The court may *rule against you* without formally calling the matter at the hearing.

- 1 -

    **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the 300 Las Vegas Boulevard South, Las Vegas, NV 89101-5813 on November 29, 2016 at the hour of 9:30 AM.

    DATED this  1  day of  Nov.  2016.

                                      RCO LEGAL, P.S.

                                      By: /s/Brett P. Ryan
                                      Brett Ryan, Nevada Bar No. 12484
                                      2520 St. Rose Parkway, Suite 106
                                      Henderson, NV 89074
                                      Tel: 702-854-9965
                                      bryan@rcolegal.com
                                      Attorney for Movant