RCO Legal, P.S.,
Jason Kolbe SBN 11624
2520 St. Rose Parkway, Suite 106
Henderson, NV 89074
Phone: 702-854-9965
Fax: 425-974-8665
Email: jkolbe@rcolegal.com
RCO File No. 228516
*Attorneys for Movant*
Fifth Third Mortgage Company

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case: 09-29123-mkn |
|---|---|
| Melani Schulte, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

    PLEASE TAKE NOTICE, pursuant to Local Bankruptcy Rule 9022, that an Order Granting Motion for Relief from Automatic Stay was entered on December 8, 2016. A copy of the Order is attached hereto as Exhibit "A."

    DATED this 16 day of December, 2016.

                                   RCO LEGAL, P.S.

                                   By: /s/ Jason Kolbe
                                   Jason Kolbe, Nevada Bar No. 11624
                                   2520 St. Rose Parkway, Suite 106
                                   Henderson, NV 89074
                                   Tel: 702-854-9965
                                   jkolbe@rcolegal.com

# PROOF OF SERVICE

I hereby certify that I am an employee of RCO Legal, P.S., whose business address is 2520 St. Rose Parkway, Suite 106, Henderson, NV 89074. I am over the age of eighteen (18) and not a party to the within action.

On the date stated below, pursuant to Federal Rules of Civil Procedure and Local Rules, I served the documents described as:  NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY and EXHIBIT, on interested parties either by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at Henderson, Nevada or by CM/ECF system as indicated below:

■ **a. ECF System**

**Attorney for Debtor**
Steven L. Yarmy
7464 W. Sahara Avenue
Las Vegas NV 89117
sly@stevenyarmylaw.com

**U.S. Trustee**
300 Las Vegas Boulevard, South
Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

**b. United States mail, postage fully prepaid**

**Debtor**
Melani Schulte
9811 W. Charleston Blvd. #2-351
Las Vegas, NV 89117

**(Other parties)**
Sabreco Inc.
C/O Nevada Legal Forms & Tax Services
3901 W. Charleston Blvd
Las Vegas, NV 89102

Image Finance LLC
C/O Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          DATED this 16 day of December, 2016.

                                        By: /s/ Esequiel Valerio
                                            Esequiel Valerio

**EXHIBIT A**

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 08, 2016

RCO Legal, P.S.,
Brett Ryan SBN 12484
2520 St. Rose Parkway, Suite 106
Henderson, NV 89074
Phone: 702-854-9965
Fax: 425-974-8665
Email: bryan@rcolegal.com
RCO File No. 228516
*Attorneys for Movant*
Fifth Third Mortgage Company

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>William R. Schulte and<br><br>Melani Schulte,<br><br>Debtors. | Case: 09-29123-mkn<br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**<br><br>Hearing Date: November 30, 2016<br>Hearing Time: 9:30 AM |
|---|---|

The Motion for Relief from Automatic Stay of Fifth Third Mortgage Company ("Movant") came on regularly for hearing before the Court, appearances as noted on the record.

The Court having read and considered the moving papers, having determined that the moving papers were properly served, being fully advised, and good cause appearing:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Movant's Motion for Relief from Automatic Stay is GRANTED. The automatic stay of 11 U.S. C. § 362(a) is terminated as to the Debtors and the Debtors' bankruptcy estate pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) as to the collateral commonly known as 5218 Misty Morning Drive, Las Vegas, NV 89118 ("Property") and legally described in the attached Exhibit "A" to allow

Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

IT IS FURTHER ORDERED the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is waived. This Order shall be binding and effective despite any conversion of the bankruptcy case to any other chapter under Title 11 of the United States Code.

SUBMITTED BY:

By: /s/ Brett Ryan
Brett Ryan, Nevada Bar No. 12484
2520 St. Rose Parkway, Suite 106
Henderson, NV 89074
Tel: 702-854-9965
bryan@rcolegal.com

**RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:
Unrepresented parties appearing: None
Trustee: No Appearance at Hearing; No additional Service required.

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

**EXHIBIT A**

LOT NINE (9) IN BLOCK A OF LEWIS HOMES - SPRING VALLEY NO. 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 78 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**EXHIBIT A**

**PROOF OF SERVICE**

I hereby certify that I am an employee of RCO Legal, P.S., whose business address is 2520 St. Rose Parkway, Suite 106, Henderson, NV 89074. I am over the age of eighteen (18) and not a party to the within action.

On the date stated below, pursuant to Federal Rules of Civil Procedure and Local Rules, I served the documents described as: ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY and EXHIBIT, on interested parties either by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at Henderson, Nevadaor by CM/ECF system as indicated below:

■ a. ECF System
**US Trustee**
US Trustee - LV - 11
300 Las Vegas Boulevard, South
Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

b. United States mail, postage fully prepaid
**Debtors**
William R. Schulte
Melani Schulte
9811 W. Charleston Blvd. #2-351
Las Vegas, NV 89117

**Debtor's Attorney**
Sabreco Inc.
7201 W Lake Mead Blvd. #550
Las Vegas, NV 89128

(Other Parties)
Sabreco Inc.
C/O Nevada Legal Forms & Tax Services
3901 W. Charleston Blvd
Las Vegas, NV 89102

Image Finance LLC
C/O Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 6 day of December, 2016.

By: /s/ Esequiel Valerio
Esequiel Valerio