Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Federal National Mortgage Association ("Fannie Mae") , creditor c/o Seterus, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | § Case Number: 09-29123-mkn |
| **5218 Misty Morning LLC** | § |
| **Hot Endeavor LLC** | § Chapter: 11 |
| **2704 Sattley LLC** | |
| **1341 Minuet LLC** | |
| **1708 Plato Pico LLC** | |
| **2228 Warm Walnut LLC** | |
| **9425 Valley Hills LLC** | |
| **9500 Aspen Glow LLC** | |
| **Cherish LLC** | |
| **Sabreco Inc.** | |
| **Keep Safe LLC** | |
| **Melani Schulte** | |
| **William R. Schulte,** | |
| | § |
| Debtors. | § |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Federal National Mortgage Association ("Fannie Mae") , creditor c/o Seterus, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Federal National Mortgage Association ("Fannie Mae") hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

Seterus, Inc.                    McCarthy & Holthus, LLP
PO Box 1047                      9510 West Sahara Avenue, Suite 200
Hartford, CT 06143               Las Vegas, NV 89117

M&H File No. NV-17-135488

(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Federal National Mortgage Association ("Fannie Mae") must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 4/3/2017

McCarthy & Holthus, LLP

By: /s/ Michael Chen, Esq.
Michael Chen, Esq.
Attorneys for Federal National Mortgage Association ("Fannie Mae") , creditor c/o Seterus, Inc.

M&H File No. NV-17-135488

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Federal National Mortgage Association ("Fannie Mae") , creditor c/o Seterus, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-29123-mkn |
| 5218 Misty Morning LLC | ) Chapter 11 |
| Hot Endeavor LLC | ) |
| 2704 Sattley LLC | ) DATE:  No Hearing Info |
| 1341 Minuet LLC | ) TIME:   No Hearing Info |
| 1708 Plato Pico LLC | ) |
| 2228 Warm Walnut LLC | ) **CERTIFICATE OF SERVICE OF** |
| 9425 Valley Hills LLC | ) **REQUEST FOR SPECIAL NOTICE** |
| 9500 Aspen Glow LLC | ) |
| Cherish LLC | ) |
| Sabreco Inc. | ) |
| Keep Safe LLC | ) |
| Melani Schulte | ) |
| William R. Schulte, | ) |
| Debtors. | ) |

1

Case  No. 09-29123-mkn; M&H File No. NV-17-135488
Certificate of Service

**CERTIFICATE OF SERVICE**

On 4/4/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR(S) COUNSEL** |
|---|---|
| U.S. Trustee - LV - 11, 11 | Daniel L. McGookey |
| USTPRegion17.lv.ecf@usdoj.gov | dmcgookey@mcgookeylaw.com |
| | |
| | David A Riggi |
| | darnvbk@gmail.com |

**SPECIAL NOTICE**
Brett Ryan
nvecf@rcolegal.com

Eddie R. Jimenez
ecfcacbla@piteduncan.com

Jeff Sylvester, Esq.
jeff@sylvesterpolednak.com

Kathryn Holbert, Esq.
mail@brianshapirolaw.com

Krista J. Nielson, Esq.
pjurani@mileslegal.com

Ogonna M. Atamoh
oatamoh@nevadafirm.com

Stephanie L Cooper, Esquire
mrosales@ccfirm.com

Steven L. Yarmy
sly@stevenyarmylaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 4/4/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
1341 Minuet LLC, 7201 W Lake Mead Blvd, Las Vegas, NV 89128

1708 Plato Pico LLC, 7201 W Lake Mead Blvd, Las Vegas, NV 89128

2228 Warm Walnut LLC, 7201 W Lake Mead Blvd, Las Vegas, NV 89128

2704 Sattley LLC, 7201 W. Lake Mead Blvd. Suite 550, Las Vegas, NV 89128

2

5218 Misty Morning LLC, 7201 W. Lake Mead Blvd., Las Vegas, NV 89128

9425 Valley Hills LLC, 7201 W Lake Mead Blvd, Las Vegas, NV 89128

9500 Aspen Glow LLC, 7201 W Lake Mead Blvd, Las Vegas, NV 89128

Cherish LLC, 7201 W. Lake Mead Blvd #550, Las Vegas, NV 89128

Hot Endeavor LLC, 7201 W Lake Med Blvd, Las Vegas, NV 89128

Keep Safe LLC, 7201 W Lake Mead Blvd #550, Las Vegas, NV 89128

Melani Schulte, 9811 W. Charleston Blvd. #2-351, Las Vegas, NV 89117

Sabreco Inc., 7201 W Lake Mead Blvd #550, Las Vegas, NV 89128

William R. Schulte, 9811 W. Charleston Blvd. #2-351, Las Vegas, NV 89117

DEBTOR(S) COUNSEL
Samuel A. Schwartz, 6623 Las Vegas Blvd. SO., Ste 300, Las Vegas, NV 89119

US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101

SPECIAL NOTICE(S)
Ace Van Patten, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177

America's Servicing Company, c/o McCalla Raymer, LLC, Bankruptcy Department, 1544 Old Alabama Rd., Roswell, GA 30076

Blakeley E. Griffith, Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169

Bob L. Olson, Esq., Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169

Caliber Home Loans, Inc., Attn: Managing Agent, 13801 Wireless Way, Oklahoma City, OK 73134

Charles E. Gianelloni, Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169

Erika M. Wright, Esq., Shea & Carlyon, LTD., 701 Bridger Ave, Suite 850, Las Vegas, NV 89101

Tiffany & Bosco, P.A., Attn: On behalf JPMorgan Chase Bank, National Association, 212 South Jones Boulevard, Las Vegas, NV 89107

Jacque A. Gruber, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177

Jeremy T. Bergstrom, Esq., Miles, Bauer, Bergstrom & Winters, LLP, 2200 Paseo Verde Pkwy., Suite 250, Henderson, NV 89052

John D. Schlotter, Esq., America's Servicing Company, 1544 Old Alabama Road, Roswell, GA 30076

Laura Grifka, 1544 Old Alabama Road, Roswell, GA 30076

3

Case No. 09-29123-mkn; M&H File No. NV-17-135488
Certificate of Service

1
2  Laurel E. Davis, Fennemore Craig, P.C., 300 South Fourth Street, Suite 1400, Las Vegas, NV 89101

3  Litton Loan Servicing LLP c/o John D. Schlotter, McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell,, GA 30076

4  Marek P. Bute, Esq., Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169
5

6  McCarthy & Holthus, LLP, Attn: Managing Agent, 9510 West Sahara Avenue, Suite 200, Las Vegas, NV 89117

7
8  The Cooper Castle Law Firm, Attn: Attorney for Secured Creditor, A Multi-Jurisdictional Law Firm, 820 South Valley View Blvd., Las Vegas, NV 89107

9  Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261

10  Ocwen Loan Servicing, LLC, Attn: Bankruptcy Dept, PO Box 24605, West Palm Beach, FL 33416

11  Ocwen Loan Servicing, LLC., Attn: Bankruptcy Department, 1100 Virginia Drive, Suite 175, Fort Washington,, PA 19034

12
13  PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

14  Robert R. Kinas, SNELL & WILMER LLP, 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169
15

16  LAW OFFICES OF LES ZIEVE, Attn: OCWEN LOAN SERVICING, LLC, 3753 Howard Hughes Parkway, Suite 200, Las Vegas, NV 89169

17  Shea & Carlyon, LTD., Attn: Erika M. Wright, Esq., 701 Bridger Ave, Suite 850, Las Vegas, NV 89101

18
19
20
21
22
23
24
25
26
27
28
29

4

20 LARGEST UNSECURED CREDITORS
Americas Servicing Co, 1 Home Campus, Des Moines, IA 50328

Bank of America, P.O. Box 26237, Las Vegas, NV 89126

City National Bank, PO Box 60938, Los Angeles, CA 90060

Countrywide Home Lending, Attn: Bankruptcy SV-314B, Po Box 5170, Simi Valley, CA 93062

Jesse Sbaih, 509 Canyon Greens, Las Vegas, NV 89144

Jesse Sbath, 5609 San Ardo, Las Vegas, NV 89130

Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126

Wells Fargo, PO Box 14547, Des Moines, IA 50306

Z'rea LP, 509 Canyon Greens, Las Vegas, NV 89144

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 4/4/2017        /s/ Hue Banh
                       Hue Banh