BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP           BDFTW#  00000006837686
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA  91765
(626) 915-5714

Attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NEVADA DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., KEEP SAFE LLC, and WILLIAM R. SCHULTE<br>Debtors(s) | CASE NO.: 09-29123-MN-11<br><br>CHAPTER: 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br>**(Fed. Bankr Rule 2002)** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR(S), THE TRUSTEE, ALL COUNSEL OF RECORD AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, hereby requests that the Master Mailing List in this case be amended to include the name, street address and ECF email address listed below and that notice of all events scheduled in this case and copies of all notices, requests for hearing, motions, objections, pleadings and other documents filed in this case be sent to the following address in addition to any other address(es) shown in the court's records for such creditor:

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
c/o BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone:  (626) 915-5714
Fax:      (972) 661-7726
Email:   NVECF@BDFGROUP.COM
File No: 00000006837686

      This Request for Special Notice does not authorize the undersigned to accept service of legal process or to waive service of legal process for any specific contested matter or adversary proceeding that may involve the debtor(s) and/or creditor named herein.

                                                  Respectfully Submitted,
                                                  BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: June 08, 2017           By:  /s/ EDWARD A. TREDER
                                                      Attorney for Secured Creditor

## CERTIFICATION OF SERVICE

I, EDWARD A. TREDER, the undersigned, whose address appears below, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

That on June 08, 2017, I caused to be served a true copy of Request for Special Notice, on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States mail first class, postage prepaid, and/or with an overnight mail service addressed and/or by NEF notice as follows:

**DEBTORS:**
WILLIAM R. SCHULTE
276 MANZANITA RANCH LANE
HENDERSON, NV  89012

MELANI SCHULTE
276 MANZANITA RANCH LANE
HENDERSON, NV  89012

SABRECO INC.
7201 W. LAKE MEAD BLVD #550
LAS VEGAS, NV  89128

CHERISH LLC
7201 W. LAKE MEAD BLVD #550
LAS VEGAS, NV  89128

KEEP SAFE LLC
7201 W. LAKE MEAD BLVD #550
LAS VEGAS, NV  89128

9425 VALLEY HILLS LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

9500 ASPEN GLOW LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

2228 WARM WALNUT LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

1708 PLATO PICO LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

1341 MINUET LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

2704 SATTLEY LLC
7201 W. LAKE MEAD BLVD.
SUITE 550
LAS VEGAS, NV  89128

5218 MISTY MORNING LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

HOT ENDEAVOR LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV  89128

WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD
#2-351
LAS VEGAS, NV  89117

MELANI SCHULTE
9811 W. CHARLESTON BLVD.
#2-351
LAS VEGAS, NV  89117

**DEBTOR'S ATTORNEY:**
PRO SE

**TRUSTEE:**
US TRUSTEE
300 LAS VEGAS BOULEVARD S
STE 4300
LAS VEGAS, NV  89101

**US TRUSTEE:**
300 LAS VEGAS BLVD
STE 4300
LAS VEGAS, NV  89101

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on June 08, 2017 at DIAMOND BAR, CA.

                By:  /s/ EDWARD A. TREDER
                           EDWARD A. TREDER