_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 27, 2017

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

Attorney for The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JP Morgan Chase Bank, N.A., successor in interest to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-27
09-74063

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-29123-mkn |
| Melani Schulte and William R. Schulte | Chapter 11 |
| Debtors. | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(1) and (c)(2)(C)

The Court has reviewed the Secured Creditor's Ex-Parte Application For An Order Pursuant To 362(c)(1) and (c)(2)(C) and rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has terminated for all purposes as to The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JP Morgan Chase Bank, N.A., successor in

interest to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-27, of the subject property, generally described as 509 Canyon Greens Dr, Las Vegas, NV 89144.

IT IS SO ORDERED.

Submitted by:

**TIFFANY & BOSCO, P.A**

By:   /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor