# EXHIBIT "1"

VA Form 26-6326a (Home Loan)
Rev. October 1979. Use Optional.
Section 1810, Title 38, U.S.C.
Acceptable to Federal National
Mortgage Association.
(Amended May, 1989)

Case 09-29123-mkn    Doc 1241-1    Entered 10/12/17 13:28:41    Page 2 of 2

o No.

NEVADA

# DEED OF TRUST NOTE

## NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

Laguna Hills, California,

$ 111,508.00                                                                November 17, 1993.

FOR VALUE RECEIVED, the undersigned promise(s) to pay to
**RSL Mortgage Corp., a Kansas Corporation**, or order,
the principal sum of
**One Hundred Eleven Thousand Five Hundred Eight and No/100**
Dollars ($ 111,508.00 ), with interest from date at the rate of **Seven**
per centum ( **7.000%** ) per annum on the unpaid balance, until paid. The said principal and interest shall be payable at the office of **RSL Mortgage Corp., a Kansas Corporation**
**23332 Mill Creek Drive, Suite 225**     in **Laguna Hills, California 92653**,
or at such other place as the holder hereof may designate in writing delivered or mailed to the debtor, in monthly installments of
**Seven Hundred Forty One and 87/100 DOLLARS**
($ **741.87** ), commencing on the first day of **January, 1994**, and continuing on the first day of each month thereafter until this note is fully paid, except that, if not sooner paid, the final payment of principal and interest shall be due and payable on the first day of **December, 2023.**

Privilege is reserved to prepay at any time, without premium or fee, the entire indebtedness or any part thereof not less than the amount of one installment, or one hundred dollars ($100.00), whichever is less. Prepayment in full shall be credited on the date received. Partial prepayment, other than on an installment due date, need not be credited until the next following installment due date or thirty days after such prepayment, whichever is earlier.

If any deficiency in the payment of any installment under this note is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice at the option of the holder of this note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.

This note is secured by a Deed of Trust of even date executed by the undersigned on certain property described therein and represents money actually used for the acquisition of said property or the improvements thereon.

The undersigned waive presentment, protest, and notice, and also waive the benefit of any homestead, exemption, valuation, or appraisement laws as to this debt.

The undersigned hereby certifies this to be a true & correct copy of the original.
FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.
By: _____

_____        _____
DAN RAY HEIDEMANN                        LINDA HEIDEMANN

_____        _____

This is to Certify that this is the note described in and secured by Deed of Trust of even date herewith and in the same principal amount as herein stated to
**First American Title Insurance Company, a California Corporation**, TRUSTEE on real estate located in **CLARK** County, State of Nevada.

Dated:

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
AMELIA C. FONTE
My Appointment Expires Jan. 30th, 1995

_____
Notary Public.

Property Address: **5524 ROCK CREEK LANE, LAS VEGAS, NEVADA 89130**

dpi - 3/90