# EXHIBIT "3"

960821.01535

Recording Requested by:
Lawyers Title of Nevada, Inc.
Escrow No.: 9606428-IM

After Recording, mail to:                          7.15
WILLIAM R. SCHULTE
6010 Smoke Ranch Road                    Affix R.P.T.T.
Las Vegas, NV89108                        APN: 125-36 -110-041

## G R A N T ,   B A R G A I N ,   S A L E   D E E D

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
DAN RAY HEIDEMANN and LINDA HEIDEMANN, husband and wife

do(es) hereby Grant, Bargain, Sell and Convey to
WILLIAM R. SCHULTE and MELANI SCHULTE, husband and wife as Joint Tenants

the following described real property situate in the
County of CLARK          State of Nevada:

Lot Fifty One (51) in Block One (1) of COUNTRY LANE ESTATES UNIT NO. 5, as per
recorded in Book 49, page 29 and as amended by that certain Certificate of Amendment
recorded May 24, 1991 in Book 910524 as Document No. 921 in the Office of the County
Recorder of Clark County, Nevada.

SUBJECT TO:
1. Taxes for the fiscal year 96-97
2. Rights of way, reservations, restrictions, easements and conditions of record.
3. Subject to that certain Deed of Trust of record in favor of Fidelity Savings Bank.

Together with all tenements, hereditaments and appurtenances thereunto belonging or
appertaining, and the reversion and reversions, remainder and remainders, rents, issues
profits thereof.

Dated this 16th day of August, 1996

_____          _____
DAN RAY HEIDEMANN                 LINDA HEIDEMANN

_____          _____

STATE OF NEVADA,          )
                          ) ss
COUNTY OF Clark           )
On 8/16/96           personally        This area provided for Recorders' Use
appeared before me, a Notary Public,
Dan Ray Heidemann &
Linda Heideman

personally known (or proved) to me to
be the person whose name is subscribed
to the above instrument who acknowledged
that the y executed the instrument.

Signature Cindy Marie Nunn
(Notary Public)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CINDY MARIE NUNN
My Appointment Expires Dec. 18, 1998

CLARK COUNTY, NEVADA
JUDITH A. VANDEVER, RECORDER
RECORDED AT REQUEST OF:
LAWYERS TITLE OF NEVADA
08-21-96  14:58    CPD        1
OFFICIAL RECORDS
BOOK:  960821  INST:  01535
FEE:    7.00  RPTT:        7.15

EXHIBIT "A"

Grantees herein, as part of the Purchase Price and consideration for this Deed,
Assume and Agree to pay the indebtedness evidenced by that certain Mortgage
made November 17, 1993, which Mortgage is recorded in the Public Records of
Clark County, in Book 931130 and Page 03709, and for the same consideration
grantees hereby assume the obligations of Dan Ray Heidemann and Linda Heidemann,
under the terms of the instruments creating the loan to indemnify the Department
of Veterans Affairs, to the extent of any claim payment arising from the guaranty
or insurance of the indebtedness above emntioned.  This liability to the Depart-
ment of Veterans Affairs in under the Authority of Chapter 37, Title 38 of
the United States Code, and superseded any State or local law barring or limiting
deficiencies following foreclsure of real property.

The undersigned Grantees hereby acknowledge and accept the above assumption
agreement and their liability to indemnify the Veterans Administration.

_____          _____
WILLIAM R. SCHULTE                          MELANI   SCHULTE


STATE OF NEVADA                    )
                                   ) SS
COUNTY OF _____Clark_____         )

On ___8/16/96_____ personally appeared before me, a notary public,
        (date)

__William R. Schulte & Melani Schulte__, personally known ( or proved)

to me to be the person whose name is subscribed to the above instrument who acknowledged

that the_/executed the instrument.

        MELISSA REDA
        Notary Public - Nevada          _____
        My appt. exp. June 24, 2000        (notary public signature)
        No. 96-3844-1

        (seal)