# EXHIBIT "5"

When Recorded Mail To:
RSL Mortgage Corporation
23332 Mill Creek Drive, Suite 225
Laguna Hills, California  92653

## ASSIGNMENT OF DEED OF TRUST

    **FOR VALUABLE CONSIDERATION,** the receipt of which is hereby acknowledged, **RSL Mortgage Corporation, a Kansas Corporation,** hereby assigns to **Railroad Savings Bank F.S.B., a Federally Chartered Savings Bank** that certain Trust Deed, together with the indebtedness secured thereby, which Trust Deed is Dated _NOVEMBER 17, 1993_, was executed by _DAN RAY HEIDEMANN AND LINDA HEIDEMANN, HUSBAND AND WIFE AS COMMUNITY_, as Trustor, to FIRST AMERICAN TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION, as Trustee, was recorded on _NOVEMBER 30, 1993_, in Book _931130,_ at Page _____, Entry Number _ _03709_, of the records of the County Recorder of **CLARK** County, **NEVADA**, and covers real property situated in said county described as follows:

AS DESCRIBED ON THE DEED OF TRUST REFERRED TO HEREIN

Dated _February 1, 1994_

                                   RSL Mortgage Corporation
                                     a Kansas Corporation

                                     By:_____
                                         Mitch Crouch, Vice President

State of Kansas          )
                         )ss
County Of Sedgwick     )

    On February 1st, 1994, personally appeared before me Mitch Crouch who being by me duly sworn did say that he is the Vice President of **RSL Mortgage Corporation, a Kansas Corporation,** and that the foregoing instrument was signed in behalf of said corporation by authority of a resolution of its Board of Directors, and said Vice President acknowledged to me that said corporation executed the same.

AMI C. OXLEY
Notary Public - State of Kansas
My Appt. Expires 10|22|96

                                      _____
                                       Ami C. Oxley, Notary Public

My Commission Expires: _10/22/96_

Residing at: _Wichita, Kansas_

CLARK COUNTY, NEVADA
JOAN L. SWIFT, RECORDER
RECORDED AT REQUEST OF:
RSL MORTGAGE CORPORATION

03-01-94  14:24  SKD         1
OFFICIAL RECORDS
BOOK:  940301  INST:  01334

FEE:    7.00  RPTT:     .00