# EXHIBIT "7"

NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (702) 382-1399
Facsimile: (702) 382-0925
Email:  nathan@mclaw.org

Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Bankruptcy Case No. 09-29123-mkn |
|---|---|
| MELANI SCHULTE and WILLIAM R. SCHULTE, | Chapter 11 |
| Debtors. | Hearing Date: November 15, 2017<br>Hearing Time: 9:30 a.m.<br>Location: Foley Federal Building<br>Courtroom: 2 (3rd Floor) |

### ORDER FOR RELIEF FROM AUTOMATIC STAY

The Motion for Relief from Automatic Stay of Fidelity Bank ("Movant") came on regularly for hearing before this court on November 15, 2017, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

1

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

IT IS HEREBY ORDERED that all stay provisions are hereby terminated as to real property commonly known as 5524 Rock Creek Lane, Las Vegas, Nevada 89130, pursuant to § 362 (d)(1), including a waiver of the 14-day stay to Federal Rule of Bankruptcy Procedure 4001(a)(3).

Submitted by:

By:  /s/ *Nathan F. Smith*
NATHAN F. SMITH, #12642
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (702) 382-1399
Facsimile: (702) 382-0925
Email:  nathan@mclaw.org

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that that order accurately reflects the court's ruling and that:

___   The Court has waived the requirement set forth in LR 9021(b)(1).

___   No party appeared at the hearing or filed an objection to the motion.

___   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

 /s/ *Nathan F. Smith*
NATHAN F. SMITH
###