## * * § 362 INFORMATION COVER SHEET * *

MELANI SCHULTE and WILLIAM+
DEBTOR
Fidelity Bank
MOVANT

Case No: 09-29123-mkn
CHAPTER: 11

MOTION #:

### Certification of Attempt to Resolve the Matter Without Court Action:

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: October 12, 2017    Signature: /s/ Nathan F. Smith
Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: 5524 Rock Creek Lane, Las Vegas, NV 89130
NOTICE SERVED ON: Debtor(s) ✓ ; Debtor's counsel ✓ ; Trustee ✓ ;
DATE OF SERVICE: August 31, 2017

**MOVING PARTY'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:
1st $79,538.56
2nd
3rd
4th
Other:
Total Encumbrances: $79,538.56

APPRAISAL of OPINION as to VALUE:

**DEBTOR'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:
1st
2nd
3rd
4th
Other:
Total Encumbrances:

APPRAISAL of OPINION as to VALUE:

**TERMS of MOVANT'S CONTRACT with the DEBTOR(S):**

Amount of Note: $88,138.80
Interest Rate: 5.00 %
Duration: 30 years
Payment per Month: $601.38
Date of Default: 06/01/2016
Amount in Arrears: $1,852.26
Date of Notice of Default: 08/31/2017
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: /s/ Nathan F. Smith
NATHAN F. SMITH

**DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT.**

.
.
.
.
.
.
.
.
SPECIAL CIRCUMSTANCES:

SUBMITTED BY:
SIGNATURE: