NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–29123–mkn |
| | CHAPTER 11 |
| MELANI SCHULTE | |
| WILLIAM R. SCHULTE | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1241* – Motion for Relief from Stay Property: 5524 Rock Creek Lane, Las Vegas, NV 89130 Fee Amount $181. with Proposed Order Filed by NATHAN F. SMITH on behalf of Fidelity Bank (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7)(SMITH, NATHAN) |
| | *1244* – Notice of Hearing Hearing Date: 11/15/2017 Hearing Time: 9:30 AM with Certificate of Service Filed by NATHAN F. SMITH on behalf of Fidelity Bank (Related document(s)1241 Motion for Relief from Stay filed by Creditor Fidelity Bank, 1243 362 Information Sheet filed by Creditor Fidelity Bank) (SMITH, NATHAN) |
| Filed On: | 10/12/17 |
| With A Hearing Date Of: | 11/15/17 |
| And A Hearing Time Of: | 9:30 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.
* Please see Order at docket #128.

Dated: 10/13/17

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**