# EXHIBIT "3"

960821.01535

Recording Requested by:
Lawyers Title of Nevada, Inc.
Escrow No.: 9606428-IM

After Recording, mail to:
WILLIAM R. SCHULTE
6010 Smoke Ranch Road
Las Vegas, NV 89108

7.15
Affix R.P.T.T.
APN: 125-36-110-041

# GRANT, BARGAIN, SALE DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
DAN RAY HEIDEMANN and LINDA HEIDEMANN, husband and wife

do(es) hereby Grant, Bargain, Sell and Convey to
WILLIAM R. SCHULTE and MELANI SCHULTE, husband and wife as Joint Tenants

the following described real property situate in the
County of CLARK     State of Nevada:

Lot Fifty One (51) in Block One (1) of COUNTRY LANE ESTATES UNIT NO. 5, as per recorded in Book 49, page 29 and as amended by that certain Certificate of Amendment recorded May 24, 1991 in Book 910524 as Document No. 921 in the Office of the County Recorder of Clark County, Nevada.

SUBJECT TO:
1. Taxes for the fiscal year 96-97
2. Rights of way, reservations, restrictions, easements and conditions of record.
3. Subject to that certain Deed of Trust of record in favor of Fidelity Savings Bank.

Together with all tenements, hereditaments and appurtenances thereunto belonging or appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

Dated this 16th day of August, 1996

_____          _____
DAN RAY HEIDEMANN                   LINDA HEIDEMANN

STATE OF NEVADA,
COUNTY OF Clark ) ss
On 8/16/96 personally appeared before me, a Notary Public,
Dan Ray Heidemann & Linda Heideman

personally known (or proved) to me to be the person whose name is subscribed to the above instrument who acknowledged that t he y executed the instrument.

Signature Cindy Marie Nunn
(Notary Public)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CINDY MARIE NUNN
My Appointment Expires Dec. 19, 1999

This area provided for Recorders' Use

CLARK COUNTY, NEVADA
JUDITH A. VANDEVER, RECORDER
RECORDED AT REQUEST OF:
LAWYERS TITLE OF NEVADA
08-21-96  14:58  CPD         1
OFFICIAL RECORDS
BOOK: 960821  INST:  01535
FEE:   7.00  RPTT:       7.15

EXHIBIT "A"

Grantees herein, as part of the Purchase Price and consideration for this Deed, Assume and Agree to pay the indebtedness evidenced by that certain Mortgage made November 17, 1993, which Mortgage is recorded in the Public Records of Clark County, in Book 931130 and Page 03709, and for the same consideration grantees hereby assume the obligations of Dan Ray Heidemann and Linda Heidemann, under the terms of the instruments creating the loan to indemnify the Department of Veterans Affairs, to the extent of any claim payment arising from the guaranty or insurance of the indebtedness above emntioned. This liability to the Department of Veterans Affairs in under the Authority of Chapter 37, Title 38 of the United States Code, and superseded any State or local law barring or limiting deficiencies following foreclsure of real property.

The undersigned Grantees hereby acknowledge and accept the above assumption agreement and their liability to indemnify the Veterans Administration.

_____         _____
WILLIAM R. SCHULTE                      MELANI SCHULTE

STATE OF NEVADA        )
                       ) ss
COUNTY OF Clark        )

On 8/16/96 (date) personally appeared before me, a notary public,

William R Schulte & Melani Schulte, personally known (or proved)

to me to be the person whose name is subscribed to the above instrument who acknowledged

that they executed the instrument.

MELISSA REDA
Notary Public - Nevada
My appt. exp. June 24, 2000
No. 96-3844-1

_____
(notary public signature)

(seal)