# EXHIBIT "6"

| Clark County Home | Official Records | Marriages | FAQ | Search |

# Recorder

< Back to Recorder Home Page

**Web Search Disclaime**
**Ordering Copies of Document**

## Debbie Conway, Recorder

Search Home   Simple Search   Advanced Search   Instrument ID   Marriage Search   Help   Assessor Online Search   View Cart

## Web Services Detailed Data Results

**Instrument:** 20090715-04304
**Document Type:** Assignment
**ReRecorded:** N
**Requestor:** FIEDELITY BANK

**Book/Instr:**
**Recorded:** 07/15/2009 16:02:13
**Remarks:** ASSIGNMENT OF MORTGAGE

Order Copies
**Pgs:** 3

**1st Party:**   RAILROAD SAVINGS BANK FSB
                HEIDEMANN, DAN RAY
                HEIDEMANN, LINDA
**2nd Party:**  FIDELITY BANK
   **Legal Description:** ParcelNum: 12536110041
   **References:**

**Tot Value:** $
**RPTT:** $

**Property Value:** $0.00
**Exmpt Code:**

**Percent:** %

**ATag:**

**Search Criteria:**   Find all documents where the ( (Last Name = 'FIDELITY BANK' and First Name = '' ) or (Last Name = 'HEIDEMANN' and First Name = 'DAN RAY' ) or (Last Name = 'HEIDEMANN' and First Name = 'LINDA' ) or (Last Name = 'RAILROAD SAVINGS BANK FSB' and First Name = '' ) )and DTS Instrument Number Like '200907150004304%'

http://recorder.co.clark.nv.us/extReal/SimpleQuery.asp

7/20/2009

Space Above This Line for Recorder's Use

# ASSIGNMENT OF MORTGAGE

Loan No.

FOR VALUE RECEIVED, the undersigned holder of Mortgage/Deed of Trust, **Railroad Savings Bank F.S.B., a Federally Chartered Savings Bank (herein "Assignor")** does hereby grant, sell, assign, transfer and convey, unto **Fidelity Bank (herein "Assignee")** whose address is 100 East English, Wichita, KS. 67202 a certain Mortgage/Deed of Trust made and executed by **Dan Ray Heidemann and Linda Heidemann, husband and wife as community** to **RSL Mortgage Corporation, a Kansas Corporation.**, and recorded on **November 30, 1993** in **Book 931130, Entry # 03709**, in the office of the county of **Clark**, state of **Nevada**.

**LEGAL DESCRIPTION:** As described on the Deed of Trust referred to herein.

Dated: September 1, 1994

Railroad Savings Bank F.S.B.

By _[signature]_
Bonnie J. Nelson, Vice President

## ACKNOWLEDGMENT

State of KANSAS}
County of Sedgwick} SS.

On **September 1, 1994**, before me, the undersigned, a Notary Public in and for said State personally appeared **Bonnie J. Nelson, Vice President for Railroad Savings Bank F.S.B.**, personally known to me (or proved to me on the basis of satisfactory evidence) to the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

Notary Seal Below:

Signature _[signature]_
Gina Loibl, Notary Public
My Commission Expires: 12/26/97

> GINA LOIBL
> NOTARY PUBLIC
> STATE OF KANSAS
> My Appt. Exp. 12/26/97

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Fidelity Bank
100 E. English
Wichita, KS 67202