NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (702) 382-1399
Facsimile: (702) 382-0925
Email:  nathan@mclaw.org

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MELANI SCHULTE and WILLIAM R. SCHULTE,<br><br>2704 SATTLEY LLC…………………….....<br>HOT ENDEAVOR LLC……………………<br>1341 MINUET LLC……………………….<br>1708 PLATO PICO LLC………………….<br>2228 WARM WALNUT LLC……………..<br>9425 VALLEY HILLS LLC……………….<br>9500 ASPEN GLOW LLC………………..<br>5218 MISTY MORNING LLC ……………<br>CHERISH LLC………………………………<br>SABRECO Inc………………………………<br>KEEP SAFE LLC……………………………. | Bankruptcy Case No. 09-29123-mkn<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-BAM<br>09-27909-BAM<br>09-27910-BAM<br>09-27911-BAM<br>09-27912-BAM<br>09-27913-BAM<br>09-27914-BAM<br>09-27916-BAM<br>09-28513-BAM<br>09-31584-BAM<br>09-31585-BAM<br><br>Hearing Date: November 15, 2017<br>Hearing Time: 9:30 a.m.<br>Location: Foley Federal Building<br>Courtroom: 2 (3rd Floor) |

## AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM

## AUTOMATIC STAY

TO:    ALL PARTIES IN INTEREST and THEIR COUNSEL OF RECORD.

Notice is hereby given that an Amended Motion for Relief from Automatic Stay ("Motion") was filed on October 20, 2017 by Fidelity Bank ("Movant").  The Motion seeks relief from the

automatic stay, to the extent it remains in effect post-confirmation, with regard to real property commonly known as 5524 Rock Creek Lane, Las Vegas, Nevada 89130. Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you must file an opposition with the Court and serve a copy on the Movant no later than 14 days preceding the hearing date for the motion, [unless an exception applies (see Local Rule 9014(d)(3)).]. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, Courtroom 2 (3rd Floor), 300 Las Vegas Boulevard South, Las Vegas, NV 89101, on November 15, 2017, at the hour of 9:30 a.m..

NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to time without further notice.

Dated: October 20, 2017

Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Nathan F. Smith*
NATHAN F. SMITH, #12642
Attorney for Movant

**CERTIFICATE OF SERVICE**

I, Allen Sifuentes, certify that on October 20, 2017, I served a true and correct copy of the foregoing MOTION FOR RELIEF, § 362 INFORMATION SHEET, and NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY and by depositing a copy via United States Mail at Irvine, California, postage fully prepaid, addressed to:

MELANI & WILLIAM SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

5218 MISTY MORNING LLC
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128

2704 SATTLEY LLC
7201 W. LAKE MEAD BLVD, SUITE 550
LAS VEGAS, NV 89128

1341 MINUET LLC
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

1708 PLATO PICO LLC
7201 W. LAKE MEAD BLVD
LAS VEGAS, NV 89128

2228 WARM WALNUT LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

9425 VALLEY HILLS LLC
7201 W. LAKE MEAD BLVD
LAS VEGAS, NV 89128

SABRECO INC.
7201 W. LAKE MEAD BLVD
LAS VEGAS, NV 89128

CHERISH LLC
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

| | |
|---|---|
| 1 | KEEP SAFE LLC |
| 2 | 7201 W LAKE MEAD BLVD #550 |
| | LAS VEGAS, NV 89128 |
| 3 | |
| 4 | 9500 ASPEN GLOW LLC |
| | 7201 W. LAKE MEAD BLVD. |
| 5 | LAS VEGAS, NV 89128 |
| 6 | EDWARD M. BURR |
| | HENRY AND HORNE |
| 7 | 7098 E COCHISE RD, SUITE 100 |
| 8 | SCOTTSDALE, AZ 85253 |
| 9 | SPECIAL NOTICE |
| | LITTON LOAN SERVICING, L.P. |
| 10 | ATTN: BANKRUPTCY DEPARTMENT |
| 11 | C/O MCCALLA RAYMER, LLC |
| | 1544 OLD ALABAMA ROAD |
| 12 | ROSWELL, GA 30076 |
| 13 | SYLVESTER & POLEDNAK, LTD. |
| 14 | 7371 PRAIRIE FALCON ROAD |
| | SUITE 120 |
| 15 | LAS VEGAS, NV 89128 |
| 16 | BAC HOME LOANS SERVICING, LP C/O PROBER & RAPHAEL, A LAW CORPORATION |
| 17 | 20750 VENTURA BLVD, SUITE 100 |
| | WOODLAND HILLS, CA 91364 |
| 18 | |
| 19 | CITY NATIONAL BANK |
| | SHEA & CARLYON, LTD. |
| 20 | 701 BRIDGE AVE, #850 |
| | LAS VEGAS, NV 89101 |
| 21 | |
| 22 | CITIMORTGAGE, INC |
| | ATTN: SUITE 200 |
| 23 | 4375 JUTLAND DRIVE |
| | SUITE 200 |
| 24 | PO BOX 17933 |
| 25 | SAN DIEGO, CA 92177-0933 |
| 26 | LARGEST UNSECURED CREDITORS |
| | BANK OF AMERICA |
| 27 | PO BOX 21848 |
| 28 | GREENSBORO, NC 27420 |

1. BANK OF NEVADA
P.O. BOX 26237
LAS VEGAS, NV 89126-0237

2. BARCLAYS BANK DELAWARE
PO BOX 8833
WILMINGTON, DE 19899

3. CHASE MANHATTAN MORTGAGE
PO BOX 78920
PHOENIX, AZ 85062-8920

4. CITIMORTGAGE INC
PO BOX 6006
THE LAKES, NV 88901-6006

5. CITIMORTGAGE INC
PO BOX 9438, DEPT 0251
GAITHERBURG, MD 20898

6. CITIMORTGAGE INC.
PO BOX 8004
SOUTH HACKENSACK, NJ 07606-8004

7. CITY NATIONAL BANK
PO BOX 60938
LOS ANGELES, CA 90060-0938

8. COUNTRYWIDE HOME LOANS
PO BOX 10219
VAN NUYS, CA 91410-0219

9. COUNTRYWIDE HOME LENDING
PO BOX 5170
SIMI VALLEY, CA 93062-5170

10. FIFTH THIRD BANK
C/O BANKRUPTCY DEPT, MDROPSO5
1850 EAST PARIS
GRAND RAPIDS, MI 49546

11. FIRST HAWAIIAN BANK
PO BOX 1959
HONOLULU, HI 96805

| | |
|---|---|
| 1 | FIRST NATIONWIDE MTG |
| 2 | PO BOX 9438,DEPT 0251 |
|   | GAITHERBURG, MD 20898 |
| 3 | |
| 4 | GRANT & WEBER |
|   | 861 CORONADO CENTER DR S |
| 5 | HENDERSON, NV 89052 |
| 6 | HOME COMINGS FINANCIAL |
|   | 1100 VIRGINIA DRIVE |
| 7 | FORT WASHINGTON, PA 19034 |
| 8 | |
|   | HOMECOMINGS FINANCIAL |
| 9 | PO BOX 205 |
|   | WATERLOO, IA 50704-0205 |
| 10 | |
| 11 | JESSE SBAIH |
|    | C/O DEBORAH DRAKE |
| 12 | 170 S. GREEN VALLEY PKWY #280 |
|    | HENDERSON, NV 89012 |
| 13 | |
| 14 | LITTON LOAN SERVICING |
|    | 4828 LOOP CENTRAL DRIVE |
| 15 | HOUSTON, TX 77081 |
| 16 | MIDLAND MORTGAGE COMPANY |
|    | PO BOX 26648 |
| 17 | OKLAHOMA CITY, OK 73216 |
| 18 | |
|    | NCB/COLS |
| 19 | BANKRUPTCY |
| 20 | 6750 MILLER RD |
|    | BRECKSVILLE, OH 44141 |
| 21 | SABRECO DEFINED BENEFIT |
|    | 7201 W LAKE MEAD BLVD #550 |
| 22 | LAS VEGAS, NV 89120 |
| 23 | |
|    | US BANK |
| 24 | P.O. BOX 5229 |
|    | CINCINNATI, OH 45201 |
| 25 | |
| 26 | US BANK |
|    | PO BOX 790084 |
| 27 | SAINT LOUIS, MO 63179 |
| 28 | |
|    | WASHINGTON MUTUAL MORTGAGE |

| | |
|---|---|
| 1 | 7255 BAY MEADOWS WAY |
| 2 | JACKSONVILLE, FL 32256 |
| 3 | WELLS FARGO |
| 4 | PO BOX 4233<br>PORTLAND, OR 97208-4233 |
| 5 | |
| 6 | WELLS FARGO BANK NV NA<br>PO BOX 31557 |
| 7 | BILLINGS, MT 59107 |
| 8 | WELLS FARGO HM MORTGAGE<br>8480 STAGECOACH CIR |
| 9 | FREDERICK, MD 21701 |

The following persons were served by electronic transmission:

- JAMES B. BALL    bkecf@bsmplc.com

- JEREMY T BERGSTROM    JBERGSTROM@JBERGSTROMLAW.COM, mbardis@jbergstromlaw.com

- OGONNA M. BROWN    obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

- MICHAEL W. CHEN    bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

- MARILYN FINE    mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

- JACQUELINE A. GRUBER    jgodoy@stokeswagner.com

- RICHARD F. HOLLEY    rholley@nevadafirm.com, obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

- CHRISTOPHER M. HUNTER    bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

- EDDIE R. JIMENEZ    ecfnvb@aldridgepite.com, ERJ@ecf.inforuptcy.com;ejimenez@aldridgepite.com

- CHARLES L KENNON    charlesk@w-legal.com, jodyr@w-legal.com

- JASON C. KOLBE    jkolbe@rcolegal.com, nvecf@rcolegal.com

- CHRISTOPHER K LEZAK    bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com
- DANIEL L. MCGOOKEY    dmcgookey@mcgookeylaw.com
- SHAWN W MILLER    shawn5504@gmail.com
- KRISTA J. NIELSON    knielson@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net
- INES OLEVIC-SALEH    inolevic@hotmail.com, inolevic@hotmail.com
- BOB L. OLSON    bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jvelarde@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com
- DEAN R. PROBER    cmartin@pralc.com, ecf4@ecf.courtdrive.com
- RONALD H REYNOLDS    paula@reynoldslawyers.com
- DAVID A RIGGI    darnvbk@gmail.com, 6450297420@filings.docketbird.com
- DAVID A RIGGI    darnvbk@gmail.com, 6450297420@filings.docketbird.com
- BRETT P. RYAN    ziggy.valerio@unifyfcu.com
- EDWARD G SCHLOSS    egs2@ix.netcom.com
- JOHN D SCHLOTTER    ecfnvb@aldridgepite.com, jschlotter@ecf.inforuptcy.com
- SAMUEL A. SCHWARTZ    sam@nvfirm.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com
- BRIAN D. SHAPIRO    brian@brianshapirolaw.com, connie@brianshapirolaw.com
- SHLOMO S. SHERMAN    ssherman@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com
- JEFFREY G. SLOANE    jeff@jsloanelaw.com, kristi@jsloanelaw.com
- KEVIN S. SODERSTROM    nvbk@tblaw.com
- RYAN D. STIBOR    rstibor@zbslaw.com, nvbankruptcy@zbslaw.com
- CINDY LEE STOCK    bk-clstock@lvcoxmail.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

- GREGORY L. WILDE     nvbk@tblaw.com,
  gwaring@tblaw.com;llcano@tblaw.com;klgamboa@tblaw.com

- BRITTANY WOOD     bwood@klnevada.com,
  sowens@klnevada.com;bankruptcy@klnevada.com

- STEVEN L. YARMY     sly@stevenyarmylaw.com,
  admin@yarmylaw.com;luz@yarmylaw.com

Dated: October 20, 2017                    /s/ Allen Sifuentes
                                           ALLEN SIFUENTES