Vincent J. Aiello, Esq.
Nevada Bar No. 007970
GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Ste 400
Las Vegas, Nevada 86169
Telephone: (702) 978-4255
Facsimile: (954) 333-4285
Email: vincent.aiello@gmlaw.com

*Attorneys for Creditor Selene Finance LP*
*as servicer for Wilmington Savings Fund Society,*
*FSB, d/b/a Christiana Trust, not individually*
*but as trustee for Pretium Mortgage Acquisition Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE<br>WILLIAM R. SCHULTE<br><br>Debtors. | Case No. 09-29123-MKN<br><br>Chapter 11<br><br>**SELENE FINANCE LP'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362 (c)(2)(C) AND 362(j)** |

    Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor" or "Movant" herein), requests from this Court an Order Confirming that the Automatic Stay of 11 U.S.C § 362 has terminated with respect to the Debtors due to confirmation of the Debtors' plan and their subsequent discharge. This Application is supported by the following Memorandum of Points and Authorities.

1

Revised 12/09

16-51377-btb; M&H File No. NV-17-133949
Notice of Hearing on Motion for Relief

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § I 57(b)(2). The statutory predicates for the relief sought herein are Sections 361 and 362 of the Code and Rule 4001 of the Bankruptcy Rules. Venue is proper in this Court pursuant to 28 U.S.C. §§1432 and/or 1473.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On or about October 11, 2009, Melani Schulte and William R. Schulte (hereinafter referred to as the "Debtors"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $138,700.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a true and correct copy is attached hereto as Exhibit "C".

5. Selene Finance LP services the underlying mortgage loan and Note for the property referenced in the Motion for Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage

Acquisition Trust. In the event the automatic stay in this case is modified, not in effect, this case dismisses, and/or the Debtor(s) obtain a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Secured Creditor, directly or through an agent, has possession of the promissory note. The Note is either made payable to Secured Creditor or has been duly endorsed. Secured Creditor is the Original mortgagee or beneficiary or the assignee of the Mortgage.

6.    The description of the Property is set forth in the Mortgage, a copy of which is attached hereto and referred to below, and such description is incorporated and made a part hereof by reference.

PARCEL I:

LOT FORTY SIX (46), IN BLOCK C, IN LAS COLINAS AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 61, AND AS AMENDED BY THAT CERTAIN CERTICATE OF AMENDMENT RECORDED JANUARY 04, 1991 AS DOCUMENT NO. 00924 IN BOOK 910104 OF THE OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE RIGHT AND EASEMENT OF ENJOYMENT IN AND TO THE ASSOCIATION PROPERTY AS SHOWN ON THE AMENDED PLAT OF SUMMERLIN VILLAGE I NORTH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 45 OF PLATS, PAGE 10, AND BY THE MAP OF LAS COLINAS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 47 OF PLATS, PAGE 61 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AS SET FORTH IN THAT CERTAIN "MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SUMMERLIN

*Revised 12/09*

16-51377-btb; M&H File No. NV-17-133949
Notice of Hearing on Motion for Relief

COMMUNITY ASSOCIATION" RECORDED SEPTEMBER 25, 1990 IN BOOK 900925 OF OFFICIAL RECORDS AS DOCUMENT NO. 01274.

PARCEL III

A NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN TRAFFIC OVER ALL STREETS AND WALKWAYS WITHIN THE ASSOCIATION PROPERTY DESCRIBED IN PARCEL II ABOVE AND SAID EASEMENT BEING APPURTENANT TO PARCEL I ABOVE.

APN 138-19-610-008

Address commonly known as 9521 Sierra Summit Ave, Las Vegas, Nevada 89134 ("Property" herein).

7. Section 6.05 of the confirmed Plan specifically vested all property of the estate in the Debtors on March 8, 2011, the date it was confirmed. [DE # 834].

8. The Debtors thereafter received their discharge on December 15, 2015. [DE # 1182].

9. Secured Creditor requests that the Court enter an Order confirming that no automatic stay affecting Secured Creditor is currently in effect with respect to the Debtors or the estate.

10. Under 11 U.S.C. § 362(c)(1): *"the stay of an act against property of the estate under subsection (a) continues until such property is no longer property of the estate"*.

11. Under 11 U.S.C. § 3(c)(2): *"the stay of any other act under subsection (a) of this section continues until the earliest of... (C) if the case is a case under chapter 7 of this title concerning an individual or a case under 9, 11, 12, or 13 the time **a discharge** is granted or denied"*.

12. Under 11 U.S.C. § 362 (j): *"On request of a party in interest the court shall issue an order under subsection (c) confirming that the automatic stay has terminated."*

13. Pursuant to the above provisions of the Bankruptcy Code, Secured Creditor requests an order confirming that the Automatic Stay has terminated and that Secured Creditor may proceed with the collection on the Note and enforcement of its security interest including foreclosure proceedings over the subject property.

WHEREFORE, Secured Creditor, respectfully requests this Court enter an Order confirming that the Automatic Stay terminated with respect to the Secured Creditor and the subject property described in this application.

Dated: January 26, 2018

                                                **GREEENSPOON MARDER LLP**

                                                /s/ Vincent J. Aiello
                                                VINCENT J. AIELLO, ESQ.
                                                Nevada Bar No. 7970
                                                3993 Howard Hughes Parkway, Suite 400
                                                Las Vegas, Nevada  89169
                                                *Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

On January 26 2018, I served the foregoing documents described as **EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362 (c)(2)(C) and 362(j)** on the following individuals by electronic means through the Court's ECF program:

**STEVEN L. YARMY**
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117
Email: sly@stevenyarmylaw.com

**DAVID A RIGGI**
5550 PAINTED MIRAGE ROAD #120
LAS VEGAS, NV 89149
Email: darnvbk@gmail.com

**DANIEL L. MCGOOKEY**
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870
Email: dmcgookey@mcgookeylaw.com

**U.S. Trustee**
**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Vincent Aiello, Esq

Vincent Aiello, Esq.

On January 26, 2018, I served the foregoing documents described as **EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362 (c)(2)(C) and 362(j)**, on the following individuals by depositing true copies thereof in the United States mail at Fort Lauderdale, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Jnt Admin Debtor*
**5218 MISTY MORNING LLC**
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**HOT ENDEAVOR LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2704 SATTLEY LLC**
7201 W. LAKE MEAD BLVD. SUITE 550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1341 MINUET LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1708 PLATO PICO LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2228 WARM WALNUT LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

| | |
|---|---|
| 1 | *Jnt Admin Debtor* |
| 2 | **9425 VALLEY HILLS LLC** |
| 3 | 7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 |
| 4 | *Jnt Admin Debtor* |
| 5 | **9500 ASPEN GLOW LLC** |
| 6 | 7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 |

*Jnt Admin Debtor*
**CHERISH LLC**
7201 W. LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**SABRECO INC.**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**SABRECO INC.**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**KEEP SAFE LLC**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Joint Debtor*
**WILLIAM R. SCHULTE**
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

8

Revised 12/09

16-51377-btb; M&H File No. NV-17-133949
Notice of Hearing on Motion for Relief

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 26th day of January, 2018

                                                  */s/ Vincent Aiello, Esq*
By: _____
Employee of Greenspoon Marder, P.A.