[redacted]

Inst #: 201210040000974
Fees: $17.00
N/C Fee: $0.00
10/04/2012 11:18:40 AM
Receipt #: 1331378
Requestor:
BANK OF AMERICA HOME LOANS
Recorded By: ARO Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

Tax Parcel: 138-19-610-008

Recording requested by:
COUNTRYWIDE HOME LOANS, INC.

When recorded mail to:
BANK OF AMERICA NA
TX2-979-01-19
4500 AMON CARTER BLVD
FORTH WORTH, TX 76155
Attn: ASSIGNMENT UNIT

Mail tax statement to:
Bank of America, N.A.
1757 Tapo Canyon Road, #300
Simi Valley, CA 93063

---

CORPORATION ASSIGNMENT OF DEED OF TRUST

Doc. ID# [redacted]
Commitment# [redacted]

For value received, the undersigned, COUNTRYWIDE HOME LOANS, INC., 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD. SUITE 100, WEST PALM BEACH, FL 33409

All beneficial interest under that certain Deed of Trust dated 10/02/98, executed by: WILLIAM R SCHULTE and MELANI SCHULTE, Trustor as per TRUST DEED recorded as Instrument No. ~~635~~ on 10/05/98 in Book 981005 Page 635 DD of official records in the County Recorder's Office of CLARK County, NEVADA.
Original Mortgage $138,700.00
9521 SIERRA SUMMIT AVENUE, LAS VEGAS, NV 89134

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 09/17/2012 COUNTRYWIDE HOME LOANS, INC.

By ____________________
DAVID G DE WAARD, ASSISTANT VICE PRESIDENT

State of California
County of Ventura

On 09/17/2012 before me, KATHY SERRANO , Notary Public, personally appeared DAVID G DE WAARD, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: ____________________
KATHY SERRANO

KATHY SERRANO
Commission # 1962571
Notary Public - California
Los Angeles County
My Comm. Expires Dec 27, 2015

Prepared by: DAVID G DE WAARD
1800 TAPO CANYON ROAD MC: CA6-914-01-43
SIMI VALLEY, CA 93063
Phone#: (213) 345-1496

EXHIBIT C

```
WHEN RECORDED MAIL TO:           SPACE ABOVE FOR RECORDERS USE
COUNTRYWIDE HOME LOANS, INC.
MSN SV-79 / DOCUMENT CONTROL DEPT.     PARCEL ID #: 138-19-610-008
         P.O. BOX 10266
   VAN NUYS, CALIFORNIA 91410-0266
LOAN #: ▓▓▓▓▓▓▓
ESCROW/CLOSING #: ▓▓▓▓▓▓▓
```

This form was prepared by: V. BRADLEY
COUNTRYWIDE HOME LOANS, INC.                                           , address:
2650 S. DECATUR BOULEVARD, A-3, LAS VEGAS, NV 89102-
tel. no: (702)871-3669

# ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
4500 PARK GRANADA, CALABASAS, CA 91302-1613
does hereby grant, sell, assign, transfer and convey, unto the
                    FEDERAL HOME LOAN MORTGAGE CORPORATION
a corporation organized and existing under the laws of                          (herein
"Assignee"), whose address is

all beneficial interest under a certain Deed of Trust, dated October 2, 1998      , made and executed
by
WILLIAM R. SCHULTE, AND MELANI SCHULTE, HUSBAND AND WIFE AS JOINT TENANTS
WITH RIGHT OF SURVIVORSHIP

to
COUNTRYWIDE TITLE CORPORATION
Trustee, and given to secure payment of ONE HUNDRED THIRTY EIGHT THOUSAND
SEVEN HUNDRED and 00/100
($  138,700.00      )
                    (Include the Original Principal Amount)
which Deed of Trust is of record in Book, Volume, or Liber No.      , at page          (or
as No.          ) of the               Records of
County, State of Nevada, together with the note(s) and obligations therein described, the money due and to
become due thereon with interest, and all rights accrued or to accrue under such Deed of Trust.



Nevada Assignment of Deed of Trust         Page 1 of 2                                  8/96
 -995(NV) (9701)   CHL (02/97)    VMP MORTGAGE FORMS - (800)521-7291   Initials: _____

 

LOAN #: ▮▮▮▮▮▮▮▮

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on 10/02/1998 .

**COUNTRYWIDE HOME LOANS, INC.**

Witness _____

(Assignor)

Witness _____  By: _____
(Signature)

ANNIAS D. SMITH ASST. SEC.

Attest _____

Seal:

State of California
County of Los Angeles
On 10/02/1998 , before me    N. PENA                                         , personally appeared

ANNIAS D. SMITH ASST. SEC.
, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

-995(NV) (9701)    CHL (02/97)        Page 2 of 2

NORA Y PENA
COMM. # 1129636
Notary Public · California
COUNTY OF LOS ANGELES
My Comm. Ends MARCH 12, 2001