NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM R. SCHULTE

           Debtor(s)

BK–09–29123–mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1251* – Notice of Appearance and Request for Notice with Certificate of Service Filed by VINCENT J. AIELLO on behalf of Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (AIELLO, VINCENT) |
| | *1252* – Ex Parte Application for an Order Confirming No Stay with Certificate of Service Filed by VINCENT J. AIELLO on behalf of Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (Attachments: # 1 Promissory Note # 2 Deed of Trust # 3 Assignments)(AIELLO, VINCENT) |
| Filed On: | 1/26/18 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*    PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.

Dated: 1/29/18

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**