_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 15, 2018

**TIFFANY & BOSCO, P.A.**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Attorney for BAYVIEW LOAN SERVICING, LLC, servicing agent for
The Bank of New York Mellon, as Trustee on Behalf of the
Certificateholders CWALT, Inc. Alternative Loan Trust
2004-36CB Mortgage Pass-Through Certificates, Series 2004-36CB

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | BK-09-29123-mkn |
| Melani Schulte and William R. Schulte | Chapter 11 |
| Debtors. | |

**ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(1) and (c)(2)(C)**

The Court has reviewed the Secured Creditor's Ex-Parte Application For An Order Pursuant To 362(c)(1) and (c)(2)(C) and rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has terminated for all purposes as to BAYVIEW LOAN SERVICING, LLC, servicing agent for The Bank of New York Mellon, as Trustee on Behalf of the

Certificateholders CWALT, Inc. Alternative Loan Trust 2004-36CB Mortgage Pass-Through Certificates, Series 2004-36CB, of the subject property, generally described as 1701 Empire Mine Drive, Henderson, Nevada 89014.

IT IS SO ORDERED.

Submitted by:

**TIFFANY & BOSCO, P.A**

By: /s/ Jason C. Kolbe, Esq
**Jason C. Kolbe, Esq.**
Attorney for Secured Creditor