BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP          BDFTW#  00000007208986
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA  91765
(626) 915-5714

Attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NEVADA DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE and WILLIAM R SCHULTE<br><br><br><br>                    Debtors(s) | CASE NO.: 09-29123-mkn-11<br><br>CHAPTER: 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br>**(Fed. Bankr Rule 2002)** |

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE
       DEBTOR(S), THE TRUSTEE, ALL COUNSEL OF RECORD AND ALL PARTIES IN
       INTEREST:

PLEASE TAKE NOTICE that BARRETT DAFFIN FRAPPIER TREDER & WEISS,
LLP, attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUST, hereby requests that the Master Mailing List in this case be amended to
include the name, street address and ECF email address listed below and that notice of all events
scheduled in this case and copies of all notices, requests for hearing, motions, objections,
pleadings and other documents filed in this case be sent to the following address in addition to
any other address(es) shown in the court's records for such creditor:

> WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
> CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE
> FOR PRETIUM MORTGAGE ACQUISITION TRUST
> c/o BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
> 20955 PATHFINDER ROAD SUITE 300
> DIAMOND BAR, CA 91765
> Phone:  (626) 915-5714
> Fax:     (972) 661-7726
> Email:  NVECF@BDFGROUP.COM
> File No: 00000007208986

This Request for Special Notice does not authorize the undersigned to accept service of legal process or to waive service of legal process for any specific contested matter or adversary proceeding that may involve the debtor(s) and/or creditor named herein.

Respectfully Submitted,
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: February 19, 2018            By:  /s/ EDWARD A. TREDER_____
                                          Attorney for Secured Creditor

## CERTIFICATION OF SERVICE

I, EDWARD A. TREDER, the undersigned, whose address appears below, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this bankruptcy case or adversary proceeding.  My business address is:  20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

That on February 19, 2018, I caused to be served a true copy of Request for Special Notice, on all interested parties in said case, by placing a true copy thereof in a sealed envelope in the United States mail first class, postage prepaid, and/or with an overnight mail service addressed and/or by NEF notice as follows:

**DEBTORS:**
WILLIAM R SCHULTE
9811 W CHARLESTON BLVD #2-351
LAS VEGAS, NV  89117

MELANI SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV  89117

**DEBTOR'S ATTORNEY:**
DAVID A RIGGI
5550 PAINTED MIRAGE
ROAD #120
LAS VEGAS, NV  89149

**TRUSTEE:**
US TRUSTEE
300 LAS VEGAS BOULEVARD S
STE 4300
LAS VEGAS, NV  89101

**US TRUSTEE:**
300 LAS VEGAS BLVD, SOUTH
STE 4300
LAS VEGAS, NV  89101-5833

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 19, 2018 at DIAMOND BAR, CA.

By:  /s/ EDWARD A. TREDER
     EDWARD A. TREDER