B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  Nevada (Las Vegas)

In re MELANI SCHULTE and WILLIAM R. SCHULTE ,    Case No. 09-29123-mkn

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 40 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 2/20/18 (date).

Name of Alleged Transferor
Federal National Mortgage Association (" Fannie Mae"), creditor c/o Seterus

Name of Transferee
U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust

Address of Alleged Transferor:
PO Box 1077
Hartford, CT 06143

Address of Transferee:
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**