```
                            United States Bankruptcy Court
                                  District of Nevada
In re:                                                             Case No. 09-29123-mkn
MELANI SCHULTE                                                     Chapter 11
WILLIAM R. SCHULTE
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: breareymr              Page 1 of 4          Date Rcvd: Feb 21, 2018
                              Form ID: trc                 Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9071084        ##Federal National Mortgage Association,    PO Box 2008,   Grand Rapids, MI 49501-2008
                                                                                TOTALS: 0, * 0, ## 1
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              ACE C VAN PATTEN    on behalf of Creditor    CITIMORTGAGE, INC. avanpatten@wrightlegal.net,
               nvbkfiling@wrightlegal.net;nlane@wrightlegal.net
              ACE C VAN PATTEN    on behalf of Creditor    CITIMORTGAGE, INC avanpatten@wrightlegal.net,
               nvbkfiling@wrightlegal.net;nlane@wrightlegal.net
              ACE C VAN PATTEN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               avanpatten@wrightlegal.net,   nvbkfiling@wrightlegal.net;nlane@wrightlegal.net
              BOB L. OLSON    on behalf of Creditor    WESTERN ALLIANCE BANK bolson@swlaw.com,
               mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;cgianelloni@swlaw.com;n
               kanute@swlaw.com
              BOB L. OLSON    on behalf of Creditor    IMAGE FINANCE LLC bolson@swlaw.com,
               mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;cgianelloni@swlaw.com;n
               kanute@swlaw.com
              BRETT P. RYAN    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com
              BRIAN D. SHAPIRO    on behalf of Creditor Bernard  Greenblat brian@brianshapirolaw.com,
               connie@brianshapirolaw.com
              BRITTANY  WOOD    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
                as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB,
                its assignees and/or successors and the servicing bwood@klnevada.com,
               sowens@klnevada.com;bankruptcy@klnevada.com
              CHARLES L KENNON, III    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               charlesk@w-legal.com,   jodyr@w-legal.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS AND
                THE SERVICING AGENT MIDLAND MORTGAGE CO. bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
                York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
                2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    Midfirst Bank, it assignees and/or successors
               bknotice@mccarthyholthus.com,   nvbkcourt@mccarthyholthus.com
              CHRISTOPHER M. HUNTER    on behalf of Creditor    MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS
                AND THE SERVICING AGENT MIDLAND MORTGAGE CO. bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER M. HUNTER    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
                York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
                2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CINDY LEE STOCK    on behalf of Creditor    FIFTH THIRD BANK bk-clstock@lvcoxmail.com
              CINDY LEE STOCK    on behalf of Creditor    FIDELITY BANK bk-clstock@lvcoxmail.com

```
District/off: 0978-2          User: breareymr           Page 2 of 4           Date Rcvd: Feb 21, 2018
                              Form ID: trc              Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              DANIEL L. MCGOOKEY    on behalf of Debtor MELANI   SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Jnt Admin Debtor    SABRECO INC. dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff    HOT ENDEAVOR, LLC dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Joint Debtor WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff     SABRECO INC. dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Debtor    HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff MELANIE   SCHULTE dmcgookey@mcgookeylaw.com
              DAVID A RIGGI    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    SABRECO INC. darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    HOT ENDEAVOR LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    9500 ASPEN GLOW LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    2704 SATTLEY LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    5218 MISTY MORNING LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    KEEP SAFE LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    2228 WARM WALNUT LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Jnt Admin Debtor    5218 MISTY MORNING LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Joint Debtor WILLIAM R. SCHULTE darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    CHERISH LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    1341 MINUET LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    1708 PLATO PICO LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor MELANI   SCHULTE darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    9425 VALLEY HILLS LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DEAN R. PROBER    on behalf of Creditor    SETERUS, INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN
               INTEREST cmartin@pralc.com, ecf4@ecf.courtdrive.com
              EDDIE R. JIMENEZ    on behalf of Creditor    CITIMORTGAGE, INC. ecfnvb@aldridgepite.com,
               ERJ@ecf.inforuptcy.com;ejimenez@aldridgepite.com
              EDDIE R. JIMENEZ    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ecfnvb@aldridgepite.com, ERJ@ecf.inforuptcy.com;ejimenez@aldridgepite.com
              EDWARD G SCHLOSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR
               THE BANK OF NEW YORK MELLON egs2@ix.netcom.com
              GREGORY L. WILDE    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    Litton Loan Servicing, L.P. nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    LITTON LOAN SERVICING, LP nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE
               BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
               nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB,
               its assignees and/or successors and the servicing nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nvbk@tblaw.com,
               gwaring@tblaw.com;awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR
               THE BANK OF NEW YORK MELLON nvbk@tblaw.com, gwaring@tblaw.com;awarner@tblaw.com
              INES  OLEVIC-SALEH    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
               2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com,
               inolevic@hotmail.com
              JACQUELINE A. GRUBER    on behalf of Creditor    CITIMORTGAGE, INC. jgodoy@stokeswagner.com
              JAMES B. BALL    on behalf of Creditor    BANK OF NEVADA bkecf@bsmplc.com
              JASON C. KOLBE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE
               BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
               jck@tblaw.com, nvbk@tblaw.com;gwaring@tblaw.com;awarner@tblaw.com
              JASON C. KOLBE    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com,
               nvbk@tblaw.com;gwaring@tblaw.com;awarner@tblaw.com
```

```
District/off: 0978-2              User: breareymr             Page 3 of 4               Date Rcvd: Feb 21, 2018
                                  Form ID: trc                Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    JEFFREY G. SLOANE  on behalf of Creditor  WELLS FARGO BANK, N.A. jeff@jsloanelaw.com, kristi@jsloanelaw.com
    JEFFREY R. SYLVESTER  on behalf of Creditor  SYLVESTER & POLEDNAK, LTD. jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
    JENNIFER BERGH  on behalf of Creditor  US Bank Trust N.A, as Trustee of Bungalow Series F Trust Jbergh@ghidottilaw.com,  ecfnotifications@ghidottilaw.com
    JEREMY T BERGSTROM  on behalf of Creditor  BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM,  bknotices@jbergstromlaw.com
    JOHN D SCHLOTTER  on behalf of Creditor  Litton Loan Servicing, L.P. ecfnvb@aldridgepite.com, jschlotter@ecf.inforuptcy.com
    KEVIN HAHN  on behalf of Creditor  JPMorgan Chase Bank, National Association kevin@mclaw.org, asifuentes@mclaw.org
    KEVIN HAHN  on behalf of Creditor  JPMORGAN CHASE BANK, N.A. kevin@mclaw.org, asifuentes@mclaw.org
    KEVIN HAHN  on behalf of Creditor  JPMorgan Chase Bank kevin@mclaw.org,  asifuentes@mclaw.org
    KEVIN HAHN  on behalf of Creditor  JP MORGAN CHASE BANK, NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org
    KEVIN HAHN  on behalf of Creditor  FIFTH THIRD BANK kevin@mclaw.org,  asifuentes@mclaw.org
    KEVIN HAHN  on behalf of Creditor  Fidelity Bank kevin@mclaw.org,  asifuentes@mclaw.org
    KEVIN S. SODERSTROM  on behalf of Creditor  JOHN CRANDALL nvbk@tblaw.com
    KEVIN S. SODERSTROM  on behalf of Creditor  LITTON LOAN SERVICING, LP nvbk@tblaw.com
    KRISTA J. NIELSON  on behalf of Creditor  GREEN TREE SERVICING, LLC knielson@wrightlegal.net, nvbkfiling@wrightlegal.net;jcraig@wrightlegal.net
    MARILYN FINE  on behalf of Creditor  Equity title mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com
    MARILYN FINE  on behalf of Creditor  Equity Title, LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com
    MICHAEL W. CHEN  on behalf of Creditor  CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  OCWEN LOAN SERVICING, LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  CHASE HOMR FINANCE, LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  JPMorgan Chase Bank, National Association bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  NATIONSTAR MORTGAGE LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  OCWEN LOAN SERVICING, LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    MICHAEL W. CHEN  on behalf of Creditor  CHASE HOME FINANCE, LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
    NATHAN F. SMITH  on behalf of Creditor  Fidelity Bank nathan@mclaw.org,  NV_ECF@mclaw.org
    OGONNA M. BROWN  on behalf of Defendant  CITY NATIONAL BANK obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    OGONNA M. BROWN  on behalf of Creditor Maxine  Llewellyn obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    OGONNA M. BROWN  on behalf of Creditor Melvin A. Elizer obrown@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    OLEN-KEITH S. GUIAB  on behalf of Creditor  OCWEN LOAN SERVICING, LLC olen.guiab@gmail.com, oguiab@mclaw.org
    RICHARD F. HOLLEY  on behalf of Creditor Maxine  Llewellyn rholley@nevadafirm.com, obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    RICHARD F. HOLLEY  on behalf of Defendant  CITY NATIONAL BANK rholley@nevadafirm.com, obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    RICHARD F. HOLLEY  on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com, obrown@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
    RONALD H REYNOLDS  on behalf of Creditor  BAC Home Loans Servicing, LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

```
District/off: 0978-2          User: breareymr               Page 4 of 4             Date Rcvd: Feb 21, 2018
                              Form ID: trc                  Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, LP, servicing agent on
               behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the
               Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
               LOANS SERVICING, L.P. paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, LP, its assignees and/or
               successors in interest paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, L.P., f.k.a. Countrywide
               Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors
               in interest paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
               as Trustee for the Certificateholders CWALT, Inc., Mortgage Pass-Through Certificates, Series
               2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com
              RYAN D. STIBOR    on behalf of Creditor    OCWEN LOAN SERVICING, LLC rstibor@zbslaw.com,
               nvbankruptcy@zbslaw.com
              SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    2704 SATTLEY LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Debtor    KEEP SAFE LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Debtor    HOT ENDEAVOR LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Debtor    SABRECO INC. sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    KEEP SAFE LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    CHERISH LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Debtor    2704 SATTLEY LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    5218 MISTY MORNING LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SAMUEL A. SCHWARTZ    on behalf of Debtor    CHERISH LLC sam@nvfirm.com,
               ecf@schwartzlawyers.com;schwartzecf@gmail.com
              SHAWN W MILLER    on behalf of Creditor    CITY NATIONAL BANK shawn5504@gmail.com
              SHLOMO S. SHERMAN    on behalf of Defendant    CITY NATIONAL BANK ssherman@klnevada.com,
               bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.
               com
              STEVEN L. YARMY    on behalf of Defendant    MELANI SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Plaintiff    HOT ENDEAVOR, LLC sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Debtor MELANI  SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Plaintiff    SABRECO INC. sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Defendant    WILLIAM R. SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Defendant    Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Defendant    SABRECO INC. sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Plaintiff MELANIE  SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Debtor    SABRECO INC. sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              STEVEN L. YARMY    on behalf of Joint Debtor WILLIAM R. SCHULTE sly@stevenyarmylaw.com,
               admin@yarmylaw.com;luz@yarmylaw.com
              U.S. TRUSTEE - LV - 11, 11    USTPRegion17.lv.ecf@usdoj.gov
              VINCENT J. AIELLO    on behalf of Cred. Comm. Chair    SELENE FINANCE LP AS SERVICER FOR WILMINGTON
               SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM
               MORTGAGE ACQUISITION TRUST vincent.aiello@gmlaw.com,  vincent@theaiellolawfirm.com
                                                                                             TOTAL: 127

2100 B (12/15)

# United States Bankruptcy Court

District of Nevada
Case No. 09-29123-mkn
Chapter 11

In re: Debtor(s) (including Name and Address)

MELANI SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS NV 89117

WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS NV 89117

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/20/2018.

Name and Address of Alleged Transferor(s):

Claim No. 40: Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008

Name and Address of Transferee:

US Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Dr., ste 400
Irving TX 75038

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/23/18

Mary A. Schott
**CLERK OF THE COURT**