Vincent J. Aiello, Esq.
Nevada Bar No. 007970
GREENSPOON MARDER, P.A.
3993 Howard Hughes Parkway, Ste 400
Las Vegas, Nevada 86169
Telephone: (702) 978-4255
Facsimile: (954) 333-4285
Email: vincent.aiello@gmlaw.com

*Attorneys for Creditor Selene Finance LP*
*as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 09-29123-mkn |
| MELANI SCHULTE<br>WILLIAM R. SCHULTE | ) Chapter 11 |
| Debtors. | ) |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Vincent J. Aiello, Esq. of Greenspoon Marder, LLP, hereby appears in the above-captioned matter as counsel for and on behalf of creditor Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust here, and hereby requests that he be added to the master mailing list in this case. Notices should be sent to:

Vincent J. Aiello, Esq.
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
vincent.aiello@gmlaw.com

DATED this 14th day of March, 2018.

          **GREEENSPOON MARDER LLP**

          */s/ Vincent J. Aiello*
          VINCENT J. AIELLO, ESQ.
          Nevada Bar No. 007970
          3993 Howard Hughes Parkway, Suite 400
          Las Vegas, Nevada 89169
          Tel: (702) 978-4255
          Fax: (954) 333-4285
          Email: Vincent.aiello@gmlaw.com

## **PROOF OF SERVICE**

    I hereby certify that I am an employee of Greenspoon Marder, P.A. whose business address is 3993 Howard Hughes Parkway Suite 400 Las Vegas, Nevada 89169. I am over the age of eighteen (18) and not a party to the within action.

    On the date stated below, pursuant to Federal Rules of Civil Procedure and Local Rules, I served the documents described as: Notice of Appearance, on interested parties either by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at Las Vegas, Nevada or by CM/ECF system as indicated below:

    a.  **ECF System**

**STEVEN L. YARMY**
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117
Email: sly@stevenyarmylaw.com

**DAVID A RIGGI**
5550 PAINTED MIRAGE ROAD #120
LAS VEGAS, NV 89149
Email: darnvbk@gmail.com

**DANIEL L. MCGOOKEY**
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870
Email: dmcgookey@mcgookeylaw.com

**U.S. Trustee**
**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

b. United States mail, postage fully paid

*Jnt Admin Debtor*
**5218 MISTY MORNING LLC**
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**HOT ENDEAVOR LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2704 SATTLEY LLC**
7201 W. LAKE MEAD BLVD. SUITE 550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1341 MINUET LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1708 PLATO PICO LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2228 WARM WALNUT LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**9425 VALLEY HILLS LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**9500 ASPEN GLOW LLC**

7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**CHERISH LLC**
7201 W. LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**SABRECO INC.**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**SABRECO INC.**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**KEEP SAFE LLC**
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

*Joint Debtor*
**WILLIAM R. SCHULTE**
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this __14th__ day of March, 2018

                                             */s/ Elizabeth Mittenthal*
By: _____
Employee of Greenspoon Marder, P.A.