Vincent J. Aiello, Esq.
Nevada Bar No. 007970
GREENSPOON MARDER, P.A.
3993 Howard Hughes Parkway, Ste 400
Las Vegas, Nevada 86169
Telephone: (702) 978-4255
Facsimile: (954) 333-4285
Email: vincent.aiello@gmlaw.com

*Attorneys for Creditor Selene Finance LP*
*as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 09-29123-mkn |
| | ) |
| MELANI SCHULTE | ) Chapter 11 |
| WILLIAM R. SCHULTE | ) |
| | ) |
| Debtors. | ) |
| | ) |

CERTIFICATE OF SERVICE

On March 14, 2018, I served the foregoing documents described as **SELENE FINANCE LP'S EX PARTE APPLICATION FOR AN ORDER CONFIRMING THE ABSENCE OF AUTOMATIC STAY EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 11**

1

*Revised 12/09*　　　　　　　　　　　　　　　16-51377-btb; M&H File No. NV-17-133949
　　　　　　　　　　　　　　　　　　　　　　　Notice of Hearing on Motion for Relief

**U.S.C. §§ 362(c)(1), 362 (c)(2)(C) and 362(j)** on the following individuals by electronic means through the Court's ECF program:

**STEVEN L. YARMY**
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117
(702) 586-3513
Fax : (702) 586-3690
Email: sly@stevenyarmylaw.com

*DAVID A RIGGI*
5550 PAINTED MIRAGE ROAD #120
LAS VEGAS, NV 89149
(702) 808-0359
Email: darnvbk@gmail.com

**DANIEL L. MCGOOKEY**
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870
(419) 502-7223
Fax : (419) 502 0044
Email: dmcgookey@mcgookeylaw.com

**U.S. Trustee**
**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                      /s/  Vincent Aiello, Esq
                                      Vincent Aiello, esq.

On March 14, 2018, I served the foregoing documents described as **EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362 (c)(2)(C) and 362(j)** , on the following individuals by depositing true copies thereof in the United States mail at Fort Lauderdale, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Jnt Admin Debtor*
**5218 MISTY MORNING LLC**
7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**HOT ENDEAVOR LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2704 SATTLEY LLC**
7201 W. LAKE MEAD BLVD. SUITE 550
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1341 MINUET LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**1708 PLATO PICO LLC**
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

*Jnt Admin Debtor*
**2228 WARM WALNUT LLC**

1  7201 W LAKE MEAD BLVD
2  LAS VEGAS, NV 89128

3  *Jnt Admin Debtor*
   **9425 VALLEY HILLS LLC**
4  7201 W LAKE MEAD BLVD
5  LAS VEGAS, NV 89128

6  *Jnt Admin Debtor*
7  **9500 ASPEN GLOW LLC**
   7201 W LAKE MEAD BLVD
8  LAS VEGAS, NV 89128

9  *Jnt Admin Debtor*
10 **CHERISH LLC**
   7201 W. LAKE MEAD BLVD #550
11 LAS VEGAS, NV 89128

12
   *Jnt Admin Debtor*
13 **SABRECO INC.**
   7201 W LAKE MEAD BLVD #550
14 LAS VEGAS, NV 89128

15
   *Jnt Admin Debtor*
16 **SABRECO INC.**
   7201 W LAKE MEAD BLVD #550
17 LAS VEGAS, NV 89128

18

19 *Jnt Admin Debtor*
20 **KEEP SAFE LLC**
   7201 W LAKE MEAD BLVD #550
21 LAS VEGAS, NV 89128

22

23

24

25

26                                  4

27

28

29

*Joint Debtor*
**WILLIAM R. SCHULTE**
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 14th day of March, 2018

                                          */s/ Vincent Aiello, Esq*
                               By: _____
                               Employee of Greenspoon Marder, P.A.