Vincent J. Aiello, Esq.
Nevada Bar No. 007970
GREENSPOON MARDER, P.A.
3993 Howard Hughes Parkway, Ste 400
Las Vegas, Nevada 86169
Telephone: (702) 978-4255
Facsimile: (954) 333-4285
Email: vincent.aiello@gmlaw.com

*Attorneys for Creditor Selene Finance LP*
*as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE<br>WILLIAM R. SCHULTE<br><br>Debtors. | ) Case No. 09-29123-mkn<br>)<br>) Chapter 11<br>)<br>) **ORDER GRANTING SELENE FINANCE**<br>) **LP'S EX PARTE APPLICATION FOR AN**<br>) **ORDER CONFIRMING THE ABSENCE**<br>) **OF AUTOMATIC STAY**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 11 u.s.c. §§ 362(c)(1) (c)(2)(C) and 362(j)**

The Court has reviewed the Secured Creditor's Ex-Parte Application For An Order Pursuant To 362(c)(1) and (c)(2)(C) and rules as follows:

6

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there is no Automatic Stay in effect above-entitled bankruptcy proceedings has terminated for all purposes as to Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, **i**ts beneficiaries successors in interests and assignees, of the subject property, more commonly referred to as 9521 Sierra Summit Ave, Las Vegas, Nevada 89134.

IT IS SO ORDERED.

Submitted by:

GREENSPOON MARDER LP

By:     Vincent Aiello, Esq.
        Attorney for Secured Creditor