ZIEVE, BRODNAX & STEELE, LLP
Ryan D. Stibor, Esq. (NV Bar 8897)
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
nvbankruptcy@zbslaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | **CASE NO.: 09-29123-MKN** |
| | **CHAPTER 11** |
| Melani Schulte and William R. Schulte, | |
| Debtor. | **NOTICE OF CHANGE OF ADDRESS** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the law office of ZIEVE, BRODNAX & STEELE, LLP ("ZBS"), has moved. ZBS's new address is listed below. The phone number, facsimile number and email addresses will all remain the same. Please direct all future correspondence, documents, and pleadings to the new address listed below:

///
///
///
///
///
///
///
///
///
///
///

ZIEVE, BRODNAX & STEELE, LLP
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898


        DATED this 30th day of August, 2018




                                        ZIEVE, BRODNAX & STEELE, LLP

                                        /s/ Ryan D. Stibor
                                        _____
                                        Ryan D. Stibor, Esq.
                                        Nevada Bar No. 8897
                                        9435 West Russell Road, Suite 120
                                        Las Vegas, NV 89148
                                        (702) 948-8565; FAX (702) 446-9898
                                        rstibor@zbslaw.com

## CERTIFICATE OF SERVICE

I certify that I transmitted a true and correct copy of the foregoing Notice of Change of Address on August 30, 2018 to the listed recipients.  Unless otherwise noted, mailings were by regular U.S. mail, postage prepaid:

Debtor
MELANI SCHULTE  and WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

DANIEL L. MCGOOKEY
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870
Sent via ECF registered email

DAVID A RIGGI
5550 PAINTED MIRAGE ROAD #120
LAS VEGAS, NV 89149
Sent via ECF registered email

STEVEN L. YARMY , Debtor's Counsel
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117
Sent via ECF registered email

VINCENT J. AIELLO , Cred. Comm. Chair Counsel
GREENSPOON MARDER
3993 HOWARD HUGHES PARKWAY
SUITE 400
LAS VEGAS, NV 89169
Sent via ECF registered email

/s/Michelle Dapello