```
 1  WRIGHT, FINLAY & ZAK, LLP
    Nichole L. Glowin, Esq.
 2  Nevada Bar No. 14204
 3  7785 W. Sahara Ave., Ste. 200
    Las Vegas, NV 89117
 4  (702) 475-7964; Fax: (702) 946-1345
    nglowin@wrightlegal.net
 5  Attorney for Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), its
 6  successors and/or assigns
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 09-29123-mkn |
|---|---|
| MELANIE SCHULTE AND WILLIAM R. SCHULTE, | Chapter: 11 |
| Debtors. | |

### CERTIFICATE OF SERVICE

On December 11, 2018, I served the following document(s):

**1) ORDER GRANTING FEDERAL NATIONAL MORTGAGE ASSOCIATION'S EXPARTE APPLICATION FOR AN ORDER CONFIRMING THE ABSENCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362(c)(2)(C) and 362(j)**

1.  I served the above-named document(s) by the following means to the persons as listed below:

    (Check all that apply)

    ■ a.  ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

SAMUEL A. SCHWARTZ, Attorney for Debtors: saschwartz@bhfs.com
DAVID A RIGGI, Attorney for Debtors: darnvbk@gmail.com
DANIEL MCGOOKEY, Attorney for Debtors: dmcgookey@mcgookeylaw.com
STEVEN YARMY, Attorney for Debtors: sly@stevenyarmylaw.com
JEREMY BERGSTROM, Counsel for BAC Home Loans Servicing et.al, Courtesy Notice: jbergstrom@jbergstrom.com

| | |
|---|---|
| 1 | RONALD H. REYNOLDS, Counsel for BAC Home Loans Servicing et.al and The Bank of New York et.al, Courtesy Notice: paula@reynoldslawyers.com |
| 2 | RONALD H. REYNOLDS, Counsel for Bank of America, NA et.al, Courtesy Notice: paula@reynoldslawyers.com |
| 3 | JAMES B. BALL, Counsel for Bank of Nevada, Courtesy Notice: bkecf@bsmplc.com |
| 4 | GREGORY L. WILDE, Counsel for Bayview Loan Servicing and Litton Loan Servicing and The Bank of New York, Courtesy Notice: nvbk@tblaw.com |
| 5 | EDWARD G. SCHLOSS, Counsel for Bayview Loan Servicing, Courtesy Notice: egs2@ix.netcom.com |
| 6 | |
| 7 | JASON KOLBE, Counsel for Bayview Loan Servicing and Fifth Third Mortgage, Courtesy Notice: jck@tblaw.com |
| 8 | MICHAEL CHEN, Counsel for Chase Home Finance and Fannie Mae and JP Morgan Chase Bank and LSF9 Master Trust and Nationstar Mortgage, LLC and Ocwen Loan Servicing and US BANK TRUST, Courtesy Notice: bknotice@mccarthyholthus.com |
| 9 | |
| 10 | SAMUEL A. SCHWARTZ, Counsel for Cherish, LLC and Keep Safe LLC, Courtesy Notice: saschwartz@bhfs.com |
| 11 | ACE VAN PATTEN, Counsel for CitiMortgage and Fannie Mae, Courtesy Notice: avanpatten@wrightlegal.net |
| 12 | JACQUELINE GRUBER, Counsel for CitiMortgage, Courtesy Notice: jgodoy@stokeswagner.com |
| 13 | LAUREL E. DAVIS, Counsel For City National Bank, Courtesy Notice: mhurtado@fclaw.com |
| 14 | SHAWN MILLER, Counsel For City National Bank, Courtesy Notice: shawn5504@gmail.com |
| 15 | ERIKA M. WRIGHT, Counsel For City National Bank, Courtesy Notice: ewright@millerwrightlaw.com |
| 16 | OGONNA M. BROWN, Counsel for Melvin A. Elizer and Maxine Llewellyn, Courtesy Notice: OBrown@lrrc.com |
| 17 | RICHARD F. HOLLEY, Counsel for Melvin A. Elizer and Maxine Llewellyn, Courtesy Notice: rholley@nevadafirm.com |
| 18 | MARILYN FINE, Counsel for Equity Title, LLC, Courtesy Notice: mfine@nvbusinesslawyers.com |
| 19 | EDDIE JIMENEZ, Counsel for Fannie Mae, Courtesy Notice: ecfnvb@aldridgepite.com |
| 20 | CINDY LEE STOCK, Counsel for Fidelity Bank and Fifth Third Bank, Courtesy Notice: bk-clstock@lvcoxmail.com |
| 21 | KEVIN HAHAN, Counsel for Fifth Third Bank, Courtesy Notice: kevin@mclaw.org |
| 22 | BRETT RYAN, Counsel for Fifth Third Mortgage, Courtesy Notice: NVecf@rcolegal.com |
| | KEVIN HAHN, Counsel for Fidelity Bank and JP Morgan Chase, Courtesy Notice: kevin@mclaw.org |
| 23 | NATHAN F. SMITH, Counsel for Fidelity Bank, Courtesy Notice: nathan@mclaw.org |
| 24 | KRISTA J NIELSON, Counsel for GreenTree Servicing, Courtesy Notice: knielson@wrightlegal.net |
| 25 | BRIAN D. SHAPIRO, Counsel for Bernard Greenblat, Courtesy Notice: brian@brianshapirolaw.com |
| 26 | |
| 27 | BOB L. SOLSON, Counsel for Image Finance and Wester Alliance Bank, Courtesy Notice: bolson@swlaw.com |
| 28 | KEVIN S. SODERSTROM, Counsel for John Crandall and Litton Loan Servicing, Courtesy Notice: nvbk@tblaw.com |

| | |
|---|---|
| 1 | CHARLES L. KENNON, III, Counsel for JPMorgan Chase, Bank, Courtesy Notice: charlesk@w-legal.com |
| 2 | JOHN D. SCHLOTTER, Counsel for Litton Loan Servicing, Courtesy Notice: bankruptcyecfmail@mccalla.com |
| 3 | CHRISTOPHER HUNTER, Counsel for MidFirst Bank and The Bank of New York, Courtesy Notice: bknotice@mccarthyholthus.com |
| 4 | CHRISTOPHER LEZAK, Counsel for MidFirst Bank and The Bank of New York, Courtesy Notice: bknotice@mccarthyholthus.com |
| 5 | ROBERT KINAS, Counsel for MERS, Inc., Courtesy Notice: rkinas@swlaw.com |
| 6 | OLEN KEITH S. GUIAB, Counsel for Ocwen Loan Servicing, Courtesy Notice: olen.guiab@gmail.com |
| 7 | RYAN D. STIBOR, Counsel for Ocwen Loan Servicing, Courtesy Notice: rstibor@zbslaw.com |
| 8 | VINCENT J. AIELLO, Counsel for Selene Finance et.al, Courtesy Notice: vincent.aiello@gmlaw.com |
| 9 | DEAN R. PROBER, Counsel for Seterus, Inc., Courtesy Notice: ecf4@ecf.courtdrive.com |
| 10 | JEFFREY R. SYLVESTER, Requested Courtesy Notice: jeff@sylvesterpolednak.com |
| 11 | INES OLEVIC-SALEH, Counsel for The Bank of New York, Courtesy Notice: inolevic@hotmail.com |
| 12 | BRITTANY WOOD, Counsel for The Bank of New York, Courtesy Notice: bwood@klnevada.com |
| 13 | JENNIFER BERGH, Counsel for US Bank Trust, Courtesy Notice: Jbergh@ghidottilaw.com |
| 14 | JEFFEREY G. SLOANE, Counsel for Wells Fargo Bank, Courtesy Notice: jeff@jsloanelaw.com;kristi@jsloanelaw.com |
| 15 | EDWARD A. TREDER, Counsel for Wilmington Savings et.al, Courtesy Notice: nvecf@bdfgroup.com |

■ b.   United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

MELANI SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117
**DEBTOR**

WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117
**DEBTOR**

DAVID A RIGGI
5550 PAINTED MIRAGE ROAD #320
LAS VEGAS, NV 89149
**COUNSEL FOR DEBTORS**

|   |   |
|---|---|
| 1 | DANIEL L. MCGOOKEY |
| 2 | MCGOOKEY LAW OFFICES, LLC |
|   | 225 MEIGS STREET |
| 3 | SANDUSKY, OH 44870 |
|   | **COUNSEL FOR DEBTORS** |
| 4 |   |
| 5 | STEVEN L. YARMY |
|   | 7464 W. SAHARA AVENUE |
| 6 | LAS VEGAS, NV 89117 |
|   | **COUNSEL FOR DEBTORS** |
| 7 |   |
| 8 | SAMUEL A. SCHWARTZ |
|   | 100 NORTH CITY PKWY, STE 1600 |
| 9 | LAS VEGAS, NV 89106 |
|   | **COUNSEL FOR DEBTORS** |

```
1     DANIEL L. MCGOOKEY
      MCGOOKEY LAW OFFICES, LLC
2     225 MEIGS STREET
      SANDUSKY, OH 44870
3     COUNSEL FOR DEBTORS
4
      STEVEN L. YARMY
5     7464 W. SAHARA AVENUE
      LAS VEGAS, NV 89117
6     COUNSEL FOR DEBTORS
7
      SAMUEL A. SCHWARTZ
8     100 NORTH CITY PKWY, STE 1600
      LAS VEGAS, NV 89106
9     COUNSEL FOR DEBTORS
10
      U.S. TRUSTEE - LV - 11, 11
11    300 LAS VEGAS BOULEVARD S.
      SUITE 4300
12    LAS VEGAS, NV 89101
      US TRUSTEE
13
14    HONORABLE MIKE NAKAGAWA
      FOLEY FEDERAL BUILDING
15    300 LAS VEGAS BOULEVARD SOUTH, COURTROOM 2
      LAS VEGAS, NV 89101
16    COURT
17
18         □ c.   Personal Service (List persons and addresses.  Attach additional paper if
           necessary)
19
                  I personally delivered the document(s) to the persons at these addresses:
20
                  _____
21
           □      For a party represented by an attorney, delivery was made by handing the
22                document(s) to the attorney or by leaving the document(s) at the attorney's office
                  with a clerk or other person in charge, or if no one is in charge by leaving the
23                document(s) in a conspicuous place in the office.
24
           □      For a party, delivery was made by handing the document(s) to the party or by
25                leaving the document(s) at the person's dwelling house or usual place of abode
                  with someone of suitable age and discretion residing there.
26
           □ d.   By direct email (as opposed to through the ECF System) (List persons and email
27                addresses.  Attach additional paper if necessary)
28
```

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  By fax transmission (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  By messenger (List persons and addresses. Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 11th day of December, 2018.

        /s/ Jodi Miller_____
        An employee of Wright, Finlay & Zak, LLP