_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 20, 2018

WRIGHT, FINLAY & ZAK, LLP
Nichole L. Glowin, Esq.
Nevada Bar No. 14204
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nglowin@wrightlegal.net
*Attorney for Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 09-29123-mkn |
| MELANIE SCHULTE AND WILLIAM R. SCHULTE, | Chapter: 11 |
| Debtors. | |

**<u>ORDER GRANTING FEDERAL NATIONAL MORTGAGE ASSOCIATION'S EX PARTE APPLICATION FOR AN ORDER CONFIRMING THE ABSENCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(c)(1), 362(c)(2)(C) and 362(j)</u>**

The Court has reviewed Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns Ex Parte Application For An Order Confirming the Absence of

1  Automatic Stay Pursuant to 11 U.S.C. §§ 362(c)(1), 362(c)(2) and 362(j) and hereby orders as
2  follows:
3       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the automatic stay of
4  11 U.S.C. § 362 in the above-entitled bankruptcy proceedings has terminated for all purposes as
5  to Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns
6  ("FNMA" or "Movant hereafter) with respect to the real property located at 8562 Lambert Drive,
7  Las Vegas, NV 89147 (the "Property") and that Movant may proceed with all of its non-
8  bankruptcy rights and remedies to enforce it security interest on the Property.
9       **IT IS SO ORDERED**.
10
11  SUBMITTED BY:
12  WRIGHT, FINLAY & ZAK, LLP
13
14  /s/ Nichole L. Glowin
    Nichole L. Glowin, Esq.
15  Nevada Bar No. 14204
    7785 W. Sahara Ave., Ste. 200
16  Las Vegas, NV 89117
17  *Attorney for Secured Creditor, Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns*
18
19
20
21
22
23
24
25
26
27
28