Michelle R. Ghidotti-Gonsalves, Esq. (232837)
Jennifer Bergh, Esq. (14480)
Ghidotti|Berger, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Jbergh@ghidottiberger.com

Attorneys for Creditor
US Bank Trust National Association as Trustee Of Bungalow Series F Trust C/O BSI Financial Services

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In Re: MELANI SCHULTE & WILLIAM R. SCHULTE<br><br>    Debtor(s). | Case No.: 09-29123-mkn<br><br>CHAPTER 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

**PLEASE TAKE NOTICE** that GHIDOTTI|BERGER, LLP, attorneys for US Bank Trust National Association as Trustee Of Bungalow Series F Trust C/O BSI Financial Services hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as

**1**
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

GHIDOTTI|BERGER, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

> GHIDOTTI|BERGER, LLP
> 1920 Old Tustin Ave.
> Santa Ana, CA 92705
> Telephone (949) 427-2010 – Fax: (949) 427-2732
> bknotifications@ghidottiberger.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

///

///

///

**2**
REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATIONS OF RIGHTS

1  All of the above rights are expressly reserved and preserved by this party without
2  exception and with no purpose of confessing or conceding jurisdiction in any way by this filing
3  or by any other participation in these matters.

4

5  Dated: April 24, 2019

   GHIDOTTI|BERGER, LLP
   By:/s/ *Jennifer Bergh*
6  Jennifer Bergh, Esq.
   Attorneys for US Bank Trust National Association
7  as Trustee Of Bungalow Series F Trust C/O BSI
   Financial Services
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA  - LAS VEGAS  DIVISION

| | |
|---|---|
| In Re; MELANI SCHULTE & WILLIAM R. SCHULTE<br><br>Debtor(s). | Case No.: 09-29123-mkn<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 24, 2019 I served the following documents described as:

- **REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>MELANI SCHULTE<br>9811 W. CHARLESTON BLVD. #2-351<br>LAS VEGAS, NV 89117 | **Jnt Admin Debtor**<br>9425 VALLEY HILLS LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 |
| **Joint Debtor**<br>WILLIAM R. SCHULTE<br>9811 W. CHARLESTON BLVD. #2-351<br>LAS VEGAS, NV 89117 | **Jnt Admin Debtor**<br>9500 ASPEN GLOW LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 |
| **Jnt Admin Debtor**<br>5218 MISTY MORNING LLC<br>7201 W. LAKE MEAD BLVD.<br>LAS VEGAS, NV 89128 | **Jnt Admin Debtor**<br>CHERISH LLC<br>7201 W. LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128 |
| **Jnt Admin Debtor**<br>HOT ENDEAVOR LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | **Jnt Admin Debtor**<br>SABRECO INC.<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128 |
| **Jnt Admin Debtor**<br>2704 SATTLEY LLC<br>7201 W. LAKE MEAD BLVD. SUITE 550<br>LAS VEGAS, NV 89128 | **Jnt Admin Debtor**<br>KEEP SAFE LLC<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128 |
| **Jnt Admin Debtor**<br>1341 MINUET LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | **Debtor's Counsel**<br>STEVEN L. YARMY<br>7464 W. SAHARA AVENUE<br>LAS VEGAS, NV 89117 |
| **Jnt Admin Debtor**<br>1708 PLATO PICO LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | **U.S. Trustee**<br>U.S. TRUSTEE - LV - 11, 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 |
| **Jnt Admin Debtor**<br>2228 WARM WALNUT LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | |
| **Debtor's Counsel**<br>DANIEL L. MCGOOKEY<br>MCGOOKEY LAW OFFICES, LLC<br>225 MEIGS STREET<br>SANDUSKY, OH 44870 | **Cred. Comm. Chair**<br>SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br>GREENSPOON MARDER LLP/V. AIELLO<br>3993 HOWARD HUGHES PKWY, STE 400<br>LAS VEGAS, NV 89169 |
| **Debtor's Counsel**<br>DAVID A RIGGI<br>5550 PAINTED MIRAGE ROAD #320<br>LAS VEGAS, NV 89149 | **VINCENT J. AIELLO**<br>GREENSPOON MARDER<br>3993 HOWARD HUGHES PKWY, STE 400<br>LAS VEGAS, NV 89169 |

**2**
CERTIFICATE OF SERVICE

1  __xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2019 at Santa Ana, California

*/s/ David Tragarz*
David Tragarz

3
CERTIFICATE OF SERVICE