_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 28, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>MELANIE SCHULTE AND WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC,<br><br>                  Debtor. | Case No.: 09-29123-MKN<br>Chapter 11<br><br><br>Date:  February 26, 2020<br>Time:  9:30 a.m. |

**ORDER TO SHOW CAUSE**

Good cause appearing,

**IT IS HEREBY ORDERED** that Melanie Schulte and William R. Schulte, and the following Joint Debtors, 5218 Misty Morning LLC, Hot Endeavor LLC, 2704 Sattley LLC, 1341 Minuet LLC, 1708 Plato Pico LLC, 2228 Warm Walnut LLC, 9425 Valley Hills LLC, 9500 Aspen Glow LLC, Cherish LLC, Sabreco Inc., and Keepy Safe LLC, and their counsel of record, if any, are ordered to show cause in Courtroom 2 of the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on **February 26, 2020, at 9:30 a.m.**, why the case should not be closed.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

1

MELANI SCHULTE
WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV 89117

# # #