United States Bankruptcy Court
District of Nevada

In re:  
MELANI SCHULTE  
WILLIAM R. SCHULTE  
    Debtors

Case No. 09-29123-mkn  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: valenzuel     Page 1 of 4     Date Rcvd: Jan 28, 2020  
                                Form ID: pdf910     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
```
db/jdb         +MELANI SCHULTE,    WILLIAM R. SCHULTE,    9811 W. CHARLESTON BLVD. #2-351,
                 LAS VEGAS, NV 89117-7528
               +MELANI SCHULTE,    WILLIAM R. SCHULTE,    9811 W. CHARLESTON BLVD. #2-351,
                 LAS VEGAS, NV 89117-7528
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
```
              ACE C VAN PATTEN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com,
               nvbk@tblaw.com
              ACE C VAN PATTEN    on behalf of Creditor    CITIMORTGAGE, INC. avp@tblaw.com,  nvbk@tblaw.com
              BOB L. OLSON    on behalf of Creditor    WESTERN ALLIANCE BANK bolson@swlaw.com,
               mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com
              BOB L. OLSON    on behalf of Creditor    IMAGE FINANCE LLC bolson@swlaw.com,
               mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com
              BRETT P. RYAN    on behalf of Creditor    FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com
              BRIAN D. SHAPIRO    on behalf of Creditor Bernard  Greenblat brian@brianshapirolaw.com,
               connie@brianshapirolaw.com
              BRITTANY  WOOD    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB,
               its assignees and/or successors and the servicing bwood@klnevada.com,
               sowens@klnevada.com;bankruptcy@klnevada.com
              CHARLES L KENNON, III    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               charlesk@w-legal.com,  jodyr@w-legal.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS
               bknotice@mccarthyholthus.com,  nvbkcourt@mccarthyholthus.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS AND
               THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER K LEZAK    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
               2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER M. HUNTER    on behalf of Creditor    MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS
               AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CHRISTOPHER M. HUNTER    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
               2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com,
               nvbkcourt@mccarthyholthus.com
              CINDY LEE STOCK    on behalf of Creditor    FIFTH THIRD BANK cindy@clstock.com
              CINDY LEE STOCK    on behalf of Creditor    FIDELITY BANK cindy@clstock.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff MELANIE  SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Debtor MELANI  SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Jnt Admin Debtor    SABRECO INC. dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Joint Debtor WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com
```

```
District/off: 0978-2                  User: valenzuel                Page 2 of 4                  Date Rcvd: Jan 28, 2020
                                      Form ID: pdf910                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              DANIEL L. MCGOOKEY    on behalf of Plaintiff    SABRECO INC. dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff    HOT ENDEAVOR, LLC dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Plaintiff    WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Debtor    HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com
              DANIEL L. MCGOOKEY    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com
              DAVID A RIGGI    on behalf of Debtor    9425 VALLEY HILLS LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    SABRECO INC. darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    HOT ENDEAVOR LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    9500 ASPEN GLOW LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    2704 SATTLEY LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    5218 MISTY MORNING LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    KEEP SAFE LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    2228 WARM WALNUT LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Jnt Admin Debtor    5218 MISTY MORNING LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Joint Debtor WILLIAM R. SCHULTE darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    CHERISH LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    1341 MINUET LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor    1708 PLATO PICO LLC darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DAVID A RIGGI    on behalf of Debtor MELANI  SCHULTE darnvbk@gmail.com,
               6450297420@filings.docketbird.com
              DEAN R. PROBER    on behalf of Creditor     SETERUS, INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN
               INTEREST ecf4@ecf.courtdrive.com,  cmartin@pralc.com
              EDDIE R. JIMENEZ    on behalf of Creditor     CITIMORTGAGE, INC. ecfnvb@aldridgepite.com,
               ERJ@ecf.courtdrive.com
              EDDIE R. JIMENEZ    on behalf of Creditor     FEDERAL NATIONAL MORTGAGE ASSOCIATION
               ecfnvb@aldridgepite.com,  ERJ@ecf.courtdrive.com
              EDWARD G SCHLOSS    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR
               THE BANK OF NEW YORK MELLON egs2@ix.netcom.com
              GREGORY L. WILDE    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               nvbk@tblaw.com,  awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     Litton Loan Servicing, L.P. nvbk@tblaw.com,
               awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nvbk@tblaw.com,  awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     LITTON LOAN SERVICING, LP nvbk@tblaw.com,
               awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB,
               its assignees and/or successors and the servicing nvbk@tblaw.com,  awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE
               BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
               nvbk@tblaw.com,  awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC nvbk@tblaw.com,
               awarner@tblaw.com
              GREGORY L. WILDE    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR
               THE BANK OF NEW YORK MELLON nvbk@tblaw.com,  awarner@tblaw.com
              INES  OLEVIC-SALEH    on behalf of Creditor     The Bank of New York Mellon f/k/a The Bank of New
               York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series
               2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com,
               inolevic@hotmail.com
              JACQUELINE A. GRUBER    on behalf of Creditor    CITIMORTGAGE, INC. jgodoy@stokeswagner.com
              JAMES B. BALL    on behalf of Creditor    BANK OF NEVADA bkecf@bsmplc.com
              JASON C. KOLBE    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE
               BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
               jck@tblaw.com,  nvbk@tblaw.com;awarner@tblaw.com
              JASON C. KOLBE    on behalf of Creditor     FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com,
               nvbk@tblaw.com;awarner@tblaw.com
              JEFFREY G. SLOANE    on behalf of Creditor     WELLS FARGO BANK, N.A.
               jeff@jsloanelaw.com;kristi@jsloanelaw.com
              JEFFREY R. SYLVESTER    on behalf of Creditor    SYLVESTER & POLEDNAK, LTD.
               jeff@sylvesterpolednak.com,  bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com
              JENNIFER  BERGH    on behalf of Creditor     US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES F
               TRUST Jbergh@ghidottilaw.com,  ecfnotifications@ghidottilaw.com
```

```
District/off: 0978-2          User: valenzuel             Page 3 of 4             Date Rcvd: Jan 28, 2020
                              Form ID: pdf910             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JEREMY T BERGSTROM    on behalf of Creditor    BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
               LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM
              JOHN D SCHLOTTER    on behalf of Creditor    Litton Loan Servicing, L.P.
               bankruptcyecfmail@mccalla.com
              KEVIN   HAHN    on behalf of Creditor    FIDELITY BANK kevin@mclaw.org,  asifuentes@mclaw.org
              KEVIN   HAHN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. kevin@mclaw.org,
               asifuentes@mclaw.org
              KEVIN   HAHN    on behalf of Creditor    JPMorgan Chase Bank kevin@mclaw.org,  asifuentes@mclaw.org
              KEVIN   HAHN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION kevin@mclaw.org,
               asifuentes@mclaw.org
              KEVIN   HAHN    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION kevin@mclaw.org,
               asifuentes@mclaw.org
              KEVIN   HAHN    on behalf of Creditor    FIFTH THIRD BANK kevin@mclaw.org,  asifuentes@mclaw.org
              KEVIN S. SODERSTROM    on behalf of Creditor    JOHN CRANDALL nvbk@tblaw.com
              KEVIN S. SODERSTROM    on behalf of Creditor     LITTON LOAN SERVICING, LP nvbk@tblaw.com
              KRISTA J. NIELSON    on behalf of Creditor    GREEN TREE SERVICING, LLC knielson@wrightlegal.net,
               nvbk@tblaw.com
              MARILYN   FINE    on behalf of Creditor    Equity title mfine@nvbusinesslawyers.com,
               wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@
               nevadafirm.com;kwatase@nevadafirm.com
              MARILYN   FINE    on behalf of Creditor    Equity Title, LLC mfine@nvbusinesslawyers.com,
               wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@
               nevadafirm.com;kwatase@nevadafirm.com
              MELISSA  VERMILLION    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB
               NV.ECF@bdfgroup.com
              MICHAEL W. CHEN    on behalf of Creditor    CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP.
               bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    CHASE HOME FINANCE, LLC bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR
               SUCCESSORS bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, ITS ASSIGNEES AND/OR
               SUCCESSORS bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),
               CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    CHASE HOMR FINANCE, LLC bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              MICHAEL W. CHEN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bknotice@mccarthyholthus.com,
               mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com
              NATHAN F. SMITH    on behalf of Creditor    FIDELITY BANK nathan@mclaw.org,
               NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
              NICHOLE L GLOWIN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),
               ITS SUCCESSORS AND/OR ASSIGNS nvbkfiling@wrightlegal.net
              OGONNA M. BROWN    on behalf of Defendant    CITY NATIONAL BANK OBrown@lrrc.com,  KPimentel@lrrc.com
              OGONNA M. BROWN    on behalf of Creditor Maxine  Llewellyn OBrown@lrrc.com,  KPimentel@lrrc.com
              OGONNA M. BROWN    on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com,  KPimentel@lrrc.com
              OLEN-KEITH S. GUIAB    on behalf of Creditor    OCWEN LOAN SERVICING, LLC olenguiabesq@gmail.com
              RICHARD F. HOLLEY    on behalf of Creditor Maxine  Llewellyn rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Defendant    CITY NATIONAL BANK rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RICHARD F. HOLLEY    on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com,
               apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, LP servicing agent on
               behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the
               Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, LP, servicing agent on
               behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the
               Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME
               LOANS SERVICING, L.P. paula@reynoldslawyers.com
              RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, LP, its assignees and/or
               successors in interest paula@reynoldslawyers.com

```
District/off: 0978-2          User: valenzuel            Page 4 of 4            Date Rcvd: Jan 28, 2020
                              Form ID: pdf910            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          RONALD H REYNOLDS    on behalf of Creditor    BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

          RONALD H REYNOLDS    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com

          RONALD H REYNOLDS    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

          RYAN D. STIBOR    on behalf of Creditor    OCWEN LOAN SERVICING, LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

          SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    2704 SATTLEY LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Debtor    KEEP SAFE LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Debtor    HOT ENDEAVOR LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    KEEP SAFE LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    CHERISH LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Debtor    2704 SATTLEY LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Debtor    CHERISH LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Debtor    SABRECO INC. saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SAMUEL A. SCHWARTZ    on behalf of Jnt Admin Debtor    5218 MISTY MORNING LLC saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com

          SHAWN W MILLER    on behalf of Creditor    CITY NATIONAL BANK smiller@hainesandkrieger.com

          STEVEN L. YARMY    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Joint Debtor WILLIAM R. SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Defendant    MELANI SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Plaintiff    HOT ENDEAVOR, LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Debtor MELANI  SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Plaintiff    SABRECO INC. sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Defendant    WILLIAM R. SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Defendant    SABRECO INC. sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Jnt Admin Debtor    HOT ENDEAVOR LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Defendant    Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Plaintiff MELANIE  SCHULTE sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          STEVEN L. YARMY    on behalf of Debtor    SABRECO INC. sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

          Shlomo S. Sherman    on behalf of Defendant    CITY NATIONAL BANK shlomo@shermanlawlv.com

          U.S. TRUSTEE - LV - 11, 11    USTPRegion17.lv.ecf@usdoj.gov

          VINCENT J. AIELLO    on behalf of Creditor    SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vincent.aiello@gmlaw.com,  vincent@theaiellolawfirm.com

          VINCENT J. AIELLO    on behalf of Cred. Comm. Chair    SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vincent.aiello@gmlaw.com,  vincent@theaiellolawfirm.com

          TOTAL: 129

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 28, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | Case No.: 09-29123-MKN |
| | ) | Chapter 11 |
| MELANIE SCHULTE AND WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, | ) ) ) ) ) ) ) ) ) | Date:   February 26, 2020<br>Time:   9:30 a.m. |
| Debtor. | ) | |

**ORDER TO SHOW CAUSE**

Good cause appearing,

**IT IS HEREBY ORDERED** that Melanie Schulte and William R. Schulte, and the following Joint Debtors, 5218 Misty Morning LLC, Hot Endeavor LLC, 2704 Sattley LLC, 1341 Minuet LLC, 1708 Plato Pico LLC, 2228 Warm Walnut LLC, 9425 Valley Hills LLC, 9500 Aspen Glow LLC, Cherish LLC, Sabreco Inc., and Keepy Safe LLC, and their counsel of record, if any, are ordered to show cause in Courtroom 2 of the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on **February 26, 2020, at 9:30 a.m.**, why the case should not be closed.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

1

Case 09-29123-mkn    Doc 1270    Entered 01/30/20 22:01:50    Page 6 of 6

1  MELANI SCHULTE
2  WILLIAM R. SCHULTE
   9811 W. CHARLESTON BLVD. #2-351
3  LAS VEGAS, NV 89117
4                                  # # #
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2