RECEIVED
AND FILED

2020 FEB 24  AM 9 45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

MAG

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 Misty Morning LLC, Hot Endeavor LLC, 2704 Sattley LLC, 1341 Minuet LLLC, 1708 Plato Pico LLC, 2228 Warm Walnut LLC, 9425 Valley Hills LLC, 9500 Aspen Glow LLC, Cherish LLC, SABRECO Inc., Keep Safe LLC, | Chapter 11 |
| Debtor. | DATE: February 26, 2020<br>TIME: 9:30 a.m. |

## OPPOSITION TO ORDER TO CLOSE CASE

COMES NOW, Debtor, Melani Schulte and William R. Schulte ("Debtors"), in Opposition to the Order to Show Cause. That Debtor is seeking an additional 60 days because, some of the creditors may not be complying with the Chapter 11 Plan and Discharge, and the 60 days are needed to seek counsel to review the case and prepare the court intervention.

Dated this    day of February, 2020.

RESPECTFULLY SUBMITTED:

_/s/ Melani Schulte_
Melani Schulte
Debtor

1