CHRISTOPHER P. BURKE, ESQ.  
Nevada Bar No.: 004093  
atty@cburke.lvcoxmail.com  
218 S. Maryland Pkwy.  
Las Vegas, Nevada 89101  
(702) 385-7987  
Attorney for Debtor  
for Limited Purpose  

ECF Filed On 7/6/20

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

MELANI SCHULTE and
WILLIAM R. SCHULTE, (Deceased)
5218 MISTY MORNING LLC,
HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC,

Debtors.

Case No. 09-29123-MKN

Chapter 11

Date: N/A
Time: N/A

## SUBSTITUTION OF ATTORNEY AND TERMINATION FROM ECF NOTICE

Christopher P. Burke, Esq., is hereby substituted in as attorney for the Debtor, Melani Schulte ("Ms. Schulte"), in the above-entitled Bankruptcy proceeding, for the limited purpose of potentially pursuing some claim for her in place and instead of Steven L. Yarmy, Esq., who is currently listed as an attorney of record for her. And that attorney Steven L. Yarmy, Esq., consents to terminate his name from ECF notice in this case.

Dated this 6 day of July, 2020.

_____
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987

1

Melani Schulte, Debtor I hereby consent to the above and foregoing substitution.

Dated this 3rd day of July, 2020.

_____
Melani Schulte

I hereby consent to the above and foregoing substitution.

Dated this 6th day of July, 2020.

_____
Christopher P. Burke, Esq.
Nevada Bar No.: 004093
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987

I hereby consent to the above and foregoing substitution and terminate my name from any ECF notices.

Dated this 5th day of July, 2020.

_____
Steven L. Yarmy, Esq.
7464 W. Sahara Avenue
Las Vegas, NV 89117
(702) 586-3513
Fax: (702) 586-3690
sly@stevenyarmylaw.com

2