CHRISTOPHER P. BURKE, ESQ.  
Nevada Bar No.: 004093  
atty@cburke.lvcoxmail.com  
218 S. Maryland Pkwy.  
Las Vegas, Nevada 89101  
(702) 385-7987  
Attorney for Debtor  
for Limited Purpose

ECF Filed On 7/7/20

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

MELANI SCHULTE and
WILLIAM R. SCHULTE, (Deceased)
5218 MISTY MORNING LLC,
HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC,

Debtors.

Case No. 09-29123-MKN

Chapter 11

Date: N/A
Time: N/A

**SUBSTITUTION OF ATTORNEY AND TERMINATION FROM ECF NOTICE**

Christopher P. Burke, Esq., is hereby substituted in as attorney for the Debtor, Melani Schulte ("Ms. Schulte"), in the above-entitled Bankruptcy proceeding, for the limited purpose of potentially pursuing some claim for her in place and instead of David A. Riggi, Esq., who is currently listed an her attorney of record for her. And that attorney David A. Riggi, Esq., consents to terminate his name from ECF notice in this case.

Dated this 7th day of July, 2020.

_____
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987

1

Melani Schulte, Debtor I hereby consent to the above and foregoing substitution.

Dated this 3rd day of July, 2020.

_____
Melani Schulte

I hereby consent to the above and foregoing substitution.

Dated this 7th day of July, 2020.

_____
Christopher P. Burke, Esq.
Nevada Bar No.: 004093
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987

I hereby consent to the above and foregoing substitution and terminate my name from any ECF notices.

Dated this 7th day of July, 2020.

_____
David A. Riggi, Esq.
5550 Painted Mirage Road #320
Las Vegas, NV 89149
(702) 808-0359
darnvbk@gmail.com

2