CHRISTOPHER P. BURKE, ESQ.  *ECF Filed On* 7/24/20
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Proposed Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, (Deceased) 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, | Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
| Debtors. | Date: August 26, 2020<br>Time: 9:30 a.m. |

    I hereby certify that I am an employee of Christopher P Burke Law Firm, and on the 24th day of July, 2020 I caused to be served a true and correct copy of:

    1. Notice and Application to Employ Law Firm as Attorney for Debtor in Possession [Dkt. #1278, and #1279], in the following manner:

    __X__ (ELECTRONIC SERVICE)    Under Administrative Order 02-1 (Rev. 8-31-04) of the United State Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served though the Notice of Electronic Filing automatically generated by that Court's facilities.

    __X__ (UNITED STATES MAIL)    By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

1

___ (OVERNIGHT COURIER)    By depositing a true and correct copy of the above-referenced document for overnight delivery via federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

___ (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Adriana Pelayo
An employee of
Christopher P. Burke, Esq.

2

```
Label Matrix for local noticing          1341 MINUET LLC                          1708 PLATO PICO LLC
0978-2                                    7201 W LAKE MEAD BLVD                   7201 W LAKE MEAD BLVD
Case 09-29123-mkn                         LAS VEGAS, NV 89128-8347                LAS VEGAS, NV 89128-8347
District of Nevada
Las Vegas
Fri Jul 24 10:35:42 PDT 2020

2228 WARM WALNUT LLC                      2704 SATTLEY LLC                        5218 MISTY MORNING LLC
7201 W LAKE MEAD BLVD                     7201 W. LAKE MEAD BLVD. SUITE 550       7201 W. LAKE MEAD BLVD.
LAS VEGAS, NV 89128-8347                  LAS VEGAS, NV 89128-8364                LAS VEGAS, NV 89128-8347


9425 VALLEY HILLS LLC                     9500 ASPEN GLOW LLC                     AMERICA'S SERVICING COMPANY
7201 W LAKE MEAD BLVD                     7201 W LAKE MEAD BLVD                   C/O MCCALLA RAYMER
LAS VEGAS, NV 89128-8347                  LAS VEGAS, NV 89128-8347                1544 OLD ALABAMA RD
                                                                                  BANKRUPTCY DEPT
                                                                                  ROSWELL, GA 30076-2102

BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWI   BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWI   BAC Home Loans Servicing, LP
2380 PERFORMANCE DR, BLDG C               MILES, BAUER, BERGSTROM & WINTERS       1757 Tapo Canyon Road
MAIL STOP: RGV-C-32                       2200 PASEO VERDE PARKWAY, STE 250       Mail Stop: CA6-913-LB-11
RICHARDSON, TX 75082-4333                 HENDERSON, NV 89052-2704                Simi Valley, CA 93063-3390

BAC Home Loans Servicing, LP c/o Prober & Ra   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER T   BANK OF NEVADA
20750 Ventura Blvd, Suite 100             2380 Performance Dr. Bldg C Mail Stop: R   C/O POLI & BALL, PLC
Woodland Hills, CA 91364-6207             RICHARDSON, TX 75082-4333               400 SO 4TH ST, STE 500
                                                                                  LAS VEGAS, NV 89101-6207

BAYVIEW LOAN SERVICING, LLC, AS SERVICING AG   CHASE HOME FINANCE FKA CHASE MANHATTAN MORTG   CHASE HOME FINANCE, LLC
c/o EDWARD G. SCHLOSS                     THE COOPER CASTLE LAW FIRM, LLP         C/O THE COOPER CASTLE LAW FIRM
3637 MOTOR AVENUE, STE 220                820 S. VALLEY VIEW BLVD.                820 S. VALLEY VIEW BLVD.
LOS ANGELES, CA 90034-4884                LAS VEGAS, NV 89107-4411                LAS VEGAS, NV 89107-4411

CHASE HOMR FINANCE, LLC                   CHERISH LLC                             CITIMORTGAGE, INC.
THE COOPER CASTLE LAW FIRM                7201 W. LAKE MEAD BLVD #550             ALDRIDGE PITE
820 S. VALLEY VIEW                        LAS VEGAS, NV 89128-8364                4375 JUTLAND DR, STE 200
LAS VEGAS, NV 89107-4411                                                          PO BOX 17933
                                                                                  SAN DIEGO, CA 92177-7921

CITY NATIONAL BANK                        CLARK COUNTY ASSESSOR                   FEDERAL NATIONAL MORTGAGE ASSOCIATION
SHEA & CARLYON, LTD.                      C/O MICHELE W. SHAFE                    MAIN OFFICE / ROSICKI ROSICKI & ASSOC.
701 BRIDGE AVE, #850                      500 S. GRAND CENTRAL PKWY               51 E. BETHPAGE RD
LAS VEGAS, NV 89101-8959                  LAS VEGAS, NV 89155-4502                PLAINVIEW, NY 11803-4224

FEDERAL NATIONAL MORTGAGE ASSOCIATION (   FEDERAL NATIONAL MORTGAGE ASSOCIATION (   FIDELITY BANK
C/O MCCARTHY HOLTHUS LLP                  C/O WRIGHT, FINLAY & ZAK, LLP / N GLOWIN   MALCOLM & CISNEROS
9510 W SAHARA AVE, STE 200                7785 W. SAHARA AVE, STE 200             2112 Business Center Drive
LAS VEGAS, NV 89117-8804                  LAS VEGAS, NV 89117-2789                Second Floor
                                                                                  IRVINE, CA 92612-7135

FIFTH THIRD BANK                          FIFTH THIRD MORTGAGE COMPANY            (p)GREENTREE SERVICING LLC
MALCOLM CISNEROS                          RCO LEGAL, P.S.                         BANKRUPTCY DEPARTMENT
2112 BUSINESS CENTER DR, 2ND FLR          2520 ST ROSE PKWY, STE 106              P O BOX 6154
IRVINE, CA 92612-7135                     HENDERSON, NV 89074-7784                RAPID CITY SD 57709-6154
```

| | | |
|---|---|---|
| GREEN TREE SERVICING, LLC<br>C/O MCCARTHY HOLTHUS LLP<br>9510 W SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 | GREEN TREE SERVICING, LLC<br>Miles, Bauer, Bergstrom & Winters, LLP<br>2200 Paseo Verde Pkwy, #250<br>HENDERSON, NV 89052-2704 | GREEN TREE SERVICING, LLC.<br>7360 S. KYRENE ROAD<br>RECOVERY DEPT. T-120<br>TEMPE, AZ 85283-8432 |
| HOT ENDEAVOR LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128-8347 | IMAGE FINANCE LLC<br>C/O SNELL & WILMER L.L.P.<br>ATTN: BOB L. OLSON, ESQ.<br>3883 HOWARD HUGHES PARKWAY<br>SUITE 1100<br>LAS VEGAS, NV 89169-0965 | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION<br>MALCOLM-CISNEROS<br>2112 BUSINESS CENTER DRIVE<br>IRVINE, CA 92612-7135 |
| JPMORGAN CHASE BANK<br>MALCOLM CISNEROS<br>2112 BUSINESS CTR DR<br>IRVINE, ca 92612-7135 | JPMORGAN CHASE BANK, N.A.<br>MALCOLM CISNEROS<br>2112 BUSINESS CTR DR<br>IRVINE, CA 92612-7135 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>MALCOLM CISNEROS<br>2112 BUSINESS CTR DR<br>IRVINE, CA 92612-7135 |
| KEEP SAFE LLC<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128-8364 | LITTON LOAN SERVICING, LP<br>P.O. BOX 829009<br>DALLAS, TX 75382-9009 | LSF9 MASTER PARTICIPATION TRUST<br>C/O MCCARTHY HOLTHUS LLP<br>9510 W SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 |
| Litton Loan Servicing, L.P.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IN<br>C/O SNELL & WILMER L.L.P.<br>ATTN:  ROBERT R. KINAS<br>3883 HOWARD HUGHES PARKWAY<br>SUITE 1100<br>LAS VEGAS, NV 89169-0965 | MTGLQ INVESTORS, L.P.<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 |
| NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/O<br>C/O MCCARTHY HOLTHUS LLP<br>9510 W SAHARA AVE, STE. 200<br>LAS VEGAS, NV 89117-8804 | NATIONSTAR MORTGAGE, LLC<br>C/O MCCARTHY HOLTHUS LLP<br>9510 W SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| OCWEN LOAN SERVICING, LLC<br>1661 WORTHINGTON RD., STE. 100<br>ATTN: BK DEPT<br>WEST PALM BEACH, FL 33409-6493 | OCWEN LOAN SERVICING, LLC<br>C/O MCCARTHY HOLTHUS, LLP<br>9510 W SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 | OCWEN LOAN SERVICING, LLC, ITS ASSIGNEES AND<br>C/O MCCARTHY & HOLTHUS LLP<br>9510 W. SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 |
| SABRECO INC.<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128-8364 | SELENE FINANCE LP AS SERVICER FOR WILMINGTON<br>GREENSPOON MARDER / VINCENT AIELLO<br>3993 HOWARD HUGHES PKWY, STE 400<br>LAS VEGAS, NV 89169-5993 | SELENE FINANCE LP AS SERVICER FOR WILMINGTON<br>GREENSPOON MARDER LLP/V. AIELLO<br>3993 HOWARD HUGHES PKWY, STE 400<br>LAS VEGAS, NV 89169-5993 |
| SETERUS, INC., ET AL, ITS ASSIGNEES AND/OR S<br>C/O PROBER & RAPHAEL, A LAW CORP.<br>20750 VENTURA BLVD, STE 00<br>WOODLAND HILLS, CA 91364-2338 | SYLVESTER & POLEDNAK, LTD.<br>7371 Prairie Falcon Road<br>Suite 120<br>Las Vegas, NV 89128-0834 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 |
| THE SCHWARTZ LAW FIRM, INC.<br>701 EAST BRIDGER AVENUE, SUITE 120<br>LAS VEGAS, NV 89101-5557 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 M<br>C/O MCCARTHY HOLTHUS LLP<br>9510 W SAHARA AVE, STE 200<br>LAS VEGAS, NV 89117-8804 | U.S. TRUSTEE - LV - 11 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |

| | | |
|---|---|---|
| US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW S<br>C/O JENNIFER BERGH, ESQ.<br>GHIDOTTI BERGER, LLP<br>1920 OLD TUSTIN AVE.<br>SANTA ANA, CA 92705-7811 | WESTERN ALLIANCE BANK<br>C/O SNELL & WILMER L.L.P. /<br>3883 HOWARD HUGHES PKWY, STE 1100<br>LAS VEGAS, NV 89169-0965 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O BDFTW, LLP<br>4004 BELT LINE RD, STE 100<br>DIAMOND BAR, CA 91765 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O BDFTW, LLP<br>7251 W LAKE MEAD BLVD, STE 300<br>LAS VEGAS, NV 89128-8380 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | CitiMortgage Inc.<br>P.O. BOX 6941<br>The Lakes, NV 88901-6006 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | Abn Amro Mortgage Grou<br>Acct No xxxxx3148<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898-9438 |
| Affiliated Accep Crp<br>Acct No xxxxxx0757<br>Attn: Customer Service<br>Po Box 790001<br>Sunrise Beach, MO 65079-9001 | Allied Collection Serv<br>Acct No xxxxx0902<br>Po Box 29299<br>Las Vegas, NV 89126-3299 | Allison, Curtis, Kinsley, Meoz, Michae<br>P.O. Box 911265<br>Dallas, TX 75391-1265 |
| America's Servicing Company<br>Acct No xxxxxx3971<br>PO Box 981<br>Frederick, MD 21705-0981 | America's Servicing Company<br>Bankruptcy Department<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | American Express<br>Acct No xxxxxxxxxxxxx0462<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355-0701 |
| Americas Servicing Co<br>Acct No xxxxxxxxx3971<br>Attention: Bankruptcy<br>1 Home Campus<br>Des Moines, IA 50328-0001 | BAC HOME LOANS SERVICING, LP FKA<br>COUNTRYWIDE HOME LOANS SERVICING, LP<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024-4100 | BAC Home Loans Servicing, LP<br>1757 Tapo Canyon Road<br>Simi Valley, CA 93063<br>Mail Code CA6-913-LB 93063-3390 |
| BAC Home Loans Servicing, LP<br>fka Countrywide Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | BANK OF AMERICA, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | Bank Of America<br>Acct No 030<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Bank Of America<br>Acct No 9758<br>Po Box 1598<br>Norfolk, VA 23501-1598 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>Acct No xxxxxxxxxx4599<br>PO Box 22031<br>Greensboro, NC 27420-2031 |
| Bank of America<br>P.O. Box 26237<br>Las Vegas, NV 89126-0237 | Bank of America, N.A.<br>Bankruptcy Dept. Mail Stop CA6-919-01-23<br>Simi Valley, CA 93065 | Bank of Nevada<br>Acct No xxxxx6328<br>PO BOX 26237<br>Las Vegas, NV 89126-0237 |
| Barclays Bank Delaware<br>Acct No xxxxxx0000<br>Attention: Customer Support Department<br>Po Box 8833<br>Wilmington, DE 19899-8833 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHASE HOME FINANCE, LLC, S/B/M CHASE MANHATT<br>3415 VISION DRIVE<br>OH4-7302<br>COLUMBUS, OH 43219-6009 |

| | | |
|---|---|---|
| CITIMORTGAGE INC<br>PO BOX 140609<br>IRVING, TX 75014-0609 | CITY NATIONAL BANK<br>C/O FENNEMORE CRAIG, P.C.<br>LAUREL E. DAVIS, ESQ.<br>300 S FOURTH STREET, STE 1400<br>LAS VEGAS, NV 89101-6021 | CITY NATIONAL BANK, N.A.<br>C/O SHEA & CARLYON, LTD.<br>701 BRIDGER AVENUE, #850<br>LAS VEGAS, NV 89101-8959 |
| CLARK COUNTY ASSESSOR<br>500 S. GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155-4502 | Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Central Mortgage Co<br>Acct No xxxxx4705<br>Attention: Bankruptcy Dept.<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3276 |
| Citi<br>Acct No xxxxxxxx3143<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | CitiMortgage, Inc<br>c/o Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Citimortgage Inc<br>Acct No xxxxx0064<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898-9438 |
| Citimortgage Inc<br>Acct No xxxxxxx829-5<br>PO Box 6006<br>The Lakes, NV 88901-6006 | Citimortgage Inc.<br>Acct No xxxxxx851-7<br>PO Box 8004<br>South Hackensack, NJ 07606-8004 | City National Bank<br>Acct No xxx4409<br>PO Box 60938<br>Los Angeles, CA 90060-0938 |
| Countrywide Home Loans<br>Acct No xxxx1662<br>PO Box 10219<br>Van Nuys, CA 91410-0219 | Countrywide Home Lending<br>Acct No xxxxx6457<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Countrywide Home Lending<br>Acct No xxxxx6473<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 |
| DEBORAH DRAKE<br>6111 FOX CREEK AVE<br>LAS VEGAS NV 89122-3484 | DR. BERNARD GREENBLATT<br>c/o LAW OFFICE OF BRIAN D. SHAPIRO, LLC<br>411 E. BONNEVILLE AVENUE<br>LAS VEGAS, NV 89101-6632 | Deaner, Deaner, Scann, Malan, & Larsen<br>c/o Susuan Williams Scann, Esq.<br>720 S. Fourth Street<br>Suite 300<br>Las Vegas, NV 89101-6743 |
| Equity Title, LLC<br>c/o Meier & Fine, LLC<br>2300 W. Sahara Ave., Ste. 430<br>Las Vegas, NV 89102-4354 | FIRST HAWAIIAN BANK-LOAN RECOVERY CENTER<br>POB 4070<br>HONOLULU HI 96812-4070 | Federal National Mortgage Association<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| Fidelity Bank<br>100 E English<br>PO Box 1007<br>Wichita, KS 67201-1007 | Fidelity Bank<br>PO BOX 2937<br>Wichita, KS 67201-2937 | Fifth Third Bank<br>Acct No xxxxx6682<br>C/O Bankruptcy Dept, Mdropso5<br>1850 East Paris<br>Grand Rapids, MI 49546-6253 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | First American Title<br>c/o Harrison, Kemp, Jones & Coulthard<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, NV 89169-0910 | First Hawaiian Bank<br>Acct No xxxxxxxx0035<br>Po Box 1959<br>Honolulu, HI 96805-1959 |
| First National Bank Credit Card Center<br>Acct No xxxxxxxxxx2737<br>Attention: Bankruptcy Department<br>Po Box 3331  Stop Code 3105<br>Omaha, NE 68103-0331 | First Nationwide Mtg<br>Acct No xxx5955<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898-9438 | Grant & Weber<br>Acct No xxxxx5192<br>861 Coronado Center Dr S<br>Henderson, NV 89052-3992 |

| | | |
|---|---|---|
| Green Tree Servicing LLC<br>7360 S. Kyrene Rd.<br>Recovery Dept - T120<br>Tempe, Az 85283-8432 | Home Comings Financial<br>Acct No xxxxxx4689<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3276 | Homecomings Financial<br>Acct No xxx5505<br>PO Box 205<br>Waterloo, IA 50704-0205 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>c/o Tiffany & Bosco, P.A.<br>212 South Jones Blvd.<br>Las Vegas, NV 89107-2657 | Jeff Sylvester, Esq.<br>Sylvester & Polednak, LTD.<br>7371 Prairie Falcon Rd., Suite 120<br>Las Vegas, NV 89128-0834 |
| Langlands & Gross LLP<br>2655 Bay Canyon Drive<br>Suite 190<br>Las Vegas, NV 89128 | Litton Loan Servicing<br>Acct No xxxx2460<br>Attention: Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081-2212 | Litton Loan Servicing, L.P.<br>Bankruptcy Department<br>4828 Loop Central Drive<br>Houston, TX 77081-2193 |
| Litton Loan Servicing, LP<br>1270 Northland Drive, Suite 200<br>Mendota Heights, Minnesota 55120-1176 | Marquis & Aurback<br>c/o Micah Echols<br>120001<br>Park Run Drive<br>Las Vegas, NV 89145 | McCarthy & Holthus, LLP<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117-8804 |
| Melvin Elizer and Maxine Llewellyn<br>c/o Ogonna M. Atamoh, Esq.<br>Santoro, Driggs, Walch, et al.<br>400 S. 4th St., 3rd Fl.<br>Las Vegas, NV 89101-6201 | Midfirst Bank C/O Midland Mortgage Co.<br>c/o McCarthy & Holthus, LLP<br>811 South Sixth Street<br>Las Vegas, NV 89101-6923 | Midland Mortgage<br>Acct No xxxx2811<br>PO Box 268888<br>Oklahoma City, OK 73126-8888 |
| Midland Mortgage Company<br>Acct No xxxx2811<br>Attn: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 | NCO Financial Systems<br>Acct No xxxx3276<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Natl Cty Crd<br>Acct No xxxxxxxx1161<br>4653 E Main Street<br>Columbus, OH 43213-3298 |
| Ncb/cols<br>Acct No xxxxxxxx6149<br>Attn: Bankruptcy<br>6750 Miller Rd<br>Brecksville, OH 44141-3262 | Nevada Federal Cred Un<br>Acct No xxxxxxx9490<br>2645 S Mojave Rd<br>Las Vegas, NV 89121-1238 | Nevada Law Group<br>2920 N. Green Valley Parkway<br>Bldg. 3, #313<br>Henderson, NV 89014-0412 |
| Nevada State Bank<br>Acct No xxxxxxxxxxxx1979<br>2185 S 3270 W<br>Salt Lake City, UT 84119-1109 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034-3278 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington RD.<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Oren and Socorro Lilly Lopez-Goldsteind<br>c/o Ann E Kolber Esq<br>LAW PRACTICE LTD<br>5516 South Fort Apache Road Suite 110<br>Las Vegas, NV 89148-7679 | PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| RICHARD F. HOLLEY, ESQ.<br>OGONNA M. ATAMOH, ESQ.<br>SANTORO DRIGGS WALCH KEARNEY, HOLLEY & T<br>400 SOUTH FOURT STREET, 3RD FL.<br>LAS VEGAS, NV 89101 | SYLVESTER & POLEDNAK, LTD.<br>ATTN: JEFFREY R. SYLVESTER, ESQ.<br>7371 PRAIRIE FALCON ROAD, SUITE 120<br>LAS VEGAS, NV 89128-0834 | (p)SETERUS INC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |

| | | |
|---|---|---|
| Seterus, Inc., et al, its assignees<br>and/or successors in interest<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>1757 Tapo Canyon Road<br>Mail Stop: CA6-913-LB-11<br>Simi Valley, CA 93063-3390 | The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>2270 Lakeside Boulevard<br>Mail Stop: R-A-3-118<br>Richardson, TX 75082-4304 |
| The Bank of New York Mellon<br>fka The Bank of New York, as Trustee<br>c/o BAYVIEW LOAN SERVICING, LLC<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, Florida 33146-1837 | The Bank of New York Mellon et al<br>c/o BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024-4100 | U S Bank<br>Acct No xxxxxxxx0535<br>101 5th St E Ste A<br>Saint Paul, MN 55101-1808 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. BANK TRUST, N.A.<br>c/o Caliber Home Loans, Inc.<br>PO Box 24330<br>Oklahoma City, OK 73124-0330 | US Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Dr., ste 400<br>Irving TX 75038-2480 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Vincent J. Aiello, Esq.<br>3993 Howard Hughes Parkway,<br>Suite 400<br>Las Vegas, Nevada 89169-5993 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O BDFTW<br>20955 PATHFINDER RD., STE. 300<br>DIAMOND BAR, CA 91765-4029 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>D/B/A CHRISTIANA TRUST, c/o BARRETT<br>DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD SUITE 300<br>DIAMOND BAR, CA 91765-4029 | WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY<br>BUT AS TRUSTEE FOR PRETIUM MORTGAGE<br>c/o BARRETT DAFFIN FRAPPIER TREDER&WEISS<br>7251 WEST LAKE MEAD BLVD SUITE 300<br>LAS VEGAS, NV 89128-8380 | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A<br>CHRISTIANA TRUST, NOT INDIVIDUALLY BUT A<br>FOR PRETIUM MORTGAGE ACQUISITION TRUST<br>c/o BARRETT DAFFIN FRAPPIER TREDER & WEI<br>7251 WEST LAKE MEAD BLVD SUITE 300<br>LAS VEGAS, NV 89128-8380 |
| Washington Mutual<br>Acct No xxxxxx8181<br>PO Box 660139<br>Dallas, TX 75266-0139 | Wells Fargo<br>Acct No xxxx1753<br>PO Box 14547<br>Des Moines, IA 50306-3547 | Wells Fargo<br>Acct No xxxxx5541<br>Pasadena, CA 91109-7198 |
| Wells Fargo<br>Acct No xxxxxxxxxx1998<br>PO Box 4233<br>Portland, OR 97208-4233 | Wells Fargo<br>Acct No xxxxxxxxxxxxx0001<br>Po Box 60510<br>Los Angeles, CA 90060-0510 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank Nv Na<br>Acct No xxxxxxxxxxxxx1998<br>Po Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept, MAC s4101-08c<br>100 W. Washington St., Phoenix, AZ 85003 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>P. O. Box 14469 MAC X2303-01A<br>Des Moines, IA 50306-3469 | Wells Fargo Card Ser<br>Acct No xxxxxxxx0301<br>Po Box 5058<br>Portland, OR 97208-5058 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| ZIEVE, BRODNAX & STEELE, LLP<br>9435 West Russell Road, Suite 120<br>Las Vegas, NV 89148-5608 | CHRISTOPHER PATRICK BURKE<br>218 S MARYLAND PKY.<br>LAS VEGAS, NV 89101-5319 | DANIEL L. MCGOOKEY<br>MCGOOKEY LAW OFFICES, LLC<br>225 MEIGS STREET<br>SANDUSKY, OH 44870-2836 |

```
MELANI SCHULTE                           Maxine Llewellyn
9811 W. CHARLESTON BLVD. #2-351          7213  Raincloud Drive
LAS VEGAS, NV 89117-7528                 Las Vegas, NV 89145-5124


Melvin A. Elizer
1405 Vegas Valley Drive #306
Las Vegas, NV 89169-2265
```