_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 28, 2020

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, | Chapter 11 |
| Debtors. | Date: August 26, 2020<br>Time: 9:30 a.m. |

**ORDER GRANTING APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSION**

Upon the application of the Debtor, Melani Schulte praying for authority to employ and appoint the law firm of Christopher P. Burke, Esq., as counsel to represent the Debtor, from the date of filing the Petition, in the above-captioned matter under a general retainer with regards to the administration of the Chapter 11 proceeding;

1

1

2     It appearing that the required notice of said Application has been given to all parties
3 in interest and a hearing on the Application having been held on August 26, 2020, at the
4 hour of 9:30 a.m.; it further appearing that Christopher P. Burke, Esq., is a lawyers duly
5 licensed in the State of Nevada, the Court being satisfied that Christopher P. Burke, Esq.,
6 represent no interest adverse to said bankruptcy estate or interested parties in the matters
7 upon which Christopher P. Burke, Esq., is necessary and would be to the best interest of the
8 estate, and for the reasons stated orally and recorded in open court that shall constitute the
9 decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy
10 Procedure, and good cause appearing, it is hereby:

11     **ORDERED** that the Application to Employ Attorney is GRANTED, and that the
12 Debtor is authorized to employ and appoint the Law Firm of Christopher P. Burke, Esq., as
13 Debtor's counsel to represent the Debtor in any and all bankruptcy matters related to the
14 filing of motions for contempt for any potential violation of the stay, discharge, confirmed
15 plan and/or order modifying mortgages, as set forth in the Application.

16     IT IS SO ORDERED.

17 Respectfully submitted by:

18

19 */s/ Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.

20                               ###

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with Local Rule 9021, counsel submitting this document certifies that the
3  order accurately reflects the court's ruling and that (check one):

4  ___   The court waived the requirement set forth in LR 9021 (b) (1).

5  _X_   No party appeared at the hearing or filed an objection to the motion.

6
7  ___   I have delivered a copy of this proposed order to all counsel who appeared at the
       hearing, and any unrepresented parties who appeared at the hearing, and each has
8      approved or disapproved the order, or failed to respond, as indicated below [list each
       party and whether the party has approved, disapproved, or failed to respond to the
9      document]:

10
11

12 ___   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
       order with the motion pursuant to LR 9014 (g), and that no party has objected to the
13     form or content of the order.

14

15  Submitted by:

16
   /S/ CHRISTOPHER P. BURKE, ESQ.
17 CHRISTOPHER P. BURKE, ESQ.
   Attorney for Debtor
18

19

20

21

22

23

24

25

26

27

28