NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
MELANI SCHULTE  
WILLIAM R. SCHULTE  

Debtor(s)

BK–09–29123–mkn  
CHAPTER 11  

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1283* – Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys Fees against Creditor, Citi Mortgage Inc. Filed by CHRISTOPHER PATRICK BURKE on behalf of MELANI SCHULTE (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10)(BURKE, CHRISTOPHER) |
| | *1284* – Notice of Hearing of Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys Fees against Creditor, Citi Mortgage Inc. Hearing Date: October 7, 2020 Hearing Time: 9:30 a.m. Filed by CHRISTOPHER PATRICK BURKE on behalf of MELANI SCHULTE (Related document(s)1283 Motion for Contempt filed by Debtor MELANI SCHULTE) (BURKE, CHRISTOPHER) |
| Filed On: | 9/4/20 |
| With A Hearing Date Of: | 10/7/20 |
| And A Hearing Time Of: | 9:30 am |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 9/11/20

*Mary A. Schott*  
Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**