# Ex. '3'

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date:  01/18/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

| ACCOUNT NUMBER | 51-7 |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $89,623.98 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $562.15 |

## Account Activity

|  | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date |  | 02/01/12 |
| Principal |  | $380.12 |
| Interest |  | $501.29 |
| Escrow |  | $165.46 |
| **Total Amount** |  | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 3

 CitiMortgage 

 Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00002591 BB 1OZ 018 52500087D-AM1 18 018

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2011, are posted in January 2012, but credited for December 31, 2011.

A tax and interest statement for 2011 income tax purposes is either enclosed with this monthly statement or will be mailed separately by January 31,2012.  To protect your identity, your full social security number will not be printed on the document but will be used in IRS reporting.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ___51-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 02/01/12 | $1,046.87 |
| Additional Principal | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517  0000104687  0000104687  0000104687

INTERNET REPRINT
CITI 4815 0257

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1  **Check One:**  ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2  Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

3  Mortgage Account # _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. tax, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance**
**Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.
LENDER

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

M.I. _____  LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____  STATE _____  ZIP _____

NEW HOME PHONE _____  NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?   ☐ YES   ☐ NO

INTERNET REPRINT
CITI 4815 0258

REPRESENTATION OF PRINTED DOCUMENT

Page 2 of 3

**IMPORTANT TAX RETURN
INFORMATION BELOW**

CITIMORTGAGE, INC.
PO BOX 6243
SIOUX FALLS SD 57117-6243

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CitiMortgage, Inc.
For Information Call: 1-800-283-7918 **
Customer Service Hours:
   Monday - Friday 7:00 AM - 12:00 Midnight ET
   Saturday - 8:00 AM - 7:00 PM ET
   Sunday - 12:00 PM - 11:00 PM ET
Or visit our Website at www.citimortgage.com

Account Number: ████851

Property Address:
9500 ASPEN GLOW DR
LAS VEGAS NV 89134

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you or fully paid for you and not reimbursed by another person. | OMB No. 1545-0901 | Mortgage Interest Statement |
| CITIMORTGAGE, INC.<br>PO BOX 6243<br>SIOUX FALLS  SD 57117-6243<br><br>CUSTOMER SERVICE: 1-800-283-7918** | | | 2011<br><br>Form 1098 | |
| RECIPIENT'S Federal identification no.<br>13-3222578 | PAYER'S social security number<br>XXX-XX-███ | 1  Mortgage interest received from payer(s)/borrower(s)<br>$                         2,268.29 | | Copy B<br>For Payer/Borrower |
| PAYER'S/BORROWER'S name<br>WILLIAM R SCHULTE<br>MELANI  SCHULTE | | 2  Points paid on purchase of principal residence<br>$ | | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| Street address (including apt. no.)<br>7201 W LAKE MEAD BLVD STE550 | | 3  Refund of overpaid interest<br>$ | | |
| City, State and ZIP code<br>LAS VEGAS , NV 89128-8364 | | 4  Mortgage insurance premiums<br>$ | | |
| Account number (see instructions)<br>████851 | | 5<br>$ | | |

Form 1098                              (keep for your records)                    Department of the Treasury - Internal Revenue Service

Annual Tax and Interest Statement          SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| **INTEREST INFORMATION** | | **REAL ESTATE TAX INFORMATION** | |
| GROSS INTEREST APPLIED | $2,268.29 | REAL ESTATE TAXES PAID | $1,500.07 |
| NET INTEREST PAID(SEE BOX 1) | $2,268.29 | | |

──────── **IMPORTANT MESSAGES** ────────

This 2011 Form 1098 contains information that will be reported to the Internal Revenue Service. Principal Balance and Real Estate Tax amounts are for informational purposes only. Refer to the back of this statement for other important messages and instructions. Please consult with your tax advisor or the Internal Revenue Service for any tax related questions.

INTERNET REPRINT
CITI 4815 0259

REPRESENTATION OF PRINTED DOCUMENT

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2011 that accrued in full by January 15, 2012, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2011 even though it may be included in box 1.

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2011 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions.

**Box 5.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

** Calls are randomly monitored and recorded to ensure quality service.

REPRESENTATION OF PRINTED DOCUMENT

**FACTS** 

# WHAT DOES CITI DO WITH YOUR PERSONAL INFORMATION?

Page 3 of 3



Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do.

The types of personal information we collect and share depend on the product or service you have with us. This information can include:
- Social Security number and income
- account balances and employment information
- credit history and transaction history

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Citi chooses to share; and whether you can limit this sharing.

| | | |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes —** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | YES | YES |
| **For nonaffiliates to market to you** | YES | YES |

- Mail the form below.

Please note:
If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.

However, you can contact us any time to limit our sharing.

Call toll free 1-800-283-7918

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mark any/all you want to limit:
- ☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.

- ☐ Do not share my personal information with nonaffiliates to market their products and services to me.

Mail to:

**Citibank Service Center**
**Mail Stop CMP**
**PO Box 769022**
**San Antonio, TX 78245-9022**

CMI-PVCY-0112

INTERNET REPRINT
CITI 4815 0261

REPRESENTATION OF PRINTED DOCUMENT

**Page 2**

| | |
|---|---|
| Who is providing this notice? | This notice is provided by Citibank N.A., CitiMortgage, Inc. and Citicorp Trust Bank, fsb. CitiMortgage provides servicing on behalf of Citi affiliates, including Citibank N.A. and Citigroup Global Markets Realty Corp. |
| How does Citi protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Citi collect my personal information? | We collect your personal information, for example, when you<br>• provide account information or give us your contact information<br>• provide employment information or apply for a loan<br>• give us your income information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include companies with a Citi name; financial companies such as Citigroup Global Markets, Inc., and Banamex USA. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products and services to you. |

For Vermont Residents: We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

For California Residents: We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

·

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 02/20/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

Page 1 of 1


CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0677014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

| ACCOUNT NUMBER | 51-7 | |
|---|---|---|
| Type of Mortgage | | GOVERNMENT FIXED |
| Principal Balance | | $89,623.98 |
| Interest Rate | | 7.50000% |
| Interest Year to Date | | $562.15 |

00005777 BB 1OZ 051 SIS0079D AMI 8 051


WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 03/01/12 |
| Principal | | $382.49 |
| Interest | | $498.92 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 02/15/12, $388.89 was paid for County Tax.

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number:        51-7

**WILLIAM R SCHULTE**
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | | Due Date: | Total Amount: |
|---|---|---|---|
| See detail below: | | 03/01/12 | $1,046.87 |
| Additional Principal | $ | | |
| Additional Escrow: | $ | | |
| | $ | | |
| Additional Monthly Payment: | $ | | |
| Total Amount Enclosed | $ | | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

 517 0000104687 0000104687 0000104687

INTERNET REPRINT
CITI 4815 0255

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

**1  Check One:**  ☐ Please debit my Checking Account (Attach a voided check)
    ☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

**2**
Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

**3**  Mortgage Account # _____

**4**  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117
PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. We understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoffs** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

♿ ©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____   LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____   STATE _____   ZIP _____

NEW HOME PHONE _____   NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?   ☐ YES   ☐ NO

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date:  03/19/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER**

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $89,623.98 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $562.15 |

Page 1 of 1

CitiMortgage 



Customer service 1-800-283-7918*
Please reference your account number 0577014651 when calling.
Calls are randomly monitored and recorded to assure quality service.

00065882 BB 1OZ 079 SIS0075D AM1 8 079

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364



## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 04/01/12 |
| Principal | | $384.88 |
| Interest | | $496.53 |
| Escrow | | $165.48 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

## ▼ Detach and return the bottom portion with payment. Retain the top portion for your records. ▼

Account Number:          851-7

**WILLIAM R SCHULTE**
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 04/01/12 | $1,046.87 |

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

 517  0000104687  0000104687  0000104687

INTERNET REPRINT
CITI 4815 0253

REPRESENTATION OF PRINTED DOCUMENT

Check One:  Please debit my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: Circle Due Date  1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: Circle  9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

*Calls are randomly monitored and recorded to ensure quality service.

Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–8:00 p.m. ET
Sunday
10:00 a.m.–10:00 p.m. ET

Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday–Friday
8:00 a.m.–12:00 Midnight ET
Saturday–Sunday
9:00 a.m.–8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 5855
Springfield, OH 45501-5855
1-866-344-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**



©2012 CitiMortgage, Inc. CitiMortgage Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design is a registered service mark of Citigroup Inc.
LENDER

INTERNET REPRINT
CITI 4815 0254

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 04/17/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

### ACCOUNT NUMBER ■■■851-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $89,302.72 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $1,122.30 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 05/01/12 |
| Principal | | $387.29 |
| Interest | | $494.12 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1


CitiMortgage

**Customer service 1-800-283-7918**
Please reference your account number 0577014851 when calling
*Calls are randomly monitored and recorded to ensure quality service.*

00006079 BB 1OZ 108 53S0079D AM1 8 108



WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ■■■851-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 05/01/12 | $1,046.87 |

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

■■■■517 0000104687 0000104687 0000104687

INTERNET REPRINT
CITI 4815 0251

## REPRESENTATION OF PRINTED DOCUMENT

Check One:   Please detail my Checking Account (Attach a voided check)
Please detail my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: Circle Due Date: 1day  2day  3day  4day  5day  6day  7day  8day
$10.00 Monthly Fee: Circle  5day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow escrow adjustable rate mortgage) CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage account loan unless you notify us to discontinue the service.

Calls are randomly monitored and recorded to ensure quality service.

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage Inc.
PO Box 5655
Springfield, OH 45501-5655
1-866-344-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated systems.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Monday-Friday**
7:00 a.m.-12:00 Midnight CT
**Saturday**
8:00 a.m.-8:00 p.m. CT
**Sunday**
10:00 a.m.-10:00 p.m. CT

Dial 7# from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight CT
Saturday-Sunday
8:00 a.m.-8:00 p.m. CT

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

 ©2012 CitiMortgage, Inc. CitiMortgage Inc. does business as Cicorp Mortgage in NM, CitiMortgage, Inc. is an equal housing lender Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

LENDER

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 05/17/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER** 51-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $89,302.72 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $1,122.30 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 06/01/12 |
| Principal | | $389.71 |
| Interest | | $491.70 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1


CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling. Calls are randomly monitored and recorded to ensure quality service.

00005705 BB 1OZ 138 SJS0079D AM1 8 138

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: 51-7

WILLIAM R SCHULTE

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 06/01/12 | $1,046.87 |

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

3517  0000104687  0000104687  0000104687

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1 **Check One:**  ☐ Please debit my Checking Account (Attach a voided check)
  ☐ Please debit my Savings Account (Attach a deposit slip)

  Financial Institution Account # to be debited: _____

2 **Financial Institution** _____

  **Financial Institution Address** _____

  **Signature of Financial Institution Account Holder** _____

  **Date** _____

3 **Mortgage Account #** _____

4 You may choose to have your payments deducted on your due date or up to 15 days after the payment due date.

  **No Fee:** (Circle) Due Date: 1day 2day 3day 4day 5day 6day 7day 8day

  **$10.00 Monthly Fee:** (Circle) 9day 10day 11day 12day 13day 14day 15day

  **Additional Principal Per Month** (Optional) $ _____

  **Additional Escrow Per Month** (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

**PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow charges, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.:
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE:** PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

## Account Information

Statement Date:   06/19/12
Property Address: 9500 ASPEN GLOW DR
                  LAS VEGAS NV 89134

| ACCOUNT NUMBER | 51-7 |
| --- | --- |
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $89,302.72 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $1,122.30 |

## Account Activity

|  | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
| --- | --- | --- |
| Date |  | 07/01/12 |
| Principal |  | $392.14 |
| Interest |  | $489.27 |
| Escrow |  | $165.46 |
| **Total Amount** |  | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

REPRESENTATION OF PRINTED DOCUMENT

Page 1 of 1

 CitiMortgage    citi

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005641 BB 1OZ 171 SIS0079D AM1 8 171

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

 Visit us at www.citimortgage.com!

## Monthly Highlights

If you do **not** wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 06/19/12, $430.00 was paid for Hazard Insurance.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number:        51-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: 07/01/12 | Total Amount: $1,046.87 |
| --- | --- | --- |
| See detail below. | | |
| Additional Principal | $ | |
| Additional Escrow | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

8517  0000104687  0000104687  0000104687

INTERNET REPRINT
CITI 4815 0247

REPRESENTATION OF PRINTED DOCUMENT

Check One☐  Please detail my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

☐ You may choose to have your payment deducted on your one date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date  1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: (Circle)  9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow charge adjustable rate mortgage). CitiMortgage will provide you with written notice of least 10 days prior to any change in the debit amount. CitiMortgage's authorized to debit your account until they receive a written letter signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this agreement at its option or if for more bank returns are received in 6 months. The monthly automatic debit will continue if any statutory with your revised CitiMortgage/Citibank loans unless you notify us to discontinue the service.

Correspondence incorrectly mentioned and recorded to ensure quality service.

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
6:00 a.m.-6:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
10:00 a.m.- 8:00 p.m. ET

**Air Express Payments**
CitiMortgage, Inc.
4742 121st St
Urbandale IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.



©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM, CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. Equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

INTERNET REPRINT
CITI 4815 0248

**REPRESENTATION OF PRINTED DOCUMENT**

## Mortgage Account Information

Statement Date:   07/17/12
Property Address: 9500 ASPEN GLOW DR
                  LAS VEGAS NV 89134

Page 1 of 1



| ACCOUNT NUMBER | 51-7 |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,979.45 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $1,680.44 |

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00006131 BB 1OZ 199 SIS0079D AM1 B 199

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364





## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 08/01/12 |
| Principal | | $394.59 |
| Interest | | $486.82 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number:   51-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount |
|---|---|---|
| See detail below | 08/01/12 | $1,046.87 |

Additional Principal:      $

Additional Escrow:         $

                           $

Additional Monthly Payment: $

Total Amount Enclosed      $

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517 0000104687 0000104687 0000104687

INTERNET REPRINT
CITI 4815 0245

REPRESENTATION OF PRINTED DOCUMENT

Check One:  Please debit my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: Checks Due Date: 1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: Checks 9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit the account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary from time to changes in your monthly payment that, first, increase or arise adjustable-rate mortgages. CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if any grievance and your written CitiMortgage letter unless you notify us to discontinue the service.

---

Please be sure to write your account number on your correspondence.

Monday–Friday
7:00 a.m.–12:00 midnight CT
Saturday
8:00 a.m.–8:00 p.m. CT
Sunday
10:00 a.m.–9:00 p.m. CT

Dial 711 from the U.S.:
Dial 1-866-280-2050
from Puerto Rico

Collections
1-800-723-7906*
Monday–Friday
6:00 a.m.–12:00 Midnight CT
Saturday–Sunday
8:00 a.m.–5:00 p.m. CT

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 5855
Springfield, OH 45501-8855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience in being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.



©2012 CitiMortgage Inc. CitiMortgage Inc. is a trademark is Citicorp Mortgage is file. CitiMortgage, Inc. is an equal housing lender. Certain Real Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. Equal Housing Lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information

Statement Date:  08/17/12
Property Address: 9500 ASPEN GLOW DR
                  LAS VEGAS NV 89134

Page 1 of 1




Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
Calls are randomly monitored and recorded to ensure quality service.

| ACCOUNT NUMBER: | 5 1-7 | |
|---|---|---|
| Type of Mortgage | | GOVERNMENT FIXED |
| Principal Balance | | $88,654.16 |
| Interest Rate | | 7.50000% |
| Interest Year to Date | | $2,236.56 |



00006355 BB 1OZ 230 SIS0079D AM1 E 230

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 09/01/12 |
| Principal | | $397.06 |
| Interest | | $484.35 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 08/01/12, $397.81 was paid for County Tax.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: _____ 1-7

WILLIAM R SCHULTE
**Please designate how you want us to apply any additional funds.** Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below | 09/01/12 | $1,046.87 |

Additional Principal: $ _____

Additional Escrow: $ _____

$ _____

Additional Monthly Payment: $ _____

Total Amount Enclosed: $ _____

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517  0000104687  0000104687  0000104687

INTERNET REPRINT
CITI 4815 0243

REPRESENTATION OF PRINTED DOCUMENT

Check One:  Please debit my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your one-time or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

---

*(dense fine-print paragraph, illegible)*

---

"Calls are randomly monitored and recorded to ensure quality service.

Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–8:00 p.m. ET
Sunday
10:00 a.m.–10:00 p.m. ET

Deaf TT from the U.S.
Dial 1-866-280-2050
from Puerto Rico

Collections
1-800-723-7906*
Monday–Friday
8:00 a.m.–12:00 Midnight ET
Saturday–Sunday
9:00 a.m.–8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 5855
Springfield, OH 45501-5855
1-866-344-2798

**Tax Bills**
CitiMortgage, Inc.
PO Box 23639
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-5774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**C-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21740-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**


©2002 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in MN. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.
LENDER

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information

Statement Date: 09/18/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

| ACCOUNT NUMBER | -7 |
| --- | --- |
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,654.16 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $2,236.56 |

### Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
| --- | --- | --- |
| Date | | 10/01/12 |
| Principal | | $399.54 |
| Interest | | $481.87 |
| Escrow | | $165.46 |
| **Total Amount** | | **$1,046.87** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1





Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005671 BB 1OZ 262 SIS0079D AM1 # 262

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 09/17/12, $397.05 was paid for County Tax.

---

### Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: _____-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
| --- | --- | --- |
| See detail below: | 10/01/12 | $1,046.87 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed: | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517 0000104687 0000104687 0000104687

INTERNET REPRINT
CITI 4815 0297

**REPRESENTATION OF PRINTED DOCUMENT**

Check One:  Please debit my Checking Account (Attach a voided check)
            Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: Check Due Date  1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: Circle  9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

---

Please be sure to write your account number on your correspondence.

**Monday–Friday**
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–8:00 p.m. ET
Sunday
10:00 a.m.–10:00 p.m. ET

Dial Till from the U.S.,
Dial 1-866-260-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday–Friday
8:00 a.m.–12:00 Midnight ET
Saturday–Sunday
8:00 a.m.–5:00 p.m. ET

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-263-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our Automated System.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-263-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**


©2012 CitiMortgage Inc. CitiMortgage Inc., and Servicing is a Citistep Mortgage is a division of CitiMortgage, Inc., is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA. Equal Housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

**REPRESENTATION OF PRINTED DOCUMENT**

## Mortgage Account Information

Statement Date: 10/17/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

Page 1 of 1



ACCOUNT NUMBER: ▇▇▇▇▇ -7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,654.16 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $2,236.56 |



Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

0000577J BB 1OZ 291 S2S0079D AM1 8 291



WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

### Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 11/01/12 |
| Principal | | $402.04 |
| Interest | | $479.37 |
| Escrow | | $277.99 |
| **Total Amount** | | **$1,159.40** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ▇▇▇▇ -7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below | 11/01/12 | $1,159.40 |
| Additional Principal | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

▇▇▇▇ 517 0000115940 0000115940 0000115940

**INTERNET REPRINT**
CITI 4815 0295

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1  **Check One:**  ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2  **Financial Institution** _____

**Financial Institution Address** _____

**Signature of Financial Institution Account Holder** _____

**Date** _____

3  **Mortgage Account #** _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

**No Fee:** (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117
**PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow charge, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice signed by you, 1 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Contact Information

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MO 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 4550)
1-800-442-8774*

### Mortgage Options

**1-800-MORTGAGE (667-8424)***

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.



©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

**FIRST NAME** _____

**MI** _____  **LAST NAME** _____

**NEW MAILING ADDRESS** _____

**CITY** _____  **STATE** _____  **ZIP** _____

**NEW HOME PHONE** _____  **NEW WORK PHONE** _____

**ADD/UPDATE E-MAIL ADDRESS** _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES   ☐ NO

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information

Statement Date: 11/19/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

| ACCOUNT NUMBER | ▇▇▇-7 |
| --- | --- |
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $2,790.65 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
| --- | --- | --- |
| Date | | 12/01/12 |
| Principal | | $404.55 |
| Interest | | $476.86 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 2





Customer service 1-800-283-7918*
Please reference your account number 0677014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005983 BB 1OZ 324 5JS0079D AM1 #324

||ı|l||ıı|l|l·ıllıııll|l·ı|ılı|lılılll||ılı|l|ılı||ll|ıll·ıll||ı|lıl

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

005981

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Your monthly escrow payment has been adjusted to $168.37 effective 12/01/12.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2012, are posted in January 2013, but credited for December 31, 2012.

CMI-SSBK-07/12

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: ▇▇▇-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

ıl|ıılı|l|l·l|l|lııı|lıııl·ıll|l|||ıııı·ıl|ı·l|l|ı|lıl

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
| --- | --- | --- |
| See detail below: | 12/01/12 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

▇▇▇ 517 0000104978 0000104978 0000104978

INTERNET REPRINT
CITI 4815 0291

**REPRESENTATION OF PRINTED DOCUMENT**

1. **Check One:** Please debit my Checking Account (Attach a voided check)
   Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account # to be debited ______________________

2. ______________________
   Financial Institution
   ______________________
   Financial Institution Address
   ______________________
   Signature of Financial Institution Account Holder
   ______________________
   Date

3. Mortgage Account # ______________________

4. You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

   $10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

   Additional Principal Per Month (Optional) $ ______________

   Additional Escrow Per Month (Optional) $ ______________

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

*Calls are randomly monitored and recorded to ensure quality service.

Monday–Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-6:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
**1-800-723-7906***
Monday–Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2198

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

EQUAL HOUSING LENDER

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

INTERNET REPRINT
CITI 4815 0292

REPRESENTATION OF PRINTED DOCUMENT



Page 2 of 2

ACCOUNT NUMBER: ▮▮▮▮-7

**Monthly Highlights**

Pursuant to Nevada law, CitiMortgage, Inc. is providing this notice to you, our existing customer. According to our policy, you may place your phone number on our internal Do-Not-Call list by either contacting us at our customer service number (800) 283-7918, or advising any CitiMortgage, Inc. telephone solicitor during a solicitation call to place your number on our list. For further information you may contact us at CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63368 (800) 283-7918. Or you can contact the Nevada State Attorney General at Office of the Attorney General Nevada Department of Justice, Carson City Office, 100 North Carson Street, Carson City, Nevada 89701-4717, (775) 684-1100, Website: http://ag.state.nv.us

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information

Statement Date:  12/18/12
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

Page 1 of 1



**200 YEARS citi**

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to assure quality service.

| ACCOUNT NUMBER | 7 |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $2,790.65 |

00005855 BB 1OZ 353 5ZS007PD AM1 $ 353

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 01/01/13 |
| Principal | | $407.08 |
| Interest | | $474.33 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2012, are posted in January 2013, but credited for December 31, 2012.

A tax and interest statement for 2012 income tax purposes will be included with your next monthly statement or mailed separately by January 31, 2013. To protect your identity, your full social security number will not be printed on the document but will be used in IRS reporting.

---

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

Account Number: 1-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 01/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517  0000104978  0000104978  0000104978

INTERNET REPRINT
CITI 4815 0289

## REPRESENTATION OF PRINTED DOCUMENT

Check One:   Please debit my Checking Account (Attach a voided check)
             Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder

Date

Mortgage Account # _____

You may choose to have your payment deducted on your due date of up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow changes, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until this service is written notice cancelled by you, if any, prior to the cancellation date. CitiMortgage can cancel this agreement at its option on 3 business bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your current CitiMortgage loan unless you notify us to discontinue the service.

*Calls are randomly monitored and recorded to ensure quality service.

Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
12:00 a.m.-10:00 p.m. ET

Dial TH from the U.S.:
Dial 1-866-280-2050
from Puerto Rico

Collections
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
9:00 a.m.-8:00 p.m. ET

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10003, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 5855
Springfield, OH 45501-5855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.



©2012 CitiMortgage Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

LENDER