# Ex. '4'

# Independent Foreclosure Review

January 4, 2013



**Your Request for Review Form
has been received.**

Reference Number:    1200270439

Property Address:

9500 Aspen Glow Dr
Las Vegas NV 89134

***** SINGLE PIECE
79050-05-V001-0001742-ACKL-M3104
William Schulte
Melani Schulte
c/o Melani Schulte
9330 W. Sahara Ave, Suite 210
Las Vegas NV 89117

*Si usted habla español, tenemos representantes que
pueden asistirle en su idioma.*

Dear William Schulte, Melani Schulte,

We have received a Request for Review Form for the property noted above. If you have requested an Independent Foreclosure Review, your request will now be evaluated to confirm eligibility.

If your request meets the eligibility requirements, it will be reviewed by an independent consultant. Your servicer will provide relevant documents along with any findings and recommendations related to your request to the independent consultant for review. Your servicer may be asked to clarify or confirm facts and disclose reasons for events that occurred related to the foreclosure process. You could be asked to provide additional information or documentation.

The Independent Foreclosure Review will determine if you suffered financial injury as a result of errors or other problems during the foreclosure process. You will receive a letter with the findings of the review and information about possible compensation or other remedy. Because the review process will be a thorough and complete examination of many details and documents, the review could take several months.

Please note, if you do not meet the eligibility requirements or the information you provided was not about errors or other problems during the foreclosure process, we will notify you within 90 days of this letter that your submission will not be reviewed by the Independent Foreclosure Review process.

If you have questions or need a Form by mail, call 1-888-277-8969, Monday through Friday, 8 a.m.–10 p.m. ET or Saturday, 8 a.m.–5 p.m. ET.

Sincerely,

Independent Review Administrator - Rust Consulting, Inc.

CITI 4815 0549

**If you are currently represented by an attorney at law with respect to a foreclosure or bankruptcy case regarding this mortgage, please refer this letter to your attorney.**

This letter is being sent to you at the request of federal bank regulators. This letter is not an attempt to collect a debt or to impose personal liability for any obligation, including, without limitation, any obligation that was discharged, or is subject to an automatic stay in bankruptcy under Title 11 of the United States Code.

Any information in connection with the Independent Foreclosure Review process will be available to the servicer(s) of your mortgage loan and will be shared with an independent consultant of that servicer(s). Where required to comply with the law, the servicer(s) may be compelled to provide this information in response to a legal process.

Under the April 13, 2011 Consent Orders governing the Independent Foreclosure Review, the Office of the Comptroller of the Currency and the Board of Governors of the Federal Reserve System have also directed servicers to use contact or personal information provided by the borrower in connection with the Independent Foreclosure Review only for purposes relating to the Independent Foreclosure Review process, including remediation efforts or other borrower communications.

If you would like the servicer's internal records to include updated contact or personal information that you provide in connection with the Independent Foreclosure Review process for the servicer's future correspondence or notices outside the Independent Foreclosure Review, then you must separately provide your new contact or personal information directly to the servicer.

The servicers may always use information obtained from publicly or commercially available sources to update borrower contact or personal information.

Llame al 1-888-277-8969 para hablar con un representante que le podrá brindar gratuitamente traducciones de la información que le envió la Revisión Independiente de la Ejecución Hipotecaria y responder a sus preguntas acerca de la Revisión Independiente de la Ejecución Hipotecaria. Esta información es precisa a la fecha de impresión y está sujeta a cambios sin previo aviso.

Call 1-888-277-8969 to speak to a representative that will be able to provide free translations of information sent to you from the Independent Foreclosure Review and answer your questions about the Independent Foreclosure Review. This information is accurate as of date of printing and is subject to change without notice.

Assistance is available in over 200 languages, including: Chinese, Korean, Vietnamese, Tagalog, Hmong and Russian.

提供中文幫助。

한국어 도움을 제공합니다.

Trợ giúp hiện có bằng tiếng Việt.

Available ang tulong sa wikang Tagalog.

Peb muaj cov neeg hais lus Hmoob pab nej.

Помощь на русском языке.

**Consent Order Details**

As part of consent orders issued on April 13, 2011 between certain residential mortgage servicers and their federal bank regulators, an Independent Foreclosure Review is being made available to individual borrowers who were part of a foreclosure action on their primary residence during the period of January 1, 2009 to December 31, 2010. Pursuant to the consent orders, each mortgage servicer has hired an approved independent consultant to review certain residential foreclosure actions to determine whether an individual borrower was financially injured as a result of any errors, misrepresentations or other deficiencies made during the foreclosure process.

The Independent Foreclosure Review is monitored by federal bank regulators from the Office of the Comptroller of the Currency and the Board of Governors of the Federal Reserve System.

CITI 4815 0550

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 01/17/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER** ___-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 02/01/13 |
| Principal | | $409.63 |
| Interest | | $471.78 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 2



CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00004967 BB 1OZ 017 SIS0087D AM1 8 017

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364



Visit us at www.citimortgage.com!

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 12/19/12, $397.05 was paid for County Tax.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2012, are posted in January 2013, but credited for December 31, 2012.

A tax and interest statement for 2012 income tax purposes is either enclosed with this monthly statement or will be mailed separately by January 31,2013.  To protect your identity, your full social security number will not be printed on the document but will be used in IRS reporting.

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: ___51-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal.  Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See details below. | 02/01/13 | $1,049.78 |

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517 0000104978 0000104978 0000104978

## REPRESENTATION OF PRINTED DOCUMENT

| Check One: | Please detail my Checking Account (Attach a voided check) | Mortgage Account # _____ |
|---|---|---|
| | Please detail my Savings Account (Attach a deposit slip.) | You may choose to have your payment deducted on your due date of up to 15 |
| Financial Institution Account # to be needed _____ | | days after the payment due date. |
| Financial Institution | | No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day |
| Financial Institution Address | | $10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day |
| Signature of Financial Institution Account Holder | | Additional Principal Per Month (Optional) $ _____ |
| Date | | Additional Escrow Per Month (Optional) $ _____ |

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls. SD 57117

*By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account as indicated above for the amount of your total monthly mortgage payment. I/we understand that the debit amount may vary then to change; in your monthly payment (e.g. Taxes, escrow expense, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until I/we receive a written letter, signed by you, 3 days prior to the cancellation date. CitiMortgage can cancel this agreement at its option or it I've more bank returns are received in 3 months. The monthly automatic debit will continue if you refinance with your current CitiMortgage/Citibank loans unless you notify us to discontinue the return.*

*Calls are randomly monitored and recorded to ensure quality service.*

Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-6:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689996
Des Moines, IA 50368-9996

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8455
Springfield, OH 45501-8455
1-866-344-2108

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**



©2002 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design is a registered service mark of Citigroup Inc.

CITIMORTGAGE, INC.
PO BOX 6243
SIOUX FALLS  SD 57117-6243

Page 2 of 2

**REPRESENTATION OF PRINTED DOCUMENT**

**IMPORTANT TAX RETURN INFORMATION BELOW**

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CitiMortgage, Inc.
For Information Call: 1-800-283-7918 **
Customer Service Hours:
    Monday – Friday 7:00 AM - 12:00 MIDNIGHT ET
    Saturday  8:00 AM - 8:00 PM ET
    Sunday  10:00 AM - 10:00 PM ET
TTY Services: Dial 711 from the US;
    Dial 1-866-280-2050 from Puerto Rico
Or visit our Website at WWW.CITIMORTGAGE.COM

**Account Number(s):** [redacted]851

**Property Address:**
    9500 ASPEN GLOW DR
    LAS VEGAS NV 89134

☐ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|---|
| CITIMORTGAGE, INC.<br>PO BOX 6243<br>SIOUX FALLS  SD 57117-6243<br><br>CUSTOMER SERVICE:  1-800-283-7918** | | **2012**<br>form 1098 | |
| RECIPIENT'S federal identification no.  **13-3222578** | PAYER'S social security number  XXX-XX[redacted]3 | 1  Mortgage interest received from payer(s)/borrower(s)*<br>$    2,790.65 | **Copy B<br>For Payer/Borrower** |
| PAYER'S/BORROWER'S name<br><br>WILLIAM R SCHULTE<br>MELANI SCHULTE | | 2  Points paid on purchase of principal residence<br>$ | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a |
| Street address (including apt. no.)<br>7201 W LAKE MEAD BLVD STE550 | | 3  Refund of overpaid interest<br>$ | negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of |
| City, state and ZIP code<br>LAS VEGAS , NV 89128-8364 | | 4 | tax results because you overstated a deduction for this mortgage interest or for |
| Account number (see instructions)<br>[redacted]51 | | | these points or because you did not report this refund of interest on your return. |

Form 1098               (keep for your records)          Department of the Treasury - Internal Revenue Service

**Annual Tax and Interest Statement**        **SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

| INTEREST INFORMATION | | REAL ESTATE TAX INFORMATION | |
|---|---|---|---|
| GROSS INTEREST APPLIED | $2,790.65 | REAL ESTATE TAXES PAID | $1,580.80 |
| NET INTEREST PAID(SEE BOX 1) | $2,790.65 | | |

**IMPORTANT MESSAGES**

This 2012 Form 1098 contains information that will be reported to the Internal Revenue Service, Principal Balance and Real Estate Tax amounts are for informational purposes only. Refer to the back of this statement for other important messages and instructions. Please consult with your tax advisor or the Internal Revenue Service for any tax related questions.

REPRESENTATION OF PRINTED DOCUMENT

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's Identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. *Caution: If you prepaid interest in 2012 that accrued in full by January 15, 2013, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2012 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2012 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 4.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

** Calls are randomly monitored and recorded to ensure quality service.

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 02/19/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER** ___51-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 03/01/13 |
| Principal | | $412.19 |
| Interest | | $469.22 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1



# CitiMortgage



Customer service 1-800-283-7918.
Please reference your account number 0577014851 when calling.
Calls are randomly monitored and recorded to assure quality service.

00005643 BB 1GZ 050 SIS0079D AMI 8 050



WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364



Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 02/12/13, $397.05 was paid for County Tax.

---

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

Account Number: ___-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 03/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

___517 0000104978 0000104978 0000104978

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

**Login to citimortgage.com and register for E-Z Pay today or complete the form below.**

1. **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
   ☐ Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account # to be debited: _____

2. Financial Institution

   Financial Institution Address

   Signature of Financial Institution Account Holder

   Date

3. Mortgage Account # _____

4. You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   No Fee (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

   $10.00 Monthly Fee (Circle) 9day 10day 11day 12day 13day 14day 15day

   Additional Principal Per Month (Optional) $ _____

   Additional Escrow Per Month (Optional) $ _____

**Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117**

PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice of at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written notice signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank loan unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.**

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI    LAST NAME

NEW MAILING ADDRESS

CITY        STATE        ZIP

NEW HOME PHONE        NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES    ☐ NO

INTERNET REPRINT
CITI 4815 0284

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date:    03/19/13
Property Address:    9500 ASPEN GLOW DR
                     LAS VEGAS NV 89134

| ACCOUNT NUMBER | 1-7 |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 04/01/13 |
| Principal | | $414.76 |
| Interest | | $466.65 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 2



CitiMortgage

**citi**

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005282 BB 1OZ 078 SIS0079D AM1 8 078

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.



---

▼    **Detach and return the bottom portion with payment.** Retain the top portion for your records.    ▼

Account Number:    1-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**Include account number on check and make payable to:**

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 04/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

8517  0000104978  0000104978  0000104978

INTERNET REPRINT
CITI 4815 0279

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1  **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
   ☐ Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account # to be debited: _____

2  Financial Institution _____

   Financial Institution Address _____

   Signature of Financial Institution Account Holder _____

   Date _____

3  Mortgage Account # _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   No Fee (Circle) Due Date  1day  2day  3day  4day  5day  6day  7day  8day
   $10.00 Monthly Fee (Circle)  9day  10day  11day  12day  13day  14day  15day

   Additional Principal Per Month (Optional) $ _____

   Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

**PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. Tax, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice of least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2190

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

☐ ©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.
LENDER

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?  ☐ YES  ☐ NO

REPRESENTATION OF PRINTED DOCUMENT



| **FACTS** | ## WHAT DOES CITI DO WITH YOUR PERSONAL INFORMATION?   Page 2 of 2   Rev. Jan 2013 |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• account balances and employment information<br>• credit history and transaction history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Citi chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Citi share? | Can you limit sharing? |
|---|---|---|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes —** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes —** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes —** information about your creditworthiness | YES | YES |
| **For nonaffiliates to market to you** | YES | YES |

| **To limit our sharing** | • Mail the form below.<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice.<br>However, you can contact us any time to limit our sharing. |
|---|---|
| **Questions?** | Call toll free 1-800-283-7918 |

---

**Mail-in Form**

Mark any/all you want to limit:
☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.

☐ Do not share my personal information with nonaffiliates to market their products and services to me.

| Name | | Mail to: |
|---|---|---|
| Address | | **Citibank Service Center** |
| | | **Mail Stop CMP** |
| | | **PO Box 769022** |
| City, State, Zip | | **San Antonio, TX 78245-9022** |
| Account # | | |

CMI-PVCY-0112

INTERNET REPRINT<br>CITI 4815 0281

REPRESENTATION OF PRINTED DOCUMENT

**Page 2**

| Who we are | |
| --- | --- |
| Who is providing this notice? | This notice is provided by Citibank N.A. and CitiMortgage, Inc. CitiMortgage provides servicing on behalf of Citi affiliates, including Citibank N.A. and Citigroup Global Markets Realty Corp. |

| What we do | |
| --- | --- |
| How does Citi protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Citi collect my personal information? | We collect your personal information, for example, when you<br>• provide account information or give us your contact information<br>• provide employment information or apply for a loan<br>• give us your income information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
| --- | --- |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Our affiliates include companies with a Citi name; financial companies such as Citigroup Global Markets, Inc., and Banamex USA.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• *Nonaffiliates we share with can include companies engaged in direct marketing and the selling of consumer products and services.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products and services to you. |

**Other important information**

For Vermont Residents: We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

For California Residents: We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 04/17/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER:** ▇▇▇▇▇ 1-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $91,200.59 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

Page 1 of 1



CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005411 BB 1OZ 107 SIS0079D AM1 8 107



WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

005411

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 05/01/13 |
| Principal | | $417.35 |
| Interest | | $464.06 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY. AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

▼ **Detach and return the bottom portion with payment.** Retain the top portion for your records. ▼

| Account Number: ▇▇▇▇ 1-7 | | Due Date: | Total Amount: |
|---|---|---|---|

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙⁙

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 05/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed: | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

▇▇▇▇ 517 0000104978 0000104978 0000104978

**INTERNET REPRINT**
CITI 4815 0277

**REPRESENTATION OF PRINTED DOCUMENT**

## E–Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2 Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

3 **Mortgage Account #** _____

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fees (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

**PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.**

Your enrollment will begin within at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until you receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. This monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank home loan unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23699
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-842-8774

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.
LENDER

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI ____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES   ☐ NO

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 05/17/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER:** ███ 1-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $91,200.59 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

Page 1 of 1



# CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to assure quality service.



00002931 BB 1OZ.137 SIS0079D AM1 8 137



WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 06/01/13 |
| Principal | | $419.96 |
| Interest | | $461.45 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Visit us at www.citimortgage.com!

### Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ███ 1-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 06/01/13 | $1,049.78 |

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| | $ |
| Additional Monthly Payment: | $ |
| Total Amount Enclosed | $ |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

███ 517  0000104978  0000104978  0000104978

INTERNET REPRINT
CITI 4815 0275

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

**1  Check One:**  ☐ Please debit my Checking Account (Attach a voided check)
  ☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

**2**  Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

**3**  Mortgage Account #

**4**  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date  1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: (Circle)  9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

**PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

\*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1–800–283–7918\*
Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–8:00 p.m. ET
Sunday
10:00 a.m.–10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.:
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1–800–723–7906\*
Monday–Friday
8:00 a.m.–12:00 Midnight ET
Saturday-Sunday
8:00 a.m.–8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/ Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2198

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

### Mortgage Options

**1-800-MORTGAGE (667-8424)**

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

E-Z Pay: Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918\* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918\*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918\*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21749-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse.  Please print.

FIRST NAME

MI    LAST NAME

NEW MAILING ADDRESS

CITY    STATE    ZIP

NEW HOME PHONE    NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES   ☐ NO

INTERNET REPRINT
CITI 4815 0276

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 06/18/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

| ACCOUNT NUMBER: 1-7 | |
| --- | --- |
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $91,200.59 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
| --- | --- | --- |
| Date | | 07/01/13 |
| Principal | | $422.59 |
| Interest | | $458.82 |
| Escrow | | $168.37 |
| Total Amount | | $1,049.78 |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1


CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling
*Calls are randomly monitored and recorded to ensure quality service.

00005330 BB 1OZ 169 5350079D AM1 8 169

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 06/18/13, $430.00 was paid for Hazard Insurance.

CMHGSBK-1011

## ▼ Detach and return the bottom portion with payment. Retain the top portion for your records. ▼

Account Number: 51-7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
| --- | --- | --- |
| See detail below. | 07/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517  0000104978  0000104978  0000104978

INTERNET REPRINT
CITI 4815 0273

**REPRESENTATION OF PRINTED DOCUMENT**

Check One:  Please detail my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

Mortgage Account #

You may choose to have your payment deduction on your due date or up to 15 days after the payment due date.

No Fee: Early Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$10.00 Monthly Fee: Early 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

---

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 6855
Springfield, OH 45501-6855
1-866-844-2158

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774

Monday–Friday
7:00 a.m.–12:00 Midnight ET
Saturday
8:00 a.m.–6:00 p.m. ET
Sunday
10:00 a.m.–9:00 p.m. ET

Dial 711 from the U.S.
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday–Friday
5:00 a.m.–12:00 Midnight ET
Saturday-Sunday
8:00 a.m.–9:00 p.m. ET

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC. ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE:** PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.



©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in the California, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date:   07/17/13
Property Address: 9500 ASPEN GLOW DR
                  LAS VEGAS NV 89134

**ACCOUNT NUMBER:** ___-7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 08/01/13 |
| Principal | | $425.23 |
| Interest | | $456.18 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1



CitiMortgage

Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
Calls are randomly monitored and recorded to ensure quality service.

00005369 BB 1OZ 198 SIS0079D AM1 8 198



WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

CMJ4SSBK-I01t

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: ___-7

WILLIAM R SCHULTE
Please designate how **you want us** to apply any additional funds.
Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
**include account number on check and make payable to:**



CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 08/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

**Please do not send cash. Please allow 7 to 10 days for postal delivery.**
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517 0000104978 0000104978 0000104978

INTERNET REPRINT
CITI 4815 0271

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1 **Check One:** ☐ Please debit my Checking Account (Attach a voided check)
☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited:

2 **Financial Institution**

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3 Mortgage Account #

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day
$10.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $
Additional Escrow Per Month (Optional) $

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117
PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.
Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

---

## Important Information To Help Us Serve You Better

### Contact Information

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

### Mortgage Options

**1-800-MORTGAGE (667-8424)***
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC, ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM, CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI    LAST NAME

NEW MAILING ADDRESS

CITY    STATE    ZIP

NEW HOME PHONE    NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?    ☐ YES   ☐ NO

REPRESENTATION OF PRINTED DOCUMENT

## Account Information

Statement Date: 08/19/13
Property Address: 9500 ASPEN GLOW DR
LAS VEGAS NV 89134

**ACCOUNT NUMBER:** ...7

| | |
|---|---|
| Type of Mortgage | GOVERNMENT FIXED |
| Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

## Account Activity

| | PAYMENTS RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 09/01/13 |
| Principal | | $427.89 |
| Interest | | $453.52 |
| Escrow | | $168.37 |
| **Total Amount** | | **$1,049.78** |

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

Page 1 of 1

CitiMortgage 


Customer service 1-800-283-7918*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

00005187 BB 1OZ 231 S350079D AM1 8 231

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

Visit us at www.citimortgage.com!

## Monthly Highlights

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 08/01/13, $414.82 was paid for County Tax.

CMI-S35BKs101E

---

## Detach and return the bottom portion with payment. Retain the top portion for your records.

Account Number: ...7

WILLIAM R SCHULTE
Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196

| | Due Date: | Total Amount: |
|---|---|---|
| See detail below: | 09/01/13 | $1,049.78 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

517  0000104978  0000104978  0000104978

INTERNET REPRINT
CITI 4815 0315

REPRESENTATION OF PRINTED DOCUMENT

## E-Z Pay Authorization Agreement

Login to citimortgage.com and register for E-Z Pay today or complete the form below.

1  Check One:   ☐ Please debit my Checking Account (Attach a voided check)
                ☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2  Financial Institution

Financial Institution Address

Signature of Financial Institution Account Holder

Date

3  Mortgage Account #: _____

4  You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date  1day  2day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: (Circle)  9day  10day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117
PLEASE DO NOT RETURN WITH YOUR MONTHLY STATEMENT.

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow charge, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter signed by you. 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage lender unless you notify us to discontinue the service.

## Important Information To Help Us Serve You Better

### Contact Information

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 689195
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 44501
1-800-442-8774*

### Mortgage Options

**1-800-MORTGAGE (667-8424)***

Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding Citibank mortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918* to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918*.

When you provide us a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Customer Service

By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE:** PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

©2012 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, NA, equal housing lender. Citi, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc.

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME

MI      LAST NAME

NEW MAILING ADDRESS

CITY      STATE      ZIP

NEW HOME PHONE      NEW WORK PHONE

ADD/UPDATE E-MAIL ADDRESS

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY?      ☐ YES   ☐ NO

Page 1 of 1                    REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information 

| Account Number: | 51-7 |
| Payment Date: | 10/01/13 |
| **Payment Amount:** | **$1,159.40** |

**Statement Date:    09/17/13**
How to reach us
www.citimortgage.com
Bankruptcy Service Center: 1-866-613-5636*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

### Account Information
WILLIAM R SCHULTE
MELANI SCHULTE
Property Address: 9500 ASPEN GLOW DR
                 LAS VEGAS NV 89134

| | |
| --- | --- |
| Type of Mortgage | GOVERNMENT FIXED |
| Outstanding Principal Balance | $88,326.84 |
| Interest Rate | 7.50000% |
| Interest Year to Date | $0.00 |

### Account Activity since 08/19/13

| | PAYMENT(S) RECEIVED | MONTHLY PAYMENT AMOUNT |
| --- | --- | --- |
| Date | | 10/01/13 |
| Principal | | $430.56 |
| Interest | | $450.85 |
| Escrow | | $277.99 |
| **Total Amount** | | **$1,159.40** |

### Important Messages

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 09/16/13, $413.79 was paid for County Tax.

Welcome to your new monthly Mortgage Account Statement! We hope you will like the new format, which includes all the information you are accustomed to receiving. Watch for more changes coming by the end of the year that will make your statement even more informative.

**Important Information About Your Escrow Analysis Statement**
The month in which you receive an Annual Escrow Analysis Disclosure Statement has been changed. As a result, you may receive two of these statements within the next 12-month period. Your Annual Escrow Analysis Disclosure Statement will be completed in September 2013, with a new payment amount effective November 1, 2013. If you have any questions, please call us at the telephone number listed on the last page of the statement.

---

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.



| Account Number: | 51-7 | Total Amount by 10/01/13: | $1,159.40 |

**citi**®
P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage Statement Enclosed**

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned. Do not include cash or account inquiries with your payment. Please see reverse side for mailing address and phone number changes.

| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Additional Late Charges: | $ | |
| Additional Monthly Payment: | $ | |
| **Total Amount Enclosed** | **$** | |

Include account number on check. Make payable to CitiMortgage, Inc.

WY00150507 1 AT 0.384 LX011435 TMN 009167 0625

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196



17500  0115940  0115940  0115940                517  0006

INTERNET REPRINT
CITI 4815 0313

REPRESENTATION OF PRINTED DOCUMENT

Circle one:    Please debit my Checking Account (Attach a voided check )

Please debit my Savings Account (Attach a deposit slip)

Financial institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle One Date) 1day   2day   3day   4day   5day   6day   7day   8day

$10.00 Monthly Fee: (Circle) 9day   10day   11day   12day   13day   14day   15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Email _____

Please complete, sign and return this form along with a voided check or deposit slip to:

CitiMortgage, Inc.
PO Box 6279
Sioux Falls, SD 57117-6279

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank tender unless you notify us to discontinue the service.

---

Please be sure to write your **Mortgage Account Number** on your correspondence.



**Monday-Friday**
7:00 a.m.-12:00 Midnight ET

**Saturday**
9:00 a.m.-6:00 p.m. ET

**Sunday**
9:00 a.m.-10:00 p.m. ET

(Lot 78 from the U.S.)
call 1-866-257-7050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-3:00 a.m. ET

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage Inc.
PO Box 3955

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express
Correspondence**
CitiMortgage Inc.
1000 Citicorp Drive, MC 1251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

**Customer Service:** By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions. This automated system is available 24 hours a day, offering convenience outside normal business hours.

**Payoff:** Call 1-800-283-7918* to request a payoff statement showing the total amount due and to hear instructions for paying your loan in full.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21740-0002. A "qualified written request" is written correspondence other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE: PURSUANT TO § 623 (a) (B) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

**Mortgage Options:** Call _____ or visit _____ for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.



©2015 CitiMortgage Inc. CitiMortgage Inc. does business as Citicorp Mortgage in NM. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank N.A., equal housing lender. Citibank, Are Groups and Citi are/is/are registered service marks of Citigroup Inc. Calls are randomly monitored and recorded to ensure quality service.

LENDER

---

Please provide your new information here, if you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

By providing your cell phone number, you agree that we may contact you at this number. You also agree to receive calls and messages, such as pre-recorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Payment information to help you manage your mortgage:**

- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com

- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

Page 1 of 2

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information



citi

| | |
|---|---|
| Account Number: | 51-7 |
| Payment Date: | 11/01/13 |
| **Payment Amount:** | **$721.99** |

Statement Date:   10/17/13
How to reach us
www.citimortgage.com
Bankruptcy Service Center: 1-866-613-5636*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

### Account Information

WILLIAM R SCHULTE
MELANI  SCHULTE
Property Address:  9500 ASPEN GLOW DR
              LAS VEGAS NV 89134

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $102,504.17 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $0.00 |

### Account Activity

| | PAYMENT(S) RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 11/01/13 |
| Principal | | $139.70 |
| Interest | | $411.23 |
| Escrow | | $171.06 |
| **Total Amount** | | **$721.99** |

### Important Messages

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Per your modification agreement, $5,773.10 was written-off 09/19/13.

Per your modification agreement, $873.69 was written-off 09/19/13.

Per your modification agreement, -$6,319.39 was capitalized on 09/19/13.

Per your modification agreement, $1,065.00 was written-off 09/19/13.

Per your modification agreement, $600.00 was written-off 09/19/13.

Per your modification agreement, $252.00 was written-off 09/19/13.

Per your modification agreement, $673.50 was written-off 09/19/13.

Per your modification agreement, $392.00 was written-off 09/19/13.

Per your modification agreement, $500.24 was written-off 09/19/13.

Important messages continued on the next page

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

citi®

P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage
Statement Enclosed**

Account Number:        -7

Please designate how you want us to apply any additional funds.  Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned. Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

Total Amount by 11/01/13:        $721.99

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Additional Late Charges: | $ |
| Additional Monthly Payment: | $ |
| **Total Amount Enclosed** | $ |

Include account number on check. Make payable to CitiMortgage, Inc.

00005039 C       26501290 DTF 00005039

WILLIAM R SCHULTE
MELANI  SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA  50368-9196



17500  0072199 0072199 0072199              517 0002

INTERNET REPRINT
CITI 4815 0309

**REPRESENTATION OF PRINTED DOCUMENT**

## E-Z Pay Authorization Agreement

Login to www.citimortgage.com and register for E-Z Pay today or complete the form below.

1 Circle one: ☐ Please debit my Checking Account (Attach a voided check)
        ☐ Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited: _____

2 _____
Financial Institution

_____
Financial Institution Address

_____
Signature of Financial Institution Account Holder

_____
Date

3 Mortgage Account # _____

4 You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle) Due Date 1day 2day 3day 4day 5day 6day 7day 8day

$19.00 Monthly Fee: (Circle) 9day 10day 11day 12day 13day 14day 15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

5 Email _____

Please complete, sign and return this form along with a voided check or deposit slip to:

> **CitiMortgage, Inc.**
> **PO Box 6279**
> **Sioux Falls, SD 57117-6279**

**PLEASE DO NOT RETURN WITH YOUR MONTHLY PAYMENT.**

Your enrollment will be confirmed in writing at least 10 days prior to your first debit.

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

Please be sure to write your Mortgage Account Number on your correspondence.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

**TTY Services:**
Dial 711 from the U.S.;
Dial 1-866-280-2050
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-8:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

**Regular Payments**
CitiMortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/
Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 3955
Springfield, OH 45501-8855
1-866-844-2198*

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express
Correspondence**
CitiMortgage, Inc.
14700 Citicorp Drive, MC 0251
Hagerstown, MD 21742

**Property Insurance
Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

**Customer Service:** By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions. This automated system is available 24 hours a day, offering convenience outside normal business hours.

**Payoff:** Call 1-800-283-7918* to request a payoff statement showing the total amount due and to hear instructions for paying your loan in full.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

**Mortgage Options:** Call 1-800-MORTGAGE* (667-8424) or visit www.citimortgage.com for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.

 ©2013 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. equal housing lender. Citi, Citibank, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded to ensure quality service.

---

**Changed your mailing address or email?**

Please provide your new information here. If you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

_____
_____
_____
_____

**By providing your cell phone number,** you agree that we may contact you at this number. You also agree to receive calls and messages, such as pre-recorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Payment Information to help you manage your mortgage:**

- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com

- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

**INTERNET REPRINT**
CITI 4815 0310

Page 2 of 2

**REPRESENTATION OF PRINTED DOCUMENT**

## Mortgage Account Information

citi

ACCOUNT NUMBER: ▮▮▮▮-7

Per your modification agreement, $1,352.26 was written-off 10/11/13.



Page 1 of 1          REPRESENTATION OF PRINTED DOCUMENT

# Mortgage Account Information


| Account Number: | 51-7 |
| Payment Date: | 12/01/13 |
| **Payment Amount:** | **$721.99** |

**Statement Date:** 11/19/13
How to reach us
www.citimortgage.com
Bankruptcy Service Center: 1-866-613-5636*
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

## Account Information
WILLIAM R SCHULTE
MELANI SCHULTE
Property Address: 9500 ASPEN GLOW DR
                 LAS VEGAS NV 89134

| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $102,380.34 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $427.10 |

## Account Activity

| | PAYMENT(S) RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 12/01/13 |
| Principal | | $140.28 |
| Interest | | $410.65 |
| Escrow | | $171.06 |
| **Total Amount** | | **$721.99** |

## Important Messages

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2013, are posted in January 2014, but credited for December 31, 2013.

Pursuant to Nevada law, CitiMortgage, Inc. is providing this notice to you, our existing customer. According to our policy, you may place your phone number on our internal Do-Not-Call list by either contacting us at our customer service number (800) 283-7918, or advising any CitiMortgage, Inc. telephone solicitor during a solicitation call to place your number on our list. For further information you may contact us at CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63368 (800) 283-7918. Or you can contact the Nevada State Attorney General at Office of the Attorney General Nevada Department of Justice, Carson City Office, 100 North Carson Street, Carson City, Nevada 89701-4717, (775) 684-1100, Website: http://ag.state.nv.us

---

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

| Account Number: | 51-7 | Total Amount by 12/01/13: | $721.99 |



P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage Statement Enclosed**

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned. Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Additional Late Charges: | $ |
| Additional Monthly Payment: | $ |
| **Total Amount Enclosed** | $ |

Include account number on check. Make payable to CitiMortgage, Inc.

CH00578933 1 AV 0.360 PB018188 TMN 011838 3093

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196




17500 0072199 0072199 0072199          517 0002

**INTERNET REPRINT**
CITI 4815 0307

**REPRESENTATION OF PRINTED DOCUMENT**

Circle one:     Please debit my Checking Account (Attach a voided check)
                Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date

No Fee: (Circle One Date)  1day  8day  3day  4day  5day  6day  7day  8day

$10.00 Monthly Fee: (Circle)  8day  30day  11day  12day  13day  14day  15day

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Email _____

Please complete, sign and return this form along with a voided check or deposit slip to:

CitiMortgage, Inc.
PO Box 6279
Sioux Falls, SD 57117-6279

By signing above you are authorizing CitiMortgage, Inc to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank lender unless you notify us to discontinue the service.

---

Please be sure to write your **Mortgage Account Number** on your correspondence.

| | | |
|---|---|---|
| **Regular Payments** | | **Tax Bills** |
| CitiMortgage, Inc. | | CitiMortgage, Inc. |
| PO Box 689786 | | PO Box 2383 |
| Des Moines, IA 50368-9786 | | Rochester, NY 14692 |

Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

(Sat TB from the U.S.)
Dial 1-800-283-2050
from Puerto Rico

Collections
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 p.m. ET

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 3955
Springfield, OH 45501-8955
1-866-844-2893*

**Air Express Correspondence**
CitiMortgage, Inc.
4700 Citicorp Drive MC 0251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501
1-800-442-8774*

Customer Service: By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions. This automated system is available 24 hours a day, offering convenience outside normal business hours.

Payoff: Call 1-800-283-7918* to request a payoff statement showing the total amount due and to hear instructions for paying your loan in full.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002. HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (8) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.

Mortgage Options: Call _____ or visit _____ for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.

©2015 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. Equal housing lender. Citi, Citibank, Arc Design and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded to ensure quality service.

---

Please provide your new information here. If you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

By providing your cell phone number, you agree that we may contact you at this number. You also agree to receive calls and messages, such as pre-recorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution

**Payment Information to help you manage your mortgage:**

- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com

- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

Page 1 of 1                    REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Account Information                                         **citi**

| Account Number: | ████51-7 |
|---|---|
| Payment Date: | 01/01/14 |
| **Payment Amount:** | **$721.99** |

**Statement Date:** 12/17/13
How to reach us
www.citimortgage.com
**Bankruptcy Service Center: 1-866-613-5636\***
Please reference your account number 0577014851 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

### Account Information

WILLIAM R SCHULTE
MELANI SCHULTE
Property Address: 9500 ASPEN GLOW DR
                 LAS VEGAS NV 89134

| Type of Mortgage | FIXED RATE LOAN |
|---|---|
| Outstanding Principal Balance | $102,380.34 |
| Interest Rate | 5.00000% |
| Interest Year to Date | $427.10 |

### Account Activity

| | PAYMENT(S) RECEIVED | MONTHLY PAYMENT AMOUNT |
|---|---|---|
| Date | | 01/01/14 |
| Principal | | $140.87 |
| Interest | | $410.06 |
| Escrow | | $171.06 |
| **Total Amount** | | **$721.99** |

### Important Messages

As a convenience for accounts serviced in our Bankruptcy Department, the amount listed above represents only the payments due for the following month. There may be other payments or charges due that are not listed above. Those amounts may be included in your Chapter 13 Plan, if applicable.

If you do not wish to receive future informational notices please contact the Bankruptcy Service Center.

THIS MORTGAGE ACCOUNT STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY, AS THIS DEBT MAY HAVE BEEN INCLUDED IN A BANKRUPTCY ACTION, OR MAY HAVE BEEN DISCHARGED. THIS IS NOT AN ATTEMPT TO COLLECT, RECOVER, OR OFFSET THE MORTGAGE INDEBTEDNESS AGAINST YOU PERSONALLY. IF YOU ARE REPRESENTED BY AN ATTORNEY, PROVIDE A COPY OF THIS STATEMENT TO YOUR ATTORNEY AND CHAPTER 13 TRUSTEE, IF APPLICABLE.

CITIMORTGAGE RESERVES THE RIGHT TO SUPPRESS ACCESS TO THE MORTGAGE WEBSITE.

On 12/13/13, $413.79 was paid for County Tax.

Due to year-end processing, payments received between 10 p.m. and Midnight ET on December 31, 2013, are posted in January 2014, but credited for December 31, 2013.

A tax and interest statement for 2013 income tax purposes will be included with your next monthly statement or mailed separately by January 31, 2014. To protect your identity, your full social security number will not be printed on the document but will be used in IRS reporting.

To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

| Account Number: ████51-7 | Total Amount by 01/01/14: | $721.99 |
|---|---|---|



P.O. Box 6243
Sioux Falls, SD 57117-6243

**Mortgage
Statement Enclosed**

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.
Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Additional Late Charges: | $ |
| Additional Monthly Payment: | $ |
| **Total Amount Enclosed** | $ |

Include account number on check. Make payable to CitiMortgage, Inc.

00004930 1      26501783 DTF 00004930

WILLIAM R SCHULTE
MELANI SCHULTE
7201 W LAKE MEAD BLVD STE550
LAS VEGAS NV 89128-8364

CITIMORTGAGE, INC.
PO BOX 689196
DES MOINES IA 50368-9196



17500  0072199  0072199  0072199  ██████  8517  0002

**INTERNET REPRINT**
CITI 4815 0305

485051

**REPRESENTATION OF PRINTED DOCUMENT**

Circle one: Please debit my Checking Account (Attach a voided check)
Please debit my Savings Account (Attach a deposit slip)

Financial Institution Account # to be debited _____

Financial Institution _____

Financial Institution Address _____

Signature of Financial Institution Account Holder _____

Date _____

Mortgage Account # _____

You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

No Fee: (Circle One) 1st 2nd 3rd 4th 5th 6th 7th 8th
$10.00 Monthly Fee: (Circle) 9th 10th 11th 12th 13th 14th 15th

Additional Principal Per Month (Optional) $ _____

Additional Escrow Per Month (Optional) $ _____

Email _____

Please complete, sign and return this form along with a voided check or deposit slip to:

CitiMortgage, Inc.
PO Box 6279
Sioux Falls, SD 57117-6279

By signing above you are authorizing CitiMortgage, Inc to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g. fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel the Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing Citibank lender unless you notify us to discontinue the service.

---

Please be sure to write your **Mortgage Account Number** on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 688786
Des Moines, IA 50368-9786

**Air Express Payments**
CitiMortgage, Inc.
4740 121st St.
Urbandale, IA 50323-2402

**Credit Bureau Disputes/Account Inquiries**
CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117-6243

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 7955
Springfield, OH 45501-8955

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Air Express Correspondence**
CitiMortgage, Inc.
4200 Citicorp Drive MC 1251
Hagerstown, MD 21742

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

Monday-Friday
7:00 a.m.-1200 Midnight ET
Saturday
8:00 a.m.-8:00 p.m. ET
Sunday
10:00 a.m.-10:00 p.m. ET

Dial TB from the U.S.:
Dial 1-866-263-7052
from Puerto Rico

**Collections**
1-800-723-7906*
Monday-Friday
8:00 a.m.-12:00 Midnight ET
Saturday-Sunday
8:00 a.m.-8:00 a.m. ET

**Customer Service:** By calling 1-800-283-7918*, you may access automated account information, make requests for documents, and initiate transactions. This automated system is available 24 hours a day, offering convenience outside normal business hours.

**Payoff:** Call 1-800-283-7918* to request a payoff statement showing the total amount due and to hear instructions for paying your loan in full.

**For Residential Customers Only:** PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 10002, HAGERSTOWN, MD 21747-0002. A "qualified written request" is written correspondence other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

**DIRECT CREDIT BUREAU DISPUTE NOTICE: PURSUANT TO § 623 (a) (B) (D) OF THE FAIR CREDIT REPORTING ACT (FCRA), WE WILL INVESTIGATE A DIRECT DISPUTE ONLY IF YOU SEND A DISPUTE NOTICE IN WRITING TO US AT THE ADDRESS SHOWN IN THE ADDRESSES SECTION.**

**Mortgage Options:** Call _____ or visit _____ for all of your refinancing or new home loan needs and to learn more about Citibank mortgage products. We're here to help you find the best mortgage solution.

©2015 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A. Equal housing lender. Citi, Citibank, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded to ensure quality service.

---

Please provide your new information here. If you provide your email address, we may use it to contact you about your account or to send you information about products and services you might find useful.

**Payment Information to help you manage your mortgage:**

- **E-Z Pay:** Sign up to have your monthly mortgage payment automatically withdrawn from your bank account at www.citimortgage.com

- **Phone Payments:** Call 1-800-283-7918* to make an immediate payment using your checking account. For greater convenience, phone payments can be made through our automated system. A nominal fee may apply.

**By providing your cell phone number,** you agree that we may contact you at this number. You also agree to receive calls and messages, such as prerecorded messages, calls and messages from automated dialing systems, or text messages. Normal cell phone charges may apply.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.