CHRISTOPHER P. BURKE, ESQ.                    ***ECF FILED ON 9/11/20***
Nevada Bar No.:  004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
for Limited Purpose

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, Debtors. | Chapter 11 |
| | Date:  October 7, 2020 |
| | Time: 9:30 a.m. |

**NOTICE OF AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITI MORTGAGE INC. (Dkt.# 1283)**

**NOTICE IS HEREBY GIVEN** that an Amended Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys Fees against Creditor, Citi Mortgage Inc., (Dkt.#1283) was filed herein on **September 11, 2020** by Christopher P. Burke, Esq. Any Opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

---

If you object to the relief requested, you *must* file a **written** response to this pleading with the court.
You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing;  and

• The court may *rule against you* without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the FoleyFederal Building located at 300 Las Vegas Blvd. So., Third Floor Ct. Rm. #2, Las Vegas, NV 89101 on the **7**th  day of **October**, 2020 at the hour of **9:30 a.m.**

Dated: 9-11-20                              /S/CHRISTOPHER P. BURKE, ESQ.
                                           CHRISTOPHER P. BURKE, ESQ.