CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.:   004093
218 S. Maryland Pkwy.
Las Vegas, NV 89101
atty@cburke.lvcoxmail.com
(702) 385-7987
Attorney for Debtor
for Limited Purpose

*ECF FILED ON 9/11/2020*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**In re:**

MELANI SCHULTE and
WILLIAM R. SCHULTE,
5218 MISTY MORNING LLC,
HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC,

Debtors.

Case No. 09-29123-MKN
Chapter 11

**CERTIFICATE OF SERVICE**

Date:  October 7, 2020
Time: 9:30 a.m.

    I hereby certify that I am an employee of Christopher P Burke Law Firm, and on the 11th day of September, 2020 I caused to be served a true and correct copy of:

    1. Notice and Amended Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys Fees against Creditor, Citi Mortgage Inc. (Dkt.#1283) [Dkt. #1289, and # 1290], in the following manner:

   __x__   (ELECTRONIC SERVICE)     Under Administrative Order 02-1 (Rev. 8-31-04) of the United State Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served though the Notice of Electronic Filing automatically generated by that Court's facilities.

   __X__   (UNITED STATES MAIL)     By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses, on the date above

1

1  written.

2

3  ___ (OVERNIGHT COURIER)    By depositing a true and correct copy of the above-referenced document for overnight delivery via federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

___ (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Adriana Pelayo
An employee of
Christopher P. Burke, Esq.

CitiMortgage                     CitiMortgage Inc.
Attn. Managing Agent             Attn. Managing Agent
Po Box 6241                      P.O. BOX 6941
Sioux Falls, SD 57117            The Lakes, NV 88901-6006

CitiMortgage Inc                 CitiMortgage Inc
Attn. Managing Agent             Attn. Managing Agent
Po Box 9438,                     PO BOX 140609
dept 0251                        IRVING, TX 75019-0609
Gaithersburg, MD 20898


CitiMortgage Inc
Attn. Managing Agent
PO Box 6006
The Lakes, NV 88901-6006

CitiMortgage Inc.
Attn. Managing Agent
PO Box 8004
South Hackensack, NJ 07606-8004

CitiMortgage Inc
Attn. Managing Agent
PO Box 78015
Phoenix AZ 85062-8015

Pite Duncan LLP
ACE Van Patten
Attn. Managing Agent
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933