NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM R. SCHULTE

Debtor(s)

BK–09–29123–mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1292* – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Fee Amount $250. VP Follow–up Date 09/25/2020 Filed by EDDIE R. JIMENEZ on behalf of CITIMORTGAGE, INC. (JIMENEZ, EDDIE) |
| | *1293* – Designation of Local Counsel Filed by EDDIE R. JIMENEZ, Eddie R. Jimenez on behalf of CITIMORTGAGE, INC. (Related document(s)1292 Verified Petition/Pro Hac Vice filed by Creditor CITIMORTGAGE, INC.) (JIMENEZ, EDDIE) |
| Filed On: | 9/11/20 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 9/14/20

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**