NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Eddie R. Jimenez (SBN 10376)
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
ejimenez@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

MELANIE SCHULTE and
WILLIAM R. SCHULTE

Debtor.

BK 09-29123-mkn

CHAPTER 11

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

  Gregory P. Campbell  , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  San Diego  ,  California  .

2. That Petitioner is an attorney at law and a member of the law firm of
Aldridge Pite LLP , with offices at
7220 South Cimarron Road, Suite 140, Las Vegas, NV 89113
_____, _____, _____

3. That Petitioner has been retained personally or as a member of the law firm by

1  CitiMortgage, Inc., et al _____ to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4. That since January 9, 2012 _____, Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of California _____ where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                              Date Admitted
9  Southern District of California                           01/19/2012
10 Central District of California                            01/20/2012
   Eastern District of California                            01/19/2012
11 Northern District of California                           01/24/2012
12

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
   suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15 administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
   None
17
18
19
20
21

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23 None
24
25
26

2

8. That Petitioner is a member of good standing in the following Bar Associations: None

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/24/2019 | 13-15527-mkn | United States Bankruptcy Court | Granted |
| 09/06/2019 | 17-14408-mkn | United States Bankruptcy Court | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: _____

Petitioner's Signature

3

1  STATE OF ___CALIFORNIA__)
2  COUNTY OF __SAN DIEGO__)
3
4  __GREG CAMPBELL__, Petitioner, being first duly sworn, deposes and says:
5  That the foregoing statements are true.
6
7                                                    _____
                                                     Petitioner's Signature
8  (SEAL)
9  Subscribed and sworn to me before this
10
11  _____ day of _____, _____.
12  ___PLEASE SEE ATTACHED JURAT_____Notary public

4

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Diego__

Subscribed and sworn to (or affirmed) before me on this __08__ day of __Septemeber__, 20 __20__, by _____
_____Gregory P. Campbell_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DIANA LUEVANOS
Notary Public - California
San Diego County
Commission # 2326688
My Comm. Expires May 15, 2024

(Seal)                              Signature _____