1  EDDIE R. JIMENEZ (SBN 10376)
   ejimenez@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   7220 South Cimarron Road
3  Suite 140
   Las Vegas, NV 89113
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
   **Mailing Address**:
6  4375 Jutland Drive, Suite 200
   P.O. Box 17933
7  San Diego, California 92177-0933

8  Attorney for *Creditor* CitiMortgage, Inc.

9

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>MELANI SCHULTE and WILLIAM R. SCHULTE,<br><br>Debtors. | Case No. 09-29123-mkn<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Meliza Hernandez, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On September 16, 2020, I served the **AMENDED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT and AMENDED DESIGNATION OF LOCAL COUNEL AND CONSENT THERETO** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

HON. MIKE K. NAKAGAWA
FOLEY FEDERAL BUILDING
300 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV
(VIA U.S. MAIL)

- 1 -

MELANI SCHULTE
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
(Via U.S. Mail)

CHRISTOPHER PATRICK BURKE
218 S MARYLAND PKY.
LAS VEGAS, NV 89101

DANIEL L. MCGOOKEY
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870

DAVID A RIGGI
5550 PAINTED MIRAGE ROAD #320
LAS VEGAS, NV 89149

STEVEN L. YARMY
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117

U.S. TRUSTEE
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 16, 2020, at San Diego, California.

/s/ *Meliza Hernandez*
MELIZA HERNANDEZ