1  Lindsey H. Morales, NV Bar No. 11519
2  McCalla Raymer Leibert Pierce, LLP                Electronically filed on September 22, 2020
   1635 Village Center Circle, Suite 130
3  Las Vegas, NV 89134
4  Telephone: 702-487-6997
   Fax: 702-487-6997
5  Lindsey.Morales@McCalla.com
   Attorney for Secured Creditor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Case No. 09-29123-mkn |
|---|---|
| MELANI SCHULTE, | Chapter 11 |
|  | **NOTICE OF APPEARANCE** |
| Debtor. |  |

**TO THE HONORABLE MIKE K. NAKAGAWA, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Please take notice that Lindsey H. Morales of McCalla Raymer Leibert Pierce, LLP hereby appears on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor"). Please direct all communication on this matter to:

Lindsey H. Morales, NV Bar No. 11519
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 702-425-7267
Lindsey.Morales@McCalla.com

Dated: 09/22/2020                   Respectfully Submitted,
                                    McCalla Raymer Leibert Pierce, LLP

                                    By: *Lindsey H. Morales*
                                    LINDSEY H. MORALES
                                    Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

NOTICE                              1                              8570-N-0140
                                                                    NtcDisXPNVBAll

|   |   |
|---|---|
| Lindsey H. Morales, NV Bar No. 11519<br>McCalla Raymer Leibert Pierce, LLP<br>1635 Village Center Circle, Suite 130<br>Las Vegas, NV 89134<br>Telephone: 702-487-6997<br>Fax: 702-487-6997<br>Lindsey.Morales@McCalla.com<br>Attorney for Secured Creditor | Electronically filed on September 22, 2020 |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE,<br><br><br>Debtor. | Case No. 09-29123-mkn<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE** |

I, Lindsey Morales, declare:

1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1635 Village Center Circle, Suite 130, Las Vegas, NV 89134

2. On September 22, 2020, true and correct copies of the foregoing documents described:

- Notice of Appearance

were served by the notice of electronic filing for parties and counsel who are filing users:

*Debtor's Attorney(s)*  
Christopher Burke  
atty@cburke.lvcoxmail.com  

Steven L. Yarmy  
sly@stevenyarmylaw.com  

David A. Riggi  
darnbk@gmail.com  

Daniel L. McGookey  
dmcgookey@mckgookeylaw.com  

*U.S. Trustee*  
ustpregion17.lv.ecf@usdoj.gov  

*Trustee*  
Rick A. Yarnall

CERTIFICATE OF SERVICE                                   1                                   8570-N-0140
                                                                                           PrfSrv_NV_0001

and by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, on the following interested parties:

> *Debtor*
> Melani Schulte
> 9811 W. Charleston Blvd, Suite 2-351
> Las Vegas, NV 89117

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 09/22/2020                    By:    *Lindsey H. Morales*
                                                    Lindsey H. Morales