EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road
Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorney for *Creditor* CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTELEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., KEEP SAFE LLC,<br><br>Debtor. | Case No. 09-29123-mkn<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Meliza Hernandez, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On September 23, 2020, I served the **AMENDED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT and AMENDED DESIGNATION OF LOCAL COUNEL AND CONSENT THERETO** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

- 1 -

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  

HON. MIKE K. NAKAGAWA  
FOLEY FEDERAL BUILDING  
300 LAS VEGAS BOULEVARD SOUTH  
LAS VEGAS, NV  
(VIA U.S. MAIL)

MELANI SCHULTE  
9811 W. CHARLESTON BLVD STE 2-351  
LAS VEGAS, NV 89117  
(VIA U.S. MAIL)

CHRISTOPHER PATRICK BURKE  
218 S MARYLAND PKY.  
LAS VEGAS, NV 89101

DANIEL L. MCGOOKEY  
MCGOOKEY LAW OFFICES, LLC  
225 MEIGS STREET  
SANDUSKY, OH 44870

DAVID A RIGGI  
5550 PAINTED MIRAGE ROAD #320  
LAS VEGAS, NV 89149

STEVEN L. YARMY  
7464 W. SAHARA AVENUE  
LAS VEGAS, NV 89117

U.S. TRUSTEE  
300 LAS VEGAS BOULEVARD S.  
SUITE 4300  
LAS VEGAS, NV 89101

18  I declare under penalty of perjury that the foregoing is true and correct and that this

19  declaration was executed on September 23, 2020, at San Diego, California.

20  /s/ *Meliza Hernandez*  
MELIZA HERNANDEZ

21  
22  
23  
24  
25  
26  
27  
28