United States Bankruptcy Court
District of Nevada

In re:  Case No. 09-29123-mkn
MELANI SCHULTE  Chapter 11
WILLIAM R. SCHULTE
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: castellan      Page 1 of 7
Date Rcvd: Sep 29, 2020      Form ID: ovpbk      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eddie R. Jimenez, Aldridge Pite, LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| aty | + | GREGORY P. CAMPBELL, 7220 SOUTH CIMARRON ROAD, SUITE 140, LAS VEGAS, NV 89113-2100 |
| cr | + | CITIMORTGAGE, INC., ALDRIDGE PITE, 4375 JUTLAND DR, STE 200, PO BOX 17933, SAN DIEGO, CA 92177-7921 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CITIMORTGAGE, INC., ALDRIDGE PITE, 4375 JUTLAND DR, STE 200, PO BOX 17933, SAN DIEGO, CA 92177-7921 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

**Name**      **Email Address**

ACE C VAN PATTEN
     on behalf of Creditor CITIMORTGAGE INC. avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN
     on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com nvbk@tblaw.com

BOB L. OLSON
     on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com
     mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 2 of 7 |
| Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3 |

BOB L. OLSON
    on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com
    mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

BRETT P. RYAN
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com

BRIAN D. SHAPIRO
    on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com
    kristin@brianshapirolaw.com;6855036420@filings.docketbird.com

Brittany Wood
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

CHARLES L KENNON, III
    on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

CINDY LEE STOCK
    on behalf of Creditor FIDELITY BANK cindy@clstock.com

CINDY LEE STOCK
    on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff HOT ENDEAVOR  LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Joint Debtor WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DAVID A RIGGI
    on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

| | |
|---|---|
| District/off: 0978-2 | User: castellan | Page 3 of 7 |
| Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3 |

DAVID A RIGGI
    on behalf of Debtor 9425 VALLEY HILLS LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor SABRECO INC. darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2228 WARM WALNUT LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Joint Debtor WILLIAM R. SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 1341 MINUET LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor MELANI SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 9500 ASPEN GLOW LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2704 SATTLEY LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor KEEP SAFE LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor CHERISH LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DEAN R. PROBER
    on behalf of Creditor SETERUS INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com

EDDIE R. JIMENEZ
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
    on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDWARD G SCHLOSS
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor Litton Loan Servicing L.P. nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK nvbk@tblaw.com awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 4 of 7 |
| Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3 |

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing nvbk@tblaw.com, awarner@tblaw.com

INES OLEVIC-SALEH

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com

JACQUELINE A. GRUBER

on behalf of Creditor CITIMORTGAGE  INC. jgodoy@stokeswagner.com

JAMES B. BALL

on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com

JASON C. KOLBE

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

JASON C. KOLBE

on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com  nvbk@tblaw.com;awarner@tblaw.com

JEFFREY G. SLOANE

on behalf of Creditor WELLS FARGO BANK  N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY R. SYLVESTER

on behalf of Creditor SYLVESTER & POLEDNAK  LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

JENNIFER BERGH

on behalf of Creditor US BANK TRUST N.A.  AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com

JEREMY T BERGSTROM

on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM

JOHN D SCHLOTTER

on behalf of Creditor Litton Loan Servicing  L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

KEVIN HAHN

on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN HAHN

on behalf of Creditor FIDELITY BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN HAHN

on behalf of Creditor JPMORGAN CHASE BANK  N.A. kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN

on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN

on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN S. SODERSTROM

on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com

KEVIN S. SODERSTROM

on behalf of Creditor LITTON LOAN SERVICING  LP nvbk@tblaw.com

KRISTA J. NIELSON

on behalf of Creditor GREEN TREE SERVICING  LLC knielson@wrightlegal.net, nvbk@tblaw.com

LINDSEY H MORALES

on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

MARILYN FINE

on behalf of Creditor Equity Title  LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

MARILYN FINE

on behalf of Creditor Equity title mfine@nvbusinesslawyers.com  wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

MELISSA VERMILLION

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB NVECF@bdfgroup.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 5 of 7 |
| Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3 |

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP.
    bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  CREDITOR C/O SETERUS,
    INC. bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS
    ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS
    bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, ITS ASSIGNEES AND/OR SUCCESSORS
    bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOMR FINANCE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

NATHAN F. SMITH
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org  NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ITS SUCCESSORS AND/OR
    ASSIGNS nvbkfiling@wrightlegal.net

OGONNA M. BROWN
    on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com  KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
    on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com
    KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
    on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com  KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OLEN-KEITH S. GUIAB
    on behalf of Creditor OCWEN LOAN SERVICING  LLC olenguiabesq@gmail.com

RICHARD F. HOLLEY
    on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RONALD H REYNOLDS
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT
    Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes
    paula@reynoldslawyers.com

District/off: 0978-2 | User: castellan | Page 6 of 7
Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3

RONALD H REYNOLDS
    on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com

RYAN D. STIBOR
    on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SHAWN W MILLER
    on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

SHLOMO S. SHERMAN
    on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com

STEVEN L. YARMY
    on behalf of Plaintiff HOT ENDEAVOR  LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 7 of 7 |
| Date Rcvd: Sep 29, 2020 | Form ID: ovpbk | Total Noticed: 3 |

STEVEN L. YARMY
        on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Joint Debtor WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
        on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
        USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
        on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vincent@theaiellolawfirm.com, vincent@theaiellolawfirm.com

VINCENT J. AIELLO
        on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vincent@theaiellolawfirm.com, vincent@theaiellolawfirm.com

TOTAL: 132

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM R. SCHULTE

Debtor(s)

BK−09−29123−mkn
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by GREGORY P. CAMPBELL, ESQ. is **GRANTED**.

Dated: 9/29/20

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court