_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 02, 2020

---

EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE, | Case No.: 09-29123-MKN<br>Chapter 11 |
| 2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO Inc.,<br>KEEP SAFE LLC | Jointly Administered with:<br><br>09-27238-BAM<br>09-27909-BAM<br>09-27910-BAM<br>09-27911-BAM<br>09-27912-BAM<br>09-27913-BAM<br>09-27914-BAM<br>09-27916-BAM<br>09-28513-BAM<br>09-31584-BAM<br>09-31585-BAM |

- 1 -

**ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION FOR CONTEMPT**

**ORDER ON STIPULATION TO CONTINUE HEARING ON DEBTOR'S AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WTH COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITIMORTGAGE INC. (DKT 1283)**

**Current Hearing**:
Date: October 7, 2020
Time: 9:30 a.m.
Judge: Hon. Mike K. Nakagawa

The Court having considered the *Stipulation to Continue Hearing on Debtor's Amended Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with Court Order and the Confirmed Plan and for Damages Including Attorneys' Fees Against Creditor, CitiMortgage, Inc.* ("Stipulation") hereby respectfully submitted by Melanie Schulte ("Debtor"), by and through her counsel of record, Christopher Burke, and CitiMortgage, Inc., by and through its counsel of record, Aldridge Pite, LLP, (the "Parties"), and good cause appearing.

**IT IS HEREBY ORDERED** that the hearing on the Motion for Contempt, which is presently scheduled for October 7, 2020 at 9:30 a.m. shall be continued to November 18, 2020, at 9:30 a.m.

**IT IS HEREBY ORDERED** that Citi shall have until October 2, 2020 to file a Response to the Motion for Contempt.

**IT IS HEREBY ORDERED** that Debtor shall have until October 19, 2020 to file a Reply to Citi's Response to the Motion for Contempt

/././
/././.
/././
/././
/././

**IT IS FURTHER ORDERED** that the hearing on the Motion for Contempt currently set for October 7, 2020 at 9:30 a.m. is vacated and the parties are excused from appearing.

**IT IS SO ORDERED**.

                                Respectfully submitted,

                                **ALDRIDGE PITE, LLP**

Dated: 10/1/2020                */s/ Eddie R. Jimenez*
                                        EDDIE R. JIMENEZ
                                        Attorneys for CitiMortgage, Inc.