EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for CitiMortgage, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE, <br><br> 2704 SATTLEY LLC, <br> HOT ENDEAVOR LLC, <br> 1341 MINUET LLC, <br> 1708 PLATO PICO LLC, <br> 2228 WARM WALNUT LLC, <br> 9425 VALLEY HILLS LLC, <br> 9500 ASPEN GLOW LLC, <br> 5218 MISTY MORNING LLC, <br> CHERISH LLC, <br> SABRECO Inc., <br> KEEP SAFE LLC | Case No.: 09-29123-BAM <br><br> Chapter 11 <br><br> Jointly Administered with: <br><br> 09-27238-BAM <br> 09-27909-BAM <br> 09-27910-BAM <br> 09-27911-BAM <br> 09-27912-BAM <br> 09-27913-BAM <br> 09-27914-BAM <br> 09-27916-BAM <br> 09-28513-BAM <br> 09-31584-BAM <br> 09-31585-BAM <br><br> **DECLARATION OF CITIMORTGAGE, INC. IN SUPPORT OF RESPONSE TO DEBTOR'S AMENDED MOTION FOR CONTEMPT** |

I, __Michael Gallo_____, declare:

1. I am over 18 years of age and am authorized as a __Vice President__ by CitiMortgage, Inc. ("Citi") to make this declaration regarding the loan described below (the "Subject Loan" or "Account"). If called to testify in this matter, I would testify under oath as to the following:

- 1 -
**DECLARATION OF CITIMORTGAGE, INC.**

Exhibit A

2.  In such capacity, I have access to the books and records regarding the Subject Loan, including the servicing records and copies of the applicable Subject Loan documents. I have personally reviewed these records as they relate to the Subject Loan and provide the herein testimony based on knowledge I have gained from the records.

3.  I have personal knowledge regarding the manner in which these business records are created, kept, and maintained. The records, including computer records relating to the servicing of the Subject Loan, are made at or near the time of the occurrence of the matters set forth in such records, by a representative with knowledge of the acts or events recorded. Such records are obtained, kept, and maintained in the regular course of business. Citi relies on such records in the ordinary course of its business. The testimony provided herein is based on the business records regarding the Subject Loan and the knowledge I have gained from my review of these business records.

4.  According to the aforementioned books and records, the Subject Loan is evidenced by a promissory note executed by Edward Wendell Porta and Patricia Porta in the principal sum of $126,056.00 (the "Note"). The Note reflects it was specially indorsed to Citi. Subsequently, William Schulte and Melani Schulte executed an Assumption Agreement Creating Liability to the Holder of the Note. The Note is secured by a deed of trust (the "Deed of Trust") encumbering the real property located at 9500 Aspen Glow Drive, Las Vegas, NV 89134 ("Property"). The Deed of Trust was assigned to Citi.

5.  According to Citi's records, Citi updated its system to reflect the modification of the Subject Loan in the Debtor's Confirmed Plan. Specifically, Citi's records reflected a secured claim of $94,646.23 amortized over thirty (30) years at 5.25% interest per annum with Principal and Interest Payments of $522.64 commencing March 1, 2011, plus escrow payments for taxes and insurance. Citi verified completion of system updates to reflect the terms of the Confirmed Plan. Citi is currently in compliance with the Confirmation Order from the First Case.

6.  The Subject Loan reflected a default based on the Debtor's failure to make all required Principal, Interest, and Escrow Payments under the Confirmed Plan.

Exhibit A

7. On April 1, 2019, Citi transferred sub-servicing of the Subject Loan to Cenlar, FSB ("Cenlar").

8. Citi did not willfully violate the terms of the Confirmation Order, Discharge Order, Bankruptcy Code, or any other Court order. Citi did not act in bad faith and believes it is in compliance with the terms of the Debtor's Confirmed Plan.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 1st day of OCTOBER, 2020, at O'FALLON, MISSOURI.

*Signature of Declarant*

MICHAEL GALLO, VP

*(Name and Title of Declarant)*

- 3 - | Page

Exhibit A