CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 09/03/19 |
| Account Number: | [redacted] |
| Payment Date | 10/01/19 |
| Payment Amount | $56,135.17 |

+ 0338861 000231060 09CLST 0929460 M0 1AF041 -D P1 CT
WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $91,663.70 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $170.20 |
| Interest | $352.44 |
| Escrow (for Taxes and Insurance) | $196.08 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$718.72** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $55,401.45 |
| **Total Payment Amount** | **$56,135.17** |

## Transaction Activity (08/02/2019 to 09/03/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08/02/19 | COUNTY TAX | | $495.55 |
| 08/14/19 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 08/20/19 | INSURANCE REFUND | | $601.00 |
| 08/26/19 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $600.16 |
| Interest | $0.00 | $2,013.04 |
| Escrow (Taxes and Insurance) | $0.00 | $1,451.57 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $522.64 | $718.00 |
| **Total** | **$522.64** | **$4,782.77** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 04/01/19: Unpaid balance of $718.72
*Payment due 05/01/19: Unpaid balance of $718.72
*Payment due 06/01/19: Unpaid balance of $718.72
*Payment due 07/01/19: Unpaid balance of $718.72
*Payment due 08/01/19: Unpaid balance of $718.72
*Payment due 09/01/19: Unpaid balance of $718.72
*Current Payment Date 10/01/19: $718.72
***Total: $56,135.17 unpaid amount, if paid, would bring your loan current.**

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

☐ Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Account Number: [redacted]

Amount Enclosed $ ____

Payment Date: 10/01/19
Payment Amount: $56,135.17

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| Payments | Tax Bills | Insurance | All other Correspondence |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________________ State: ____________________ Zip: __________

Home Phone: ____________________ Business Phone: ____________________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 09/03/19 |
| Account Number: | [redacted] |
| Payment Date | 10/01/19 |
| Payment Amount | $56,135.17 |

+ [redacted]
WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | | |
|---|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 | |
| Outstanding Principal | | $91,663.70 |
| Interest Rate | | 5.2500% |
| Prepayment Penalty | | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $170.20 |
| Interest | $352.44 |
| Escrow (for Taxes and Insurance) | $196.08 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$718.72** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $55,401.45 |
| **Total Payment Amount** | **$56,135.17** |

## Transaction Activity (08/02/2019 to 09/03/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08/02/19 | COUNTY TAX | | $495.55 |
| 08/14/19 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 08/20/19 | INSURANCE REFUND | | $601.00 |
| 08/26/19 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $600.16 |
| Interest | $0.00 | $2,013.04 |
| Escrow (Taxes and Insurance) | $0.00 | $1,451.57 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $522.64 | $718.00 |
| **Total** | **$522.64** | **$4,782.77** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 04/01/19: Unpaid balance of $718.72
*Payment due 05/01/19: Unpaid balance of $718.72
*Payment due 06/01/19: Unpaid balance of $718.72
*Current Payment Date 10/01/19: $718.72
***Total: $56,135.17 unpaid amount, if paid, would bring your loan current.**

*Payment due 07/01/19: Unpaid balance of $718.72
*Payment due 08/01/19: Unpaid balance of $718.72
*Payment due 09/01/19: Unpaid balance of $718.72

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING

Account Number: [redacted]

Amount Enclosed $

| | |
|---|---|
| Payment Date: | 10/01/19 |
| Payment Amount: | $56,135.17 |

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________________ State: ____________________ Zip: __________

Home Phone: ____________________ Business Phone: ____________________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

**CENLAR** CENTRAL LOAN ADMINISTRATION & REPORTING
PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 10/01/19 |
| Account Number: | |
| Payment Date | 11/01/19 |
| Payment Amount | $56,163.26 |

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

**Account Information**

| | | |
|---|---|---|
| Property Address | 9500 ASPEN GLOW DR LAS VEGAS, NV 89134 | |
| Outstanding Principal | | $91,542.09 |
| Interest Rate | | 5.2500% |
| Prepayment Penalty | | NONE |

**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $170.94 |
| Interest | $351.70 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $55,416.45 |
| **Total Payment Amount** | **$56,163.26** |

*OG0742*

**Transaction Activity (09/04/2019 to 10/01/2019)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 09/12/19 | 05/2013 PAYMT - THANK YOU | | $522.64 |
| 09/23/19 | COUNTY TAX | | $493.78 |
| 09/24/19 | FEE - PROPERTY INSPECT | $15.00 | |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $121.61 | $721.77 |
| Interest | $401.03 | $2,414.07 |
| Escrow (Taxes and Insurance) | $196.08 | $1,647.65 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$196.08 | $521.92 |
| **Total** | **$522.64** | **$5,305.41** |

**Account History**

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 05/01/19: Unpaid balance of $718.72
*Payment due 06/01/19: Unpaid balance of $718.72
*Payment due 07/01/19: Unpaid balance of $718.72
*Current Payment Date 11/01/19: $731.81
***Total: $56,163.26 unpaid amount, if paid, would bring your loan current.**
*Payment due 08/01/19: Unpaid balance of $718.72
*Payment due 09/01/19: Unpaid balance of $718.72
*Payment due 10/01/19: Unpaid balance of $718.72

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Make Checks Payable To:

7

Amount Enclosed $

| | |
|---|---|
| Payment Date: | 11/01/19 |
| Payment Amount: | $56,163.26 |

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City:__________________ State:______________ Zip: ________

Home Phone:__________________ Business Phone: __________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING
PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 11/01/19 |
| Account Number: | |
| Payment Date | 12/01/19 |
| Payment Amount | $56,191.35 |

+
WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

**Account Information**

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $91,419.95 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $171.69 |
| Interest | $350.95 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $55,444.54 |
| **Total Payment Amount** | **$56,191.35** |

**Transaction Activity (10/02/2019 to 11/01/2019)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/09/19 | 06/2013 PAYMT - THANK YOU | | $522.64 |
| 10/28/19 | FEE - PROPERTY INSPECT | $15.00 | |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $122.14 | $843.91 |
| Interest | $400.50 | $2,814.57 |
| Escrow (Taxes and Insurance) | $196.08 | $1,843.73 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$196.08 | $325.84 |
| **Total** | **$522.64** | **$5,828.05** |

**Account History**

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 06/01/19: Unpaid balance of $718.72
*Payment due 07/01/19: Unpaid balance of $718.72
*Payment due 08/01/19: Unpaid balance of $718.72
*Current Payment Date 12/01/19: $731.81
***Total: $56,191.35 unpaid amount, if paid, would bring your loan current.**

*Payment due 09/01/19: Unpaid balance of $718.72
*Payment due 10/01/19: Unpaid balance of $718.72
*Payment due 11/01/19: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

☐ Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Amount Enclosed $ ______ . __

Payment Date: 12/01/19
Payment Amount: $56,191.35

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

030000047660833170OM0AJ95100000007318100000073182000056086350000000001

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

**Payments**
PO Box 54040
Los Angeles, CA 90054-0040

**Tax Bills**
Current Tax Bill not needed (please see below for details)

**Insurance**
PO Box 202028
Florence, SC 29502-2028
mycoverageinfo.com
PIN: CEN300

**All other Correspondence**
PO Box 77404
Ewing, NJ 08628
FAX 609-538-4005

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________ State: ____________ Zip: ________

Home Phone: ____________ Business Phone: ____________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 12/02/19 |
| Account Number: | |
| Payment Date | 01/01/20 |
| Payment Amount | $56,204.44 |

\+ P1 CT
WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

**Account Information**

| | | |
|---|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 | |
| Outstanding Principal | | $91,297.27 |
| Interest Rate | | 5.2500% |
| Prepayment Penalty | | NONE |

**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $172.44 |
| Interest | $350.20 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $55,472.63 |
| **Total Payment Amount** | **$56,204.44** |

**Transaction Activity (11/02/2019 to 12/02/2019)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 11/08/19 | FEE - | | |
| 11/14/19 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 11/15/19 | 07/2013 PAYMT - THANK YOU | | $718.72 |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $122.68 | $966.59 |
| Interest | $399.96 | $3,214.53 |
| Escrow (Taxes and Insurance) | $196.08 | $2,039.81 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$196.08 | $129.76 |
| **Total** | **$522.64** | **$6,350.69** |

**Account History**

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 07/01/19: Unpaid balance of $718.72
*Payment due 08/01/19: Unpaid balance of $718.72
*Payment due 09/01/19: Unpaid balance of $718.72
*Current Payment Date 01/01/20: $731.81
***Total: $56,204.44 unpaid amount, if paid, would bring your loan current.**

*Payment due 10/01/19: Unpaid balance of $718.72
*Payment due 11/01/19: Unpaid balance of $731.81
*Payment due 12/01/19: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Amount Enclosed $

| | |
|---|---|
| Payment Date: | 01/01/20 |
| Payment Amount: | $56,204.44 |

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City: ________________ State: ____________ Zip: ________

Home Phone: ________________ Business Phone: ________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 01/31/20 |
| Account Number: | |
| Payment Date | 02/01/20 |
| Payment Amount | $56,262.53 |

+
WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**

**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com
**E-mail:** customerservice@loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

**Account Information**

| | | |
|---|---|---|
| Property Address | 9500 ASPEN GLOW DR LAS VEGAS, NV 89134 | |
| Outstanding Principal | | $91,174.06 |
| Interest Rate | | 5.2500% |
| Prepayment Penalty | | NONE |

**Explanation of Payment Amount**

| | |
|---|---|
| Principal | $173.20 |
| Interest | $349.44 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $45.00 |
| Past Unpaid Amount | $55,485.72 |
| **Total Payment Amount** | **$56,262.53** |

**Transaction Activity (12/03/2019 to 01/31/2020)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/12/19 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 12/24/19 | FEE - PROPERTY INSPECT | $15.00 | |
| 12/26/19 | FEE - PROPERTY INSPECT | $15.00 | |
| 01/09/20 | 08/2013 PAYMT - THANK YOU | | $522.64 |
| 01/31/20 | FEE - PROPERTY INSPECT | $15.00 | |

**Past Payments Breakdown**

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $123.21 | $123.21 |
| Interest | $399.43 | $399.43 |
| Escrow (Taxes and Insurance) | $196.08 | $196.08 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $326.56 | $456.32 |
| **Total** | **$1,045.28** | **$1,175.04** |

**Account History**

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 08/01/19: Unpaid balance of $718.72
*Payment due 09/01/19: Unpaid balance of $718.72
*Payment due 10/01/19: Unpaid balance of $718.72
*Current Payment Date 02/01/20: $731.81
***Total: $56,262.53 unpaid amount, if paid, would bring your loan current.**

*Payment due 11/01/19: Unpaid balance of $731.81
*Payment due 12/01/19: Unpaid balance of $731.81
*Payment due 01/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

CENLAR CENTRAL LOAN ADMINISTRATION & REPORTING

Account Number:

Amount Enclosed $ ______ . __

Payment Date: 02/01/20
Payment Amount: $56,262.53

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

| | |
|---|---|
| Additional Principal | $__________ |
| Additional Escrow | $__________ |
| Total Amount Enclosed | $__________ |

*See reverse side for payment information

Exhibit D

IMPORTANT INFORMATION
Please Read Carefully

**Payment Information:**
Payments can be made online through our website (if offered) or you can access our Automated Telephone System by calling the number listed on this statement. If you wish to pay by check, please be sure to:

1. Remove your coupon from the bottom of your loan statement and send it along with your check or money order to the address shown on the coupon.
2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City: ____________________ State: ____________ Zip: ______

Home Phone: ________________ Business Phone: ________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

( ) **Address Change** ( ) **Name Change** ( ) **Marriage** ( ) **Divorce** ( ) **Death**

*Thank You For Your Business Throughout The Year!*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $91,050.31 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $174.72 |
| Interest | $347.92 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $56,275.62 |
| **Total Payment Amount** | **$57,022.43** |

## Transaction Activity (02/01/2020 to 03/02/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/12/20 | 09/2013 PAYMT - THANK YOU | | $522.64 |
| 02/26/20 | FEE - | | |
| 02/26/20 | FEE - | | |
| 02/27/20 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $123.75 | $246.96 |
| Interest | $398.89 | $798.32 |
| Escrow (Taxes and Insurance) | $196.08 | $392.16 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$196.08 | $260.24 |
| **Total** | **$522.64** | **$1,697.68** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**
- *Payment due 10/01/19: Unpaid balance of $718.72
- *Payment due 11/01/19: Unpaid balance of $731.81
- *Payment due 12/01/19: Unpaid balance of $731.81
- *Payment due 01/01/20: Unpaid balance of $731.81
- *Payment due 02/01/20: Unpaid balance of $731.81
- *Payment due 03/01/20: Unpaid balance of $731.81
- *Current Payment Date 04/01/20: $731.81
- ***Total: $57,022.43 unpaid amount, if paid, would bring your loan current.**

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

Make Checks Payable To:

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Account Number:

Amount Enclosed

Payment Date: 04/01/20
Payment Amount: $57,022.43

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Exhibit D

Additional Principal $

2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________ State: ____________ Zip: ________

Home Phone: ____________ Business Phone: ____________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,926.02 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $175.48 |
| Interest | $347.16 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $56,288.71 |
| **Total Payment Amount** | **$57,020.52** |

## Transaction Activity (03/03/2020 to 04/01/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/09/20 | 10/2013 PAYMT - THANK YOU | | $522.64 |
| 03/27/20 | FEE - | | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $124.29 | $371.25 |
| Interest | $398.35 | $1,196.67 |
| Escrow (Taxes and Insurance) | $196.08 | $588.24 |
| Other | $0.00 | $0.00 |
| Fees | $15.00 | $15.00 |
| *Unapplied Funds | -$196.08 | $64.16 |
| **Total** | **$537.64** | **$2,235.32** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

- *Payment due 11/01/19: Unpaid balance of $731.81
- *Payment due 12/01/19: Unpaid balance of $731.81
- *Payment due 01/01/20: Unpaid balance of $731.81
- *Current Payment Date 05/01/20: $731.81
- ***Total: $57,020.52 unpaid amount, if paid, would bring your loan current.**
- *Payment due 02/01/20: Unpaid balance of $731.81
- *Payment due 03/01/20: Unpaid balance of $731.81
- *Payment due 04/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

Make Checks Payable To:

CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

☐ Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Account Number: [redacted]

Amount Enclosed $ ____.__

Payment Date: 05/01/20
Payment Amount: $57,020.52

Additional Principal $

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Exhibit D

2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate “principal only” along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month’s payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City: ____________________ State: ______________ Zip: ________

Home Phone: __________________ Business Phone: __________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,926.02 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $176.25 |
| Interest | $346.39 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $30.00 |
| Past Unpaid Amount | $57,020.52 |
| **Total Payment Amount** | **$57,782.33** |

## Transaction Activity (04/02/2020 to 05/01/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 04/09/20 | FEE - PROPERTY INSPECT | $15.00 | |
| 04/16/20 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 04/28/20 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $371.25 |
| Interest | $0.00 | $1,196.67 |
| Escrow (Taxes and Insurance) | $0.00 | $588.24 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $15.00 |
| *Unapplied Funds | $522.64 | $586.80 |
| **Total** | **$522.64** | **$2,757.96** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

- *Payment due 12/01/19: Unpaid balance of $731.81
- *Payment due 01/01/20: Unpaid balance of $731.81
- *Payment due 02/01/20: Unpaid balance of $731.81
- *Current Payment Date 06/01/20: $731.81
- ***Total: $57,782.33 unpaid amount, if paid, would bring your loan current.**
- *Payment due 03/01/20: Unpaid balance of $731.81
- *Payment due 04/01/20: Unpaid balance of $731.81
- *Payment due 05/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Make Checks Payable To:

Account Number:

Amount Enclosed $

Payment Date: 06/01/20
Payment Amount: $57,782.33

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Exhibit D

Additional Principal $



3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: [REDACTED] Processing, 6061 S. Willow Dr., Greenwood Village, CO 80111. For principal only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**

4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified.  For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.

5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied.  **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**

6. We reserve the right to redeposit returned checks.  Redeposit and returned check fees will be charged unless prohibited by law.

---

## Important Contact Information

**Please include your account number on ALL correspondence.  DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040 | Current Tax Bill not | PO Box 202028 | PO Box 77404 |
| Los Angeles, CA 90054-0040 | needed (please see | Florence, SC 29502-2028 | Ewing, NJ 08628 |
| | below for details) | mycoverageinfo.com | FAX 609-538-4005 |
| | | PIN: CEN300 | |

---

**If you are Experiencing Financial Difficulty:** You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement to be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods:  through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028.  Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us.  However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office.  If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated.  These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: _____

Street: _____

City:_____ State:_____ Zip: _____

Home Phone:_____ Business Phone: _____

E-mail Address: _____

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You*
*For Your Business*
*Throughout The*
*Year*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

[redacted]

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,801.18 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $177.02 |
| Interest | $345.62 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $57,063.61 |
| **Total Payment Amount** | **$57,810.42** |

## Transaction Activity (05/02/2020 to 06/01/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05/05/20 | FEE - | | |
| 05/14/20 | 11/2013 PAYMT - THANK YOU | | $522.64 |
| 05/19/20 | FEE - | | |
| 05/26/20 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $124.84 | $496.09 |
| Interest | $397.80 | $1,594.47 |
| Escrow (Taxes and Insurance) | $196.08 | $784.32 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $15.00 |
| *Unapplied Funds | -$196.08 | $390.72 |
| **Total** | **$522.64** | **$3,280.60** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 01/01/20: Unpaid balance of $731.81
*Payment due 02/01/20: Unpaid balance of $731.81
*Payment due 03/01/20: Unpaid balance of $731.81
*Current Payment Date 07/01/20: $731.81
***Total: $57,810.42 unpaid amount, if paid, would bring your loan current.**

*Payment due 04/01/20: Unpaid balance of $731.81
*Payment due 05/01/20: Unpaid balance of $731.81
*Payment due 06/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

Make Checks Payable To:

CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

☐ Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Account Number: [redacted]

Amount Enclosed $ ______ . __

Payment Date: 07/01/20
Payment Amount: $57,810.42

Additional Principal $

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Exhibit D

2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________________ State: ____________________ Zip: __________

Home Phone: ____________________ Business Phone: ____________________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,675.80 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $177.79 |
| Interest | $344.85 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $57,091.70 |
| **Total Payment Amount** | **$57,838.51** |

## Transaction Activity (06/02/2020 to 07/01/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 06/05/20 | FEE - | | |
| 06/05/20 | FEE - | | |
| 06/11/20 | 12/2013 PAYMT - THANK YOU | | $522.64 |
| 06/18/20 | HAZARD INSURANCE | | $677.00 |
| 06/23/20 | FEE - PROPERTY INSPECT | $15.00 | |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $125.38 | $621.47 |
| Interest | $397.26 | $1,991.73 |
| Escrow (Taxes and Insurance) | $196.08 | $980.40 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $15.00 |
| *Unapplied Funds | -$196.08 | $194.64 |
| **Total** | **$522.64** | **$3,803.24** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**
*Payment due 02/01/20: Unpaid balance of $731.81
*Payment due 03/01/20: Unpaid balance of $731.81
*Payment due 04/01/20: Unpaid balance of $731.81
*Current Payment Date 08/01/20: $731.81
***Total: $57,838.51 unpaid amount, if paid, would bring your loan current.**
*Payment due 05/01/20: Unpaid balance of $731.81
*Payment due 06/01/20: Unpaid balance of $731.81
*Payment due 07/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

Make Checks Payable To:

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

[redacted] er:

Amount Enclosed $ [ ]

Payment Date: 08/01/20
Payment Amount: $57,838.51

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

Additional Principal $

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ____________________

Street: ____________________

City: ____________________ State: ____________________ Zip: __________

Home Phone: ____________________ Business Phone: ____________________

E-mail Address: ____________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,675.80 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $178.57 |
| Interest | $344.07 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $57,838.51 |
| **Total Payment Amount** | **$58,585.32** |

## Transaction Activity (07/02/2020 to 08/03/2020)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 07/13/20 | 07/10/20 | PARTIAL/UNAPPLIED PAYMT | | $522.64 |
| 07/24/20 | | FEE - PROPERTY INSPECT | $15.00 | |
| 08/03/20 | | COUNTY TAX | | $529.27 |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $621.47 |
| Interest | $0.00 | $1,991.73 |
| Escrow (Taxes and Insurance) | $0.00 | $980.40 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $15.00 |
| *Unapplied Funds | $522.64 | $717.28 |
| **Total** | **$522.64** | **$4,325.88** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**

*Payment due 03/01/20: Unpaid balance of $731.81
*Payment due 04/01/20: Unpaid balance of $731.81
*Payment due 05/01/20: Unpaid balance of $731.81
*Current Payment Date 09/01/20: $731.81
***Total: $58,585.32 unpaid amount, if paid, would bring your loan current.**

*Payment due 06/01/20: Unpaid balance of $731.81
*Payment due 07/01/20: Unpaid balance of $731.81
*Payment due 08/01/20: Unpaid balance of $731.81

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

Make Checks Payable To:

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Amount Enclosed $

Payment Date: 09/01/20
Payment Amount: $58,585.32

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Additional Principal $



2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City: ____________________ State: ____________ Zip: ________

Home Phone: ________________ Business Phone: ________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D

WILLIAM R SCHULTE
MELANI SCHULTE
STE2-351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7528

**Contact Us**
**Customer Service/Pay By Phone:** 855-839-6253
**Website:** https://www.loanadministration.com

***Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628**

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us.**

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Account Information

| | |
|---|---|
| Property Address | 9500 ASPEN GLOW DR<br>LAS VEGAS, NV 89134 |
| Outstanding Principal | $90,549.87 |
| Interest Rate | 5.2500% |
| Prepayment Penalty | NONE |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $179.35 |
| Interest | $343.29 |
| Escrow (for Taxes and Insurance) | $209.17 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$731.81** |
| Total Fees and Charges Since Last Statement | $15.00 |
| Past Unpaid Amount | $57,866.60 |
| **Total Payment Amount** | **$58,613.41** |

## Transaction Activity (08/04/2020 to 09/01/2020)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 08/18/20 | 08/13/20 | 01/2014 PAYMT - THANK YOU | | $522.64 |
| 08/19/20 | | FEE - PROPERTY INSPECT | $15.00 | |
| 08/24/20 | | INSURANCE REFUND | | $677.00 |

## Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $125.93 | $747.40 |
| Interest | $396.71 | $2,388.44 |
| Escrow (Taxes and Insurance) | $196.08 | $1,176.48 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $15.00 |
| *Unapplied Funds | -$196.08 | $521.20 |
| **Total** | **$522.64** | **$4,848.52** |

## Account History

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

**Recent Account History**
*Payment due 04/01/20: Unpaid balance of $731.81
*Payment due 05/01/20: Unpaid balance of $731.81
*Payment due 06/01/20: Unpaid balance of $731.81
*Payment due 07/01/20: Unpaid balance of $731.81
*Payment due 08/01/20: Unpaid balance of $731.81
*Payment due 09/01/20: Unpaid balance of $731.81
*Current Payment Date 10/01/20: $731.81
***Total: $58,613.41 unpaid amount, if paid, would bring your loan current.**

**See Reverse Side For Additional Important Information** Please return this portion with your payment

MO

William R Schulte
Melani Schulte
Ste2-351
9811 W Charleston Blvd
Las Vegas NV 89117-7528

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Make Checks Payable To:

Account Number:

Amount Enclosed $

Payment Date: 10/01/20
Payment Amount: $58,613.41

*Please do not fold, tape or staple check or coupon.*
*Please only use blue or black ink.*

PAYMENT PROCESSING CENTER
PO BOX 54040
LOS ANGELES, CA 90054-0040

Exhibit D

Additional Principal $

2. **Do not send cash.** DO NOT include correspondence with your payment.
3. When sending your monthly payment via overnight carrier, express or certified mail, or if sending a principal payment separate from your monthly payment, please use the following address: Payment Processing 425 Phillips Blvd, Ewing, NJ 08618. When sending a principal payment only, please remember to indicate "principal only" along with your loan number in the memo section of your check. **PLEASE NOTE:** Additional principal payments can only be made with, or after your current month's payment. **NO principal payments can be applied to loans that are not current.**
4. The disposition of a partial payment received may depend on a number of factors including but not limited to: the amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan contains an escrow feature, the number of times a partial payment was received within a 12 month period, whether your loan is being or has been modified. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment.
5. If payment is in excess of your regular monthly payment, you must indicate on the coupon how the excess is to be applied. **Monies received in excess of your regular monthly payment that are not identified for application may be used to make multiple payments. Remaining monies may be applied first to pay any other balances due, such as fees and advances, if permitted by applicable law.**
6. We reserve the right to redeposit returned checks. Redeposit and returned check fees will be charged unless prohibited by law.

## Important Contact Information

**Please include your account number on ALL correspondence. DO NOT SEND correspondence with your payment**

| **Payments** | **Tax Bills** | **Insurance** | **All other Correspondence** |
|---|---|---|---|
| PO Box 54040<br>Los Angeles, CA 90054-0040 | Current Tax Bill not needed (please see below for details) | PO Box 202028<br>Florence, SC 29502-2028<br>mycoverageinfo.com<br>PIN: CEN300 | PO Box 77404<br>Ewing, NJ 08628<br>FAX 609-538-4005 |

**If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.**

**Payoff Request**
A written request should be submitted in advance for a payoff statement. You may request a payoff statement be faxed to you by calling 1-877-7PAYOFF (1-877-772-9633) (a fee for faxing applies, if permitted by applicable law). Please have available your account number, social security number, the payoff date, and your fax number. No verbal information can be provided.

**Automated Loan Information:**
You can access your loan information 24 hours a day, 7 days a week by calling our Customer Service automated telephone system or by going online at the web address listed on the reverse side of this statement (if offered). Please have your account number and social security number available.

**Servicemembers Civil Relief Act (SCRA):**
Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:**
All loans are required to have adequate property insurance in force at all times, including flood insurance, if the property is situated in a special flood hazard area. Acceptable hazard and extended dwelling insurance coverage amounts are equal to 100% of the full insured value of the improvements, or equal to the loan balance, if greater than 80% of the replacement costs. Flood insurance must equal the lesser of all loan balances, the full structure replacement cost value or NFIP flood coverage maximum for the property type. There may be, at lender discretion, situations where the flood coverage cannot be lower than 80% of the replacement costs. Please consult your insurance agent to determine the adequacy of your coverages. At time of renewal or if changing insurance companies, please direct any evidence of insurance coverage through one of the following methods: through the website at mycoverageinfo.com using PIN: CEN300, by fax: (843) 413-7133 or mail to: PO Box 202028 Florence, SC 29502-2028. Failure to provide evidence of adequate insurance may result in the placement of coverage at your expense.

If your property is damaged by fire, flood or by any other cause, you must notify us immediately and we will instruct you on how to proceed.

**Property Taxes:**
If you received your Real Estate tax bill for an item that is included on your Annual Escrow Statement, please keep it for your records as we receive the tax information directly from your taxing authority. It is not necessary to contact or mail us this information. However, if you receive a delinquent tax bill/notice, please forward bill to us at DelinquentTaxes@loanadministration.com for review and handling.

Supplemental tax bills are generally borrower's responsibility as the bills are sent directly to the borrowers from your tax office and no information or reporting regarding these bills are provided to us. However, if your closing agent collected funds at the time of settlement of your loan in anticipation of a supplemental tax bill being issued, then please submit to us for review at SupplementalTaxes@loanadministration.com.

All Tax Exemption requests must be submitted by YOU directly to your tax office. If approved, please forward the documentation to us at TaxExemptions@loanadministration.com.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us so that our records can be updated. These changes can be submitted via email to customerservice@loanadministration.com.

Please print any changes to your name or address below:

Name: ______________________________

Street: ______________________________

City: ____________________ State: ____________ Zip: ________

Home Phone: ________________ Business Phone: ________________

E-mail Address: ______________________________

Please mark the reason for the change and attach a copy of the recorded document, license, decree, or certificate if applicable.

*Thank You For Your Business Throughout The Year.*

Exhibit D