EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for CitiMortgage, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE,<br><br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO Inc.,<br>KEEP SAFE LLC | Case No.: 09-29123-BAM<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-BAM<br>09-27909-BAM<br>09-27910-BAM<br>09-27911-BAM<br>09-27912-BAM<br>09-27913-BAM<br>09-27914-BAM<br>09-27916-BAM<br>09-28513-BAM<br>09-31584-BAM<br>09-31585-BAM<br><br>**DECLARATION OF CENLAR FSB IN SUPPORT OF RESPONSE TO DEBTOR'S AMENDED MOTION FOR CONTEMPT** |

I, Diane Constantine declare:

    1.    I am over 18 years of age and am authorized as an Assistant Secretary by Cenlar FSB ("Cenlar") to make this declaration regarding the loan described below (the "Subject Loan" or "Account"). Cenlar is the authorized subservicer of the Subject Loan on behalf of CitiMortgage, Inc. ("Citi"). If called to testify in this matter, I would testify under oath as to the following:

{6433/00096438.DOCX. 10/1/2020}    - 1 -
**DECLARATION OF CENLAR FSB**

Exhibit B

2. In such capacity, I have access to the books and records regarding the Subject Loan, including the servicing records and copies of the applicable Subject Loan documents. I have personally reviewed these records as they relate to the Subject Loan and provide the herein testimony based on knowledge I have gained from the records.

3. I have business knowledge regarding the manner in which these business records are created, kept, and maintained. The records, including computer records relating to the servicing of the Subject Loan, are made at or near the time of the occurrence of the matters set forth in such records, by a representative with knowledge of the acts or events recorded. Such records are obtained, kept, and maintained in the regular course of business. Cenlar relies on such records in the ordinary course of its business. The testimony provided herein is based on the business records regarding the Subject Loan and the knowledge I have gained from my review of these business records.

4. According to the aforementioned books and records, the Subject Loan is evidenced by a promissory note executed by Edward Wendell Porta and Patricia Porta in the principal sum of $126,056.00 (the "Note"). The Note reflects it was specially indorsed to Citi. Subsequently, William Schulte and Melani Schulte executed an Assumption Agreement Creating Liability to the Holder of the Note. The Note is secured by a deed of trust (the "Deed of Trust") encumbering the real property located at 9500 Aspen Glow Drive, Las Vegas, NV 89134 ("Property"). The Deed of Trust was assigned to Citi. Cenlar is the authorized servicer of the Subject Loan on Citi's behalf.

5. According to Cenlar's records, the Subject Loan was modified to reflect the terms of the Confirmed Plan in the above referenced Bankruptcy Case as follows: secured claim of $94,646.23 amortized over thirty (30) years at 5.25% interest per annum with Principal and Interest Payments of $522.64 commencing March 1, 2011, plus escrow payments for taxes and insurance. Cenlar verified completion of system updates to reflect the terms of the Confirmed Plan. Cenlar is currently in compliance with the Confirmation Order entered in the above referenced Bankruptcy Case.

6. The monthly statements sent to the Debtor for the past twelve (12) months reflect the terms of the Confirmed Plan, including the correct interest rate (5.25%) and Principal and Interest Payment amount ($522.64).

7. The Subject Loan reflects a default based on the Debtor's failure to make all required Principal, Interest, and Escrow Payments under the Confirmed Plan.

8. As of October 6, 2020, the approximate payoff owed on the Subject Loan totals $122,434.33. As of October 6, 2020, the approximate contractual reinstatement on the Subject Loan totals $57,584.57.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 5 day of October, 2020, at Ewing, New Jersey.

*Diane Constantine\**

*Signature of Declarant*

Diane Constantine, Assistant Secretary, Cenlar FSB

*(Name and Title of Declarant)*

\*conforms to covid   signature requirements