EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorney for CitiMortgage, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| In re | Case No. 09-29123-mkn |
|---|---|
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTELEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., KEEP SAFE LLC, <br><br> Debtor. | Jointly Administered with: <br><br> 09-27238-BAM <br> 09-27909-BAM <br> 09-27910-BAM <br> 09-27911-BAM <br> 09-27912-BAM <br> 09-27913-BAM <br> 09-27914-BAM <br> 09-27916-BAM <br> 09-28513-BAM <br> 09-31585-BAM <br> 09-31584-BAM <br><br> Chapter 11 <br><br> **PROOF OF SERVICE** |

I, Meliza Hernandez, declare that:

I am employed in the County of San Diego, California.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.  I am over the age of eighteen years and not a party to this cause.

On October 5, 2020, I served the **DECLARATION OF CENLAR FSB IN SUPPORT OF CITIMORTGAGE, INC.'S RESPONSE TO DEBTOR'S AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WTH COURT ORDER AND THE CONFIRMED**

- 1 -

1  **PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR,**
2  **CITIMORTGAGE INC. [DKT No. 1283, 1289]** said cause by placing a true and correct copy
3  thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at
4  San Diego, California, addressed as follows:

MELANI SCHULTE
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
(Via U.S. Mail)

CHRISTOPHER PATRICK BURKE
218 S MARYLAND PKY.
LAS VEGAS, NV 89101

DANIEL L. MCGOOKEY
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870

DAVID A RIGGI
5550 PAINTED MIRAGE ROAD #320
LAS VEGAS, NV 89149

STEVEN L. YARMY
7464 W. SAHARA AVENUE
LAS VEGAS, NV 89117

U.S. TRUSTEE
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

19  I declare under penalty of perjury that the foregoing is true and correct and that this
20  declaration was executed on October 5, 2020, at San Diego, California.

/s/ *Meliza Hernandez*
MELIZA HERNANDEZ