_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 20, 2020

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

MELANI SCHULTE and WILLIAM R. SCHULTE,

                Debtor(s).

Case No.: 09-29123-mkn
Chapter 11

**ORDER REQUIRING APPEARANCE OF DEBTOR MELANI SCHULTE AT SCHULTE PROPERTIES, LLC SETTLEMENT CONFERENCES AND COMPLIANCE WITH RELATED DEADLINES**

      On October 20, 2020, the undersigned entered an order in case no. 18-12734-mkn, Schulte Properties LLC regarding settlement conferences scheduled in that case. During the initial rounds of settlement conferences with certain creditors in that matter held on October 6, 2020, Ms. Schulte explained that she has filed a motion to recover damages against Citimortgage, Inc. for violation of the automatic stay in the above-captioned chapter 11 bankruptcy case. Ms. Schulte also advised that she asserts similar claims against other creditors involved in the settlement conferences, though no other such motions or actions have yet been filed. Discussions with Citimortgage and other creditors have made it clear that any settlement discussions must include all claims involving the creditors and the outstanding loans, including those of Ms. Schulte. The court agrees that inclusion of Ms. Schulte's individual claims against these secured creditors is essential to any success in reaching any settlement on the loans at issue in the Schulte Properties bankruptcy.

Therefore,

IT IS HEREBY ORDERED that Ms. Schulte, in her individual capacity, and her counsel are directed to appear at the continued settlement conferences outlined in the court's order entered in case no. 18-12734-mkn (ECF No. 756) ("Order") involving debtor Schulte Properties LLC and creditors Citimortgage, Inc., Selene, and Rushmore Loan Servicing for the purpose of addressing any claims she may have against the creditors asserting claims in the Schulte Properties bankruptcy.

IT IS FURTHER ORDERED that Ms. Schulte is directed to comply with the reporting and other deadlines set forth in that Order regarding her accountings and disclosure of the factual and legal basis of her individual claims against those creditors participating in the settlement conferences.

**IT IS SO ORDERED.**

* * * * *

Copies sent via CM/ECF ELECTRONIC FILING

# # #