E-filed:  October 30, 2020

1   Amy F. Sorenson, Esq. (NV Bar No. 12495)
    Blakeley E. Griffith, Esq. (NV Bar No. 12386)
2   Jennifer L McBee, Esq. (NV Bar No. 9110)
    SNELL & WILMER L.L.P.
3   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
4   Telephone: (702) 784-5200
    Facsimile:  (702) 784-5252
5   Email: asorenson@swlaw.com
              bgriffith@swlaw.com
6             jmcbee@swlaw.com

7   *Attorneys for Wells Fargo Bank, N.A.*

8                    **UNITED STATES BANKRUPTCY COURT**

9                          **DISTRICT OF NEVADA**

10

11  In re                                  | Case No. 09-29123-mkn

12  MELANI SCHULTE and WILLIAM R.          | Chapter 11
    SCHULTE,
                                           | (Jointly Administered)
13                  Debtor.

14  ──────────────────────────────
    Jointly Administered with:

15  2704 SATTLEY, LLC (09-27238)           | **NOTICE OF APPEARANCE AND REQUEST**
    HOT ENDEAVOR LLC (09-27909)            | **FOR NOTICE**
16  1341 MINUET LLC (09-27910)
    1708 PLATO PICO LLC (09-27911)
17  2228 WARM WALNUT LLC (09-27912)        | Property:  1528 Splinter Rock Way
    9425 VALLEY HILLS LLC (09-27913)       |                North Las Vegas, NV 89031
18  9500 ASPEN GLOW LLC (09-27914)
    5218 MISTY MORNING LLC (09-27916)
19  CHERISH LLC (09-28513)
    SABRECO Inc. (09-31584)
20  KEEP SAFE LLC (09-31585)

21

22           Wells Fargo Bank, N.A., by and through its undersigned counsel:

23                   Amy F. Sorenson, Esq.
                     Blakeley E. Griffith, Esq.
24                   Jennifer L. McBee, Esq.
                     SNELL & WILMER L.L.P.
25                   3883 Howard Hughes Parkway, Suite 1100
                     Las Vegas, Nevada 89169

26

27  ///

28  ///

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

DATED this 30th day of October 2020.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Wells Fargo Bank, N.A.*