E-filed: October 30, 2020

Amy F. Sorenson, Esq. (NV Bar No. 12495)
Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Jennifer L McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MELANI SCHULTE and WILLIAM R. SCHULTE,<br><br>Debtor.<br><br>Jointly Administered with:<br><br>2704 SATTLEY, LLC (09-27238)<br>HOT ENDEAVOR LLC (09-27909)<br>1341 MINUET LLC (09-27910)<br>1708 PLATO PICO LLC (09-27911)<br>2228 WARM WALNUT LLC (09-27912)<br>9425 VALLEY HILLS LLC (09-27913)<br>9500 ASPEN GLOW LLC (09-27914)<br>5218 MISTY MORNING LLC (09-27916)<br>CHERISH LLC (09-28513)<br>SABRECO Inc. (09-31584)<br>KEEP SAFE LLC (09-31585) | Case No. 09-29123-mkn<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATE OF SERVICE**<br><br>Property:  1528 Splinter Rock Way<br>          North Las Vegas, NV 89031 |

I served a true and correct copy of the Notice of Appearance and Request for Notice [ECF No. 1321] for Snell & Wilmer L.L.P., attorneys for Wells Fargo Bank, N.A. in the above matter, via the following means, on the date specified, to the persons as listed below:

**<u>VIA THE COURT'S CM/ECF SYSTEM (October 30, 2020)</u>:**

See ECF filing receipt ECF No. 1321 attached as Exhibit 1.

///

1 | **VIA U.S. MAIL (postage fully pre-paid) (October 30, 2020):**

2 | CHRISTOPHER P BURKE ESQ
218 S MARYLAND PKWY
3 | LAS VEGAS NV 89101

4 | DAVID A RIGGI ESQ
5550 PAINTED MIRAGE RD #120
5 | LAS VEGAS NV 89149

6 | DANIEL L MCGOOKEY ESQ
MCGOOKEY LAW OFFICES LLC
7 | 225 MEIGS ST
SANDUSKY OH 44870

8 | SAMUEL A SCHWARTZ ESQ
9 | 6623 S LAS VEGAS BLVD STE 300
LAS VEGAS NV 89119

10 | STEVEN L YARMY ESQ
11 | 2595 S TORREY PINES DR
LAS VEGAS NV 89146

12 | US TRUSTEE – LV – 11
13 | 300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

14 | DEAN R PROBER ESQ
15 | PROBER & RAPHAEL, A LAW CORP
20750 VENTURA BLVD #100
16 | WOODLAND HILLS CA 91364

17 | JEREMY T BERGSTROM ESQ
BERGSTROM LAW LTD
18 | 9555 S EASTERN AVE STE 200
LAS VEGAS NV 89123

19 | RONALD H REYNOLDS ESQ
20 | REYNOLDS & ASSOC
823 S LAS VEGAS BLVD #280
21 | LAS VEGAS NV 89101

22 | JAMES B. BALL ESQ
400 S 4TH ST STE 500
23 | LAS VEGAS NV 89101

24 | STEPHANIE L COOPER ESQ
ALDRICH LAW FIRM
25 | 1601 S RAINBOW BLVD #160
LAS VEGAS NV 89146

26 | SHAWN W MILLER ESQ
27 | 525 S 6TH ST
LAS VEGAS NV 89101

28 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

| | |
|---|---|
| 1 | JACQUELINE GRUBER ESQ |
| | EDDIE R JIMENEZ ESQ |
| 2 | PITE DUNCAN LLP |
| | 4375 JUTLAND DR #200 |
| 3 | PO BOX 17933 |
| | SAN DIEGO CA 92177-0933 |
| 4 | |
| | EDDIE R JIMENEZ ESQ |
| 5 | ALDRIDGE PITE LLP |
| | 7220 S CIMARRON RD STE 140 |
| 6 | LAS VEGAS NV 89113 |
| 7 | ACE C VAN PATTEN ESQ |
| | PITE DUNCAN LLP |
| 8 | 520 S 4TH ST STE 360 |
| | LAS VEGAS NV 89101 |
| 9 | |
| | OGONNA M BROWN ESQ |
| 10 | RICHARD F HOLLEY ESQ |
| | HOLLEY DRIGGS WALCH FINE WRAY PUZEY THOMPSON |
| 11 | 400 S 4TH ST 3RD FL |
| | LAS VEGAS NV 89101 |
| 12 | |
| | MARILYN FINE ESQ |
| 13 | HOLLEY DRIGGS WALCH FINE WRAY PUZEY THOMPSON |
| | 400 S 4TH ST 3RD FL |
| 14 | LAS VEGAS NV 89101 |
| 15 | KEVIN S SODERSTROM ESQ |
| | GREGORY L WILDE ESQ |
| 16 | TIFFANY & BOSCO PA |
| | 212 S JONES BLVD |
| 17 | LAS VEGAS NV 89107 |
| 18 | LAURA GRIFKA ESQ |
| | MCCALLA RAYMER LLC |
| 19 | 1544 OLD ALABAMA RD |
| | ROSWELL GA 30076 |
| 20 | |
| | JOHN D SCHLOTTER ESQ |
| 21 | ALDRIDGE PITE LLP |
| | FIFTEEN PIEDMONT CTR |
| 22 | 3375 PIEDMONT RD NE STE 500 |
| | ATLANTA GA 30305 |
| 23 | |
| | KEVIN HAHN ESQ |
| 24 | MALCOLM CISNEROS, A LAW CORP |
| | 2112 BUSINESS CTR DR 2ND FL |
| 25 | IRVINE CA 92612 |
| 26 | CHARLES L KENNON III ESQ |
| | WEINSTEIN & RILEY PS |
| 27 | 6785 S EASTERN AVE STE 4 |
| | LAS VEGAS NV 89113 |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  CINDY LEE STOCK ESQ
   LAW OFFICES OF CINDY LEE STOCK PC
2  608 S 8TH ST
   LAS VEGAS NV 89101
3
   CHRISTOPHER K LEZAK ESQ
4  CHRISTOPHER M HUNTER ESQ
   MCCARTHY HOLTHUS LLP
5  9510 W SAHARA AVE #110
   LAS VEGAS NV 89117
6
   INES OLEVIC-SALEH ESQ
7  JESSE SBAIH & ASSOCIATES LTD
   170 GREEN VALLEY PKWY STE 280
8  HENDERSON NV 89012

9  BRITTANY WOOD ESQ
   KOLESAR & LEATHAM
10 400 S RAMPART BLVD STE 400
   LAS VEGAS NV 89145
11
   JEFFREY R. SYLVESTER ESQ
12 1731 VILLAGE CTR CIR
   LAS VEGAS NV 89134
13
   JEFFREY G SLOANE ESQ
14 LAW OFFICE OF JEFFREY G SLOANE
   8935 S PECOS RD #21A
15 HENDERSON NV 89074

16 BRIAN D. SHAPIRO ESQ
   LAW OFFICE OF BRIAN D SHAPIRO LLC
17 228 S 4TH ST STE 300
   LAS VEGAS NV 89101
18
   MIDLAND MORTGAGE
19 PO BOX 268888
   OKLAHOMA CITY OK 73126
20
   LITTON LOAN SERVICING LP
21 PO BOX 829009
   DALLAS TX 75382
22
   KRISTA J NIELSON ESQ
23 PITE DUNCAN LLP
   520 S 4TH ST STE 360
24 LAS VEGAS NV 89101

25 KRISTIN A SCHULER-HINTZ ESQ
   MICHAEL W CHEN ESQ
26 MCCARTHY & HOLTHUS LLP
   9510 W SAHARA AVE STE 200
27 LAS VEGAS NV 89117

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

SETERUS INC
PO BOX 1047
HARTFORD CT 06143

OCWEN LOAN SERVICING LLC
ATTN BANKRUPTCY DEPT
1100 VIRGINIA DR STE 175
FT WASHINGTON AL 19034

EDWARD G SCHLOSS ESQ
3637 MOTOR AVE STE 220
LOS ANGELES CA 90034

RYAN D STIBOR ESQ
8918 SPANISH RIDGE AVE STE 100
LAS VEGAS NV 89148

OLEN-KEITH S. GUIAB ESQ
2112 BUSINESS CENTER DR
IRVINE CA 92612

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 5261-9741

CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY OK 73134

WILMINGTON SAVINGS FUND SOCIETY, FSB
D/B/A CHRISTIANA TRUST, AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST
c/o BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP
20955 PATHFINDER RD STE 300
DIAMOND BAR CA 91765

VINCENT J AIELLO ESQ
3993 HOWARD HUGHES PKWY STE 400
LAS VEGAS NV 89169

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of October 2020.

_____
Jessica Stevenson

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

09-29123-mkn MELANI SCHULTE and WILLIAM R. SCHULTE

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: BAPCPA, JNTADMN, LEAD, DeBN |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JENNIFER L. MCBEE entered on 10/30/2020 at 1:44 PM PDT and filed on 10/30/2020
**Case Name:** MELANI SCHULTE and WILLIAM R. SCHULTE
**Case Number:** 09-29123-mkn
**Document Number:** 1321

**Docket Text:**
Notice of Appearance , Request for Special Notice Filed by JENNIFER L. MCBEE on behalf of WELLS FARGO BANK, N.A. (MCBEE, JENNIFER)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Schulte - 09-29123 - WF-Schulte.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/30/2020] [FileNumber=33329805-
0] [5f0055e7af7dcfabdca5c0de889d07d1b884ffe57975f5a8446fb7f5766a789b48
2237f9ce2d14c015757701d865bcec0d425edfddb3d5312df1e4be3296ad61]]

**09-29123-mkn Notice will be electronically mailed to:**

VINCENT J. AIELLO on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
vaiello@spencerfane.com, vincent@theaiellolawfirm.com

VINCENT J. AIELLO on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST
vaiello@spencerfane.com, vincent@theaiellolawfirm.com

JAMES B. BALL on behalf of Creditor BANK OF NEVADA
bkecf@bsmplc.com

JAMES B. BALL on behalf of Creditor BANK OF NEVADA
bkecf@bsmplc.com

JENNIFER BERGH on behalf of Creditor US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST
jbergh@qslwm.com

JEREMY T BERGSTROM on behalf of Creditor BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.
JBERGSTROM@JBERGSTROMLAW.COM

OGONNA M. BROWN on behalf of Creditor Maxine Llewellyn
OBrown@lrrc.com, KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN on behalf of Creditor Melvin A. Elizer
OBrown@lrrc.com, KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN on behalf of Defendant CITY NATIONAL BANK
OBrown@lrrc.com, KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

CHRISTOPHER PATRICK BURKE on behalf of Debtor SABRECO INC.
atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE on behalf of Debtor MELANI SCHULTE
atty@cburke.lvcoxmail.com

MICHAEL W. CHEN on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP.
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor CHASE HOME FINANCE, LLC
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor CHASE HOMR FINANCE, LLC
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCCESSORS
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor NATIONSTAR MORTGAGE, LLC
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor OCWEN LOAN SERVICING, LLC
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor OCWEN LOAN SERVICING, LLC, ITS ASSIGNEES AND/OR SUCCESSORS
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS
bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MARILYN FINE on behalf of Creditor Equity Title, LLC
mfine@nvbusinesslawyers.com,
wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

MARILYN FINE on behalf of Creditor Equity title
mfine@nvbusinesslawyers.com,
wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

NICHOLE L GLOWIN on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), ITS SUCCESSORS AND/OR ASSIGNS
nvbkfiling@wrightlegal.net

JACQUELINE A. GRUBER on behalf of Creditor CITIMORTGAGE, INC.
jgodoy@stokeswagner.com

OLEN-KEITH S. GUIAB on behalf of Creditor OCWEN LOAN SERVICING, LLC
olenguiabesq@gmail.com

KEVIN HAHN on behalf of Creditor FIDELITY BANK
kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN on behalf of Creditor FIFTH THIRD BANK
kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN on behalf of Creditor JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN on behalf of Creditor JPMORGAN CHASE BANK
kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN on behalf of Creditor JPMORGAN CHASE BANK, N.A.
kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
kevin@mclaw.org, asifuentes@mclaw.org

RICHARD F. HOLLEY on behalf of Creditor Maxine Llewellyn
rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor Melvin A. Elizer
rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY on behalf of Defendant CITY NATIONAL BANK
rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

CHRISTOPHER M. HUNTER on behalf of Creditor MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

EDDIE R. JIMENEZ on behalf of Creditor CITIMORTGAGE, INC.
ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION
ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

CHARLES L KENNON, III on behalf of Creditor JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
charlesk@w-legal.com, jodyr@w-legal.com

JASON C. KOLBE on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

JASON C. KOLBE on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY
jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

CHRISTOPHER K LEZAK on behalf of Creditor MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK on behalf of Creditor MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing
bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

JENNIFER L. MCBEE on behalf of Creditor WELLS FARGO BANK, N.A.
JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

DANIEL L. MCGOOKEY on behalf of Debtor HOT ENDEAVOR LLC
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Debtor MELANI SCHULTE
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Jnt Admin Debtor SABRECO INC.
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Joint Debtor WILLIAM R. SCHULTE
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Plaintiff HOT ENDEAVOR, LLC
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Plaintiff SABRECO INC.
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Plaintiff MELANIE SCHULTE
dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY on behalf of Plaintiff WILLIAM R. SCHULTE
dmcgookey@mcgookeylaw.com

SHAWN W MILLER on behalf of Creditor CITY NATIONAL BANK
smiller@hainesandkrieger.com, dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

LINDSEY H MORALES on behalf of Creditor NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCCESSORS
LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

KRISTA J. NIELSON on behalf of Creditor GREEN TREE SERVICING, LLC
knielson@wrightlegal.net, nvbk@tblaw.com

INES OLEVIC-SALEH on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing
inolevic@hotmail.com, inolevic@hotmail.com

BOB L. OLSON on behalf of Creditor IMAGE FINANCE LLC

bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

BOB L. OLSON on behalf of Creditor WESTERN ALLIANCE BANK
bolson@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

DEAN R. PROBER on behalf of Creditor SETERUS, INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST
ecf4@ecf.courtdrive.com, cmartin@pralc.com

RONALD H REYNOLDS on behalf of Creditor BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, LP, its assignees and/or successors in interest
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor BAC Home Loans Servicing, LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP
paula@reynoldslawyers.com

RONALD H REYNOLDS on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes
paula@reynoldslawyers.com

DAVID A RIGGI on behalf of Debtor 1341 MINUET LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 1708 PLATO PICO LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 2228 WARM WALNUT LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 2704 SATTLEY LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 5218 MISTY MORNING LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 9425 VALLEY HILLS LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor 9500 ASPEN GLOW LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor CHERISH LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor HOT ENDEAVOR LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor KEEP SAFE LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor SABRECO INC.
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor MELANI SCHULTE
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Joint Debtor WILLIAM R. SCHULTE
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

BRETT P. RYAN on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY
ziggy.valerio@unifyfcu.com

EDWARD G SCHLOSS on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON
egs2@ix.netcom.com

JOHN D SCHLOTTER on behalf of Creditor Litton Loan Servicing, L.P.
bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

SAMUEL A. SCHWARTZ on behalf of Debtor 2704 SATTLEY LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Debtor CHERISH LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Debtor HOT ENDEAVOR LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Debtor KEEP SAFE LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Debtor SABRECO INC.
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Jnt Admin Debtor 2704 SATTLEY LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Jnt Admin Debtor CHERISH LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Jnt Admin Debtor KEEP SAFE LLC
saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

BRIAN D. SHAPIRO on behalf of Creditor Bernard Greenblat
brian@brianshapirolaw.com, kristin@brianshapirolaw.com;6855036420@filings.docketbird.com

SHLOMO S. SHERMAN on behalf of Defendant CITY NATIONAL BANK
shlomo@shermanlawlv.com

JEFFREY G. SLOANE on behalf of Creditor WELLS FARGO BANK, N.A.
jeff@jsloanelaw.com, Kristi@jsloanelaw.com

NATHAN F. SMITH on behalf of Creditor FIDELITY BANK
nathan@mclaw.org, NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

KEVIN S. SODERSTROM on behalf of Creditor JOHN CRANDALL
nvbk@tblaw.com

KEVIN S. SODERSTROM on behalf of Creditor LITTON LOAN SERVICING, LP
nvbk@tblaw.com

RYAN D. STIBOR on behalf of Creditor OCWEN LOAN SERVICING, LLC
rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

CINDY LEE STOCK on behalf of Creditor FIDELITY BANK
cindy@clstock.com

CINDY LEE STOCK on behalf of Creditor FIFTH THIRD BANK
cindy@clstock.com

JEFFREY R. SYLVESTER on behalf of Creditor SYLVESTER & POLEDNAK, LTD.
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11, 11

USTPRegion17.lv.ecf@usdoj.gov

ACE C VAN PATTEN on behalf of Creditor CITIMORTGAGE, INC.
avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION
avp@tblaw.com, nvbk@tblaw.com

MELISSA VERMILLION on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB
NVECF@bdfgroup.com

GREGORY L. WILDE on behalf of Creditor BAYVIEW LOAN SERVICING, LLC
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC.
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor LITTON LOAN SERVICING, LP
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor Litton Loan Servicing, L.P.
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing
nvbk@tblaw.com, awarner@tblaw.com

Brittany Wood on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing
bwood@mauricewood.com, admin@mauricewood.com

STEVEN L. YARMY on behalf of Debtor SABRECO INC.
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Debtor MELANI SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Defendant MELANI SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Defendant SABRECO INC.
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Defendant WILLIAM R. SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Defendant Z'REA LIMITED PARTNERSHIP
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Defendant WILLIAM R. SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Joint Debtor WILLIAM R. SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Plaintiff HOT ENDEAVOR, LLC
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Plaintiff SABRECO INC.
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Plaintiff MELANIE SCHULTE

sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY on behalf of Plaintiff WILLIAM R. SCHULTE
sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

**09-29123-mkn Notice will not be electronically mailed to:**

1341 MINUET LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

1708 PLATO PICO LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

2228 WARM WALNUT LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

9425 VALLEY HILLS LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

9500 ASPEN GLOW LLC
7201 W LAKE MEAD BLVD
LAS VEGAS, NV 89128

BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.
2380 PERFORMANCE DR, BLDG C
MAIL STOP: RGV-C-32
RICHARDSON, TX 75082

BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063

BAC Home Loans Servicing, LP c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP
2380 Performance Dr. Bldg C Mail Stop: RGV-C-32
RICHARDSON, TX 75082

GREGORY P. CAMPBELL on behalf of Creditor CITIMORTGAGE, INC.
7220 SOUTH CIMARRON ROAD, SUITE 140
LAS VEGAS, NV 89113

CLARK COUNTY ASSESSOR
C/O MICHELE W. SHAFE
500 S. GRAND CENTRAL PKWY
LAS VEGAS, NV 89155

LAUREL E. DAVIS on behalf of Creditor CITY NATIONAL BANK
FENNEMORE CRAIG JONES VARGAS
300 S. FOURTH STREET, #1400
LAS VEGAS, NV 89101

LAUREL E. DAVIS on behalf of Defendant CITY NATIONAL BANK
FENNEMORE CRAIG JONES VARGAS
300 S. FOURTH STREET, #1400
LAS VEGAS, NV 89101

LAUREL E. DAVIS on behalf of Plaintiff CITY NATIONAL BANK
FENNEMORE CRAIG JONES VARGAS
300 S. FOURTH STREET, #1400
LAS VEGAS, NV 89101

GREEN TREE SERVICING LLC
P.O. BOX 6154
RAPID CITY, SD 57709-6154

GREEN TREE SERVICING, LLC.
7360 S. KYRENE ROAD

RECOVERY DEPT. T-120
TEMPE, AZ 85283

LAURA GRIFKA on behalf of Creditor AMERICA'S SERVICING COMPANY
C/O MCCALLA RAYMER, LLC
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

LANGLANDS & GROSSA LLP
,

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O SNELL & WILMER L.L.P.
ATTN: ROBERT R. KINAS
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NV 89169

MTGLQ INVESTORS, L.P.
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603

NATIONSTAR MORTGAGE, LLC.
PO Box 619096
Dallas, TX 75261-9741

OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON RD., STE. 100
ATTN: BK DEPT
WEST PALM BEACH, FL 33409

DEAN PROBER on behalf of Creditor BAC Home Loans Servicing, LP
20750 VENTURA BOULEVARD SUITE 100
WOODLAND HILLS, CA 91364

THE SCHWARTZ LAW FIRM, INC.
701 EAST BRIDGER AVENUE, SUITE 120
LAS VEGAS, NV 89101

EDWARD A TREDER on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB
BARRETT DAFFIN FRAPPIER TREDER & WEISS
20955 PATHFINDER RD STE 300
DIAMOND BAR, CA 91765

ERIKA M. WRIGHT on behalf of Creditor CITY NATIONAL BANK
LAS VEGAS, NV 89101