_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
November 06, 2020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 09-29123-mkn |
| | Chapter 11 |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | |
| Debtor(s). | |

**ORDER REQUIRING APPEARANCE OF DEBTOR MELANI SCHULTE AT SCHULTE PROPERTIES, LLC AT THE SHELLPOINT MORTGAGE, BSI FINANCIAL, AND SN SERVICING SETTLEMENT CONFERENCES AND COMPLIANCE WITH RELATED DEADLINES[1]**

On November 5 and 6, 2020, the undersigned entered scheduling orders in case no. 18-12734-mkn, Schulte Properties LLC regarding settlement conferences scheduled in that case between Debtor, Shellpoint Mortgage, BSI Financial, and SN Servicing. (ECF Nos. 782, 783, and 784). The parties have engaged in considerable discussion regarding preparations for continued settlement conferences on all matters related to the secured creditors' claims, as well as those claims asserted by Melani Schulte in the above-referenced bankruptcy proceeding.

During the initial rounds of settlement conferences with certain creditors in that matter held on October 6, 2020, Ms. Schulte explained that she has filed a motion to recover damages against Citimortgage, Inc. for violation of the automatic stay in the above-captioned Chapter 11 bankruptcy case. Ms. Schulte also advised that she asserts similar claims against other creditors

---

[1] In this order, all references to "ECF No." are to the number assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the clerk of court.

involved in the settlement conferences, though no other such motions or actions have yet been filed. Discussions with Citimortgage and other creditors have made it clear that any settlement discussions must include all claims involving the creditors and the outstanding loans, including those of Ms. Schulte. The court agrees that inclusion of Ms. Schulte's individual claims against these secured creditors is essential to any success in reaching any settlement on the loans at issue in the Schulte Properties bankruptcy.

Therefore,

**IT IS HEREBY ORDERED** that Ms. Schulte, in her individual capacity, and her counsel are directed to appear at the continued settlement conferences outlined in the court's orders entered in case no. 18-12734-mkn ("Order") (ECF Nos. 782, 783, and 784) involving debtor Schulte Properties LLC and creditors Shellpoint Mortgage, BSI Financial, and SN Servicing, for the purpose of addressing any claims she may have against the creditors asserting claims in the Schulte Properties bankruptcy.

**IT IS FURTHER ORDERED** that Ms. Schulte is directed to comply with the reporting and other deadlines set forth in those Orders regarding her accountings and disclosure of the factual and legal basis of her individual claims against those creditors participating in the settlement conferences.

**IT IS SO ORDERED.**

\* \* \* \* \*

Copies sent via CM/ECF ELECTRONIC FILING

# # #