_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 08, 2020

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
Melani Schulte

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, | Chapter 11 |
| Debtors. | Date: November 18, 2020<br>Time: 9:30 a.m. |

**ORDER REGARDING STATUS HEARING ON AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITI MORTGAGE INC.**
**(Dkt.# 1289)**

This matter having come on for a status hearing the above-entitled date and time, on Debtor, Melani Schulte ("Mrs. Schulte" or "Debtor"), Amended Motion for Contempt for

1

Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with A Court Order and the Confirmed Plan and for Damages including Attorneys Fees against Creditor, Citi Mortgage Inc. ("Citi"), Christopher P. Burke, Esq., appearing for Schulte, and Creditor, Citi, having filed a Response by and through its attorney, Gregory Campbell, Esq., of Aldridge Pite, LLP., appearing for Creditor and after discussion on the record;

**IT IS HEREBY THE ORDER OF THE COURT** that discovery will end February 28, 2021;

**IT IS HEREBY FURTHER ORDERED** that a Pre-Trial conference will be held in this case on March 17, 2021 at 9:30 a.m.;

**IT IS HEREBY FURTHER ORDERED** that each party shall file and serve Alterate Direct Testimony Declarations and a List of all Witnesses and Exhibits by March 22, 2021;

**IT IS FURTHER ORDERED** that an evidentiary hearing is scheduled for March 29 and 30, 2021 at 9:30 a.m.;

**IT IS SO ORDERED.**

Date this 8th day of December, 2020.

Submitted by:                                                              Approved/Disapproved:

*/s/ Christopher P. Burke, Esq.*                              *Failed to Respond*
Christopher P. Burke, Esq.                                     Gregory P. Cambell, Esq.
Nevada Bar No.: 004093                                        Nevada Bar No.: 10376
216 S. Maryland Pkwy.                                          Aldridge Pite, LLP.
Las Vegas, NV 89101                                             7220 South Cimarron Road, Suite 140
(702) 385-7987                                                       Las Vegas, NV 89113
atty@cburke.lvcoxmail.com                                 (858) 750-7600
                                                                               gcampbell@aldridgepite.com

###

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___    The court waived the requirement set forth in LR 9021 (b) (1).

___    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Gregory P. Cambell, Esq.
Nevada Bar No.: 10376
Aldridge Pite, LLP.
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
(858) 750-7600
gcampbell@aldridgepite.com
*failed to respond*

___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

3