United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 09-29123-mkn |
| MELANI SCHULTE | Chapter 11 |
| WILLIAM R. SCHULTE | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 1 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: melani.schulte.81@gmail.com | Dec 09 2020 03:22:00 | MELANI SCHULTE, 9811 W. CHARLESTON BLVD. #2-351, LAS VEGAS, NV 89117-7528 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor CITIMORTGAGE INC. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com  nvbk@tblaw.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor WELLS FARGO BANK  N.A. bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com |
| BOB L. OLSON | on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 2 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

BOB L. OLSON
    on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com
    mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

BRETT P. RYAN
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com

BRIAN D. SHAPIRO
    on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com
    kristin@brianshapirolaw.com;connie@brianshapirolaw.com;6855036420@filings.docketbird.com

Brittany Wood
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

CHARLES L KENNON, III
    on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

CINDY LEE STOCK
    on behalf of Creditor FIDELITY BANK cindy@clstock.com

CINDY LEE STOCK
    on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff HOT ENDEAVOR  LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Joint Debtor WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DAVID A RIGGI
    on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 3 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

DAVID A RIGGI
    on behalf of Debtor 9425 VALLEY HILLS LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor HOT ENDEAVOR LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor SABRECO INC.  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2228 WARM WALNUT LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Joint Debtor WILLIAM R. SCHULTE  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 1341 MINUET LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor MELANI SCHULTE  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 9500 ASPEN GLOW LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2704 SATTLEY LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 5218 MISTY MORNING LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor KEEP SAFE LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor CHERISH LLC  darnvbk@gmail.com  2782@notices.nextchapterbk.com

DEAN R. PROBER
    on behalf of Creditor SETERUS  INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com

EDDIE R. JIMENEZ
    on behalf of Creditor CITIMORTGAGE  INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDWARD G SCHLOSS
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor Litton Loan Servicing  L.P. nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK nvbk@tblaw.com awarner@tblaw.com

GREGORY L. WILDE
    on behalf of Creditor LITTON LOAN SERVICING  LP nvbk@tblaw.com, awarner@tblaw.com

GREGORY L. WILDE

Case 09-29123-mkn    Doc 1328    Entered 12/10/20 22:03:41    Page 4 of 10

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 4 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

|                          |                                                                                                                                                                                                                                                                                           |
|--------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                          | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing nvbk@tblaw.com, awarner@tblaw.com |
| INES OLEVIC-SALEH        | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com |
| JACQUELINE A. GRUBER     | on behalf of Creditor CITIMORTGAGE INC. jgodoy@stokeswagner.com |
| JAMES B. BALL            | on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com |
| JASON C. KOLBE           | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE           | on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com nvbk@tblaw.com;awarner@tblaw.com |
| JEFFREY G. SLOANE        | on behalf of Creditor WELLS FARGO BANK N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com |
| JEFFREY R. SYLVESTER     | on behalf of Creditor SYLVESTER & POLEDNAK LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com |
| JENNIFER BERGH           | on behalf of Creditor US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com |
| JENNIFER L. MCBEE        | on behalf of Creditor WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com |
| JEREMY T BERGSTROM       | on behalf of Creditor BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM |
| JOHN D SCHLOTTER         | on behalf of Creditor Litton Loan Servicing L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com |
| KEVIN HAHN               | on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org asifuentes@mclaw.org |
| KEVIN HAHN               | on behalf of Creditor FIDELITY BANK kevin@mclaw.org asifuentes@mclaw.org |
| KEVIN HAHN               | on behalf of Creditor JPMORGAN CHASE BANK N.A. kevin@mclaw.org, asifuentes@mclaw.org |
| KEVIN HAHN               | on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org |
| KEVIN HAHN               | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org |
| KEVIN HAHN               | on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org asifuentes@mclaw.org |
| KEVIN S. SODERSTROM      | on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com |
| KEVIN S. SODERSTROM      | on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com |
| KRISTA J. NIELSON        | on behalf of Creditor GREEN TREE SERVICING LLC knielson@wrightlegal.net, nvbk@tblaw.com |
| LINDSEY H MORALES        | on behalf of Creditor NATIONSTAR MORTGAGE LLC ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |
| MARILYN FINE             | on behalf of Creditor Equity Title LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com |
| MARILYN FINE             | on behalf of Creditor Equity title mfine@nvbusinesslawyers.com wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.c |

District/off: 0978-2        User: castellan        Page 5 of 7
Date Rcvd: Dec 08, 2020      Form ID: pdf910       Total Noticed: 1

om;kwatase@nevadafirm.com

MELISSA VERMILLION
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB NVECF@bdfgroup.com

MICHAEL W. CHEN
on behalf of Creditor OCWEN LOAN SERVICING LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP. bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor NATIONSTAR MORTGAGE LLC ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor CHASE HOME FINANCE LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor OCWEN LOAN SERVICING LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor CHASE HOMR FINANCE LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
on behalf of Creditor NATIONSTAR MORTGAGE LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

NATHAN F. SMITH
on behalf of Creditor FIDELITY BANK nathan@mclaw.org NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") ITS SUCCESSORS AND/OR ASSIGNS nvbkfiling@wrightlegal.net

OGONNA M. BROWN
on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OLEN-KEITH S. GUIAB
on behalf of Creditor OCWEN LOAN SERVICING LLC olenguiabesq@gmail.com

RICHARD F. HOLLEY
on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 6 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

RONALD H REYNOLDS
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com

RYAN D. STIBOR
    on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Jnt Admin Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SHAWN W MILLER
    on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

SHLOMO S. SHERMAN
    on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com

STEVEN L. YARMY
    on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: castellan | Page 7 of 7 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf910 | Total Noticed: 1 |

STEVEN L. YARMY
    on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com
    admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Joint Debtor WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff HOT ENDEAVOR  LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
    USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
    on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

VINCENT J. AIELLO
    on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY  FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

TOTAL: 134

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 08, 2020

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
Melani Schulte

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC, | Chapter 11 |
| Debtors. | Date: November 18, 2020<br>Time: 9:30 a.m. |

**ORDER REGARDING STATUS HEARING ON AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITI MORTGAGE INC. (Dkt.# 1289)**

This matter having come on for a status hearing the above-entitled date and time, on Debtor, Melani Schulte ("Mrs. Schulte" or "Debtor"), Amended Motion for Contempt for

1

1  Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with A
2  Court Order and the Confirmed Plan and for Damages including Attorneys Fees against
3  Creditor, Citi Mortgage Inc. ("Citi"), Christopher P. Burke, Esq., appearing for Schulte, and
4  Creditor, Citi, having filed a Response by and through its attorney, Gregory Campbell, Esq.,
5  of Aldridge Pite, LLP., appearing for Creditor and after discussion on the record;

**IT IS HEREBY THE ORDER OF THE COURT** that discovery will end February 28, 2021;

**IT IS HEREBY FURTHER ORDERED** that a Pre-Trial conference will be held in this case on March 17, 2021 at 9:30 a.m.;

**IT IS HEREBY FURTHER ORDERED** that each party shall file and serve Alterate Direct Testimony Declarations and a List of all Witnesses and Exhibits by March 22, 2021;

**IT IS FURTHER ORDERED** that an evidentiary hearing is scheduled for March 29 and 30, 2021 at 9:30 a.m.;

**IT IS SO ORDERED.**

Date this 8th day of December, 2020.

Submitted by:                                              Approved/Disapproved:

*/s/ Christopher P. Burke, Esq.*                           *Failed to Respond*
Christopher P. Burke, Esq.                                 Gregory P. Cambell, Esq.
Nevada Bar No.: 004093                                     Nevada Bar No.: 10376
216 S. Maryland Pkwy.                                      Aldridge Pite, LLP.
Las Vegas, NV 89101                                        7220 South Cimarron Road, Suite 140
(702) 385-7987                                             Las Vegas, NV 89113
atty@cburke.lvcoxmail.com                                  (858) 750-7600
                                                           gcampbell@aldridgepite.com

###

2

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___    The court waived the requirement set forth in LR 9021 (b) (1).

___    No party appeared at the hearing or filed an objection to the motion.

X    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Gregory P. Cambell, Esq.
Nevada Bar No.: 10376
Aldridge Pite, LLP.
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
(858) 750-7600
gcampbell@aldridgepite.com
*failed to respond*

___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

Submitted by:

/S/ CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

3