_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 19, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                                      ) Case No.: 09-29123-mkn
                                                            ) Chapter 11
MELANIE SCHULTE AND WILLIAM R.                              )
SCHULTE, 5218 MISTY MORNING LLC,                            )
HOT ENDEAVOR LLC, 2704 SATTLEY                              )
LLC, 1341 MINUET LLC, 1708 PLATO                            ) Date:   July 28, 2021
PICO LLC, 2228 WARM WALNUT LLC,                             ) Time:   9:30 a.m.
9425 VALLEY HILLS LLC, 9500 ASPEN                           )
GLOW LLC, CHERISH LLC, SABRECO                              )
INC., AND KEEP SAFE LLC,                                    )
                                                            )
            Debtor(s).                                      )
_____                         )

**ORDER SCHEDULING STATUS CONFERENCE**

Good cause appearing:

**IT IS HEREBY ORDERED** that a status conference in the above-captioned proceeding will be held on **July 28, 2021, at 9:30 a.m.** before U.S. Bankruptcy Judge Mike K. Nakagawa by remote appearance.  All parties must participate and appear telephonically in the status conference by dialing in to the AT&T Teleconferencing Call-In Number.  Instructions for appearing via telephone are available on the court's website at www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

**IT IS FURTHER ORDERED** that Debtors' counsel shall file and serve a status report **no later than July 21, 2021**.

**IT IS SO ORDERED**.

1

1 | Copies sent via CM/ECF ELECTRONIC FILING
2 | 
3 | Copies sent via BNC to:
    MELANI SCHULTE
    WILLIAM R. SCHULTE
4 | 9811 W. CHARLESTON BLVD. #2-351
    LAS VEGAS, NV 89117
5 |
6 |
7 |                              # # #
8 |