United States Bankruptcy Court
District of Nevada

In re:                                                                                                  Case No. 09-29123-mkn
MELANI SCHULTE                                                                           Chapter 11
WILLIAM R. SCHULTE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-2                      User: garrettme                      Page 1 of 7
Date Rcvd: Mar 19, 2021            Form ID: pdf910                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

**Recip ID              Recipient Name and Address**
jdb                 +   WILLIAM R. SCHULTE, 9811 W. CHARLESTON BLVD. #2-351, LAS VEGAS, NV 89117-7528

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor CITIMORTGAGE INC. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com nvbk@tblaw.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor WELLS FARGO BANK N.A. bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com |
| BOB L. OLSON | on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com |
| BOB L. OLSON | on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com |

District/off: 0978-2 User: garrettme Page 2 of 7
Date Rcvd: Mar 19, 2021 Form ID: pdf910 Total Noticed: 1

mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

BRETT P. RYAN
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com bankruptcydepartment@unifyfcu.com

BRIAN D. SHAPIRO
    on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com kristin@brianshapirolaw.com;connie@brianshapirolaw.com;6855036420@filings.docketbird.com

Brittany Wood
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

CHARLES L KENNON, III
    on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

CINDY LEE STOCK
    on behalf of Creditor FIDELITY BANK cindy@clstock.com

CINDY LEE STOCK
    on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Joint Debtor WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DAVID A RIGGI
    on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI

| | |
|---|---|
| District/off: 0978-2 | User: garrettme | Page 3 of 7 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf910 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Debtor 9425 VALLEY HILLS LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor SABRECO INC. darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 2228 WARM WALNUT LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Joint Debtor WILLIAM R. SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 1341 MINUET LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor MELANI SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 9500 ASPEN GLOW LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 2704 SATTLEY LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor KEEP SAFE LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor CHERISH LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DEAN R. PROBER | |
| | on behalf of Creditor SETERUS INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com |
| EDDIE R. JIMENEZ | |
| | on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | |
| | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDWARD G SCHLOSS | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor Litton Loan Servicing L.P. nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK nvbk@tblaw.com awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com, awarner@tblaw.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT |

| | | |
|---|---|---|
| District/off: 0978-2 | User: garrettme | Page 4 of 7 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf910 | Total Noticed: 1 |

    Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing nvbk@tblaw.com, awarner@tblaw.com

INES OLEVIC-SALEH
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com

JACQUELINE A. GRUBER
    on behalf of Creditor CITIMORTGAGE INC. jgodoy@stokeswagner.com

JAMES B. BALL
    on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com

JASON C. KOLBE
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

JASON C. KOLBE
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com nvbk@tblaw.com;awarner@tblaw.com

JEFFREY G. SLOANE
    on behalf of Creditor WELLS FARGO BANK N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY R. SYLVESTER
    on behalf of Creditor SYLVESTER & POLEDNAK LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

JENNIFER BERGH
    on behalf of Creditor US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com

JENNIFER L. MCBEE
    on behalf of Creditor WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

JEREMY T BERGSTROM
    on behalf of Creditor BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM

JOHN D SCHLOTTER
    on behalf of Creditor Litton Loan Servicing L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

KEVIN HAHN
    on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor FIDELITY BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK N.A. kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN S. SODERSTROM
    on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com

KEVIN S. SODERSTROM
    on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com

KRISTA J. NIELSON
    on behalf of Creditor GREEN TREE SERVICING LLC knielson@wrightlegal.net, nvbk@tblaw.com

LINDSEY H MORALES
    on behalf of Creditor NATIONSTAR MORTGAGE LLC ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

MARILYN FINE
    on behalf of Creditor Equity Title LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

MARILYN FINE
    on behalf of Creditor Equity title mfine@nvbusinesslawyers.com wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: garrettme | Page 5 of 7 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf910 | Total Noticed: 1 |

MELISSA VERMILLION
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB NVECF@bdfgroup.com

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP.
    bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  CREDITOR C/O SETERUS,
    INC. bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS
    ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS
    bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, ITS ASSIGNEES AND/OR SUCCESSORS
    bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOMR FINANCE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC bknotice@mccarthyholthus.com,
    mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

NATHAN F. SMITH
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org  NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ITS SUCCESSORS AND/OR
    ASSIGNS nvbkfiling@wrightlegal.net

OGONNA M. BROWN
    on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com  KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
    on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com
    KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OGONNA M. BROWN
    on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com  KPimentel@lrrc.com,ogonna-brown-4984@ecf.pacerpro.com

OLEN-KEITH S. GUIAB
    on behalf of Creditor OCWEN LOAN SERVICING  LLC olenguiabesq@gmail.com

RICHARD F. HOLLEY
    on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RONALD H REYNOLDS
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT

District/off: 0978-2 User: garrettme Page 6 of 7
Date Rcvd: Mar 19, 2021 Form ID: pdf910 Total Noticed: 1

Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com

RONALD H REYNOLDS

on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com

RYAN D. STIBOR

on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

SAMUEL A. SCHWARTZ

on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Jnt Admin Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Jnt Admin Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ

on behalf of Jnt Admin Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SHAWN W MILLER

on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

SHLOMO S. SHERMAN

on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com

STEVEN L. YARMY

on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY

on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: garrettme | Page 7 of 7 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf910 | Total Noticed: 1 |

STEVEN L. YARMY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Joint Debtor WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff HOT ENDEAVOR  LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
    USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
    on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

VINCENT J. AIELLO
    on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY  FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

TOTAL: 134

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 19, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

MELANIE SCHULTE AND WILLIAM R. SCHULTE, 5218 MISTY MORNING LLC, HOT ENDEAVOR LLC, 2704 SATTLEY LLC, 1341 MINUET LLC, 1708 PLATO PICO LLC, 2228 WARM WALNUT LLC, 9425 VALLEY HILLS LLC, 9500 ASPEN GLOW LLC, CHERISH LLC, SABRECO INC., AND KEEP SAFE LLC,

    Debtor(s).
_____

Case No.: 09-29123-mkn
Chapter 11

Date:   July 28, 2021
Time:   9:30 a.m.

**ORDER SCHEDULING STATUS CONFERENCE**

Good cause appearing:

**IT IS HEREBY ORDERED** that a status conference in the above-captioned proceeding will be held on **July 28, 2021, at 9:30 a.m.** before U.S. Bankruptcy Judge Mike K. Nakagawa by remote appearance. All parties must participate and appear telephonically in the status conference by dialing in to the AT&T Teleconferencing Call-In Number. Instructions for appearing via telephone are available on the court's website at www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

**IT IS FURTHER ORDERED** that Debtors' counsel shall file and serve a status report **no later than July 21, 2021**.

**IT IS SO ORDERED**.

1

| | |
|---|---|
| 1 | Copies sent via CM/ECF ELECTRONIC FILING |
| 2 | Copies sent via BNC to: |
| 3 | MELANI SCHULTE |
| | WILLIAM R. SCHULTE |
| 4 | 9811 W. CHARLESTON BLVD. #2-351 |
| | LAS VEGAS, NV 89117 |

# # #