# Ex. '1'

## Declaration of
## Melani Schulte

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and<br>WILLIAM R. SCHULTE,<br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO INC.,<br>KEEP SAFE LLC, | Chapter 11<br>Jointly Administered with:<br>09-31585- MKN<br>09-27238- MKN<br>09-27909- MKN<br>09-27910- MKN<br>09-27911- MKN<br>09-27912- MKN<br>09-27913- MKN<br>09-27914- MKN<br>09-27916- MKN<br>09-28513- MKN<br>09-31584- MKN |
| Debtors. | Date: May 26, 2021<br>Time: 9:30 a.m. |

## PURSUANT TO 28 U.S.C. §1746 MELANI SCHULTE DECLARES THE FOLLOWING:

I, Melani Schulte, declare under penalty of perjury the following:

1.  That I am one of the above-mentioned Debtors in this chapter 11 bankruptcy case filed on October 11, 2009.

2.  That on Schedule B of the petition, we listed many properties, including one located at 1392 Echo Falls Ave., Las Vegas Nevada 89123 ("Echo Falls Ave.").

3.  That on January 28, 2010, The Bank of New York Mellon filed a Motion for Relief from Stay Property: 1392 Echo Falls Ave. (Dkt.#62).

4.  That on January 29, 2010 the Plan of Reorganization (Dkt. #67) and Disclosure Statement was filed (Dkt. #68).

5.  That on January 31, 2010, Secured Creditor Litton Loan Servicing filed a Proof of Claim (claim no. 51-1), which lists $17,59348 in pre-petition arrears

1

and a total claim of $128,482.54 due as of date of filing.

6.    That on February 25, 2010 we filed an Opposition to Motion for Relief from Stay (Dkt.#100).

7.    That on May 31, 2010 the Amended Disclosure Statement was filed (Dkt.# 250).

8.    That on May 31, 2010, the Amended Plan of Reorganization (Dkt.# 251) and Exhibit B (Table of Properties) to Disclosure Statement was filed (Dkt.# 252).

9.    That on June 7, 2010, we filed a Supplemental Opp and Objections to Motion for Relief Of Stay (Dkt.#311).

10.   That on August 14, 2010, the Motion to Value Collateral Property located at Property: 1392 Echo Falls Ave., Las Vegas Nevada 89123 on the second mortgage was filed (Dkt.#541).

11.   That on September 22, 2010 a Stipulation was filed between Litton Loan Re: Treatment of Litton Loan Mortgage's Claim on Echo Falls Ave. (Dkt. #703).In the Agreed Stip it stated, Debtor shall make monthly adequate protection payments to the Secured Creditor, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust. Payments shall be consistent with the value set forth for the subject property in the Motion to Value Collateral filed in Bankruptcy case 09-29123-BAM on 8/14/2010, docket #541. Payments shall be based upon the determination of value of $132,000.00, over a term of 30 years, amortized at a fixed rate of **5.00%**. Commencing 10/1/2010, Debtor shall make regular monthly post-petition payments to Secured Creditor in the amount of **$708.60,** and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust. Payments shall be made directly to: Litton Loan Servicing, LP Attn: Cash Management 4828 Loop Central Drive Houston, TX 77081, with reference to the last four digits of the Loan Number 2478, or as otherwise directed. The Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and any and all senior liens. In the event Debtor fails to timely perform any

2

of the obligations set forth in this Order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees. If Debtor fails to timely cure the default, Secured Creditor shall be entitled to lodge a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee notice of the same. If Debtor defaults on the obligations set forth herein on more than three (3) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee with notice of the same. (Dkt.#703, p.1-3).

12.    That on September 24, 2010 the Agreed Order was granted on the Stipulated Order Regarding Treatment of Creditor's Claim Pursuant to Chapter 11 plan (Dkt.#717).

13.    That on September 24, 2010 the Order Granting Collateral, "Strip Off" and Modify Rights of Unsecured Creditors Pursuant to 11 U.S.C. Section 506(a) and Section 1123 for the Real Property Located at 1392 Echo Falls Ave., Las

Vegas Nevada 89123 was entered (Dkt.# 716).

14. That on October 5, 2010, the Second Amended Disclosure Statement (Dkt. #752) and the Amended Plan #3 of Reorganization was filed (Dkt.# 753).

15. That on November 9, 2010, the Third Amended Disclosure Statement was filed (Dkt. #816).

16. That on November 23, 2010, the Amended Plan #4 of Reorganization was filed (Dkt. #834) and on November 23, 2010, the Fourth Amended Disclosure Statement was filed (Dkt. #832).

17. Debtors Amended Chapter 11 Plan #4 ("Confirmed Plan") incorporated the Agreed Order by reference to Litton Loan's class treatment, and the Court confirmed the proposed plan on March 8, 2011 ("Confirmation Order").

18. That on October 11, 2011 Ocwen Loan Servicing, LLC filed a Transfer of Claim for Security (Dkt.#992).

19. That on or about April 17, 2013, I received a mortgage statement from Ocwen. It listed: **Account Information**

| | |
|---|---|
| *Current Principal Balance: | 107,313.78 |
| Post-Petition Interest Rate: | 5.87500% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 12/01/2010 |
| Contractual Due Date: | 03/01/2010 |
| Escrow Advance Balance: | 4,618.24- |
| Interest Paid Year-To-Date: | 529.64 |
| Taxes Paid Year-To-Date: | 317.76 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 868.35 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 218.19 |
| Escrow Disbursements/Adjustments Year-To-Date: | 317.76- |
| Recently Assessed Amounts: | |
| 04/04/13 Foreclosure Costs: | 65.00 |

*This is the principal balance only, not the amount to pay your account in full.

**Details of Amount Due**

Current Post-Petition Amount Due:

Principal:                                                    1,020.21

Interest:                                                     377.78

Escrow:                                                       218.19

Less: Partial Payment Amount:                                 732.94-

Current Post-Petition Amount Due by 05/01/13:                 883.24

Post-Petition Past Due Amounts:

Principal:                                                    27,519.06

Interest:                                                     13,022.65

Escrow:                                                       6,327.51

Post-Petition Past Due Amount DUE IMMEDIATELY   46,869.22

Post-Petition Amount Due:                                     47,752.46

Assessed Fees/Expense Outstanding:

Info Only- Late Charges:                                      1,817.40

Info Only-Current-Foreclosure Cost:                          65.00

Info Only-Current-Foreclosure Cost:                          18.00

Info Only-Prev-Prior Servicer Fees:                          3,333.66

**Total Fees/Expense Outstanding:**                          **5,443.76**

**Recent Account Activity**

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|------|-------------|-----------|----------|--------|----------|--------------|------------|----------|-------|
| 03/05/13 | Payment | | | 218.19 | | | | 907.58- | 708.60 |
| 03/05/13 | Payment | 868.35 | 529.64 | | | | | | 708.60 |
| 04/02/13 | Suspense Payment | | | | | | | 708.60 | |

At the bottom on the Detach portion of the page it listed, **AMOUNT DUE** $47,752.46; If Received after 05/17/2013 add Late Charge of: $69.90; Total Amount Due with Late Charge: $47,822.36. (Ex. '2', p.2).

    20.    That on or about June 17, 2013, I received a mortgage statement from Ocwen. It listed: **Account Information**

*Current Principal Balance:                                   106,441.18

Post-Petition Interest Rate:                                  5.87500%

Pre-Petition Interest Rate:                                   .00000%

Post-Petition Due Date:                                       01/01/2011

Contractual Due Date:                                         04/01/2010

5

| | |
|---|---|
| Escrow Advance Balance: | 4,400.05- |
| Interest Paid Year-To-Date: | 1,055.03 |
| Taxes Paid Year-To-Date: | 317.75 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 1,740.95 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 436.38 |
| Escrow Disbursements/Adjustments Year-To-Date: | 317.76- |

*This is the principal balance only, not the amount to pay your account in full.

**Details of Amount Due**

| | |
|---|---|
| Current Post-Petition Amount Due: | |
| Principal: | 1,030.22 |
| Interest: | 367.77 |
| Escrow: | 218.19 |
| Less: Partial Payment Amount: | 533.96- |
| Current Post-Petition Amount Due by 05/01/13: | 1,082.22 |
| Post-Petition Past Due Amounts: | |
| Principal: | 28,678.99 |
| Interest: | 13,260.71 |
| Escrow: | 6,546.70 |
| Post-Petition Past Due Amount DUE IMMEDIATELY | 46,485.40 |
| Post-Petition Amount Due: | 49,567.62 |
| Assessed Fees/Expense Outstanding: | |
| Info Only- Late Charges: | 209.70 |
| Info Only-Current-Foreclosure Cost: | 1,817.40 |
| Info Only-Current-Foreclosure Cost: | 83.00 |
| Info Only-Prev-Prior Servicer Fees: | 3,333.66 |
| **Total Fees/Expense Outstanding:** | **5,443.76** |

**Recent Account Activity**

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/ Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/13 | Payment | | | 218.19 | | | | 198.98- | 1,417.20 |
| 05/21/13 | Payment | 872.60 | 525.39 | | | | | | |

(Ex. '2', p.4).

6

21.    That on or about August 19, 2013, I received a mortgage statement from Ocwen. It listed: **Account Information**

| | |
|---|---|
| *Current Principal Balance: | 106,441.18 |
| Post-Petition Interest Rate: | 5.87500% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 01/01/2011 |
| Contractual Due Date: | 04/01/2010 |
| Escrow Advance Balance: | 5,109.06- |
| Interest Paid Year-To-Date: | 1,055.03 |
| Taxes Paid Year-To-Date: | 649.77 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 1,740.95 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 436.38 |
| Escrow Disbursements/Adjustments Year-To-Date: | 1,026.77- |

*This is the principal balance only, not the amount to pay your account in full.

**Details of Amount Due**

Current Post-Petition Amount Due:

| | |
|---|---|
| Principal: | 1,040.33 |
| Interest: | 357.66 |
| Escrow: | 218.19 |
| Less: Partial Payment Amount: | 533.96- |
| Current Post-Petition Amount Due by 05/01/13: | 1,082.22 |

Post-Petition Past Due Amounts:

| | |
|---|---|
| Principal: | 30,744.48 |
| Interest: | 13,991.20 |
| Escrow: | 6,982.08 |
| Post-Petition Past Due Amount DUE IMMEDIATELY | 51,717.76 |
| Post-Petition Amount Due: | 52,799.98 |

Assessed Fees/Expense Outstanding:

| | |
|---|---|
| Info Only- Late Charges: | 209.70 |
| Info Only-Current-Foreclosure Cost: | 1,817.40 |
| Info Only-Current-Foreclosure Cost: | 83.00 |
| Info Only-Prev-Prior Servicer Fees: | 3,333.66 |
| **Total Fees/Expense Outstanding:** | **5,443.76** |

**Recent Account Activity**

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/13 | Insurance Disbursement CENTURY NATIONAL INSURANCE CO | | | 377.00- | | | | | 377.00 |
| 07/29/13 | Tax Disbursement CLARK COUNTY TREASURERS OFFICE | | | 332.01- | | | | | 332.01- |

At the bottom on the Detach portion of the page it listed, **AMOUNT DUE** $52,799.98; If Received after 09/17/2013 add Late Charge of: $69.90; Total Amount Due with Late Charge: $52,869.88 (Ex. '2', p.6).

22.     That on or about February 4, 2014, I received a letter from Ocwen. It stated, We are pleased to assist you in identifying solutions for your mortgage questions. **We have assigned a dedicated mortgage assistance expert to help you, Martha Garcia, who will be your personal Relationship Manager. Martha Garcia** will carefully review your situation and application materials, make sure your information is complete and work with you to identify the best potential resolution options. At the bottom of the page it further listed, Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharge debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protection our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not attempt to collect any additional funds from you (Ex. '3', p.2).

23. That on or about March 5, 2014, I received a letter from Ocwen. It stated, We are pleased to assist you in identifying solutions for your mortgage questions. **We have assigned a dedicated mortgage assistance expert to help you, Verlean Reese, who will be your personal Relationship Manager. Verlean Reese** will carefully review your situation and application materials, make sure your information is complete and work with you to identify the best potential resolution options At the bottom of the page it further listed, Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharge debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protection our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not attempt to collect any additional funds from you (Ex. '3', p.4).

24. That on or about May 22, 2014, I received a letter from Ocwen. It stated, We have received your correspondence requesting research to be performed for the above referenced loan. It is Ocwen's policy to perform all research and provide a written response to you within twenty (20) days from the receipt of your letter. Ocwen may need to contact you for further information in order to process your request (Ex. '3', p.7).

25. That on or about May 29, 2014, I received another letter from Ocwen. It stated, Our company has recently received a request for information on the above referenced loan, which is enclosed for your review (Ex. '3', p.8).

26. That on or about July 21, 2014, I received a **ESCROW ACCOUNT DISCLOSURE STATEMENT-BANKRUPTCY PROJECTIONS FOR THE YEAR** from Ocwen. It stated, This notice is being sent to you because

Ocwen Loan Servicing, LLC has been notified that a proceeding under Chapter 11 of the Bankruptcy Code involving you was commenced on 10/11/2009. This notice relates to your postpetition escrow payments and disbursements only. It further list, Escrow Balance as of the date of Bankruptcy filing :   $-8,134.69; Escrow due for Disbursement in the month of Bankruptcy filing Oct 2009 : $0.00; Amount to be part of the Proof Of Claim– Pre-petition Escrow due :-$8,134.69; Post Petition Escrow balance as of the date of Bankruptcy filing  : $188.16.

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax | Sep 2014 | $331.10 |
| County Tax | Dec 2014 | $331.10 |
| County Tax | Feb 2015 | $331.10 |
| County Tax | July 2015 | $332.01 |
| Hazard Insurance | Aug 2015 | $390.00 |
| Total Annual Disbursements | | $1,715.31 |
| Target Escrow Payment | | $142.94 (1/12th of $1,7156.31 |

Total Shortage $4,642.38 (Ex. '3', p.14).

27.    That on or about August 21, 2015, I received a Notice of Transfer of Loan from Shellpoint Mortgage Servicing. It stated, Shellpoint Mortgage Servicing would like to welcome you and inform you that effective 08/17/2015, the servicing of your loan has been transferred from Bank of America, N.A. to Shellpoint Mortgage Servicing. (Ex. '4', p.2).

28.    That on November 3, 2015, the Amended Application for the Entry of the Discharge of Debtors (Dkt.# 1152). Shellpoint did not object. On December 15, 2015, the Court entered its Stipulated Order Granting Amended Motion for Discharge of Debtors (Dkt.#1181).

29.    That I received a discharge on December 15, 2015. (Dkt.#1182)

30.    That I continued making the payments in accordance with the Stipulation, including paying the monthly principal and interest payments.

10

31.   That on or about February 2, 2016, I received a letter from Shellpoint. It stated, We have assigned a Specialist to assist you throughout the Loss Mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. As of the date of this letter, the account balance is $128,870.89. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater (Ex. '5', p.2).

32.   That on or about February 8, 2016, Shellpoint actually broke into my home, and changed the locks & winterized my home causing damage to the pipes & plumbing. No Notice of Default was filed prior to this break in.

33.   That I have pictures and a police report.

34.   That attached are true and correct copies of the pictures and the police report.

35.   That on or about May 12, 2016, I received a **NOTICE OF DEFAULT AND INTENT TO ACCELERATE** from Shellpoint. It stated, 1. You are in default because you have failed to pay the required monthly installments commencing with the payment due 11/01/2012.; 2. As of 05/12/2016, total monthly payments (including principal, interest, and escrow if applicable), late fees, insufficient funds (NSF) fees, and other fees and advances due under the terms of your loan documents in the total amount of $39,792.43 are past due. This past due amount is itemized below. Currently, your interest rate is 5%. The anticipated date of your next interest rate change is not applicable. It also list,

| | |
|---|---|
| PITI for 43 months: | $39,851.97 |
| Unpaid Late charge(s): | $35.43 |
| Unpaid Non-sufficient funds charge(s) | $0.00 |
| Outstanding legal fees and costs: | $550.00 |
| Unpaid Broker price opinion fees: | $0.00 |
| Unpaid Inspection fees: | $13.00 |
| Other Unpaid fees: | $45.00 |
| Escrow advance (for non-escrowed loans): $0.00 | |
| Escrow shortage (for escrowed loans): | $2,344.72 |

11

Prepayment Fees:                  $0.00

Total amount due:             $39,792.43

(Ex. '5', p.5).

36.    That on or about June 27, 2016, I received a **Notice of Referral to Foreclosure** from Shellpoint. It stated, **Your mortgage loan payment is past due and your property may be referred to foreclosures unless immediate action is taken.** You may be able to avoid foreclosure by paying the total amount necessary to bring the account current (see "Important Account Information"). **Important Account Information as of 06/27/2016:** A. **The total amount needed to reinstate or to bring the account current is: $40,816.08.** Please note this amount is subject to change. Please call us for the most current amount.; B. The amount of the principal obligation under the mortgage is: $128,870.89; C. The date through which the account is paid is: 10/01/2012; D. The date of last full payment was: 04/17/2015; E. As of today, you are due for: 11/01/2012; F. As of today, the interest rate in effect for the loan is : 5%; G. The date on which the interest rate may next reset or adjust is: Not Applicable; H. The amount of any prepayment fee to be charge is: $0.00; I. The amount of late payment fees included in the above reinstatement amount is: $106.29 (Ex. '5', p.10).

37.    That on or about July 25, 2016, I received a letter from Shellpoint. It stated, The above referenced mortgage loan serviced by Shellpoint Mortgage Servicing ("Shellpoint"), on the above referenced property is in default and foreclosure proceedings have or may soon commence. Because you have not taken steps to resolve the delinquency, we have been instructed by the owner of your mortgage loan to commence foreclosure. In addition to foreclosing on the property, the owner of the mortgage loan may seek a deficiency judgment against you if the proceeds from the foreclosure sale do not pay off the amount you owe on the mortgage loan (Ex. '5', p.14).

38.    That on or about August 25, 2016, I received a letter from TRUSTEE CORPS. It stated, With regards to the above referenced file our office is handling, enclosed please find or REINSTATEMENT and/or PAY OFF Demand, which

*you* have requested. It further list, **REINSTATEMENT DEMAND**

Payments        $42,532.34

Total Corp. Adv/Late/NSF/Atty Fees        $837.15

Unapplied Balance   $-702.97

 Trustees Fees        $457.50

**TOTAL amount due to REINSTATE loan: $43,224.02**

**THIS STATEMENT EXPIRES ON 08/31/2016 @ 3:00p.m.**

(Ex. '5', p.16).

39. That on or about September 6, 2016 I received a Substitution of Trustee (Ex. (Ex. '5', p.20).

40. That on or about September 7, 2016 I received a Cooperative Short Sale or Deed-in-Lieu Offer from Shellpoint. It stated, Shellpoint Mortgage Servicing wants to work with you on any possible options to avoid foreclosure. You may eligible for our Cooperative Short Sale Program or the Cooperative Deed-in-Lieu Program. By participating in either of these programs you could earn up to $23,716.74 in relocation assistance. These programs are specifically designed to help borrowers who are unable to afford their mortgage and want to avoid foreclosure (Ex. '5', p.24).

41. That on or about October 27, 2016, I received a letter from Shellpoint. It stated, Principal Balance: $128,870.89; We understand that financial circumstances may change from time to time, affecting your ability to meet your obligations. We're concerned about your recently missed mortgage payment and want to offer our assistance in case you are unable to catch up (Ex. '5', p.26).

42. That on or about December 12, 2016, I received a letter from Shellpoint. It stated, Principal Balance: $128,870.89; **ACT NOW! LAST CHANCE TO APPLY FOR THE HOME AFFORDABLE MODIFICATION AND FORECLOSURE ALTERNATIVES PROGRAMS!** On December 30, 2016, the Home Affordable Modification Program ("HAMP") and the Home Affordable Foreclosure Alternatives Program ("HAFA") will be retired. This will be your last opportunity to apply for these programs. If approved for

13

HAMP, you could be eligible for a reduced monthly payment and up to $10,000 in performance incentives. If approved for HAFA, you will have an opportunity to exit your home and be relieved of the remaining mortgage debt through a short sale or a deed-in-lieu of foreclosure. HAFA provides eligible homeowners with $10,000 in relocation assistance (Ex. '5', p.44).

43.   That on or about December 22, 2016, I received another letter from Shellpoint. It stated, Principal Balance: $128,870.89. **United States Department of Housing and Urban Development Office of Housing Servicemembers Civil Relief Act Notice Disclosure**; **Legal Rights and Protections Under the SCRA**; Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemember Civil Relief Act (50 USC App. §§501-596)(SCRA) (Ex. '5', p.46).

44.   That on January 13, 2017, Shellpoint filed a Notice of Breach and Default and Election to Cause Sale of Real Property Under Deed of Trust (Ex. '6', p.2).

45.   That on or about January 18, 2017, I received another letter from Shellpoint. It stated, We are writing to let you know that your mortgage is currently in foreclosure. However, you may still have an opportunity to keep your home or prevent foreclosure, even if you previously indicated that you do not wish to stay in your home (Ex. '6', p.8).

46.   That on or about January 19, 2017, I received a mortgage statement from Shellpoint. It listed, **Payment Date 02/01/2017; Payment Amount $48,637.48.** It also list,

**Account Information**

Outstanding Principal       $128,870.89

Interest Rate               5.000%

Prepayment Penalty          No

Last Paid Installment 10/1/2012

**Explanation of Amount Due**;

Principal $212.18

Interest $496.42

14

Escrow (Taxes and Insurance) $151.37

**Regular Monthly Payment $859.97**

Total Fees and Charges $0.00

Overdue Payment    $47,777.51

**Total Amount Due $48,637.48**

**Past Payments Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $702.97 |
| **Total** | **$0.00** | **$702.97** |

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage. **Transaction Activity (12/19/2016- 1/18/2017)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/23/2016 | Late Charge Waive | ($35.43) | |
| 1/3/2017 | FC Costs Disbursement | $55.00 | |
| 1/5/2017 | Property Inspection Disbursement | $13.00 | |
| 12/23/2016 | Late Charge Assess (because full payment not received by 1/15/2017) | $35.43 | |

**Additional Information**

| Date | Description | Amount |
|---|---|---|
| 01/18/2017 | Escrow Balance | $880.96 |

At the bottom on the Detach portion of the page it listed

**Mortgage Payment Coupon; Amount Due; Due By 2/1/2017:**

15

**$48,637.48**. On the second page it further list,

**\*\*Delinquency Notice\*\***

 **You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure- the loss of your home. As of January 18,2017, you are 1,540 days delinquent on your mortgage loan.

Recent Account History

 • Payment due 8/1/16: unpaid balance of $43,166.87

• Payment due 9/1/16: unpaid balance of $962.22

• Payment due 10/1/16: unpaid balance of $962.22

• Payment due 11/1/16: unpaid balance of $895.40

• Payment due 12/1/16: unpaid balance of $895.40

• Payment due 1/1/17: unpaid balance of $895.40

• Current payment due 02/1/17: $859.97

• **Total: $48,637.48 due. You must pay this amount to bring your loan current** (Ex. '6', p.9).

47.   That on or about February 16, 2017, I received a mortgage statement from Shellpoint. It listed, **Payment Due Date 03/01/2017; Payment Amount $50,720.35.** It also list,

**Account Information**

Outstanding Principal        $128,870.89

Interest Rate                    5.000%

Prepayment Penalty        No

Last Paid Installment 10/1/2012

**Explanation of Amount Due;**

Principal $213.07

Interest $495.53

Escrow (Taxes and Insurance) $151.37

**Regular Monthly Payment $859.97**

Total Fees and Charges $0.00

Overdue Payment     $49,860.38

**Total Amount Due $50,720.35**

## Past Payments Breakdown

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $702.97 |
| **Total** | **$0.00** | **$702.97** |

Important Message

 *Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage. **Transaction Activity (1/19/2017- 2/15/2017)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 2/2/2017 | Recording Cost Disbursement | $222.00 | |
| 2/2/2017 | Recording Cost Disbursement | $43.00 | |
| 2/2/2017 | Certified Mail Cost Disbursement | $144.90 | |
| 2/2/2017 | FC Costs Disbursement | $75.00 | |
| 2/2/2017 | FC Costs Disbursement | $420.00 | |
| 2/2/2017 | Foreclosure Trustee Disbursement | $305.00 | |
| 12/14/2017 | Property Inspection Disbursement | $13.00 | |

## Additional Information

| Date | Description | Amount |
|---|---|---|
| 2/15/2017 | Escrow Balance | $528.31 |
| 2/14/2017 | County Tax Bill 4 | ($352.65) |

At the bottom on the Detach portion of the page it listed

**Mortgage Payment Coupon; Amount Due; Due By 3/1/2017: $50,720.35**. On the second page it further list,

**\*\*Delinquency Notice\*\***

**You are late on your mortgage payments**. Failure to bring your loan

17

current may result in fees and foreclosure- the loss of your home. As of February 15, 2017, you are 1,568 days delinquent on your mortgage loan.

Recent Account History

• Payment due 9/1/16: unpaid balance of $45,351.99

• Payment due 10/1/16: unpaid balance of $962.22

• Payment due 11/1/16: unpaid balance of $895.40

• Payment due 12/1/16: unpaid balance of $895.40

• Payment due 1/1/17: unpaid balance of $895.40

• Payment due 2/1/17: unpaid balance of $859.97

• Current payment due 3/1/17: $859.97

• **Total: $50,720.35 due. You must pay this amount to bring your loan current** (Ex. '6', p.11).

48.  That on or about March 19, 2017, I received a mortgage statement from Shellpoint. It listed, **Payment Due Date 4/01/2017; Amount Due $51,628.75.** It also list,

**Account Information**

Outstanding Principal          $128,870.89

Interest Rate                        5.000%

Prepayment Penalty            No

Last Paid Installment 10/1/2012

**Explanation of Amount Due;**

Principal $213.95

Interest $494.65

Escrow (Taxes and Insurance) $151.37

**Regular Monthly Payment $859.97**

Total Fees and Charges $35.43

Overdue Payment      $50,733.35

**Total Amount Due $51,628.75**

**Past Payments Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |

18

| | | |
|---|---|---|
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $702.97 |
| **Total** | **$0.00** | **$702.97** |

**Important Message**

 ***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage. **Transaction Activity (2/16/2017- 3/18/2017)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 2/17/2017 | Late Charge Assess (because full payment not received by 2/16/2017) | $35.43 | |
| 3/10/2017 | Property Inspection Disbursement | $13.00 | |

**Additional Information**

| Date | Description | Amount |
|---|---|---|
| 2/18/2017 | Escrow Balance | $528.31 |

At the bottom on the Detach portion of the page it listed

**Mortgage Payment Coupon; Amount Due; Due By 4/1/2017: $51,628.75**. On the second page it further list,

**\*\*Delinquency Notice\*\***

**You are late on your mortgage payments**. Failure to bring your loan current may result in fees and foreclosure- the loss of your home. As of March 18, 2017, you are 1,599 days delinquent on your mortgage loan.

Recent Account History

 • Payment due 10/1/16: unpaid balance of $46,327.21

• Payment due 11/1/16: unpaid balance of $895.40

• Payment due 12/1/16: unpaid balance of $895.40

• Payment due 1/1/17: unpaid balance of $895.40

• Payment due 2/1/17: unpaid balance of $895.40

• Payment due 3/1/17: unpaid balance of $8559.97

• Current payment due 4/1/17: $859.97

• **Total: $51,628.75 due. You must pay this amount to bring your loan current** (Ex. '6', p.13).

49.  That on or about March 21, 2017 I mailed a certified letter to Shellpoint Mortgage Servicing Requesting information (Ex. '6', p.15).

50.  That on or about March 24, 2017, I faxed a letter to Trustee Corp. Requesting a reinstatement quote and a payoff quote (Ex. '6', p.18).

51.  That on or about March 27, 2017, I received a letter from Shellpoint. It stated, We understand that financial circumstances may change from time to time, effecting your ability to meet your obligations. We're concerned about your recently missed mortgage payment(s) and want to offer our assistance in case you are unable to catch up (Ex. '6', p.20).

52.  That on or about March 28, 2017, I faxed another letter to Trustee Corp. Requesting a reinstatement quote and request for Information (Ex. '6', p.37).

53.  That on or about March 28, 2017, I received a letter from Trustee Corps regarding the requested information letter she mailed them (Ex. '6', p.40).

54.  That on or about March 29, 2017 I received a letter from Shellpoint. It stated, This letter is in response to *your* recent inquiry regarding the above-referenced account serviced by Shellpoint Mortgage Servicing on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB, the owner of your loan. We are working to gather the requested information and will forward it to you as soon as possible (Ex. '6', p.49).

55.  That on or about March 30, 2017 I received the signed receipt by Shellpoint Mortgage Servicing regarding her letter (Ex. '6', p.16).

56.  That on or about April 13, 2017 I received a letter from Shellpoint. It stated, This letter is in response to *your* recent inquiry regarding the above-referenced account serviced by Shellpoint Mortgage Servicing on behalf of

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., Alternative Loan Trust 2004-28cb, Mortgage Pass-Through Certificates, Series 2004-28cb, ("Bony As Trustee For Cwalt 2004-28cb") . Shellpoint began servicing this loan on or About 17, 2015 (Ex. '6', p.51).

57.     That on or about April 20, 2017 I mailed a certified letter to Shellpoint Mortgage Servicing Requesting information (Ex. '6', p.53).

58.     That on June 1, 2017, Shellpoint filed a Notice of Trustee's Sale Important Notice to Property Owner (Ex. '6', p.57).

59.     That on or about June 1, 2017, I faxed a letter to Trustee Corp. Requesting a reinstatement quote ASAP for the aforementioned mortgage on the stated property (Ex. '6', p.60).

60.     That on or about June 27, 2017, I received a letter from Trustee Corps regarding the REINSTATEMENT and/or PAY OFF Demand which *you* have requested (Ex. '6', p.67).

61.     That on June 28, 2017, The Law Offices of Amberllea Davis faxed a letter on my behalf to National Title Company, Trustee Corp. and Nevada Legal News Requesting Trustee's Sale Date to be taken off calendar (Ex. '6', p.71).

62.     That on or about June 29, 2017, I received a letter from Trustee Corps. It stated,, You are hereby notified that the Trustee's Sale listed for the above referenced property has been postponed to Monday, August 14, 2017 at 10:00 AM. (Ex. '6', p.75).

63.     That on or about August 14, 2017, I received a letter from Trustee Corps. It stated,, You are hereby notified that the Trustee's Sale listed for the above referenced property has been postponed to Thursday, September 14, 2017 at 10:00 AM. (Ex. '6', p76).

64.     That on or about October 27, 2017, I received a letter from Shellpoint. It stated,, Shellpoint Mortgage Servicing ("Shellpoint") is committed to offering assistance and exploring options that may assist our borrowers who filed for bankruptcy with a temporary or long-term solution. If you fill out the attached forms and return them to us, we will be able to explore all the

21

options that are available. If you are an attorney representing the borrower, please fill out and provide the attached consent form to initiate the process (Ex. '6', p.78).

65.    That on or about November 6, 2017 I mailed a certified letter to Shellpoint Mortgage Servicing second Request for information (Ex. '6', p.94).

66.    That on or about April 5, 2018 I received a Cooperative Deed-in-Lieu or Short Sale Offer from Shellpoint. It stated, Shellpoint Mortgage Servicing ("Shellpoint") wants to work with you on any possible options to avoid foreclosure. We understand this is a difficult time and we want to help. You may eligible for our Cooperative Deed-in-Lieu Program or Cooperative Short Sale Program. Our offer is now especially attractive, as it includes an incentive up to $20,000.00 to help you settle other possible existing liens on the property as well as provide relocation assistance. These programs are specifically designed to help borrowers who are unable to afford their mortgage and want to avoid foreclosure (Ex. '7', p.2).

67.    That on or about April 20 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 05/01/2018; Payment Amount $63,195.63.** It also list, **Explanation of Payment Amount**;

Principal $225.84

Interest $482.76

Escrow (Taxes and Insurance) $155.51

**Regular Monthly Payment $864.11**

Total Fees and Charges $35.43

Past Unpaid Payment $62,296.09

**Total Payment Amount $63,195.63**

 **Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $702.97 |
| **Total** | **$0.00** | **$702.97** |

22

**Account Information**

| | |
|---|---|
| Outstanding Principal | $128,870.89 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 ***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 11/01/17: unpaid balance of $58,044.36

• Payment due 12/01/17: unpaid balance of $829.36

• Payment due 01/01/18: unpaid balance of $829.36

• Payment due 02/01/18: unpaid balance of $829.36

• Payment due 03/01/18: unpaid balance of $899.54

• Payment due 04/01/18: unpaid balance of $899.54

• Payment due 05/01/18: current payment due

• **Total: $63,195.63 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 05/01/2018; Payment Amount $63,195.63** (Ex. '7', p.6).

68. That on or about April 23, 2018 I faxed a letter to Shellpoint Mortgage Servicing asking for the information she had requested over the last 2 years and to honor her 2009 bankruptcy confirmation order (Ex. '7', p.8).

69. That on or about April 25, 2018, I received a letter from Shellpoint. It stated, Shellpoint Mortgage Servicing ("Shellpoint") is committed to offering assistance and exploring options that may assist our borrowers who filed for bankruptcy with a temporary or long-term solution. If you fill out the attached forms and return them to us, we will be able to explore all the

23

options that are available. If you are an attorney representing the borrower, please fill out and provide the attached consent form to initiate the process (Ex. '7', p.10).

70. That on or about May 3, 2018, I received a letter from National Default Servicing Corporation ("NDSC"), for the property at Echo Falls Avenue (Ex. '7', p.27).

71. That on or about May 7, 2018, I received a letter from Shellpoint. It stated, Thank you for your recent inquiry regarding the above referenced mortgage loan. We will review account information and provide a written response to your request within fifteen (15) days (Ex. '7', p.28).

72. That on or about May 10, 2018 I mailed a letter disputing the validity of the debt to National Default Servicing Corp. Mortgage Servicing (Ex. '7', p.32).

73. That on or about May 11, 2018 I received a Cooperative Deed-in-Lieu or Short Sale Offer from Shellpoint. It stated, Shellpoint Mortgage Servicing ("Shellpoint") wants to work with you on any possible options to avoid foreclosure. We understand this is a difficult time and we want to help. You may eligible for our Cooperative Deed-in-Lieu Program or Cooperative Short Sale Program. Our offer is now especially attractive, as it includes an incentive up to $20,000.00 to help you settle other possible existing liens on the property as well as provide relocation assistance. These programs are specifically designed to help borrowers who are unable to afford their mortgage and want to avoid foreclosure (Ex. '7', p.33).

74. That on or about May 16, 2018, I received a letter from National Default Servicing Corporation ("NDSC"), for the property at Echo Falls Avenue. It stated, We are writing ti let you know that your mortgage loan payment is past due, and your property has been referred to foreclosure (Ex. '7', p.37).

75. That on or about May 20 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 06/01/2018; Payment Amount $65,584.74.** It also list,

**Explanation of Payment Amount**;

Principal $226.78

Interest $481.82

Escrow (Taxes and Insurance) $155.51

**Regular Monthly Payment $864.11**

Total Fees and Charges $1,586.43

Past Unpaid Payment $63,134.20

**Total Payment Amount $65,584.74**

**Past Payment Breakdown**

| Paid Last Month | Paid Year to Date | Principal |
|---|---|---|
| $0.00 | $0.00 | Interest |
| $0.00 | $0.00 | Escrow |
| $0.00 | $0.00 | Fees/Late Charges |
| $26.00 | $0.00 | Partial Payment (Unapplied) |
| $0.00 | $702.97 | |
| **Total** | **$26.00** | **$728.97** |

**Account Information**

Outstanding Principal $128,870.89

Interest Rate  5.000%

Prepayment Penalty None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal   liability for your mortgage loan in bankruptcy.**

**Important Message**

***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 12/01/17: unpaid balance of $60,398.72

• Payment due 01/01/18: unpaid balance of $829.36

25

• Payment due 02/01/18: unpaid balance of $829.36

• Payment due 03/01/18: unpaid balance of $899.54

• Payment due 04/01/18: unpaid balance of $899.54

• Payment due 05/01/18: unpaid balance of $864.11

• Payment due 06/01/18: current payment due

• **Total: $65,584.74 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 06/01/2018; Payment Amount $65,584.74.** On the second page it list, **Transaction Activity (04/15/2018- 05/19-2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 04/17/2018 | Late Charge Assess (because full payment not received by 4/16/2018) | $35.43 | $0.00 |
| 05/02/2018 | Property Inspection Disbursement | $13.00 | $0.00 |
| 05/02/2018 | Foreclosure Trustee Disbursement | $1,525.00 | $0.00 |
| 05/17/2018 | Property Inspection Disbursement | $13.00 | $0.00 |
| 05/17/2018 | Property Inspection Payment | $0.00 | $13.00 |
| 05/18/2018 | Property Inspection Payment | $0.00 | $13.00 |

(Ex. '7', p.39).

76.     That on or about June 18, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 07/01/2018; Payment Amount $67,297.17.** It also list,

**Explanation of Payment Amount**;

Principal $227.72

Interest $480.88

Escrow (Taxes and Insurance) $155.51

**Regular Monthly Payment $864.11**

Total Fees and Charges $848.32

Past Unpaid Payment $65,584.74

**Total Payment Amount $67,297.17**

26

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $26.00 |
| Partial Payment (Unapplied) | $0.00 | $702.97 |
| **Total** | **$0.00** | **$728.97** |

Account Information

| Outstanding Principal | $128,870.89 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 01/01/18: unpaid balance of $62,076.40

• Payment due 02/01/18: unpaid balance of $829.36

• Payment due 03/01/18: unpaid balance of $899.54

• Payment due 04/01/18: unpaid balance of $899.54

• Payment due 05/01/18: unpaid balance of $864.11

• Payment due 06/01/18: unpaid balance of $864.11

• Payment due 07/01/18: current payment due

• **Total: $67,297.17 unpaid amount that, if paid, would bring your**

**loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 07/01/2018; Payment Amount $67,297.17.** On the second page it list, **Transaction Activity (05/20/2018- 06/17/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 06/11/2018 | Property Inspection Disbursement | $13.50 | $0.00 |
| 06/12/2018 | Certified Mail Cost Disbursement | $2.82 | $0.00 |
| 06/12/2018 | FC Costs Disbursement | $792.00 | $0.00 |
| 06/12/2018 | Recording Cost Disbursement | $40.00 | $0.00 |

(Ex. '7', p.42).

77. That on or about July 20, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 08/01/2018; Payment Amount $67,465.68.** It also list,

**Explanation of Payment Amount**;

Principal $228.67

Interest $479.93

Escrow (Taxes and Insurance) $155.51

**Regular Monthly Payment $864.11**

Total Fees and Charges $13.00

Past Unpaid Payment $66,588.57

**Total Payment Amount $67,465.68**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|--|-----------------|-------------------|
| Principal | $171.64 | $171.64 |
| Interest | $536.96 | $536.96 |
| Escrow | $218.19 | $218.19 |
| Fees/Late Charges | $0.00 | $26.00 |
| Partial Payment (Unapplied) | -$218.19 | $484.78 |
| **Total** | **$708.60** | **$1,437.57** |

**Account Information**

Outstanding Principal    $128,699.25

Interest Rate                          5.000%

Prepayment Penalty          None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 02/01/18: unpaid balance of $62,210.16

• Payment due 03/01/18: unpaid balance of $899.54

• Payment due 04/01/18: unpaid balance of $899.54

• Payment due 05/01/18: unpaid balance of $864.11

• Payment due 06/01/18: unpaid balance of $864.11

• Payment due 07/01/18: unpaid balance of $864.11

• Payment due 08/01/18: current payment due

• **Total: $67,465.68 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 08/01/2018; Payment Amount $67,465.68.** On the second page it list, **Transaction Activity (06/18/2018- 07/19/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 07/16/2018 | Property Inspection Disbursement | $13.00 | $0.00 |
| 07/16/2018 | Partial Payment Unapplied | $0.00 | $0.00 |
| 07/17/2018 | Partial Payment Unapplied | $0.00 | -$926.79 |
| 07/17/2018 | Regular Payment-(Due 11/1/2012) | $0.00 | $926.79 |

(Ex. '7', p.43).

29

78. That on or about August 21, 2018, I received a letter from Shellpoint. It stated, Our records show that your hazard insurance expired and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property**. You must pay us for any period which the insurance we buy is in effect but you do not have insurance (Ex. '7', p.48).

79. That on or about August 20, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 09/01/2018; Payment Amount $67,621.19.** It also list,

**Explanation of Payment Amount**;

Principal $229.63

Interest $478.97

Escrow (Taxes and Insurance) $155.51

**Regular Monthly Payment $864.11**

Total Fees and Charges $0.00

Past Unpaid Payment $66,757.00

**Total Payment Amount $67,621.19**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $172.35 | $343.99 |
| Interest | $536.25 | $1,073.21 |
| Escrow | $218.19 | $436.38 |
| Fees/Late Charges | $0.00 | $26.00 |
| Partial Payment (Unapplied) | -$218.19 | $266.59 |
| **Total** | **$708.60** | **$2,146.17** |

**Account Information**

Outstanding Principal $128,870.89

Interest Rate  5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or**

30

**you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 03/01/18: unpaid balance of $62,401.10

• Payment due 04/01/18: unpaid balance of $899.54

• Payment due 05/01/18: unpaid balance of $864.11

• Payment due 06/01/18: unpaid balance of $864.11

• Payment due 07/01/18: unpaid balance of $864.11

• Payment due 08/01/18: unpaid balance of $864.11

• Payment due 09/01/18: current payment due

• **Total: $67,221.19 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 09/01/2018; Payment Amount $67,621.19.** On the second page it list, **Transaction Activity (07/20/2018- 08/19/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 07/31/2018 | County Tax Bill 1 | $378.79 | $0.00 |
| 08/13/2018 | Partial Payment Unapplied | $0.00 | $708.60 |
| 08/14/2018 | Partial Payment Unapplied | $0.00 | -$926.79 |
| 08/14/2018 | Regular Payment- (Due 12/1/2012) | $0.00 | $926.79 |

(Ex. '7', p.52).

80.  That on or about September 7, 2018, I received a letter  from Shellpoint. It stated, Your evidence of property insurance documents for the above referenced property was recently received. It was noted that the Name Insured is incorrect on the policy. **Please update the name listed on the policy to read as follows:** Melani Schulte (Ex. '7', p.55).

31

81. That on or about September 20, 2018, I received a letter from Shellpoint. It stated, This is your **second and final notice** that our records show that your hazard insurance has expired and we do not have evidence that you have obtained new coverage. Because hazard insurance is required on your property, we plan to buy insurance for your property. You must pay us for any period during which the insurance we buy is in effect but you do not have insurance (Ex. '7', p.58).

82. That on or about September 20, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 10/01/2018; Payment Amount $56,357.77.** It also list,

    **Explanation of Payment Amount**;

    Principal $230.58

    Interest $478.02

    Escrow (Taxes and Insurance) $160.57

    **Regular Monthly Payment $869.17**

    Total Fees and Charges $145.00

    Past Unpaid Payment $55,343.60

    **Total Payment Amount $56,357.77**

    **Past Payment Breakdown**

    |  | Paid Last Month | Paid Year to Date |
    | --- | --- | --- |
    | Principal | $173.07 | $517.06 |
    | Interest | $535.53 | $1,608.74 |
    | Escrow | $580.01 | $1,016.39 |
    | Fees/Late Charges | $0.00 | $26.00 |
    | Partial Payment (Unapplied) | -$218.19 | $48.40 |
    | **Total** | **$1,070.42** | **$3,216.59** |

    **Account Information**

    Outstanding Principal $128,353.83

    Interest Rate  5.000%

    Prepayment Penalty  None

    **Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 04/01/18: unpaid balance of $51,303.32

• Payment due 05/01/18: unpaid balance of $708.60

• Payment due 06/01/18: unpaid balance of $869.17

• Payment due 07/01/18: unpaid balance of $869.17

• Payment due 08/01/18: unpaid balance of $869.17

• Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: current payment due

• **Total: $56,357.77 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 10/01/2018; Payment Amount $56,357.77.** On the second page it list, **Transaction Activity (08/20/2018- 09/19/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/22/2018 | BPO/Aprst Cost Disbursement | $145.00 | $0.00 |
| 08/30/2018 | Tax Refund Report | $0.00 | $361.82 |
| 09/11/2018 | Partial Payment Unapplied | $0.00 | $708.60 |
| 09/12/2018 | Partial Payment Unapplied | $0.00 | -$926.79 |
| 09/12/2018 | Regular Payment- (Due 1/1/2013) | $0.00 | $926.79 |

(Ex. '7', p.59).

83.  That on or about September 27, 2018, I faxed Shellpoint proof of insurance for the property of 1392 Echo Falls Ave. (Ex. '7', p.65).

84. That on or about October 18, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 11/01/2018; Payment Amount $56,566.74.** It also list,

**Explanation of Payment Amount**;

Principal $231.54

Interest $477.06

Escrow (Taxes and Insurance) $160.57

**Regular Monthly Payment $869.17**

Total Fees and Charges $0.00

Past Unpaid Payment $55,697.57

**Total Payment Amount $56,566.74**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $173.79 | $690.85 |
| Interest | $534.81 | $2,143.55 |
| Escrow | $48.40 | $1,064.79 |
| Fees/Late Charges | $0.00 | $26.00 |
| Partial Payment (Unapplied) | -$48.40 | $0.00 |
| **Total** | **$708.60** | **$3,925.19** |

**Account Information**

Outstanding Principal    $128,180.04

Interest Rate    5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment,

34

the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 05/01/18: unpaid balance of $51,351.72

• Payment due 06/01/18: unpaid balance of $869.17

• Payment due 07/01/18: unpaid balance of $869.17

• Payment due 08/01/18: unpaid balance of $869.17

• Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: unpaid balance of $869.17

• Payment due 11/01/18: current payment due

• **Total: $56,566.74 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 11/01/2018; Payment Amount $56,566.74.** On the second page it list, **Transaction Activity (09/20/2018- 10/17/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 10/11/2018 | Partial Payment Unapplied | $0.00 | $48.40 |
| 10/11/2018 | Regular Payment- (Due 2/1/2013) | $0.00 | $708.60 |
| 10/11/2018 | Escrow Only Payment | $0.00 | $48.40 |

(Ex. '7', p.71).

85.   That on or about October 22, 2018, I received a letter from Shellpoint. It stated, We have not received proof of hazard insurance on the above referenced property as required under the terms of your mortgage and as requested in our previous notice. Because of this, **it has become necessary to place lender-placed insurance coverage on your property** (Ex. '7' p.74).

86.   That on or about October 25, 2018, I received another mortgage statement from Shellpoint. It listed, **Payment Date 11/01/2018; Payment Amount $56,566.74.** It also list,

**Explanation of Payment Amount**;

Principal $231.54

35

Interest $477.06

Escrow (Taxes and Insurance) $160.57

**Regular Monthly Payment $869.17**

Total Fees and Charges $0.00

Past Unpaid Payment $55,697.57

**Total Payment Amount $56,566.74**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $173.79 | $690.85 |
| Interest | $534.81 | $2,143.55 |
| Escrow | $48.40 | $1,064.79 |
| Fees/Late Charges | $0.00 | $26.00 |
| Partial Payment (Unapplied) | -$48.40 | $0.00 |
| **Total** | **$708.60** | **$3,925.19** |

**Account Information**

Outstanding Principal    $128,180.04

Interest Rate    5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 05/01/18: unpaid balance of $51,351.72

• Payment due 06/01/18: unpaid balance of $869.17

36

• Payment due 07/01/18: unpaid balance of $869.17

• Payment due 08/01/18: unpaid balance of $869.17

• Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: unpaid balance of $869.17

• Payment due 11/01/18: current payment due

• **Total: $56,566.74 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 11/01/2018; Payment Amount $56,566.74.** On the second page it list, **Transaction Activity (09/20/2018- 10/17/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 10/11/2018 | Partial Payment Unapplied | $0.00 | -$48.40 |
| 10/11/2018 | Regular Payment- (Due 2/1/2013) | $0.00 | $708.60 |
| 10/11/2018 | Escrow Only Payment | $0.00 | $48.40 |
| 10/24/2018 | Reversal of Tax Refund Report | $0.00 | -$361.82 |
| 10/24/2018 | Tax Refund Report | $0.00 | $361.82 |

(Ex. '7', p.78).

87. That on or about November 6, 2018, I received a letter from Shellpoint. It stated, Your evidence of property insurance documents for the above referenced property was recently received. It was noted that the Name Insured is incorrect on the policy. **Please update the name listed on the policy to read as follows:** Melani Schulte (Ex. '7', p.79).

88. That on or about November 17, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 12/01/2018; Payment Amount $56,727.31.** It also list,

**Explanation of Payment Amount**;

Principal $233.51

Interest $476.09

Escrow (Taxes and Insurance) $160.57

**Regular Monthly Payment $869.17**

Total Fees and Charges $0.00

37

Past Unpaid Payment $55,858.14

**Total Payment Amount $56,727.31**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $174.52 | $865.37 |
| Interest | $534.08 | $2,677.63 |
| Escrow | $0.00 | $1,064.79 |
| Fees/Late Charges | $0.00 | $26.00 |
| **Total** | **$708.60** | **$4,633.79** |

**Account Information**

| Outstanding Principal | $128,005.52 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 06/01/18: unpaid balance of $51,512.29

• Payment due 07/01/18: unpaid balance of $869.17

• Payment due 08/01/18: unpaid balance of $869.17

• Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: unpaid balance of $869.17                    •

Payment due 11/01/18: unpaid balance of $869.17                    •

Payment due 12/01/18: current payment due                    •

38

**Total: $56,727.31 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 12/01/2018; Payment Amount $56,727.31.** On the second page it list, **Transaction Activity (10/28/2018- 11/16/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/06/2018 | Lender Placed Hazard Disbursement | $1,311.86 | $0.0 |
| 11/13/2018 | Regular Payment- (Due 3/1/2013) | $0.00 | $708.60 |

(Ex. '7', p.80).

89. That on or about November 21, 2018, I faxed Shellpoint proof of insurance for the property of 1392 Echo Falls Ave. (Ex. '7', p.83).

90. That on or about December 18, 2018, I received a mortgage statement from Shellpoint. It listed, **Payment Date 01/01/2019; Payment Amount $56,900.88.** It also list,

**Explanation of Payment Amount**;

Principal $233.48

Interest $475.12

Escrow (Taxes and Insurance) $160.57

**Regular Monthly Payment $869.17**

Total Fees and Charges $13.00

Past Unpaid Payment $56,018.71

**Total Payment Amount $56,900.88**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|-----------------|-------------------|
| Principal | $175.24 | $1,040.61 |
| Interest | $533.36 | $3,210.99 |
| Escrow | $0.00 | $1,064.79 |
| Fees/Late Charges | $0.00 | $26.00 |
| **Total** | **$708.60** | **$5,342.39** |

**Account Information**

Outstanding Principal  $127,830.28

39

Interest Rate                    5.000%

Prepayment Penalty          None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 07/01/18: unpaid balance of $51,685.86

• Payment due 08/01/18: unpaid balance of $869.17

• Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: unpaid balance of $869.17

• Payment due 11/01/18: unpaid balance of $869.17

• Payment due 12/01/18: unpaid balance of $869.17

• Payment due 01/01/19: current payment due

• **Total: $56,900.88 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 01/01/2019; Payment Amount $56,900.88.** On the second page it list, **Transaction Activity (11/17/2018- 12/17/2018)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/26/2018 | Property Inspection Disbursement | $13.00 | $0.0 |
| 12/10/2018 | Regular Payment- (Due 4/1/2013) | $0.00 | $708.60 |

(Ex. '7', p.88).

91.    That on or about January 8, 2019, I received a letter  from Shellpoint. It stated, We recently changed the billing frequency of your lender placed

policy's premium from monthly to annually. If you have your own coverage, please have your insurance agent forward a copy of the policy to our office as soon as possible (Ex. '8', p.2).

92.   That on or about January 14, 2019, I faxed Shellpoint a letter regarding the renewed insurance for the property of 1392 Echo Falls Ave. (Ex. '8', p.3).

93.   That on or about January 17, 2019, I received a letter from Shellpoint. It stated, Thank you for submitting an acceptable policy fo the referenced property. The policy you have submitted will replace the previous insurance information we have on record (Ex. '8', p.5).

94.   That on or about January 18, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 02/01/2019; Payment Amount $57,642.40.** It also list,

**Explanation of Payment Amount**;

Principal $234.45

Interest $474.15

Escrow (Taxes and Insurance) $160.57

**Regular Monthly Payment $869.17**

Total Fees and Charges $580.95

 Past Unpaid Payment $56,192.28

**Total Payment Amount $57,642.40**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $175.97 | $175.97 |
| Interest | $532.63 | $532.63 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$708.60** | **$708.60** |

**Account Information**

| Outstanding Principal | $127,654.31 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

41

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Account History****

**Recent Account History**

• Payment due 08/01/18: unpaid balance of $52,427.38

 • Payment due 09/01/18: unpaid balance of $869.17

• Payment due 10/01/18: unpaid balance of $869.17

• Payment due 11/01/18: unpaid balance of $869.17

• Payment due 12/01/18: unpaid balance of $869.17

• Payment due 01/01/19: unpaid balance of $869.17

• Payment due 02/01/19: current payment due

• **Total: $57,642.40 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 02/01/2019; Payment Amount $57,642.40.** On the second page it list, **Transaction Activity (12/18/2018- 01/17/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 12/21/2018 | FC Costs Disbursement | $533.75 | $0.0 |
| 12/21/2018 | Certified Mail Costs Disbursement | $7.20 | $0.00 |
| 12/21/2018 | Recording Costs Disbursement | $40.00 | $0.00 |
| 12/21/2018 | Regular Payment- (Due 5/1/2013) | $0.00 | $708.60 |

(Ex. '8', p.6).

95. That on or about February 16, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 03/01/2019; Payment Amount**

42

**$57,781.22** It also list,

**Explanation of Payment Amount**;

Principal $235.43

Interest $473.17

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $13.00

Past Unpaid Payment $56,933.80

**Total Payment Amount $57,781.22**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $176.71 | $352.68 |
| Interest | $531.89 | $1,064.52 |
| Escrow | $1,313.36 | $1,313.36 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$2,021.96** | **$2,730.56** |

**Account Information**

Outstanding Principal    $127,477.60

Interest Rate    5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

43

• Payment due 09/01/18: unpaid balance of $52,600.95

 • Payment due 10/01/18: unpaid balance of $869.17

• Payment due 11/01/18: unpaid balance of $869.17

• Payment due 12/01/18: unpaid balance of $869.17

• Payment due 01/01/19: unpaid balance of $869.17

• Payment due 02/01/19: unpaid balance of $869.17

• Payment due 03/01/19: current payment due

• **Total: $57,781.22 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 03/01/2019; Payment Amount $57,781.22.** On the second page it list, **Transaction Activity (01/18/2019- 02/15/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 01/18/2019 | Insurance-Refund | $0.00 | $1,313.36 |
| 1/21/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 02/07/2019 | Regular Payment- (Due 6/1/2013) | $0.00 | $708.60 |

(Ex. '8', p.9).

96.  That on or about March 18, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 04/01/2019; Payment Amount $58,615.64** It also list,

**Explanation of Payment Amount**;

Principal $236.41

Interest $472.19

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $155.00

 Past Unpaid Payment $57,626.22

**Total Payment Amount $58,615.64**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|-------------|---------|
| Principal | $0.00 | $352.68 |

44

| Interest | $0.00 | $1,064.52 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $155.00 | $155.00 |
| **Total** | **$155.00** | **$2,885.56** |

**Account Information**

| Outstanding Principal | $127,477.60 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 10/01/18: unpaid balance of $53,470.12

 • Payment due 11/01/18: unpaid balance of $869.17

• Payment due 12/01/18: unpaid balance of $869.17

• Payment due 01/01/19: unpaid balance of $869.17

• Payment due 02/01/19: unpaid balance of $869.17

 • Payment due 03/01/19: unpaid balance of $834.42

 • Payment due 04/01/19: current payment due

• **Total: $58,615.64 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 04/01/2019; Payment Amount $58,615.64.** On the second page it list, **Transaction Activity (02/16/2019- 03/17/2019)**

45

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 02/27/2019 | BPO/Aprsl Cost Disbursement | $155.00 | $0.00 |
| 02/27/2019 | BPO/Aprsl Cost Payment | $0.00 | $155.00 |

(Ex. '8', p.12).

97.    That on or about April 17, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 05/01/2019; Payment Amount $58,395.86.** It also list,

**Explanation of Payment Amount**;

Principal $237.39

Interest $471.21

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $363.00

Past Unpaid Payment $57,198.44

**Total Payment Amount $58,395.86**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|--|-----------------|-------------------|
| Principal | $355.62 | $708.30 |
| Interest | $1,061.58 | $2,126.10 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $155.00 |
| **Total** | **$1,417.20** | **$4,302.76** |

**Account Information**

| Outstanding Principal | $127,121.98 |
|-----------------------|-------------|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

46

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 11/01/18: unpaid balance of $53,285.09

 • Payment due 12/01/18: unpaid balance of $869.17

• Payment due 01/01/19: unpaid balance of $869.17

• Payment due 02/01/19: unpaid balance of $869.17

• Payment due 03/01/19: unpaid balance of $834.42

 • Payment due 04/01/19: unpaid balance of $834.42

 • Payment due 05/01/19: current payment due

**• Total: $58,395.86 unpaid amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 05/01/2019; Payment Amount $58,395.86.** On the second page it list, **Transaction Activity (03/18/2019- 04/16/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/18/2019 | Regular Payment-(Due 7/1/2013) | $0.00 | $708.60 |
| 03/20/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 04/05/2019 | Attorney Cost Disbursement | $350.00 | $0.00 |
| 04/29/2019 | Regular Payment-(Due 8/1/2013) | $0.00 | $708.60 |

(Ex. '8', p.13).

98.  That on or about May 18, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 06/01/2019; Payment Amount $58,521.68.** It also list,

**Explanation of Payment Amount;**

Principal $238.38

Interest $470.22

Escrow (Taxes and Insurance) $125.82

47

**Regular Monthly Payment $834.42**

Total Fees and Charges $0.00

Past Unpaid Payment $57,687.26

**Total Payment Amount $58,521.68**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $178.93 | $887.23 |
| Interest | $529.67 | $2,655.77 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $155.00 |
| **Total** | **$708.60** | **$5,011.36** |

**Account Information**

Outstanding Principal    $126,943.05

Interest Rate            5.000%

Prepayment Penalty       None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 12/01/18: unpaid balance of $53,445.66

• Payment due 01/01/19: unpaid balance of $869.17

• Payment due 02/01/19: unpaid balance of $869.17

• Payment due 03/01/19: unpaid balance of $834.42

• Payment due 04/01/19: unpaid balance of $834.42

48

• Payment due 05/01/19: unpaid balance of $834.42

• Payment due 06/01/19: current payment due

• **Total: $58,521.68  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 06/01/2019; Payment Amount $58,521.68.** On the second page it list, **Transaction Activity (04/17/2019-05/17/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 05/07/2019 | Regular Payment-(Due 9/1/2013) | $0.00 | $708.60 |

(Ex. '8', p.16).

99.   That on or about June 17, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 07/01/2019; Payment Amount $58,647.50.** It also list,

**Explanation of Payment Amount;**

Principal $239.37

Interest $469.23

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $125.00

 Past Unpaid Payment $57,688.08

**Total Payment Amount $58,647.50**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|--|-----------------|-------------------|
| Principal | $179.67 | $1,066.90 |
| Interest | $528.93 | $3,184.70 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $125.00 | $280.00 |
| **Total** | **$833.60** | **$5,844.96** |

**Account Information**

Outstanding Principal   $126,763.38

Interest Rate   5.000%

49

Prepayment Penalty         None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 01/01/19: unpaid balance of $53,606.23

• Payment due 02/01/19: unpaid balance of $869.17

• Payment due 03/01/19: unpaid balance of $834.42

• Payment due 04/01/19: unpaid balance of $834.42

• Payment due 05/01/19: unpaid balance of $834.42

• Payment due 06/01/19: unpaid balance of $834.42

• Payment due 07/01/19: current payment due

• **Total: $58,647.50  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 07/01/2019; Payment Amount $58,647.50.** On the second page it list, **Transaction Activity (05/18/2019-06/16/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 05/27/2019 | BPO/Aprst Cost Disbursement | $125.00 | $0.00 |
| 05/28/2019 | BPO/Aprst Cost Payment | $0.00 | $125.00 |
| 06/07/2019 | Regular Payment-(Due 10/1/2013) | $0.00 | $708.60 |

(Ex. '8', p.17).

100.   That on or about July 26, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 08/01/2019; Payment Amount**

50

**$58,799.32.** It also list,

**Explanation of Payment Amount**;

Principal $240.37

Interest $468.23

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $26.00

Past Unpaid Payment $57,938.90

**Total Payment Amount $58,799.32**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $180.42 | $1,247.32 |
| Interest | $528.18 | $3,712.88 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$6,553.56** |

**Account Information**

Outstanding Principal    $126,582.96

Interest Rate    5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *****Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

51

• Payment due 02/01/19: unpaid balance of $53,792.80

• Payment due 03/01/19: unpaid balance of $834.42

• Payment due 04/01/19: unpaid balance of $834.42

• Payment due 05/01/19: unpaid balance of $834.42

• Payment due 06/01/19: unpaid balance of $834.42

• Payment due 07/01/19: unpaid balance of $834.42

• Payment due 08/01/19: current payment due

• **Total: $58,799.32  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 08/01/2019; Payment Amount $58,799.32.** On the second page it list, **Transaction Activity (06/17/2019-07/25/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 06/18/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 07/08/2019 | Regular Payment-(Due 11/1/2013) | $0.00 | $708.60 |
| 07/24/2019 | Property Inspection Disbursement | $13.00 | $0.00 |

(Ex. '8', p.20).

101.   That on or about August 18, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 09/01/2019; Payment Amount $58,938.14.** It also list,

**Explanation of Payment Amount;**

Principal $241.37

Interest $467.23

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $13.00

Past Unpaid Payment $58,090.72

**Total Payment Amount $58,938.14**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|--|-----------------|-------------------|
| Principal | $181.17 | $1,428.49 |

52

| | | |
|---|---|---|
| Interest | $527.43 | $4,240.31 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$7,262.16** |

**Account Information**

| | |
|---|---|
| Outstanding Principal | $126,401.79 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 03/01/19: unpaid balance of $53,931.62

• Payment due 04/01/19: unpaid balance of $834.42

• Payment due 05/01/19: unpaid balance of $834.42

• Payment due 06/01/19: unpaid balance of $834.42

• Payment due 07/01/19: unpaid balance of $834.42

• Payment due 08/01/19: unpaid balance of $834.42

• Payment due 09/01/19: current payment due

• **Total: $58,938.14  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 09/01/2019; Payment Amount $58,938.14.** On the second page it list, **Transaction Activity (07/26/2019-08/17/2019)**

53

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/05/2019 | County Tax Bill 1 | $396.86 | $0.00 |
| 08/09/2019 | Regular Payment-(Due 12/1/2013) | $0.00 | $708.60 |
| 08/16/2019 | Property Inspection Disbursement | $13.00 | $0.00 |

(Ex. '8', p.21).

102.  That on or about August 21, 2019, I received a letter  from Shellpoint. It stated, Our records show that your hazard insurance expired and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property**. You must pay us for any period which the insurance we buy is in effect but you do not have insurance (Ex. '8' p.24).

103.  That on or about September 6, 2019, I received a letter  from Shellpoint. It stated, The lender-placed insurance we purchased for your property is cancelled effective August 14, 2019 for one of the reasons stated below: Adequate insurance coverage was provided; Your mortgage loan is paid in full.; Servicing of your mortgage was transferred to another lender. (Ex. '8' p.28).

104.  That on or about September 17, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 10/01/2019; Payment Amount $59,063.96.** It also list,

**Explanation of Payment Amount**;

Principal $242.38

Interest $466.22

Escrow (Taxes and Insurance) $125.82

**Regular Monthly Payment $834.42**

Total Fees and Charges $0.00

Past Unpaid Payment $58,229.54

**Total Payment Amount $59,063.96**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|-----------------|-------------------|
| Principal | $181.93 | $1,610.42 |

| | | |
|---|---|---|
| Interest | $526.67 | $4,766.98 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$7,970.76** |

**Account Information**

| | |
|---|---|
| Outstanding Principal | $126,219.86 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 04/01/19: unpaid balance of $54,057.44
• Payment due 05/01/19: unpaid balance of $834.42
• Payment due 06/01/19: unpaid balance of $834.42
• Payment due 07/01/19: unpaid balance of $834.42
• Payment due 08/01/19: unpaid balance of $834.42
• Payment due 09/01/19: unpaid balance of $834.42
• Payment due 10/01/19: current payment due

• **Total: $59,063.96  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 10/01/2019; Payment Amount $59,063.96.** On the second page it list, **Transaction Activity (08/18/2019-09/16/2019)**

55

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/10/2019 | Regular Payment-(Due 1/1/2014) | $0.00 | $708.60 |
| (Ex. '8' p.29). | | | |

105.    That on or about October 18, 2019, Mrs. Schulte received a mortgage statement from Shellpoint. It listed, **Payment Date 11/01/2019; Payment Amount $60,185.31.** It also list,

**Explanation of Payment Amount;**

Principal $243.39

Interest $465.21

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $989.50

 Past Unpaid Payment $58,355.36

**Total Payment Amount $60,185.31**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|-----------------|-------------------|
| Principal | $182.68 | $1,793.10 |
| Interest | $525.92 | $5,292.90 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$8,679.36** |

**Account Information**

| | |
|------|------|
| Outstanding Principal | $125,853.73 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied

to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 06/01/19: unpaid balance of $55,298.58

• Payment due 07/01/19: unpaid balance of $834.42

• Payment due 08/01/19: unpaid balance of $834.42

• Payment due 09/01/19: unpaid balance of $834.42

• Payment due 10/01/19: unpaid balance of $834.42

• Payment due 11/01/19: unpaid balance of $840.45

• Payment due 12/01/19: current payment due

• **Total: $60,317.16  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 12/01/2019; Payment Amount $60,317.16.** On the second page it list, **Transaction Activity (10/18/2019-11/16/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/10/2019 | Regular Payment-(Due 3/1/2014) | $0.00 | $708.60 |

(Ex. '8' p.31).

106.  That on or about November 17, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 12/01/2019; Payment Amount $60,317.16.** It also list,

**Explanation of Payment Amount;**

Principal $244.40

Interest $464.20

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $0.00

Past Unpaid Payment $59,476.71

**Total Payment Amount $60,317.16**

57

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $183.45 | $1,976.55 |
| Interest | $525.15 | $5,818.05 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$9,387.96** |

**Account Information**

| | |
|---|---|
| Outstanding Principal | $125,853.73 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 06/01/19: unpaid balance of $55,298.58

• Payment due 07/01/19: unpaid balance of $834.42

• Payment due 08/01/19: unpaid balance of $834.42

• Payment due 09/01/19: unpaid balance of $834.42

• Payment due 10/01/19: unpaid balance of $834.42

• Payment due 11/01/19: unpaid balance of $840.45

• Payment due 12/01/19: current payment due

• **Total: $60,317.16  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment**

**Amount; Payment Date 12/01/2019; Payment Amount $60,317.16.**
On the second page it list, **Transaction Activity (10/18/2019-11/16/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/10/2019 | Regular Payment-(Due 3/1/2014) | $0.00 | $708.60 |

(Ex. '8' p.33).

107. That on or about December 18, 2019, I received a mortgage statement from Shellpoint. It listed, **Payment Date 01/01/2020; Payment Amount $60,462.01.** It also list,

**Explanation of Payment Amount;**

Principal $245.42

Interest $463.18

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $13.00

Past Unpaid Payment $59,608.56

**Total Payment Amount $60,462.01**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|--|-----------------|-------------------|
| Principal | $184.21 | $2,160.76 |
| Interest | $524.39 | $6,342.44 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$10,096.56** |

**Account Information**

Outstanding Principal    $125,669.52

Interest Rate    5.000%

Prepayment Penalty    None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in**

59

**bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 07/01/19: unpaid balance of $55,437.40

• Payment due 08/01/19: unpaid balance of $834.42

• Payment due 09/01/19: unpaid balance of $834.42

• Payment due 10/01/19: unpaid balance of $834.42

• Payment due 11/01/19: unpaid balance of $840.45

• Payment due 12/01/19: unpaid balance of $840.45

• Payment due 01/01/20: current payment due

• **Total: $60,462.01  amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 01/01/2020; Payment Amount $60,462.01.** On the second page it list, **Transaction Activity (11/17/2019-12/17/2019)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/20/2019 | Regular Inspection Disbursement | $13.00 | $0.00 |
| 12/06/2019 | Regular Payment-(Due 4/1/2014) | $0.00 | $708.60 |

(Ex. '8' p.35).

108.  That on or about January 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 02/01/2020; Payment Amount $61,668.86.** It also list,

**Explanation of Payment Amount**;

Principal $246.44

Interest $462.16

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $1,075.00

Past Unpaid Payment $59,753.41

**Total Payment Amount $61,668.86**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal | $184.98 | $184.98 |
| Interest | $523.62 | $523.62 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$708.60** | **$708.60** |

**Account Information**

| Outstanding Principal | $125,484.54 |
| --- | --- |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 08/01/19: unpaid balance of $56,638.22

• Payment due 09/01/19: unpaid balance of $834.42

• Payment due 10/01/19: unpaid balance of $834.42

• Payment due 11/01/19: unpaid balance of $840.45

• Payment due 12/01/19: unpaid balance of $840.45

61

• Payment due 01/01/20: unpaid balance of $840.45

• Payment due 02/01/20: current payment due

• **Total: $61,668.86 amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 02/01/2020; Payment Amount $61,668.86** On the second page it list, **Transaction Activity (12/18/2019-01/17/2020)**

| **Date** | **Description** | **Charges** | **Payments** |
|---|---|---|---|
| 01/07/2020 | Attorney Cost Disbursement | $1,075.00 | $0.00 |
| 01/07/2020 | Regular Payment-(Due 5/1/2014) | $0.00 | $708.60 |

(Ex. '9' p.2).

109. That on or about February 16, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 03/01/2020; Payment Amount $61,908.71.** It also list,

**Explanation of Payment Amount;**

Principal $247.47

Interest $461.13

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $208.00

Past Unpaid Payment $60,860.26

**Total Payment Amount $61,908.71**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $185.75 | $370.73 |
| Interest | $522.85 | $1,046.47 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $100.00 | $100.00 |
| **Total** | **$808.60** | **$1,517.20** |

**Account Information**

Outstanding Principal $125,296.79

Interest Rate                5.000%

Prepayment Penalty        None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

- Payment due 09/01/19: unpaid balance of $56,872.04
- Payment due 10/01/19: unpaid balance of $834.42
- Payment due 11/01/19: unpaid balance of $840.45
- Payment due 12/01/19: unpaid balance of $840.45
- Payment due 01/01/20: unpaid balance of $840.45
- Payment due 02/01/20: unpaid balance of $840.45
- Payment due 03/01/20: current payment due
- **Total: $61,908.71 amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 03/01/2020; Payment Amount $61,908.71**

On the second page it list, **Transaction Activity (01/18/2020-02/15/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 01/27/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 01/28/2020 | BPO/Aprsl Cost Disbursement | $95.00 | $0.00 |
| 02/03/2020 | BPO/Aprsl Cost Disbursement | $100.00 | $0.00 |
| 02/03/2020 | BPO/Aprsl Cost Payment | $0.00 | $100.00 |
| 02/10/2020 | Regular Payment-(Due 6/1/2014) | $0.00 | $708.60 |

(Ex. '9' p.5).

110.     That on or about March 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 04/01/2020; Payment Amount $62,053.56** It also list,

**Explanation of Payment Amount;**

Principal $248.50

Interest $460.10

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $13.00

Past Unpaid Payment $61,200.11

**Total Payment Amount $62,053.56**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $186.52 | $557.25 |
| Interest | $522.08 | $1,568.55 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$708.60** | **$2,225.80** |

**Account Information**

| Outstanding Principal | $125,112.27 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 *Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment,

64

the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 10/01/19: unpaid balance of $57,010.86

• Payment due 11/01/19: unpaid balance of $840.45

• Payment due 12/01/19: unpaid balance of $840.45

• Payment due 01/01/20: unpaid balance of $840.45

• Payment due 02/01/20: unpaid balance of $840.45

• Payment due 03/01/20: unpaid balance of $840.45

• Payment due 04/01/20: current payment due

• **Total: $62,053.56 amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 04/01/2020; Payment Amount $62,053.56** On the second page it list, **Transaction Activity (02/16/2020-03/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 02/20/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 03/09/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 03/09/2020 | Partial Payment Unapplied | $0.00 | -$708.60 |
| 03/09/2020 | Regular Payment-(Due 7/1/2014) | $0.00 | $708.60 |

(Ex. '9' p.6).

111. That on or about April 17, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 05/01/2020; Payment Amount $62,185.41.** It also list,

**Explanation of Payment Amount**;

Principal $249.54

Interest $459.06

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $0.00

Past Unpaid Payment $61,344.96

65

**Total Payment Amount $62,185.41**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
| --- | --- | --- |
| Principal | $187.30 | $744.55 |
| Interest | $521.30 | $2,089.85 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $100.00 |
| **Total** | **$708.60** | **$2,934.40** |

**Account Information**

| | |
| --- | --- |
| Outstanding Principal | $124,924.97 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 11/01/19: unpaid balance of $57,142.71

• Payment due 12/01/19: unpaid balance of $840.45

• Payment due 01/01/20: unpaid balance of $840.45

• Payment due 02/01/20: unpaid balance of $840.45

• Payment due 03/01/20: unpaid balance of $840.45

• Payment due 04/01/20: unpaid balance of $840.45

• Payment due 05/01/20: current payment due

• **Total: $62,185.41 amount that, if paid, would bring your loan**

**current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 05/01/2020; Payment Amount $62,185.41** On the second page it list, **Transaction Activity (03/18/2020-04/16/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 04/16/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 04/16/2020 | Partial Payment Unapplied | $0.00 | -$708.60 |
| 04/16/2020 | Regular Payment-(Due 8/1/2014) | $0.00 | $708.60 |

(Ex. '9' p.7).

112.    That on or about May 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 06/01/2020; Payment Amount $64,084.76.** It also list,

**Explanation of Payment Amount;**

Principal $250.58

Interest $458.02

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $1,767.50

  Past Unpaid Payment $61,476.81

**Total Payment Amount $64,084.76**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|------|-----------------|-------------------|
| Principal | $188.08 | $932.63 |
| Interest | $520.52 | $2,610.37 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $100.00 |
| **Total** | **$708.60** | **$3,643.00** |

**Account Information**

| Outstanding Principal | $124,736.89 |
|-----------------------|-------------|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

67

**<u>Bankruptcy Message</u>**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**<u>Important Message</u>**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**<u>\*\*Account History\*\*</u>**

**Recent Account History**

• Payment due 12/01/19: unpaid balance of $59,042.06

 • Payment due 01/01/19: unpaid balance of $840.45

 • Payment due 02/01/20: unpaid balance of $840.45

 • Payment due 03/01/20: unpaid balance of $840.45

 • Payment due 04/01/20: unpaid balance of $840.45

 • Payment due 05/01/20: unpaid balance of $840.45

 • Payment due 06/01/20: current payment due

**• Total: $64,084.76 amount that, if paid, would bring your loan current.** At the bottom on the Detach portion of the page it listed **Payment Amount; Payment Date 06/01/2020; Payment Amount $64,084.76.** On the second page it list, **Transaction Activity (04/17/2020- 05/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 04/17/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 04/16/2020 | BK Costs Disbursement | $1,741.50 | $0.00 |
| 04/16/2020 | Regular Payment-(Due 9/1/2014) | $0.00 | $708.60 |
| 05/14/2020 | Property Inspection Disbursement | $13.00 | $0.00 |

(Ex. '9' p.11).

113.    That on or about June 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 07/01/2020; Payment Amount**

68

**$64,229.61.** It also list,

**Explanation of Payment Amount**;

Principal $251.62

Interest $456.98

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $108.00

 Past Unpaid Payment $63,281.16

**Total Payment Amount $64,229.61**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $188.86 | $1,121.49 |
| Interest | $519.74 | $3,130.11 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $95.00 | $195.00 |
| **Total** | **$803.60** | **$4,446.60** |

**Account Information**

Outstanding Principal    $124,548.03

Interest Rate                  5.000%

Prepayment Penalty      None

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

69

• Payment due 01/01/20: unpaid balance of $59,186.91

• Payment due 02/01/20: unpaid balance of $840.45

• Payment due 03/01/20: unpaid balance of $840.45

• Payment due 04/01/20: unpaid balance of $840.45

• Payment due 05/01/20: unpaid balance of $840.45

• Payment due 06/01/20: unpaid balance of $840.45

• Payment due 07/01/20: current payment due

• **Total: $64,229.61 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (05/18/2020-06/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 05/19/2020 | BPO/Aprsl Cost Disbursement | $95.00 | $0.00 |
| 05/19/2020 | BPO/Aprsl Costs Payment | $0.00 | $95.00 |
| 06/10/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 06/10/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 06/10/2020 | Partial Payment Unapplied | $0.00 | -$708.60 |
| 06/10/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 06/11/2020 | Partial Payment Unapplied | $0.00 | -$708.60 |
| 06/11/2020 | Regular Payment-(Due 10/1/2014) | $0.00 | $708.60 |

(Ex. '9' p.13).

114.  That on or about July 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 08/01/2020; Payment Amount $67,706.96.** It also list,

**Explanation of Payment Amount**;

Principal $252.67

Interest $455.93

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $3,345.50

Past Unpaid Payment $63,521.01

**Total Payment Amount $67,706.96**

70

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $189.65 | $1,311.14 |
| Interest | $518.95 | $3,649.06 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $195.00 |
| **Total** | **$708.60** | **$5,155.20** |

**Account Information**

| Outstanding Principal | $124,358.38 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 ***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 02/01/20: unpaid balance of $62,664.26

• Payment due 03/01/20: unpaid balance of $840.45

• Payment due 04/01/20: unpaid balance of $840.45

• Payment due 05/01/20: unpaid balance of $840.45

• Payment due 06/01/20: unpaid balance of $840.45

• Payment due 07/01/20: unpaid balance of $840.45

• Payment due 08/01/20: current payment due

**• Total: $67,706.96 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (06/18/2020-**

71

**07/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 07/07/2020 | BK Cost Disbursement | $3,268.00 | $0.00 |
| 07/13/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 07/13/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 07/13/2020 | Partial Payment Unapplied | $0.00 | $708.60 |
| 07/13/2020 | Regular Payment-(Due 10/1/2014) | $0.00 | $708.60 |
| 07/15/2020 | BK Cost Disbursement | $64.50 | $0.00 |

(Ex. '9' p.15).

115.  That on or about August 4, 2020, I received a letter from Shellpoint. It stated, Your property insurance policy for the above property was recently received. Upon review, it was noted there is a discrepancy in the property description on the policy. Please update the property listed in the policy to read as follows: **1392 ECHO FALL AVE LAS VEGAS, NV 89123** (Ex. '9' p.17).

116.  That on or about August 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 09/01/2020; Payment Amount $68,560.41.** It also list,

**Explanation of Payment Amount**;

Principal $253.72

Interest $454.88

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $13.00

Past Unpaid Payment $67,706.96

**Total Payment Amount $68,560.41**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|------|------|
| Principal | $0.00 | $1,311.14 |
| Interest | $0.00 | $3,649.06 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $195.00 |

72

| Total | $0.00 | $5,155.20 |

**Account Information**

| Outstanding Principal | $124,358.38 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 03/01/20: unpaid balance of $63,517.71

• Payment due 04/01/20: unpaid balance of $840.45

• Payment due 05/01/20: unpaid balance of $840.45

• Payment due 05/01/20: unpaid balance of $840.45

• Payment due 07/01/20: unpaid balance of $840.45

• Payment due 08/01/20: unpaid balance of $840.45

• Payment due 09/01/20: current payment due

• **Total: $68,560.41 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (07/18/2020-08/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/03/2020 | County Tax Bill 1 | $424.00 | $0.00 |
| 08/05/2020 | Property Inspection Disbursement | $13.00 | $0.00 |

(Ex. '9' p.20).

117.    That on or about August 26, 2020, I faxed Shellpoint proof of renewed

insurance for the property of 1392 Echo Falls Ave., and asking them to remove the unnecessary coverage and remove any charges with such coverage from her account (Ex. '9' p.22).

118. That on or about September 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 10/01/2020; Payment Amount $68,705.26.** It also list,

**Explanation of Payment Amount**;

Principal $254.78

Interest $453.82

Escrow (Taxes and Insurance) $131.85

**Regular Monthly Payment $840.45**

Total Fees and Charges $13.00

Past Unpaid Payment $67,851.81

**Total Payment Amount $68,705.26**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $190.44 | $1,501.58 |
| Interest | $518.16 | $4,167.22 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $195.00 |
| **Total** | **$708.60** | **$5,863.80** |

**Account Information**

| Outstanding Principal | $124,167.94 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied

74

to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 06/01/20: unpaid balance of $840.45

• Payment due 07/01/20: unpaid balance of $840.45

• Payment due 08/01/20: unpaid balance of $840.45

• Payment due 09/01/20: unpaid balance of $840.45

• Payment due 04/01/20: unpaid balance of $63,662.56

• Payment due 05/01/20: unpaid balance of $840.45

• Payment due 10/01/20: current payment due

**• Total: $68,705.26 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (08/18/2020-09/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/18/2020 | Regular Payment-(Due 12/1/2014) | $0.00 | $708.60 |
| 09/02/2020 | Property Inspection Disbursement | $13.00 | $0.00 |

(Ex. '9' p.27).

119. That on or about October 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 11/01/2020; Payment Amount $68,150.39.** It also list,

**Explanation of Payment Amount;**

Principal $255.84

Interest $452.76

Escrow (Taxes and Insurance) $140.73

**Regular Monthly Payment $849.33**

Total Fees and Charges $13.00

Past Unpaid Payment $67,288.06

**Total Payment Amount $68,105.39**

**Past Payment Breakdown**

|                      | Paid Last Month | Paid Year to Date |
|----------------------|-----------------|-------------------|
| Principal            | $383.26         | $1,884.84         |
| Interest             | $1,033.94       | $5,201.16         |
| Escrow               | $0.00           | $0.00             |
| Fees/Late Charges    | $0.00           | $195.00           |
| **Total**            | **$1,417.20**   | **$7,281.00**     |

**Account Information**

| Outstanding Principal | $124,784.68 |
|-----------------------|-------------|
| Interest Rate         | 5.000%      |
| Prepayment Penalty    | None        |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 05/01/20: unpaid balance of $63,098.81

• Payment due 06/01/20: unpaid balance of $840.45

• Payment due 07/01/20: unpaid balance of $840.45

• Payment due 08/01/20: unpaid balance of $840.45

• Payment due 09/01/20: unpaid balance of $840.45

 • Payment due 10/01/20: unpaid balance of $840.45

 • Payment due 11/01/20: current payment due

• **Total: $68,150.39 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (09/18/2020-10/17/2020)**

76

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/23/2020 | Regular Payment-(Due 1/1/2015) | $0.00 | $708.60 |
| 09/30/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 10/15/2020 | Regular Payment-(Due 2/1/2015) | $0.00 | $708.60 |

(Ex. '9' p.29).

120.    That on or about November 18, 2020, I received a mortgage statement from Shellpoint. It listed, **Payment Date 12/01/2020; Payment Amount $68,304.12.** It also list,

**Explanation of Payment Amount**;

Principal $256.91

Interest $451.69

Escrow (Taxes and Insurance) $140.73

**Regular Monthly Payment $849.33**

Total Fees and Charges $13.00

Past Unpaid Payment $67,441.79

**Total Payment Amount $68,304.12**

**Past Payment Breakdown**

| | Paid Last Month | Paid Year to Date |
|------|-----------------|-------------------|
| Principal | $192.83 | $2,077.67 |
| Interest | $515.77 | $5,716.93 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $195.00 |
| **Total** | **$708.60** | **$7,989.60** |

**Account Information**

| | |
|------|------|
| Outstanding Principal | $123,591.85 |
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

77

**Important Message**

 **Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 09/01/20: unpaid balance of $840.45

• Payment due 10/01/20: unpaid balance of $840.45

• Payment due 11/01/20: unpaid balance of $840.45

• Payment due 06/01/20: unpaid balance of $63,243.66

• Payment due 07/01/20: unpaid balance of $840.45

• Payment due 08/01/20: unpaid balance of $840.45

• Payment due 12/01/20: current payment due

• **Total: $68,304.12 amount that, if paid, would bring your loan current.** On the second page it list, **Transaction Activity (10/19/2020-11/17/2020)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/04/2020 | Property Inspection Disbursement | $13.00 | $0.00 |
| 11/09/2020 | Regular Payment-(Due 3/1/2015) | $0.00 | $708.60 |

(Ex. '9' p.31).

121.  That on or about January 18, 2021, I received a mortgage statement from Shellpoint. It listed, **Payment Date 2/01/2021; Payment Amount $69,665.08.** It also list,

**Explanation of Payment Amount**;

Principal $259.05

Interest $449.55

Escrow (Taxes and Insurance) $140.73

**Regular Monthly Payment $849.33**

Total Fees and Charges $430.00

Past Unpaid Payment $68,385.75

78

**Total Payment Amount $69,665.08**

**Past Payment Breakdown**

|  | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $194.44 | $194.44 |
| Interest | $514.16 | $514.16 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$708.60** | **$708.60** |

**Account Information**

| Outstanding Principal | $123,203.78 |
|---|---|
| Interest Rate | 5.000% |
| Prepayment Penalty | None |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

**Important Message**

 **\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**\*\*Account History\*\***

**Recent Account History**

• Payment due 08/01/20: unpaid balance of $64,586.86

• Payment due 09/01/20: unpaid balance of $840.45

• Payment due 10/01/20: unpaid balance of $840.45

• Payment due 11/01/20: unpaid balance of $849.33

• Payment due 12/01/20: unpaid balance of $849.33

• Payment due 01/01/21: unpaid balance of $849.33

• Payment due 02/01/21: current payment due

• **Total: $69,665.08 amount that, if paid, would bring your loan**

**current.** On the second page it list, **Transaction Activity (12/18/2020-01/17/2021)**

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/04/2020 | BK Costs Disbursement | $430.00 | $0.00 |
| 11/09/2020 | Regular Payment-(Due 5/1/2015) | $0.00 | $708.60 |

On the last page it also attaches a fee schedule (Ex. '9' p.33).

122. That starting around July 2015 and going on into late 2020, I received the attached true and correct copies of dozens of written correspondence from Shellpoint with the wrong monthly payments and interest rate and loan balance.

123. That on several occasions, I would get so tired of the incorrect amount and interest rate on the mortgage statements that I would write to Shellpoint requesting information regarding the loan account.

124. That the payments made between the date of the bankruptcy in the court ordered amount of **$708.60** at a rate of 5.00% were not applied correctly, or at all.

125. That Shellpoint has left those payments in an unapplied funds category and not applied them correctly to the balance. Thus the loan balance never decreases.

126. That Shellpoint continually added in to the account pre-bankruptcy charges, fees etc. that had been stripped from the loan at confirmation.

127. That Shellpoint continually added these false amounts, claiming that I'm due and owing, placing me into default status as Shellpoint numbers are completely inaccurate. Filing false documents with the Clark County Recorder's Office based on the above inaccurate and incorrect numbers. Failing to correctly Board the loan per the bankruptcy confirmation numbers. Filing incorrect and inaccurate information on my credit report causing my credit score to be lowered. Not sending me monthly statements with correct information detailed within.

128. That most of the time Shellpoint would not respond to my letters.

129. That my exhusband William R. Schulte passed on January 21, 2020.

130. That attached to this motion are some of the dozens of incorrect mortgage statements from Shellpoint, I received during my bankruptcy and after plan confirmation.

131. That Shellpoint had not filed anything or even sent me my Mortgage statements for several years.

132. That Shellpoint included payments for taxes and insurance in violation of the Order, thus claiming we were in Default.

133. That Shellpoint has called me numerous times on my private cellular number without authorization, even though they have my land line.

134. That each time, I informed them that this was not acceptable and to call me on my land line as they were not authorized to call me on my cell phone.

135. That this continued to happened numerous times without my permission.

136. That they also called my land line during the time period of the 2017 bankruptcy case.

137. That these have, and continue to cause an emotional strain on me.

138. That because of how Ocwen and Shellpoint have calculated my payments and reported my loan on the Echo Falls property my credit reports have been negatively affected.

139. That I have spent money on gas and on copies going back and forth to my attorney office of $150.

140. That I have spent over $25,000 on attorneys fees attempting to straighten the accounting out.

Dated this  16th  day of April 2021.


Melani Schulte

81

**Suspect:**
- ☐ Cited  ☐ Arrested  ☐ Unknown
- ☐ City  ☐ County
- ☐ Misdemeanor  ☐ Gross Misdemeanor
- ☐ Felony

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# VICTIM'S INFORMATION GUIDE

702-828-8163

| Offense | Area Command | Event Number |
|---|---|---|
| Burglary | DTAC | 160209-2291 |

This report is important for you to keep since it is the only way you will have to refer to your particular case and event number. If you need a copy of your report, it can be obtained during the hours of 8 a.m. to 5 p.m., Monday through Friday, 8 a.m. to 3 p.m. on weekends from the LVMPD Police Records Section, 400 S. Martin L. King Blvd., Bldg. C, (702) 828-3476, **FIVE WORKING DAYS** after filing of the report, for a nominal fee.

> **ATTENTION: IT IS YOUR RESPONSIBILITY TO IMMEDIATELY NOTIFY THE LVMPD IF YOU SHOULD RECOVER YOUR STOLEN VEHICLE YOURSELF.**

The department relies on a number of factors available in any report to assign a follow-up investigator. Experience has proven that certain information must normally be determined at the time of the initial investigation before a case has the potential for being solved. Without suspects, witnesses, evidence, or other investigative leads, a case cannot be solved except under special circumstances. For example, a suspect caught committing another crime is found with evidence linking him to this one, or he may confess to other crimes including this one. **If you have any questions or additional information, please contact the detective handling your case at the appropriate telephone number listed below or complete an Additional Crime Information report. (Refer to the Event Number listed above.)**

## OBLIGATIONS OF CITIZENS FILING MISDEMEANOR CRIME REPORTS WITH LVMPD

1. If an arrest was not made, or if a citation was not issued, and you wish to pursue this matter, you must contact the detective assigned to handle your case at the appropriate number listed below, **AT LEAST TEN (10) BUSINESS DAYS AFTER THE REPORT HAS BEEN FILED**, Monday through Friday, 8:00 a.m. - 4:00 p.m. You may be required to testify against the defendant (suspect) if the case is prosecuted in the courts. All felonies will be investigated.

2. **You must give the Event Number at the top of this page if you call about your case.**

3. **If the suspect in your case is arrested or cited for a misdemeanor, DO NOT CONTACT THE DETECTIVE ASSIGNED TO YOUR CASE.** You may get information about the status of your case by contacting either the County or City Victim Advocates (listed below). The police department does not have any court information.

4. If this is a misdemeanor crime report and is for **INSURANCE PURPOSES ONLY or YOU DO NOT WISH TO PROSECUTE**, and no one has been arrested, please **DO NOT** contact the detective.

5. If no arrest has been made and you need victim assistance, you may contact a Victim Advocate from the Police Department at (702) 828-2955.

## CONTACT TELEPHONE NUMBERS

| | | | |
|---|---|---|---|
| Firearms | (702) 828-2953 | Bolden Area Command | (702) 828-3874 |
| Identity Crimes | (702) 828-3483 | Convention Center Area Command | (702) 828-3204 |
| Fraud | (702) 828-3285 | Downtown Area Command | (702) 828-4314 |
| Abuse-Neglect | (702) 828-3364 | Enterprise Area Command | (702) 828-4809 |
| Homicide | (702) 828-3521 | Northeast Area Command | (702) 828-7355 |
| High Risk Runaway Detail | (702) 828-3561 | Northwest Area Command | (702) 828-8577 |
| Missing Persons | (702) 828-2907 | Southeast Area Command | (702) 828-8242 |
| Robbery | (702) 828-3591 | South Central Area Command | (702) 828-8639 / (702) 828-8313 |
| Sexual Assault | (702) 828-3421 | | |

**LVMPD VICTIM ADVOCATE:** Provides crisis intervention, an assessment of the immediate needs of the victims and their families, initiates crime victim assistance paperwork, provides referrals to other agencies, and functions as a liaison with LVMPD personnel and other law enforcement agencies. For assistance, please call the LVMPD Victim Advocate at (702) 828-2955 Monday through Friday 7:00 a.m. - 4:00 p.m.

**LAS VEGAS CITY ATTORNEY VICTIM/WITNESS ASSISTANCE:** Provides specialized advocacy for victims of domestic violence or battery occurring within the City of Las Vegas. If you are a victim of domestic violence or battery and an arrest has been made or a citation has been issued, please contact the Las Vegas City Attorney's Victim Witness Advocate at (702) 229-2525.

**CLARK COUNTY DISTRICT ATTORNEY VICTIM/WITNESS ASSISTANCE CENTER:** Provides Justice Court and District Court case information and addresses any concerns you may have regarding your appearance as a witness. When you receive a subpoena to appear in a Justice Court or District Court case, please contact the Victim Witness Assistance Center at (702) 671-2525. If you move or have another address where you wish to receive a subpoena, please contact the advocates at the court.

**ASSISTANCE TO VICTIMS OF VIOLENT CRIME:** Victims of violent crime who are physically injured or victims of sexual assault may qualify for medical and counseling assistance from the State of Nevada under NRS 217. For information, contact the LVMPD Victim/Witness Advocate or the Nevada State Victims of Violent Crime Program at (702) 486-2740. Note: Applications for this service must be received within one year of the commission of the crime.

**ASSISTANCE TO VICTIMS OF SEXUAL ASSAULT:** Victims of sexual assault may be eligible for medical treatment and counseling under NRS 217. For information, call the Clark County District Attorney Victim Witness Assistance Center (702) 671-2525, or Rape Crisis Center at (702) 366-1640. Note: Applications for this service must be received within 60 days of the commission of the crime.

**THREATS AND DISSUASION TO TESTIFY:** Victims and witnesses threatened and/or asked not to testify or prosecute, should contact the detective assigned to the <u>original</u> case. You may <u>also</u> notify the prosecutor if you have already been assigned one.

LVMPD 608 (REV. 8-15)

DEPARTAMENTO DE POLICÍA METROPOLITANA DE LAS VEGAS

# GUÍA DE INFORMACIÓN PARA LA VÍCTIMA

**Asunto:**

☐ Citado  ☐ Arrestado  ☐ No se sabe
☐ Ciudad  ☐ Condado
☐ Delito Menor  ☐ Delito Menor Grave
☐ Delito Mayor

| Delito | Area de Comando | Numero de Evento |
|---|---|---|
|  |  |  |

Es importante que usted conserve este reporte ya que es la única manera que tendrá para referirse a su caso particular y a su número de evento. Si necesita una copia de su reporte, la puede obtener, por una cuota nominal, en la Sección de Registros Policiales de LVMPD, 400 S. Martin L. King Blvd., Bldg. C, (702) 828-3476, de lunes a viernes de 8 a.m. a 5 p.m., y los fines de semana, de 8 a.m. a 3 p.m., después de **CINCO DÍAS HÁBILES**, de la fecha en que se presentó el reporte.

**ATENCIÓN: ES SU REPONSABILIDAD NOTIFICAR INMEDIATAMENTE A LVMPD SI USTED HUBIERA RECUPERADO SU VEHÍCULO ROBADO PERSONALMENTE.**

El departamento se basa en un número de factores disponibles de cualquier reporte, para designar un investigador que le dé seguimiento. La experiencia nos ha demostrado que cierta información se debe determinar, normalmente, a la hora de la investigación inicial, para tener la capacidad de resolver cualquier caso. Los sospechosos, testigos, pruebas u otras pistas de investigación, un caso no se puede resolver, excepto bajo circunstancias especiales. Por ejemplo, un sospechoso atrapado al cometer otro delito a quien se le encuentran pruebas que lo involucren a éste, o él puede confesar sobre otros delitos incluyendo éste. **Si usted tiene preguntas o necesita información adicional, por favor comuníquese con el detective que maneja su caso al teléfono designado que se enumera abajo o complete un reporte de Información Adicional del Delito. (Refiérase al Número de Evento anotado en la parte superior.)**

## OBLIGACIONES DE LOS CIUDADANOS QUE PRESENTAN REPORTES DE DELITOS MENORES A LVMPD

1. Si no hubo arresto, o si no se dio un citatorio y si desea darle seguimiento a este asunto, usted debe contactar al detective asignado a manejar su caso, al teléfono apropiado en la lista de abajo, **CUANDO MENOS DIEZ (10) DIAS LABORALES DESPUÉS DE QUE PRESENTO EL REPORTE,** de lunes a viernes de 8 a.m. a 4 p.m. Puede requerirse que usted testifique contra el acusado (sospechoso) si el caso se procesa penalmente en la corte. Todos los casos al nivel felonia seran investigados.

2. Usted debe proporcionar el número de evento que se encuentra en la parte superior de esta hoja, si llama sobre su caso.

3. Si el sospechoso en su caso es arrestado o citado por un delito menor, **NO SE COMUNIQUE CON EL DETECTIVE ASIGNADO A SU CASO.** Usted puede obtener información sobre el estatus de su caso comunicándose ya sea con los abogados de las Victimas del Condado o de la Ciudad (enumerados abajo). El departamento de policía no tiene ninguna información sobre la corte.

4. Si este es un reporte de un delito menor y es solo con Fines DE UN SEGURO o NO QUIERE QUE LLEVE A PROCESO PENAL y no se ha arrestado a nadie, por favor NO contacte al detective.

5. Si no se ha hecho ningún arresto y usted necesita ayuda como victima, puede comunicarse con el departamento de servicio a Victimas del Departamento de Policía al (702) 828-2955.

### NUMEROS DE TELEFONO

| | | |
|---|---|---|
| Armas de Fuego | ..................................... | (702) 828-2953 |
| Falsaficacion | ..................................... | (702) 828-3483 |
| Fraude | ..................................... | (702) 828-3285 |
| Maltrado-Descuido | ..................................... | (702) 828-3364 |
| Homicidio | ..................................... | (702) 828-3521 |
| Juveniles de Alto Riesgo | ..................................... | (702) 828-3561 |
| Personas Extraviades | ..................................... | (702) 828-2907 |
| Robo | ..................................... | (702) 828-3591 |
| Abuso Sexual | ..................................... | (702) 828-3421 |

| | | |
|---|---|---|
| Bolden Area Command | ..................................... | (702) 828-3874 |
| Convention Center Area Command | ..................................... | (702) 828-3204 |
| Downtown Area Command | ..................................... | (702) 828-4314 |
| Enterprise Area Command | ..................................... | (702) 828-4809 |
| Northeast Area Command | ..................................... | (702) 828-7355 |
| Northwest Area Command | ..................................... | (702) 828-8577 |
| Southeast Area Command | ..................................... | (702) 828-8242 |
| South Central Area Command | ............ | (702) 828-8639 / (702) 828-8313 |

**CENTRO DE AYUDA A VICTIMAS DE LVMPD:** Provee colaboración en crisis, una evaluación de las necesidades inmediatas de las victimas y sus familias, inicia el papeleo de la reclamación para la compensación por los delitos, provee referencias de otras agencias y funciona como contacto con el personal de LVMPD y otras agencias legales. Para ayuda, por favor llame a servicio a victimas al (702) 828-2955.

**AYUDA DEL FISCAL DE LA CIUDAD DE LAS VEGAS A VICTIMAS Y TESTIGOS:** Provee ayuda especializada para victimas de violencia domestica o maltrato cuando ocurre dentro de la Ciudad de Las Vegas. Si usted es victima de violencia domestica o maltrato y se ha hecho una detención, o si se ha otorgado un citatorio, por favor comuníquese con el Abogado de Victimas y Testigos de la oficina del Fiscal de la Ciudad de Las Vegas al (702) 229-2525.

**CENTRO DE AYUDA A VICTIMA Y TESTIGOS, DEL FISCAL DE DISTRITO DEL CONDADO DE CLARK:** Provee información de casos de la Corte de Justicia y de la corte de Distrito y trata cualquier inquietud que usted pueda tener respecto a su presentación como testigo. Cuando usted recibe un citatorio escrito para presentarse en un caso de la Corte de Justicia o la Corte de Distrito, favor de comunicarse al Centro de Ayuda a Victimas y Testigos al (702) 671-2525. Si usted se cambia o tiene otra dirección donde quiera recibir un citatorio escrito, por favor comuníquese con servicio a victimas de la corte.

**AYUDA A VICTIMAS DE DELITOS VIOLENTOS:** Las victimas de delitos violentos que han sido heridas fisicamente o victimas de agresión sexual, pueden calificar para asistencia y consejería medica, del Estado de Nevada bajo la ley NRS 217. Para información, comuníquese con el centro de ayuda a Victimas y Testigos de LVMPD o con el Programa de Compensación a Victimas de Delitos Violentos del Estado, al (702) 486-2740. NOTA: Las solicitudes para este servicio se deben recibir dentro del año siguiente a que se comisionó el delito.

**AYUDA A VICTIMAS DE ABUSO SEXUAL:** Las víctimas de abuso sexual pueden ser elegibles para tratamiento y consejería bajo la ley NRS217. Para información, llamar al Centro de Ayuda a Victimas y Testigos del Fiscal del Distrito del Condado de Clark al (702) 671-2525 o al Centro de Crisis de Violación al (702) 366-1640. Nota: Las solicitudes para este servicio deben ser recibidas dentro de los 60 días de que se comisionó el delito.

**AMENAZAR Y DISUADIR A TESTIFICAR:** Las victimas y testigos que son amenazadas y/o se les pide no testificar o proceder, deben comunicarse con el detective asignado en el caso <u>original</u>. También puede notificar al fiscal, si ya se le asigno uno.

On 02/09/16 Schulte, Melani came into DTAC to report the following:

On 02/07/16 at about 1300 hours, Schulte secured her rental property located at 1392 Echo Falls Ave. and didn't see anything unusual. On 02/08/16 at about 1830 hours, Schulte returned to her property and was unable to make entry using her keys. Schulte discovered someone had changed the locks on her property. Schulte called a locksmith out and once she made entry she discovered damaged to her walls and plumbing. Schulte believes there's more damage than what she listed and may return to add to her report.

Page ____ of ____

## LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT

Event # 160209-2291

| THIS PORTION TO BE COMPLETED BY OFFICER |
|---|

Specific Crime: BREAKING AN ENTRY, TRESPASS

Location of Occurrence: 1392 ECHO FALLS AV., LAS VEGAS, NV 89183

Date Occurred: 2/8/2016   Time Occurred: 830

Sector/Beat: I4 -

☐ City ☑ County

---

Your Name (Last / First / Middle): MELANI SCHULTE

Date of Birth: ____   Social Security #: ____

| Race | Sex | Height | Weight | Hair | Eyes | Work Schdl. (Hours) | (Days Off) | Business / School |
|---|---|---|---|---|---|---|---|---|
| BLACK | F | 5'10" | 155 | BROWN | BROWN | | | |

Residence Address: (Number & Street) 9811 W. CHARLESTON BL.   Bldg./Apt.# 2-35   City LAS VEGAS   State NV   Zip Code 89117

Res. Phone: 702-275-9904
Bus. Phone:

Bus. (Local) Address: (Number & Street)   Bldg./Apt.# City   State   Zip Code

Occupation: PROPERTY MANAGER   Depart Date (if visitor):

Best place to contact you during the day: ON CELL# 702-275-9904

Best time to contact you during the day:

Can You Identify the Suspect?   ☐ Yes   ☐ No

---

DETAILS: AT MY RENTAL PROPERTY - 1392 ECHO FALLS Ave, LV NV 89183, STRANGERS BROKE INTO MY HOME, REMOVED MY LOCKBOX, CHANGED THE LOCK ON THE FRONT DOOR + VANDALIZED MY HOME. I'M THE PROPERTY MANAGER + OWNER OF MY PROPERTY. NO ONE IS AUTHORIZED TO DO THIS TO MY PROPERTY. ALL OF THE PLUMBING FIXTURES WERE TAMPERED WITH. APPLIANCES WERE MOVED, DRYWALL WAS CUT, BREAKER BOX WAS ALSO TAMPERED WITH. THEY CAUSED EXTENSIVE DAMAGE TO THE LOCKS, PLUMBING, SLIDING REAR GLASS DOOR, DRYWALL + APPLIANCES.

---

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) ____ AT 1405 (AM / PM), 2016.

ON THE 9th DAY OF Feb ____

Witness/Officer: ____ (SIGNATURE)

Witness/Officer: Mayra Gomez P# 8955 (PRINTED)

SIGNATURE OF PERSON GIVING STATEMENT

LVMPD 85 (REV. 6-08)

NK Enterprises, Inc.

# ABC LOCKSMITHS

LICENSED • BONDED • INSURED

3981 E. Sunset Road, Suite E • Las Vegas, NV 89120

**Phone (702) 598-1630 • Fax (702) 454-7978**

www.abclockntow.com


BBB ACCREDITED BUSINESS

AAA Emergency Road Service Independent Contractor

**INVOICE** 273906

DATE 2/8/16

**AUTHORIZATION/RELEASE**

NAME Melanie ~~Jacque~~ Schulte

ADDRESS 1392 Echo Falls

CITY LV  STATE/ZIP NV

PHONE 275-9904  FAX

LOCATION Thrive Property Management

| DL# | | D.O.B. | |
|---|---|---|---|
| WT. | HT. | HAIR | EYES |
| AUTO:YEAR | | MAKE | |
| MODEL | | LICENSE# | |

I legally can and do authorize the work described below, and hold bearer harmless from any resulting damage or claims.

| WORK ORDER NO. | WORK PERFORMED BY | PURCHASE ORDER NO. | TERMS |
|---|---|---|---|
| | Ruben | | ☐ CASH  ☐ CREDIT CARD  ☐ CHECK  ☐ ACCOUNT |

X

| DESCRIPTION OF LABOR | PART NO. | HRS. / QTY. | PRICE | AMOUNT |
|---|---|---|---|---|
| SERVICE CALL | | | | |
| OPEN HOME/BUSINESS/CAR | | | | |
| RE KEY CYLINDERS | | 2 | | |
| MASTER KEY CYLINDERS | | | | |
| ORIGINAL KEY/CAR KEY | | | | |
| SAFE COMBINATION CHANGE | | | | |
| INSTALLATION | | | | |
| REPAIR | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL LABOR** | |

| DESCRIPTION OF MATERIALS | PART NO. | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| KEY DUPLICATE | | 4 | | |
| DEADBOLT | | | | |
| KNOB SET | | | | |
| LOCK BOX | | | | |
| LEVER | | | | |
| MORTISE | | | | |
| OTHER | | | | |
| | | | | |
| | | | | |
| | | | | |

I acknowledge satisfactory completion of work.

X _Julie Schulte_

**PLEASE PAY FROM THIS INVOICE**

$25 charge for returned checks

A service charge of 2% per month which is 24% per year will be charged on past due accounts over 30 days. The cost of collection will be added to amount due.

**GUARANTEE:** Workmanship performed and materials installed are warranted for ninety days. During this period, if trouble develops in work performed, replacement of defective parts will be made free of charge.

| TOTAL MATERIALS | |
|---|---|
| SUB TOTAL | |
| TAX | |
| **TOTAL** | |

_Thank You_

White • Original  Yellow • Service Receipt

ABC Locksmith
1414 S. Industrial Rd.
Las Vegas, NV 89102

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/8/2016 | 273906 |

**Bill To**

Thrive Property management
attn: Melani Shulte
9811 W Charleston Blvd #2-351
Las Vegas, NV 89117

| P.O. No. | Terms |
|----------|-------|
|  | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Service Call | 43.00 | 43.00 |
| 1 | open lock | 10.00 | 10.00 |
| 2 | rekey lock | 10.00 | 20.00 |
| 4 | Key Duplication | 0.25 | 1.00T |
|  | 1392 echo falls |  |  |
|  | NV sales tax | 8.15% | 0.08 |

| Phone # | E-mail | Fax # | **Total** | **$74.08** |
|---------|--------|-------|-----------|------------|
| **702-598-1630** | **abclockar@gmail.com** | **702-454-7978** | | |

Bills    Payments    Recurring    Online Payables

G Back to bills

# Bill Details

✎ Edit

**PAID**

| | | | |
|---|---|---|---|
| Payee | ABC LOCKSMITH | Bill Date | 02/08/2016 |
| Reference | 273906 | Due Date | 02/08/2016 |
| Purchase Order # | -- | Total Amount | $74.08 |
| Remarks | REKEY FROM BANK TAKE OVER ATTEMPT | Cash Account | 1150: OPERATING CASH |
| Memo For Check | -- | | |

| Property | Unit | Account | Description | Amount | Status | Pay Date |
|---|---|---|---|---|---|---|
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | | 5308: LOCKSMITH | INV#273906 | $74.08 | Paid Check 5565 | 05/04/2016 |

## Audit Log

Created By   Angela Leavitt on 04/21/2016 08:44 PM

Last Saved By   Angela Leavitt on 04/21/2016 08:44 PM

*There is no activity to display.*

## Notes

## CLARK COUNTY PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Parcel # | 177-26-211-146 | Address | 1392 ECHO FALLS AVE | | |
| | | PropCity | LAS VEGAS | Zip Cd | 89183 |
| TN-RG-SE | 22- 61.0- 26 | Tax Dist | ENTRPRS-ARTSN-FR-911 | ReAssd | 2017 |
| Tot Value | $61,966 | Land Use | 1100000001/SFR | Update | 02/02/16 |
| GEO Id | S2 NW4 22-61.0-26 | Census Tract | 28.46 | Status | |

### ASSESSOR DESCRIPTION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| File-Page | PB 0086-0043 | Subdivision | / SPENCER PYLE | | | | |
| Assr Lot | 146 | Block | 2 | Phase | | Bldg | Unit |
| Assr Apt | | Parcel | | Area | 303 | Tract | Outlot |
| Assr Desc | SPENCER PYLE PLAT BOOK 86 PAGE 43 | | | | | | |
| | LOT 146 BLOCK 2 | | | | | | |

### OWNER & DOC INFORMATION

| | | ETAL | DOC DATE | DOC NUMBER | DV | MUL |
|---|---|---|---|---|---|---|
| Owner Name | SCHULTE MELANI | N | 08/21/13 | 2013082102190 | | |
| 2nd Owner | | | 08/15/07 | 2007081504325 | | |
| Address (D) | 9811/ W/ CHARLESTON/ BL/ 2-351 | | | | | |
| City | LAS VEGAS | State NV | | Zip Code | 89117 | |
| Prev Owner | 1392 ECHO FALLS L L C | | | | | |
| Own Phone | | | Tenant Phone | | | |

### LAND & BUILDING INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Value | $16450 | Irregular | | Adq Parking | | Nuisance | |
| FrontxDpth | | Undrg Util | | Rec Area | | | |
| Acres | 0.11 | Str Paved | | Sidewalks | | Str Lights | |
| Lot SqFt | 4792 | View | | Metro Map | 85- C3 | Curb Guttr | |
| Topography | | Act Yr Blt | 2000 | | | | |
| Schools | | Eff Yr Blt | 2000 | | | Landscapng | |
| Shopping | | Cost Class | FAIR-AVG | | | Area | 303 |
| Impr Value | $45,516 | | | Carpet | 80 % | Tot Rooms | 5 |
| Type Style | 2 STORY | | | Ceramic Tl | | Bedrooms | 3 |
| Architectr | | | | Vinyl Tile | 20 % | Bathrooms | 2.50 |
| Ext Wall | FRM STUCCO | Units | | Hardwood | | Family Rms | |
| Roof Matrl | CONC TILE | Home Auto | | Centrl Vac | N | Formal Din | . |
| Flooring | CONC | Security | N | BI Refrig | N | Fireplaces | |
| Heat Systm | FORCE AIR | Intercom | N | BI Micro | N | Garbg Disp | |
| Air Cond | CENT COOL | Range Fan | | Trash Cmpt | N | Dishwasher | N |
| Centrl Air | | Range Oven | | | | | |

### PROPERTY SUB-AREAS SQ-FT

| | | | | | | |
|---|---|---|---|---|---|---|
| LivingArea | 1635 | First Flr | 935 | Porch 1 | | Garage | 420 |
| Building 1 | 1635 | Second Flr | 700 | Porch 2 | | Carport | |
| Total Bldg | 2055 | Abv Second | | Porch 3 | | Storage | |
| Apprx Addl Liv Area | | Apprx Total Liv Area | 1635 | | | | |
| Pool (N) | | Basement F | | Paving 1 | 1/450 | Deck | |
| Fence | | Basement U | | Paving 2 | | | |

### EXTRA FEATURE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Pool Heatr | | Tennis Cts | | Prch/Patio | | SprinklrF | AVG |
| Jacuz/SepJ | | Tns Lights | | Prch Cover | | SprinklrR | |
| Deck | | Tns Fence | | Prch Deck | | Other | |
| Fence | | Oth | | | | | |

### SALES & LOAN INFORMATION

| | PRICE | DATE | TYPE | PCT OWN | DT |
|---|---|---|---|---|---|
| MLS Sale | | | | | |
| County 1 | $272,000 | 10/01/04 | R/RECORDED VALUE | | |
| County 2 | $237,200 | 08/15/07 | T/TRUSTEES DEED | | |
| County 3 | $237,200 | 08/15/07 | T/TRUSTEES DEED | | |
| | | | LOAN AMOUNT | LENDER | TYPE | INT | TITLE |

| | TOTAL TAX | TOTAL ASSD | IMPRV | LAND | PERS PROP | YEAR | EXEMPTION |
|---|---|---|---|---|---|---|---|
| Curr | $1408.89 | $61,966 | $45,516 | $16,450 | | 2016 | |
| Prev | $1408.89 | $61,966 | $45,516 | $16,450 | | 2016 | $ 0 |
| T Rate | 2.9328 | Tot SA Bal | | | PP Codes | | |
| Delinq | | Transfer/R | | | Deeded/R | | |

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED        02/08/16        5:29 PM

**GLVAR**

| | | **RESIDENTIAL RENTAL** | | | | **02/08/16** | **5:29 PM** |
|---|---|---|---|---|---|---|---|

ML# **1510561**    Offc **PPRE**    PubID **002708**    Status **L**    Area **303**    Rent/Mo **$1,295**

Address **1392/ECHO FALLS AV**    Unit **0**    Bldg **0**    StsUpdat    Zoning **SINGLE**

County **CLARK**    City/Town **Las Vegas**    State **NV**    Zip **89123**    Tower Name

Township **22**    Range **61**    Section **26**    Parcel# **177-26-211-146**    RES ML#    YrBuilt **2000**

Community **SILVERADO**    Subdiv **SPENCER PYLE**    Gated **N**    AgeRestricted

Assoc/CommFeatDesc **CCRS**    Pets Y/N **Y**    Additional Pet Rent **Y**

Elem K-2 **CART**    Elem 3-5 **CART**    YrRound **N**    Junior **SILV**    HighSch **LIBR**    MetroMap **85-C3**

| | | **GENERAL INFORMATION** | | | | #Baths | FB | 3/4 | HB | Total |
|---|---|---|---|---|---|---|---|---|---|---|

Style **SINGLE**    BldgDesc **2STORY**    CondoConv **N**    Studio **N**    #Beds **3**    **2**    **0**    **1**    **3**

Roof **TILE**    Typ **DETACHD**    UnitDesc **2LEVEL**    PropDesc    #Den/Oth **0**    #Loft **0**

Garag **2 /ATTACHD /AUTODR /ENTRYHS /FINISHD**    Conv **N**    Carport **0**    Park Desc

AppxLivArea **1,635**    AppxAddLivArea    LotSqFt **4,792**    #Acres **0.11**    LotDesc

AppxTotLivArea **1,635**    PvSpa **N**    PvPool **N**

D:    ST ROSE PKWY & SPENCER, NORTH ON SPENCER, LEFT ON PYLE, RT ON ARROYO ECHO, LT ON BALSAM MIST, RT ON CHEYENNE DAWN, RT ON ECHO FALLS TO 1392

R:    **A BEAUTY IN THE HEART OF SILVERADO RANCH!!   DESIGNER LIGHT FIXTURES..  2" FAUX WOOD BLINDS..  BRAND NEW UPGRADED BERBER CARPET..  2 TONE PAINT..  UPGRADED CERAMIC TILE FLOORS..  CEILING FANS..  WHITE ON WHITE APPLIANCES..  SHOWS LIKE A MODEL..  VAULTED CEILINGS..  IMMACULATE HOME W/ HUGE SUNKEN LIVING ROOM..**

Ag-Ag    **VACANT SHOW ANYTIME!  ALL INITIAL FUNDS MUST BE CERTIFIED. YOU SHOW, WE DO THE REST.  THE $100 "OTHER" FEE IS A**
Rem:    **PROCESSING FEE & IS REFUNDABLE ONLY IF APPLICANT IS DECLINED.  IT IS NOT APPLIED TOWARDS THE SECURITY DEPOSIT OR RENT.  ALL ROOM DIMENSIONS ARE APPROX. PLEASE CONTACT OWNER/AGENT MELANI AT 702-275-9904 FOR APPLICATIONS, INSTRUCTIONS & QUESTIONS. TENANT PAYS FIXED UTILITIES OF $40.00/MO FOR SEWER & TRASH.  PLEASE SEND DUTIES OWED WITH CLIENT. THANK YOU FOR SHOWING!**

**FINANCIAL/DEPOSIT/REFUND INFORMATION:**

Deposit    **OTHER, PETDEP, SECURTY**    Lease **1 YEAR/1YEAR+**    Date Avail **02/01/15**

TenPays    **CABLE/DISPOSL/GAS/KEYDEPO/LANDSCP/POWER/SEWER/WATER**    AppFee **Y/PADULT**

AdmnDep **/$50**    Refundble **N**    Security **$1,395/Y**    Key **$100/Y**    Pet **$400/Y**    PerPet **Y**    Clean **$0/N**    Oth **$100/Y**

Restrict+ **NOSMOKG/CONPETS**    Landl/OwnPays **ASSNFEE**

HOA **Y /SILVERADO RANCH**    HOAPhone **702-737-8580**    RentRange

AssocName    AssocPhone    FIRPTA? **N**    Sect8Cons **N**    LsOpt Cons **N**

**VOW/LISTING OFFICE INFORMATION:**    Internet **Y**    Public Address **Y**    AVM **N**    Commentary **N**

R/Agent **Melani Schulte**    LA Ph    **702-275-9904**    AgtFax# **702-254-5810**    NOD

Off  **Platinum Properties, 10161 Park Run Dr Suite 150, Las Vegas 89145**    OffcPh **702-953-5797**    Forecl **N**

ReferralCommDesc **FLTFE**    Amt **$350**    Comm%    MinComm    MaxComm    MustShow **Y**    BonusSO

E-Mail    **melani.schulte@gmail.com**    VirtualTour **Y**    TStatusDt    PhotExclud

Contact **MELANI/V**    ContactPh **702-275-9904**    OwnrLic **Y**    Ex **N**    LD    **01/24/15**

Showing **KEYANY**    BrokNam  **Bill Waller**    REALTOR **Y**    Vr **N**    XD    **04/23/15**

ContingencyDesc    Lockbx/Loc **E/FRONT DOOR**    Power **ON**    WD

PermitedPropMgr **Y**    OwnerManaged    Litigation    CombL/B    Occup **VAC**    GateCode    ActiveDOM

**ADDITIONAL INFORMATION:**

Liv Rm    **15X14/CATVLT/REAR/SUNKEN/ENTFOY**    2nd Bd    **12X10 /UPSTR**

Fam Rm    **/NONE**    3rd Bd    **11X10 /UPSTR**

Grt Rm    **N**    4th Bd

Din Rm    **8X10 /KITDIN**    5th Bd

Kitch    **BRKBAR/NOOK/RECESS/TILE**    Bed Down    **N**    Bath Down    **Y, 1/2**

MBR    **14X13/WICLOS**    Den Dim    Loft Dim

MB Bath    **DBLSNK /TUBSHW**    Furnished    **N**    Furn Desc **NOFURN**

Firepl    **0**    Floor    Exter **PATIO**

Landscp    **DESERT/MATURE/SHRUBS/ROCK**    Construction  **FRMSTUC**

Fence    **BF/BLOCK**    HouseFaces **S**    Views

Refrg    **Y**    Dispos **Y**    Dishw **Y**    Washer/Dryer Incl **Both**    DryerUtil **G**    Location **ROOM**

OthAppl **MICROWV**    OvenDesc **STOVEG**

Interior **BLINDS/POTSHLV**

Accessibility Features

Water Heater Desc

Heating Sys  **CENTRAL**    Heat Fuel  **GAS**    SolarElec    Cable/SatelliteAvail **Y**

Cooling Sys  **CENTRAL**    Cool Fuel  **ELEC**    Util Inf

Presented By:  Office Name: Platinum Properties    Agent: Melani Schulte

**+PET RESTRICTIONS DO NOT APPLY TO SERVICE ANIMALS**

**GLVAR DEEMS INFORMATION RELIABLE BUT NOT GUARANTEED--IT IS A VIOLATION TO PROVIDE DETAIL PRINTOUTS TO A CLIENT**

# WARNING

**This property has been winterized.  <u>DO NOT</u> turn on water; connect electricity to the water heater or use sinks and/or toilets. Hot water tank(s) need to be refilled before energizing.**

Date: _2/8/16_

Freeze Damage Found:  ( ) Yes        (X) No

Please contact Mortgage Contracting Services, LLC if you need to report a problem.  Please make sure that you have the correct address and zip code for this property when contacting us at (813) 387-1100, 866-563-1100, or for hearing impaired dial 7-1-1.

**Contractor does NOT have sale/rental information.**

Service performed: _PAPS_

Meter disconnected:  ( ) Yes (X) No    Lines blown:  (X) Yes ( ) No

Kitchen trap replaced: ( ) Yes (X) No    Tank drained: (X) Yes ( ) No

Vendor #: _____

Work Order #: M _M 944 2961_

Mortgage Contracting Services          Revised 05/21/2013                    Form P-102
Post in front window (or front door, if window is not available)

# WARNING

**This property has been winterized.  <u>DO NOT</u> turn on water; connect electricity to the water heater or use sinks and/or toilets. Hot water tank(s) need to be refilled before energizing.**

Date: _2/8/16_

Freeze Damage Found:  ( ) Yes        (X) No

Please contact Mortgage Contracting Services, LLC if you need to report a problem.  Please make sure that you have the correct address and zip code for this property when contacting us at (813) 387-1100, 866-563-1100, or for hearing impaired dial 7-1-1.

### Contractor does NOT have sale/rental information.

Service performed: _PAPS_

Meter disconnected:  ( ) Yes (X) No   Lines blown:  (X) Yes ( ) No

Kitchen trap replaced: ( ) Yes (X) No   Tank drained: (X) Yes ( ) No

Vendor #: _____

Work Order #: M _M 9442961_

Mortgage Contracting Services          Revised 05/21/2013                    Form P-102
Post in front window (or front door, if window is not available)



# In Case of Emergency, Vandalism or City Ordinance Violations Please contact:

## Mortgage Contracting Services

# 813-387-1100
# 866-563-1100

Please contact us if you need to report a problem. If you leave a message please describe the problem and include the full property address.

<u>MCS is unable to provide any information regarding the sale or rental of this property.</u>

**Work Order #** _M 9442961_

All Clients except 106, 140, 144, 148,
472, 569, 591, 685, 708, 936

Revised 03/19/2014

Form P-101

Post notice on all securing work orders.  Place in front window (if front window is not available post on front door).
**For Client 511, post on all properties determined vacant. Post on all Initial REO Services and Eviction work orders.  For Continuing REO Services check for the notice and post as needed.



# In Case of Emergency, Vandalism or City Ordinance Violations Please contact:

## Mortgage Contracting Services

# 813-387-1100
# 866-563-1100

Please contact us if you need to report a problem.  If you leave a message please describe the problem and include the full property address.

<u>MCS is unable to provide any information regarding the sale or rental of this property.</u>

**Work Order #** _M 9442961_

All Clients except 106, 140, 144, 148, 472, 569, 591, 685, 708, 936

Revised 03/19/2014

Form P-101

Post notice on all securing work orders.  Place in front window (if front window is not available post on front door).
**For Client 511, post on all properties determined vacant. Post on all Initial REO Services and Eviction work orders.  For Continuing REO Services check for the notice and post as needed.













































In Case of Emergency, Vandalism
or City Ordinance Violations

Please contact:

Mortgage Contracting Services

813-387-1100
866-563-1100

Please contact us if you need to report a problem. If
you leave a message please describe the problem
and include the full property address.

MCS is unable to provide any information regarding
the sale or rental of this property.

Work Order #    11 744 252.1





## In Case of Emergency, Vandalism or City Ordinance Violations Please contact:

## Mortgage Contracting Services

### 813-387-1100
### 866-563-1100

Please contact us if you need to report a problem. If you leave a message please describe the problem and include the full property address.

MCS is unable to provide any information regarding the sale or rental of this property.

Work Order # M 9442561

All Clients except 106, 140, 144, 148,     Revised 03/19/2012                          Form Y-101
472, 563, 581, 685, 708, 536.

Post notice on all securing work orders. Place in front window if front window is not available, post on front door.
**For Client 511, post on all properties determined vacant. Post on all initial REO Services and every new
work orders. For Continuing REO Services check for the notice and post as needed.

