# Ex.'2'

Ocwen Loan Servicing, LLC
www.ocwen.com

**O C W E N**

NMLS #: 1852
NC Permit No. 3946
📞 **CUSTOMER CARE CENTER 1-800-746-2936**
*Your call may be recorded for the coaching and development of our associates.*

1AT        03104/152188/003423 0591   1 ACQ5NR

MELANI SCHULTE
9330 W SAHARA AVE STE 210
LAS VEGAS NV 89117-8816



**Account Statement**

Account Number: 7090324836
Account Statement Date: 04/17/2013
Property Address:
1392 Echo Falls Avenue
Las Vegas NV 89123

BKOTH                                                Page 1

### Special Notices

Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you.  Visit www.OcwenFirstProtector.com or call **1-877-479-3947**, 8am-8pm E.T. for more information.

### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 107,313.78 |
| Post-Petition Interest Rate: | 5.87500% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 12/01/2010 |
| Contractual Due Date: | 03/01/2010 |
| Escrow Advance Balance: | 4,618.24- |
| Interest Paid Year-To-Date: | 529.64 |
| Taxes Paid Year-To-Date: | 317.76 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 868.35 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 218.19 |
| Escrow Disbursements/Adjustments Year-To-Date: | 317.76- |
| Recently Assessed Amounts: | |
| 04/04/13 Foreclosure Cost: | 65.00 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Post-Petition Amount Due: | |
| Principal: | 1,020.21 |
| Interest: | 377.78 |
| Escrow: | 218.19 |
| Less:Partial Payment Amount: | 732.94- |
| Current Post-Petition Amount Due by 05/01/13: | 883.24 |
| Post-Petition Past Due Amounts: | |
| Principal: | 27,519.06 |
| Interest: | 13,022.65 |
| Escrow: | 6,327.51 |
| Post-Petition Past Due Amounts DUE IMMEDIATELY | 46,869.22 |
| Post-Petition Amount Due: | 47,752.46 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Late Charges: | 209.70 |
| Info Only - Prev-Late Charge - Alt Payment Plan: | 1,817.40 |
| Info Only - Curr-Foreclosure Cost: | 65.00 |
| Info Only - Prev-Foreclosure Cost: | 18.00 |
| Info Only - Prev-Prior Servicer Fees: | 3,333.66 |
| **Total Fees/Expense Outstanding:** | **5,443.76** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---:|---:|---:|---|---|---|---:|---:|
| 03/05/13 | Payment | | | 218.19 | | | | 907.58- | 708.60 |
| 03/05/13 | Payment | 868.35 | 529.64 | | | | | | |
| 04/02/13 | Suspense Payment | | | | | | | 708.60 | 708.60 |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with  your mortgage note. Payments will be first applied to  bring your loan contractually current. Any additional  funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND
DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND
DETACH HERE

152188/003423 ACQ5NR S1-ET-M1-C022  1

010897561542  00000000000000000000000069907  000007090324836  50  047752469

**Payment Coupon**

Account Number **Melani Schulte**
7090324836

☐ Check for change of information and see reverse side of coupon.

**O C W E N**

| | | |
|---|---|---:|
| **AMOUNT DUE** | $ | 47,752.46 |
| If Received after 05/17/2013 add Late Charge of: | $ | 69.90 |
| Total Amount Due with Late Charge: | $ | 47,822.36 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

*Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.*

OCWEN
PO BOX 6440
CAROL STREAM IL  60197-6440



Visit our Website 24 hours a day at www.ocwen.com

## IMPORTANT PHONE NUMBERS

Using a touch-tone phone, you have quick and easy access to your account information by dialing 1-800-746-2936.
Your call may be recorded for the training and development of our associates.

| | | |
|---|---|---|
| Customer Care Center: ......... 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET |
| Tax Department: ............... 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET |
| Homeowners Insurance: ........ 1-866-825-9265 | Monday - Friday: 9:00 am to 6:30 pm ET |

### PAYMENT ADDRESS

Ocwen Loan Servicing, LLC

P.O. Box 6440

Carol Stream, IL  60197-6440

Make checks payable to Ocwen Loan Servicing, LLC.
Do not send correspondence with your payment,
and ensure that your Ocwen account number, name,
and property address are written on the front of your
check or money order.

### CORRESPONDENCE ADDRESSES

Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include your Ocwen account number, name and property address.

**Insurance Department** (For Providing Hazard, Property & Flood Documentation): P.O. Box 6723, Springfield, OH 45501-6723

**Insurance Claim Department** (For the Filing & Processing of Property Insurance Claims): P.O. Box 6501, Springfield, OH 45501

**Property Tax Department:** P.O. Box 24665, West Palm Beach, FL 33416-4665

**Research Department** (For Qualified Written Requests): P.O. Box 24736, West Palm Beach, FL 33416-4736

**Customer Service Department** (General Inquiries or Comments): P.O. Box 24738, West Palm Beach, FL 33416-4738

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*

## OCWEN FEE STRUCTURE*

**Loan Documents:**
Collateral (Mortgage, Note and Riders) ...................... $30.00
Individual documents ........................................ $15.00
**Payment History** (free on www.ocwen.com) .................... $ 5.00
**Verification of Mortgage** (free on www.ocwen.com) ............... $10.00
**Amortization Schedule** (free on www.ocwen.com) ............... $15.00

**Payments** (Western Union® Speedpay®):
Website (pay before or within 5 days of due date) .............. FREE
Website (pay 5 days or more after due date) ................... $10.00
Automated Phone System ..................................... $12.00
Agent Assistance .......................................... $19.50
**Returned Check Fee** ......................................... $25.00

*\* These fees are subject to change and may not apply in all instances, depending upon applicable laws.*

### IMPORTANT PAYMENT REMINDERS

- To expedite the posting of your payment, you may use our Automated Phone System to pay by phone ($12.00 fee) or Ocwen's website at www.ocwencustomers.com to make a payment online ($10.00 fee). See Payment Options section for additional details.
- Avoid late charges by making payments for the exact coupon amount on or before the due date. Please allow 7 to 10 days for delivery. Postal delays will not prevent late charges for payments received after the grace period.
- To ensure prompt handling of your payment, please enclose your statement coupon with your check. The processing of your payment may be delayed if you send correspondence with your payment or if you send your payment to an address other than the address listed above.
- Payments will be posted Monday through Friday only, excluding holidays.
- If for any reason you are unable to make a payment when it is due, please contact the Customer Care Center at 1-800-746-2936 or visit our website at www.ocwencustomers.com and select the President's Foreclosure Prevention Plan link where you can download an application directly from the web if you meet the requirements.
- Ocwen Loan Servicing, LLC may report credit information to all major credit bureaus on a monthly basis. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To view the details of how your account was reported to the credit bureaus, please visit Ocwen's website at www.ocwencustomers.com.

### PAYMENT OPTIONS

**Pay by Phone** – To use our convenient Western Union® Speedpay® option, call 1-800-746-2936 and simply follow the instructions within the "Automated Phone System". Please have your bank account number and routing information available. It's a quick and easy alternative to using regular mail. Agent assistance when making payments will be more costly and time consuming. See applicable fees above.

**Pay via the Ocwen Website** – Make your payment online by simply logging into your account on www.ocwencustomers.com with your User ID and Password. If you have not yet created a User ID and Password, click on the **New Customers** link and you will be guided through the easy process. Once logged in to your account, select Make Payment Online which is located on the left side of the page. See applicable fees above.

**ACH (Automated Payments)** – Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

**Pay via Western Union® Quick Collect®** – To use this payment option, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". At the location, please pay to name "OCWEN" and provide the loan number.

**Pay via MoneyGram® ExpressPayments®** – To find the location nearest to you, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with your loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and ExpressPayment® are registered marks of MoneyGram Payment Systems, Inc.

### IMPORTANT BANKRUPTCY INFORMATION

If you or your account are subject to pending bankruptcy or the obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt. If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, P.O. Box 24781, West Palm Beach, FL 33416-4781.

Concerned about making your annual property tax or insurance payments on time?
Open an escrow account and let Ocwen handle these important payments for you. Find out how to open an escrow account
at www.ocwen.com or call the Customer Care Center at 1-800-746-2936!

OCW01CB

**Change of Information: Has any of your information changed? Have you added any new contact information?**
If so, please complete this form and check the box on the front of your Payment Coupon or log into your account at www.ocwen.com and update your contact information there.

Account Number: _____  Name: _____
                                                First          MI          Last

New Mailing Address: _____
                     Street Address              City          State       Zip Code

New Phone Numbers - Home: _____  Business: _____

Mobile/Pager: _____  E-mail Address: _____

When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Call the Customer Care Center number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

Ocwen Loan Servicing, LLC
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
Your call may be recorded for the coaching and development of our associates.

Account Statement

Account Number: 47090324836
Account Statement Date: 06/17/2013
Property Address:
1392 Echo Falls Avenue
Las Vegas NV 89123

BKOTH                                                    Page 1

ԻդիՈւԿիիԿսՈլիիՈւիիսիՈլիՈլիիՈւիՈլիՈլիՈլինիՈ

1AT      00856/130116/000905 0451  1 ACQDIX

MELANI SCHULTE
9330 W SAHARA AVE STE 210
LAS VEGAS NV  89117-8816



## Special Notices

Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you.  Visit www.OcwenFirstProtector.com or call 1-877-479-3947, 8am-8pm E.T. for more information.

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 106,441.18 |
| Post-Petition Interest Rate: | 5.87500% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 01/01/2011 |
| Contractual Due Date: | 04/01/2010 |
| Escrow Advance Balance: | 4,400.05- |
| Interest Paid Year-To-Date: | 1,055.03 |
| Taxes Paid Year-To-Date: | 317.76 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 1,740.95 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 436.38 |
| Escrow Disbursements/Adjustments Year-To-Date: | 317.76- |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Post-Petition Amount Due: | |
| Principal: | 1,030.22 |
| Interest: | 367.77 |
| Escrow: | 218.19 |
| Less:Partial Payment Amount: | 533.96- |
| Current Post-Petition Amount Due by 07/01/13: | 1,082.22 |
| Post-Petition Past Due Amounts: | |
| Principal: | 28,678.99 |
| Interest: | 13,260.71 |
| Escrow: | 6,545.70 |
| Post-Petition Past Due Amounts DUE IMMEDIATELY | 48,485.40 |
| Post-Petition Amount Due: | 49,567.62 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Late Charges: | 209.70 |
| Info Only - Prev-Late Charge - Alt Payment Plan: | 1,817.40 |
| Info Only - Prev-Foreclosure Cost: | 83.00 |
| Info Only - Prev-Prior Servicer Fees: | 3,333.66 |
| Total Fees/Expense Outstanding: | 5,443.76 |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/13 | Payment | | | 218.19 | | | | 198.98- | 1,417.20 |
| 05/21/13 | Payment | 872.60 | 525.39 | | | | | | |

## Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND
DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND
DETACH HERE

Visit our website 24 hours a day at www.ocwen.com

## IMPORTANT PHONE NUMBERS

Using a touch-tone phone, you have quick and easy access to your account information by dialing 1-800-746-2936.
Your call may be recorded for the training and development of our associates.

Customer Care Center: . . . . . . . . . 1-800-746-2936    Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET
Tax Department: . . . . . . . . . . . . . . 1-800-746-2936    Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET
Homeowners Insurance: . . . . . . . . 1-866-825-9265    Monday - Friday: 9:00 am to 6:30 pm ET

| PAYMENT ADDRESS | CORRESPONDENCE ADDRESSES |
|---|---|
| Ocwen Loan Servicing, LLC<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440<br><br>Make checks payable to Ocwen Loan Servicing, LLC.<br>Do not send correspondence with your payment,<br>and ensure that your Ocwen account number, name,<br>and property address are written on the front of your<br>check or money order. | Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include your Ocwen account number, name and property address.<br><br>**Insurance Department** (For Providing Hazard, Property & Flood Documentation): P.O. Box 6723, Springfield, OH 45501-6723<br><br>**Insurance Claim Department** (For the Filing & Processing of Property Insurance Claims): P.O. Box 6501, Springfield, OH 45501<br><br>**Property Tax Department**: P.O. Box 24665, West Palm Beach, FL 33416-4665<br><br>**Research Department** (For Qualified Written Requests): P.O. Box 24736, West Palm Beach, FL 33416-4736<br><br>**Customer Service Department** (General Inquiries or Comments): P.O. Box 24738, West Palm Beach, FL 33416-4738 |

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*

## OCWEN FEE STRUCTURE*

| Loan Documents: | | Payments (Western Union® Speedpay®): | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) | FREE | Website (pay before or within 5 days of due date) | FREE |
| Individual documents | FREE | Website (pay 5 days or more after due date) | $10.00 |
| Payment History (free on www.ocwen.com) | $ 5.00 | Automated Phone System | $12.00 |
| Verification of Mortgage (free on www.ocwen.com) | $10.00 | Agent Assistance | $19.50 |
| Amortization Schedule | FREE | Returned Check Fee | up to $40.00 |

*\* These fees are subject to change and may not apply in all instances, depending upon applicable laws.*

## IMPORTANT PAYMENT REMINDERS

- To expedite the posting of your payment, you may use our Automated Phone System to pay by phone ($12.00 fee) or Ocwen's website at www.ocwencustomers.com to make a payment online ($10.00 fee). See Payment Options section for additional details.

- Avoid late charges by making payments for the exact coupon amount on or before the due date. Please allow 7 to 10 days for delivery. Postal delays will not prevent late charges for payments received after the grace period.

- To ensure prompt handling of your payment, please enclose your statement coupon with your check. The processing of your payment may be delayed if you send correspondence with your payment or if you send your payment to an address other than the address listed above.

- Payments will be posted Monday through Friday only, excluding holidays.

- If for any reason you are unable to make a payment when it is due, please contact the Customer Care Center at 1-800-746-2936 or visit our website at www.ocwencustomers.com and select the President's Foreclosure Prevention Plan link where you can download an application directly from the web if you meet the requirements.

- Ocwen Loan Servicing, LLC may report credit information to all major credit bureaus on a monthly basis. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To view the details of how your account was reported to the credit bureaus, please visit Ocwen's website at www.ocwencustomers.com.

## PAYMENT OPTIONS

**Pay by Phone** – To use our convenient Western Union® Speedpay® option, call 1-800-746-2936 and simply follow the instructions within the "Automated Phone System". Please have your bank account number and routing information available. It's a quick and easy alternative to using regular mail. Agent assistance when making payments will be more costly and time consuming. See applicable fees above.

**Pay via the Ocwen Website** – Make your payment online by simply logging into your account on www.ocwencustomers.com with your User ID and Password. If you have not yet created a User ID and Password, click on the **New Customers** link and you will be guided through the easy process. Once logged in to your account, select Make Payment Online which is located on the left side of the page. See applicable fees above.

**ACH (Automated Payments)** – Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

**Pay via Western Union® Quick Collect®** – To use this payment option, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". At the location, please pay to name "OCWEN" and provide the loan number.

**Pay via MoneyGram® ExpressPayments®** – To find the location nearest you, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with your loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and ExpressPayment® are registered marks of MoneyGram Payment Systems, Inc.

## IMPORTANT BANKRUPTCY INFORMATION

If you or your account are subject to pending bankruptcy or the obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt. If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, P.O. Box 24781, West Palm Beach, FL 33416-4781.

Concerned about making your annual property tax or insurance payments on time?
Open an escrow account and let Ocwen handle these important payments for you. Find out how to open an escrow account
at www.ocwen.com or call the Customer Care Center at 1-800-746-2936!

OCW01CB

www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

2AT      01702/141288/001904 0551   1 ACQMVH

MELANI SCHULTE
9330 W SAHARA AVE STE 210
LAS VEGAS NV  89117-8816



Account Number: 7090324836
Account Statement Date: 08/19/2013
**Property Address:**
1392 Echo Falls Avenue
Las Vegas NV 89123

BKOTH                                      Page 1

### Special Notices

First Protector covers important gaps in your homeowner's policy that help keep your home safe. Visit www.OcwenFirstProtector.com or call 1-877-479-3947, 8am-8pm E.T. for more information.

### Account Information

| | |
|---|---|
| * Current Principal Balance: | 106,441.18 |
| Post-Petition Interest Rate: | 5.87500% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 01/01/2011 |
| Contractual Due Date: | 04/01/2010 |
| Escrow Advance Balance: | 5,109.06- |
| Interest Paid Year-To-Date: | 1,055.03 |
| Taxes Paid Year-To-Date: | 649.77 |
| Beginning Principal Balance: | 108,182.13 |
| Principal Reductions Year-To-Date: | 1,740.95 |
| Beginning Escrow Balance: | 4,518.67- |
| Escrow Deposits/Adjustments Year-To-Date: | 436.38 |
| Escrow Disbursements/Adjustments Year-To-Date: | 1,026.77- |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| Current Post-Petition Amount Due: | |
| Principal: | 1,040.33 |
| Interest: | 357.66 |
| Escrow: | 218.19 |
| Less:Partial Payment Amount: | 533.96- |
| Current Post-Petition Amount Due by 09/01/13: | 1,082.22 |
| Post-Petition Past Due Amounts: | |
| Principal: | 30,744.48 |
| Interest: | 13,991.20 |
| Escrow: | 6,982.08 |
| Post-Petition Past Due Amounts DUE IMMEDIATELY | 51,717.76 |
| Post-Petition Amount Due: | 52,799.98 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Late Charges: | 209.70 |
| Info Only - Prev-Late Charge - Alt Payment Plan: | 1,817.40 |
| Info Only - Prev-Foreclosure Cost: | 83.00 |
| Info Only - Prev-Prior Servicer Fees: | 3,333.66 |
| **Total Fees/Expense Outstanding:** | **5,443.76** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/13 | Insurance Disbursement CENTURY NATIONAL INSURANCE CO | | | 377.00- | | | | | 377.00- |
| 07/29/13 | Tax Disbursement CLARK COUNTY TREASURERS OFFICE | | | 332.01- | | | | | 332.01- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

FOLD AND DETACH HERE

141288/001904 ACQMVH S1-ET-M1-C021  1  1

011738833622  0000000000000000000000069907  000007090324836 50 052799989



**Payment Coupon**
Account Number **Melani Schulte**
7090324836

OCWEN

| | | |
|---|---|---|
| **AMOUNT DUE** | $ | 52,799.98 |
| If Received after 09/17/2013 add Late Charge of: | $ | 69.90 |
| Total Amount Due with Late Charge: | $ | 52,869.88 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

Check for change of information and see reverse side of coupon.

OCWEN
PO BOX 6440
CAROL STREAM IL  60197-6440

## IMPORTANT PHONE NUMBERS

Using a touch-tone phone, you have quick and easy access to your account information by dialing 1-800-746-2936.
Your call may be recorded for the training and development of our associates.

| | | |
|---|---|---|
| Customer Care Center: . . . . . . . . . 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET |
| Tax Department: . . . . . . . . . . . . . . . 1-800-746-2936 | Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET |
| Homeowners Insurance: . . . . . . . . 1-866-825-9265 | Monday - Friday: 9:00 am to 6:30 pm ET |

## PAYMENT ADDRESS

Ocwen Loan Servicing, LLC

P.O. Box 6440

Carol Stream, IL  60197-6440

Make checks payable to Ocwen Loan Servicing, LLC.
Do not send correspondence with your payment,
and ensure that your Ocwen account number, name,
and property address are written on the front of your
check or money order.

## CORRESPONDENCE ADDRESSES

Please address all correspondence to Ocwen Loan Servicing, LLC to the attention of the appropriate department. Be sure to include your Ocwen account number, name and property address.

**Insurance Department** (For Providing Hazard, Property & Flood Documentation): P.O. Box 6723, Springfield, OH 45501-6723

**Insurance Claim Department** (For the Filing & Processing of Property Insurance Claims): P.O. Box 6501, Springfield, OH 45501

**Property Tax Department:** P.O. Box 24665, West Palm Beach, FL 33416-4665

**Research Department** (For Qualified Written Requests): P.O. Box 24736, West Palm Beach, FL 33416-4736

**Customer Service Department** (General Inquiries or Complaints): P.O. Box 24738, West Palm Beach, FL 33416-4738

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*

## OCWEN FEE STRUCTURE*

**Loan Documents:**

| | |
|---|---|
| Collateral (Mortgage, Note and Riders) . . . . . . . . . . . . . . . . . . . . . . . FREE |
| Individual documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FREE |
| Payment History (free on www.ocwen.com) . . . . . . . . . . . . . . . . . . . . $ 5.00 |
| Verification of Mortgage (free on www.ocwen.com). . . . . . . . . . . . . . $10.00 |
| Amortization Schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FREE |

**Payments** (Western Union® Speedpay®):

| | |
|---|---|
| Website (pay before or within 5 days of due date) . . . . . . . . . . . . . . FREE |
| Website (pay 5 days or more after due date) . . . . . . . . . . . . . . . . . . $10.00 |
| Automated Phone System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12.00 |
| Agent Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $19.50 |
| Returned Check Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . up to $40.00 |

*\* These fees are subject to change and may not apply in all instances, depending upon applicable laws.*

## IMPORTANT PAYMENT REMINDERS

- To expedite the posting of your payment, you may use our Automated Phone System to pay by phone ($12.00 fee) or Ocwen's website at www.ocwencustomers.com to make a payment online ($10.00 fee). See Payment Options section for additional details.

- Avoid late charges by making payments for the exact coupon amount on or before the due date. Please allow 7 to 10 days for delivery. Postal delays will not prevent late charges for payments received after the grace period.

- To ensure prompt handling of your payment, please enclose your statement coupon with your check. The processing of your payment may be delayed if you send correspondence with your payment or if you send your payment to an address other than the address listed above.

- Payments will be posted Monday through Friday only, excluding holidays.

- If for any reason you are unable to make a payment when it is due, please contact the Customer Care Center at 1-800-746-2936 or visit our website at www.ocwencustomers.com and select the President's Foreclosure Prevention Plan link where you can download an application directly from the web if you meet the requirements.

- Ocwen Loan Servicing, LLC may report credit information to all major credit bureaus on a monthly basis. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To view the details of how your account was reported to the credit bureaus, please visit Ocwen's website at www.ocwencustomers.com.

## PAYMENT OPTIONS

**Pay by Phone** – To use our convenient Western Union® Speedpay® option, call 1-800-746-2936 and simply follow the instructions within the "Automated Phone System". Please have your bank account number and routing information available. It's a quick and easy alternative to using regular mail. Agent assistance when making payments will be more costly and time consuming. See applicable fees above.

**Pay via the Ocwen Website** – Make your payment online by simply logging into your account on www.ocwencustomers.com with your User ID and Password. If you have not yet created a User ID and Password, click on the **New Customers** link and you will be guided through the easy process. Once logged in to your account, select Make Payment Online which is located on the left side of the page. See applicable fees above.

**ACH (Automated Payments)** – Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

**Pay via Western Union® Quick Collect®** – To use this payment option, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". At the location, please pay to name "OCWEN" and provide the loan number.

**Pay via MoneyGram® ExpressPayments®** – To find the location nearest you, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with your loan number, Receive Code 2355, the Company Name "OCWEN", the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and ExpressPayment® are registered marks of MoneyGram Payment Systems, Inc.

## IMPORTANT BANKRUPTCY INFORMATION

If you or your account are subject to pending bankruptcy or the obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt. If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, P.O. Box 24781, West Palm Beach, FL 33416-4781.

*Concerned about making your annual property tax or insurance payments on time?*
*Open an escrow account and let Ocwen handle these important payments for you. Find out how to open an escrow account*
*at www.ocwen.com or call the Customer Care Center at 1-800-746-2936!*

OCW01CB

## Change of Information: Has any of your information changed? Have you added any new contact information?

If so, please complete this form and check the box on the front of your Payment Coupon or log into your account at www.ocwen.com and update your contact information there.

Account Number: _____  Name: _____
                                                    First          MI          Last

New Mailing Address: _____
                      Street Address              City          State      Zip Code

New Phone Numbers - Home: _____  Business: _____

Mobile/Pager: _____  E-mail Address: _____

When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Call the Customer Care Center number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.