# Ex. '8'

**Shellpoint**
Mortgage Servicing
P.O. Box 7050, Troy, MI 48007-7050

January 8th, 2019

Melani Schulte
9811 w. charleston blvd
Ste 2-351
Las Vegas, NV 89117

Insured Name:         Melani Schulte
Loan Number:          0568476861
Property/Collateral:  1392 ECHO FALLS AVE,
                      LAS VEGAS, NV 89123

Dear Melani Schulte,

We recently changed the billing frequency of your lender placed policy's premium from monthly to annually.  If you have your own coverage, please have your insurance agent forward a copy of the policy to our office as soon as possible. The policy may be faxed to (248) 878-2370 or mailed to:

**Shellpoint Mortgage Servicing**
ISAOA/ATIMA
P.O. Box 7050
Troy, MI 48007-7050

You may also use our Express Insurance website www.ExpressInsuranceInfo.com/2919836 for your convenience.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Division

Fax:    (248) 878-2370
Website: www.ExpressInsuranceInfo.com/2919836

If your obligation for this account was previously discharged in a bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only. We are not attempting to collect, recover, or offset the discharge debt as your personal liability.

**Melani Schulte**
**9811 West Charleston Blvd. #2-351**
**Las Vegas, NV 89117**


January 14, 2019

SHELLPOINT
PO BOX 7050
TROY, MI 48007

PROPERTY:  1392 ECHO FALLS AVE, LAS VEGAS, NV 89123
LOAN #:    0568476861

This property's insurance was renewed with coverage from August 14, 2018 through August 14, 2019. There is no need for you to add Forced Placed Insurance.  Please remove the unnecessary coverage and remove any charges associated with such coverage from my account.


Best regards,

Melani Schulte

# Send Result Report

KYOCERA

MFP
TASKalfa 520i

01/14/2019 18:05
Firmware Version 2KS_2F00.009.006 2012.02.15    [2KS_1000.006.001] [2KS_1100.001.002] [2KS_7000.009.004]

Job No.: 023891        Total Time: 0°00'39"        Page: 005

# Complete

Document:        doc02389120190114180403

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 01/14/19 18:04 | **12488782370** | 0°00'39" | FAX | OK | 200x100 Normal/On |

1

[ QWC9X00662 ]



**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

January 17, 2019

Melani Schulte
9811 w. charleston blvd
Ste 2-351
Las Vegas, NV 89117

JAN 2 5 2019

Subject:     **Regarding hazard insurance information for:**
             **Property Address**: 1392 ECHO FALLS AVE
                                   LAS VEGAS, NV 89123 0000
             Loan Number:      0568476861

Dear Melani Schulte :

Thank you for submitting an acceptable policy for the referenced property. The policy you have submitted will replace the previous insurance information we have on record.

If your policy did not provide for continuous coverage, you may owe a premium for the period of time the lender-placed coverage was in effect. If you are due any unearned premium it will be credited back to your escrow and/or principal balance.

To ensure that we are notified annually, please contact your agent/company and verify the mortgagee clause reads as follows:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

We do apologize for any inconvenience you may have experienced.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:     (877) 491-7277
Fax:       (248) 878-2370
Email:     insdocs@shellpointmtg.com

CANCEL              TTY Service is available by contacting 711          v.01/01/2017

0029983000009702258000000001     00000                          00684



# Shellpoint
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

Statement Date: 01/18/2019

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 02/01/2019 |
| **Payment Amount** | **$57,642.40** |

Phone:    866-316-4706
Website:  www.shellpointmtg.com

4-811-05596-0000466-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

JAN 2 5 2019

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $234.45 |
| Interest | $474.15 |
| Escrow (Taxes and Insurance) | $160.57 |
| **Regular Monthly Payment** | **$869.17** |
| Total Fees and Charges | $580.95 |
| Past Unpaid Payment | $56,192.28 |
| **Total Payment Amount** | **$57,642.40** |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $175.97 | $175.97 |
| Interest | $532.63 | $532.63 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$708.60** | **$708.60** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $127,654.31 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Important Messages

*Partial Payments:* Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

For information about your payments, total amount due, and any additional payment history, see reverse side.

### **Account History**

**Recent Account History**
o Payment due 08/01/18:   unpaid balance of $52,427.38
o Payment due 09/01/18:   unpaid balance of $869.17
o Payment due 10/01/18:   unpaid balance of $869.17
o Payment due 11/01/18:   unpaid balance of $869.17
o Payment due 12/01/18:   unpaid balance of $869.17
o Payment due 01/01/19:   unpaid balance of $869.17
o Payment due 02/01/19:   current payment due

o **Total: $57,642.40 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

Detach and return with payment.

# Shellpoint
Mortgage Servicing

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

## Payment Amount

| | |
|---|---|
| Payment Date | 02/01/2019 |
| Payment Amount | $57,642.40 |

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100051061720000260751000869170008691705684768612020119021619 5

Account Number    0568476861

| Transaction Activity (12/18/2018 - 01/17/2019) | | |
| --- | --- | --- |
| **Date**     **Description** | **Charges** | **Payments** |
| 12/21/2018  FC Costs Disbursement | $533.75 | $0.00 |
| 12/21/2018  Certified Mail Cost Disbursement | $7.20 | $0.00 |
| 12/21/2018  Recording Cost Disbursement | $40.00 | $0.00 |
| 01/14/2019  Regular Payment - (Due 5/1/2013) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address  \_\_\_\_ Phone  \_\_\_\_ Name**  \_\_\_\_ Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____     Social Security Number: _____

Old Borrower Name: _____     New Borrower Name: _____

Old Co-Borrower Name: _____     New Co-Borrower Name: _____

Borrower Signature: _____     Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_  Evening (\_\_\_) \_\_\_-\_\_\_\_  Email Address _____

# Understanding Your Monthly Mortgage Statement



The 2016 Mortgage Servicing Rule requires mortgage servicers to send modified periodic statements to consumers who have filed for bankruptcy. These rules go into effect in April 2018.

You will start to receive periodic mortgage statements from us. Borrowers in an active or discharged bankruptcy previously did not receive statements, unless requested, because it may be considered a violation of the bankruptcy stay.

The statement will provide you information tailored to the chapter of bankruptcy and/or status of the bankruptcy. It may include payment information, due dates, and/or important messages about the servicing of your loan. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy requires you to send your regular monthly payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you do not wish to receive periodic billing statements, you may request in writing that we cease sending periodic statements.

## Bankruptcy Chapters 7, 11, & 15

| Payment Amount | $154.75 |
| --- | --- |

**Payment Amount** - This box shows the total amount due to bring your loan current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

| Escrow (Taxes and Insurance) | $0.00 |
| --- | --- |
| Regular Monthly Payment | $154.75 |

**Regular Monthly Payment** - This box shows the amount of your regular monthly payment. It does not reflect any past due amounts. This amount would be the amount due if no regular monthly payments were past due.

| Past Unpaid Payment | $0.00 |
| --- | --- |
| Total Payment Amount | $154.75 |

**Total Payment Amount** - This box shows the total amount due to bring your loan current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

## Bankruptcy Chapters 12 & 13

| Payment Amount | $179.96 |
| --- | --- |

**Payment Amount** - This box shows the total amount due to bring your loan post-petition current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges. If your bankruptcy plan requires you to pay the Trustee the post-petition amount each month, this is the amount that the Trustee owes to bring the account current for post-petition payments.

| Escrow (Taxes and Insurance) | $0.00 |
| --- | --- |
| Regular Monthly Payment | $179.96 |

**Regular Monthly Payment** - This box shows the amount of your regular monthly payment. It does not reflect any past due amounts. This amount would be the amount due if no regular monthly payments were past due.

| Past Unpaid Amount | $0.00 |
| --- | --- |
| Total Payment Amount | $179.96 |

**Total Payment Amount** - This box shows the total amount due to bring your loan post-petition current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

| Current Balance | $3,333.33 |
| --- | --- |

**Current Balance** - This box shows the amount remaining toward all debt that was past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly payment.

# Shellpoint
## Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

2-811-05920-0000488-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

**MORTGAGE STATEMENT**
Statement Date: 02/16/2019

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 03/01/2019 |
| **Payment Amount** | **$57,781.22** |

Phone:      866-316-4706
Website:    www.shellpointmtg.com

**RECEIVED**
FEB 23 2019
BY: ...........................

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $235.43 |
| Interest | $473.17 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $13.00 |
| Past Unpaid Payment | $56,933.80 |
| **Total Payment Amount** | **$57,781.22** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $176.71 | $352.68 |
| Interest | $531.89 | $1,064.52 |
| Escrow | $1,313.36 | $1,313.36 |
| Fees/Late Charges | $0.00 | $0.00 |
| Total | $2,021.96 | $2,730.56 |

### Account Information

| | |
|---|---|
| Outstanding Principal | $127,477.60 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 09/01/18:  unpaid balance of $52,600.95
o Payment due 10/01/18:  unpaid balance of $869.17
o Payment due 11/01/18:  unpaid balance of $869.17
o Payment due 12/01/18:  unpaid balance of $869.17
o Payment due 01/01/19:  unpaid balance of $869.17
o Payment due 02/01/19:  unpaid balance of $869.17
o Payment due 03/01/19:  current payment due

o **Total: $57,781.22** unpaid amount that, if paid, would bring your loan **current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.

# Shellpoint
## Mortgage Servicing

Loan Number:   0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

| **Payment Amount** | |
|---|---|
| Payment Date | 03/01/2019 |
| **Payment Amount** | **$57,781.22** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

0100050991040000250326000834420008344205847686120301190316194

Account Number 0586476901

| Transaction Activity (01/18/2019 - 02/15/2019) | | |
|---|---|---|
| **Date** | **Description** | **Charges** | **Payments** |
| 01/18/2019 | Insurance Refund | $0.00 | $1,313.36 |
| 01/21/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 02/07/2019 | Regular Payment - (Due 6/1/2013) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address    \_\_\_\_ Phone    \_\_\_\_ Name**    \_\_\_\_ Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

# Understanding Your Monthly Mortgage Statement



The 2016 Mortgage Servicing Rule requires mortgage servicers to send modified periodic statements to consumers who have filed for bankruptcy. These rules go into effect in April 2018.

You will start to receive periodic mortgage statements from us. Borrowers in an active or discharged bankruptcy previously did not receive statements, unless requested, because it may be considered a violation of the bankruptcy stay.

The statement will provide you information tailored to the chapter of bankruptcy and/or status of the bankruptcy. It may include payment information, due dates, and/or important messages about the servicing of your loan. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If your bankruptcy requires you to send your regular monthly payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you do not wish to receive periodic billing statements, you may request in writing that we cease sending periodic statements.



## Bankruptcy Chapters 7, 11, & 15

**Payment Amount** — This box shows the total amount due to bring your loan current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

**Regular Monthly Payment** — This box shows the amount of your regular monthly payment. It does not reflect any past due amounts. This amount would be the amount due if no regular monthly payments were past due.

**Total Payment Amount** — This box shows the total amount due to bring your loan current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

## Bankruptcy Chapters 12 & 13



**Payment Amount** — This box shows the total amount due to bring your loan post-petition current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges. If your bankruptcy plan requires you to pay the Trustee the post-petition amount each month, this is the amount that the Trustee owes to bring the account current for post-petition payments.

**Regular Monthly Payment** — This box shows the amount of your regular monthly payment. It does not reflect any past due amounts. This amount would be the amount due if no regular monthly payments were past due.

**Total Payment Amount** — This box shows the total amount due to bring your loan post-petition current. It reflects the regular monthly payment due plus all overdue payments, fees, and charges.

**Current Balance** — This box shows the amount remaining toward all debt that was past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly payment.



# Shellpoint

**Mortgage Servicing**

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

**MORTGAGE STATEMENT**
Statement Date: 03/18/2019

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 04/01/2019 |
| **Payment Amount** | **$58,615.64** |

Phone: 866-316-4706
Website: www.shellpointmtg.com

8-811-06165-0000453-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
MAR 2 2 2019
BY: .............................

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $236.41 |
| Interest | $472.19 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $155.00 |
| Past Unpaid Payment | $57,626.22 |
| **Total Payment Amount** | **$58,615.64** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $352.68 |
| Interest | $0.00 | $1,064.52 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $155.00 | $155.00 |
| **Total** | **$155.00** | **$2,885.56** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $127,477.60 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 10/01/18: unpaid balance of $53,470.12
o Payment due 11/01/18: unpaid balance of $869.17
o Payment due 12/01/18: unpaid balance of $869.17
o Payment due 01/01/19: unpaid balance of $869.17
o Payment due 02/01/19: unpaid balance of $869.17
o Payment due 03/01/19: unpaid balance of $834.42
o Payment due 04/01/19: current payment due

o **Total: $58,615.64 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.

# Shellpoint

**Mortgage Servicing**
Loan Number: 0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Payment Amount | |
|---|---|
| Payment Date | 04/01/2019 |
| Payment Amount | $58,615.64 |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050991040000250326000834420008344205684768612040119041619 3



## MORTGAGE STATEMENT
Statement Date: 04/17/2019

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 05/01/2019 |
| **Payment Amount** | **$58,395.86** |

Phone: 866-316-4706
Website: www.shellpointmtg.com

**Shellpoint**
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

0-811-06414-0000645-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
APR 23 2019
BY: .....................

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $237.39 |
| Interest | $471.21 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $363.00 |
| Past Unpaid Payment | $57,198.44 |
| **Total Payment Amount** | **$58,395.86** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $355.62 | $708.30 |
| Interest | $1,061.58 | $2,126.10 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $155.00 |
| **Total** | **$1,417.20** | **$4,302.76** |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Account Information

| | |
|---|---|
| Outstanding Principal | $127,121.98 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 11/01/18   unpaid balance of $53,285.09
o Payment due 12/01/18   unpaid balance of $869.17
o Payment due 01/01/19   unpaid balance of $869.17
o Payment due 02/01/19   unpaid balance of $869.17
o Payment due 03/01/19   unpaid balance of $834.42
o Payment due 04/01/19   unpaid balance of $834.42
o Payment due 05/01/19   current payment due

o **Total: $58,395.86 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.



**Shellpoint**
Mortgage Servicing

Loan Number: 0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Payment Amount

| | |
|---|---|
| Payment Date | 05/01/2019 |
| Payment Amount | $58,395.86 |

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050848790000250326000834420008344205684768612050119051619 0

| Transaction Activity (03/18/2019 - 04/16/2019) | | | |
|---|---|---|---|
| **Date** | **Description** | **Charges** | **Payments** |
| 03/18/2019 | Regular Payment - (Due 7/1/2013) | $0.00 | $708.60 |
| 03/20/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 04/05/2019 | Attorney Cost Disbursement | $350.00 | $0.00 |
| 04/09/2019 | Regular Payment - (Due 8/1/2013) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

____ Address   ____ Phone   ____ Name**   ____ Email Address

\*\*Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

New Phone Number: Day (   )    -     Evening (   )    -     Email Address

Account Number    05684 /8881

| Transaction Activity (02/16/2019 - 03/17/2019) | | |
| --- | --- | --- |
| Date    Description | Charges | Payments |
| 02/27/2019  BPO/Aprsl Cost Disbursement | $155.00 | $0.00 |
| 02/27/2019  BPO/Aprsl Cost Payment | $0.00 | $155.00 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address  \_\_\_\_Phone  \_\_\_\_Name**  \_\_\_\_Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

New Phone Number: Day (\_ \_) \_ \_ \_ - \_ \_ \_ \_    Evening (\_ \_) \_ \_ \_ - \_ \_ \_ \_    Email Address _____



## Shellpoint

**Mortgage Servicing**

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

**MORTGAGE STATEMENT**
Statement Date: 05/18/2019

| Account Number | 0568476861 |
| Payment Date | 06/01/2019 |
| **Payment Amount** | **$58,521.68** |

Phone:    866-316-4706
Website:    www.shellpointmtg.com

5-811-06694-0001143-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
MAY 2 5 2019
BY: .......................

### Explanation of Payment Amount

| | |
|---|---:|
| Principal | $238.38 |
| Interest | $470.22 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $0.00 |
| Past Unpaid Payment | $57,687.26 |
| **Total Payment Amount** | **$58,521.68** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---:|---:|
| Principal | $178.93 | $887.23 |
| Interest | $529.67 | $2,655.77 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $155.00 |
| **Total** | **$708.60** | **$5,011.36** |

### Account Information

| | | |
|---|---|---:|
| Outstanding Principal | | $126,943.05 |
| Interest Rate | | 5.0000% |
| Prepayment Penalty | | None |
| Property Address: | 1392 ECHO FALLS AVE | |
| | LAS VEGAS NV 89123 | |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

**Important Messages**

***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Additional Messages**

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**\*\*Account History\*\***

**Recent Account History**
o Payment due 12/01/18:  unpaid balance of $53,445.66
o Payment due 01/01/19:  unpaid balance of $869.17
o Payment due 02/01/19:  unpaid balance of $869.17
o Payment due 03/01/19:  unpaid balance of $834.42
o Payment due 04/01/19:  unpaid balance of $834.42
o Payment due 05/01/19:  unpaid balance of $834.42
o Payment due 06/01/19:  current payment due
o **Total: $58,521.68 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment.

## Shellpoint

**Mortgage Servicing**

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| **Payment Amount** | |
|---|---|
| **Payment Date** | 06/01/2019 |
| **Payment Amount** | $58,521.68 |

| Please write clearly inside space provided | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

01000507772000025032600083442000834420568476861206011906161 96



## MORTGAGE STATEMENT
Statement Date: 06/17/2019

**Mortgage Servicing**
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

4-811-06945-0001156-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
JUN 2 1 2019
BY: .........................

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 07/01/2019 |
| **Payment Amount** | **$58,647.50** |

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $239.37 |
| Interest | $469.23 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $125.00 |
| Past Unpaid Payment | $57,688.08 |
| **Total Payment Amount** | **$58,647.50** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $179.67 | $1,066.90 |
| Interest | $528.93 | $3,184.70 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $125.00 | $280.00 |
| **Total** | **$833.60** | **$5,844.96** |

### Account Information

| | | |
|---|---|---|
| Outstanding Principal | | $126,763.38 |
| Interest Rate | | 5.0000% |
| Prepayment Penalty | | None |
| Property Address: | 1392 ECHO FALLS AVE | |
| | LAS VEGAS NV 89123 | |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 01/01/19:  unpaid balance of $53,606.23
o Payment due 02/01/19:  unpaid balance of $869.17
o Payment due 03/01/19:  unpaid balance of $834.42
o Payment due 04/01/19:  unpaid balance of $834.42
o Payment due 05/01/19:  unpaid balance of $834.42
o Payment due 06/01/19:  unpaid balance of $834.42
o Payment due 07/01/19:  current payment due

o **Total: $58,647.50 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

Detach and return with payment.



**Mortgage Servicing**

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Payment Amount | |
|---|---|
| **Payment Date** | 07/01/2019 |
| **Payment Amount** | **$58,647.50** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050705350000250326000834420008344205684768612070119071619 9

| Transaction Activity (05/18/2019 - 06/16/2019) | | |
|---|---|---|
| **Date**      **Description** | **Charges** | **Payments** |
| 05/27/2019  BPO/Aprsl Cost Disbursement | $125.00 | $0.00 |
| 05/28/2019  BPO/Aprsl Cost Payment | $0.00 | $125.00 |
| 06/07/2019  Regular Payment - (Due 10/1/2013) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

_____ Address  _____ Phone  _____ Name**  _____ Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___)  ___-____    Evening  (___)  ___-____    Email Address _____

| Transaction Activity (04/17/2019 - 05/17/2019) | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 05/07/2019 | Regular Payment - (Due 9/1/2013) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

**Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

____ Address    ____ Phone    ____ Name**    ____ Email Address

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day (___) ___-____    Evening (___) ___-____    Email Address _____

# MORTGAGE STATEMENT

**Shellpoint**
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

3-811-07313-0000737-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
JUL 3 0 2019
BY:...................

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 08/01/2019 |
| **Payment Amount** | **$58,799.32** |

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

## Explanation of Payment Amount

| | |
|---|---|
| Principal | $240.37 |
| Interest | $468.23 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $26.00 |
| Past Unpaid Payment | $57,938.90 |
| **Total Payment Amount** | **$58,799.32** |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $180.42 | $1,247.32 |
| Interest | $528.18 | $3,712.88 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$6,553.56** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $126,582.96 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

## Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

## Important Messages

***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

## Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### **Account History**

**Recent Account History**
o Payment due 02/01/19: unpaid balance of $53,792.80
o Payment due 03/01/19: unpaid balance of $834.42
o Payment due 04/01/19: unpaid balance of $834.42
o Payment due 05/01/19: unpaid balance of $834.42
o Payment due 06/01/19: unpaid balance of $834.42
o Payment due 07/01/19: unpaid balance of $834.42
o Payment due 08/01/19: current payment due

o **Total: $58,799.32 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.



**Shellpoint**
Mortgage Servicing

Loan Number: 0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Payment Amount | |
|---|---|
| **Payment Date** | **08/01/2019** |
| **Payment Amount** | **$58,799.32** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

01000506331800002503260008344200083442056847686120801190816198

# Shellpoint

**MORTGAGE STATEMENT**
Statement Date 8/15/19

Mortgage Servicing
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 09/01/2019 |
| **Payment Amount** | **$58,938.14** |

7-811-07529-0000379-001-1-000-010-000-000

ԻԱիվիկիլիփիկիվՈիիիՈիիՈիՈիՈիՈիՈիՈիիՈի--ՈՈ

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

RECEIVED AUG 2 2 2019 BY: ..................

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $241.37 |
| Interest | $467.23 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $13.00 |
| Past Unpaid Payment | $58,090.72 |
| **Total Payment Amount** | **$58,938.14** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $181.17 | $1,428.49 |
| Interest | $527.43 | $4,240.31 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$7,262.16** |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Account Information

| | |
|---|---|
| Outstanding Principal | $126,401.79 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 03/01/19:   unpaid balance of $53,931.62
o Payment due 04/01/19:   unpaid balance of $834.42
o Payment due 05/01/19:   unpaid balance of $834.42
o Payment due 06/01/19:   unpaid balance of $834.42
o Payment due 07/01/19:   unpaid balance of $834.42
o Payment due 08/01/19:   unpaid balance of $834.42
o Payment due 09/01/19:   current payment due

o **Total: $58,938.14** unpaid amount that, if paid, would bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.

# Shellpoint
Mortgage Servicing

Loan Number:   0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039



ՈՈՈՈիփիկիսիՈիսիՈիՈՈՈՈիՈՈիՈիՈՈՈՈիՈՈՈՈիՈ

| Payment Amount | |
|---|---|
| **Payment Date** | 09/01/2019 |
| **Payment Amount** | **$58,938.14** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050560720000250326000834420000834420568476861209011190916195

| Transaction Activity (07/26/2019 - 08/17/2019) | | | |
|---|---|---|---|
| **Date** | **Description** | **Charges** | **Payments** |
| 08/05/2019 | County Tax Bill 1 | $396.86 | $0.00 |
| 08/09/2019 | Regular Payment - (Due 12/1/2013) | $0.00 | $708.60 |
| 08/16/2019 | Property Inspection Disbursement | $13.00 | $0.00 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address    \_\_\_\_ Phone    \_\_\_\_ Name**    \_\_\_\_ Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

New Phone Number: Day ( \_\_\_ ) \_\_\_ - \_\_\_    Evening ( \_\_\_ ) \_\_\_ - \_\_\_    Email Address _____

Account Number    0568476861

| Transaction Activity (06/17/2019 - 07/25/2019) | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 06/18/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 07/08/2019 | Regular Payment - (Due 11/1/2013) | $0.00 | $708.60 |
| 07/24/2019 | Property Inspection Disbursement | $13.00 | $0.00 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address  \_\_\_\_Phone  \_\_\_\_Name**  \_\_\_\_Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

New Phone Number: Day ( \_\_\_ )    Evening ( \_\_\_ )    Email Address

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050



RECEIVED

AUG 2 6 2019

BY: ..........................

MELANI SCHULTE
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS NV 89117-7528

0029983000010683629000004    04000

00441





**Shellpoint**
Mortgage Servicing

PO Box 7050  Troy MI 48007-7050

August 21, 2019

Melani Schulte
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS, NV 89117-7528

Subject:      **Please provide insurance information for:**
              **Property Address:** 1392 ECHO FALLS AVE
                                    LAS VEGAS, NV 89123 0000
              Loan Number:          0568476861

Dear Melani Schulte :

Our records show that your hazard insurance expired and we do not have evidence that you have obtained new coverage. **Because hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. We urge you to contact your insurance agent or company and have them provide us with current evidence of hazard insurance for your property referenced above in the form of your current insurance policy declarations page. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370 or provided by email to insdocs@shellpointmtg.com. TTY Service is available by contacting 711. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

The insurance we buy:

- **May be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**



00299830000106836290000003      00000                                                                      00441





PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:       (877) 491-7277
Fax:          (248) 878-2370
Email:        insdocs@shellpointmtg.com



0029983000010683629000002      00000                                                        00441



Shellpoint
Mortgage Servicing
PO Box 7050  Troy MI 48007-7050

Loan Number: 0568476861

### SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.





**Shellpoint**
Mortgage Servicing
PO Box 7050  Troy MI 48007-7050

September 6, 2019

Melani Schulte
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS, NV 89117-7528

RECEIVED
SEP 1 3 2019
BY: ...........................

Subject:    **Regarding hazard insurance information for:**
            **Property Address**: 1392 ECHO FALLS AVE
                              LAS VEGAS, NV 89123 0000
            Loan Number:     0568476861

Dear Melani Schulte :

The lender-placed insurance we purchased for your property is cancelled effective August 14, 2019 for one of the reasons stated below:

- Adequate insurance coverage was provided. If this cancellation results in a lapse of coverage, you may be charged an additional premium. If there was no lapse in coverage, you will not be billed or the amount previously paid will be returned to your account in full.
- Your mortgage loan is paid in full. Please note that you no longer have insurance coverage through Shellpoint Mortgage Servicing. Please contact your insurance agent and obtain a policy to protect your interest.
- Servicing of your mortgage was transferred to another lender. Please contact your new servicer as they will be placing coverage with their carrier to protect your mutual interest.

If you have any questions, please contact us at (877) 491-7277. Your call may be monitored for quality assurance.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:    (877) 491-7277
Fax:      (248) 878-2370
Email:    insdocs@shellpointmtg.com

CANCEL                TTY Service is available by contacting 711                v.01/01/2017



# Shellpoint
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

## MORTGAGE STATEMENT
Statement Date 09/16/2019

5-811-07799-0000383-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

| Account Number | 0568476861 |
| Payment Date | 10/01/2019 |
| Payment Amount | $59,063.96 |

Phone: 866-316-4706
Website: www.shellpointmtg.com

### Explanation of Payment Amount
| | |
|---|---|
| Principal | $242.38 |
| Interest | $466.22 |
| Escrow (Taxes and Insurance) | $125.82 |
| **Regular Monthly Payment** | **$834.42** |
| Total Fees and Charges | $0.00 |
| Past Unpaid Payment | $58,229.54 |
| **Total Payment Amount** | **$59,063.96** |

### Past Payments Breakdown
| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $181.93 | $1,610.42 |
| Interest | $526.67 | $4,766.98 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$7,970.76** |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Account Information
| | |
|---|---|
| Outstanding Principal | $126,219.86 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### \*\*Account History\*\*

**Recent Account History**
o Payment due 04/01/19:  unpaid balance of $54,057.44
o Payment due 05/01/19:  unpaid balance of $834.42
o Payment due 06/01/19:  unpaid balance of $834.42
o Payment due 07/01/19:  unpaid balance of $834.42
o Payment due 08/01/19:  unpaid balance of $834.42
o Payment due 09/01/19:  unpaid balance of $834.42
o Payment due 10/01/19:  current payment due

o **Total: $59,063.96 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.



# Shellpoint
Mortgage Servicing

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

| Payment Amount | |
|---|---|
| **Payment Date** | **10/01/2019** |
| **Payment Amount** | **$59,063.96** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050487940000250326000834420008344205684768612100119101619 6

Account Number    05084708061

| Transaction Activity (08/18/2019 - 09/16/2019) | | | |
|---|---|---|---|
| **Date** | **Description** | **Charges** | **Payments** |
| 09/10/2019 | Regular Payment - (Due 1/1/2014) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\*\*Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

____ Address ____Phone ____Name\*\* ____Email Address

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

New Phone Number: Day ( )   -    Evening ( )   -    Email Address

# Shellpoint
Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

**MORTGAGE STATEMENT**

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 11/01/2019 |
| **Payment Amount** | **$60,185.31** |

6-811-08113-0000363-001-1-000-010-000-000

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

OCT 2 0 2019

| Phone: | 866-316-4706 |
|---|---|
| Website: | www.shellpointmtg.com |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $243.39 |
| Interest | $465.21 |
| Escrow (Taxes and Insurance) | $131.85 |
| **Regular Monthly Payment** | **$840.45** |
| Total Fees and Charges | $989.50 |
| Past Unpaid Payment | $58,355.36 |
| **Total Payment Amount** | **$60,185.31** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $182.68 | $1,793.10 |
| Interest | $525.92 | $5,292.90 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$8,679.36** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $126,037.18 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

**Important Messages**

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

**Additional Messages**

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**\*\*Account History\*\***

**Recent Account History**
o Payment due 05/01/19:  unpaid balance of $55,172.76
o Payment due 06/01/19:  unpaid balance of $834.42
o Payment due 07/01/19:  unpaid balance of $834.42
o Payment due 08/01/19:  unpaid balance of $834.42
o Payment due 09/01/19:  unpaid balance of $834.42
o Payment due 10/01/19:  unpaid balance of $834.42
o Payment due 11/01/19:  current payment due

o **Total: $60,185.31 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment.


# Shellpoint
Mortgage Servicing

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Payment Amount

| | |
|---|---|
| Payment Date | 11/01/2019 |
| Payment Amount | $60,185.31 |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

01000050414870000252135000840450008040505b847b8b1211011911b194

Account Number    05584 / 5861

## ransaction Activity (09/17/2019 - 10/17/2019)

| ate | Description | Charges | Payments |
|------|------------|---------|----------|
| 9/18/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 9/19/2019 | BPO/Aprsl Cost Disbursement | $95.00 | $0.00 |
| 9/24/2019 | County Tax Bill 2 | $395.12 | $0.00 |
| 0/07/2019 | BK Costs Disbursement | $881.50 | $0.00 |
| 0/08/2019 | Regular Payment - (Due 2/1/2014) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

____Address ____Phone ____Name** ____Email Address

Your Account # _____    Social Security Number: _____

Old Borrower Name: _____    New Borrower Name: _____

Old Co-Borrower Name: _____    New Co-Borrower Name: _____

Borrower Signature: _____    Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

_____

Email Address

# MORTGAGE STATEMENT
Statement Date 12/01/2019

## Shellpoint
Mortgage Servicing
**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

4-811-08423-0000360-001-1-000-010-000-000

||ı|ı|ıı|ıııı|||||ı|ı||ı|ı||ı|ı|ı||ıı||ı||ıı||||ı|||ı||ıı

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

**RECEIVED**
NOV 2 6 2019
BY: ...........................

| | |
|---|---|
| **Account Number** | **0568476861** |
| **Payment Date** | **12/01/2019** |
| **Payment Amount** | **$60,317.16** |

Phone:    866-316-4706
Website:  www.shellpointmtg.com

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $244.40 |
| Interest | $464.20 |
| Escrow (Taxes and Insurance) | $131.85 |
| **Regular Monthly Payment** | **$840.45** |
| Total Fees and Charges | $0.00 |
| Past Unpaid Payment | $59,476.71 |
| **Total Payment Amount** | **$60,317.16** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $183.45 | $1,976.55 |
| Interest | $525.15 | $5,818.05 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$9,387.96** |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Account Information

| | |
|---|---|
| Outstanding Principal | $125,853.73 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Important Messages

***Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### **Account History**

**Recent Account History**
o Payment due 06/01/19:  unpaid balance of $55,298.58
o Payment due 07/01/19:  unpaid balance of $834.42
o Payment due 08/01/19:  unpaid balance of $834.42
o Payment due 09/01/19:  unpaid balance of $834.42
o Payment due 10/01/19:  unpaid balance of $834.42
o Payment due 11/01/19:  unpaid balance of $840.45
o Payment due 12/01/19:  current payment due

o **Total: $60,317.16 unpaid balance that, if paid, would bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.

## Shellpoint
Mortgage Servicing
Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

### Payment Amount

| | |
|---|---|
| **Payment Date** | **12/01/2019** |
| **Payment Amount** | **$60,317.16** |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039



0100050341490000252135000840450008404505684768612120119121 6198

Account Number    0    8861

| Transaction Activity (10/18/2019 - 11/16/2019) | | |
|---|---|---|
| **Date**   **Description** | **Charges** | **Payments** |
| 11/12/2019  Regular Payment - (Due 3/1/2014) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address    \_\_\_\_Phone    \_\_\_\_Name**    \_\_\_\_Email Address

*\*Please remember:*
*Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.*

| | |
|---|---|
| Your Account # _____ | Social Security Number: _____ |
| Old Borrower Name: _____ | New Borrower Name: _____ |
| Old Co-Borrower Name: _____ | New Co-Borrower Name: _____ |
| Borrower Signature: _____ | Co-Borrower Signature: _____ |
| New Mailing Address: _____ | |

## Shellpoint
Mortgage Servicing

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

1-811-08769-0000349-001-1-000-010-000-000

ılıllıllıllıllılıllılıllılıllılıllılıllılıllılı

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS NV 89117-7528

RECEIVED
JAN 0 2 2020
BY:..............................

### MORTGAGE STATEMENT

| | |
|---|---|
| Account Number | 0568476861 |
| Payment Date | 01/01/2020 |
| **Payment Amount** | **$60,462.01** |

| | |
|---|---|
| Phone: | 866-316-4706 |
| Website: | www.shellpointmtg.com |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $245.42 |
| Interest | $463.18 |
| Escrow (Taxes and Insurance) | $131.85 |
| **Regular Monthly Payment** | **$840.45** |
| Total Fees and Charges | $13.00 |
| Past Unpaid Payment | $59,608.56 |
| **Total Payment Amount** | **$60,462.01** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $184.21 | $2,160.76 |
| Interest | $524.39 | $6,342.44 |
| Escrow | $0.00 | $1,313.36 |
| Fees/Late Charges | $0.00 | $280.00 |
| **Total** | **$708.60** | **$10,096.56** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $125,669.52 |
| Interest Rate | 5.0000% |
| Prepayment Penalty | None |
| Property Address: | 1392 ECHO FALLS AVE LAS VEGAS NV 89123 |

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write to us.

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

**Note: If the pre-petition arrearage amount is being disputed, or has not yet been determined by us, this statement may include an unresolved amount of the pre-petition arrearage.**

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 866-316-4706.

Repayment options may be available to you. **Call 866-316-4706** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

### **Account History**

Recent Account History
o Payment due 07/01/19:  unpaid balance of $55,437.40
o Payment due 08/01/19:  unpaid balance of $834.42
o Payment due 09/01/19:  unpaid balance of $834.42
o Payment due 10/01/19:  unpaid balance of $834.42
o Payment due 11/01/19:  unpaid balance of $840.45
o Payment due 12/01/19:  unpaid balance of $840.45
o Payment due 01/01/20:  current payment due

o **Total: $60,462.01** unpaid amount that, if paid, would bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment.

## Shellpoint
Mortgage Servicing

Loan Number:  0568476861
MELANI SCHULTE

Property Address:
1392 ECHO FALLS AVE
LAS VEGAS NV 89123

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

ılıllıllıllılıllılıllılıllılıllılıllılıllılı

### Payment Amount

| Payment Date | 01/01/2020 |
|---|---|
| Payment Amount | $60,462.01 |

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100050267810000252135000840450008040505684768612010120011 6203

## Transaction Activity (11/17/2019 - 12/17/2019)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/20/2019 | Property Inspection Disbursement | $13.00 | $0.00 |
| 12/06/2019 | Regular Payment - (Due 4/1/2014) | $0.00 | $708.60 |

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is not an attempt to collect a debt due to your bankruptcy filing. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 866-316-4706.

If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

## Address, Phone, and Name Changes

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Type of change (check all that apply)

\_\_\_\_ Address   \_\_\_\_Phone   \_\_\_\_Name**   \_\_\_\_Email Address

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

New Phone Number: Day ( \_\_\_ ) \_\_\_-\_\_\_\_   Evening (\_\_\_) \_\_\_-\_\_\_\_   Email Address _____