|   |   |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*atty@cburke.lvcoxmail.com*<br>218 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>(702) 385-7987<br>Attorney for Debtor | ***ECF FILED ON 4/23/21*** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MELANI SCHULTE and<br>WILLIAM R. SCHULTE,<br><br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO INC.,<br>KEEP SAFE LLC,<br><br>                Debtors. | Case No. 09-29123-MKN<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-31585- MKN<br>09-27238- MKN<br>09-27909- MKN<br>09-27910- MKN<br>09-27911- MKN<br>09-27912- MKN<br>09-27913- MKN<br>09-27914- MKN<br>09-27916- MKN<br>09-28513- MKN<br>09-31584- MKN<br><br>Date: May 26, 2021<br>Time: 9:30 a.m. |

**NOTICE OF MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITORS, SHELLPOINT MORTGAGE SERVICING AND OCWEN LOAN SERVICING, LLC**

    **NOTICE IS HEREBY GIVEN** that a Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failure to Comply with A Court Order and the Confirmed Plan and for Damages including Attorneys Fees against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing, LLC , was filed herein on **April 23, 2021** by Christopher P. Burke, Esq. Any Opposition must be filed pursuant to Local Rule 9014.

    **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing for the motion, unless an exception

applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **written** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, located at 300 Las Vegas Blvd. So., Third Floor Ct. Rm. #2, Las Vegas, Nevada, 89101 on the **26th** day of **May, 2021**, at the hour of **9:30 a.m.**

Should this matter be heard telephonically pursuant to Administrative Order, to participate in a telephone hearing, dial the Toll-Free Call-in Number and enter the seven-digit Access Code followed by the "#" key.

| (888) 684-8852 | 9882536# |
|---|---|

You may be placed on hold until the courtroom deputy activates the conference call, or you may hear other speaking. Another hearing may be in progress; do not announce your presence until the courtroom deputy takes roll call or your hearing is called. If you have problems connecting or the courtroom deputy does not activate the call within 5 minutes after your scheduled hearing time, hang up and call the court at: 866-232-1266. Additional information and copies of the Motion may be obtained from the Clerk of the Court.

Dated:    4/23/21                    /S/CHRISTOPHER P. BURKE, ESQ.
                                     CHRISTOPHER P. BURKE, ESQ.