CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

*ECF FILED ON 4/23/21*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-31585- MKN |
| HOT ENDEAVOR LLC, | 09-27238- MKN |
| 1341 MINUET LLC, | 09-27909- MKN |
| 1708 PLATO PICO LLC, | 09-27910- MKN |
| 2228 WARM WALNUT LLC, | 09-27911- MKN |
| 9425 VALLEY HILLS LLC, | 09-27912- MKN |
| 9500 ASPEN GLOW LLC, | 09-27913- MKN |
| 5218 MISTY MORNING LLC, | 09-27914- MKN |
| CHERISH LLC, | 09-27916- MKN |
| SABRECO INC., | 09-28513- MKN |
| KEEP SAFE LLC, | 09-31584- MKN |
| Debtors. | Date: May 26, 2021 |
| | Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of CHRISTOPHER P. BURKE, ESQ., and on the 23rd day of April, 2021, I caused to be served a true and correct copy of:

1. Notice and Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failure to Comply with A Court Order and the Confirmed Plan and for Damages including Attorneys Fees against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing, LLC (Dkt. #1334 and #1335) in the following manner:

■ (ELECTRONIC SERVICE)        Under Administrative Order 02-1 (Rev. 8-31

1

-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

■ (UNITED STATES MAIL)     By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses, on the date above written.

❏ (OVERNIGHT COURIER)     By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

❏ (FACSIMILE)     That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                                  */s/ Adriana Pelayo*
                                                  An Employee of
                                                  Christopher P. Burke, Esq.

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington RD.
Suite 100
West Palm Beach, FL 33409-6493

Ocwen Loan Servicing, LLC
Attn: Managing Agent
PO Box 6440
Carol Stream, IL 60197-6440

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Dept.

PO Box 24605
West Palm Beach, FL 33416-4605

Ocwen Loan Servicing, LLC
Attn: Managing Agent
PO Box 24781
West Palm Beach, FL 33416-4781

Ocwen Loan Servicing, LLC
Attn: Managing Agent
PO Box 24738
West Palm Beach, FL 33416-4738

The Bank of New York Mellon
c/o Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
Attn: Managing Agent
PO BOX 1410
Troy, MI 48099-1410

Shellpoint Mortgage Servicing
Attn: Managing Agent
PO BOX 10826
Greenville, SC 29603

Shellpoint Mortgage Servicing
Attn: Managing Agent
PO BOX 740039
Cincinnati, OH 45274-0039

Shellpoint Mortgage Servicing
Attn: Managing Agent
PO BOX 10826
Greenville, SC 29603

Shellpoint Mortgage Servicing
Attn: Managing Agent
PO BOX 7050
Troy, MI 48007-7050

3