CHRISTOPHER P. BURKE, ESQ.  ECF Filed on 4/26/2021
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
Melani Schulte

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-31585- MKN |
| HOT ENDEAVOR LLC, | 09-27238- MKN |
| 1341 MINUET LLC, | 09-27909- MKN |
| 1708 PLATO PICO LLC, | 09-27910- MKN |
| 2228 WARM WALNUT LLC, | 09-27911- MKN |
| 9425 VALLEY HILLS LLC, | 09-27912- MKN |
| 9500 ASPEN GLOW LLC, | 09-27913- MKN |
| 5218 MISTY MORNING LLC, | 09-27914- MKN |
| CHERISH LLC, | 09-27916- MKN |
| SABRECO INC., | 09-28513- MKN |
| KEEP SAFE LLC, | 09-31584- MKN |
| Debtors. | Date: N/A  Time: N/A |

**STIPULATION TO DISMISS DEBTORS AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITI MORTGAGE INC. (Dkt.# 1289) WITH PREJUDICE**

COME NOW Debtor, Melani Schulte ("Schulte"), by and through her counsel Christopher P. Burke, Esq., and Citi Mortgage Inc. ("Citi"), by and through its counsel Gregory P. Cambell, Esq. of Aldridge Pite, LLP. and hereby Stipulate that Debtors Amended Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with A Court Order and the Confirmed Plan and for Damages including

1

Attorneys Fees against Creditor, filed September 11, 2020 (Dkt.# 1289), be dismissed with prejudice as the parties have resolved this matter.

IT IS SO STIPULATED:  **Approved**/Disapproved

*/s/ Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.
Nevada Bar No.: 004093
216 S. Maryland Pkwy.
Las Vegas, NV 89101
(702) 385-7987
atty@cburke.lvcoxmail.com

*/s/ Greg P. Campbell*
Greg P. Campbell
(Admitted Pro Hoc Vice)
Aldridge Pite, LLP.
4375 Jutland Drive, Suite 200
San Diego, CA 92117
gcampbell@aldridgepite.com
Attorney for CitiMortgage, Inc.