Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV  89101
Telephone: 702.385.5544

Attorneys on behalf of The Schwartz Law Firm, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 09-29123-MKN |
| | ) Chapter 11 |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | ) |
| | ) **LEAD CASE** |
| | ) |
| | ) **Joint Administered with:** |
| | ) |
| | ) 09-31585-MKN |
| 2704 SATTLEY, LLC, | ) 09-27238-MKN |
| HOT ENDEAVOR LLC, | ) 09-27909-MKN |
| 1341 MINUET LLC, | ) 09-27910-MKN |
| 1708 PLATO PICO LLC, | ) 09-27911-MKN |
| 2228 WARM WALNUT LLC, | ) 09-27912-MKN |
| 9425 VALLEY HILLS LLC, | ) 09-27913-MKN |
| 9500 ASPEN GLOW LLC, | ) 09-27914-MKN |
| | ) 09-27916-MKN |
| | ) 09-28513-MKN |
| _____ | ) 09-31584-MKN |

*EX PARTE* **MOTION TO REMOVE**
**THE SCHWARTZ LAW FIRM, INC. FROM E-MAIL SERVICE LIST**

On August 19, 2010, the Court entered an *Order Authorizing the Employment and Retention of The Schwartz Law Firm, Inc.* ("**SLF**") *as Attorneys for the Debtors and Debtors-in-Possession* (the "**Debtors**") (Docket No. 826).  SLF is no longer retained by Debtors, and hereby moves this court ex parte, for an Order removing SLF from all service lists, including the court's electronic notification list, in the above-captioned case.

*/ / /*

1

SLF's contact information is as follows:

**The Schwartz Law Firm, Inc.**
**c/o Schwartz Law, PLLC**
**601 E. Bridger Avenue**
**Las Vegas, NV 89101**
**Email: saschwartz@nvfirm.com**
**eanderson@nvfirm.com**
**samid@nvfirm.com**
**ecf@nvfirm.com**

Date: April 26, 2021.

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV  89101
Attorneys on behalf of The Schwartz Law Firm, Inc.