_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 26, 2021

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
Melani Schulte

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-31585- MKN |
| HOT ENDEAVOR LLC, | 09-27238-MKN |
| 1341 MINUET LLC, | 09-27909-MKN |
| 1708 PLATO PICO LLC, | 09-27910-MKN |
| 2228 WARM WALNUT LLC, | 09-27911- MKN |
| 9425 VALLEY HILLS LLC, | 09-27912- MKN |
| 9500 ASPEN GLOW LLC, | 09-27913- MKN |
| 5218 MISTY MORNING LLC, | 09-27914- MKN |
| CHERISH LLC, | 09-27916- MKN |
| SABRECO INC., | 09-28513- MKN |
| KEEP SAFE LLC, | 09-31584- MKN |
| Debtors. | Date: N/A Time: N/A |

**ORDER APPROVING STIPULATION TO DISMISS DEBTORS AMENDED MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND THE CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS FEES AGAINST CREDITOR, CITI MORTGAGE INC. (Dkt.# 1289) WITH PREJUDICE**

1

1
2  THIS COURT, having considered the Stipulation between Debtor, Melani Schulte
3  and Creditor, Citi Mortgage to Dismiss Debtors Amended Motion for Contempt for
4  Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with A
5  Court Order and the Confirmed Plan and for Damages including Attorneys Fees against
6  Creditor, Citi Mortgage Inc. ("Citi"), filed September 11, 2020 (Dkt.# 1289), has been
   resolved and is to be Dismissed With Prejudice, and orders the following:
7  IT IS THEREFORE ORDERED that Schulte's Amended Motion for Contempt shall
8  be dismissed with prejudice.
9  IT IS SO ORDERED.
10
   Date this 26th day of April, 2021.
11
12 Submitted by:                              **Approved**/Disapproved:
13
14 */s/ Christopher P. Burke, Esq.*           */s/ Greg P. Campbell*
   Christopher P. Burke, Esq.                 Greg P. Campbell
15 Nevada Bar No.: 004093                     (Admitted Pro Hoc Vice)
16 216 S. Maryland Pkwy.                      Aldridge Pite, LLP.
   Las Vegas, NV 89101                        4375 Jutland Drive, Suite 200
17 (702) 385-7987                             San Diego, CA 92117
   atty@cburke.lvcoxmail.com                  gcampbell@aldridgepite.com
18                                            Attorney for CitiMortgage, Inc.
19                                   ###
20
21
22
23
24
25
26
27
28                                    2