_____
Mary A. Schott
Clerk of Court

Entered on Docket
April 29, 2021

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV  89101
Telephone: 702.385.5544

Attorneys on behalf of The Schwartz Law Firm, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | ) | Case No.: 09-29123-MKN |
|---|---|---|
| | ) | Chapter 11 |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | ) ) ) | **LEAD CASE** |
| | ) | |
| | ) | **Joint Administered with:** |
| | ) | |
| | ) | 09-31585-MKN |
| 2704 SATTLEY, LLC, | ) | 09-27238-MKN |
| HOT ENDEAVOR LLC, | ) | 09-27909-MKN |
| 1341 MINUET LLC, | ) | 09-27910-MKN |
| 1708 PLATO PICO LLC, | ) | 09-27911-MKN |
| 2228 WARM WALNUT LLC, | ) | 09-27912-MKN |
| 9425 VALLEY HILLS LLC, | ) | 09-27913-MKN |
| 9500 ASPEN GLOW LLC, | ) | 09-27914-MKN |
| 5218 MISTY MORNING LLC, | ) | 09-27916-MKN |
| CHERISH LLC, | ) | 09-28513-MKN |
| SABRECO INC., | ) | 09-31584-MKN |
| KEEP SAFE LLC, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

1

## ORDER GRANTING *EX PARTE* MOTION TO REMOVE THE SCHWARTZ LAW FIRM, INC. FROM E-MAIL SERVICE LIST

The Court, having reviewed the *Ex Parte* Motion to Remove The Schwartz Law Firm, Inc. (the "**Motion**"), and good cause appearing:

**IT HEREBY ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is hereby directed to discontinue notice in the above-captioned case by removing The Schwartz Law Firm, Inc. from all service lists, including the court's electronic notification list.

**IT IS SO ORDERED.**

Respectfully Submitted,

SCHWARTZ LAW, PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
601 East Bridger Avenue
Las Vegas, NV  89101

Attorneys on behalf of The Schwartz Law Firm, Inc.

###