**Entered on Docket**
**September 24, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher Hunter, Esq. SBN 8127
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
bknotice@mccarthyholthus.com

Attorney for: Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and the servicing agent Litton Loan Servicing LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-29123-BAM |
| | ) |
| Melani Schulte | ) Chapter 11 |
| William R. Schulte, | ) |
| | ) **ORDER ON STIPULATION** |
| Debtors. | ) |
| | ) DATE: |
| | ) TIME: |
| | ) |

     The parties agreed to the terms set forth in the Adequate Protection Stipulation filed on 9/22/2010 as document #703 and are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER**

_Rev. 12.09_

M&H File No. NV-10-20275
09-29123-BAM

EXHIBIT C

1  Kristin A. Schuler-Hintz, Esq. SBN 7171

2  Christopher Hunter, Esq. SBN 8127          E-filed: 9/22/2010
   **McCarthy & Holthus, LLP**

3  9510 West Sahara Avenue, Suite 110
   Las Vegas, NV  89117

4  Phone (702) 685-0329

5  Fax (866) 339-5691

6  Attorney for: Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as

7  Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it
   assignees and/or successors, and the servicing agent Litton Loan Servicing LP

8

9                    UNITED STATES BANKRUPTCY COURT

10                        DISTRICT OF NEVADA

11

   In re:                                    ) Case No. 09-29123-BAM
12                                            )
   Melani Schulte                             ) Chapter  11
13 William R. Schulte,                        )
                                              ) **STIPULATION FOR ADEQUATE**
14          Debtor(s).                        ) **PROTECTION**
15                                            )
                                              ) DATE:  3/2/2010
16                                            ) TIME:   9:00 AM
17                                            )
   _____        )
18

19         Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as Trustee

20 for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it

21 assignees and/or successors, and the servicing agent Litton Loan Servicing LP ("Secured

22 Creditor"), and Debtor(s), Melani Schulte and William R. Schulte ("Debtor") by and through

23 their respective attorneys of record STIPULATE as follows:

24

25    1.  This Order affects the real property commonly known as: 1392 Echo Falls Avenue, Las

26        Vegas, NV 89123.

27    2.  Debtor shall make monthly adequate protection payments to the Secured Creditor, and

28        continuing on the first day of each month thereafter pursuant to the terms of the Note and

29        Deed of Trust. Payments shall be consistent with the value set forth for the subject

                                      1

                                                  File No. NV-10-20275
                                      Adequate Protection Order, Case No.  09-29123-BAM

Rev 12.09

EXHIBIT C

1    property in the Motion to Value Collateral filed in Bankruptcy case 09-29123-BAM on
2    8/14/2010, docket #541.

3. Payments shall be based upon the determination of value of $132,000.00, over a term of 30 years, amortized at a fixed rate of 5.00%.

4. Commencing 10/1/2010, Debtor shall make regular monthly post-petition payments to Secured Creditor in the amount of $708.60, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

5. Payments shall be made directly to:

Litton Loan Servicing, LP

Attn: Cash Management

4828 Loop Central Drive

Houston, TX 77081,

with reference to the last four digits of the Loan Number 2478, or as otherwise directed.

6. The Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and any and all senior liens.

7. In the event Debtor fails to timely perform any of the obligations set forth in this Order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees.

8. If Debtor fails to timely cure the default, Secured Creditor shall be entitled to lodge a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee notice of the same.

2

File No. NV-10-20275
Adequate Protection Order, Case No. 09-29123-BAM

Rev 12.09

EXHIBIT C

9.  If Debtor defaults on the obligations set forth herein on more than three (3) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee with notice of the same.

10. If this case is converted to a Chapter 7 proceeding the automatic stay shall be terminated; or the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

11. Secured Creditor's Proof of Claim is due and owing and is allowed in full.

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP

_/s/ Christopher Hunter_____
Christopher Hunter, Esq.
9510 West Sahara Avenue, Suite 110
(702) 685-0329
bknotice@mccarthyholthus.com


Approved/Disapproved

_/s/ Bryan A. Lindsey_____
Bryan A. Lindsey
701 E. Bridger Ave., Ste 120
Las Vegas, NV 89101
(702) 385-2741

3

File No. NV-10-20275
Adequate Protection Order, Case No. 09-29123-BAM

Rev 12.09

EXHIBIT C

1 | Kristin A. Schuler-Hintz, Esq. SBN 7171
2 | Christopher Hunter, Esq. SBN 8127
**McCarthy & Holthus, LLP**
3 | 9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
4 | Phone (702) 685-0329
5 | Fax (866) 339-5691

6 | Attorney for: Secured Creditor,
7 | The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders
CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and
8 | the servicing agent Litton Loan Servicing LP

9 |

10 | UNITED STATES BANKRUPTCY COURT
11 | DISTRICT OF NEVADA
12 |

13 | In re:                                      ) Case No.: 09-29123-BAM
                                               )
14 | Melani Schulte                            ) Chapter  11
15 | William R. Schulte,                       )
                                               ) DATE:
16 |                                            ) TIME:
                                               )
17 |            Debtors.                        )
                                               ) **CERTIFICATE OF SERVICE OF**
18 |                                            ) **STIPULATION FOR ADEQUATE**
                                               ) **PROTECTION**
19 |                                            )
20 | _____ )

21 |                    <u>**CERTIFICATE OF SERVICE**</u>

22 |
23 |      On 9/22/2010, I served the foregoing document on the following individuals by
electronic means through the Court's ECF program

24 | COUNSEL FOR DEBTOR
25 | David A. Riggi
darnvbk@gmail.com
26 |
     **I declare under penalty of perjury under the laws of the United States of America**
27 | **that the foregoing is true and correct.**

28 |                                        /s/ Ciprian Scutariu
                                            _____
                                            Ciprian Scutariu
29 |


EXHIBIT C

1     On 9/21/2010, I served the foregoing document described  on the following individuals
2 by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a
sealed envelope, with postage paid, addressed as follows:

3
DEBTORS
4 Melani Schulte
7201 West Lake Mead Blvd # 550
5 Las Vegas, NV 89128

6
William R. Schulte
7 7201 West Lake Mead Blvd # 550
Las Vegas, NV 89128
8

9
SPECIAL NOTICE
10 5218 Misty Morning LLC
7201 W. Lake Mead Blvd.
11 Las Vegas, NV 89128

12
BAC Home Loans Servicing, LP
13 c/o Polk, Prober & Raphael
20750 Ventura Boulevard,Suite 100
14 Woodland Hills, CA 91364

15
BAC Home Loans Servicing, L.P. Fka
16 Countrywide Home Loans Servicing, L.P.
Miles, Bauer, Bergstrom & Winters
17 2200 Paseo Verde Parkway, Ste 250
Henderson, NV 89052
18

19
Americas Servicing Co
20 Attn: Bankruptcy
1 Home Campus
21 Des Moines, IA 50328

22
Countrywide home Lending
23 Attention: Bankruptcy CA6-919-01-41
PO Box 5170
24 Simi Valley, CA 93062

25
America's Servicing Company
26 c/o McCalla Raymer, LLC Bankruptcy
Department
27 1544 Old Alabama Road
Roswell, GA 30076
28

29 ///

EXHIBIT C

1  City National Bank
   C/O Shawn W. Miller, Esq.
2  Shea & Carlyon, Ltd.
3  701 Bridger Avenue
   Suite 850
4  Las Vegas, NV 89101

5
   Sylvester & Polednak, LTD
6  7371 Prairie Falcon Road Suite 120
7  Las Vegas, NV 89128

8  Litton Loan Servicing, LP
   P. O. Box 829009
9  Dallas, Texas, TX 75382

10
   Litton Loan Servicing, L.P.
11 c/o McCalla Raymer, LLC
   Bankruptcy Department
12 1544 Old Alabama Road
13 Roswell, GA 30076

14 Chase Home Finance, LLC
   c/o Cooper Castle Law Firm
15 820 S. Valley View Blvd.
16 Las Vegas, NV 89107

17 BAC Home Loans Servicing, LP
18 1757 Tapo Canyon Road
   Mail Stop: CA6-913-LB-11
19 Simi Valley, CA 93063

20 Bank of America
21 PO Box 26237
   Las Vegas, NV 89126
22
23 City National Bank
   10801 West Charleston Blvd. Suite 250
24 Las Vegas, NV 89135

25 Midland Mortgage
26 Attn: Managing Agent
   PO Box 268888
27 Oklahoma City, OK 73126

28 ///
29 ///

EXHIBIT C

1  Wells Fargo Card Services
   PO Box 9210
2  Des Moines, IA 50306

3
   Melvin A. Elizer
4  1405 Vegas Valley Drive #306
5  Las Vegas, NV 89169

6  Wells Fargo
   c/o Kravitz, Schnitzer, & Sloane, Chtd.
7  Attn: Jeffrey Sloane
8  8985 S. Eastern Ave., Ste. 200
   Las Vegas, NV 89123
9
   Bank of Nevada
10 c/o Poli & Ball, PLC
11 601 S. Seventh Street
   Second Floor
12 Las Vegas, NV 89101

13
   Bank of Nevada
14 P.O. Box 26237
15 Las Vegas, NV 89126

16 Shea & Carlyon, LTD
   Shawn W. Miller, Esq
17 Erika M. Wright, Esq
18 701 Bridger Avenue, Suite 850
   Las Vegas, NV 89101
19
   Green Tree Servicing, LLC.
20 7360 S. Kyrene Road
21 Recovery Dept. T-120
   Tempe, AZ 85283
22
   Hot Endeavor LLC
23 7201 W Lake Mead Blvd
24 Las Vegas, NV 89128

25 JPMorgan Chase Bank, National Association
26 Malcolm Cisneros
   2112 Business Center Drive
27 Irvine, CA 92612

28 ///
29 ///

EXHIBIT C

1  Maxine Llewellyn
   7213 Raincloud Drive
2  Las Vegas, NV 89145

3

   Mortgage Electronic Registration Systems, Inc.
4  C/O Snell & Wilmer L.L.P.
   Attn: Robert R. Kinas
5  3883 Howard Hughes Parkway
   Suite 1100
6  Las Vegas, NV 89169

7

8         **I declare under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.**

10                                                   /s/ Hue Banh
                                                     Hue Banh
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

EXHIBIT C