Regina A. Habermas, Esq.
Nevada Bar No. 8481
GHIDOTTI | BERGER LLP
415 S. 6th Street, #310
Las Vegas, NV 89101
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com
Attorneys for Secured Creditors,
U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust,
U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust,
U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust, and
U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: | Case No.: 09-29123-mkn |
| MELANIE SCHULTE and WILLIAM SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | |
| HOT ENDEAVOR LLC, | 09-27238-BAM |
| 1341 MINUET LLC, | 09-27909-BAM |
| 1708 PLATO PICO LLC, | 09-27910-BAM |
| 2228 WARM WALNUT LLC, | 09-27911-BAM |
| 9425 VALLEY HILLS LLC, | 09-27912-BAM |
| 9500 ASPEN GLOW LLC, | 09-27913-BAM |
| 5218 MISTY MORNING LLC, | 09-27914-BAM |
| CHERISH LLC, | 09-27916-BAM |
| SABRECO INC., | 09-28513-BAM |
| KEEP SAFE LLC, | 09-31584-BAM |
| | 09-31585-BAM |
| Debtors. | **DECLARATION OF SN SERVICING CORPORATION IN SUPPORT OF MOTION TO CLARIFY PLAN TREATMENT REGARDING VARIOUS REAL PROPERTIES** |

1

I Jody Lee being duly sworn, depose and say:

1. I am employed by SN Servicing Corporation ("Servicer") and am authorized to sign this declaration on behalf of Servicer, which services the loans at issue in the Motion to Clarify Plan Treatment Regarding Various Real Properties, filed concurrently herewith (the "Motion").

2. In the regular performance of my job functions, I am familiar with and have access to the business records maintained by Servicer for the purpose of servicing mortgage loans on behalf of various secured creditors. These records, which include data compilations, electronically imaged documents, and other records, are made at or near the time or date by, or from information provided by persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Servicer. It is the regular practice of Servicer's mortgage servicing business to make and/or maintain these records including the records of prior servicers of the loans now serviced by Servicer, including the loans at issue in the Motion. Servicer relies upon the accuracy of those records in conducting its business of servicing loans, including the loans at issue in the Motion.

3. I regularly verify Servicer records, loan histories, correspondence, and communication histories. This entails reviewing, becoming familiar with, and participating in the review of documents related to loan accounts for loans serviced by Servicer. From my employment for Servicer, I am familiar with its business operations and with the services that Servicer offers to its customers.

4. I have personally reviewed Servicer's records as they relate to the loans referred to herein, and as to the following facts, I know them to be true of own knowledge or I have gained knowledge of them from my review of Servicer's business records. If called upon to testify, I could and would competently testify to the following under oath.

5. On or about March 21, 1994, Debtors Melani Schulte and William R. Schulte executed a Note and Deed of Trust in favor of Comstock Bank and pledged the real property commonly known as 8216 Peaceful Canyon Drive, Las Vegas, NV 89134 as security for

1 Debtors' obligations under the Note and Deed of Trust. Proof of Claim No. 5, filed on November 5, 2009, evidenced a total claim of $86,994.02, with pre-petition arrears of $8,606.19, secured by that property (the "Peaceful Canyon Claim"). *See* Claim 5-1. The maturity date of the loan was April 1, 2024. *Id*. The monthly payment due on the loan at the time the Petition was filed was $1,032.70, which consisted of $762.76 for principal and interest and $269.94 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Peaceful Canyon Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust. *Id*.

      6.      On or about August 14, 2001, Debtor Melani Schulte executed a Note and Deed of Trust in favor of Amera Corporation and pledged the real property commonly known as 1624 Desert Canyon Court, Las Vegas, NV 89128 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 37, filed on January 5, 2010, evidenced a total claim of $90,620.12, with pre-petition arrears of $12,943.01, secured by the real property commonly known as 1624 Desert Canyon Court, Las Vegas, NV 89128 (the "Desert Canyon Claim"). *See* Claim 37-1. The maturity date of the loan was September 1, 2016. *Id*. The monthly payment due on the loan at the time the Petition was filed was $1,541.50, which consisted of $1,248.60 for principal and interest and $292.90 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Desert Canyon Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust. *Id*.

      7.      On or about November 17, 2000, Debtor Melani Schulte executed a Note and Deed of Trust in favor of Amera Mortgage Corporation and pledged the real property commonly known as 1194 Stormy Valley Road, Las Vegas, NV 89123 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 39, filed on January 7, 2010, evidenced a total claim of $113,403.16, with pre-petition arrears of $9,738.59, secured by the real property commonly known as 1194 Stormy Valley Road, Las Vegas, NV 89123 (the "Stormy Valley Claim"). *See* Claim 39-1. The maturity date of the loan was December 1, 2030. *Id*. The monthly payment due on the loan at the time the Petition was filed was

1 $1,052.33, which consisted of $857.03 for principal and interest and $195.30 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Stormy Valley Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust. *Id*.

8. On or about December 6, 2000, Debtor Melani Schulte executed a Note and Deed of Trust in favor of Amera Mortgage Corporation and pledged the real property commonly known as 922 Saddle Horn Drive, Henderson, NV 89015 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 40, filed on January 7, 2010, evidenced a total claim of $101,557.56, with pre-petition arrears of $7,965.21, secured by the real property commonly known as 922 Saddle Horn Drive, Henderson, NV 89015 (the "Saddle Horn Claim"). *See* Claim 40-1. The maturity date of the loan was December 1, 2030. *Id*. The monthly payment due on the loan at the time the Petition was filed was $940.66, which consisted of $759.87 for principal and interest and $180.79 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Saddle Horn Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust. *Id*.

9. On or about June 11, 2001, Debtor Melani Schulte executed a Note and Deed of Trust in favor of Amera Mortgage Corporation and pledged the real property commonly known as 4521 W. La Madre Way, North Las Vegas, NV 89031 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 41, filed on January 7, 2010, evidenced a total claim of $78,029.90, with pre-petition arrears of $10,691.27, secured by the real property commonly known as 4521 W. La Madre Way, North Las Vegas, NV 89031 (the "La Madre Claim"). *See* Claim 41-1. The maturity date of the loan was July 1, 2016. *Id*. The monthly payment due on the loan at the time the Petition was filed was $1,256.92, which consisted of $1,049.83 for principal and interest and $207.09 for escrow. True and correct copies of the Note and Deed of Trust were attached to the La Madre Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust. *Id*.

10. On or about December 10, 2001, Debtor Melani Schulte executed a Note and Deed of Trust in favor of Amera Mortgage Corporation and pledged the real property commonly known as 2525 Via Di Autostrada, Henderson, NV 89074 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 42, filed on January 7, 2010, evidenced a total claim of $89,351.45, with pre-petition arrears of $11,923.89, secured by the real property commonly known as 2525 Via Di Autostrada, Henderson, NV 89074 (the "Autostrada Claim"). *See* Claim 42-1. The maturity date of the loan was January 1, 2017. *Id*. The monthly payment due on the loan at the time the Petition was filed was $1,419.15, which consisted of $1,133.55 for principal and interest and $285.60 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Autostrada Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust. *Id*.

11. On or about December 15, 2004, Debtor Melani Schulte executed a Note and Deed of Trust in favor of countrywide Home Loans, Inc. and pledged the real property commonly known as 3322 Cheltenham Street, Las Vegas, NV 89129 as security for her obligations under the Note and Deed of Trust. Proof of Claim No. 45, filed on January 13, 2010, evidenced a total claim of $219,743.14, with pre-petition arrears of $13,684.22, secured by the real property commonly known as 3322 Cheltenham Street, Las Vegas, NV 89129 (the "Cheltenham Claim"). *See* Claim 45-1. The maturity date of the loan was January 1, 2035. *Id*. The monthly payment due on the loan at the time the Petition was filed was $1,693.22, which consisted of $1,478.80 for principal and interest and $214.42 for escrow. True and correct copies of the Note and Deed of Trust were attached to the Cheltenham Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust. *Id*.

12. On or about August 25, 1998, Debtors Melani Schulte and William R. Schulte executed a Note and Deed of Trust in favor of First Nationwide Mortgage Corporation dba Cal Fed Lending and pledged the real property commonly known as 5609 San Ardo Place, Las Vegas, NV 89130 as security for Debtors' obligations under the Note and Deed of Trust.

Proof of Claim No. 58, filed on February 5, 2010, evidenced a total claim of $100,709.15, with pre-petition arrears of $8,471.58, secured by the real property commonly known as 5609 San Ardo Place, Las Vegas, NV 89130 (the "San Ardo Claim"). See Claim 58-1. The maturity date of the loan was September 1, 2028. Id. The monthly payment due on the loan at the time the Petition was filed was $984.74, which consisted of $754.97 for principal and interest and $229.77 for escrow. True and correct copies of the Note and Deed of Trust were attached to the San Ardo Claim, which is currently held by U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust. Id.

13. On or about February 7, 2002, Leola Brinker executed a Note and Deed of Trust in favor of Amera Mortgage Corporation and pledged the real property commonly known as 8562 Lambert Drive, Las Vegas, NV 89147 as security for her obligations under the Note and Deed of Trust. True and correct copies of the Note and Deed of Trust are attached hereto as **Exhibit "A-1"** and **Exhibit "A-2,"** respectively. The maturity date for the loan was February 1, 2032. Id. No proof of claim was filed for the claim secured by the real property common known as 8562 Lambert Drive, Las Vegas, NV 89147 (the "Lambert Claim"). The monthly payment due on the loan at the time the Petition was filed was $1,237.76, which consisted of $1,036.91 for principal and interest and $200.85 for escrow. The Lambert Claim is currently held by U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _5/20/2021_ (Date) _Eureka_ (City), _CA_ (State)

_Jody Lee_
Jody Lee