Jeffrey S. Allison (NV Bar # 8949)
**HOUSER LLP**
9970 Research Drive
Irvine, California 92618
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for PHH MORTGAGE CORPORATION, successor to OCWEN LOAN SERVICING, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM R. SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-31585-MKN |
| HOT ENDEAVOR LLC, | 09-27238-MKN |
| 1341 MINUET LLC | 09-27909-MKN |
| 1708 PLATO PICO LLC, | 09-27910-MKN |
| 2228 WARM WALNUT LLC, | 09-27911-MKN |
| 9425 VALLEY HILLS LLC, | 09-27912-MKN |
| 9500 ASPEN GLOW LLC, | 09-27913-MKN |
| 5218 MISTY MORNING LLC, | 09-27914-MKN |
| CHERISH LLC, | 09-27916-MKN |
| SABRECO INC., | 09-28513-MKN |
| KEEP SAFE LLC, | 09-31584-MKN |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR CONTINUANCE OF PHH MORGTGAGE CORPORATION, successor to OCWEN LOAN SERVICING, LLC REGARDING DEBTORS' MOTION FOR CONTEMPT [DOC 1334]** |
| | Date:  May 26, 2021<br>Time:  9:30 a.m.<br>Judge: HON MIKE K. NAKAGAWA |

**TO THE CLERK OF THE COURT AND DEBTORS' COUNSEL:**

**PLEASE TAKE NOTICE** that PHH MORTGAGE CORPORATION, successor to OCWEN LOAN SERVICING, LLC ("PHH") hereby enters its appearance by and through its undersigned counsel retained on May 24, 2021 regarding Debtors' Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with Court Order and the Confirmed Plan and for Damages including Attorneys' Fees Against Creditors ("Motion").

Upon receipt and retention by PHH, the undersigned counsel on the same day sent an e-mail to and placed a telephone call with counsel for Debtors regarding the Motion dates. Accordingly, PHH respectfully requests the initial hearing presently scheduled for May 26, 2021 be continued to afford PHH sufficient time to review the 114 page Motion and prepare a response.

DATED: May 24, 2021                                             **HOUSER LLP**

/s/ *Jeffrey S. Allison*
JEFFREY S. ALLISON, ESQ.
Nevada Bar No. 8949
9970 Research Drive
Irvine, CA 92618
Attorneys for PHH MORTGAGE CORPORATION, successor to OCWEN LOAN SERVICING, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **NOTICE OF APPEARANCE AND REQUEST FOR CONTINUANCE OF PHH MORGTGAGE CORPORATION, successor to OCWEN LOAN SERVICING, LLC REGARDING DEBTORS' MOTION FOR CONTEMPT [DOC 1334]** by:

- X  ECF
- X  U.S. Mail
- __  Facsimile transmission
- __  Overnight Mail
- __  Hand and/or Personal Delivery

and addressed to the following:

**CHRISTOPHER P. BURKE, ESQ**
218 S. MARYLAND PKWY.
LAS VEGAS, NEVADA 89101
TEL: (702) 385-7987
atty@cburke.lvcoxmail.com

*Attorney for* Debtors

**U.S. TRUSTEE - LV - 11**
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

**EDDIE JIMENEZ, ESQ.**
ALDRIDGE PITE, L.L.P.
7220 SOUTH CIMARRON RD, STE. 140
LAS VEGAS, NEVADA 89113
TEL: (858) 750 7600
FAX: (619) 590-1385
Mailing Address:
4375 Jutland Dr., Ste 200
P.O. Box 17933
San Diego, California 92177-0933

*Attorneys for* SHELLPOINT MORTGAGE SERVICING

Dated: May 24, 2021

_____
An employee of HOUSER LLP