NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–29123–mkn |
| | CHAPTER 11 |
| MELANI SCHULTE | |
| WILLIAM R. SCHULTE | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1343* – Motion to Clarify Order for Plan Treatment Regarding Real Properties Filed by REGINA A. HABERMAS on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST (HABERMAS, REGINA) |
| | *1344* – Declaration Of: SN Servicing Corporation in Support of Motion to Clarify Order for Plan Treatment Regarding Real Properties Filed by REGINA A. HABERMAS on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST (Related document(s)1343 Motion to Clarify Order filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST) (Attachments: # 1 Exhibit # 2 Exhibit) (HABERMAS, REGINA) |
| | *1345* – Notice of Hearing on Motion to Clarify Order for Plan Treatment Regarding Real Properties Hearing Date: 06/23/2021 Hearing Time: 9:30 a.m. Filed by REGINA A. HABERMAS on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST (Related document(s)1343 Motion to Clarify Order filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST, 1344 Declaration filed by Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST) (HABERMAS, REGINA) |
| Filed On: | 5/21/21 |
| With A Hearing Date Of: | 6/23/21 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.
* Refer to Joint Admin Order doc #128 last page.

Dated: 5/25/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**