NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–29123–mkn |
| MELANI SCHULTE | CHAPTER 11 |
| WILLIAM SCHULTE | |
| Debtor(s) | NOTICE OF DEBTOR(S) NAME CHANGE |

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

    WILLIAM R. SCHULTE

to

    WILLIAM SCHULTE

on the docket for the following reason:

    \*   Pursuant to order entered on 3/22/10.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 6/4/21 and notice the U.S. Trustee, trustee and all creditors.

Dated: 5/25/21

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court