Regina A. Habermas, Esq.
Nevada Bar No. 8481
GHIDOTTI | BERGER LLP
415 S. 6th Street, #310
Las Vegas, NV 89101
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com
Attorneys for Secured Creditors,
U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust,
U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust,
U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust, and
U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: | Case No.: 09-29123-mkn |
| MELANI SCHULTE and WILLIAM SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-27238-BAM |
| HOT ENDEAVOR LLC, | 09-27909-BAM |
| 1341 MINUET LLC, | 09-27910-BAM |
| 1708 PLATO PICO LLC, | 09-27911-BAM |
| 2228 WARM WALNUT LLC, | 09-27912-BAM |
| 9425 VALLEY HILLS LLC, | 09-27913-BAM |
| 9500 ASPEN GLOW LLC, | 09-27914-BAM |
| 5218 MISTY MORNING LLC, | 09-27916-BAM |
| CHERISH LLC, | 09-28513-BAM |
| SABRECO INC., | 09-31584-BAM |
| KEEP SAFE LLC, | 09-31585-BAM |
| Debtors. | **NOTICE OF HEARING ON AMENDED MOTION TO CLARIFY PLAN TREATMENT REGARDING VARIOUS REAL PROPERTIES** |
| | **Hearing Date:** June 23, 2021 |
| | **Hearing Time:** 9:30 a.m. |

1

**NOTICE IS HEREBY GIVEN** that an Amended Motion to Clarify Plan Treatment Regarding Various Real Properties (the "Motion") was filed on May 25, 2021 by Secured Creditors, U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust, U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust, and U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust (collectively, "Secured Creditors"), creditors in this matter. The Motion corrects the case caption and seeks the same relief as that requested in the Motion to Clarify Plan Treatment Regarding Various Real Properties (Doc. 1343), filed on May 21, 2021, specifically: enter an Order clarifying the treatment of Secured Creditors' claims in Debtors' confirmed plan and specifically confirming that the plan did not eliminate the requirement that Debtors make escrow payments to Secured Creditors. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South. Bankruptcy Courtroom Number 2, Las Vegas, Nevada 89101 on June 23, 2021 at the hour of 9:30 a.m.

DATED: May 25, 2021   GHIDOTTI | BERGER LLP

By: */s/ Regina A. Habermas, Esq.*
Regina A. Habermas, Esq.
Nevada Bar No. 8481
415 S. 6th Street, #310
Las Vegas, NV  89101
ghabermas@ghidottiberger.com
Attorneys for Secured Creditors