## **CERTIFICATE OF SERVICE**

On May 25, 2021, I served the foregoing documents described as Amended Motion to Clarify Plan Treatment, Amended Declaration in Support of Motion to Clarify Plan Treatment and Amended Notice of Hearing on Motion to Clarify Plan Treatment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
CHRISTOPHER PATRICK BURKE   atty@cburke.lvcoxmail.com
DANIEL L. MCGOOKEY   dmcgookey@mcgookeylaw.com
DAVID A RIGGI   darnvbk@gmail.com
STEVEN L. YARMY   sly@stevenyarmylaw.com

US TRUSTEE
US Trustee   USTPRegion17.lv.ecf@usdoj.gov

OTHER CREDITORS/ATTORNEYS
VINCENT J. AIELLO   vaiello@spencerfane.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On May 25, 2021, I served the foregoing documents described as Amended Motion to Clarify Plan Treatment, Amended Declaration in Support of Motion to Clarify Plan Treatment and Amended Notice of Hearing on Motion to Clarify Plan Treatment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s) | Other Creditors: |
|---|---|
| MELANI SCHULTE<br>9811 W. CHARLESTON BLVD. #2-351<br>LAS VEGAS, NV 89117 | CitiMortgage Inc.<br>P.O. BOX 6941<br>The Lakes, NV 88901-6006 |
| 5218 MISTY MORNING LLC<br>7201 W. LAKE MEAD BLVD.<br>LAS VEGAS, NV 89128 | Abn Amro Mortgage Grou<br>Acct No xxxxx3148<br>Po Box 9438,dept 0251<br>Gaithersburg, MD 20898 |
| HOT ENDEAVOR LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | Affiliated Accep Crp<br>Acct No xxxxxx0757<br>Attn: Customer Service<br>Po Box 790001 |
| 2704 SATTLEY LLC<br>7201 W. LAKE MEAD BLVD. SUITE 550<br>LAS VEGAS, NV 89128 | Sunrise Beach, MO 65079<br><br>Allied Collection Serv<br>Acct No xxxxx0902 |

| | |
|---|---|
| 1341 MINUET LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | Po Box 29299<br>Las Vegas, NV 89126 |
| 1708 PLATO PICO LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | Allison, Curtis, Kinsley, Meoz, Michae<br>P.O. Box 911265<br>Dallas, TX 75391-1265 |
| 2228 WARM WALNUT LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | America's Servicing Company<br>Bankruptcy Department<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 |
| 9425 VALLEY HILLS LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | America's Servicing Company<br>Acct No xxxxxx3971<br>PO Box 981<br>Frederick, MD 21705-0981 |
| 9500 ASPEN GLOW LLC<br>7201 W LAKE MEAD BLVD<br>LAS VEGAS, NV 89128 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| SABRECO INC.<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128 | Americas Servicing Co<br>Acct No xxxxxxxxx3971<br>Attention: Bankruptcy<br>1 Home Campus<br>Des Moines, IA 50328 |
| KEEP SAFE LLC<br>7201 W LAKE MEAD BLVD #550<br>LAS VEGAS, NV 89128 | |
| WILLIAM R. SCHULTE<br>9811 W. CHARLESTON BLVD. #2-351<br>LAS VEGAS, NV 89117 | BAC Home Loans Servicing, LP<br>fka Countrywide Home Loans Servicing, LP<br>7105 Corporate Drive PTX-B-35<br>Plano, TX 75024 |
| Other Creditors:<br>Bank of America, N.A.<br>Bankruptcy Dept.<br>Mail Stop CA6-919-01-23<br>Simi Valley, CA 93065 | BAC Home Loans Servicing, LP<br>1757 Tapo Canyon Road<br>Simi Valley, CA 93063<br>Mail Code CA6-913-LB-11 |
| BANK OF AMERICA, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | BAC HOME LOANS SERVICING, LP FKA<br>COUNTRYWIDE HOME LOANS SERVICING,<br>LP<br>7105 CORPORATE DRIVE<br>PLANO, TX 75024 |
| Bank of Nevada<br>Acct No xxxxx6328<br>PO BOX 26237<br>Las Vegas, NV 89126-0237 | Bank of America<br>Acct No xxxxxxxxxx4599<br>PO Box 22031<br>Greensboro, NC 27420-1848 |
| Barclays Bank Delaware<br>Acct No xxxxxx0000<br>Attention: Customer Support Department | Bank Of America<br>Acct No 9758 |

Po Box 8833
Wilmington, DE 19899

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Central Mortgage Co
Acct No xxxxx4705
Attention: Bankruptcy Dept.
1100 Virginia Drive
Fort Washington, PA 19034

Chase
Acct No xxxxxxxx1110
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxx7443
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

CHASE HOME FINANCE, LLC
FKA CHASE MANHATTAN MORTGAGE
CORP.
3415 VISION DR.
COLUMBUS OH 43218

Chase Manhattan Mortgage
PO Box 78920
Phoenix, AZ 85062-8920

Citi
Acct No xxxxxxxx3143
Po Box 6241
Sioux Falls, SD 57117

CITIMORTGAGE INC
PO BOX 140609
IRVING, TX 75019-0609

Citimortgage Inc
Acct No xxxxx0064
Po Box 9438,dept 0251
Gaithersburg, MD 20898

Po Box 1598
Norfolk, VA 23501

Bank Of America
Acct No xxxxxxxxxx1199
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank of America
P.O. Box 26237
Las Vegas, NV 89126-0237

Bank Of America
Acct No 030
Po Box 17054
Wilmington, DE 19850

CITY NATIONAL BANK, N.A.
C/O SHEA & CARLYON, LTD.
701 BRIDGER AVENUE, #850
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
500 S. GRAND CENTRAL PKWY
LAS VEGAS, NV 89155

Countrywide Home Loans
Acct No xxxx1662
PO Box 10219
Van Nuys, CA 91410-0219

Countrywide Home Lending
Acct No xxxxx6473
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Deaner, Deaner, Scann, Malan, & Larsen
c/o Susuan Williams Scann, Esq.
720 S. Fourth Street Suite 300
Las Vegas, NV 89101

DEBORAH DRAKE
6111 FOX CREEK AVE
LAS VEGAS NV 89122

DR. BERNARD GREENBLATT
c/o LAW OFFICE OF BRIAN D. SHAPIRO,
LLC
411 E. BONNEVILLE AVENUE
LAS VEGAS, NV 89101

| | |
|---|---|
| Citimortgage Inc<br>Acct No xxxxxxx829-5<br>PO Box 6006<br>The Lakes, NV 88901-6006 | Equity Title, LLC<br>c/o Meier & Fine, LLC<br>2300 W. Sahara Ave., Ste. 430<br>Las Vegas, NV 89102 |
| Citimortgage Inc.<br>Acct No xxxxxx851-7<br>PO Box 8004<br>South Hackensack, NJ 07606-8004 | Federal National Mortgage Association<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| CitiMortgage, Inc<br>c/o Pite Duncan LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Fidelity Bank<br>PO BOX 2937<br>Wichita, KS 67201 |
| City National Bank<br>Acct No xxx4409<br>PO Box 60938<br>Los Angeles, CA 90060-0938 | Fidelity Bank<br>100 E English<br>PO Box 1007<br>Wichita, KS 67202 |
| CITY NATIONAL BANK<br>C/O FENNEMORE CRAIG, P.C. LAUREL E. DAVIS, ESQ.<br>300 S FOURTH STREET, STE 1400<br>LAS VEGAS, NV 89101 | Fifth Third Bank<br>Acct No xxxxx6682<br>C/O Bankruptcy Dept, Mdropso5<br>1850 East Paris<br>Grand Rapids, MI 49546 |
| First American Title<br>c/o Harrison, Kemo, Jones & Coulthard<br>3800 Howard Hughes Parkway Seventeenth Floor<br>Las Vegas, NV 89169 | Fifth Third Mortgage Company<br>5050 Kingsley Dr.<br>1MOC20<br>Cincinnati, OH 45263 |
| First Hawaiian Bank<br>Acct No xxxxxxxx0035<br>Po Box 1959<br>Honolulu, HI 96805 | JP Morgan Chase Bank, National Association<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 |
| FIRST HAWAIIAN BANK-LOAN RECOVERY CENTER<br>POB 4070<br>HONOLULU HI 96812-9941 | JPMorgan Chase Bank, N.A.<br>c/o Tiffany & Bosco, P.A.<br>212 South Jones Blvd.<br>Las Vegas, NV 89107 |
| First National Bank Credit Card Center<br>Acct No xxxxxxxxxx2737<br>Attention: Bankruptcy Department<br>Po Box 3331 Stop Code 3105<br>Omaha, NE 68103 | Langlands & Gross LLP<br>2655 Bay Canyon Drive Suite 190<br>Las Vegas, NV 89128<br><br>LINDSEY H MORALES, ESQ.<br>MCCALLA RAYMER LEIBERT PIERCE, LLP<br>1635 VILLAGE CENTER CIRCLE SUITE 130<br>LAS VEGAS, NV 89134 |
| First Nationwide Mtg<br>Acct No xxx5955<br>Po Box 9438,dept 0251 | Litton Loan Servicing, L.P.<br>Bankruptcy Department<br>4828 Loop Central Drive |

| | |
|---|---|
| Gaithersburg, MD 20898 | Houston, TX 77081-2226 |
| Grant & Weber<br>Acct No xxxxx5192<br>861 Coronado Center Dr S<br>Henderson, NV 89052 | Litton Loan Servicing, LP<br>1270 Northland Drive, Suite 200<br>Mendota Heights, Minnesota 55120 |
| Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, South Dakota 57709 | Marquis & Aurback<br>c/o Micah Echols<br>120001 Park Run Drive<br>Las Vegas, NV 89145 |
| Green Tree Servicing LLC<br>7360 S. Kyrene Rd. Recovery Dept - T120<br>Tempe, Az 85283 | Melvin Elizer and Maxine Llewellyn<br>c/o Ogonna M. Atamoh, Esq. Santoro, Driggs,<br>Walch, et al.<br>400 S. 4th St., 3rd Fl.<br>Las Vegas, NV 89101 |
| Home Comings Financial<br>Acct No xxxxxx4689<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | Midland Mortgage<br>Acct No xxxx2811<br>PO Box 268888<br>Oklahoma City, OK 73126 |
| Homecomings Financial<br>Acct No xxx5505<br>PO Box 205<br>Waterloo, IA 50704-0205 | Midland Mortgage Company<br>Acct No xxxx2811<br>Attn: Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73216 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | MTGLQ Investors, L.P.<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville SC 29603 |
| Jeff Sylvester, Esq.<br>Sylvester & Polednak, LTD.<br>7371 Prairie Falcon Rd., Suite 120<br>Las Vegas, NV 89128 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |
| JP MORGAN CHASE BANK, N.A.<br>CHASE RECORDS CENTER MAIL CODE<br>LA4-5555 700 KANSAS LANE<br>MONROE, LA 71203 | RICHARD F. HOLLEY, ESQ.<br>OGONNA M. ATAMOH, ESQ. SANTORO<br>DRIGGS WALCH KEARNEY, HOLLEY & T<br>400 SOUTH FOURT STREET, 3RD FL.<br>LAS VEGAS, NV 89101 |
| Natl Cty Crd<br>Acct No xxxxxxxx1161<br>4653 E Main Street<br>Columbus, OH 43213 | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143 |
| Ncb/cols<br>Acct No xxxxxxxx6149<br>Attn: Bankruptcy 6750 Miller Rd<br>Brecksville, OH 44141 | Seterus, Inc., et al, its assignees<br>and/or successors in interest<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Blvd., Suite 100 |

| | |
|---|---|
| NCO Financial Systems<br>Acct No xxxx3276<br>507 Prudential Road<br>Horsham, PA 19044<br><br>Nevada Federal Cred Un<br>Acct No xxxxxxx9490<br>2645 S Mojave Rd<br>Las Vegas, NV 89121<br><br>Nevada Law Group<br>2920 N. Green Valley Parkway Bldg. 3, #313<br>Henderson, NV 89014<br><br>Nevada State Bank<br>Acct No xxxxxxxxxxxxx1979<br>2185 S 3270 W<br>Salt Lake City, UT 84119<br><br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington RD. Suite 100<br>West Palm Beach, FL 33409<br><br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1100 Virginia Drive, Suite 175<br>Fort Washington, PA 19034<br><br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Dept.<br>PO Box 24605<br>West Palm Beach, FL 33416-4605<br><br>Oren and Socorro Lilly Lopez-Goldsteind<br>c/o Ann E Kolber Esq LAW PRACTICE LTD<br>5516 South Fort Apache Road Suite 110<br>Las Vegas, NV 89148<br><br>PYOD LLC its successors and assigns as assignee of<br>Citibank c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><br>Unvl/citi<br>Acct No xxxxxxxx1655<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | Woodland Hills, CA 91365<br><br>SYLVESTER & POLEDNAK, LTD.<br>ATTN: JEFFREY R. SYLVESTER, ESQ.<br>7371 PRAIRIE FALCON ROAD, SUITE 120<br>LAS VEGAS, NV 89128<br><br>The Bank of New York Mellon<br>fka The Bank of New York, as Trustee<br>c/o BAYVIEW LOAN SERVICING, LLC<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, Florida 33146<br><br>The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>2270 Lakeside Boulevard<br>Mail Stop: R-A-3-118<br>Richardson, TX 75082<br><br>The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>1757 Tapo Canyon Road<br>Mail Stop: CA6-913-LB-11<br>Simi Valley, CA 93063<br><br>The Bank of New York Mellon et al<br>c/o BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW Y<br>c/o Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC 29603-0826<br><br>U S Bank<br>Acct No xxxxxxxx0535<br>101 5th St E Ste A<br>Saint Paul, MN 55101<br><br>U.S. BANK TRUST, N.A.<br>c/o Caliber Home Loans, Inc.<br>PO Box 24330<br>Oklahoma City, OK 73124<br><br>Wells Fargo Bank, N.A.<br>P. O. Box 14469<br>MAC X2303-01A<br>Des Moines, IA 50306-9655 |

| | |
|---|---|
| Us Bank<br>Acct No xxxxxxx6098<br>Attn: Bankruptcy Dept.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept, MAC s4101-08c<br>100 W. Washington St.<br>Phoenix, AZ 85003 |
| Us Bank<br>Acct No xxxxxxx9098<br>Po Box 790084<br>Saint Louis, MO 63179 | Wells Fargo Bank, N.A.<br>Home Equity Group X2303-01A<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| US Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Dr., ste 400<br>Irving TX 75038 | Wells Fargo Card Ser<br>Acct No xxxxxxxx0301<br>Po Box 5058<br>Portland, OR 97208 |
| Vincent J. Aiello, Esq.<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, Nevada 89169 | Wells Fargo Hm Mortgag<br>Acct No xxxxxx4851<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |
| Washington Mutual<br>Acct No xxxxxx8181<br>PO Box 660139<br>Dallas, TX 75266-0139 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O BDFTW<br>20955 PATHFINDER RD., STE. 300<br>DIAMOND BAR, CA 91765 |
| Washington Mutual Mortgage<br>Acct No xxxxxxxx8181<br>Attention: Bankruptcy Dept.<br>JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE |
| Wells Fargo<br>Acct No xxxxxxxxxx1998<br>PO Box 4233<br>Portland, OR 97208-4233 | c/o BARRETT DAFFIN FRAPPIER TREDER&WEISS 7251 WEST LAKE MEAD BLVD SUITE 300<br>LAS VEGAS, NV 89128 |
| Wells Fargo<br>Acct No xxxxxxxxxxxxx0001<br>Po Box 60510<br>Los Angeles, CA 90060 | ZIEVE, BRODNAX & STEELE, LLP<br>9435 West Russell Road, Suite 120<br>Las Vegas, NV 89148 |
| Wells Fargo<br>Acct No xxx1753<br>PO Box 14547<br>Des Moines, IA 50306-3547 | |
| Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | |

| | |
|---|---|
| Wells Fargo Bank Nv Na<br>Acct No xxxxxxxxxxxx1998<br>Po Box 31557<br>Billings, MT 59107 | |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Brandy Carroll</u>
Brandy Carroll