United States Bankruptcy Court
District of Nevada

In re:  Case No. 09-29123-mkn
MELANI SCHULTE  Chapter 11
WILLIAM SCHULTE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: pennva      Page 1 of 7
Date Rcvd: May 25, 2021      Form ID: namdpet      Total Noticed: 194

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | WILLIAM SCHULTE, 7201 W. LAKE MEAD BLVD. #550, LAS VEGAS, NV 89128-8364 |
| aty | + | AMY F SORENSON, SNELL & WILMER, L.L.P., 3883 HOWARD HUGHES PARKWAY, STE. 1100, LAS VEGAS, NV 89169-0965 |
| aty | | ERIKA M. WRIGHT, LAS VEGAS, NV 89101 |
| aty | + | GREGORY P. CAMPBELL, 7220 SOUTH CIMARRON ROAD, SUITE 140, LAS VEGAS, NV 89113-2100 |
| aty | + | LAURA GRIFKA, C/O MCCALLA RAYMER, LLC, 1544 OLD ALABAMA ROAD, ROSWELL, GA 30076-2102 |
| aty | + | LAUREL E. DAVIS, FENNEMORE CRAIG JONES VARGAS, 300 S. FOURTH STREET, #1400, LAS VEGAS, NV 89101-6021 |
| aty | + | THE SCHWARTZ LAW FIRM, INC., 701 EAST BRIDGER AVENUE, SUITE 120, LAS VEGAS, NV 89101-5557 |
| jtadm | + | 1341 MINUET LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| jtadm | + | 1708 PLATO PICO LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| jtadm | + | 2228 WARM WALNUT LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| jtadm | + | 2704 SATTLEY LLC, 7201 W. LAKE MEAD BLVD. SUITE 550, LAS VEGAS, NV 89128-8364 |
| jtadm | + | 5218 MISTY MORNING LLC, 7201 W. LAKE MEAD BLVD., LAS VEGAS, NV 89128-8347 |
| jtadm | + | 9425 VALLEY HILLS LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| jtadm | + | 9500 ASPEN GLOW LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| cr | + | AMERICA'S SERVICING COMPANY, C/O MCCALLA RAYMER, 1544 OLD ALABAMA RD, BANKRUPTCY DEPT, ROSWELL, GA 30076-2102 |
| cr | + | BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOM, MILES, BAUER, BERGSTROM & WINTERS, 2200 PASEO VERDE PARKWAY, STE 250, HENDERSON, NV 89052-2704 |
| cr | + | BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOM, 2380 PERFORMANCE DR, BLDG C, MAIL STOP: RGV-C-32, RICHARDSON, TX 75082-4333 |
| cr | + | BAC Home Loans Servicing, LP, 1757 Tapo Canyon Road, Mail Stop: CA6-913-LB-11, Simi Valley, CA 93063-3390 |
| cr | + | BAC Home Loans Servicing, LP c/o Prober & Raphael,, 20750 Ventura Blvd, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC, 2380 Performance Dr. Bldg C Mail Stop: R, RICHARDSON, TX 75082-4333 |
| cr | + | BANK OF NEVADA, C/O POLI & BALL, PLC, 400 SO 4TH ST, STE 500, LAS VEGAS, NV 89101-6207 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, AS SERVICING AGENT FO, c/o EDWARD G. SCHLOSS, 3637 MOTOR AVENUE, STE 220, LOS ANGELES, CA 90034-4884 |
| cr | + | CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CO, THE COOPER CASTLE LAW FIRM, LLP, 820 S. VALLEY VIEW BLVD., LAS VEGAS, NV 89107-4411 |
| cr | + | CHASE HOME FINANCE, LLC, C/O THE COOPER CASTLE LAW FIRM, 820 S. VALLEY VIEW BLVD., LAS VEGAS, NV 89107-4411 |
| cr | + | CHASE HOMR FINANCE, LLC, THE COOPER CASTLE LAW FIRM, 820 S. VALLEY VIEW, LAS VEGAS, NV 89107-4411 |
| jtadm | + | CHERISH LLC, 7201 W. LAKE MEAD BLVD #550, LAS VEGAS, NV 89128-8364 |
| cr | + | CITIMORTGAGE, INC., ALDRIDGE PITE, 4375 JUTLAND DR, STE 200, PO BOX 17933, SAN DIEGO, CA 92177-7921 |
| cr | + | CITY NATIONAL BANK, SHEA & CARLYON, LTD., 701 BRIDGE AVE, #850, LAS VEGAS, NV 89101-8959 |
| cr | + | CLARK COUNTY ASSESSOR, C/O MICHELE W. SHAFE, 500 S. GRAND CENTRAL PKWY, LAS VEGAS, NV 89155-4502 |
| cr | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION, MAIN OFFICE / ROSICKI ROSICKI & ASSOC., 51 E. BETHPAGE RD, PLAINVIEW, NY 11803-4224 |
| cr | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE, C/O WRIGHT, FINLAY & ZAK, LLP / N GLOWIN, 7785 W. SAHARA AVE, STE 200, LAS VEGAS, NV 89117-2789 |
| cr | + | FIDELITY BANK, MALCOLM & CISNEROS, 2112 Business Center Drive, Second Floor, IRVINE, CA 92612-7135 |
| cr | + | FIFTH THIRD BANK, MALCOLM CISNEROS, 2112 BUSINESS CENTER DR, 2ND FLR, IRVINE, CA 92612-7135 |

| District/off: 0978-2 | User: pennva | Page 2 of 7 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

| | | |
|---|---|---|
| cr | + | FIFTH THIRD MORTGAGE COMPANY, RCO LEGAL, P.S., 2520 ST ROSE PKWY, STE 106, HENDERSON, NV 89074-7784 |
| cr | + | GREEN TREE SERVICING, LLC, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | GREEN TREE SERVICING, LLC, Miles, Bauer, Bergstrom & Winters, LLP, 2200 Paseo Verde Pkwy, #250, HENDERSON, NV 89052-2704 |
| cr | ++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154 address filed with court:, GREEN TREE SERVICING LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| jtadm | + | HOT ENDEAVOR LLC, 7201 W LAKE MEAD BLVD, LAS VEGAS, NV 89128-8347 |
| cr | + | IMAGE FINANCE LLC, C/O SNELL & WILMER L.L.P., ATTN: BOB L. OLSON, ESQ., 3883 HOWARD HUGHES PARKWAY, SUITE 1100 LAS VEGAS, NV 89169-0965 |
| cr | + | JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, MALCOLM-CISNEROS, 2112 BUSINESS CENTER DRIVE, IRVINE, CA 92612-7135 |
| cr | + | JPMORGAN CHASE BANK, MALCOLM CISNEROS, 2112 BUSINESS CTR DR, IRVINE, ca 92612-7135 |
| cr | + | JPMORGAN CHASE BANK, N.A., MALCOLM CISNEROS, 2112 BUSINESS CTR DR, IRVINE, CA 92612-7135 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, MALCOLM CISNEROS, 2112 BUSINESS CTR DR, IRVINE, CA 92612-7135 |
| jtadm | + | KEEP SAFE LLC, 7201 W LAKE MEAD BLVD #550, LAS VEGAS, NV 89128-8364 |
| cr | + | LITTON LOAN SERVICING, LP, P.O. BOX 829009, DALLAS, TX 75382-9009 |
| cr | + | LSF9 MASTER PARTICIPATION TRUST, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | Litton Loan Servicing, L.P., c/o McCalla Raymer, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., C/O SNELL & WILMER L.L.P., ATTN: ROBERT R. KINAS, 3883 HOWARD HUGHES PARKWAY, SUITE 1100 LAS VEGAS, NV 89169-0965 |
| cr | + | Maxine Llewellyn, 7213 Raincloud Drive, Las Vegas, NV 89145-5124 |
| cr | + | NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCC, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE. 200, LAS VEGAS, NV 89117-8804 |
| cr | + | NATIONSTAR MORTGAGE, LLC, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON RD., STE. 100, ATTN: BK DEPT, WEST PALM BEACH, FL 33409-6493 |
| cr | + | OCWEN LOAN SERVICING, LLC, C/O MCCARTHY HOLTHUS, LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | OCWEN LOAN SERVICING, LLC, ITS ASSIGNEES AND/OR SU, C/O MCCARTHY & HOLTHUS LLP, 9510 W. SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| jtadm | + | SABRECO INC., 7201 W LAKE MEAD BLVD #550, LAS VEGAS, NV 89128-8364 |
| crcmch | + | SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVIN, GREENSPOON MARDER LLP/V. AIELLO, 3993 HOWARD HUGHES PKWY, STE 400, LAS VEGAS, NV 89169-5993 |
| cr | + | SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVIN, GREENSPOON MARDER / VINCENT AIELLO, 3993 HOWARD HUGHES PKWY, STE 400, LAS VEGAS, NV 89169-5993 |
| cr | + | SETERUS, INC., ET AL, ITS ASSIGNEES AND/OR SUCCESS, C/O PROBER & RAPHAEL, A LAW CORP., 20750 VENTURA BLVD, STE 00, WOODLAND HILLS, CA 91364-2338 |
| cr | + | SYLVESTER & POLEDNAK, LTD., 7371 Prairie Falcon Road, Suite 120, Las Vegas, NV 89128-0834 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE 200, LAS VEGAS, NV 89117-8804 |
| cr | + | US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES, C/O JENNIFER BERGH, ESQ., GHIDOTTI BERGER, LLP, 1920 OLD TUSTIN AVE., SANTA ANA, CA 92705-7811 |
| cr | + | WESTERN ALLIANCE BANK, C/O SNELL & WILMER L.L.P. /, 3883 HOWARD HUGHES PKWY, STE 1100, LAS VEGAS, NV 89169-0965 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O BDFTW, LLP, 7251 W LAKE MEAD BLVD, STE 300, LAS VEGAS, NV 89128-8380 |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O BDFTW, LLP, 4004 BELT LINE RD, STE 100, DIAMOND BAR, CA 91765 |
| 5418800 | | AMERICAN EXPRESS BANK FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701 |
| 5474281 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701 |
| 5306053 | + | Abn Amro Mortgage Grou, Acct No xxxxx3148, Po Box 9438,dept 0251, Gaithersburg, MD 20898-9438 |
| 5306055 | + | Allied Collection Serv, Acct No xxxxx0902, Po Box 29299, Las Vegas, NV 89126-3299 |
| 6708912 | | Allison, Curtis, Kinsley, Meoz, Michae, P.O. Box 911265, Dallas, TX 75391-1265 |
| 5662773 | + | America's Servicing Company, Bankruptcy Department, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |
| 5306056 | | America's Servicing Company, Acct No xxxxxx3971, PO Box 981, Frederick, MD 21705-0981 |
| 5306057 | + | American Express, Acct No xxxxxxxxxxxxx0462, c/o Becket and Lee, Po Box 3001, Malvern, PA 19355-0701 |
| 5306058 | + | Americas Servicing Co, Acct No xxxxxxxxx3971, Attention: Bankruptcy, 1 Home Campus, Des Moines, IA 50328-0001 |
| 5630335 | + | BAC HOME LOANS SERVICING, LP FKA, COUNTRYWIDE HOME LOANS SERVICING, LP, 7105 CORPORATE DRIVE, PLANO, TX 75024-4100 |
| 5569669 | + | BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, 7105 Corporate Drive, PTX-B-35, Plano, TX 75024-4100 |
| 5466052 | + | BAC Home Loans Servicing, LP, 1757 Tapo Canyon Road, Simi Valley, CA 93063, Mail Code CA6-913-LB 93063-3390 |
| 5306061 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Acct No |

Case 09-29123-mkn    Doc 1360    Entered 05/27/21 22:07:00    Page 3 of 8

| District/off: 0978-2 | User: pennva | Page 3 of 7 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

|  |  |  |
|---|---|---|
|  |  | xxxxxxxxxx1199, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 5306063 | + | Bank Of America, Acct No 030, Po Box 17054, Wilmington, DE 19850-7054 |
| 5306062 | + | Bank Of America, Acct No 9758, Po Box 1598, Norfolk, VA 23501-1598 |
| 5306060 | + | Bank of America, Acct No xxxxxxxxxx4599, PO Box 22031, Greensboro, NC 27420-2031 |
| 5306059 |  | Bank of America, P.O. Box 26237, Las Vegas, NV 89126-0237 |
| 7319128 |  | Bank of America, N.A., Bankruptcy Dept. Mail Stop CA6-919-01-23, Simi Valley, CA 93065 |
| 5306064 |  | Bank of Nevada, Acct No xxxxx6328, PO BOX 26237, Las Vegas, NV 89126-0237 |
| 5306065 | + | Barclays Bank Delaware, Acct No xxxxxx0000, Attention: Customer Support Department, Po Box 8833, Wilmington, DE 19899-8833 |
| 6701183 | + | CHASE HOME FINANCE, LLC, S/B/M CHASE MANHATTAN COR, 3415 VISION DRIVE, OH4-7302, COLUMBUS, OH 43219-6009 |
| 7315083 | + | CITY NATIONAL BANK, C/O FENNEMORE CRAIG, P.C., LAUREL E. DAVIS, ESQ., 300 S FOURTH STREET, STE 1400, LAS VEGAS, NV 89101-6021 |
| 5889670 | + | CITY NATIONAL BANK, N.A., C/O SHEA & CARLYON, LTD., 701 BRIDGER AVENUE, #850, LAS VEGAS, NV 89101-8959 |
| 8421607 | + | CLARK COUNTY ASSESSOR, 500 S. GRAND CENTRAL PKWY, LAS VEGAS, NV 89155-4502 |
| 5306066 | + | Central Mortgage Co, Acct No xxxxx4705, Attention: Bankruptcy Dept., 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 5988226 | + | CitiMortgage, Inc, c/o Pite Duncan LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 5306073 |  | Citimortgage Inc., Acct No xxxxxx851-7, PO Box 8004, South Hackensack, NJ 07606-8004 |
| 5306074 |  | City National Bank, Acct No xxx4409, PO Box 60938, Los Angeles, CA 90060-0938 |
| 5306075 |  | Countrywide Home Loans, Acct No xxxx1662, PO Box 10219, Van Nuys, CA 91410-0219 |
| 5306076 |  | Countrywide Home Lending, Acct No xxxxx6457, Attention: Bankruptcy SV-314B, Po Box 5170, Simi Valley, CA 93062-5170 |
| 5306077 | + | Countrywide Home Lending, Acct No xxxxx6473, Attention: Bankruptcy SV-314B, Po Box 5170, Simi Valley, CA 93062-5170 |
| 5541045 | + | DEBORAH DRAKE, 6111 FOX CREEK AVE, LAS VEGAS NV 89122-3484 |
| 6302493 | + | DR. BERNARD GREENBLATT, c/o LAW OFFICE OF BRIAN D. SHAPIRO, LLC, 411 E. BONNEVILLE AVENUE, LAS VEGAS, NV 89101-6632 |
| 6708913 | + | Deaner, Deaner, Scann, Malan, & Larsen, c/o Susuan Williams Scann, Esq., 720 S. Fourth Street, Suite 300, Las Vegas, NV 89101-6743 |
| 6708914 | + | Equity Title, LLC, c/o Meier & Fine, LLC, 2300 W. Sahara Ave., Ste. 430, Las Vegas, NV 89102-4354 |
| 5552284 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Mortgage Company, 5050 Kingsley Dr. 1MOC20, Cincinnati, OH 45263 |
| 5638924 | + | FIRST HAWAIIAN BANK-LOAN RECOVERY CENTER, POB 4070, HONOLULU HI 96812-4070 |
| 9071077 |  | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 5393059 | + | Fidelity Bank, 100 E English, PO Box 1007, Wichita, KS 67201-1007 |
| 5306078 | + | Fidelity Bank, PO BOX 2937, Wichita, KS 67201-2937 |
| 6708915 | + | First American Title, c/o Harrison, Kemo, Jones & Coulthard, 3800 Howard Hughes Parkway, Seventeenth Floor, Las Vegas, NV 89169-0910 |
| 5306081 | + | First National Bank Credit Card Center, Acct No xxxxxxxxxxx2737, Attention: Bankruptcy Department, Po Box 3331 Stop Code 3105, Omaha, NE 68103-0331 |
| 5306082 | + | First Nationwide Mtg, Acct No xxx5955, Po Box 9438,dept 0251, Gaithersburg, MD 20898-9438 |
| 5306085 | + | Home Comings Financial, Acct No xxxxxx4689, Attention: Bankruptcy Dept, 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 5306086 |  | Homecomings Financial, Acct No xxx5505, PO Box 205, Waterloo, IA 50704-0205 |
| 11493358 | + | JEFFREY S. ALLISON, ESQ., HOUSER & ALLISON, APC, 9970 RESEARCH DRIVE, IRVINE, CA 92618-4309 |
| 9097262 | + | JPMorgan Chase Bank, N.A., c/o Tiffany & Bosco, P.A., 212 South Jones Blvd., Las Vegas, NV 89107-2657 |
| 6708916 | + | Jeff Sylvester, Esq., Sylvester & Polednak, LTD., 7371 Prairie Falcon Rd., Suite 120, Las Vegas, NV 89128-0834 |
| 11293407 | + | LINDSEY H MORALES, ESQ., MCCALLA RAYMER LEIBERT PIERCE, LLP, 1635 VILLAGE CENTER CIRCLE, SUITE 130, LAS VEGAS, NV 89134-6375 |
| 5306090 | + | Litton Loan Servicing, Acct No xxxx2460, Attention: Bankruptcy, 4828 Loop Central Drive, Houston, TX 77081-2212 |
| 5644399 | + | Litton Loan Servicing, L.P., Bankruptcy Department, 4828 Loop Central Drive, Houston, TX 77081-2193 |
| 5620476 | + | Litton Loan Servicing, LP, 1270 Northland Drive, Suite 200, Mendota Heights, Minnesota 55120-1176 |
| 9720540 | + | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 6708918 |  | Marquis & Aurback, c/o Micah Echols, 120001, Park Run Drive, Las Vegas, NV 89145 |
| 9418568 | + | McCarthy & Holthus, LLP, 9510 West Sahara Avenue, Suite 200, Las Vegas, NV 89117-8804 |
| 5657716 | + | Melvin Elizer and Maxine Llewellyn, c/o Ogonna M. Atamoh, Esq., Santoro, Driggs, Walch, et al., 400 S. 4th St., 3rd Fl., Las Vegas, NV 89101-6201 |
| 5438335 | + | Midfirst Bank C/O Midland Mortgage Co., c/o McCarthy & Holthus, LLP, 811 South Sixth Street, Las Vegas, NV 89101-6923 |
| 9397414 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5306094 | + | Natl Cty Crd, Acct No xxxxxxxx1161, 4653 E Main Street, Columbus, OH 43213-3298 |
| 5306095 | + | Ncb/cols, Acct No xxxxxxxx6149, Attn: Bankruptcy, 6750 Miller Rd, Brecksville, OH 44141-3262 |
| 5306097 | + | Nevada Federal Cred Un, Acct No xxxxxxx9490, 2645 S Mojave Rd, Las Vegas, NV 89121-1238 |
| 6708919 | + | Nevada Law Group, 2920 N. Green Valley Parkway, Bldg. 3, #313, Henderson, NV 89014-0412 |
| 5306098 | + | Nevada State Bank, Acct No xxxxxxxxxxxx1979, 2185 S 3270 W, Salt Lake City, UT 84119-1109 |
| 8986031 | + | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, 1100 Virginia Drive, Suite 175, Fort Washington, PA 19034-3278 |
| 8283549 | + | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, 1661 Worthington RD., Suite 100, West Palm Beach, FL 33409-6493 |
| 9318989 |  | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Dept., PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5389153 | + | Oren and Socorro Lilly Lopez-Goldsteind, c/o Ann E Kolber Esq, LAW PRACTICE LTD, 5516 South Fort Apache Road Suite 110, Las Vegas, NV 89148-7679 |

| District/off: 0978-2 | User: pennva | Page 4 of 7 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

| | | |
|---|---|---|
| 5635796 | | RICHARD F. HOLLEY, ESQ., OGONNA M. ATAMOH, ESQ., SANTORO DRIGGS WALCH KEARNEY, HOLLEY & T, 400 SOUTH FOURT STREET, 3RD FL., LAS VEGAS, NV 89101 |
| 10068496 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., PO Box 1047, Hartford, CT 06143 |
| 5448441 | + | SYLVESTER & POLEDNAK, LTD., ATTN: JEFFREY R. SYLVESTER, ESQ., 7371 PRAIRIE FALCON ROAD, SUITE 120, LAS VEGAS, NV 89128-0834 |
| 9644864 | + | Seterus, Inc., et al, its assignees, and/or successors in interest, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| 9574231 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW Y, c/o Shellpoint Mortgage Servicing, PO BOX 10826, Greenville, SC 29603-0826 |
| 5578675 | + | The Bank of New York Mellon, c/o BAC Home Loans Servicing, LP, 1757 Tapo Canyon Road, Mail Stop: CA6-913-LB-11, Simi Valley, CA 93063-3390 |
| 5565396 | + | The Bank of New York Mellon, c/o BAC Home Loans Servicing, LP, 2270 Lakeside Boulevard, Mail Stop: R-A-3-118, Richardson, TX 75082-4304 |
| 5518321 | + | The Bank of New York Mellon et al, c/o BAC Home Loans Servicing, LP, 7105 Corporate Drive, PTX-B-35, Plano, TX 75024-4100 |
| 10351187 | + | US Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |
| 10331082 | + | Vincent J. Aiello, Esq., 3993 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada 89169-5993 |
| 5306112 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, Acct No xxxxxx4851, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 10765552 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB,, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT AS TRUSTEE FOR PRETIUM MORTGAGE, c/o BARRETT DAFFIN FRAPPIER TREDER&WEISS, 7251 WEST LAKE MEAD BLVD SUITE 300 LAS VEGAS, NV 89128-8380 |
| 10765551 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A, CHRISTIANA TRUST, NOT INDIVIDUALLY BUT A, FOR PRETIUM MORTGAGE ACQUISITION TRUST, c/o BARRETT DAFFIN FRAPPIER TREDER & WEI, 7251 WEST LAKE MEAD BLVD SUITE 300 LAS VEGAS, NV 89128-8380 |
| 5306108 | | Wells Fargo, Acct No xxx1753, PO Box 14547, Des Moines, IA 50306-3547 |
| 5306109 | + | Wells Fargo, Acct No xxxxxxxxxxxxx0001, Po Box 60510, Los Angeles, CA 90060-0510 |
| 5306107 | | Wells Fargo, Acct No xxxxx5541, Pasadena, CA 91109-7198 |
| 5306106 | | Wells Fargo, Acct No xxxxxxxxxx1998, PO Box 4233, Portland, OR 97208-4233 |
| 5499606 | | Wells Fargo Bank NA, PO Box 10438, Des Moines, IA 50306-0438 |
| 5306110 | + | Wells Fargo Bank Nv Na, Acct No xxxxxxxxxxxxx1998, Po Box 31557, Billings, MT 59107-1557 |
| 5437101 | | Wells Fargo Bank, N.A., Home Equity Group, X2303-01A, 1 Home Campus, Des Moines, IA 50328-0001 |
| 5437489 | + | Wells Fargo Bank, N.A., P. O. Box 14469 MAC X2303-01A, Des Moines, IA 50306-3469 |
| 5544320 | | Wells Fargo Bank, N.A., BDD Bankruptcy Dept, MAC s4101-08c, 100 W. Washington St., Phoenix, AZ 85003 |
| 5306111 | + | Wells Fargo Card Ser, Acct No xxxxxxxx0301, Po Box 5058, Portland, OR 97208-5058 |
| 10559432 | + | ZIEVE, BRODNAX & STEELE, LLP, 9435 West Russell Road, Suite 120, Las Vegas, NV 89148-5608 |

TOTAL: 158

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| db | + | Email/PDF: melani.schulte.81@gmail.com | May 26 2021 02:39:00 | MELANI SCHULTE, 9811 W. CHARLESTON BLVD. #2-351, LAS VEGAS, NV 89117-7528 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 02:23:51 | GREEN TREE SERVICING, LLC., 7360 S. KYRENE ROAD, RECOVERY DEPT. T-120, TEMPE, AZ 85283-8432 |
| 5306054 | + | Email/Text: aacbankruptcynotice@affiliated.org | May 26 2021 02:40:00 | Affiliated Accep Crp, Acct No xxxxxx0757, Attn: Customer Service, Po Box 790001, Sunrise Beach, MO 65079-9001 |
| 5306100 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:24:49 | Unvl/citi, Acct No xxxxxxxx1655, Attn.: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 9071712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:23:25 | CITIMORTGAGE INC, PO BOX 140609, IRVING, TX 75014-0609 |
| 9589002 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 26 2021 02:40:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5306070 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:23:17 | Citi, Acct No xxxxxxxx3143, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5551695 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:24:49 | CitiMortgage Inc., P.O. BOX 6941, The Lakes, NV 88901-6006 |
| 5306071 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:23:58 | Citimortgage Inc, Acct No xxxxxxx829-5, PO Box |

Case 09-29123-mkn   Doc 1360   Entered 05/27/21 22:07:00   Page 5 of 8

| District/off: 0978-2 | User: pennva | Page 5 of 7 |
| --- | --- | --- |
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

| ID | Method | Date/Time | Recipient |
| --- | --- | --- | --- |
| | | | 6006, The Lakes, NV 88901-6006 |
| 5306072 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:23:05 | Citimortgage Inc, Acct No xxxxx0064, Po Box 9438,dept 0251, Gaithersburg, MD 20898-9438 |
| 5306079 | + Email/Text: collectionbankruptcies.bancorp@53.com | May 26 2021 02:40:00 | Fifth Third Bank, Acct No xxxxx6682, C/O Bankruptcy Dept, Mdropso5, 1850 East Paris, Grand Rapids, MI 49546-6253 |
| 5306080 | + Email/Text: crc_bankruptcy@fhb.com | May 26 2021 02:40:00 | First Hawaiian Bank, Acct No xxxxxxxx0035, Po Box 1959, Honolulu, HI 96805-1959 |
| 5306084 | + Email/Text: bknoticing@grantweber.com | May 26 2021 02:40:00 | Grant & Weber, Acct No xxxxx5192, 861 Coronado Center Dr S, Henderson, NV 89052-3992 |
| 6068882 | + Email/PDF: gecsedi@recoverycorp.com | May 26 2021 02:24:43 | Green Tree Servicing LLC, 7360 S. Kyrene Rd., Recovery Dept - T120, Tempe, Az 85283-8432 |
| 5426170 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2021 02:39:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY, P.O. BOX 21126, PHILADELPHIA, PA 19114 |
| 5383137 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:52 | CHASE HOME FINANCE, LLC, FKA CHASE MANHATTAN MORTGAGE CORP., 3415 VISION DR., COLUMBUS, OH 43218, PP-G7 BANKRUPTCY PAYMENT PROCE |
| 5306067 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:00 | Chase, Acct No xxxxxxxx1110, Po Box 15298, Wilmington, DE 19850 |
| 5306068 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:52 | Chase, Acct No xxxxxxxx7443, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 5416707 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:00 | Chase Bank USA, N.A., PO Box 15145, Wilmington, DE 19850-5145 |
| 5306069 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:52 | Chase Manhattan Mortgage, Acct No xxxxxx2389, PO Box 78920, Phoenix, AZ 85062-8920 |
| 7145721 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:52 | JP MORGAN CHASE BANK, N.A., CHASE RECORDS CENTER, MAIL CODE LA4-5555, 700 KANSAS LANE, MONROE, LA 71203 |
| 5392079 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:23:53 | JP Morgan Chase Bank, National Association, 7255 Bay Meadows Way, Jacksonville, FL 32256 |
| 5306104 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:24:44 | Washington Mutual, Acct No xxxxxx8181, PO Box 660139, Dallas, TX 75266-0139 |
| 5306105 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 02:24:44 | Washington Mutual Mortgage, Acct No xxxxxxxxx8181, Attention: Bankruptcy Dept. JAXA 2035, 7255 Bay Meadows Way, Jacksonville, FL 32256 |
| 6708917 | Email/Text: linda@cpanv.com | May 26 2021 02:40:00 | Langlands & Gross LLP, 2655 Bay Canyon Drive, Suite 190, Las Vegas, NV 89128 |
| 5306092 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 26 2021 02:23:01 | Midland Mortgage, Acct No xxxx2811, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 5306093 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 26 2021 02:23:53 | Midland Mortgage Company, Acct No xxxx2811, Attn: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5306096 | + Email/Text: egssupportservices@alorica.com | May 26 2021 02:40:00 | NCO Financial Systems, Acct No xxxx3276, 507 Prudential Road, Horsham, PA 19044-2308 |
| 5594701 | + Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 02:23:04 | PYOD LLC its successors and assigns as assignee of, Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 9016468 | + Email/Text: BKMailBayview@bayviewloanservicing.com | May 26 2021 02:39:00 | The Bank of New York Mellon, fka The Bank of New York, as Trustee, c/o BAYVIEW LOAN SERVICING, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1837 |

Case 09-29123-mkn    Doc 1360    Entered 05/27/21 22:07:00    Page 6 of 8

| District/off: 0978-2 | User: pennva | Page 6 of 7 |
| --- | --- | --- |
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5306099 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 02:40:00 | U S Bank, Acct No xxxxxxxx0535, 101 5th St E Ste A, Saint Paul, MN 55101-1808 |
| 9589103 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 26 2021 02:40:00 | U.S. BANK TRUST, N.A., c/o Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124-0330 |
| 5551307 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 02:40:00 | U. S. Bank N.A., P.O. Box 5229, Cincinnati, OH 45201-5229 |
| 5306102 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 02:40:00 | Us Bank, Acct No xxxxxxx6098, Attn: Bankruptcy Dept., P.O. Box 5229, Cincinnati, OH 45201 |
| 5306103 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 02:40:00 | Us Bank, Acct No xxxxxxx9098, Po Box 790084, Saint Louis, MO 63179 |
| 10129660 | + | Email/Text: cdcaecf@bdfgroup.com | May 26 2021 02:39:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O BDFTW, 20955 PATHFINDER RD., STE. 300, DIAMOND BAR, CA 91765-4029 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BAC Home Loans Servicing, L.P., f.k.a. Countrywide |
| cr | | BAC Home Loans Servicing, LP servicing agent on be |
| cr | | BAC Home Loans Servicing, LP, its assignees and/or |
| cr | | BAC Home Loans Servicing, LP, servicing agent on b |
| cr | | BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO B |
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR T |
| cr | | BAYVIEW LOAN SERVICING, LLC, SERVICING AGENT FOR T |
| cr | | Bernard Greenblat |
| cr | | CITIMORTGAGE, INC. |
| cr | | Equity Title, LLC |
| cr | | FIDELITY BANK |
| cr | | FIFTH THIRD BANK |
| cr | | JOHN CRANDALL |
| acc | | LANGLANDS & GROSSA LLP |
| cr | | MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS |
| cr | | MIDFIRST BANK, ITS ASSIGNEES AND/OR SUCCESSORS AND |
| cr | | OCWEN LOAN SERVICING, LLC |
| cr | | PHH MORTGAGE CORPORATION, SUCCESSOR TO OCWEN LOAN |
| cr | | SHELLPOINT MORTGAGE SERVICING |
| cr | | The Bank of New York Mellon f/k/a The Bank of New |
| cr | | The Bank of New York Mellon fka The Bank of New Yo |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF |
| cr | | WELLS FARGO BANK, N.A. |
| 5388867 | | CHASE HOME FINANCE, LLC, S/B/M TO CHASE MANHATTAN |
| 5388868 | | CHASE HOME FINANCE, LLC, S/B/M TO CHASE MANHATTAN |
| 5623741 | | Equity Title, LLC |
| 5306083 | | First Nationwide Mtg, Acct No xxx5955 |
| 5306087 | | Jeff Sylvester |
| 5306088 | | Jesse Sbaih |
| 5306089 | | Jesse Sbath/Deborah Drake |
| 5306091 | | Mel Elizer / Maxine Llewellyn |
| 5306101 | | US |
| 5503886 | | WELLS FARGO BANK, N.A. |
| 6442334 | | WELLS FARGO BANK,N.A. |
| 5306113 | | Z'rea LP |
| cr | *+ | CITIMORTGAGE, INC., ALDRIDGE PITE, 4375 JUTLAND DR, STE 200, PO BOX 17933, SAN DIEGO, CA 92177-7921 |

| District/off: 0978-2 | User: pennva | Page 7 of 7 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: namdpet | Total Noticed: 194 |

| | | |
|---|---|---|
| cr | *+ | Litton Loan Servicing, L.P., c/o McCalla Raymer, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | MTGLQ INVESTORS, L.P., C/O SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, NATIONSTAR MORTGAGE, LLC., PO Box 619096, Dallas, TX 75261-9741 |
| cr | *+ | NATIONSTAR MORTGAGE LLC, ITS ASSIGNEES AND/OR SUCC, C/O MCCARTHY HOLTHUS LLP, 9510 W SAHARA AVE, STE. 200, LAS VEGAS, NV 89117-8804 |
| 5632718 | * | CitiMortgage, Inc., P O Box 6941, The Lakes, NV 88901-6941 |
| 9071081 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 9071082 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 9071084 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 9071085 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 9071086 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 9071088 | * | Federal National Mortgage Association, PO Box 2008, Grand Rapids, MI 49501-2008 |
| 8473719 | *P++ | GREENTREE SERVICING LLC, BANKRUPTCY DEPARTMENT, P O BOX 6154, RAPID CITY SD 57709-6154, address filed with court:, Green Tree Servicing LLC, PO Box 6154, Rapid City, South Dakota 57709 |
| 9418567 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 9016470 | *+ | The Bank of New York Mellon, fka The Bank of New York, as Trustee, c/o BAYVIEW LOAN SERVICING, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1837 |
| 10375298 | *+ | Vincent J. Aiello, Esq., 3993 Howard Hughes Parkway,, Suite 400, Las Vegas, Nevada 89169-5993 |
| 10350808 | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O BDFTW, 20955 PATHFINDER RD., STE. 300, DIAMOND BAR, CA 91765-4029 |
| aty | ##+ | EDWARD A TREDER, BARRETT DAFFIN FRAPPIER TREDER & WEISS, 20955 PATHFINDER RD STE 300, DIAMOND BAR, CA 91765-4029 |
| cr | ##+ | Melvin A. Elizer, 1405 Vegas Valley Drive #306, Las Vegas, NV 89169-2265 |
| 5622174 | ##+ | BANK OF AMERICA, N.A., PO Box 26012, NC4-105-03-14, Greensboro, NC 27420-6012 |
| 10351055 | ##+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, c/o BARRETT, DAFFIN FRAPPIER TREDER & WEISS, LLP, 20955 PATHFINDER ROAD SUITE 300, DIAMOND BAR, CA 91765-4029 |

TOTAL: 37 Undeliverable, 17 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2021          Signature:      /s/Joseph Speetjens

NVB 1009 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
MELANI SCHULTE  
WILLIAM SCHULTE  

Debtor(s)

BK−09−29123−mkn  
CHAPTER 11

NOTICE OF DEBTOR(S) NAME CHANGE

**NOTICE IS GIVEN** that pursuant to LR 1009, the clerk has changed the name from

   WILLIAM R. SCHULTE

to

   WILLIAM SCHULTE

on the docket for the following reason:

   *   Pursuant to order entered on 3/22/10.

If this does not correctly reflect the debtor(s) information, the debtor(s) is directed to file an amendment to the petition by 6/4/21 and notice the U.S. Trustee, trustee and all creditors.

Dated: 5/25/21

*/s/ Mary A. Schott*  
Mary A. Schott  
Clerk of Court