NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–29123–mkn |
| | CHAPTER 11 |
| MELANI SCHULTE | |
| WILLIAM SCHULTE | |
| | NOTICE OF DOCKETING |
| Debtor(s) | ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1362* – Reply to PHH Opposition to Debtors Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction, Failing to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys Fees Against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing, LLC with Certificate of Service Filed by CHRISTOPHER PATRICK BURKE on behalf of MELANI SCHULTE (Related document(s)1357 Opposition filed by Creditor PHH MORTGAGE CORPORATION, SUCCESSOR TO OCWEN LOAN SERVICING, LLC.) (BURKE, CHRISTOPHER) |
| Filed On: | 6/7/21 |
| With A Hearing Date Of: | 6/9/21 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 6/8/21

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**