# Ex. 'C'

**Entered on Docket
August 31, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

| | |
|---|---|
| REYNOLDS & ASSOCIATES, LLC | Electronically Filed on |
| RONALD H. REYNOLDS, ESQ. | August 26, 2010 |
| Nevada Bar #000827 | |
| 823 Las Vegas Boulevard South, Suite 280 | |
| Las Vegas, Nevada 89101 | |
| Telephone: (702) 445-7000 | |
| paulamichaels@callister-reynolds.com | |
| Fax: (702) 385-7743 | |
| Local Counsel | |

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
C.094-8052
Attorneys for Secured Creditor, BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, fka Countrywide Home Loans, Inc., its assignees and/or successors in interest

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re | ) | BK-S-09-29123-BAM |
| | ) | |
| MELANI SCHULTE and | ) | |
| WILLIAM R. SCHULTE, | ) | |
| | ) | Hearing: |
| | ) | Date: 8/24/10 |
| Debtors. | ) | Time: 2:30 p.m. |
| _____ | ) | Chapter 11 |

### AGREED ORDER RE ADEQUATE PROTECTION

BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP, fka

1

Countrywide Home Loans, Inc., its assignees and/or successors in interest, Secured Creditor, submits herein its Agreed Order Re Adequate Protection. The Court after careful review of the Court records and files and agreement by the parties, makes its Order as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Debtors shall maintain the regular amortized monthly payments of $551.14 at 5.25% over 30 years for the total loan amount of $99,806.60 on Secured Creditor's loan obligation, encumbering the subject Property, generally described as **3322 Cheltenham Street, Las Vegas, Nevada**, in a timely fashion, commencing with the September 1, 2010 payment. Payments on Secured Creditor's loan obligation shall be made to Secured Creditor, BAC Home Loans Servicing, LP, Bankruptcy Department, Mail Stop TX 2-982-03-03, 7105 Corporate Drive, Plano, Texas 75024.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors shall maintain insurance on the subject property, naming Secured Creditor as loss payee as well as maintain the property taxes on the subject property

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Debtors fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, or fails to maintain the property taxes or insurance, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a Fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be an assessed attorneys' fee of $75.00, to be paid directly to Secured Creditor's counsel Prober & Raphael, A Law Corporation, PO Box 4365, Woodland Hills, CA 91365-4365 upon reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency which must include said $100.00 in attorneys' fees, then Secured Creditor may submit to this Court an Affidavit of Default with an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable state law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event the instant bankruptcy proceeding is dismissed or discharged, this Order shall be terminated and have no

1  further force or effect.

2      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any funds received by Secured Creditor, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Stipulation may not be modified, altered or changed in any Chapter 11 Plan for Reorganization without the express written consent of Secured Creditor.

Submitted By:

REYNOLDS & ASSOCIATES, LLC

By: _____
RONALD H. REYNOLDS, ESQ.
Nevada Bar #000827
823 Las Vegas Boulevard South, Suite 280
Las Vegas, NV 89101
Local Counsel for Movant


APPROVED/DISAPPROVED:

By: _____
BRYAN A. LINDSEY, ESQ.
Attorney for Debtor

3