| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*atty@cburke.lvcoxmail.com*<br>218 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>(702) 385-7987<br>Attorney for Debtor | *ECF Filed On* **6/10/21** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MELANI SCHULTE and<br>WILLIAM SCHULTE,<br><br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO INC.,<br>KEEP SAFE LLC,<br><br>          Debtors. | Case No. 09-29123-MKN<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-MKN<br>09-27909-MKN<br>09-27910-MKN<br>09-27911-MKN<br>09-27912-MKN<br>09-27913-MKN<br>09-27914-MKN<br>09-27916-MKN<br>09-28513-MKN<br>09-31584-MKN<br>09-31585-MKN<br><br>Date:  June 23, 2021<br>Time: 9:30 a.m. |

**SUPPLEMENT TO RESPONSE TO AMENDED MOTION TO CLARIFY PLAN TREATMENT REGARDING VARIOUS REAL PROPERTIES (Dkt. #1367)**

COMES NOW, Debtor, Melani Schulte ("Mrs. Schulte" or "Debtor") and files this Supplement to her Response to Amended Motion to Clarify Plan Treatment Regarding Various Properties (Dkt. #1367), to include Melani Schulte's Declaration that was inadvertently not attached to her Response. Listed in the Response as (Ex. 'A' Decl. M. Schulte pg.1-4).

DATED this 10th day of June, 2021.

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
218 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 385-7987

**CERTIFICATE OF SERVICE**

I hereby certify that the 10th day of June, 2021, I caused the above and foregoing Supplement to Response to Amended Motion to Clarify Plan Treatment Regarding Various Properties to be sent by electronic notice through the Court's ECF program and/or depositing same in the United States Mail, first class, postage prepaid, in a securely sealed envelope and addressed to the last known address of the following:

Regina A. Habermas, Esq.
GHIDOTTI | BERGER LLP
415 S. 6th Street, #310
Las Vegas, NV 89101
ghabermas@ghidottiberger.com

/S/Adriana Pelayo
Employee of
Christopher P. Burke, Esq.