# Ex. 'A'

CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-27238-MKN |
| HOT ENDEAVOR LLC, | 09-27909-MKN |
| 1341 MINUET LLC, | 09-27910-MKN |
| 1708 PLATO PICO LLC, | 09-27911-MKN |
| 2228 WARM WALNUT LLC, | 09-27912-MKN |
| 9425 VALLEY HILLS LLC, | 09-27913-MKN |
| 9500 ASPEN GLOW LLC, | 09-27914-MKN |
| 5218 MISTY MORNING LLC, | 09-27916-MKN |
| CHERISH LLC, | 09-28513-MKN |
| SABRECO INC., | 09-31584-MKN |
| KEEP SAFE LLC, | 09-31585-MKN |
| Debtors. | Date: June 23, 2021<br>Time: 9:30 a.m. |

**PURSUANT TO 28 U.S.C. §1746 MELANI SCHULTE**
**DECLARES THE FOLLOWING:**

I, Melani Schulte, declare under penalty of perjury the following:

1. That I am one of the above-mentioned Debtors in this chapter 11 bankruptcy case filed on October 11, 2009.

2. That there are eight properties that SN Servicing has allegedly been servicing: these include, 1624 Desert Canyon Court Las Vegas, NV 89128; 4521 W. La Madre Way North Las Vegas, NV 89031; 922 Saddle Horn Drive Henderson NV 89015; 5609 San Ardo PL Las Vegas, NV 89130; 1194 Stormy Valley Road Las Vegas, NV 89123; 2525 Via Di Autostrada Henderson NV 89074; 3322 Cheltenham Street, Las Vegas, Nevada 89129; 8216 Peaceful Canyon Drive, Las Vegas, Nevada 89128, in which Court orders were entered about a decade

1

ago.

3. That there is a ninth property located at 8562 Lambert Drive Las Vegas, NV 89147 that SN Servicing allegedly services where no stipulation was entered into by the parties or Court Order.

4. That during the years that SN Servicing has serviced these loans, despite numerous requests by me over the years, I have never received a single statement from SN Servicing on any of these nine properties regarding the principal, interest, insurance or property tax amount owed.

5. That on two of these properties, 8216 Peaceful Canyon Drive, Las Vegas, Nevada 89128 and 3322 Cheltenham Street, Las Vegas 89129, Orders were entered stating I was to make escrow payments directly on these properties (see Dkt.#869, p.2, ln.13-15 and Dkt.#593, p.2, ln.11-13).

6. That on six of the seven remaining properties, excluding 8562 Lambert Drive Las Vegas, NV 89147, the order states that I have to pay escrow directly to the Secured Creditor for *advances*.

7. That since I never received any statements on the amount of escrow payments, I chose to pay and contacted the Clark County Treasurer Assessor's Office to determine the property tax owed, because I didn't want any tax or insurance authority to attempt foreclosure or not have insurance on a property.

8. That because I never received *any* statements from SN Servicing that I have been paying for the taxes and insurance directly on these seven remaining properties, plus the two other properties.

9. That I only received one transfer of claim from BSI to SN Servicing (for US Bank) and that was on 922 Saddle Horn Drive, Henderson NV 89015.

10. That the nine properties that SN is servicing have been sold or exchanged many times since the 2011 confirmation order. Each time, if I was able to find out in a timely manner who serviced the loan at that time, after not sending me adequate notice of the change in servicing, I wrote or called that servicer and asked them to please abide by the 2011 bankruptcy Confirmation Order (Dkt.#912). I continuously tried to keep up with each different servicer

change for all the properties to no avail, because they rarely responded to my inquiries.

11. That the Desert Canyon property started with Citimortgage, then Seterus and Fannie Mae, then Selene Finance, and now SN Servicing.

12. That the La Madre property started with Ctimortgage, then Seterus and Fannie Mae, then Selen Finance, and now SN Servicing.

13. That the Saddle Horn property started with Ctimortgage, then Seterus and Fannie Mae, then BSI Finance, and now SN Servicing.

14. That the San Ardo property started with Ctimortgage, then Seterus and Fannie Mae, then Shellpoint, and now SN Servicing.

15. That the Stormy Valley property started with Ctimortgage, then Seterus and Fannie Mae, and now SN Servicing.

16. That the Via Di Autostrada property started with Ctimortgage, then Seterus and Fannie Mae, and now SN Servicing.

17. That the Cheltenham property started with BAC Home Loans, then Seterus and Fannie Mae, then Nationstar/Mr. Cooper, and now SN Servicing.

18. That the Peaceful Canyon property started with Chase Home Finance/JP Morgan Chase, then Shellpoint Mortgage Servicing, and now SN Servicing.

19. That the Lambert property started with Ctimortgage, then Seterus and Fannie Mae, Nationstar/Mr. Cooper, and now SN Servicing. I'm not sure SN Servicing has filed a transfer of claim, or any documentation that they are the true owners of this mortgage. Thus, I have been making all of the mortgage payments to Nationstar/Mr. Cooper and for over a year now, but they have not cashed those checks. All of the money for those payments are still in the DIP account for Schulte Properties LLC. In addition despite the automatic stay in the Schulte Properties LLC bankruptcy, either Nationstar/Mr. Cooper and/or SN Servicing filed a notice of default on the property based upon non-payment related to uncashed checks.

20. That what's interesting is that SN Servicing will not send me my monthly mortgage statements to show how they have applied the payments that I have mailed and that they have cashed. But clearly SN Servicing has my address as

3

they sent me my 2020 IRS form 1098 for tax and interest statements for the Stormy Valley, Via Di Autostrada, La Madre, Peaceful Canyon, San Ardo, and Cheltenham properties.

21. That it seems like a prior servicer would not correct their documentation on the loan and then turn around and sell it off to someone else without giving them all the information. Every time I would contact them about following the bankruptcy Confirmation Order, I was told that there was no notation in the file of the bankruptcy or that this is the information that they got from the previous servicer and they were going to stick to it with their information and ignore my complaints and request for them to correct their records. I had no other choice but to record for each of the 32 properties, at the Clark County Recorders Office the complete 76 page confirmation order to try to get their attention.

22. That still hasn't worked.

Dated this 10th day of June 2021.

*/s/Melani Schulte*
Melani Schulte