| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*atty@cburke.lvcoxmail.com*<br>218 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>(702) 385-7987<br>Attorney for Debtor | *ECF Filed On* 7/21/21 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MELANI SCHULTE and<br>WILLIAM SCHULTE,<br><br><br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO INC.,<br>KEEP SAFE LLC,<br><br>　　　　Debtors. | Case No. 09-29123-MKN<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-BAM<br>09-27909-MKN<br>09-27910-MKN<br>09-27911- MKN<br>09-27912-MKN<br>09-27913-MKN<br>09-27914-MKN<br>09-27916-MKN<br>09-28513-MKN<br>09-31584-MKN<br>09-31585-MKN<br><br>Date:　July 28, 2021<br>Time:　9:30 a.m. |

**CASE STATUS REPORT**

COMES NOW, Debtor, Melani Schulte ("Mrs. Schulte" or "Debtor"), and files this status report in response to this Courts Order on March 19, 2021 (Dkt.#1332) requesting a status on this case.

That on July 20, 2021, this Court Ordered the parties confer on discovery and pick a date for an evidentiary hearing on the Motion for Contempt for the property located at

1

1392 Echo Falls Ave., Las Vegas Nevada 89123 (Dkt.#1370).

Further, Schulte is anticipating filing a Motion for Contempt for the property located at 2460 Avenida Cortes, Henderson, Nevada 89074, in the near future.

DATED this 21st day of July, 2021.

RESPECTFULLY SUBMITTED:

*/s/Christopher Burke*
Christopher Burke
Nevada Bar No.: 004093
218 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 385-7987
Attorneys for Debtor

2