


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 25, 2021

_____

EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE, <br><br> 2704 SATTLEY LLC, <br>HOT ENDEAVOR LLC, <br>1341 MINUET LLC, <br>1708 PLATO PICO LLC, <br>2228 WARM WALNUT LLC, <br>9425 VALLEY HILLS LLC, <br>9500 ASPEN GLOW LLC, <br>5218 MISTY MORNING LLC, <br>CHERISH LLC, <br>SABRECO Inc., <br>KEEP SAFE LLC | Case No.: 09-29123-MKN <br><br> Chapter 11 <br><br> Jointly Administered with: <br><br> 09-27238- MKN <br>09-27909- MKN <br>09-27910- MKN <br>09-27911- MKN <br>09-27912- MKN <br>09-27913- MKN <br>09-27914- MKN <br>09-27916- MKN <br>09-28513- MKN <br>09-31584- MKN <br>09-31585- MKN <br>**Hearing**: <br>Date: August 11, 2021 <br>Time: 9:30 a.m. <br>Judge: Hon. Mike K. Nakagawa |

- 1 -

**AGREED SCHEDULING ORDER REGARDING MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS' FEES AGAINST CREDITORS, SHELLPOINT MORTGAGE SERVICING AND OCWEN LOAN SERVICING LLC**
**(Docket Number 1334)**

On July 28, 2021, the Court held a continued status hearing on Debtor, Melani Schulte's ("Debtor"), *Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys' Fees Against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing LLC ("Motion")*. Christopher P. Burke, Esq., appeared for Debtor, Eddie R. Jimenez, appeared for Creditor Shellpoint Mortgage Servicing ("Shellpoint") and Jeffery S. Allison appeared for Creditor PHH Mortgage Corporation ("PHH"). After discussion on the record, the Court continued the status hearing on the Motion to August 11, 2021 to allow the Parties to discuss a scheduling order on the Motion. The Parties having agreed to the following schedule:

**IT IS HEREBY THE ORDER OF THE COURT** that discovery will end December 1, 2021;

**IT IS HEREBY FURTHER ORDERED** that deadline for Dispositive Motions is January 14, 2022;

**IT IS HEREBY FURTHER ORDERED** that each party shall file and serve Direct Testimony Declarations and a List of all Witnesses and Exhibits 7 days before Trial;

**IT IS FURTHER ORDERED** that a Pre-Trial Conference is scheduled for **March 23, 2022** at 9:30 a.m.

**IT IS FURTHER ORDERED** that a three (3) day evidentiary hearing is scheduled for **April 4, 2022**, **April 5, 2022**, and **April 7, 2022** starting at 9:30 a.m.

**IT IS SO ORDERED.**

SUBMITTED BY:

<u>/s/ Eddie R. Jimenez</u>
EDDIE R. JIMENEZ (NV SBN 10376)
Aldridge Pite, LLP
7220 South Cimarron Rd, Ste 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-Mail: ecfnvb@aldridgepite.com
Attorneys for Shellpoint Mortgage Servicing

APPROVED:

<u>/s/ Jeffrey Allison (with consent)</u>
JEFFREY S ALLISON
Houser LLP
9970 Research Drive
Irvine, CA 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: jallison@houser-law.com

<u>/s/ Christopher Burke (with consent)</u>
CHRISTOPHER P. BURKE, ESQ.
218 S. Maryland Pkwy.
Las Vegas, NV 89101
Phone: (702) 385-7987
Email: atty@cburke.lvcoxmail.com

###