Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

Eddie R. Jimenez (SBN 10376)
ejimenez@aldridgepite.com
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Bankruptcy No.:09-29123-mkn |
| Melani Schulte and William R. Schulte, 5218 Misty Morning LLC, Hot Endeavor Llc, 2704 Satteley LLC, 1341 Minuet LLC, 1708 Plato Pico LLC, 2228 Warm Walnut LLC, 9425 Valley Hills LLC, 9500 Aspen Glow LLC, Cherish LLC, Sabreco Inc. Debtor(s). | Chapter 11 <br><br> DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO <br><br> Jointly Administered with: 09-27238-BAM, 09-27909-BAM, 09-27910-BAM, 09-27911-BAM, 09-27912-BAM, 09-27913-BAM, 09-27914-BAM, 09-27916-BAM, 09-28513-BAM, 09-31584-BAM, 09-31585-BAM |

The undersigned, attorney of record for Shellpoint Mortgage Servicing, the Creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Eddie R. Jimenez attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Eddie R. Jimenez(10376) ejimenez@aldridgepite.com

7220 South Cimarron Road, Suite 140, Las Vegas, NV 89113

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Gregory Campbell Attorney at Law

Counsel for Shellpoint Mortgage Ser

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) Eddie R. Jimenez as his/her/their Designated Nevada Counsel is this case.

Shellpoint Mortgage Servicing

*Cynthia Morrow*
Cynthia Morrow
BK Case Manager
9/21/21

Deslocalcounsel.wpd    rev. 4/12/07