NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM SCHULTE

Debtor(s)

BK–09–29123–mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1382* – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Fee Amount $250. VP Follow–up Date 10/12/2021 Filed by EDDIE R. JIMENEZ on behalf of SHELLPOINT MORTGAGE SERVICING (JIMENEZ, EDDIE) |
| Filed On: | 9/27/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.
* William Schulte and Sattley LLC is incorrect.

Dated: 9/28/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**