NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–09–29123–mkn |
| MELANI SCHULTE | CHAPTER 11 |
| WILLIAM SCHULTE | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1383* – Designation of Local Counsel Filed by EDDIE R. JIMENEZ, EDDIE JIMENEZ on behalf of SHELLPOINT MORTGAGE SERVICING (Related document(s)1382 Verified Petition/Pro Hac Vice filed by Creditor SHELLPOINT MORTGAGE SERVICING) (JIMENEZ, EDDIE) |
| Filed On: | 9/27/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.
* William Schulte and Sattley LLC is incorrect. Also, Keep Safe Llc is missing.

Dated: 9/28/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**