United States Bankruptcy Court
District of Nevada

In re:  
MELANI SCHULTE  
WILLIAM SCHULTE  
    Debtors

Case No. 09-29123-mkn  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: rowama      Page 1 of 7  
Date Rcvd: Sep 28, 2021      Form ID: node      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + EDDIE JIMENEZ, ALDRIDGE PITE LLP, 4375 JUTLAND DR, STE 200, SAN DIEGO, NV 92117-3600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com  nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor CITIMORTGAGE INC. avp@tblaw.com, nvbk@tblaw.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor WELLS FARGO BANK N.A. bgriffith@swlaw.com, docket_las@swlaw.com;mawilliams@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com |
| BOB L. OLSON | on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com |
| BOB L. OLSON | on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 2 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

**BRETT P. RYAN**
on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com bankruptcydepartment@unifyfcu.com

**BRIAN D. SHAPIRO**
on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

**BRITTANY N. WOOD**
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

**CHARLES L KENNON, III**
on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

**CHRISTOPHER K LEZAK**
on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

**CHRISTOPHER K LEZAK**
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

**CHRISTOPHER K LEZAK**
on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

**CHRISTOPHER M. HUNTER**
on behalf of Creditor MIDFIRST BANK ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

**CHRISTOPHER M. HUNTER**
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

**CHRISTOPHER PATRICK BURKE**
on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

**CHRISTOPHER PATRICK BURKE**
on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

**CINDY LEE STOCK**
on behalf of Creditor FIDELITY BANK cindy@clstock.com

**CINDY LEE STOCK**
on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

**DANIEL L. MCGOOKEY**
on behalf of Joint Debtor WILLIAM SCHULTE dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Plaintiff HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

**DANIEL L. MCGOOKEY**
on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

**DAVID A RIGGI**
on behalf of Debtor 9425 VALLEY HILLS LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

**DAVID A RIGGI**

| | |
|---|---|
| | on behalf of Joint Debtor WILLIAM SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor SABRECO INC. darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 2228 WARM WALNUT LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 1341 MINUET LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor MELANI SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 9500 ASPEN GLOW LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 2704 SATTLEY LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor KEEP SAFE LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor CHERISH LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | |
| | on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DEAN R. PROBER | |
| | on behalf of Creditor SETERUS INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com |
| EDDIE R. JIMENEZ | |
| | on behalf of Creditor SHELLPOINT MORTGAGE SERVICING ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | |
| | on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | |
| | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDWARD G SCHLOSS | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor Litton Loan Servicing L.P. greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor LITTON LOAN SERVICING LP greg@wildelawyers.com |
| GREGORY L. WILDE | |
| | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing greg@wildelawyers.com |

GREGORY L. WILDE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION greg@wildelawyers.com

INES OLEVIC-SALEH
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com

JACQUELINE A. GRUBER
    on behalf of Creditor CITIMORTGAGE INC. jgodoy@stokeswagner.com

JAMES B. BALL
    on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com

JASON C. KOLBE
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

JASON C. KOLBE
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com nvbk@tblaw.com;awarner@tblaw.com

JEFFREY G. SLOANE
    on behalf of Creditor WELLS FARGO BANK N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY R. SYLVESTER
    on behalf of Creditor SYLVESTER & POLEDNAK LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

JEFFREY S. ALLISON
    on behalf of Creditor PHH MORTGAGE CORPORATION SUCCESSOR TO OCWEN LOAN SERVICING, LLC jallison@houser-law.com, jblanco@houser-law.com

JENNIFER BERGH
    on behalf of Creditor US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com

JENNIFER L. MCBEE
    on behalf of Creditor WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

JEREMY T BERGSTROM
    on behalf of Creditor BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM

JOHN D SCHLOTTER
    on behalf of Creditor Litton Loan Servicing L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

KEVIN HAHN
    on behalf of Creditor FIDELITY BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK N.A. kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org asifuentes@mclaw.org

KEVIN S. SODERSTROM
    on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com

KEVIN S. SODERSTROM
    on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com

KRISTA J. NIELSON
    on behalf of Creditor GREEN TREE SERVICING LLC KNielson@tblaw.com, nvbk@tblaw.com

LINDSEY H MORALES
    on behalf of Creditor NATIONSTAR MORTGAGE LLC ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

MARILYN FINE
    on behalf of Creditor Equity Title LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

District/off: 0978-2 | User: rowama | Page 5 of 7
Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1

| | |
|---|---|
| MARILYN FINE | on behalf of Creditor Equity title mfine@nvbusinesslawyers.com wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com |
| MELISSA VERMILLION | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB NVECF@bdfgroup.com |
| MICHAEL W. CHEN | on behalf of Creditor OCWEN LOAN SERVICING  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP. bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor OCWEN LOAN SERVICING  LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor CHASE HOME FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor CHASE HOMR FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| MICHAEL W. CHEN | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com |
| NATHAN F. SMITH | on behalf of Creditor FIDELITY BANK nathan@mclaw.org  NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| NICHOLE L GLOWIN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ITS SUCCESSORS AND/OR ASSIGNS nvbkfiling@wrightlegal.net |
| OGONNA M. BROWN | on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com |
| OGONNA M. BROWN | on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com |
| OGONNA M. BROWN | on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com |
| OLEN-KEITH S. GUIAB | on behalf of Creditor OCWEN LOAN SERVICING  LLC olenguiabesq@gmail.com |
| REGINA A. HABERMAS | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com |
| REGINA A. HABERMAS | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES F TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 6 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

RICHARD F. HOLLEY
    on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RICHARD F. HOLLEY
    on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com
    apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

RONALD H REYNOLDS
    on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com

RONALD H REYNOLDS
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com

RYAN D. STIBOR
    on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ
    on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com
    ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SHAWN W MILLER
    on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com
    dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

SHLOMO S. SHERMAN
    on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com

STEVEN L. YARMY
    on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 7 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

STEVEN L. YARMY
    on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff HOT ENDEAVOR LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Joint Debtor WILLIAM SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
    USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
    on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

VINCENT J. AIELLO
    on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

TOTAL: 133

NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
MELANI SCHULTE  
WILLIAM SCHULTE  

Debtor(s)

BK−09−29123−mkn  
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1382* − Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Fee Amount $250. VP Follow−up Date 10/12/2021 Filed by EDDIE R. JIMENEZ on behalf of SHELLPOINT MORTGAGE SERVICING (JIMENEZ, EDDIE) |
| Filed On: | 9/27/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.
* William Schulte and Sattley LLC is incorrect.

Dated: 9/28/21

*Mary A Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**