United States Bankruptcy Court
District of Nevada

In re:  Case No. 09-29123-mkn
MELANI SCHULTE  Chapter 11
WILLIAM SCHULTE
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 1 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | EDDIE JIMENEZ, ALDRIDGE PITE LLP, 4375 JUTLAND DR, STE 200, SAN DIEGO, NV 92117-3600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com  nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor CITIMORTGAGE  INC. avp@tblaw.com, nvbk@tblaw.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor WELLS FARGO BANK  N.A. bgriffith@swlaw.com, docket_las@swlaw.com;mawilliams@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com |
| BOB L. OLSON | on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com |
| BOB L. OLSON | on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 2 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

BRETT P. RYAN
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com
    bankruptcydepartment@unifyfcu.com

BRIAN D. SHAPIRO
    on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com
    kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

BRITTANY N. WOOD
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

CHARLES L KENNON, III
    on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

CINDY LEE STOCK
    on behalf of Creditor FIDELITY BANK cindy@clstock.com

CINDY LEE STOCK
    on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

DANIEL L. MCGOOKEY
    on behalf of Joint Debtor WILLIAM SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff HOT ENDEAVOR  LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DAVID A RIGGI
    on behalf of Debtor 9425 VALLEY HILLS LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 3 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

on behalf of Joint Debtor WILLIAM SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor SABRECO INC. darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 2228 WARM WALNUT LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 1341 MINUET LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor MELANI SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 9500 ASPEN GLOW LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 2704 SATTLEY LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor KEEP SAFE LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor CHERISH LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI

on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DEAN R. PROBER

on behalf of Creditor SETERUS INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com

EDDIE R. JIMENEZ

on behalf of Creditor SHELLPOINT MORTGAGE SERVICING ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ

on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ

on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDWARD G SCHLOSS

on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com

GREGORY L. WILDE

on behalf of Creditor BAYVIEW LOAN SERVICING LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor Litton Loan Servicing L.P. greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor BAYVIEW LOAN SERVICING LLC greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor LITTON LOAN SERVICING LP greg@wildelawyers.com

GREGORY L. WILDE

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing greg@wildelawyers.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 4 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

**GREGORY L. WILDE**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION greg@wildelawyers.com

**INES OLEVIC-SALEH**
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com

**JACQUELINE A. GRUBER**
on behalf of Creditor CITIMORTGAGE INC. jgodoy@stokeswagner.com

**JAMES B. BALL**
on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com

**JASON C. KOLBE**
on behalf of Creditor BAYVIEW LOAN SERVICING LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

**JASON C. KOLBE**
on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com nvbk@tblaw.com;awarner@tblaw.com

**JEFFREY G. SLOANE**
on behalf of Creditor WELLS FARGO BANK N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com

**JEFFREY R. SYLVESTER**
on behalf of Creditor SYLVESTER & POLEDNAK LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

**JEFFREY S. ALLISON**
on behalf of Creditor PHH MORTGAGE CORPORATION SUCCESSOR TO OCWEN LOAN SERVICING, LLC jallison@houser-law.com, jblanco@houser-law.com

**JENNIFER BERGH**
on behalf of Creditor US BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com

**JENNIFER L. MCBEE**
on behalf of Creditor WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com

**JEREMY T BERGSTROM**
on behalf of Creditor BAC HOME LOANS SERVICING L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM

**JOHN D SCHLOTTER**
on behalf of Creditor Litton Loan Servicing L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

**KEVIN HAHN**
on behalf of Creditor FIDELITY BANK kevin@mclaw.org asifuentes@mclaw.org

**KEVIN HAHN**
on behalf of Creditor JPMORGAN CHASE BANK N.A. kevin@mclaw.org, asifuentes@mclaw.org

**KEVIN HAHN**
on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

**KEVIN HAHN**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

**KEVIN HAHN**
on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org asifuentes@mclaw.org

**KEVIN HAHN**
on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org asifuentes@mclaw.org

**KEVIN S. SODERSTROM**
on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com

**KEVIN S. SODERSTROM**
on behalf of Creditor LITTON LOAN SERVICING LP nvbk@tblaw.com

**KRISTA J. NIELSON**
on behalf of Creditor GREEN TREE SERVICING LLC KNielson@tblaw.com, nvbk@tblaw.com

**LINDSEY H MORALES**
on behalf of Creditor NATIONSTAR MORTGAGE LLC ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

**MARILYN FINE**
on behalf of Creditor Equity Title LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 5 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

MARILYN FINE
    on behalf of Creditor Equity title mfine@nvbusinesslawyers.com wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

MELISSA VERMILLION
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB NVECF@bdfgroup.com

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP. bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOME FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor CHASE HOMR FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHAEL W. CHEN
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

NATHAN F. SMITH
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org  NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ITS SUCCESSORS AND/OR ASSIGNS nvbkfiling@wrightlegal.net

OGONNA M. BROWN
    on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com

OGONNA M. BROWN
    on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com

OGONNA M. BROWN
    on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com

OLEN-KEITH S. GUIAB
    on behalf of Creditor OCWEN LOAN SERVICING  LLC olenguiabesq@gmail.com

REGINA A. HABERMAS
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com

REGINA A. HABERMAS
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES F TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com

Case 09-29123-mkn   Doc 1389   Entered 09/30/21 21:42:59   Page 6 of 8

| District/off: 0978-2 | User: rowama | Page 6 of 7 |
| --- | --- | --- |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

**RICHARD F. HOLLEY**
on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

**RICHARD F. HOLLEY**
on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

**RICHARD F. HOLLEY**
on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com

**RONALD H REYNOLDS**
on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com

**RONALD H REYNOLDS**
on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com

**RYAN D. STIBOR**
on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com

**SAMUEL A. SCHWARTZ**
on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

**SAMUEL A. SCHWARTZ**
on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

**SAMUEL A. SCHWARTZ**
on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

**SAMUEL A. SCHWARTZ**
on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

**SAMUEL A. SCHWARTZ**
on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

**SHAWN W MILLER**
on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com
dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com

**SHLOMO S. SHERMAN**
on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com

**STEVEN L. YARMY**
on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

**STEVEN L. YARMY**
on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

**STEVEN L. YARMY**
on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

**STEVEN L. YARMY**
on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 7 of 7 |
| Date Rcvd: Sep 28, 2021 | Form ID: node | Total Noticed: 1 |

STEVEN L. YARMY
    on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Plaintiff HOT ENDEAVOR LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
    on behalf of Joint Debtor WILLIAM SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
    USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
    on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

VINCENT J. AIELLO
    on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

TOTAL: 133

NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM SCHULTE

                     Debtor(s)

BK−09−29123−mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1383* − Designation of Local Counsel Filed by EDDIE R. JIMENEZ, EDDIE JIMENEZ on behalf of SHELLPOINT MORTGAGE SERVICING (Related document(s)1382 Verified Petition/Pro Hac Vice filed by Creditor SHELLPOINT MORTGAGE SERVICING) (JIMENEZ, EDDIE) |
| Filed On: | 9/27/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.
* William Schulte and Sattley LLC is incorrect. Also, Keep Safe Llc is missing.

Dated: 9/28/21

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**