NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Eddie R. Jimenez (SBN 10376)
ejimenez@aldridgepite.com
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:

Melani Schulte and William Schulte,

2704 Sattley LLC,  Hot Endeavor Llc, 1341
Minuet LLC, 1708 Plato Pico LLC, 2228
Warm Walnut LLC, 9425 Valley Hills LLC,
9500 Aspen Glow LLC, 5218 Misty Morning
LLC, Cherish LLC, Sabreco Inc.,
Keep Safe LLC,

Debtor.

BK-09-29123-mkn

CHAPTER 11

CORRECTED AMENDED*
VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN THIS
CASE ONLY BY ATTORNEY NOT
ADMITTED TO THE BAR OF THIS
COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

Jointly Administered with: 09-27238-BAM, 09-27909-BAM,
09-27910-BAM, 09-27911-BAM, 09-27912-BAM, 09-27913-BAM,
09-27914-BAM, 09-27916-BAM, 09-28513-BAM, 09-31584-BAM
09-31585-BAM

Gregory P. Campbell_____, Petitioner, respectfully represents to the Court:

1.  That Petitioner resides in _San Diego_____, _California_____.

2.  That Petitioner is an attorney at law and a member of the law firm of

Aldridge Pite LLP_____, with offices at _____

7220 South Cimarron Road, Suite 140, Las Vegas, NV 89113_____

_____

_____,_____,_____

3.  That Petitioner has been retained personally or as a member of the law firm by

*Petitioner is filing this Amended Petition to correct the caption on the original Application filed at Docket No. 1382. The original
Application is attached hereto.

NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Eddie R. Jimenez (SBN 10376)
ejimenez@aldridgepite.com
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                                    )          BK 09-29123-mkn
                                                          )
Melani Schulte and William R. Schulte,                    )          CHAPTER 11
                                                          )
5218 Misty Morning LLC, Hot Endeavor                      )
Llc, 2704 Satteley LLC, 1341 Minuet LLC,                  )          VERIFIED PETITION FOR
1708 Plato Pico LLC, 2228 Warm Walnut                     )          PERMISSION TO PRACTICE IN THIS
LLC, 9425 Valley Hills LLC, 9500 Aspen                    )          CASE ONLY BY ATTORNEY NOT
Glow LLC, Cherish LLC, Sabreco Inc.,                      )          ADMITTED TO THE BAR OF THIS
Keep Safe LLC,                                            )          COURT
                                                          )
              Debtor.                                     )
                                                          )          **EFFECTIVE JANUARY 1, 2015**
_____                       )          **FILING FEE IS $250.00**
                                                                     Jointly Administered with: 09-27238-BAM, 09-27909-BAM,
                                                                     09-27910-BAM, 09-27911-BAM, 09-27912-BAM, 09-27913-BAM,
                                                                     09-27914-BAM, 09-27916-BAM, 09-28513-BAM, 09-31584-BAM
                                                                     09-31585-BAM

Gregory P. Campbell_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in San Diego_____, California_____.

2. That Petitioner is an attorney at law and a member of the law firm of

Aldridge Pite LLP_____, with offices at _____

7220 South Cimarron Road, Suite 140, Las Vegas, NV 89113_____

_____

_____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by

Shellpoint Mortgage Servicing _____ to provide legal representation in connection with the above-entitled case now pending before this Court.

4.   That since January 9, 2012 _____, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  California _____ where Petitioner regularly practices law.

5.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.                                                         Date Admitted

Southern District of California _____          01/19/2012 _____
Central District of California _____          01/20/2012 _____
Eastern District of California _____          01/19/2012 _____
Northern District of California _____          01/24/2012 _____
_____          _____

6.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None _____
_____
_____
_____
_____
_____.

7.   That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of any denied admission):

None _____
_____
_____
_____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:

None _____

_____

_____

_____

_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/24/2019 | 13-15527-mkn | United States Bankruptcy Court | Granted |
| 09/06/2019 | 17-14408-mkn | United States Bankruptcy Court | Granted |
| 9/20/2020 | 09-bk-29123-mkn | United States Bankruptcy Court | Granted |

_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 9/23/21

_____
Petitioner's Signature

3

1   STATE OF <u>California</u>  )

2                           )

COUNTY OF <u>San Diego</u>  )

3

4   <u>Greg Campbell</u>  , Petitioner, being first duly sworn, deposes and says:

5   That the foregoing statements are true.

6

7                                            Petitioner's Signature

8   (SEAL)

9   Subscribed and sworn to me before this

10

11   _____ day of _____, _____.

12   _____Notary public

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

SEE ATTACHMENT FOR OFFICIAL NOTARIZATION →

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me

on this 23rd day of September, 20 21,
        Date       Month       Year

by

(1) Gregory P. Campbell

(and (2) _____ ),
        *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

```
RENATA BYRA
Notary Public - California
San Diego County
Commission # 2229890
My Comm. Expires Feb 28, 2022
```

Signature  Renata Byra
        *Signature of Notary Public*

*Seal*
Place Notary Seal Above

━━━━━━━━━━━━━━━━━━ *OPTIONAL* ━━━━━━━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Verified Petition          Document Date: 09.23.2021
Number of Pages: 4    Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910