United States Bankruptcy Court
District of Nevada

In re:                                                                                                                    Case No. 09-29123-mkn
MELANI SCHULTE                                                                                            Chapter 11
WILLIAM SCHULTE
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 1 of 7 |
| Date Rcvd: Oct 29, 2021 | Form ID: ovpbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + EDDIE R. JIMENEZ, 7220 SOUTH CIMARRON ROAD, SUITE 140, LAS VEGAS, NV 89113-2100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION avp@tblaw.com  nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor CITIMORTGAGE  INC. avp@tblaw.com, nvbk@tblaw.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor WELLS FARGO BANK  N.A. bgriffith@swlaw.com, docket_las@swlaw.com;mawilliams@swlaw.com;jmath@swlaw.com;sdugan@swlaw.com;mfull@swlaw.com |
| BOB L. OLSON | on behalf of Creditor IMAGE FINANCE LLC bolson@swlaw.com mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;nkanute@swlaw.com |
| BOB L. OLSON | on behalf of Creditor WESTERN ALLIANCE BANK bolson@swlaw.com |

District/off: 0978-2                                   User: rowama                                    Page 2 of 7
Date Rcvd: Oct 29, 2021                            Form ID: ovpbk                                   Total Noticed: 1

    mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;nkanute@swlaw.com

BRETT P. RYAN
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ziggy.valerio@unifyfcu.com
    bankruptcydepartment@unifyfcu.com

BRIAN D. SHAPIRO
    on behalf of Creditor Bernard Greenblat brian@brianshapirolaw.com
    kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

BRITTANY N. WOOD
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bwood@mauricewood.com, admin@mauricewood.com

CHARLES L KENNON, III
    on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION charlesk@w-legal.com, jodyr@w-legal.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER K LEZAK
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor MIDFIRST BANK  ITS ASSIGNEES AND/OR SUCCESSORS AND THE SERVICING AGENT MIDLAND MORTGAGE COMPANY bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER M. HUNTER
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing bknotice@mccarthyholthus.com, nvbkcourt@mccarthyholthus.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor MELANI SCHULTE atty@cburke.lvcoxmail.com

CHRISTOPHER PATRICK BURKE
    on behalf of Debtor SABRECO INC. atty@cburke.lvcoxmail.com

CINDY LEE STOCK
    on behalf of Creditor FIDELITY BANK cindy@clstock.com

CINDY LEE STOCK
    on behalf of Creditor FIFTH THIRD BANK cindy@clstock.com

DANIEL L. MCGOOKEY
    on behalf of Joint Debtor WILLIAM SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor MELANI SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff WILLIAM R. SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff HOT ENDEAVOR  LLC dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Plaintiff MELANIE SCHULTE dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor SABRECO INC. dmcgookey@mcgookeylaw.com

DANIEL L. MCGOOKEY
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC dmcgookey@mcgookeylaw.com

DAVID A RIGGI
    on behalf of Debtor 9425 VALLEY HILLS LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 3 of 7 |
| Date Rcvd: Oct 29, 2021 | Form ID: ovpbk | Total Noticed: 1 |

on behalf of Joint Debtor WILLIAM SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor HOT ENDEAVOR LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor SABRECO INC. darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2228 WARM WALNUT LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 1341 MINUET LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor MELANI SCHULTE darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 9500 ASPEN GLOW LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 2704 SATTLEY LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor KEEP SAFE LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor 5218 MISTY MORNING LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor CHERISH LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor 1708 PLATO PICO LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DEAN R. PROBER
    on behalf of Creditor SETERUS  INC., ET AL, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST ecf4@ecf.courtdrive.com, cmartin@pralc.com

EDDIE R. JIMENEZ
    on behalf of Creditor SHELLPOINT MORTGAGE SERVICING ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
    on behalf of Creditor CITIMORTGAGE  INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDWARD G SCHLOSS
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON egs2@ix.netcom.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor Litton Loan Servicing  L.P. greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor LITTON LOAN SERVICING  LP greg@wildelawyers.com

GREGORY L. WILDE
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing greg@wildelawyers.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 4 of 7 |
| Date Rcvd: Oct 29, 2021 | Form ID: ovpbk | Total Noticed: 1 |

GREGORY L. WILDE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION greg@wildelawyers.com

INES OLEVIC-SALEH
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT Inc. Asset-Backed Certificates, Series 2004-28CB, its assignees and/or successors and the servicing inolevic@hotmail.com, inolevic@hotmail.com

JACQUELINE A. GRUBER
    on behalf of Creditor CITIMORTGAGE  INC. jgodoy@stokeswagner.com

JAMES B. BALL
    on behalf of Creditor BANK OF NEVADA bkecf@bsmplc.com

JASON C. KOLBE
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com

JASON C. KOLBE
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY jck@tblaw.com  nvbk@tblaw.com;awarner@tblaw.com

JEFFREY G. SLOANE
    on behalf of Creditor WELLS FARGO BANK  N.A. jeff@jsloanelaw.com, Kristi@jsloanelaw.com

JEFFREY R. SYLVESTER
    on behalf of Creditor SYLVESTER & POLEDNAK  LTD. jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

JEFFREY S. ALLISON
    on behalf of Creditor PHH MORTGAGE CORPORATION  SUCCESSOR TO OCWEN LOAN SERVICING, LLC jallison@houser-law.com, jblanco@houser-law.com

JENNIFER BERGH
    on behalf of Creditor US BANK TRUST N.A.  AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com

JENNIFER L. MCBEE
    on behalf of Creditor WELLS FARGO BANK  N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com

JEREMY T BERGSTROM
    on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. JBERGSTROM@JBERGSTROMLAW.COM

JOHN D SCHLOTTER
    on behalf of Creditor Litton Loan Servicing  L.P. bankruptcyecfmail@mccalla.com, mccallaecf@ecf.courtdrive.com

KEVIN HAHN
    on behalf of Creditor FIDELITY BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kevin@mclaw.org, asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor JPMORGAN CHASE BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN HAHN
    on behalf of Creditor FIFTH THIRD BANK kevin@mclaw.org  asifuentes@mclaw.org

KEVIN S. SODERSTROM
    on behalf of Creditor JOHN CRANDALL nvbk@tblaw.com

KEVIN S. SODERSTROM
    on behalf of Creditor LITTON LOAN SERVICING  LP nvbk@tblaw.com

KRISTA J. NIELSON
    on behalf of Creditor GREEN TREE SERVICING  LLC KNielson@tblaw.com, nvbk@tblaw.com

LINDSEY H MORALES
    on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

MARILYN FINE
    on behalf of Creditor Equity Title  LLC mfine@nvbusinesslawyers.com, wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 5 of 7 |
| Date Rcvd: Oct 29, 2021 | Form ID: ovpbk | Total Noticed: 1 |

**MARILYN FINE**
    on behalf of Creditor Equity title mfine@nvbusinesslawyers.com wwray@nevadafirm.com;rdonn@nevadafirm.com;ddimaggio@nevadafirm.com;ckelley@nevadafirm.com;rhoban@nevadafirm.com;kwatase@nevadafirm.com

**MELISSA A. VERMILLION**
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB NVECF@bdfgroup.com

**MICHAEL W. CHEN**
    on behalf of Creditor OCWEN LOAN SERVICING  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor CHASE HOME FINANCE FKA CHASE MANHATTAN MORTGAGE CORP. bknotice@mccarthyholthus.com  mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bknotice@mccarthyholthus.com mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor NATIONSTAR MORTGAGE LLC  ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor OCWEN LOAN SERVICING  LLC, ITS ASSIGNEES AND/OR SUCCESSORS bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor CHASE HOME FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor CHASE HOMR FINANCE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**MICHAEL W. CHEN**
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

**NATHAN F. SMITH**
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org  NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

**NICHOLE L GLOWIN**
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ITS SUCCESSORS AND/OR ASSIGNS nvbkfiling@wrightlegal.net

**OGONNA M. BROWN**
    on behalf of Creditor Melvin A. Elizer OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com

**OGONNA M. BROWN**
    on behalf of Defendant CITY NATIONAL BANK OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com

**OGONNA M. BROWN**
    on behalf of Creditor Maxine Llewellyn OBrown@lrrc.com nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com

**OLEN-KEITH S. GUIAB**
    on behalf of Creditor OCWEN LOAN SERVICING  LLC olenguiabesq@gmail.com

**REGINA A. HABERMAS**
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com

**REGINA A. HABERMAS**
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES F TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com

District/off: 0978-2                      User: rowama                      Page 6 of 7
Date Rcvd: Oct 29, 2021            Form ID: ovpbk            Total Noticed: 1

| Name | Details |
|---|---|
| RICHARD F. HOLLEY | on behalf of Creditor Maxine Llewellyn rholley@nevadafirm.com<br>apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com |
| RICHARD F. HOLLEY | on behalf of Defendant CITY NATIONAL BANK rholley@nevadafirm.com<br>apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com |
| RICHARD F. HOLLEY | on behalf of Creditor Melvin A. Elizer rholley@nevadafirm.com<br>apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com |
| RONALD H REYNOLDS | on behalf of Creditor BANK OF AMERICA  N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor BAC Home Loans Servicing  LP servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-28CB Mortga paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor BAC Home Loans Servicing  L.P., f.k.a. Countrywide Home Loans Servicing, L.P., f.k.a. Countrywide Home Loans, Inc., its assignees and/or successors in interest paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor BAC Home Loans Servicing  LP, servicing agent on behalf of The Bank of New York Mellon fka The Bank of New York as trustee on behalf of the Certificateholders CWALT, Inc. Alternative Loan Trust 2004-3 paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor BAC HOME LOANS SERVICING  L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P. paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor BAC Home Loans Servicing  LP, its assignees and/or successors in interest paula@reynoldslawyers.com |
| RONALD H REYNOLDS | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT Inc., Mortgage Pass-Through Certificates, Series 2006-39CB, its assignees and/or successors in interes paula@reynoldslawyers.com |
| RYAN D. STIBOR | on behalf of Creditor OCWEN LOAN SERVICING  LLC rstibor@zbslaw.com, nvbankruptcy@zbslaw.com |
| SAMUEL A. SCHWARTZ | on behalf of Debtor 2704 SATTLEY LLC saschwartz@nvfirm.com<br>ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Debtor HOT ENDEAVOR LLC saschwartz@nvfirm.com<br>ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Debtor CHERISH LLC saschwartz@nvfirm.com<br>ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Debtor SABRECO INC. saschwartz@nvfirm.com<br>ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| SAMUEL A. SCHWARTZ | on behalf of Debtor KEEP SAFE LLC saschwartz@nvfirm.com<br>ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com |
| SHAWN W MILLER | on behalf of Creditor CITY NATIONAL BANK smiller@hainesandkrieger.com<br>dkrieger@kriegerlawgroup.com;graham@kriegerlawgroup.com |
| SHLOMO S. SHERMAN | on behalf of Defendant CITY NATIONAL BANK shlomo@shermanlawlv.com |
| STEVEN L. YARMY | on behalf of Debtor SABRECO INC. sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com |
| STEVEN L. YARMY | on behalf of Defendant MELANI SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com |
| STEVEN L. YARMY | on behalf of Jnt Admin Debtor HOT ENDEAVOR LLC sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com |
| STEVEN L. YARMY | on behalf of Plaintiff WILLIAM R. SCHULTE sly@stevenyarmylaw.com  admin@yarmylaw.com;luz@yarmylaw.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: rowama | Page 7 of 7 |
| Date Rcvd: Oct 29, 2021 | Form ID: ovpbk | Total Noticed: 1 |

STEVEN L. YARMY
 on behalf of Defendant Z'REA LIMITED PARTNERSHIP sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Plaintiff MELANIE SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Debtor MELANI SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Plaintiff SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Defendant WILLIAM R. SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Defendant SABRECO INC. sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Plaintiff HOT ENDEAVOR LLC sly@stevenyarmylaw.com, admin@yarmylaw.com;luz@yarmylaw.com

STEVEN L. YARMY
 on behalf of Joint Debtor WILLIAM SCHULTE sly@stevenyarmylaw.com admin@yarmylaw.com;luz@yarmylaw.com

U.S. TRUSTEE - LV - 11, 11
 USTPRegion17.lv.ecf@usdoj.gov

VINCENT J. AIELLO
 on behalf of Cred. Comm. Chair SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

VINCENT J. AIELLO
 on behalf of Creditor SELENE FINANCE LP AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST vaiello@spencerfane.com, lwilliams@spencerfane.com

TOTAL: 133

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MELANI SCHULTE

WILLIAM SCHULTE

Debtor(s)

BK−09−29123−mkn
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by GREGORY P. CAMPBELL is **GRANTED**.

Dated: 10/29/21

Mary A. Schott
Clerk of Court