1  EDDIE R. JIMENEZ (SBN 10376)
   ejimenez@aldridgepite.com
2  GREG CAMPBELL
   gcampbell@aldridgepite.com
3  (Admitted Pro Hoc Vice)
   **ALDRIDGE PITE, LLP**
4  7220 South Cimarron Road, Suite 140
   Las Vegas, NV 89113
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
6  **Mailing Address**:
   4375 Jutland Drive, Suite 200
7  P.O. Box 17933
   San Diego, California 92177-0933

Attorneys for Shellpoint Mortgage Servicing

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE, | Case No.: 09-29123-MKN<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-MKN<br>09-27909- MKN<br>09-27910- MKN<br>09-27911- MKN<br>09-27912- MKN<br>09-27913- MKN<br>09-27914- MKN<br>09-27916- MKN<br>09-28513- MKN<br>09-31584- MKN<br>09-31585- MKN |
| 2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO Inc.,<br>KEEP SAFE LLC | **Pre-Trial Conference**:<br>Date: March 23, 2022<br>Time: 9:30 a.m.<br>Judge: Hon. Mike K. Nakagawa |

**STIPULATION RE AMENDMENT TO AGREED SCHEDULING ORDER REGARDING MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS' FEES AGAINST CREDITORS, SHELLPOINT MORTGAGE SERVICING AND OCWEN LOAN SERVICING LLC**
**(Docket Number 1334)**

- 1 -

On August 25, 2021, the Court entered an *Agreed Scheduling Order Regarding Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys' Fees Against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing LLC* ("Order" and *"*Motion"). The Parties, Debtor, Melani Schulte ("Debtor"), by and through her counsel, Christopher P. Burke, Esq., Shellpoint Mortgage Servicing ("Shellpoint"), by and through its counsel, Eddie R. Jimenez and Greg Campbell, and PHH Mortgage Corporation ("PHH") by and through its counsel, Jeffrey S. Allison conferred regarding a stipulated amendment to the Order. The Parties seek to extend the discovery deadlines due to scheduling conflicts for depositions. The Parties hereby stipulate to the following amended schedule and request a court order approving the same:

- That discovery will end **January 15, 2022;**
- That the deadline for Dispositive Motions is **January 31, 2022;**
- That each party shall file and serve Direct Testimony Declarations and a List of all Witnesses and Exhibits 7 days before Trial;
- That a Pre-Trial Conference is scheduled for March 23, 2022 at 9:30 a.m.

/././
/././
/././
/././
/././
/././
/././

- That a three (3) day evidentiary hearing is scheduled for April 4, 2022, April 5, 2022, and April 7, 2022 starting at 9:30 a.m.

**STIPULATED:**

/s/ Greg Campbell
GREG CAMPBELL
Admitted Pro Hoc Vice
Aldridge Pite, LLP
7220 South Cimarron Rd, Ste 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-Mail: ecfnvb@aldridgepite.com
Attorneys for Shellpoint Mortgage Servicing


/s/ Jeffrey Allison (with consent)
JEFFREY S ALLISON
Houser LLP
9970 Research Drive
Irvine, CA 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: jallison@houser-law.com


/s/ Christopher Burke (with consent)
CHRISTOPHER P. BURKE, ESQ.
218 S. Maryland Pkwy.
Las Vegas, NV 89101
Phone: (702) 385-7987
Email: atty@cburke.lvcoxmail.com

| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (SBN 10376) |
| | ejimenez@aldridgepite.com |
| 2 | GREG CAMPBELL |
| | gcampbell@aldridgepite.com |
| 3 | (Admitted Pro Hoc Vice) |
| | **ALDRIDGE PITE, LLP** |
| 4 | 7220 South Cimarron Road, Suite 140 |
| | Las Vegas, NV 89113 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Shellpoint Mortgage Servicing

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 09-29123-mkn |
| MELANI SCHULTE and WILLIAM SCHULTE, | Jointly Administered with: |
| | 09-27238-BAM |
| | 09-27909-BAM |
| 2704 SATTLEY LLC, | 09-27910-BAM |
| HOT ENDEAVOR LLC, | 09-27911-BAM |
| 1341 MINUET LLC, | 09-27912-BAM |
| 1708 PLATO PICO LLC, | 09-27913-BAM |
| 2228 WARM WALNUT LLC, | 09-27914-BAM |
| 9425 VALLEY HILLS LLC, | 09-27916-BAM |
| 9500 ASPEN GLOW LLC, | 09-28513-BAM |
| 5218 MISTY MORNING LLC, | 09-31585-BAM |
| CHERISH LLC, | 09-31584-BAM |
| SABRECO Inc., | |
| KEEP SAFE LLC | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I, <u>Lauren Timby</u> declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 9, 2021, I caused the **STIPULATION RE AMENDMENT TO AGREED SCHEDULING ORDER REGARDING MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS' FEES AGAINST CREDITORS, SHELLPOINT MORTGAGE SERVICING AND OCWEN LOAN SERVICING LLC** to be served on the parties listed herein via electronic means through the Court's CM/ECF system or by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

MELANI SCHULTE
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
(VIA U.S. MAIL)

CHRISTOPHER PATRICK BURKE
218 S MARYLAND PKY.
LAS VEGAS, NV 89101

DANIEL L. MCGOOKEY
MCGOOKEY LAW OFFICES, LLC
225 MEIGS STREET
SANDUSKY, OH 44870

DAVID A RIGGI
5550 PAINTED MIRAGE ROAD #320
LAS VEGAS, NV 89149

JEFFRY ALLISON
HOUSER LLP
9970 RESEARCH DRIVE
IRVINE, CA 92618

U.S. TRUSTEE
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

/s/ Lauren Timby
LAUREN TIMBY