_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 16, 2021

EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
GREG CAMPBELL
gcampbell@aldridgepite.com
(Admitted Pro Hoc Vice)
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Shellpoint Mortgage Servicing

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: MELANI SCHULTE and WILLIAM SCHULTE, <br><br> 2704 SATTLEY LLC, <br> HOT ENDEAVOR LLC, <br> 1341 MINUET LLC, <br> 1708 PLATO PICO LLC, <br> 2228 WARM WALNUT LLC, <br> 9425 VALLEY HILLS LLC, <br> 9500 ASPEN GLOW LLC, <br> 5218 MISTY MORNING LLC, <br> CHERISH LLC, <br> SABRECO Inc., <br> KEEP SAFE LLC | Case No.: 09-29123-MKN <br><br> Chapter 11 <br><br> Jointly Administered with: <br><br> 09-27238-MKN <br> 09-27909- MKN <br> 09-27910- MKN <br> 09-27911- MKN <br> 09-27912- MKN <br> 09-27913- MKN <br> 09-27914- MKN <br> 09-27916- MKN <br> 09-28513- MKN <br> 09-31584- MKN <br> 09-31585- MKN <br> **Pre-Trial Conference**: <br> Date: March 23, 2022 <br> Time: 9:30 a.m. <br> Judge: Hon. Mike K. Nakagawa |

- 1 -

**ORDER APPROVING STIPULATION RE AMENDMENT TO AGREED SCHEDULING ORDER REGARDING MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION, FAILING TO COMPLY WITH A COURT ORDER AND CONFIRMED PLAN AND FOR DAMAGES INCLUDING ATTORNEYS' FEES AGAINST CREDITORS, SHELLPOINT MORTGAGE SERVICING AND OCWEN LOAN SERVICING LLC**
**(Docket Number 1334)**

On August 25, 2021, the Court entered an *Agreed Scheduling Order Regarding Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction and Failure to Comply with a Court Order and the Confirmed Plan and for Damages Including Attorneys' Fees Against Creditors, Shellpoint Mortgage Servicing and Ocwen Loan Servicing LLC* ("Order" and "Motion"). The Parties, Debtor, Melani Schulte ("Debtor"), by and through her counsel, Christopher P. Burke, Esq., Shellpoint Mortgage Servicing ("Shellpoint"), by and through its counsel, Eddie R. Jimenez and Greg Campbell, and PHH Mortgage Corporation ("PHH") by and through its counsel, Jeffrey S. Allison conferred regarding a stipulated amendment to the Order. The Parties seek to extend the discovery deadlines due to scheduling conflicts for depositions. The Stipulation Re Amendment to the Scheduled Order is approved and:

**IT IS HEREBY THE ORDER OF THE COURT** that discovery will end **January 15, 2022**;

**IT IS HEREBY FURTHER ORDERED** that deadline for Dispositive Motions is **January 31, 2022**;

**IT IS HEREBY FURTHER ORDERED** that each party shall file and serve Direct Testimony Declarations and a List of all Witnesses and Exhibits 7 days before Trial;

**IT IS FURTHER ORDERED** that a Pre-Trial Conference is scheduled for **March 23, 2022** at 9:30 a.m.

**IT IS FURTHER ORDERED** that a three (3) day evidentiary hearing is scheduled for **April 4, 2022**, **April 5, 2022**, and **April 7, 2022** starting at 9:30 a.m.

**IT IS SO ORDERED.**

**SUBMITTED BY:**

<u>/s/ Greg Campbell</u>
GREG CAMPBELL
Admitted Pro Hoc Vice
Aldridge Pite, LLP
7220 South Cimarron Rd, Ste 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-Mail: ecfnvb@aldridgepite.com
Attorneys for Shellpoint Mortgage Servicing

**APPROVED:**

<u>/s/ Jeffrey Allison (with consent)</u>
JEFFREY S ALLISON
Houser LLP
9970 Research Drive
Irvine, CA 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: jallison@houser-law.com

<u>/s/ Christopher Burke (with consent)</u>
CHRISTOPHER P. BURKE, ESQ.
218 S. Maryland Pkwy.
Las Vegas, NV 89101
Phone: (702) 385-7987
Email: atty@cburke.lvcoxmail.com

###