# Ex. 5

**Christopher Burke <atty@cburke.lvcoxmail.com>**                        12/10/2021 4:20 PM

## RE: Melani Schulte (Case No. 09-29123-MKN)

To Greg P. Campbell <gcampbell@aldridgepite.com>

---

Mr. Campbell

This meet and confer was mailed out on November 24, 2021. To date I have not had a response. Please respond with substantive answers and documents by December 17, 2021. Otherwise, I will be filing a motion to compel. If you have any questions please feel free to contact me.

Thank you,
Christopher P. Burke

---

- 2ndLetter.pdf (441 KB)