# Ex. 7

**Greg P. Campbell <gcampbell@aldridgepite.com>**                    12/22/2021 10:48 AM

## RE: Melani Schulte (Case No. 09-29123-MKN)

To Christopher Burke <atty@cburke.lvcoxmail.com>    Copy Eddie R. Jimenez <ejimenez@aldridgepite.com>

Chris –

Thank you again for attending the deposition yesterday with Ms. Schulte.

We would like to depose the Debtor's disclosed witness, David Pierce. We noticed the provided address for Mr. Pierce is similar to the Debtor's address (9811 W. Charleston Blvd. #2-279, Las Vegas, NV 89117 (775) 225-0021). Is Mr. Pierce represented by an attorney? If not, would you like our firm to contact Mr. Pierce directly to coordinate the deposition or, in the alternative, coordinate the date/time via your office?

We intend to conduct the deposition via Zoom in early January.

Finally, please note we are still pending a response from Shellpoint regarding production of the Bankruptcy Procedures Manual. Our contact on the matter is out of the office for the holidays, but should respond upon her return.

In the meantime, please provide clarification regarding the deposition for Mr. Pierce.

Thank you,


Greg P. Campbell*
*Partner*
**Aldridge | Pite, LLP**
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Direct:  858.750.7620 (Internal: 1620)
E: gcampbell@aldridgepite.com
**Alabama | Alaska | Arizona | California | Florida | Georgia | Hawaii | Idaho | Nevada | New Mexico | New York  | Oregon | Tennessee | Texas | Utah | Washington**

*Licensed in California


www.aldridgepite.com

**From:** Christopher Burke
**Sent:** Wednesday, December 15, 2021 4:40 PM
**To:** Greg P. Campbell <GCampbell@aldridgepite.com>
**Subject:** RE: Melani Schulte (Case No. 09-29123-MKN)

Good afternoon Mr. Campbell,