| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*atty@cburke.lvcoxmail.com*<br>218 S. Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>(702) 385-7987<br>Attorney for Debtor<br>Melani Schulte | *ECF Filed on* 1/7/2022 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>MELANI SCHULTE and<br>WILLIAM SCHULTE,<br><br><br>2704 SATTLEY LLC,<br>HOT ENDEAVOR LLC,<br>1341 MINUET LLC,<br>1708 PLATO PICO LLC,<br>2228 WARM WALNUT LLC,<br>9425 VALLEY HILLS LLC,<br>9500 ASPEN GLOW LLC,<br>5218 MISTY MORNING LLC,<br>CHERISH LLC,<br>SABRECO INC.,<br>KEEP SAFE LLC,<br><br>Debtors. | Case No. 09-29123-MKN<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>09-27238-MKN<br>09-27909-MKN<br>09-27910-MKN<br>09-27911-MKN<br>09-27912-MKN<br>09-27913-MKN<br>09-27914-MKN<br>09-27916-MKN<br>09-28513-MKN<br>09-31584-MKN<br>09-31585-MKN<br><br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  February 09, 2022<br>Time: 9:30 a.m. |

I hereby certify that I am an employee of CHRISTOPHER P. BURKE, ESQ., and on the 7th day of January, 2022, I caused to be served a true and correct copy of:

1. Notice and Motion to Compel Discovery of Shellpoint Mortgage Servicing and that Debtors Request for Production be Responded to Properly and for Attorneys Fees (Dkt. #1397 and #1398) in the following manner:

1

1   ■ (ELECTRONIC SERVICE)   Under Administrative Order 02-1 (Rev. 8-31
2   -04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced
3   document was electronically filed on the date hereof and served through the Notice of
4   Electronic Filing automatically generated by that Court's facilities.

5   ■ (UNITED STATES MAIL)   By depositing a copy of the above-referenced
6   document for mailing in the United States Mail, first class postage prepaid, at Las Vegas,
7   Nevada, to the parties listed below, at their last known mailing addresses, on the date above
8   written.

9   ❏ (OVERNIGHT COURIER)   By depositing a true and correct copy of the
10  above-referenced document for overnight delivery via Federal Express, at a collection
11  facility maintained for such purpose, addressed to the parties on the attached service list,
12  at their last known delivery address, on the date above written.

13  ❏ (FACSIMILE)   That I served a true and correct copy of the above-referenced
14  document via facsimile, to the facsimile numbers indicated, to those persons listed on the
15  attached service list, on the date above written.

/s/ Adriana Pelayo
An Employee of
Christopher P. Burke, Esq.

Aldridge Pite, LLP
Attn: Greg Campbell and Eddie R. Jimenez
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113

Mailing Address:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

gcampbell@aldridgepite.com
ejimenez@aldridgepite.com