ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE and WILLIAM SCHULTE,<br><br>2704 SATTLEY LLC;<br>HOT ENDEAVOR LLC;<br>1341 MINUET LLC;<br>1708 PLATO PICO LLC;<br>2228 WARM WALNUT LLC;<br>9425 VALLEY HILLS LLC;<br>9500 ASPEN GLOW LLC;<br>5218 MISTY MORNING LLC;<br>CHERISH LLC;<br>SABRECO INC., and<br>KEEP SAFE LLC, | Case No.: 09-29123-bam<br>Chapter 11<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Jointly Administered with:<br><br>09-27238-BAM<br>09-27909-BAM<br>09-27910-BAM<br>09-27911-BAM<br>09-27912-BAM<br>09-27913-BAM<br>09-27914-BAM<br>09-27916-BAM<br>09-28513-BAM<br>09-31584-BAM<br>09-31585-BAM |

{61748721}                                                  1

Please take notice that Ariel E. Stern, Esq., Natalie L. Winslow, Esq., and Nicholas E. Belay, Esq., of Akerman LLP, have associated with Aldridge Pite, LLP for the purpose of representing NewRez LLC dba Shellpoint Mortgage Servicing.

DATED this 18th day of January, 2022.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

{61748721}              2

# CERTIFICATE OF SERVICE

1. On January 18, 2022, I served the following document: **NOTICE OF ASSOCIATION OF COUNSEL**, I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒ **a.** **ECF System -** The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system, including the following parties:

Matthew L. Johnson
Johnson & Gubler, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard, SO.
Suite 4300 Las Vegas, NV 89101

Christopher Patrick Burke
218 S. Maryland Parkway
Las Vegas, NV 89101

☐ **c.** **Personal Service -** I personally delivered the document(s) to the persons at these addresses: N/A

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office: N/A

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there: N/A

☒ **d.** **By direct mail (as opposed to through the ECF System)**

Schulte Properties LLC
9811 W. Charleston Blvd Ste 2-351
Las Vegas, NV 89117

Melani Schulte
9811 W. Charleston Blvd. #2-351
Las Vegas, NV 89117

☐ **e.** **By fax transmission**

{61748721}    3

☐ **f.     By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: January 18, 2022.

| Carla Llarena | */s/ Carla Llarena* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

{61748721}    4