ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint*
*Mortgage Servicing*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE and WILLIAM SCHULTE,<br><br>2704 SATTLEY LLC;<br>HOT ENDEAVOR LLC;<br>1341 MINUET LLC;<br>1708 PLATO PICO LLC;<br>2228 WARM WALNUT LLC;<br>9425 VALLEY HILLS LLC;<br>9500 ASPEN GLOW LLC;<br>5218 MISTY MORNING LLC;<br>CHERISH LLC;<br>SABRECO INC., and<br>KEEP SAFE LLC. | Case No.: 09-29123-mkn<br>Chapter 11<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Jointly Administered with:<br><br>09-27238-MKN<br>09-27909-MKN<br>09-27910-MKN<br>09-27911-MKN<br>09-27912-MKN<br>09-27913-MKN<br>09-27914-MKN<br>09-27916-MKN<br>09-28513-MKN<br>09-31584-MKN<br>09-31585-MKN |

. . .

. . .

. . .

. . .

61749069;1

*(Sidebar, vertical text):* AKERMAN LLP — 1635 VILLAGE CENTER CIRCLE, SUITE 200 — LAS VEGAS, NEVADA 89134 — TEL.: (702) 634-5000 – FAX: (702) 380-8572

NewRez LLC dba Shellpoint Mortgage Servicing consents to the substitution of Ariel E. Stern, Esq., Natalie L. Winslow Esq., and Nicholas E. Belay, Esq., of AKERMAN LLP as its counsel in the place and stead of ALDRIDGE PITE, LLP in the above-entitled matter.

DATED this 24 day of   January, 2022.

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING

By: _____

Caroline Trinkley

Its:    Authorized Representative

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

61749069;1

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Eddie R. Jimenez, Esq. and Greg Campbell, Esq. of the law firm of ALDRIDGE PITE, LLP consent to the substitution of Ariel E. Stern, Esq., Natalie L. Winslow Esq., and Nicholas E. Belay, Esq., of AKERMAN LLP as counsel of record in their place and stead on behalf of NewRez LLC dba Shellpoint Mortgage Servicing.

DATED this 19th day of January, 2022.

ALDRIDGE PITE, LLP

_____
EDDIE R. JIMENEZ, ESQ.
Nevada Bar No. 10376
GREG CAMPBELL, ESQ.
*PRO HAC VICE ADMITTED*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92117

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

61749069;1

3

1    Ariel E. Stern, Esq., Natalie L. Winslow Esq., and Nicholas E. Belay, Esq., of the law firm

2    AKERMAN LLP, consent to substitution as counsel of record for NewRez LLC dba Shellpoint Mortgage

3    Servicing in the place and stead of ALDRIDGE PITE, LLP.

4        DATED this __24th__ day of January, 2022.

5                                AKERMAN LLP

6

7                                _____
                                 ARIEL E. STERN, ESQ.
8                                Nevada Bar No. 8276
                                 NATALIE L. WINSLOW, ESQ.
9                                Nevada Bar No. 12125
                                 1635 Village Center Circle, Suite 200
10                               Las Vegas, NV 89134

11

12    . . .

13    . . .

14    . . .

15    . . .

16    . . .

17    . . .

18    . . .

19    . . .

20    . . .

21    . . .

22    . . .

23    . . .

24    . . .

25    . . .

26    . . .

27

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

61749069;1

**CERTIFICATE OF SERVICE**

1.      On January 24, 2022, I served the following document: **SUBSTITUTION OF COUNSEL**, I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒      **a.      ECF System -** The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system, including the following parties:

Matthew L. Johnson
Johnson & Gubler, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard, SO.
Suite 4300 Las Vegas, NV 89101

Christopher Patrick Burke
218 S. Maryland Parkway
Las Vegas, NV 89101

☐      **c.      Personal Service -** I personally delivered the document(s) to the persons at these addresses: N/A

☐      For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office: N/A

☐      For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there: N/A

☒      **d.      By direct mail on November 25, 2022 (as opposed to through the ECF System)**

Schulte Properties LLC
9811 W. Charleston Blvd Ste 2-351
Las Vegas, NV 89117

Melani Schulte
9811 W. Charleston Blvd. #2-351
Las Vegas, NV 89117

☐      **e.      By fax transmission**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

☐    **f.    By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  January 24, 2022.

| Carla Llarena | */s/ Carla Llarena* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572