_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 28, 2022

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MELANI SCHULTE and WILLIAM SCHULTE,<br><br>2704 SATTLEY LLC;<br>HOT ENDEAVOR LLC;<br>1341 MINUET LLC;<br>1708 PLATO PICO LLC;<br>2228 WARM WALNUT LLC;<br>9425 VALLEY HILLS LLC;<br>9500 ASPEN GLOW LLC;<br>5218 MISTY MORNING LLC;<br>CHERISH LLC;<br>SABRECO INC., and<br>KEEP SAFE LLC. | Case No.: 09-29123-mkn<br>Chapter 11<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>Jointly Administered with:<br><br>09-27238-MKN<br>09-27909-MKN<br>09-27910-MKN<br>09-27911-MKN<br>09-27912-MKN<br>09-27913-MKN<br>09-27914-MKN<br>09-27916-MKN<br>09-28513-MKN<br>09-31584-MKN<br>09-31585-MKN |

{61749291;1}

IT IS HEREBY ORDERED that Ariel, E Stern, Esq., Natalie L. Winslow Esq., and Nicholas E. Belay, Esq., of the law firm AKERMAN LLP, are substituted as counsel of record for NewRez LLC dba Shellpoint Mortgage Servicing in the place and stead of ALDRIDGE PITE, LLP.

IT IS SO ORDERED.

Submitted by:

AKERMAN LLP

By: */s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

{61749291}    2