# EXHIBIT 1

# Declaration of Shellpoint Mortgage Servicing

# EXHIBIT 1

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Case No.: 18-12734-mkn |
|---|---|
| Schulte Properties, LLC, | Chapter 11 |
| Debtor. | **DECLARATION OF SHELLPOINT MORTGAGE SERVICING IN SUPPORT OF RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #16 (SHELLPOINT MORTGAGE SERVICING/1392 ECHO FALLS)** |

I, Daniella Banks, declare as follows:

1. I am over the age of 18 and competent to testify in this matter. The matters stated are based on my personal knowledge and are made to the best of my knowledge and belief.

2. I am employed as a manager at NewRez LLC dba Shellpoint Mortgage Servicing (**Shellpoint**) and am authorized to sign this declaration on its behalf.

3. In this capacity, I have access to the books and records regarding the subject loan pertaining to the property located at 1392 Echo Falls Ave, Las Vegas, NV 89123 (**Property**), including the servicing records and copies of applicable loan documents. I have personally reviewed

61766796;1

these records as they relate to the subject loan and provide this testimony based on knowledge I have gained from the records.

4. I have personal knowledge regarding the manner in which these business records are created, kept, and maintained. The records, including computer records relating to the servicing of the subject loan, are made at or near the time of the occurrence of the matters set forth in such records, by a representative with knowledge of the acts or events recorded. Such records are obtained, kept, and maintained in the regular course of business. Shellpoint relies on such records in the ordinary course of its business. The testimony provided is based on the business records regarding the subject loan and the knowledge I have gained from my review of these records.

5. According to the books and records, the subject loan is evidenced by a promissory note executed by Melani Schulte (**Debtor**) in the principal sum of $167,000.00. The note reflects it was specially indorsed to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB (**Creditor**).

6. The note is secured by a deed of trust encumbering the Property. The deed of trust was assigned to Creditor. The note and deed of trust are collectively the loan.

7. Pursuant to the terms of the deed of trust, Debtor is required to maintain real property taxes and hazard insurance for the Property, and Shellpoint is entitled to pay taxes/insurance on Debtor's behalf and set up an escrow impound to seek recovery of any advances paid by Shellpoint.

8. On or about August 17, 2015, Shellpoint acquired servicing rights to the loan. Shellpoint is the authorized servicer of the loan on behalf of Creditor.

9. At the time of acquisition, the loan reflected a default.

10. Shellpoint's system reflects the modification of the loan in the Debtor's confirmed bankruptcy plan. Specifically, Shellpoint's records reflect a secured claim of $132,000.00 amortized over thirty (30) years at 5.00% interest per annum with principal and interest payments of $708.60 per month commencing April 1, 2011 and continuing until March 1, 2041. Shellpoint verified

61766796;1

completion of system updates to reflect the terms of the confirmed plan and completed multiple audits to verify its compliance with the confirmed plan.

11. The appropriate principal, interest rate, and loan term were applied to the effective date of the confirmed plan to ensure compliance.

12. Following entry of the confirmed plan, Shellpoint advanced funds for taxes and/or insurance for the Property, resulting in an escrow impound on the loan. These costs were actually and necessarily incurred due to Debtor's failure to meet its obligations to cover these payments under the subject loan documents.

13. The loan reflects a default based on the Debtor's failure to make all required principal, interest, and escrow payments under the confirmed plan and subject loan documents.

14. To the extent any duplicative payments for taxes and/or insurance for the Property were made by both Debtor and Shellpoint, these amounts were refunded and applied to the loan. These refunds are reflected in Shellpoint's system.

15. Statements or correspondence sent by Shellpoint to the Debtor following entry of the confirmed plan or discharge order were: (i) for informational purposes only based on the Debtor's default under the confirmed plan; (ii) not sent with an intention to collect a debt from the Debtor personally, but rather to enforce rights as to the Property; and/or (iii) sent to assist the Debtor with potential loss mitigation.

16. Monthly statements sent by Shellpoint to the Debtor reflected the terms of the confirmed plan, including the correct principal balance, interest rate (5.00%), and principal and interest payment ($708.60), and in some instances, an escrow payment for the taxes/insurance advances made by Shellpoint on the Debtor's behalf.

17. As of January 26th, 2022, the unpaid principal balance totals $120,806.33

18. As of January 26, 2022, the past due payments on the loan total $54,362.28 with the current due date of June 1, 2016. This amount excludes corporate advances, late fees, attorney's fees, and other charge which may be contractually owed on the account.

19. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

61766796;1

DATED: January 26, 2022

Daniella Banks
Name: Daniella Banks
Title: manager
Shellpoint Mortgage Servicing

4

61766796;1