# EXHIBIT 4

# Grant Bargain Sale Deed

# EXHIBIT 4



Inst #: 20170530-0000542
Fees: $17.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #009
05/30/2017 08:54:32 AM
Receipt #: 3096423
Requestor:
SCHULTE PROPERTIES LLC
Recorded By: RNS   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

**RECORDING REQUESTED BY:**
MELANI SCHULTE
**When Recorded Mail Document
and Tax Statement To:**
SCHULTE PROPERTIES LLC
9811 W. Charleston Blvd #2-351
Las Vegas, NV  89117

APN: 177-26-211-146
ADDRESS: 1392 Echo Falls Ave., Las Vegas, NV 89183

## GRANT, BARGAIN, SALE DEED

**THIS INDENTURE WITNESSETH:** That, **MELANI SCHULTE , a single unmarried woman, as her sole and separate property**

**In Consideration Of $10.00 and other VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged,** do(es) hereby GRANT, BARGAIN, SELL and CONVEY to **SCHULTE PROPERTIES LLC , a Nevada Limited Liability Company**

All that real property situated in Clark County, State of Nevada, bounded and described as follows:

Lot 146 in Block 2 of Spencer/Pyle II as shown by map thereof on file in Book 86 of Plats, Page 43 in the Office of the County Recorder of Clark County, Nevada.

SUBJECT TO:   1.   Taxes for the current fiscal year.
              2.   Covenants, Conditions, Reservations, Rights, Rights of Way and Easements now of record.

Together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

DATED: May 30, 2017

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before me on 5/30/17
by Melani Schulte

Signature _____
Notary Public
My Commission Expires: 10/31/18

_____
MELANI SCHULTE

Amberlea Davis
Notary Public
No: 14-14876-1 Exp 10/31/2018

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-26-211-146
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land          b. [✓] Single Fam. Res.
   c. [ ] Condo/Twnhse        d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg            f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural         h. [ ] Mobile Home
   [ ] Other

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording:_____
   Notes:

3. a. Total Value/Sales Price of Property         $ 188,566
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                           $ 0
   d. Real Property Transfer Tax Due               $ 0

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section 9
   b. Explain Reason for Exemption: TRANSFER TO A BUSINESS ENTITY OF WHICH GRANTOR IS 100% OWNER

5. Partial Interest: Percentage being transferred: _____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Melani Schulte_               Capacity: GRANTOR

Signature _____               Capacity: _____

**SELLER (GRANTOR) INFORMATION (REQUIRED)**
Print Name: MELANI SCHULTE
Address: 9811 W. Charleston Bl. #2-351
City: LAS VEGAS
State: NV    Zip: 89117

**BUYER (GRANTEE) INFORMATION (REQUIRED)**
Print Name: SCHULTE PROPERTIES LLC
Address: 9811 W. Charleston Bl. #2-351
City: LAS VEGAS
State: NV    Zip: 89117

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____           Escrow # _____
Address: _____
City: _____                  State: _____ Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED