# EXHIBIT 5

# Voluntary Petition for Bankruptcy

# EXHIBIT 5

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**DISTRICT OF NEVADA**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Schulte Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 1 6 7 7 6 1 5 |

4. **Debtor's address**

**Principal place of business**

**9811 W. Charleston Blvd. Ste 2-351**
Number    Street

_____

**Las Vegas**          **NV**   **89117**
City                        State   ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                        State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                        State   ZIP Code

5. **Debtor's website (URL)**          _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Schulte Properties, LLC**                           Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

_____  _____  _____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
       District _____ When _____ Case number _____
                                          MM / DD / YYYY
       District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor **Schulte Properties, LLC**              Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
           Number    Street

_____
City        State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Schulte Properties, LLC** _____  Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 | | |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | | |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion | | |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/31/2017**
            MM / DD / YYYY

X **/s/ Melani Schulte** _____  **Melani Schulte** _____
   Signature of authorized representative of debtor   Printed name

Title **Member** _____

**18. Signature of attorney**

X **/s/ Amberlea Davis** _____  Date **05/31/2017**
   Signature of Attorney for Debtor                MM / DD / YYYY

**Amberlea Davis** _____
Printed name

**Law Office Of Amberlea Davis** _____
Firm Name

**415 S. 6th St Ste 300** _____
Number          Street

_____

**Las Vegas** _____  **NV** ____  **89101** _____
City                              State    ZIP Code

Contact phone **(702) 440-8000** ____  Email address **amber@sheismylawyer.com** ____

**11551** _____  **NV** ____
Bar number                State

**Fill in this information to identify the case**

Debtor name **Schulte Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of
   debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
   account number

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

   | |
   |---|
   | **$0.00** |

---

**Part 2:**  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

---

Debtor **Schulte Properties, LLC**                       Case number (if known) _____
       Name

|  | | Current value of debtor's interest |
|---|---|---|
| **7.** Deposits, including security deposits and utility deposits | | |
| Description, including name of holder of deposit | | |
| **8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | | |
| Description, including name of holder of prepayment | | |
| **9.** Total of Part 2. Add lines 7 through 8. Copy the total to line 81. | | **$0.00** |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**11. Accounts receivable**

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** <br> face amount | − | **$0.00** <br> doubtful or uncollectible accounts | = ···········→ | **$0.00** |
| 11b. Over 90 days old: | **$0.00** <br> face amount | − | **$0.00** <br> doubtful or uncollectible accounts | = ···········→ | **$0.00** |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:        % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17. Total of Part 4** <br> Add lines 14 through 16. Copy the total to line 83. | | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| Debtor | **Schulte Properties, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor **Schulte Properties, LLC**
    Name

Case number (if known) _____

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor **Schulte Properties, LLC**
Name

Case number (if known) _____

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **9500 Aspen Glow Dr. Las Vegas, NV 89134**<br>**Parcel: 138-19-515-038**<br>**Aspen Glow**<br>**Real Property** | **Fee Simple** | | | **$277,000.00** |
| 55.2. **2460 Avenida Cortes**<br>**Henderson, NV 89074-6349**<br>**Parcel: 178-19-110-070**<br>**2460 Avenida Cortes** | **Fee Simple** | | | **$250,000.00** |
| 55.3. **7873 Bridgefield Lane**<br>**Las Vegas, NV 89147-5099**<br>**Parcel: 163-21-617-059**<br>**7873 Bridgefield Lane** | **Fee Simple** | | | **$204,212.00** |
| 55.4. **1624 Desert Canyon Ct**<br>**Las Vegas, NV 89128**<br>**Parcel: 138-21-415-018**<br>**1624 Desert Canyon Ct** | **Fee Simple** | | | **$281,000.00** |
| 55.5. **1392 Echo Falls Ave**<br>**Las Vegas, NV 89123-6377**<br>**Parcel: 177-26-211-146**<br>**1392 Echo Falls Ave** | **Fee Simple** | | | **$252,000.00** |
| 55.6. **9020 Feather River Ct**<br>**Las Vegas, NV 89117-2367**<br>**Parcel: 163-08-213-045**<br>**9020 Feather River Ct** | **Fee Simple** | | | **$258,000.00** |
| 55.7. **5218 Misty Morning Dr.**<br>**Las Vegas, NV 89118-0600**<br>**Parcel: 163-26-610-009**<br>**5218 Misty Morning Dr.** | **Fee Simple** | | | **$290,000.00** |
| 55.8. **956 Ostrich Fern Court**<br>**Las Vegas. Nv 89123**<br>**Parcel: 177-27-711-248**<br>**956 Ostrich Fern Court** | **Fee Simple** | | | **$244,000.00** |
| 55.9. **6091 Pumpkin Patch Ave**<br>**Las Vegas, NV 89142-0791**<br>**Parcel: 161-03-413-041**<br>**6091 Pumpkin Patch Ave** | **Fee Simple** | | | **$210,000.00** |
| 55.10. **1528 Splinter Rock Way**<br>**North Las Vegas, NV 89031**<br>**Parcel: 124-28-314-011**<br>**1528 Splinter Rock Way** | **Fee Simple** | | | **$231,000.00** |

Debtor **Schulte Properties, LLC**
_____ Case number (if known) _____
Name

55.11. **2290 Surrey Meadows Ave**
**Henderson, NV 89052**
**Parcel: 178-19-712-019**
**2290 Surrey Meadows Ave**  _____ **Fee Simple** _____  _____  _____  **$0.00**

55.12. **2614 Sweet Leilani Ave**
**North Las Vegas, NV 89031**
**Parcel: 124-29-615-080**
**2614 Sweet Leilani Ave**  _____ **Fee Simple** _____  _____  _____  **$233,000.00**

55.13. **3729 Discovery Creek Ave**
**North Las Vegas, NV 89031**
**Parcel: 124-30-710-098**
**3729 Discovery Creek Ave**  _____ **Fee Simple** _____  _____  _____  **$235,000.00**

55.14. **3383 cloverdale Ct,**
**Las Vegas, NV 89117-3951**
**Parcel: 163-16-515-031**
**3383 cloverdale Ct,**  _____ **Fee Simple** _____  _____  _____  **$282,109.00**

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$3,247,321.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **Schulte Properties, LLC**
_____     Case number (if known) _____
Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  |  | Current value of<br>debtor's interest |
|---|---|---|

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor **Schulte Properties, LLC**
      Name

Case number (if known) _____

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9.* ............................➔ | | $3,247,321.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $0.00 | + 91b. $3,247,321.00 |

**92. Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................ **$3,247,321.00**

Fill in this information to identify the case:

Debtor name **Schulte Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name<br>**Aja Campbell** | Describe debtor's property that is subject to a lien | **$0.00** | **$235,000.00** |
| --- | --- | --- | --- |

Creditor's mailing address
**3729 Discovery Creek Ave**

**3729 Discovery Creek Ave**

_____

_____

**North Las Vegas      NV    89031-3603**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**1) BAC Home Loan Servicing, LP; 2)
Karen Taylor; 3) Aja Campbell; 4)
Creekside HOA c/o first residential.**

Describe the lien
**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.                                          **$2,552,774.69**

Debtor    **Schulte Properties, LLC**        Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.2**

**Creditor's name**
**BAC Home Loan Servicing, LP**

**Creditor's mailing address**
**PO Box 942019**

_____

**Simi Valley**     **CA**    **93094-2019**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account**
**number**     **6**   **4**   **8**   **1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) BAC Home Loan Servicing, LP;**
      **2) Pebble Creek HOA; 3) Chris**
      **Wirta; 4) Mary Wirta; 5) JP**
      **Morgan Chase Bank.**

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2460 Avenida Cortes**

**Describe the lien**

**Purchase Money / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **$40,000.00**

Column B: **$250,000.00**

| Debtor | Schulte Properties, LLC | Case number (if known) | |
|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.3**

**Creditor's name**
BAC Home Loan Servicing, LP

**Creditor's mailing address**
PO Box 942019

Simi Valley          CA    93094-2019

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          6   4   6   5

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**1) JP Morgan Chase Bank; 2) Federal Home Loan Mortgage Corp; 3) BAC Home Loan Servicing, LP; 4) James Craig; 5) West Sahara Community HOA c/p First Serv.**

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
9020 Feather River Ct

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $50,000.00 | $258,000.00 |

**2.4**

**Creditor's name**
BAC Home Loan Servicing, LP

**Creditor's mailing address**
PO Box 942019

Simi Valley          CA    93094-2019

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          2   2   8   7

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes.  Have you already specified the relative priority?

☒ No.  Specify each creditor, including this creditor, and its relative priority.

**1) BAC Home Loan Servicing, LP; 2) Maria Lopez; 3) Luis Lopez.**

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2614 Sweet Leilani Ave

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| $125,000.00 | $233,000.00 |

| Debtor | Schulte Properties, LLC | Case number (if known) |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.5**

| Creditor's name | Describe debtor's property that is subject to a lien | $123,000.00 | $235,000.00 |
| --- | --- | --- | --- |
| BAC Home Loan Servicing, LP | **3729 Discovery Creek Ave** | | |

Creditor's mailing address
**PO Box 942019**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Simi Valley        CA    93094-2019**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    **7   0   2   8**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | $235,000.00 | $282,109.00 |
| --- | --- | --- | --- |
| BAC Home Loan Servicing, LP | **3383 cloverdale Ct,** | | |

Creditor's mailing address
**PO Box 942019**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Simi Valley        CA    93094-2019**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    **5   8   2   5**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   **1) BAC Home Loan Servicing, LP;**
   **2) Sandra Schafer.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Schulte Properties, LLC | Case number (if known) | |

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.7** Creditor's name
**Billy Obedoza**

Describe debtor's property that is
subject to a lien

$0.00     $290,000.00

Creditor's mailing address
**5218 Misty Morning Dr.**

**5218 Misty Morning Dr.**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

**Las Vegas    NV   89118-0600**
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☑ No.  Specify each creditor, including this
creditor, and its relative priority.

    **1) Fifth Third Bank Mtg Loan Scv;
2) Billy Obedoza; 3) Kami
Conselva.**

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.8** Creditor's name
**Chris Wirta**

Describe debtor's property that is
subject to a lien

$0.00     $250,000.00

Creditor's mailing address
**2460 Avenida Cortes**

**2460 Avenida Cortes**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

**Henderson    NV   89074-6349**
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.2** _____

**Tenant**

Debtor  **Schulte Properties, LLC**                                Case number (if known) _____

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.9**

Creditor's name
**Christopher Martano**

Creditor's mailing address
**1392 Echo Falls Ave**

**Las Vegas, NV 8923-6377**

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) Shellpoint Mortgage Servicing; 2) Michaela Martano; 3) Christopher Martano; 4) Silverado Rnch LMA C/O First Service Res.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**1392 Echo Falls Ave**

Describe the lien
**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**  Value of collateral: **$252,000.00**

---

**2.10**

Creditor's name
**CitiMortgage, Inc**

Creditor's mailing address
**P.O. Box 10002**

_____

**Hagerstown        MD    21747**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number **8   5   1   7**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) CitiMortgage, Inc; 2) City National Bank; 3) Summerlin North Community Assoc.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Aspen Glow**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$153,000.00**  Value of collateral: **$277,000.00**

| Debtor | **Schulte Properties, LLC** | Case number (if known) _____ |

| | | | |
|---|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.11**

Creditor's name
**CitiMortgage, Inc**

Creditor's mailing address
**P.O. Box 10002**

_____

**Hagerstown       MD    21747**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          **8    2    9    5**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

**1) CitiMortgage, Inc; 2) Image
Finance, LLC; 3) Shauna Brogan;
4) Summerlin North Community
Assoc.**

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**1624 Desert Canyon Ct**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$125,000.00**          **$281,000.00**

| Debtor | Schulte Properties, LLC | Case number (if known) |

## Part 1: Additional Page

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12**

**Creditor's name**
CitiMortgage, Inc

**Creditor's mailing address**
P.O. Box 10002

Hagerstown          MD    21747

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          0    5    4    4

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

**1) CitiMortgage, Inc; 2) Seterus, Inc.; 3) Nettie Johnston; 4) Green Valley Ranch, HOA CO Terra West; 5) Copper Ridge C/O Colonial Mgmt.**

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**2290 Surrey Meadows Ave**

**Describe the lien**
**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$175,000.00          $0.00

**2.13**

**Creditor's name**
City National Bank

**Creditor's mailing address**
PO Box 60938

Los Angeles          CA    90060-0938

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  **2.10**

**Describe debtor's property that is subject to a lien**
**Aspen Glow**

**Describe the lien**
**Purchase Money / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$23,000.00          $277,000.00

| Debtor | Schulte Properties, LLC | Case number (if known) _____ |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.14** Creditor's name
**Clint Fisher**

Creditor's mailing address
**956 Ostrich Fern Court**

_____

| Las Vegas | NV | 89123-4050 |

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  **1) Shellpoint Mortgage Servicing; 2) Silverado Rnch LMA C/O First Service Res; 3) Clint Fisher.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**956 Ostrich Fern Court**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$244,000.00**

---

**2.15** Creditor's name
**Copper Ridge C/O Colonial Mgmt**

Creditor's mailing address
**PO Box 63275**

_____

| Phoenix | AZ | 85082-3275 |

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number __2__ __2__ __9__ __0__

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.12**

Describe debtor's property that is subject to a lien

**2290 Surrey Meadows Ave**

Describe the lien

**Arrearage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$3,000.00**    Column B: **$0.00**

| Debtor | Schulte Properties, LLC | Case number (if known) |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.16**

Creditor's name
**Creekside HOA c/o first residential**

Creditor's mailing address
**PO Box 54089**

**Los Angeles        CA     90054-0089**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          **1   6   0   1**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

**3729 Discovery Creek Ave**

Describe the lien

**Arrearage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$5,000.00** | **$235,000.00**

---

**2.17**

Creditor's name
**Dulce B. Soliz**

Creditor's mailing address
**6091 Pumpkin Patch Ave**

**Las Vegas          NV     89142-0791**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　**1) JP Morgan Chase Bank; 2) Jessie C. Gaytan; 3) Dulce B. Soliz.**

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**6091 Pumpkin Patch Ave**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** | **$210,000.00**

| Debtor | Schulte Properties, LLC | Case number (if known) _____ |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.18**

**Creditor's name**
Eldorado First C/o Terra West Property

**Describe debtor's property that is subject to a lien**

**1528 Splinter Rock Way**

| | | $500.00 | $231,000.00 |

**Creditor's mailing address**
PO Box 80900

**Describe the lien**

**Arrearage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Las Vegas          NV    89180-0900

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**      **1   4   2   2**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  **1) Wells Fargo Home Mortgage; 2) Image Finance, LLC; 3) Robert Lopez; 4) Rosanna Lopez; 5) Eldorado First C/o Terra West Property.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.19**

**Creditor's name**
Federal Home Loan Mortgage Corp

**Describe debtor's property that is subject to a lien**

**9020 Feather River Ct**

| | | $0.00 | $258,000.00 |

**Creditor's mailing address**
8200 Jones Branch Dr.

**Describe the lien**

**Notice Only**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

McLean          VA    22102

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**      **4   8   8   6**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.3**

| Debtor | Schulte Properties, LLC | Case number (if known) | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.20**

**Creditor's name**
Fifth Third Bank Mtg Loan Scv

**Creditor's mailing address**
5050 Kingsley Dr.

MD 1MOC FP

Cincinnati          OH    45263

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          6   6   8   2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.7

**Describe debtor's property that is subject to a lien**

5218 Misty Morning Dr.

**Describe the lien**

Purchase Money / Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $146,000.00 — Column B: $290,000.00

**2.21**

**Creditor's name**
Green Valley Ranch, HOA CO Terra Wes

**Creditor's mailing address**
PO Box 94617

Las Vegas          NV    89193-4617

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          8   7   4   0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.12

**Describe debtor's property that is subject to a lien**

2290 Surrey Meadows Ave

**Describe the lien**

Arrearage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $2,000.00 — Column B: $0.00

| Debtor | Schulte Properties, LLC | | Case number (if known) | |

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.22**

**Creditor's name**
Image Finance, LLC

**Creditor's mailing address**
4571 Wilshire Blvd, Suite 203

Las Angeles          CA    90010

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) JP Morgan Chase Bank; 2) Image Finance, LLC; 3) Linda Reina.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

7873 Bridgefield Lane

**Describe the lien**

Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| | | |
|---|---|---|
| | $95,758.23 | $204,212.00 |

---

**2.23**

**Creditor's name**
Image Finance, LLC

**Creditor's mailing address**
4571 Wilshire Blvd, Suite 203

Las Angeles          CA    90010

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.11**

**Describe debtor's property that is subject to a lien**

1624 Desert Canyon Ct

**Describe the lien**

Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| | | |
|---|---|---|
| | $95,758.23 | $281,000.00 |

---

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.24**

Creditor's name
**Image Finance, LLC**

Describe debtor's property that is subject to a lien

Column A: **$95,758.23**  Column B: **$231,000.00**

Creditor's mailing address
**4571 Wilshire Blvd, Suite 203**

**1528 Splinter Rock Way**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Las Angeles          CA     90010**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     **6   3   2   8**

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.18**

**2.25**

Creditor's name
**James Craig**

Describe debtor's property that is subject to a lien

Column A: **$0.00**  Column B: **$258,000.00**

Creditor's mailing address
**9020 Feather River Ct**

**9020 Feather River Ct**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

**Las Vegas          NV    89117-2367**

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.3**

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.26**

**Creditor's name**
Jessie C. Gaytan

**Creditor's mailing address**
6091 Pumpkin Patch Ave

Las Vegas          NV    89142

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines 2.17

**Describe debtor's property that is subject to a lien**
6091 Pumpkin Patch Ave

**Describe the lien**
Notice Only

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $210,000.00

**2.27**

**Creditor's name**
JP Morgan Chase Bank

**Creditor's mailing address**
P.O. Box 183166

Columbus          OH    43218-3166

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines 2.22

**Describe debtor's property that is subject to a lien**
2460 Avenida Cortes

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$96,000.00 | $204,212.00

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

**2.28**

| Creditor's name | Describe debtor's property that is subject to a lien | $95,000.00 | $250,000.00 |
|---|---|---|---|
| JP Morgan Chase Bank | | | |

Creditor's mailing address
P.O. Box 183166

Describe debtor's property that is subject to a lien

**2460 Avenida Cortes**

Describe the lien

**Purchase Money / Agreement**

| Columbus | OH | 43218-3166 |
|---|---|---|

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    4  5  3  1

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**2.29**

| Creditor's name | Describe debtor's property that is subject to a lien | $100,000.00 | $258,000.00 |
|---|---|---|---|
| JP Morgan Chase Bank | | | |

Creditor's mailing address
P.O. Box 183166

Describe debtor's property that is subject to a lien

**9020 Feather River Ct**

Describe the lien

**Purchase Money / Agreement**

| Columbus | OH | 43218-3166 |
|---|---|---|

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    4  5  2  3

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.3**

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.30**

**Creditor's name**
JP Morgan Chase Bank

**Creditor's mailing address**
P.O. Box 183166

Columbus          OH     43218-3166

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  2.17

**Describe debtor's property that is subject to a lien**
6091 Pumpkin Patch Ave

**Describe the lien**
Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$110,000.00**     Value of collateral: **$210,000.00**

---

**2.31**

**Creditor's name**
Kami Conselva

**Creditor's mailing address**
5218 Misty Morning Dr.

LAs Vegas          NV     89118-0600

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  2.7

**Describe debtor's property that is subject to a lien**
5218 Misty Morning Dr.

**Describe the lien**
Notice Only

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$0.00**     Value of collateral: **$290,000.00**

---

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.32**

Creditor's name
**Karen Taylor**

Creditor's mailing address
**3729 Discovery Creek Ave**

_____

**North Las Vegas          NV       89031-3603**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien
**3729 Discovery Creek Ave**

Describe the lien
**Notice Only**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**  Column B: **$235,000.00**

---

**2.33**

Creditor's name
**Linda Reina**

Creditor's mailing address
**7873 Bridgefield Lane**

_____

**Las Vegas               NV       89147-5099**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.22**

Describe debtor's property that is subject to a lien
**7873 Bridgefield Lane**

Describe the lien
**Notice Only**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$0.00**  Column B: **$204,212.00**

Debtor  **Schulte Properties, LLC**                                    Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.34**

**Creditor's name**
**Luis Lopez**

**Creditor's mailing address**
**2614 Sweet Leilani Ave**

_____

**North Las Vegas        NV    89031**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

**2614 Sweet Leilani Ave**

**Describe the lien**

**Notice Only**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**        Value of collateral: **$233,000.00**

---

**2.35**

**Creditor's name**
**Maria Lopez**

**Creditor's mailing address**
**2614 Sweet Leilani Ave**

_____

**North Las Vegas        NV    89031**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

**2614 Sweet Leilani Ave**

**Describe the lien**

**Notice Only**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**        Value of collateral: **$233,000.00**

---

Debtor  **Schulte Properties, LLC**                                        Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

**2.36**

**Creditor's name**
**Mary Wirta**

**Describe debtor's property that is subject to a lien**

**2460 Avenida Cortes**

Column A: **$0.00**      Column B: **$250,000.00**

**Creditor's mailing address**
**2460 Avenida Cortes**
_____

**Henderson          NV     89074**

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**Describe the lien**
**Notice Only**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tenant**

**2.37**

**Creditor's name**
**Michaela Martano**

**Describe debtor's property that is subject to a lien**

**1392 Echo Falls Ave**

Column A: **$0.00**      Column B: **$252,000.00**

**Creditor's mailing address**
**1392 Echo Falls Ave**
**Las Vegas, NV 8912306377**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　☑ Yes.  The relative priority of creditors is specified on lines **2.9**

**Describe the lien**
**Notice Only**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

**2.38**

**Creditor's name**
Nettie Johnston

**Creditor's mailing address**
2290 Surrey Meadows Ave

Henderson          NV     89052

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines **2.12**

**Describe debtor's property that is subject to a lien**
2290 Surrey Meadows Ave

**Describe the lien**
Notice Only

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

---

**2.39**

**Creditor's name**
Pebble Creek HOA

**Creditor's mailing address**
8595 Eastern Ave

Las Vegas          NV     89123

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          2   4   6   4

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
2460 Avenida Cortes

**Describe the lien**
Notice Only

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $250,000.00

Debtor **Schulte Properties, LLC**                    Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the | that supports |
| | | value of collateral. | this claim |

## Part 1:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.40**

Creditor's name
**Robert Lopez**

Describe debtor's property that is
subject to a lien

$0.00          $231,000.00

Creditor's mailing address
**1528 Splinter Rock Way**

**1528 Splinter Rock Way**

Describe the lien
_____

**Notice Only**

**North Las Vegas        NV    89031**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        _____

Last 4 digits of account
number                ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.18**

**2.41**

Creditor's name
**Rosanna Lopez**

Describe debtor's property that is
subject to a lien

$0.00          $231,000.00

Creditor's mailing address
**1528 Splinter Rock Way**

**1528 Splinter Rock Way**

Describe the lien
_____

**Notice Only**

**North Las Vegas        NV    89031**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        _____

Last 4 digits of account
number                ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.18**

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

---

**2.42**

**Creditor's name**
Sandra Schafer

**Creditor's mailing address**
3383 Cloverdale Ct

Las Vegas        NV   89117-3951

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.6**

**Describe debtor's property that is subject to a lien**
3383 cloverdale Ct,

**Describe the lien**
Notice Only

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**    Value of collateral: **$282,109.00**

---

**2.43**

**Creditor's name**
Seterus, Inc.

**Creditor's mailing address**
P.O. Box 1077

Hartford        CT   06143-1077

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  9   3   7   0

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.12**

**Describe debtor's property that is subject to a lien**
2290 Surrey Meadows Ave

**Describe the lien**
Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$233,000.00**    Value of collateral: **$0.00**

---

| Debtor | Schulte Properties, LLC | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.44** | **Creditor's name**
Shauna Brogan

**Describe debtor's property that is subject to a lien**

$0.00 | $281,000.00

**Creditor's mailing address**
1624 Desert Canyon Ct

1624 Desert Canyon Ct

**Describe the lien**

Notice Only

Las Vegas          NV     89128

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.11**

**2.45** | **Creditor's name**
Shellpoint Mortgage Servicing

**Describe debtor's property that is subject to a lien**

$160,000.00 | $252,000.00

**Creditor's mailing address**
PO Box 740039

1392 Echo Falls Ave

**Describe the lien**

Purchase Money

Cincinnati          OH     45274-0039

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 6 8 6 1

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.9**

| Debtor | Schulte Properties, LLC | Case number (if known) | |

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |

**2.46**

**Creditor's name**
Shellpoint Mortgage Servicing

**Creditor's mailing address**
PO Box 740039

Cincinnati        OH    45274-0039

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        6    8    6    0

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　☑ Yes.  The relative priority of creditors is specified on lines 2.14

**Describe debtor's property that is subject to a lien**
956 Ostrich Fern Court

**Describe the lien**
Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$155,000.00 | $244,000.00

**2.47**

**Creditor's name**
Silverado Rnch LMA C/O First Service R

**Creditor's mailing address**
PO Box 54089

Los Angeles        CA    90054-0089

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　☑ Yes.  The relative priority of creditors is specified on lines 2.9

**Describe debtor's property that is subject to a lien**
1392 Echo Falls Ave

**Describe the lien**
Arrearage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00 | $252,000.00

| Debtor | Schulte Properties, LLC | | | Case number (if known) | |
|---|---|---|---|---|---|

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.48**

| Creditor's name | Describe debtor's property that is subject to a lien | $1,000.00 | $244,000.00 |
|---|---|---|---|
| **Silverado Rnch LMA C/O First Service R** | **956 Ostrich Fern Court** | | |

Creditor's mailing address
**PO Box 54089**

Describe the lien

**Arrearage**

_____

Is the creditor an insider or related party?

**Los Angeles          CA      90054-0089**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

_____

☑ No

Date debt was incurred          _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **C   S   R   2**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.14**

**2.49**

| Creditor's name | Describe debtor's property that is subject to a lien | $0.00 | $277,000.00 |
|---|---|---|---|
| **Summerlin North Community Assoc** | **Aspen Glow** | | |

Creditor's mailing address
**2120 Snow Trail**

Describe the lien

**Arrearage**

_____

Is the creditor an insider or related party?

**Las Vegas          NV      89134-6709**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

_____

☑ No

Date debt was incurred          _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **G   l   o   w**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ Contingent
☑ Unliquidated
☑ Disputed

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.10**

| Debtor | Schulte Properties, LLC | Case number (if known) |

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.50**

Creditor's name
**Summerlin North Community Assoc**

Creditor's mailing address
**2120 Snow Trail**

**Las Vegas          NV     89134-6709**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                **4    5    8    8**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.11**

Describe debtor's property that is
subject to a lien

**1624 Desert Canyon Ct**

Describe the lien

**Notice Only**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$0.00**          **$281,000.00**

**2.51**

Creditor's name
**Wells Fargo Home Mortgage**

Creditor's mailing address
**PO Box 7198**

**Pasadena          CA     91109-7198**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                **4    8    5    1**

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.18**

Describe debtor's property that is
subject to a lien

**1528 Splinter Rock Way**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**$105,000.00**          **$231,000.00**

Debtor   **Schulte Properties, LLC**                          Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the
value of collateral.

**Column B**
Value of collateral
that supports
this claim

**2.52**

**Creditor's name**
West Sahara Community HOA c/p First

**Creditor's mailing address**
P.O. Box 54089

_____

Los Angeles          CA    90054-0089

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account
number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

  ☐ No. Specify each creditor, including this
     creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is
     specified on lines **2.3**

**Describe debtor's property that is
subject to a lien**

**9020 Feather River Ct**

**Describe the lien**

**Arrearage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

$4,000.00          $258,000.00

Debtor    **Schulte Properties, LLC**                              Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **Bayview Loan Servicing, LLC** | | | Line **2.30** | ___ ___ ___ ___ |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |
| **Bayview Loan Servicing, LLC** | | | Line **2.29** | ___ ___ ___ ___ |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |
| **Bayview Loan Servicing, LLC** | | | Line **2.29** | **1 9 7 9** |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |
| **Bayview Loan Servicing, LLC** | | | Line **2.28** | ___ ___ ___ ___ |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |
| **Bayview Loan Servicing, LLC** | | | Line **2.27** | ___ ___ ___ ___ |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |
| **Bayview Loan Servicing, LLC** | | | Line **2.27** | **1 9 7 9** |
| **4425 Ponce De Leon Blvd** | | | | |
| **5th Floor mailroom** | | | | |
| **Coral Gables** | **FL** | **33146** | | |

| Debtor | **Schulte Properties, LLC** | Case number (if known) | |
|---|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bayview Loan Servicing, LLC** <br> **4425 Ponce De Leon Blvd** <br> **5th Floor mailroom** <br><br> **Coral Gables**    **FL**    **33146** | Line   **2.6** | **4**   **9**   **1**   **2** |
| **Bayview Loan Servicing, LLC** <br> **4425 Ponce De Leon Blvd** <br> **5th Floor mailroom** <br><br> **Coral Gables**    **FL**    **33146** | Line   **2.4** | **4**   **3**   **0**   **4** |
| **Chase Home Finance, LLC** <br> **3415 Vision Dr.** <br><br><br> **Columbus**    **OH**    **43219** | Line   **2.30** | ___ ___ ___ ___ |
| **Chase Home Finance, LLC** <br> **3415 Vision Dr.** <br><br><br> **Columbus**    **OH**    **43219** | Line   **2.30** | **7**   **6**   **0**   **9** |
| **Chase Home Finance, LLC** <br> **3415 Vision Dr.** <br><br><br> **Columbus**    **OH**    **43219** | Line   **2.29** | ___ ___ ___ ___ |
| **Chase Home Finance, LLC** <br> **3415 Vision Dr.** <br><br><br> **Columbus**    **OH**    **43219** | Line   **2.29** | **4**   **5**   **3**   **1** |
| **Chase Home Finance, LLC** <br> **3415 Vision Dr.** <br><br><br> **Columbus**    **OH**    **43219** | Line   **2.28** | ___ ___ ___ ___ |

Debtor    **Schulte Properties, LLC**          Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chase Home Finance, LLC**<br>**3415 Vision Dr.**<br><br>**Columbus**    **OH**    **43219** | Line **2.27** | __ __ __ __ |
| **Chase Home Finance, LLC**<br>**3415 Vision Dr.**<br><br>**Columbus**    **OH**    **43219** | Line **2.27** | **4** **5** **3** **1** |
| **Federal Home Loan Mortgage Corp**<br>**8200 Jones Branch Dr.**<br><br>**McLean**    **VA**    **22102** | Line **2.27** | __ __ __ __ |
| **Federal Home Loan Mortgage Corp**<br>**8200 Jones Branch Dr.**<br><br>**McLean**    **VA**    **22102** | Line **2.20** | __ __ __ __ |
| **Federal National Morgate Association**<br>**3900 Wisconsin Ave. N.W.**<br><br>**Washington**    **DC**    **20016** | Line **2.11** | **3** **6** **0** **8** |
| **Federal National Mortgage Association**<br>**PO Box 10002**<br><br>**Hagerstown**    **MD**    **21747** | Line **2.43** | **7** **3** **6** **2** |
| **First American Trustee Servicing Solutio**<br>**1500 Solana Blvd Bldg 6 Ste 6100**<br><br>**Westlake**    **TX**    **76262** | Line **2.11** | **6** **8** **3** **2** |

Debtor  **Schulte Properties, LLC**                     Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Government National Mortgage Association** | Line  **2.51** | **3  1  9  4** |
| **451 7th St. SW, Room B-133** | | |
| **Washington**          DC      **20410** | | |
| **Government National Mortgage Association** | Line  **2.30** | **5  5  4  5** |
| **451 7th St. SW, Room B-133** | | |
| **Washington**          DC      **20410** | | |
| **Government National Mortgage Association** | Line  **2.13** | ___  ___  ___  ___ |
| **451 7th St. SW, Room B-133** | | |
| **Washington**          DC      **20410** | | |
| **Government National Mortgage Association** | Line  **2.13** | **0  7  4  4** |
| **451 7th St. SW, Room B-133** | | |
| **Washington**          DC      **20410** | | |
| **Green Tree Servicing LLC - Ditech Fin** | Line  **2.3** | **0  6  2  2** |
| **PO Box 6176** | | |
| **Rapid City**          SD      **57709-6176** | | |
| **Green Tree Servicing LLC - Ditech Fin** | Line  **2.2** | **0  6  2  2** |
| **PO Box 6176** | | |
| **Rapid City**          SD      **57709-6176** | | |
| **GreenTree Servicing LLC** | Line  **2.5** | **7  6  4  4** |
| **PO Box 6176** | | |
| **Rapid City**          SD      **57709-6176** | | |

| Debtor | **Schulte Properties, LLC** | Case number (if known) |
|---|---|---|

---

<table>
<tr><td colspan="3"><strong>Part 2:</strong>    List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page</td></tr>
</table>

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **MTC Financial Inc DBA Trustee Corp** <br> **3571 Red Rock St. Ste B** <br><br> **Las Vegas**      **NV**    **89103** | Line   **2.45** | **8**   **1**   **6**   **1** |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.30** | **J**   **P**   **N**   **V** |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.29** | **C**   **I**   **N**   **V** |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.27** | **C**   **I**   **N**   **V** |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.13** | ___   ___   ___   ___ |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.13** | **C**   **I**   **N**   **V** |
| **National Default Servicing Corp** <br> **7720 N. 16th St. Suite 300** <br><br> **Phoenix**      **AZ**    **85020** | Line   **2.3** | **C**   **I**   **N**   **V** |

Debtor   **Schulte Properties, LLC**                                      Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Northwest Trustee Services, INc** <br> **2121 Alton Parkway, Ste 110** <br><br> **Irvine**        **CA**    **92606** | Line  **2.20** | **0   9   2   7** |
| **Ocwen Loan Servicing LLC** <br> **PO Box 24736** <br><br> **West Palm Beach**     **FL**    **33416-4736** | Line  **2.46** | **4   8   2   8** |
| **Ocwyn Loan Servicing LLC** <br> **PO Box 24736** <br><br> **West Palm Beach**     **FL**    **33416-4736** | Line  **2.45** | **4   8   3   6** |
| **Sables, LLC** <br> **3754 Howard Hughes Pkwy, Suite 200** <br> **Las Vegas, N 89169** | Line  **2.46** | **6   0   5   7** |
| **Seaside Trustee Inc** <br> **Po Box 752377** <br><br> **Las Vegas**        **NV**    **89136** | Line  **2.4** | **3   2   N   V** |
| **Selene Finance LP** <br> **POBox 421517** <br><br> **Houston**        **TX**    **77242** | Line  **2.43** | **7   6   9   0** |
| **Selene Finance LP** <br> **PO Box 421517** <br><br> **Houston**        **TX**    **77242-1517** | Line  **2.11** | ___ ___ ___ ___ |

| Debtor | **Schulte Properties, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Seterus, Inc.** | Line _2.11_ | _6_ _1_ _3_ _5_ |
| **P.O. Box 1077** | | |
| **Hartford**      **CT**      **06143-1077** | | |
| **TD Service Company** | Line _2.43_ | _0_ _3_ _2_ _0_ |
| **4000 W. Metropolitan Dr. Ste 400** | | |
| **Orange**      **CA**      **92868** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Schulte Properties, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF NEVADA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

<u>Official Form 206E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

Total claim          Priority amount

Debtor **Schulte Properties, LLC**                 Case number (if known) _____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

**Clark County Assessor**

**500 S. Grand Central Pkwy #2**

_____

_____

**Las Vegas**                **NV**     **89155**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.2**   Nonpriority creditor's name and mailing address

**IRS**

_____

_____

**Cincinnati**               **OH**     **45999-0023**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.3**   Nonpriority creditor's name and mailing address

**Secretary of State**

**101 N. Carson Street, Suite 3**

_____

_____

**Carson City**              **NV**     **89701**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Schulte Properties, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1** **Chris Wirta**

**2460 Avenida Cortes**

**Henderson          NV      89074**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

Debtor    **Schulte Properties, LLC**                                          Case number (if known) _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $0.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$0.00** |

**Fill in this information to identify the case:**

Debtor Name    **Schulte Properties, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                          12/15

---

**Part 1:**    **Summary of Assets**

1.  ***Schedule A/B: Assets--Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
         Copy line 88 from Schedule A/B................................................................    **$3,247,321.00**

    1b.  **Total personal property:**
         Copy line 91A from Schedule A/B..............................................................    **$0.00**

    1c.  **Total of all property**
         Copy line 92 from Schedule A/B................................................................    **$3,247,321.00**

**Part 2:**    **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Hold Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................    **$2,552,774.69**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F...........................    **$0.00**

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................    **+** **$0.00**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................    **$2,552,774.69**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Schulte Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/31/2017**      X **/s/ Melani Schulte**
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                  **Melani Schulte**
                                    Printed name

                                    **Member**
                                    Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

In re  **Schulte Properties, LLC**                                    Case No.  _____

                                                                     Chapter   **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$400.00** |
| Prior to the filing of this statement I have received....................................................... | **$400.00** |
| Balance Due................................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Meeting of creditors, adversary proceedings, plan. Attorney will do a fee application as fees are necessary for the remaining amounts.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __05/31/2017__ | **/s/ Amberlea Davis** |
| *Date* | *Amberlea Davis*   Bar No.  11551 |
| | Law Office Of Amberlea Davis |
| | 415 S. 6th St Ste 300 |
| | Las Vegas NV 89101 |
| | Phone: (702) 440-8000 / Fax: (844) 533-0953 |

---

  __/s/ Melani Schulte_____

*Melani Schulte*
*Member*

Aja Campbell
3729 Discovery Creek Ave
North Las Vegas, NV 89031-3603


BAC Home Loan Servicing, LP
PO Box 942019
Simi Valley, CA 93094-2019


Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd
5th Floor mailroom
Coral Gables, FL 33146


Billy Obedoza
5218 Misty Morning Dr.
Las Vegas, NV 89118-0600


Chase Home Finance, LLC
3415 Vision Dr.
Columbus, OH 43219


Chris Wirta
2460 Avenida Cortes
Henderson, NV 89074


Chris Wirta
2460 Avenida Cortes
Henderson, NV 89074-6349


Christopher Martano
1392 Echo Falls Ave
Las Vegas, NV 8923-6377


CitiMortgage, Inc
P.O. Box 10002
Hagerstown, MD 21747

City National Bank
PO Box 60938
Los Angeles, Ca 90060-0938

Clark County Assessor
500 S. Grand Central Pkwy #2
Las Vegas, NV 89155

Clint Fisher
956 Ostrich Fern Court
Las Vegas, NV 89123-4050

Copper Ridge C/O Colonial Mgmt
PO Box 63275
Phoenix, AZ 85082-3275

Creekside HOA c/o first residential
PO Box 54089
Los Angeles, CA 90054-0089

Dulce B. Soliz
6091 Pumpkin Patch Ave
Las Vegas, NV 89142-0791

Eldorado First C/o Terra West Property
PO Box 80900
Las Vegas, NV 89180-0900

Federal Home Loan Mortgage Corp
8200 Jones Branch Dr.
McLean, VA 22102

Federal National Morgate Association
3900 Wisconsin Ave. N.W.
Washington DC 20016

```
Federal National Mortgage Association
PO Box 10002
Hagerstown, MD 21747



Fifth Third Bank Mtg Loan Scv
5050 Kingsley Dr.
MD 1MOC FP
Cincinnati OH 45263



First American Trustee Servicing Solutio
1500 Solana Blvd Bldg 6 Ste 6100
Westlake, TX 76262



Government National Mortgage Association
451 7th St. SW, Room B-133
Washington, DC 20410



Green Tree Servicing LLC - Ditech Fin
PO Box 6176
Rapid City, SD 57709-6176



Green Valley Ranch, HOA CO Terra West
PO Box 94617
Las Vegas, NV 89193-4617



GreenTree Servicing LLC
PO Box 6176
Rapid City SD 57709-6176



Image Finance, LLC
4571 Wilshire Blvd, Suite 203
Las Angeles, CA 90010



IRS
Cincinnati OH 45999-0023
```

James Craig
9020 Feather River Ct
Las Vegas, NV 89117-2367


Jessie C. Gaytan
6091 Pumpkin Patch Ave
Las Vegas, NV 89142


JP Morgan Chase Bank
P.O. Box 183166
Columbus, OH 43218-3166


Kami Conselva
5218 Misty Morning Dr.
LAs Vegas, NV 89118-0600


Karen Taylor
3729 Discovery Creek Ave
North Las Vegas, NV 89031-3603


Linda Reina
7873 Bridgefield Lane
Las Vegas, NV 89147-5099


Luis Lopez
2614 Sweet Leilani Ave
North Las Vegas, NV 89031


Maria Lopez
2614 Sweet Leilani Ave
North Las Vegas, NV 89031


Mary Wirta
2460 Avenida Cortes
Henderson, NV 89074

Michaela Martano
1392 Echo Falls Ave
Las Vegas, NV 8912306377


MTC Financial Inc DBA Trustee Corp
3571 Red Rock St. Ste B
Las Vegas, NV 89103


National Default Servicing Corp
7720 N. 16th St. Suite 300
Phoenix AZ 85020


Nettie Johnston
2290 Surrey Meadows Ave
Henderson, NV 89052


Northwest Trustee Services, INc
2121 Alton Parkway, Ste  110
Irvine, CA 92606


Ocwen Loan Servicing LLC
PO Box 24736
West Palm Beach, FL 33416-4736


Ocwyn Loan Servicing LLC
PO Box 24736
West Palm Beach, FL 33416-4736


Pebble Creek HOA
8595 Eastern Ave
Las Vegas, NV 89123


Robert Lopez
1528 Splinter Rock Way
North Las Vegas, NV 89031

Rosanna Lopez
1528 Splinter Rock Way
North Las Vegas, NV 89031


Sables, LLC
3754 Howard Hughes Pkwy, Suite 200
Las Vegas, N 89169


Sandra Schafer
3383 Cloverdale Ct
Las Vegas, NV 89117-3951


Seaside Trustee Inc
Po Box 752377
Las Vegas, NV 89136


Secretary of State
101 N. Carson Street, Suite 3
Carson City, NV 89701


Selene Finance LP
PO Box 421517
Houston, TX 77242-1517


Selene Finance LP
POBox 421517
Houston, TX 77242


Seterus, Inc.
P.O. Box 1077
Hartford, CT 06143-1077


Shauna Brogan
1624 Desert Canyon Ct
Las Vegas, NV 89128

Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati OH 45274-0039


Silverado Rnch LMA C/O First Service Res
PO Box 54089
Los Angeles, CA 90054-0089


Summerlin North Community Assoc
2120 Snow Trail
Las Vegas, NV 89134-6709


TD Service Company
4000 W. Metropolitan Dr. Ste 400
Orange, CA 92868


Wells Fargo Home Mortgage
PO Box 7198
Pasadena, CA 91109-7198


West Sahara Community HOA c/p First Serv
P.O. Box 54089
Los Angeles, CA 90054-0089

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: §
§
**Schulte Properties, LLC** §     Case No. _____
§
§     Chapter   **11**
Debtor(s) §

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **5/31/2017**            **/s/ Melani Schulte** _____
Melani Schulte
Member
**Complete EIN:  82-1677615** _____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **5/31/2017**            **/s/ Amberlea Davis** _____
Amberlea Davis, Attorney for Debtor

**Fill in this information to identify the case:**

Debtor name    Schulte Properties

United States Bankruptcy Court for the:    Southern    District of    Nevada
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | David Pierce 9811 W. Charleston Blvd., 2-279 Las Vegas, NV 89117 | | Loan | Contingent Disputed | | | $45,000 |
| 2 | Amberlea Davis, Esq. 415 S. 6th St. Ste 300 Las Vegas, NV 89101 | Amberlea Davis amber@sheismylawyer.com 702-440-8000 | Prior attorney services already performed unrelated to bk | | | | $20,000 |
| 3 | Efren Sotelo 1401 Smokey Glen Cr Las Vegas, NV 89110 | | Loan | Contingent Disputed | | | $12,500 |
| 4 | Lucy Innuso 7413 Lattimore Dr. Las Vegas, NV 89110 | | Loan | Contingent Disputed | | | $7,500.00 |
| 5 | Elisa Chadbourne 5840 Tuscan Hill Ct. Las Vegas, NV 89141 | | Loan | Contingent Disputed | | | $2,500 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____     Case number *(if known)*_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |