# EXHIBIT 6

## Proof of Claim

# EXHIBIT 6

| Fill in this information to identify the case: |
|---|

| Debtor 1 | Schulte Properties LLC |
|---|---|
| Debtor 2 | |
| United States Bankruptcy Court for the: | District of Nevada, Las Vegas Division |
| Case number | 1812734 |

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C.§503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| **1. Who is the current creditor?** | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST  2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES2004-28CB |
|---|---|
| | Other names the creditor used with the debtor |

| **2. Has this claim been acquired from anyone else?** | ☑ No |
|---|---|
| | ☐ Yes    From whom? |

| **3. Where should notices and payments to the creditor be sent?** | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Shellpoint Mortgage Servicing<br>PO Box 10826 | Shellpoint Mortgage Servicing |
| | Greenville          SC          29603-0826 | |
| | Contact phone   (800) 365-7107 | Contact phone    (800) 365-7107 |
| | Contact email  mtgbk@shellpointmtg.com | Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one) | |

| **4. Does this claim amend one already filed?** | ☑ No |
|---|---|
| | ☐ Yes    Claim number on court claims registry (if known)                          Filed on |

| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No |
|---|---|
| | ☐ Yes    Who made the earlier filing? |

Official Form 410                                   **Proof of Claim**                                   Page                    1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No | |
| | ☑ Yes | Last 4 digits of the debtor's account or any number you use to identify the debtor: 6861 |

| | | |
|---|---|---|
| **7. How much is the claim?** | $171,520.96 | **Does this amount include interest or other charges?** |
| | | ☐ No |
| | | ☑ Yes  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

**9. Is all or part of the claim secured?**

☐ No

☑ Yes  The claim is secured by a lien on property.

**Nature of property:**  1392 Echo Falls Ave, Las Vegas, NV 89123

☑ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle.

☐ Other. Describe:

**Basis for perfection:**  Note/Mortgage

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recordsd.)

**Value of Property:**

**Amount of the claim that is secured:**  $171,520.96

**Amount of the claim that is unsecured:**  $0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $54,510.99

**Annual Interest Rate** (when case was filed)  5.0000000%

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes  Amount necessary to cure any default as of the date of the petition.

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes  Identify the property:

---

Official Form 410  |  **Proof of Claim**  |  Page  |  2

**12. Is all or part of this claim entitled to priority under 11 U.S.C. § 507(a)??**

☑ No

☐ Yes    *Check all that apply:*

Amount entitled to priority

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to government units. 11 U.S.C. § 507(a)(8)

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5)

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRPB 599(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    09/12/2018

/s/ Barbara Lebiedziewicz
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Barbara Lebiedziewicz |
| Title | Bankruptcy Case Manager |
| Company | Shellpoint Mortgage Servicing |
| Address | PO Box 10826 |
| | Greenville          SC          29603-0826 |
| Contact phone | (800) 365-7107          Contact email    mtgbk@shellpointmtg.com |

# Mortgage Proof of Claim Attachment

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case Number: | 1812734 |
| Debtor 1: | LLC Schulte Properties |
| Debtor 2: | |
| Last 4 digits to identify: | 6861 |
| Creditor: | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB |
| Servicer: | Shellpoint Mortgage Servicing |
| Fixed accrual/daily simple interest/other: | Fixed |

## Part 2: Total Debt Calculation

| | |
|---|---|
| Principal balance: | $128,870.89 |
| Interest due: | $36,041.12 |
| Fees, costs due: | $6,538.42 |
| Escrow deficiency for funds advanced: | $773.50 |
| Less funds on hand: - | ($702.97) |
| Total debt: | $171,520.96 |

## Part 3: Arrearage as of the Date of the Petition

| | |
|---|---|
| Principal & interest due: | $47,476.20 |
| Prepetition fees due: | $6,538.42 |
| Escrow deficiency for funds advanced: | $773.50 |
| Projected escrow shortage: | $425.84 |
| Less funds on hand: - | ($702.97) |
| Total prepetition arrearage: | $54,510.99 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & Interest: | $708.60 |
| Monthly escrow: | $160.55 |
| Private mortgage insurance: | $0.00 |
| Total monthly payment: | $869.15 |

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 708.60 | 708.60 | 708.60 | Regular Payment | 11/1/12 | 708.60 | | | | | | 101319.21 | | 3345.27 | | 14886.59 |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 12/1/12 | 1417.20 | | | | | | | | | | |
| 12/11/12 | | 708.60 | | Unapplied Payment | 7/1/09 | | | | | | 708.60 | | | | | 15595.19 |
| 12/11/12 | | 708.60 | | Unapplied Payment | 7/1/09 | | | | | | 708.60 | | | | | 16303.79 |
| 12/21/12 | | -317.76 | | Tax Bill 1 Disbursement | 7/1/09 | | | | | -317.76 | | | | 3027.51 | | |
| | 708.60 | | 708.60 | Regular Payment | 1/1/13 | 2125.80 | | | | | | | | | | |
| | 708.60 | | 708.60 | Regular Payment | 2/1/13 | 2834.40 | | | | | | | | | | |
| 2/19/13 | | -317.76 | | Tax Bill 1 Disbursement | 7/1/09 | | | | | -317.76 | | | | 2709.75 | | 17012.39 |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 3/1/13 | 3543.00 | | | | | | | | | | |
| 3/5/13 | | 708.60 | | Unapplied Payment | 7/1/09 | | | | | | 708.60 | | | | | |
| 3/5/13 | | 1397.99 | 1397.99 | Regular Payment | 2/1/10 | 3543.00 | 868.35 | 529.64 | | | | 100450.86 | | | | |
| 3/5/13 | | 218.19 | 218.19 | Regular Payment | 7/1/09 | 3543.00 | | 218.19 | | | | | | 2927.94 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 4/1/13 | 4251.60 | | | | | | | | | | |
| 4/2/13 | | 708.60 | | Unapplied Payment | 7/1/09 | | | | | | 708.60 | | | | | 17720.99 |

**Mortgage Proof of Claim Attachment**

Offical Form 410A

Page 1 of 9

**(12/15)**

# Mortgage Proof of Claim Attachment

Case Number:   1812734

Debtor 1:   LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/13 | | 708.60 | | Unapplied Payment | 7/1/09 | | | | | | 708.60 | | | | | 18429.59 |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 5/1/13 | 4960.20 | | | | | | 708.60 | | | | |
| 5/21/13 | | 1417.20 | 1397.99 | Unapplied Payment | 7/1/09 | | | | | | 1417.20 | | | | | 19846.79 |
| 5/21/13 | | 1397.99 | 1397.99 | Regular Payment | 3/1/10 | 4960.20 | | | | | | | | | | |
| 5/21/13 | | 218.19 | 218.19 | Regular Payment | 7/1/09 | 4960.20 | 872.60 | 525.39 | 218.19 | | | 99578.26 | | 3146.13 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 6/1/13 | 5668.80 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 7/1/13 | 6377.40 | | | | | | | | | | |
| 7/25/13 | | -377.00 | | Insurance Premium Dis | 7/1/09 | | | | -377.00 | | | | | 2769.13 | | |
| 7/29/13 | | -332.01 | | Tax Bill I Disbursemen | 7/1/09 | | | | -332.01 | | | | | 2437.12 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 8/1/13 | 7086.00 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 9/1/13 | 7794.60 | | | | | | | | | | |
| 9/19/13 | | -331.10 | | Tax Bill I Disbursemen | 7/1/09 | | | | -331.10 | | | | | 2106.02 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 10/1/13 | 8503.20 | | | | | | | | | | |
| 10/30/13 | | -2032.33 | | Tax Bill I Disbursemen | 7/1/09 | | | | -2032.33 | | | | | 73.69 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 11/1/13 | 9211.80 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 12/1/13 | 9920.40 | | | | | | | | | | |
| 12/18/13 | | -331.10 | | Tax Bill I Disbursemen | 7/1/09 | | | | -331.10 | | | | | -257.41 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 1/1/14 | 10629.00 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 2/1/14 | 11337.60 | | | | | | | | | | |
| 2/18/14 | | -331.10 | | Tax Bill I Disbursemen | 7/1/09 | | | | -331.10 | | | | | -588.51 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 3/1/14 | 12046.20 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 4/1/14 | 12754.80 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 5/1/14 | 13463.40 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 6/1/14 | 14172.00 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 7/1/14 | 14880.60 | | | | | | | | | | |
| 7/29/14 | | -390.00 | | Insurance Premium Dis | 7/1/09 | | | | -390.00 | | | | | -978.51 | | |
| 7/29/14 | | -341.94 | | Tax Bill I Disbursemen | 7/1/09 | | | | -341.94 | | | | | -1320.45 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 8/1/14 | 15589.20 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 9/1/14 | 16297.80 | | | | | | | | | | |
| 9/19/14 | | -341.03 | | Tax Bill I Disbursemen | 7/1/09 | | | | -341.03 | | | | | -1661.48 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 10/1/14 | 17006.40 | | | | | | | | | | |
| 10/6/14 | | 390.00 | | Insurance Refund | 7/1/09 | | | | 390.00 | | | | | -1271.48 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 11/1/14 | 17715.00 | | | | | | | | | | |

# Mortgage Proof of Claim Attachment

(12/15)

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/14 | 708.60 | 708.60 | 708.60 | Regular Payment | 12/1/14 | 18423.60 | | | | | | | | | | |
| | 708.60 | -341.03 | | Tax Bill 1 Disbursemer | 7/1/09 | | | | -341.03 | | | | | -1612.51 | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 1/1/15 | 19132.20 | | | | | | | | | | |
| | 708.60 | 708.60 | 708.60 | Regular Payment | 2/1/15 | 19840.80 | | | | | | | | | | |
| 2/12/15 | | -341.03 | | Tax Bill 1 Disbursemer | 7/1/09 | | | | -341.03 | | | | | -1953.54 | | |
| 3/30/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 3/1/15 | 20549.40 | | | | | | | | | | |
| 3/30/15 | | 3159.86 | 3159.86 | Unapplied Payment | 7/1/09 | | | | | | 3159.86 | | | | | 23006.65 |
| 3/30/15 | | -654.57 | -654.57 | Escrow Adjustment | 7/1/09 | | | | -654.57 | | | | | -2608.11 | | |
| 3/30/15 | | -2505.29 | -2505.29 | Principal Adjustment | 7/1/09 | | -2505.29 | | | | | 102083.55 | | | | |
| 3/31/15 | | 1688.72 | 1688.72 | Unapplied Payment | 7/1/09 | | | | | | 1688.72 | | | | | 24695.37 |
| 3/31/15 | | -1688.72 | -1688.72 | Interest Adj - Prior Ye | 7/1/09 | | | -1688.72 | | | | | | | | |
| 3/31/15 | | -708.60 | -708.60 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 23986.77 |
| 3/31/15 | | -708.60 | -708.60 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 23278.17 |
| 3/31/15 | | -708.60 | -708.60 | Regular Payment | 7/1/09 | 20549.40 | -6862.92 | 6372.51 | -218.19 | | | 108946.47 | | -2826.30 | | |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 7/1/09 | 20549.40 | -843.27 | -554.72 | | | | 109789.74 | | | | |
| 3/31/15 | | -708.60 | -708.60 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 22569.57 |
| 3/31/15 | | -218.19 | -218.19 | Regular Payment | 8/1/09 | 20549.40 | -847.40 | -550.59 | -218.19 | | | 110637.14 | | -3044.49 | | |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 7/1/09 | 20549.40 | | | | | | | | | | |
| 3/31/15 | | -708.60 | -708.60 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 21860.97 |
| 3/31/15 | | -218.19 | -218.19 | Regular Payment | 9/1/09 | 20549.40 | -851.55 | -546.44 | -218.19 | | | 111488.69 | | -3262.68 | | |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 7/1/09 | 20549.40 | | | | | | | | | | |
| 3/31/15 | | -218.19 | -218.19 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 21152.37 |
| 3/31/15 | | -708.60 | -708.60 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 20443.77 |
| 3/31/15 | | -218.19 | -218.19 | Regular Payment | 10/1/09 | 20549.40 | -855.72 | -542.27 | -218.19 | | | 112344.41 | | -3480.87 | | |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 7/1/09 | 20549.40 | | | | | | | | | | |
| 3/31/15 | | -218.19 | -218.19 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 19735.17 |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 11/1/09 | 20549.40 | -859.91 | -538.08 | -218.19 | | | 113204.32 | | -3699.06 | | |
| 3/31/15 | | -708.60 | -708.60 | Regular Payment | 7/1/09 | 20549.40 | | | | | | | | | | |
| 3/31/15 | | -218.19 | -218.19 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 19026.57 |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 12/1/09 | 20549.40 | -864.12 | -533.87 | -218.19 | | | 114068.44 | | -3917.25 | | |
| 3/31/15 | | -708.60 | -708.60 | Regular Payment | 7/1/09 | 20549.40 | | | | | | | | | | |
| 3/31/15 | | -218.19 | -218.19 | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 18317.97 |
| 3/31/15 | | -218.19 | -218.19 | Regular Payment | 7/1/09 | 20549.40 | | | -218.19 | | | | | -4135.44 | | |

# Mortgage Proof of Claim Attachment

(12/15)

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 17609.37 |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 1/1/10 | 20549.40 | -868.35 | -529.64 | | | | 114936.79 | | | | |
| 3/31/15 | | -708.60 | | Unapplied Payment | 7/1/09 | | | | | | -708.60 | | | | | 17609.37 |
| 3/31/15 | | -218.19 | -218.19 | Regular Payment | 7/1/09 | 20549.40 | | | -218.19 | | | | | -4353.63 | | |
| 3/31/15 | | -1397.99 | -1397.99 | Regular Payment | 2/1/10 | 20549.40 | -872.60 | -525.39 | | | | 115809.39 | | | | |
| 4/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 4/1/15 | 21258.00 | | | | | | | | | | |
| 4/15 | | 708.60 | | Unapplied Adjust | 7/1/09 | | | | | | | | | | | |
| 4/16/15 | | 7535.65 | | Escrow Adjustment | 3/1/11 | | | | 7535.65 | | | | | 3182.02 | | |
| 4/16/15 | | -33606.95 | | Principal Adjustment | 3/1/11 | | -33606.95 | | | | | 149416.34 | | | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 3/1/11 | 21258.00 | 911.81 | 486.18 | 218.19 | | | 148504.53 | | 3400.21 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 2/1/11 | 21258.00 | 907.37 | 490.62 | 218.19 | | | 147597.16 | | 3618.40 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 1/1/11 | 21258.00 | 902.95 | 495.04 | 218.19 | | | 146694.21 | | 3836.59 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 12/1/10 | 21258.00 | 898.55 | 499.44 | 218.19 | | | 145795.66 | | 4054.78 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 11/1/10 | 21258.00 | 894.17 | 503.82 | 218.19 | | | 144901.49 | | 4272.97 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 10/1/10 | 21258.00 | 889.81 | 508.18 | 218.19 | | | 144011.68 | | 4491.16 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 9/1/10 | 21258.00 | 885.48 | 512.51 | 218.19 | | | 143126.20 | | 4709.35 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 8/1/10 | 21258.00 | 881.16 | 516.83 | 218.19 | | | 142245.04 | | 4927.54 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 7/1/10 | 21258.00 | 876.87 | 521.12 | 218.19 | | | 141368.17 | | 5145.73 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 6/1/10 | 21258.00 | 872.60 | 525.39 | 218.19 | | | 140495.57 | | 5363.92 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 5/1/10 | 21258.00 | 868.35 | 529.64 | 218.19 | | | 139627.22 | | 5582.11 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 4/1/10 | 21258.00 | 864.12 | 533.87 | 218.19 | | | 138763.10 | | 5800.30 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 3/1/10 | 21258.00 | 859.91 | 538.08 | 218.19 | | | 137903.19 | | 6018.49 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 2/1/10 | 21258.00 | 855.72 | 542.27 | 218.19 | | | 137047.47 | | 6236.68 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 1/1/10 | 21258.00 | 851.55 | 546.44 | 218.19 | | | 136195.92 | | 6454.87 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 12/1/09 | 21258.00 | 847.40 | 550.59 | 218.19 | | | 135348.52 | | 6673.06 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 11/1/09 | 21258.00 | 843.27 | 554.72 | 218.19 | | | 134505.25 | | 6891.25 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 10/1/09 | 21258.00 | 839.16 | 558.83 | 218.19 | | | 133666.09 | | 7109.44 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 9/1/09 | 21258.00 | 835.08 | 562.91 | 218.19 | | | 132831.01 | | 7327.63 | | |
| 4/16/15 | | 1616.18 | 1616.18 | Regular Payment | 8/1/09 | 21258.00 | 831.01 | 566.98 | 218.19 | | | 132000.00 | | 7545.82 | | |
| 4/16/15 | | 0.36 | | Escrow Adjustment | 7/1/09 | | | | 0.36 | 0.36 | | | | 7546.18 | | |
| 4/16/15 | | -0.36 | | Unapplied Adjust | 7/1/09 | | | | | | -0.36 | | | | | 17609.01 |
| 4/17/15 | | 708.60 | 708.60 | Regular Payment | 10/1/12 | 21258.00 | 170.93 | 537.67 | | | | 131829.07 | | | | |
| 4/17/15 | | 708.60 | 708.60 | Regular Payment | 9/1/12 | 21258.00 | 170.22 | 538.38 | | | | 131658.85 | | | | |
| 4/17/15 | | 708.60 | 708.60 | Regular Payment | 8/1/12 | 21258.00 | 169.51 | 539.09 | | | | 131489.34 | | | | |

(12/15)

# Mortgage Proof of Claim Attachment

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 7/1/12 | 21258.00 | 168.81 | 539.79 | | | | 131320.53 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 6/1/12 | 21258.00 | 168.11 | 540.49 | | | | 131152.42 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 5/1/12 | 21258.00 | 167.41 | 541.19 | | | | 130985.01 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 4/1/12 | 21258.00 | 166.71 | 541.89 | | | | 130818.30 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 3/1/12 | 21258.00 | 166.02 | 542.58 | | | | 130652.28 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 2/1/12 | 21258.00 | 165.33 | 543.27 | | | | 130486.95 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 1/1/12 | 21258.00 | 164.65 | 543.95 | | | | 130322.30 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 12/1/11 | 21258.00 | 163.96 | 544.64 | | | | 130158.34 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 11/1/11 | 21258.00 | 163.28 | 545.32 | | | | 129995.06 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 10/1/11 | 21258.00 | 162.61 | 545.99 | | | | 129832.45 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 9/1/11 | 21258.00 | 161.93 | 546.67 | | | | 129670.52 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 8/1/11 | 21258.00 | 161.26 | 547.34 | | | | 129509.26 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 7/1/11 | 21258.00 | 160.59 | 548.01 | | | | 129348.67 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 6/1/11 | 21258.00 | 159.92 | 548.68 | | | | 129188.75 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 5/1/11 | 21258.00 | 159.26 | 549.34 | | | | 129029.49 | | | | |
| 4/17/15 | 708.60 | 708.60 | 708.60 | Regular Payment | 4/1/11 | 21258.00 | 158.60 | 550.00 | | | | 128870.89 | | | | -702.97 |
| 4/17/15 | | -18311.98 | | Unapplied Adjust | 3/1/11 | | | | | | -18311.98 | | | | | |
| 4/17/15 | 708.60 | | 708.60 | Regular Payment | 5/1/15 | 21966.60 | | | | | | | | | | |
| 4/17/15 | 708.60 | | 708.60 | Regular Payment | 6/1/15 | 22675.20 | | | | | | | | | | |
| 4/17/15 | 708.60 | | 708.60 | Regular Payment | 7/1/15 | 23383.80 | | | | | | | | | | |
| 7/16/15 | | -392.00 | | Insurance Premium Dis | 10/1/12 | | | | -392.00 | | | | | 7154.18 | | |
| 7/30/15 | | -353.04 | | Tax Bill 1 Disbursemer | 10/1/12 | | | | -353.04 | | | | | 6801.14 | | |
| 8/17/15 | 708.60 | | 708.60 | Regular Payment | 8/1/15 | 24092.40 | | | | | | | | | | |
| 8/17/15 | | -3400.57 | | Escrow Disbursement | 11/1/12 | | | | -3400.57 | | | | | 3400.57 | | |
| | | | -3400.57 | Unapplied Adjust | 11/1/12 | | | | | | | | | | | |
| 9/9/15 | 708.60 | | 708.60 | Regular Payment | 9/1/15 | 24801.00 | | | | | | | | | | |
| 9/9/15 | | | -15.00 | Property Pres | 11/1/12 | | | | | -15.00 | | | | | 15.00 | |
| 10/1/15 | 708.60 | | 708.60 | Regular Payment | 10/1/15 | 25509.60 | | | | | | | | | | |
| 10/1/15 | | -351.95 | | Tax Bill 2 Disbursemer | 10/7/15 | | | | -351.95 | | | | | 3048.62 | | |
| 10/28/15 | | 351.95 | | Tax Refund Report | 11/1/12 | | | | 351.95 | | | | | 3400.57 | | |
| | 708.60 | | 708.60 | Regular Payment | 11/1/15 | 26218.20 | | | | | | | | | | |
| 12/16/15 | 708.60 | | 708.60 | Regular Payment | 12/1/15 | 26926.80 | | | | | | | | | | |
| 12/16/15 | | -351.95 | | Tax Bill 3 Disbursemer | 12/31/15 | | | | -351.95 | | | | | 3048.62 | | |

# Mortgage Proof of Claim Attachment

**(12/15)**

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/16 | 708.60 | | 708.60 | Regular Payment | 1/1/16 | 27635.40 | | | | | | | | | | |
| 1/11/16 | | | -15.00 | Property Pres | 11/1/12 | | | | | -15.00 | | | | | 30.00 | |
| 1/11/16 | | | -350.00 | Attorney Cost | 11/1/12 | | | | | -350.00 | | | | | 380.00 | |
| 1/19/16 | | | -200.00 | Attorney Cost | 11/1/12 | | | | | -200.00 | | | | | 580.00 | |
| 2/1/16 | 708.60 | | 708.60 | Regular Payment | 2/1/16 | 28344.00 | | | | | | | | | | |
| 2/1/16 | | | -15.00 | Property Pres | 11/1/12 | | | | | -15.00 | | | | | 595.00 | |
| 2/8/16 | | -351.95 | | Tax Refund Report | 11/1/12 | | | | -351.95 | | | | | 2696.67 | | |
| 2/10/16 | | -351.95 | | Tax Bill 4 Disbursemer | 3/3/16 | | | | -351.95 | | | | | 2344.72 | | |
| 4/13/16 | 708.60 | | 708.60 | Regular Payment | 3/1/16 | 29052.60 | | | | | | | | | | |
| 4/13/16 | 708.60 | | 708.60 | Regular Payment | 4/1/16 | 29761.20 | | | | | | | | | | |
| 4/13/16 | | | -13.00 | Property Inspection | 11/1/12 | | | | | -13.00 | | | | | 608.00 | |
| 4/17/16 | | | -35.43 | Late Charge Assess | 4/1/16 | | | | | -35.43 | | | | | 643.43 | |
| 5/17/16 | 708.60 | | 708.60 | Regular Payment | 5/1/16 | 30469.80 | | | | | | | | | | |
| 5/17/16 | | | -35.43 | Late Charge Assess | 5/1/16 | | | | | -35.43 | | | | | 678.86 | |
| 5/21/16 | | | -13.00 | Property Inspection | 11/1/12 | | | | | -13.00 | | | | | 691.86 | |
| 6/8/16 | 708.60 | | 708.60 | Regular Payment | 6/1/16 | 31178.40 | | | | | | | | | | |
| 6/8/16 | | | -13.00 | Property Inspection | 11/1/12 | | | | | -13.00 | | | | | 704.86 | |
| 6/17/16 | | | -35.43 | Late Charge Assess | 6/1/16 | | | | | -35.43 | | | | | 740.29 | |
| 7/17/16 | 708.60 | | 708.60 | Regular Payment | 7/1/16 | 31887.00 | | | | | | | | | | |
| 7/17/16 | | | -35.43 | Late Charge Assess | 7/1/16 | | | | | -35.43 | | | | | 775.72 | |
| 7/20/16 | | | -13.00 | Property Inspection | 11/1/12 | | | | | -13.00 | | | | | 788.72 | |
| 7/25/16 | | -354.46 | | Tax Bill 1 Disbursemer | 8/19/16 | | | | -354.46 | | | | | 1990.26 | | |
| 8/8/16 | 708.60 | | 708.60 | Regular Payment | 8/1/16 | 32595.60 | | | | | | | | | | |
| 8/8/16 | | -404.00 | | Insurance Premium Dis | 8/14/16 | | | | -404.00 | | | | | 1586.26 | | |
| 8/17/16 | | | -35.43 | Late Charge Assess | 8/1/16 | | | | | -35.43 | | | | | 824.15 | |
| 8/23/16 | | | -13.00 | Property Pres | 11/1/12 | | | | | -13.00 | | | | | 837.15 | |
| 9/13/16 | 708.60 | | 708.60 | Regular Payment | 9/1/16 | 33304.20 | | | | | | | | | | |
| 9/13/16 | | | -13.00 | Property Pres | 11/1/12 | | | | | -13.00 | | | | | 850.15 | |
| 9/13/16 | | -457.50 | -457.50 | Foreclosure Trustee | 11/1/12 | | | | | -457.50 | | | | | 1307.65 | |
| 9/14/16 | | -352.65 | | Tax Bill 2 Disbursemer | 10/7/16 | | | | -352.65 | | | | | 1233.61 | | |
| 9/17/16 | | | -35.43 | Late Charge Assess | 9/1/16 | | | | | -35.43 | | | | | 1343.08 | |
| 10/12/16 | 708.60 | | 708.60 | Regular Payment | 10/1/16 | 34012.80 | | | | | | | | | | |
| 10/12/16 | | | 70.86 | Late Charge Waive | 11/1/12 | | | | | 70.86 | | | | | 1272.22 | |

# Mortgage Proof of Claim Attachment

(12/15)

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & ese past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/16 | | | -35.43 | Late Charge Assess | 10/17/16 | | | | | | -35.43 | | | | 1307.65 | |
| 10/24/16 | | | -13.00 | Property Inspection | 11/1/16 | | | | | | -13.00 | | | | 1320.65 | |
| 11/17/16 | 708.60 | | 708.60 | Regular Payment | 11/1/16 | 34721.40 | | | | | | | | | | |
| 11/17/16 | | | -35.43 | Late Charge Assess | 11/1/16 | | | | | | -35.43 | | | | 1356.08 | |
| 11/21/16 | | | -13.00 | Property Inspection | 11/1/16 | | | | | | -13.00 | | | | 1369.08 | |
| 12/14/16 | 708.60 | | 708.60 | Regular Payment | 12/1/16 | 35430.00 | | | | | | | | | | |
| 12/14/16 | | -352.65 | | Tax Bill 3 Disbursement | 12/31/16 | | | | -352.65 | | | | | 880.96 | | |
| 12/14/16 | | | 70.86 | Late Charge Waive | 11/1/16 | | | | | | 70.86 | | | | 1298.22 | |
| 12/15/16 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 1311.22 | |
| 12/17/16 | | | -35.43 | Late Charge Assess | 12/1/16 | | | | | | -35.43 | | | | 1346.65 | |
| 12/23/16 | | | 35.43 | Late Charge Waive | 11/1/12 | | | | | | 35.43 | | | | 1311.22 | |
| 1/3/17 | 708.60 | | 708.60 | Regular Payment | 1/1/17 | 36138.60 | | | | | | | | | | |
| 1/12/17 | | | -55.00 | FC Costs | 11/1/12 | | | | | | -55.00 | | | | 1366.22 | |
| 1/12/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 1379.22 | |
| 1/17/17 | | | -35.43 | Late Charge Assess | 1/1/17 | | | | | | -35.43 | | | | 1414.65 | |
| 2/2/17 | 708.60 | | 708.60 | Regular Payment | 2/1/17 | 36847.20 | | | | | | | | | | |
| 2/2/17 | | | -305.00 | Foreclosure Trustee | 11/1/12 | | | | | | -305.00 | | | | 1719.65 | |
| 2/2/17 | | | -420.00 | FC Costs | 11/1/12 | | | | | | -420.00 | | | | 2139.65 | |
| 2/2/17 | | | -75.00 | FC Costs | 11/1/12 | | | | | | -75.00 | | | | 2214.65 | |
| 2/2/17 | | | -144.90 | Certified Mail Cost | 11/1/12 | | | | | | -144.90 | | | | 2359.55 | |
| 2/2/17 | | | -43.00 | Recording Cost | 11/1/12 | | | | | | -43.00 | | | | 2402.55 | |
| 2/2/17 | | | -222.00 | Recording Cost | 11/1/12 | | | | | | -222.00 | | | | 2624.55 | |
| 2/14/17 | | -352.65 | | Tax Bill 4 Disbursement | 3/3/17 | | | | -352.65 | | | | | 528.31 | | |
| 2/14/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 2637.55 | |
| 2/17/17 | | | -35.43 | Late Charge Assess | 2/1/17 | | | | | | -35.43 | | | | 2672.98 | |
| 3/10/17 | 708.60 | | 708.60 | Regular Payment | 3/1/17 | 37555.80 | | | | | | | | | | |
| 3/10/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 2685.98 | |
| 4/10/17 | 708.60 | | 708.60 | Regular Payment | 4/1/17 | 38264.40 | | | | | | | | | | |
| 4/10/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 2698.98 | |
| 5/10/17 | 708.60 | | 708.60 | Regular Payment | 5/1/17 | 38973.00 | | | | | | | | | | |
| 5/10/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 2711.98 | |
| 6/6/17 | 708.60 | | 708.60 | Regular Payment | 6/1/17 | 39681.60 | | | | | | | | | | |
| 6/6/17 | | | -310.00 | BPO/Aprsl Cost | 11/1/12 | | | | | | -310.00 | | | | 3021.98 | |

# Mortgage Proof of Claim Attachment

(12/15)

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 3034.98 | |
| 6/26/17 | | | -130.56 | Certified Mail Cost | 11/1/12 | | | | | | -130.56 | | | | 3165.54 | |
| 6/26/17 | | | -120.00 | FC Costs | 11/1/12 | | | | | | -120.00 | | | | 3285.54 | |
| 6/26/17 | | | -330.00 | FC Costs | 11/1/12 | | | | | | -330.00 | | | | 3615.54 | |
| 6/26/17 | | | -18.00 | Recording Cost | 11/1/12 | | | | | | -18.00 | | | | 3633.54 | |
| 7/10/17 | 708.60 | | 708.60 | Regular Payment | 7/1/17 | 40390.20 | | | | | | | | | | |
| 7/10/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 3646.54 | |
| 7/11/17 | | | -7.20 | Certified Mail Cost | 11/1/12 | | | | | | -7.20 | | | | 3653.74 | |
| 7/18/17 | | -417.00 | | Insurance Premium Dis | 8/14/17 | | | | -417.00 | | | | | 111.31 | | |
| 8/8/17 | 708.60 | | 708.60 | Regular Payment | 8/1/17 | 41098.80 | | | | | | | | | | |
| 8/8/17 | | -363.62 | | Tax Bill 1 Disbursemer | 8/19/17 | | | | -363.62 | | | | | -252.31 | | |
| 8/9/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 3666.74 | |
| 8/10/17 | | 417.00 | | Insurance Refund | 11/1/12 | | | | 417.00 | | | | | 164.69 | | |
| 8/25/17 | | | -350.00 | Appraisal | 11/1/12 | | | | | | -350.00 | | | | 4016.74 | |
| 9/7/17 | 708.60 | | 708.60 | Regular Payment | 9/1/17 | 41807.40 | | | | | | | | | | |
| 9/7/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4029.74 | |
| 9/20/17 | | -361.82 | | Tax Bill 2 Disbursemer | 10/7/17 | | | | -361.82 | | | | | -197.13 | | |
| 10/11/17 | 708.60 | | 708.60 | Regular Payment | 10/1/17 | 42516.00 | | | | | | | | | | |
| 10/11/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4042.74 | |
| 11/13/17 | 708.60 | | 708.60 | Regular Payment | 11/1/17 | 43224.60 | | | | | | | | | | |
| 11/13/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4055.74 | |
| 12/13/17 | 708.60 | | 708.60 | Regular Payment | 12/1/17 | 43933.20 | | | | | | | | | | |
| 12/13/17 | | -361.82 | | Tax Bill 3 Disbursemer | 12/31/17 | | | | -361.82 | | | | | -558.95 | | |
| 12/13/17 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4068.74 | |
| 12/31/17 | | 147.27 | | Int on Escrow Pmt | 11/1/12 | | | | 147.27 | | | | | -411.68 | | |
| 2/1/18 | 708.60 | | 708.60 | Regular Payment | 1/1/18 | 44641.80 | | | | | | | | | | |
| 2/1/18 | 708.60 | | 708.60 | Regular Payment | 2/1/18 | 45350.40 | | | | | | | | | | |
| 2/8/18 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4081.74 | |
| 2/8/18 | | -361.82 | | Tax Bill 4 Disbursemer | 3/3/18 | | | | -361.82 | | | | | -773.50 | | |
| 3/15/18 | 708.60 | | 708.60 | Regular Payment | 3/1/18 | 46059.00 | | | | | | | | | | |
| 3/15/18 | | | -13.00 | Property Inspection | 11/1/12 | | | | | | -13.00 | | | | 4094.74 | |
| 3/17/18 | | -35.43 | | Late Charge Assess | 3/1/18 | | | | | -35.43 | | | | | 4130.17 | |
| 3/17/18 | 708.60 | | 708.60 | Regular Payment | 4/1/18 | 46767.60 | | | | | | | | | | |

Offical Form 410A                    **Mortgage Proof of Claim Attachment**

**Mortgage Proof of Claim Attachment**

(12/15)

Case Number: 1812734

Debtor 1: LLC Schulte Properties

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/18 | | | -35.43 | Late Charge Assess | 4/1/18 | | | | | -35.43 | -35.43 | | | | 4165.60 | |
| 5/2/18 | 708.60 | 708.60 | 708.60 | Regular Payment | 5/1/18 | 47476.20 | | | | | | | | | | |
| 5/2/18 | | | -1525.00 | Foreclosure Trustee | 11/1/12 | | | | | -1525.00 | | | | | 5690.60 | |
| 5/2/18 | | | -13.00 | Property Inspection | 11/1/12 | | | | | -13.00 | | | | | 5703.60 | |
| 5/10/18 | | | -40.00 | Recording Cost | 11/1/12 | | | | | -40.00 | | | | | 5743.60 | |
| 5/10/18 | | | -2.82 | Certified Mail Cost | 11/1/12 | | | | | -2.82 | | | | | 5746.42 | |
| 5/10/18 | | | -792.00 | FC Costs | 11/1/12 | 47476.20 | | | | -792.00 | | 128870.89 | | -773.50 | 6538.42 | -702.97 |

Exhibit 'A'

Case No.:     1812734

Debtors:      LLC Schulte Properties                                SS No.

Address:      1392 Echo Falls Ave

              Las Vegas              NV              89123

Loan No:      6861

On filing petition 05/10/2018 debtor(s) owed claimant $128,870.89 plus interest on arrearages at   5.000000%   per annum (rate at petition) from 11/01/2012.

ARREARAGES owed as of 05/10/2018, the date of filing of the petition.

| From Date | Through Date | Type of Charge | # | Unit Charge | Total |
|---|---|---|---|---|---|
| 11/01/2012 | 05/01/2018 | Payment @ 5% | 67 | $708.60 | $47,476.20 |
| | | Late Charge | | | $283.44 |
| | | Attorney Cost | | | $550.00 |
| | | FC Costs | | | $1,792.00 |
| | | Foreclosure Trustee | | | $2,287.50 |
| | | BPO/Aprsl Cost | | | $310.00 |
| | | Recording Cost | | | $323.00 |
| | | Property Inspection | | | $286.00 |
| | | Appraisal | | | $350.00 |
| | | Certified Mail Cost | | | $285.48 |
| | | Property Pres | | | $71.00 |
| | | Escrow Deficiency | | | $773.50 |
| | | Escrow Shortage | | | $425.84 |
| | | Unapplied | | | ($702.97) |
| | | | | Subtotal | **$54,510.99** |
| | | | | **Total:** | **$54,510.99** |

The above figures represent the delinquency at the time of filing and do not reflect payments received after the date of filing of the bankruptcy.

Late charges accrue to the account when payments are received 16 days past the payment due date.

Loan agreements that provided for interest calculated at a daily simple rate will be reset to reflect a standard amortization rate during the pendency of your current bankruptcy.

## Exhibit 'A1'

Case No.:        1812734

Debtors:        LLC Schulte Properties                                    SS No.

Address:        1392 Echo Falls Ave

                Las Vegas                NV                89123

Loan No:        6861

On filing petition  05/10/2018  debtor(s) owed claimant total debt of $171,520.96.

The Total Debt owed at petition:

| | |
|---|---|
| Principal Balance | $128,870.89 |
| Interest | $36,041.12 |
| Late Charge | $283.44 |
| Attorney Cost | $550.00 |
| FC Costs | $1,792.00 |
| Foreclosure Trustee | $2,287.50 |
| BPO/Aprsl Cost | $310.00 |
| Recording Cost | $323.00 |
| Property Inspection | $286.00 |
| Appraisal | $350.00 |
| Certified Mail Cost | $285.48 |
| Property Pres | $71.00 |
| Escrow Deficiency | $773.50 |
| Unapplied | ($702.97) |

**Total Debt:**                                **$171,520.96**

The above figures represent the owed at the time of filing and do not reflect payments received after the date of filing of the bankruptcy.

Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this proof of claim for BANK OF NEW YORK AS TRUSTEE FOR CWALT 2004-28CB. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC, ALTERNATIVE LOAN TRUST  2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB .

Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.



### Shellpoint
### Mortgage Servicing

Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601
For Inquiries: (800) 365-7107

MELANI SCHULTE
9811 W. Charleston Blvd
Ste 2-351
Las Vegas NV 89117

| | |
|---|---|
| Analysis Date: | May 10, 2018 |
| Loan: | 861 |
| Property Address: | |
| 1392 Echo Falls Ave | |
| Las Vegas, NV 89123 | |

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jun 01, 2018 |
|---|---|---|
| P & I Pmt: | $708.60 | $708.60 |
| Escrow Pmt: | $0.00 | $160.57 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $708.60 | $869.17 |

| Prior Esc Pmt | March 01, 2018 |
|---|---|
| P & I Pmt: | $708.60 |
| Escrow Pmt: | $155.51 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $864.11 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 01, 2013 |
| Escrow Balance: | $0.00 |
| Anticipated Pmts to Escrow: | $0.00 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $0.00 |

| Shortage/Overage Information | Effective Jun 01, 2018 |
|---|---|
| Upcoming Total Annual Bills | $1,926.85 |
| Required Cushion | $0.00 |
| Required Starting Balance | $425.84 |
| Escrow Shortage | ($425.84) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $321.14 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Mar 2018 to May 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | $310.98 | ($773.50) |
| Mar 2018 | $155.51 | | $361.82 | | * County Tax | $104.67 | ($773.50) |
| Apr 2018 | $155.51 | | | | * | $260.18 | ($773.50) |
| May 2018 | $155.51 | | | | * | $415.69 | ($773.50) |
| | | | | | Anticipated Transactions | $415.69 | ($773.50) |
| May 2018 | | P | | | | | ($773.50) |
| | $466.53 | $0.00 | $361.82 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final_POC_Pre

| | | |
|---|---|---|
| Analysis Date: | | May 10, 2018 |
| Loan: | 6861 | |

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $0.00 | $425.84 |
| Jun 2018 | $160.57 | | | $160.57 | $586.41 |
| Jul 2018 | $160.57 | | | $321.14 | $746.98 |
| Aug 2018 | $160.57 | $417.00 | Hazard | $64.71 | $490.55 |
| Aug 2018 | | $378.79 | County Tax | ($314.08) | $111.76 |
| Sep 2018 | $160.57 | | | ($153.51) | $272.33 |
| Oct 2018 | $160.57 | $377.02 | County Tax | ($369.96) | $55.88 |
| Nov 2018 | $160.57 | | | ($209.39) | $216.45 |
| Dec 2018 | $160.57 | $377.02 | County Tax | ($425.84) | $0.00 |
| Jan 2019 | $160.57 | | | ($265.27) | $160.57 |
| Feb 2019 | $160.57 | | | ($104.70) | $321.14 |
| Mar 2019 | $160.57 | $377.02 | County Tax | ($321.15) | $104.69 |
| Apr 2019 | $160.57 | | | ($160.58) | $265.26 |
| May 2019 | $160.57 | | | ($0.01) | $425.83 |
| | $1,926.84 | $1,926.85 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($0.00). Your starting
balance (escrow balance required) according to this analysis should be $425.84. This means you have a shortage of $425.84.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be $1,926.85. We divide that amount by the number of payments expected during the coming year
to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | $160.57 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $160.57 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603-0826

Phone Number:          (800) 365-7107
Fax:                          (866) 467-1137

Email:       mtgbk@shellpointmtg.com

---

RE: Debtor 1     Schulte Properties, LLC
        Debtor 2

Case No:    1812734

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 9/12/2018.

District of Nevada, Las Vegas Division
300 Las Vegas Blvd. South
Las Vegas, NV  89101

Matthew L. Johnson
8831 West Sahara Ave
Las Vegas, NV  89117

/s/ Barbara Lebiedziewicz

After Recorded Return To:                    I

Shellpoint Mortgage Servicing              I

75 Beattie Place                                  I

Greenville, SC 29601                          I

Attention:                                           I

2015073111
P/ATTY    Book: DE 2473 Page: 2733 - 2735        3 Pgs
September 18, 2015  01:18:49 PM
Rec: $15.00
**FILED IN GREENVILLE COUNTY, SC** *Timothy of Hussey*

---

## LIMITED POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS:**

THAT, BANK OF AMERICA, N.A., a national banking association located at 7105 Corporate Drive, Plano, TX  75024 ("Seller"),[1] by these presents does hereby make, constitute and appoint New Penn Financial, LLC dba Shellpoint Mortgage Servicing, a Delaware limited liability company, located at 75 Beattie Place, Greenville, SC 29601 ("Servicer"), Seller's true and lawful attorney-in-fact, and hereby grants it authority and power to take, through its duly authorized officers, the Actions (as such term is defined herein) in Seller's name, place and stead.  This limited power of attorney ("Limited Power of Attorney") is given in connection with, and relates solely to that certain Sale of Servicing Rights and Interim Servicing for Certain Mortgage Loans Letter dated as of August 3, 2015, between Seller and Servicer, under the terms of which Seller sold to Servicer the servicing rights to certain mortgage loans (such loans, the "Loans").  Each of the Loans comprises a promissory note evidencing a right to payment and performance secured by a security interest or other lien on real property evidenced by one or more mortgages, deeds of trust, deeds to secure debt or other forms of security instruments (each, a "Mortgage").  The parties agree that this Limited Power of Attorney is coupled with an interest.

As used above, the term "Actions" shall mean and be limited to the following acts, in each case only with respect to one or another of the Loans and only as mandated or permitted by federal, state or local laws or other legal requirements or restrictions:

1. Execute or file assignments of mortgages, or of any beneficial interest in a Mortgage;

2. Execute or file reconveyances, deeds of reconveyance or releases or satisfactions of mortgage or similar instruments releasing the lien of a Mortgage;

3. Correct or otherwise remedy any errors or deficiencies contained in any transfer or reconveyance documents provided or prepared by Seller or a prior transferor, including, but not limited to note indorsements;

4. Indorse all checks, drafts and/or other negotiable instruments made payable to Seller as payments by borrowers in connection with the Loans;

---

[1] This Limited Power of Attorney is intended to cover Actions, as such term is defined herein, taken in the name of: Bank of America, N.A.; or Bank of America, N.A., as successor by merger to BAC Home Loans Servicing LP formerly known as Countrywide Home Loans Servicing LP.

LIMITED POWER OF ATTORNEY TO NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING

THIS INSTRUMENT PREPARED BY AMIE ELDRED 7315 S DURANGO DRIVE, LAS VEGAS, NV 89113

1

5. Execute or file quitclaim deeds or, only where necessary and appropriate, special warranty deeds or other deeds causing the transfer of title to Servicer or a third party, in respect of property acquired through a foreclosure or deed-in-lieu of foreclosure ("REO Property");

6. Execute and deliver documentation with respect to the marketing and sale of REO Property, including, without limitation: listing agreements; purchase and sale agreements; escrow instructions; HUD-1 settlement statements; and any other document necessary to effect the transfer of REO Property;

7. Execute or file any documents necessary and appropriate to substitute the creditor or foreclosing party in a bankruptcy or foreclosure proceeding in respect of any of the Loans;

*provided, however*, that nothing herein shall permit Servicer to commence, continue, or otherwise prosecute or pursue any foreclosure proceedings in the name of Seller. All indorsements executed pursuant to this Limited Power of Attorney shall contain the words "without recourse," and unless the law requires otherwise, all other documents of transfer executed pursuant to this Limited Power of Attorney shall contain the following sentence: "This [*insert document title*] is made without recourse to or against [*insert name of entity in whose name the Action is taken*] or Bank of America, N.A., and without representation or warranty, express or implied, by [*insert name of entity in whose name the Action is taken*] or Bank of America, N.A."

With respect to the Actions, Seller gives to said attorney-in-fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all that said attorney-in-fact shall lawfully do or cause to be done by authority hereof.

Nothing contained herein shall be construed to grant Servicer the power to (i) initiate or defend any suit, litigation, or proceeding in the name of Seller or be construed to create a duty of Seller to initiate or defend any suit, litigation, or proceeding in the name of Servicer, (ii) incur or agree to any liability or obligation in the name of or on behalf of Seller, or (iii) execute any document or take any action on behalf of, or in the name, place, or stead of, Seller, except as provided herein. This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York without regard to conflicts of law principles of such state.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, Bank of America, N.A. has executed this Limited Power of Attorney this 3rd day of September, 2015.

.

**BANK OF AMERICA, N.A.**

By: _____

Name: _____Debra J Rhodes_____

Title: _____Senior Vice President_____

Witness: _____

Name: _____Patricia S. Wittmeyer_____

Title: _____Assistant Vice President_____

Witness: _____

Name: _____Mary A. Ritchie_____

Title: _____Officer_____

STATE OF FLORIDA          :
                          : ss.
COUNTY OF DUVAL           :

This instrument was acknowledged before me on  September 3, 2015 by Debra J. Rhodes, personally known to me to be the Senior Vice President of Bank of America, N.A., a national banking association, on behalf of said national banking association.

_____
Notary Public
My commission expires:  9/14/18

MARGARET DONNELLY
MY COMMISSION # FF 154706
EXPIRES: September 14, 2018
Bonded Thru Budget Notary Services

CWALT, INC.,
Depositor

COUNTRYWIDE HOME LOANS, INC.,
Seller

PARK GRANADA LLC,
Seller

COUNTRYWIDE HOME LOANS SERVICING LP,
Master Servicer

and

THE BANK OF NEW YORK,
Trustee

POOLING AND SERVICING AGREEMENT
Dated as of November 1, 2004

ALTERNATIVE LOAN TRUST 2004-28CB

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB