CHRISTOPHER P. BURKE, ESQ.　　　　　　　　　　　　　　*ECF Filed on* 2/2/2022
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor
Melani Schulte

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 09-29123-MKN |
| MELANI SCHULTE and WILLIAM SCHULTE, | Chapter 11 |
| | Jointly Administered with: |
| 2704 SATTLEY LLC, | 09-27238-MKN |
| HOT ENDEAVOR LLC, | 09-27909-MKN |
| 1341 MINUET LLC, | 09-27910-MKN |
| 1708 PLATO PICO LLC, | 09-27911-MKN |
| 2228 WARM WALNUT LLC, | 09-27912-MKN |
| 9425 VALLEY HILLS LLC, | 09-27913-MKN |
| 9500 ASPEN GLOW LLC, | 09-27914-MKN |
| 5218 MISTY MORNING LLC, | 09-27916-MKN |
| CHERISH LLC, | 09-28513-MKN |
| SABRECO INC., | 09-31584-MKN |
| KEEP SAFE LLC, | 09-31585-MKN |
| Debtors. | |
| | Date: February 09, 2022 |
| | Time: 9:30 a.m. |

**REPLY TO OPPOSITION TO MOTION TO COMPEL DISCOVERY OF SHELLPOINT MORTGAGE SERVICING AND THAT DEBTORS REQUEST FOR PRODUCTION BE RESPONDED TO PROPERLY AND FOR ATTORNEYS FEES**

COMES NOW, Debtor, Melani Schulte ("Schulte" or "Debtor"), and files this Reply to NewRez LLC dba Shellpoint Mortgage Servicing ("Shellpoint"), Opposition to Debtor's Motion to Compel Discovery of Shellpoint Mortgage Servicing and that Debtors Request for Production be Responded to Properly and for Attorney's Fees.

1

# I
# Overview

Shellpoint's opposition, is no better than its actual responses to Schulte's requests, in that it fails to provide even a minimal defense for its actions. Instead, Shellpoint's opposition makes three generic arguments. First, that Schulte's request for production is vague, ambiguous and lacks relevance. Second, the information is confidential and proprietary. And third, its responses were satisfactory. But, as explained below, none of these adequately address Schultes' motion to compel.

# II
# Argument

To start with, Schulte has explained numerous times to Shellpoint's counsel that her simple request for its Bankruptcy Policy and Procedure Manuals, for certain years, when one of the loans it services is in bankruptcy, is a clear and relevant request. As is Schulte's request for the meaning of the codes it uses in its loan notes.

Then, without any citation to a case holding that Bankruptcy Policy and Procedure Manuals are in fact, confidential and proprietary, Shellpoint attempts to hide behind these buzzwords in unilaterally refusing to produce the manuals.  So, without any backup, this argument also fails. Besides, if in fact there was some type of legitimate confidentially or proprietary reason for withholding them, Shellpoint could have brought that to the court's attention *months* ago when these documents were initially requested. And Shellpoint itself could have sought some relief from the court, but failed to do so.

Finally, Shellpoint's responses in no way satisfied its obligations. Boilerplate objections do not provide an appropriate excuse to not accede to Schulte's requests. Not surprisingly, no evidence is offered by Shellpoint to support any of its contentions. Thus, Schulte's motion should be granted.

2

## II
## Conclusion

Shellpoint should not be rewarded for failing to produce Schulte's simple request for documents. In addition, attorney fees and costs should be awarded for having to get the Court to intervene.

DATED this 2nd day of February, 2022.

RESPECTFULLY SUBMITTED:

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Defendant

3

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

    I hereby certify that the 2nd day of February, 2022, I caused the above and foregoing REPLY TO OPPOSITION TO MOTION TO COMPEL DISCOVERY OF SHELLPOINT MORTGAGE SERVICING AND THAT DEBTORS REQUEST FOR PRODUCTION BE RESPONDED TO PROPERLY AND FOR ATTORNEYS FEES to be sent by electronic notice through the Court's ECF program and depositing same in the United States Mail, first class, postage prepaid, in a securely sealed envelope and addressed to the last known address of the following:

ARIEL E. STERN, ESQ.
NATALIE L. WINSLOW, ESQ.
NICHOLAS E. BELAY, ESQ.
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
ariel.stern@akerman.com
natalie.winslow@akerman.com
nicholas.belay@akerman.com


*/s/ Adriana Pelayo*
Employee of
Christopher P. Burke, Esq.